# DECLARATION OF J.P.

1.      I, J.P., make this declaration based on my own personal knowledge, and if called as a witness, I could and would testify to the following matters:

2.      I am a mother seeking asylum for myself and my sixteen-year-old daughter, L.P., who I love very much.  We come from a small town in Guatemala, where L.P. and I lived with my mother and my two sons, W.P., who is eighteen years old, and R.P., who is twelve years old.  Before being separated by immigration officers in the United States, L.P. and I had never been separated.  For weeks after she was taken from me, I was given no information about where my daughter was, and I was terrified that something terrible had happened to her.  Because I speak the Mayan dialect Q'eqchi' and understand very little Spanish and no English and do not know how to read or write, and the immigration officials do not speak to me in my language, I was unable to ask for information or understand any information given to me.  Until I got my lawyer, I was completely lost.

3.      In Guatemala, I always took good care of L.P. and watched over her.  I am a woman of strong faith and attended church four times a week.  At church, I cooked food that was given to families who were too poor to buy their own food.

4.      I left Guatemala because I was afraid that my husband would carry out his threat to kill me.  My husband sexually and physically abused me and threatened to kill me.  I took my daughter with me when I fled Guatemala because I felt she would be in danger without me there.

5.      After L.P. and I left Guatemala, it took us about ten days of difficult traveling to get to the United States.  I was frightened the whole time because I had never before left my village where people speak my language.  Once I left my village, I could not understand anything that was happening since people spoke Spanish, and I understand very few words in that language.  At times. L.P., who speaks Spanish, would translate for me, so I was very dependent on her once we left our village.

6.     On about May 17, 2018, we crossed the border to the United States in Arizona and were discovered by immigration officials.  The officials took us to an office and questioned us.  L.P. would translate from Spanish to Q'eqchi' for me.

7.     Afterwards, immigration officials took us to a large room, where I stayed for about nine days and L.P. stayed for about three days.  There were maybe 150 people there.  It was so crowded that there was only room for sitting; you could not lie down to sleep.  There were no beds.  We had only nylon blankets.  There were no clocks or phones, and the room was windowless with the lights always on, so we could not tell if it was day or night.

8.     It was very difficult to sleep.  The light was on for the entire nine days, people were always being brought in and out, and there were children crying.

9.     It was very, very cold in the room.  My daughter was especially cold because her pants had gotten wet up to her knees from when we were crossing a river.  They did not give her any other clothes to wear.

10.    All we had to eat was lukewarm soup, which my daughter would not eat.

11.    We had to drink water from the same tap used for the bathroom.  One time when some detainees complained that they did not want to drink the water from the bathroom, the guards said something like "you should not have come here if you don't like our water."

12.    We were not allowed to take showers, but it would have been hard to do so anyway because there was no soap made available for us.

13.    We were not allowed to make any phone calls, and we were not told anything about if or when we would be released.  It was really frightening to not know what was happening, how long we would be there, or what would happen to us.  I felt helpless.

14.    The feeling in the room was awful.  There was only sadness in that place.  You could hear the children crying and crying as they were being separated from their mothers.  I remember seeing three guards physically take away a child from a mother's arms.

15.   After about three days, officials took L.P. away from me.   Nobody explained what was happening.  L.P. was sobbing and afraid.  As they separated us, L.P. was so scared that she fell and hit her face on the floor.  I was terrified of what would happen to her.  I cry just thinking about it.

16.   I have not seen my daughter since that horrible day.   Because I do not speak English or much Spanish, I could not ask anyone for help.  After the separation, I had no way to tell anyone I had lost my daughter, and no one from the government offered to help me find her.  And because my daughter helped me translate ever since we left our village, without her, I have been even more lost.  From one day to the next, I do not know what is going to happen.

17.   I have had two court dates since being taken into custody in the United States.  There was a translator on the phone both times, but I do not remember the judge asking me about L.P. or whether I had been separated from my child.

18.   In early June, one of the other women detained with me helped me fill out a request form to the government asking for L.P.'s location.  At some point, a guard returned the form to me and it had words written on it.  I could not understand the words because I do not read or write.  No one explained what the paper said, so I did not know what it said for weeks, until the day my attorney explained it to me, on about June 21, 2018.   My attorney explained to me that the paper indicated my daughter's location, but it did not have a phone number to reach her.

19.   Until June 21, 2018, when an attorney came to meet with me, I thought I might never again see my daughter.  I felt hopeless. The pain of being separated from my daughter and worrying about her every day is indescribable. As a mother, I feel enormous anguish.  All I can think of is my fear for my child.  For so long, I did not know where she was taken.  I had no thoughts but sadness for me and my daughter's sadness at being alone.

20.   On June 22, 2018, I was given another paper that did have a phone number for my daughter.  That form was dated June 18, 2018, but I did not receive it

1  until June 22, 2018. I would not have been able to understand it if my attorney had
2  not explained it to me through an interpreter.

3      21.   On June 22, 2018, ICE agents finally arranged for me to speak by
4  telephone with my daughter, because my attorney had insisted on this. When I was
5  finally able to hear her voice on the phone after a month of not knowing where she
6  was, I started crying. She was crying, too. After all this time, I felt so relieved to
7  finally hear her voice. It made me content for the first time since she was taken from
8  me. I had begun to think I would never talk to her again.

9      22.   Right now, I am detained in a DHS detention facility in California
10 separated from my daughter. She is in a strange place with strangers. I am in a
11 strange place, too, where one day I see a fellow detainee mother, and the next day she
12 has disappeared. I worry that one day, the same will happen to me. What if I am
13 deported without her? I fear I will never see my daughter again.

14

15 I declare under penalty of perjury under the laws of the United States that the
16 foregoing is true and correct.

17

18 Executed on July 5, 2018 in Irvine, California.

19
20                                   J P
21                            _____
                                   J.P.
22
23
24
25
26
27
28

1  I, Lucero Chavez, am fluent in English and Spanish, and I competently
2  translated verbally this declaration into Spanish in the presence of the declarant and
3  Daniel Coc Caal, who then competently translated the Spanish into Q'eqchi, prior to
4  asking the declarant to sign. She indicated in Q'eqchi that she fully understood its
5  contents and that it was true and correct.

7  Executed on July 5, 2018 in Irvine, California.

10  Lucero Chavez

12  I, Daniel Coc Caal, am fluent in Spanish and Q'eqchi, and I translated the
13  Spanish oral translation of this declaration into Q'eqchi in the presence of the
14  Declarant, who indicated she understood the declaration's contents and that it was true
15  and correct, prior to signing it.

17  Executed on July 5, 2018, at Irvine, California.

19  Daniel Coc Caal

5