## **DECLARACIÓN DE J.O.**

Yo, J.O., declaro lo siguiente:

1.      Soy Demandante en la causa a la que se hace referencia. Tengo conocimiento de los siguientes hechos y, si me convocan como testigo, podría testificar y lo haría de manera competente.

2.      Soy la madre de mi hija de 16 años, T.B., quien es una buena niña. Es muy inteligente, fuerte y respetuosa. Estoy muy unida a mi hija y, hasta su detención, nunca antes nos habíamos separado. En Honduras, donde T.B. y yo nacimos, pasaba mucho tiempo con T.B. y con mis otros dos hijos. Cuidaba bien de ellos y hacía todo por ellos.

3.      En 2015, unas personas muy malas e involucradas con las drogas tuvieron una pelea con mi esposo, y lo asesinaron. Estas personas también golpearon intensamente a mi hijo adolescente. Me sentía aterrorizada de que estas mismas personas me encontraran a mí y a mi hija, y nos mataran. Por lo tanto, decidí abandonar Honduras por temor a la muerte. Fue muy difícil dejar a mis dos hijos adultos y a mi nieto, sobre todo porque sufre una enfermedad grave. T.B. también se sentía muy triste por tener que dejar a sus hermanos. Sin embargo, no tuvimos opción.

4.      Al llegar a los Estados Unidos, supuse que estaríamos a salvo y que podríamos vivir con mi hermana. Planeaba trabajar para ayudar a todos mis hijos porque, desde que mi esposo falleció, tuvimos problemas económicos; somos muy pobres. No tenía idea de que, en lugar de eso, nos enviarían a prisión y que me quitarían a mi hija.

5.      El 17 de mayo de 2018 o alrededor de esa fecha, T.B. y yo ingresamos en los Estados Unidos en la frontera al sur de Texas. Me dijeron que para entrar correctamente a los Estados Unidos uno debe entregarse por cuenta propia ante las autoridades fronterizas; eso fue lo que hicimos. Una vez en Texas, T.B. y yo esperamos en una calle de tierra hasta que llegara un vehículo de las autoridades. Podríamos haber dejado al grupo y seguir sin entregarnos (una persona lo hizo), pero yo quería entrar al país de acuerdo con las normas. Pensé que era así cómo se suponía que debíamos ingresar a los Estados Unidos y que el proceso sería así de simple.

1

6.      Después de esperar toda la noche, finalmente vimos llegar a un vehículo de la Patrulla aduanera y fronteriza a la mañana siguiente. Le hicimos seña y nos presentamos para entregarnos. Estábamos tranquilas, al igual que los oficiales, y la situación parecía ir de acuerdo a lo planeado. Nos preguntaron nombre, edad y de dónde éramos. Toda la interacción llevó menos de cinco minutos. Entramos en el vehículo, y nos llevaron a la estación.

7.      En la estación, a T.B. y yo nos procesaron por separado, lo que creí que era normal. Nos fotografiaron e ingresaron nuestra información en la computadora. En ese momento, pensé que nos volveríamos a encontrar después de haber sido procesadas. Cuando me llevaron a un autobús, pregunté por mi hija, y los oficiales no me dijeron nada. Pensé que la estaba abandonando, y entré en pánico. Durante todo el trayecto, nadie me decía dónde estaba mi hija.

8.      Cuando llegué al centro de detención, vi que mi hija ya estaba allí. Había llegado en un autobús anterior. Si bien no pudimos hablar, me sentí aliviada al ver que estaba bien y que estábamos en el mismo lugar.

9.      El centro de detención al que nos llevaron se llamaba "La Hielera". Se llama así porque allí hace mucho frío. Después de un tiempo en La Hielera, me trasladaron a otra parte del centro llamada "La Perrera". Se llama La Perrera porque las celdas se parecen a las jaulas de alambre de una perrera.

10.     De camino a La Perrera, vi cómo le arrebatan un hijo a su madre. Ambos lloraban histéricos. No entendía lo que estaba sucediendo. Estaba en la celda de detención cuando otras madres detenidas me informaron de que los guardias se estaban llevando a los hijos. Todos sentían pánico. Las madres les preguntaban a los guardias por sus hijos. Nos decían que una nueva ley les permitía llevarse a los niños de forma permanente y que a nosotras nos deportarían. Eso solo causaba más histeria.

11.     Cuando me di cuenta de que no volvería a reunirme con mi hija, sentí consternación. Me sentí muy mal porque ni siquiera había podido despedirme de mi hija. Lloraba junto con las demás madres. Escuchar sus historias era algo horroroso, y tuve miedo de que lo

2

mismo me ocurriera a mí y a mi hija. No podía pensar. No sabía qué hacer, así que le rogué a
Dios que me permitiera ver a mi hija otra vez.

