## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. J.P. et al. | CASE NUMBER |
| v.                          PLAINTIFF(S) | 2:18-cv-06081 JAK(SKx) |
| Jefferson B. Sessions et al | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (RELATED CASES)** |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 16-05.

~~TRANSFER ORDER DECLINED~~

_____          Dolly M. Gee
Date                                         United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

*This action seeks affirmative relief separate and apart from the Flores Settlement Agreement and does not call for a determination of the same questions of law or fact.*

7/16/18                                    _Dolly M. Gee_
Date                                         United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:85-cv-04544 DMG(AGRx)  and the present case:

- [✓] A.  Arise from the same or closely related transactions, happenings or events; or
- [✓] B.  Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____ .

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____ . This is very important because the documents are routed to the assigned judges by means of these initials

~~TRANSFER ORDER DECLINED~~

cc:  [ ] *Previous Judge*     [ ] *Statistics Clerk*

CV-34 (10/16)                 ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05  (Related Cases)