12.      Volví a ver a mi hija una vez más mientras estaba en la instalación. Pasé a su lado
cuando iba hacia el baño. Temíamos mostrar afecto por miedo a que los guardias supieran que
era mi hija y nos separaran aún más. Cuando nos cruzamos, me advirtió que no firmara ningunos
papeles de deportación. Temía que la dejara y volviera a Honduras sin ella. Eso rompió mi
corazón.

13.      Cuando volví a mi celda, pude ver a T.B. del otro lado en la celda de niños. No
había nada para entretener a los niños. Solo deambulaban sin rumbo por la celda. Había niños
muy pequeños de hasta 5 años dentro de esa jaula de alambre. No había adultos en la celda, por
lo que los niños más grandes tenían que cuidar de los más pequeños. Vi cómo mi hija le hacía
una trenza en el cabello a una niña más pequeña y cómo cuidaba de los más pequeños. Me hizo
sentir muy mal ver a los niños sin sus padres y a mi hija teniendo que atender a niños pequeños
porque no había adultos allí para hacerlo.

14.      En una ocasión cuando estaba en el baño, vi a un niño pequeño en pañales. Me
preguntó por su mamá y me describió lo que ella vestía cuando la vio por última vez. Estaba
desesperado por verla, y yo no podía ayudarlo. Fue una conversación muy dolorosa.

15.      Peor aún, la instalación era totalmente horrible. Mi celda de detención estaba
atestada con más de 50 mujeres. Nos recostábamos en el suelo hombro a hombro porque no
había camas ni almohadas. Hacía mucho frío y solo me habían dado una lámina de papel para
mantener el calor. Emitía un chasquido cada vez que me enrollaba con ella. No me daba calor.
Sentía frío todo el tiempo. Dejaban las luces prendidas día y noche, lo que hacía imposible
dormir. Para comer me dieron un poco de pan y jugo. No había nada para hacer, solo sentarse en
el piso y llorar. La celda estaba tan atestada que ni siquiera podíamos caminar. Me pasaron a
diferentes celdas de detención, pero todas estaban muy abarrotadas y, en algunas, solo había un
baño para compartir entre todas. No nos duchamos por cinco días ni nos brindaron ropa limpia.

16.     Estaba tan traumatizada por toda la experiencia que perdí la total percepción del tiempo. Las luces siempre estaban encendidas, por lo que nunca sabía cuándo había culminado el día. Recuerdo que una vez pregunté qué día era porque me había parecido que habían pasado varios días. Cuando me dijeron que era el mismo día, me traumaticé.

17.     El 21 de mayo de 2018 o alrededor de esa fecha, me llevaron ante un tribunal para ver a un juez en relación con mi procesamiento penal. Estaba en la sala del tribunal junto con 50 detenidos. Nos organizaron por número y estábamos sentados en fila, en el banquillo con los tobillos aprisionados y las manos esposadas. Nos dieron audífonos para escuchar la traducción al español. A cada detenido le hicieron las mismas preguntas, y cada uno se declaró culpable. Treinta y cinco personas pasaron antes que yo, y respondí las preguntas de la misma manera porque pensé que eso es lo que teníamos que hacer. No entendía lo que era declararse culpable. Nunca me reuní con un abogado antes de los procesamientos penales.

18.     Poco después de mi procesamiento penal, me llevaron a Laredo, Texas y, desde allí, a SeaTac, Washington. Ahora estoy detenida en Tacoma, Washington.

19.     Durante mi detención, nadie me dijo dónde estaba mi hija o cuándo volvería a verla. De hecho, nadie me dijo nada de nada. Les pedía información sobre mi hija a los oficiales de inmigración. Me decían que lo averiguarían, pero nunca obtenía respuestas.

20.     Supe por primera vez dónde estaba mi hija cerca del 30 de mayo de 2018. Supe dónde estaba detenida gracias a mi hermana porque T.B. y yo la llamamos. Entiendo que está detenida en Texas.

21.     Con la ayuda de mi hermana, he hablado con mi hija solo tres veces. Cada conversación duró unos cinco minutos. He intentado desesperadamente hacer más llamadas, pero el trabajador social no responde mis llamadas, lo que imposibilita programarlas.

22.     Mi hija está desesperada por salir de la detención. No está acostumbrada a estar sentada todo el día y está muy aburrida. No tiene nada para hacer. Nos extrañamos mucho. Me necesita. Lo único que queremos es estar juntas fuera de detención.

23.     Desde la detención, no he recibido servicios de salud mental ni asesoramiento para tratar el trauma que he experimentado.

24.     Las madres detenidas que he conocido están en situaciones similares. Fueron separadas de sus hijos, algunos de tan solo 4 años. Muchas madres lloran todos los días porque no han visto ni hablado con sus hijos. Algunas no tienen idea de dónde están, si están a salvo o si alguien está cuidando de ellos. Nos preocupa ser deportadas sin nuestros hijos o que nuestros hijos sean deportados sin nosotras. De hecho, una madre descubrió que su hija había sido deportada mientras ella estaba detenida en los Estados Unidos.

25.     Mi tiempo en los Estados Unidos ha sido muy doloroso. Siento miedo y estoy confundida. Lo único que puedo hacer es pedirle a Dios que me ayude a reunirme con mi hija.


Declaro bajo pena de perjurio conforme a las leyes de los Estados Unidos que lo anterior es verdadero y correcto.

Declaración realizada el _11_ de julio de 2018 en Tacoma, Washington.


_J O_____

J.O.

## <u>DECLARATION OF J.O.</u>

I, J.O., declare and state:

1.      I am a Plaintiff in the above-referenced matter.  I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2.      I am the mother of a 16-year-old daughter, T.B.  T.B. is a good daughter.  She is very intelligent, strong, and respectful.  I am very close with my daughter, and until being detained, we had never been separated before.  In Honduras, where T.B. and I were both born, I spent a lot of time with T.B. and my two other children.  I took good care of them and did everything for them.

3.      In 2015, very bad people involved with drugs got into a dispute with my husband, and they murdered him.  These people also severely beat my teenage son.  I was terrified that these same people would find me and my daughter, and kill us both.  I, therefore, decided to flee Honduras in fear for our lives.  It was extremely difficult to leave my two adult children and grandson, especially because he has a serious medical condition.  T.B. was also very sad about leaving her siblings.  We, however, had no choice.

4.      In coming to the United States, I imagined that we would be safe and able to live with my sister.  I planned to work to help all of my children because since my husband died, we struggled financially—we are very poor.  I had no idea that instead, we would be put in prison and my daughter would be taken away from me.

5.      On or around May 17, 2018, T.B. and I entered the United States at the southern Texas border.  I was told that to properly enter the United States, you must turn yourself in to customs officials—and that was what we did.  Once in Texas, T.B. and I waited along a dirt road for a patrol car to arrive.  We could have left the group and proceeded further into the country without turning ourselves in – indeed, one person did just that – but I wanted to enter the country according to the rules.  I thought that this was how we were supposed to come to the United States and that the process would be that simple.

6.      After waiting overnight, we finally spotted a Customs and Border Patrol car the following morning.  We flagged them down, and presented ourselves to be turned in.  We were calm, as were the officers, and the situation seemed as if everything was going according to plan.  They asked us our names, ages, and where we were from.  The entire interaction took less than five minutes.  We got inside the vehicle and we were taken to a station.

7.      At the station, T.B. and I were processed separately, which I thought was normal.  They took our photographs and entered our information into the computer.  At the time, I thought that we would be reunited after we were processed.  When they loaded me onto a bus, I asked for my daughter, and the officers told me nothing.  I thought that I was leaving her behind, and I to panic.  For the entire ride, no one would tell me where my daughter was.

8.      When I arrived at the detention facility, I saw that my daughter was already there.  She had arrived on an early bus.  Although we were not allowed to talk to each other, I was relieved to see that she was ok and that we were at the same location.

9.      The detention facility that we were taken to is called "La Hielera" (the icebox).  It is called "La Hielera" because it is freezing cold.  After some time in "La Hielera", I was moved to a different part of the facility called "La Perrera" (the dog house).  It is called "La Perrera" because the holding cells resemble dog kennels; cages enclosed by chain-link fences.

10.     On my way to "La Perrera", I saw a young child being ripped away from his mother.  They were both crying and hysterical.  I was confused as to what was going on.  It was inside the holding cell where I first learned from other detained mothers that the guards were taking away the children.  Everyone was in a panic.  Mothers asked the guards about their children.  We were told that a new law allowed them to take our children away permanently, and that we would be deported.  This only caused further hysteria.

11.     When I realized that I would not be reunited with my daughter, I was distraught.  I felt sick that I did not even get to say goodbye to my daughter.  I was crying along with all of the other mothers.  Listening to their stories was horrifying, and I was afraid that the same would

happen to me and my daughter.  I could not think.  I did not know what to do, so I prayed to God that he would allow me to see my daughter again.

12.     I did see my daughter one last time while I was in the facility.  I passed her on the way the bathroom.  We were afraid to show affection out of fear that the guards would know that she was my daughter and separate us even further.  As we crossed paths, she cautioned me not to sign any deportation papers.  She was afraid that I would leave her and return to Honduras without her.  This broke my heart.

13.     When I returned to my cell, I was able to see T.B. across the way in the children's cell.  There was nothing for the children to do.  They just roamed aimlessly in the cell.  There were children as young as 5 years old inside the chain-link cage.  There were no adults in the cell, so the older children had to care for the younger children.  I saw my daughter braiding the younger girls' hair and taking care of small children.  It made me sick to watch young children without their parents and my daughter having to comfort small children because there was no adult to do it.

14.     One time when I was in the bathroom, I saw a toddler in diapers.  He asked me where his mother was and described what she was wearing when he had last seen her.  He was desperate to see his mother and I could not help him.  It was a very painful conversation.

15.     To make matters worse, the facility was absolutely horrible.  My holding cell was overcrowded with people—over 50 women.  We were laying on the floor shoulder to shoulder because there were no beds and no pillows.  It was very cold, and to keep warm, I was only given a paper sheet.  It made a cracking sound when I wrapped it around myself.  It did not keep me warm.  I was very cold the entire time.  They kept the lights on all day and night, making it nearly impossible to sleep.  I was given a piece of bread and a juice box for food.  There was nothing for us to do but sit on the ground and cry.  The cell was so overcrowded, we could not even walk around.  I was moved around to different holding cells, but each was terribly overcrowded and in some, there was only one bathroom for all of us to share.  We did not shower for five days, and we were not given clean clothes.

16.     I was so traumatized by the whole experience that I lost all sense of time.  The lights were always on, so I never knew when a day had passed.  I remember that I asked what day it was because it had felt like several days had passed.  When I learned that it was still the same day, I was shocked.

17.     On or around May 21, 2018, I was taken to court to see a judge about my criminal proceedings.  I was in a courtroom with over 50 detainees.  We were organized by number and sitting on benches in rows with our ankles shackled and our hands handcuffed together.  We were given headphones for Spanish translation.  Each detainee was asked the same set of questions, and each detainee pled guilty.  There were 35 people that went before me, and I answered the questions in the same way because I thought that was what we had to do.  I did not understand what it meant to plead guilty.  I never met with an attorney before my criminal proceedings.

18.     Shortly after my criminal proceedings, I was taken to Laredo, Texas and from there to SeaTac, Washington.  I am now being detained in Tacoma, Washington.

19.     During my detention, no one told me where my daughter was being held or when I would see her again.  Indeed, no one told me anything at all.  I would ask immigration officials for information about my daughter.  They told me that they would look into it, but nothing ever happened.

20.     I first learned of my daughter's whereabouts on or around May 30, 2018.  I only learned of where she was being detained through my sister because both T.B. and I called her.  It is my understanding that she is being detained in Texas.

21.     With the help of my sister, I have since talked to my daughter just three times.  Each conversation lasting under five minutes.  I have desperately tried to set up more phone calls, but the social worker does not answer my calls, making it impossible to schedule the calls.

22.     My daughter is desperate to get out of detention.  She is not used to sitting around all day and she is very bored.  She has nothing to do.  We miss each other very much.  She needs me with her.  All we want is to be together outside of detention.

23.     Since being detained, I have not received any mental health or counseling services to treat the trauma that I have experienced.

24.     The detained mothers that I have met are in similar situations.  Their children have been taken away, some as young as 4 years old.  Many mothers cry everyday because they have not seen or spoken to their children.  Some have no idea where their children are, or if they are safe or if anyone is taking care them.  We worry that we will be deported without our children, or our children will be deported without us.  Indeed, one mother found out that her child had been deported while she stayed detained in the United States.

25.     My time in the United States has been very painful.  I am scared and confused. All I can do is ask God to help me in reuniting me with my daughter.


I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on this 11th day of July 2018 in Tacoma, Washington.


J.O.


TRANSPERFECT

# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents has been completed in conformance with the Quality Management System documented in its ISO process maps. The English file "Declaration of J.O._EN" is, to the best knowledge and belief of all TransPerfect employees engaged on the project, an accurate reflection of the Spanish file 'Declaration of J.O._ES"

Authorized Signature:

Claire Skrabutenas

Executive Project Manager

July 12, 2018

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California              }

County of San Francisco  }

On ____July 12, 2018____ before me, _____Ewan McCloy, Notary_____.
                                                           (Here insert name and title of officer)

personally appeared _____Claire Skrabutenas_____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature                              (Notary Public Seal)

EWAN MCCLOY
Commission No. 2188887
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires MARCH 30, 2021
NCC1        NCC1

## LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS