## EXPERT DECLARATION OF BRUCE D. PERRY

### I.    Introduction

I, BRUCE D. PERRY, declare as follows:

1.    I am the Senior Fellow of the ChildTrauma Academy, a nonprofit organization based in Houston, Texas, working to improve the lives of maltreated and traumatized children by establishing practices, programs, and policies.  I am also adjunct Professor in the Department of Psychiatry and Behavioral Sciences at the Feinberg School of Medicine at Northwestern University in Chicago.

2.    I was an undergraduate at Stanford University and Amherst College.  I attended medical and graduate school at Northwestern University, receiving M.D. and Ph.D. degrees in 1984.  I completed a residency in general psychiatry at Yale University School of Medicine and a fellowship in Child and Adolescent Psychiatry at the University of Chicago.  My curriculum vitae is attached as Appendix A hereto.

3.    I was on the faculty of the Departments of Pharmacology and Psychiatry at the University of Chicago School of Medicine from 1988 to 1991.  From 1992 to 2001, I served as the Trammell Research Professor of Child Psychiatry at Baylor College of Medicine in Houston, Texas.  During that time, I was also Chief of Psychiatry for Texas's Children's Hospital and Vice-Chairman for Research within the Department of Psychiatry.  From 2001 to 2003, I served as the Medical Director for Provincial Programs in Children's Mental Health for the Alberta Mental Health Board.  I continue to consult with the government of Alberta on children's issues and serve as a founding member of the Premier's Council of Alberta's Promise.  From 2012 to 2015, I was the inaugural Senior Fellow of the Berry Street Childhood Institute, an organization in Melbourne, Australia dedicated to national-level responses to the impact of child abuse, family violence, and neglect on children's experience.

4.    I have conducted neuroscientific, pre-clinical, and clinical research.  My research has examined the effects of prenatal drug exposure on brain development,

the neurobiology of human neuropsychiatric disorders, the neurophysiology of traumatic life events, and basic mechanisms related to the expression and activity of neurotransmitter receptors in the brain.  My clinical research and practice are focused on high-risk and at-risk children and youth.  This work has examined the cognitive, behavioral, emotional, social, and physiological effects of neglect and trauma in children, adolescents, and adults.  This work has described how childhood experiences, including neglect and traumatic stress, change the biology of the brain— and, thereby, the health of the child.

5.    My clinical research over the last twenty years has been focused on integrating emerging principles of developmental neuroscience into clinical practice.  This work has resulted in the development of innovative clinical practices and programs working with maltreated and traumatized children, most prominently the Neurosequential Model, a developmentally sensitive, neurobiology-informed approach to clinical work, education, and caregiving.  This approach to clinical problem solving has been integrated into the programs at dozens of large public and nonprofit organizations and institutions serving at-risk children and their families.  The NM is used in more than 20 countries and all 50 states with children in the mental health, child welfare, juvenile justice and educational systems.

6.    My experience as a clinician and a researcher with traumatized children has led many community and governmental agencies to consult me following high-profile incidents involving traumatized children such as the Branch Davidian siege in Waco in 1993; the Oklahoma City bombing in 1995; the Columbine school shootings in 1999; the September 11, 2001 terrorist attacks; Hurricane Katrina in 2005; the 2008 removal of hundreds of FLDS children from the YFZ Ranch (based upon allegations of widespread sexual exploitation and abuse of girls); the 2010 earthquake in Haiti; the 2011 tsunami in Tohoku, Japan; and the Sandy Hook elementary school shootings in 2012.

7.     I am the author of over four hundred journal articles, book chapters, and scientific papers.  I am also a co-author, with Maia Szalavitz, of *The Boy Who Was Raised As A Dog*, a bestselling book based on my work with maltreated children, and the author of *Born For Love: Why Empathy Is Essential And Endangered*.  I have received numerous professional awards and honors, including the T. Berry Brazelton Infant Mental Health Advocacy Award, the Award for Leadership in Public Child Welfare, the Alberta Centennial Medal, and the 2014 Kohl Education Prize.

8.     I have given presentations about child maltreatment, children's mental health, neurodevelopment, and youth violence in a variety of venues including policy-making bodies such as the White House Summit on Violence, the California Assembly, and the U.S. House Committee on Education.  I have appeared in multiple media programs including National Public Radio, *The Today Show*, *Good Morning America*, *Nightline*, CNN, MSNBC, NBC, ABC, *CBS News*, and the *Oprah Winfrey Show*.  My work has been featured in documentaries produced by *Dateline NBC*, *20/20*, the BBC, *Nightline*, *60 Minutes*, CBC, and PBS, among others.  Many print-media sources have highlighted my clinical and research activities, including a Pulitzer-prize winning series in the *Chicago Tribune* and articles in *US News and World Report*, *Time*, *Newsweek*, *Forbes*, the *Washington Post*, the *New York Times*, and *Rolling Stone*.

**9.**     I lead a large interdisciplinary group that includes educators and mental health professionals that work in many systems (*e.g.*, mental health, child welfare, juvenile justice).

## II.     The Effects of Traumatic Stress on Children and Youth

### A.     The Malleability of the Brain

10.     The human brain is comprised of roughly 86 billion neurons and even more glial cells.  Neurons are specialized cells that communicate with other cells (mostly neurons) by releasing chemicals or small proteins (*i.e.*, neurotransmitters and neuromodulators) into the synapse (the space between two neurons) that will bind to

receptors on other neurons (or cells) and result in a change in activity that "sends a signal" to this "post-synaptic" neuron.  It is through chains of interconnected neurons that functional networks will develop that can mediate the wide range of complex "brain-mediated" functions that allow thinking, feeling, and behaving.

11.    The brain is malleable (capable of change) throughout life but is most malleable or "plastic" during development.  Experiences—good and bad—influence the development, organization, and functioning of the brain.

12.    The brain develops most rapidly in the first five years after conception but it continues to have important maturational changes through young adult life (primarily increased myelination in pre-existing neural networks).[1]  In general, neurodevelopmental organization proceeds from lower, central to higher, outer structures (*i.e.*, brainstem to cortex) and is greatly influenced by experience.  A key principle of development and neuroplasticity is "use-dependence"—the architecture (*i.e.*, the number and density of synaptic connections) and functioning of neural networks can change with activation or lack of activation.[2]  While core processes in neurodevelopment are genetically mapped, the final phenotypic expressions of brain-mediated capabilities, therefore, are very experience dependent.  When developing neural networks receive patterns of stimulation that are of sufficient nature and intensity during sensitive and critical periods in development, they will organize, modify, and become optimally functional.  The actual neural architecture of the brain—and the resulting functional capabilities—mirrors the nature, timing, and pattern of experience.  When a child grows up in a family and community enriched in healthy relational interactions that provide cognitive, motor, and social stimulation, he will have a higher probability of expressing his potential to become creative,

---

[1] *See* Jay N. Giedd et al., *Brain Development During Childhood and Adolescence: A Longitudinal MRI Study*, 2 Nature Neurosci. 861 (1999).

[2] For a more detailed discussion, *see* Bruce D. Perry, *Childhood experience and the expression of genetic potential: what childhood neglect tells us about nature and nurture*, 3 Brain & Mind 79 (2002) (hereinafter "Childhood Experience").

productive, and humane. When a child experiences chaos, neglect, threat, violence, and other developmental adversities, his potential is blunted. This disrupted development is often expressed as undeveloped, fragmented, or maladaptive functioning in emotional, cognitive, and behavioral domains.

13. The long-term consequences of development chaos, threat, maltreatment, and adversity are complex and heterogeneous.[3] In-depth study of the differential effects of the nature, timing, quantity of adversity as well as the impact potential attenuating or resilience-related factors on development has really just begun.[4] While there is so much more to know, what we do know is that trauma, neglect, and maltreatment during childhood have profound effects on physical, social, emotional, behavioral, and cognitive development.[5] Some of the most important consequences of developmental adversity are the result of abnormal development and functioning of the brain's stress response systems.

---

[3] *See Childhood Experience*, *supra* note 2; Bruce D. Perry, *Examining child maltreatment through a neurodevelopmental lens: Clinical applications of the neurosequential model of therapeutics*, 14 J. Loss Trauma 240 (2009) (hereinafter "Examining Child Maltreatment").

[4] *See* Bruce D. Perry, *Fear and learning: Trauma-related factors in the adult learning process*, *in The Neuroscience of Adult Learning*, 110 New Dir. Adult Contin. Educ. 21 (Sandra Johnson & Kathleen Taylor, Eds., 2006); *Examining Child Maltreatment*, *supra* note 3.

[5] *See, e.g.,* Robert F. Anda et al., *The enduring effects of abuse and related adverse experiences in childhood: A convergence of evidence from neurobiology and epidemiology*, 256 Eur. Arch. Psychiatry Clin. Neurosci. 174 (2006).



**Figure 1.  Hierarchy of brain organization and function.**

*The brain is organized in a hierarchy that develops in a sequential manner.  Four developmentally distinct regions (brainstem, diencephalon, limbic, and cortical) are woven together by multiple neural networks.  The monoamine (i.e., NE: norepinephrine- and DA: dopamine-containing) and other related (e.g., SER: serotonin-, ACH: acetylcholine-containing) systems originate in lower brain areas and have widespread impact on widely distributed "upstream" systems in the brain and the "downstream" systems of the body.  These regulatory networks play a role in integrating, processing, and acting on incoming patterns of neural activity from the primary sensory networks (such as touch, vision, and sound that monitor the external environment), somatic networks (such as motor-vestibular, cardiovascular, and respiratory that monitor the internal environment) and cerebral networks (such as cortical modulating networks that monitor the brain's internal environment).  This ongoing, dynamic input from the brain, body, and world is integrated, processed, and acted on to help regulate the individual.*



**Figure 2: Modulation of regulatory networks**

*This schematic illustrates the afferent (incoming) neural networks that provide input to the set of regulatory neural networks that are in the lower regions of the brain (e.g., the norepinephrine, dopamine, serotonin, and acetylcholine-containing networks).[6] The crucial regulatory neural networks involved in the stress response (and multiple other functions) are, themselves, modulated through patterned, repetitive and rhythmic input from both "bottom-up" (i.e., somatosensory) as well as "top-down" (i.e., cerebromodulatory) systems. The brain processes (and acts) on incoming input at multiple levels; while the brain is essentially an open and interactive system, this multilevel process of sensing, processing, and acting on the world/environment basically "begins" at the site of initial input of sensory, somatic or cerebral input to the lower areas of the brain. Incoming modulatory input provides a direct route to these crucial regulatory neural networks and can influence the organization, re-organization, and functional status of these key systems. These regulatory networks (NE, DA, SER) can be altered and sensitized by prolonged or chaotic patterns of activation.[7]*

---

[6] *See* Figure 1.

[7] *See* Figures 4, 5.

**B.     The Heterogeneity and Malleability of the Stress Responses**

14.     Some of the primary neural systems impacted by developmental trauma are those involved in the stress response.[8] The brain and body have a set of widely distributed systems that mediate the stress response; this involves the neuroendocrine, neuroimmune, central, and autonomic nervous systems.[9]   Several important monoamine (adrenergic, noradrenergic and dopaminergic), cholinergic and serotonergic neural networks originate in lower areas of the brain (brainstem and diencephalon) and send projections "upstream" to essentially all other regions of the brain, and "downstream" to the neuroendocrine and autonomic nervous systems which communicate with and influence the regulation of the rest of the body.[10]

15.     This complex and diverse distribution gives these centrally located networks a unique role in the stress responses; rapid activations and deactivations of various neural and physiological functions can be coordinated and regulated by these networks.   Further, all incoming sensory input from the body and from the outside world directly communicates with these neural networks that are key components of the "reticular activation system" (RAS).[11]   The RAS is essential for regulation of multiple arousal related functions including sleep, attention, vigilance, reward

---

[8] *See* Bruce D. Perry & Ronnie Pollard, *Homeostasis, Stress, Trauma, and Adaptation—A Neurodevelopmental View of Childhood Trauma*, 7 Child Adolesc. Psychiatr. Clin. N. Am. 1 (1998) (hereinafter "Homeostasis").

[9] *See* Figure 1.

[10] *See, e.g.,* Hao Huang et al., *Prefrontal cortex-projecting glutamatergic thalamic paraventricular nucleus-excited by hypocretin: a feedforward circuit that may enhance cognitive arousal*, 95 J. Neurophysiol. 1656 (2006); Nicholas D. Schiff et al., *Gating of attentional effort through the central thalamus*, 109 J. Neurophysiol. 1152 (2013); Susan J. Sara & Sebastian Bouret, *Orienting and reorienting: the locus coeruleus mediates cognition through arousal*, 76 Neuron 130 (2012); Daniel Dautan et al., *A major external source of cholinergic innervation of the striatum and nucleus accumbens originates in the brainstem*, 34 J. Neurosci. 4509 (2014).

[11] *See* Mircea Steriade, *Arousal: revisiting the reticular activating system*, 272 Science 225 (1996).

anticipation, reward, and interpretation of threat.[12]   Through these and related mechanisms, the development and regulation of the monoamine, serotonergic and cholinergic networks of the lower brain are essential to hundreds of important brain-mediated functions—including all of the functions required for success in school (*e.g.*, capacity to attend, exhibit 'delayed gratification,' smooth integration of complex cognitive functions require for planning, reading, and mathematics).   When these systems develop normally, there can be smooth integrated regulation of cognition, emotional regulation, social interactions, motor movements, and dozens of other functions essential to healthy human development and functioning.   When the development or regulation of these systems is altered from chaos, threat, and various forms of adversity and trauma, a cascade of functional deficits can result.

16.   As mentioned above, neural networks are "plastic"—they are malleable; neural number, physical structure of the neuron including dendritic and synaptic density and structure all change with various patterns of activation.  One determinant of "how" the neural networks change is the pattern of activation;[13] the variable impact of different patterns of activation on the monoamine and serotonergic networks that are crucial to the stress response has been a focus of research in animal models since the 1980s[14] and in humans over the last twenty years.[15]

---

[12] *See* Shigeo Kinomura et al., *Activation by attention of the human reticular formation and thalamic intralaminar nuclei*, 271 Science 512 (1996).

[13] *See* Figures 3, 4.

[14] *See, e.g.,* Peter W. Kalivas & Jane Stewart, *Dopamine transmission in the initiation and expression of drug- and stress-induced sensitization of motor activity*, 16 Brain Res. Brain Res. Rev. 223 (1991); Mark S. Kleven et al., *Effects of repeated injections of cocaine on D1 and D2 dopamine receptors in rat brain*, 532 Brain Res. 265 (1990); Gail M. Farfel et al., *Effects of repeated injections of cocaine on catecholamine receptor binding sites, dopamine transporter binding sites and behavior in rhesus monkey*, 578 Brain Res. 235 (1992).

[15] *See Homeostasis*, *supra* note 8; Jeffery D. Steketee & Peter W. Kalivas, *Drug wanting: behavioral sensitization and relapse to drug-seeking behavior*, 63 Pharmacol. Rev. 348 (2011) (hereinafter "Behavioral Sensitization").



**Figure 3: Effect of Moderate, Predictable Activations of the Stress Response**

**Systems**

*This graphic illustrates the decrease in the baseline level of activity (white dashed line) and the peak response following a stimulus (stressor) when the stress response systems are activated with moderate, predictable, and controllable "doses" of challenge, novelty, and other stressors.  In a neurotypically-organized person growing up in a safe, predictable and resource sufficient environment, the normal developmental and educational experiences of life can provide this kind of "resilience" building pattern of stress activation.*

17.     One clinically relevant feature of the stress response systems is their malleability: how "reactive" and responsive they are to stimulus (stressor) can be modified by activation.[16]  By activating the stress response systems in moderate, controllable and predictable "doses" the sensitivity of these systems decreased; the individual is more capable of "tolerating" a dose of stressor.[17]  This capability is related to the ability to demonstrate resilience in the face of significant or extreme

---

[16] *See* Behavioral Sensitization, *supra* note 15.

[17] *See* Figures 3, 5, 6.

stress.[18]  In turn, the activation of these systems in variable, unpredictable or extreme patterns will lead to a host of molecular and physiological changes that make these systems "sensitized"; the baseline level of activity is increased and for any given stimulus (stressor) there will be a more extreme (and disproportional) response.[19] This has profound clinical implications.[20]



**Figure 4: Sensitization in response to repeated, prolonged stress**

*This figure illustrates how the baseline "homeostat" of the stress response system (white dashed line) can become sensitized when the pattern of activation is chaotic, unpredictable or extreme (such as can be seen with many children growing up with the unpredictability and permeating sense of anxiety related to food and housing insecurity, community and or intra-family violence).  The sensitized stress responses then result in a host of emotional, behavioral, cognitive, and physical problems.*

---

[18] Michael Ungar & Bruce D. Perry, *Violence, trauma and resilience*, *in Cruel but not unusual* 119 (Cathy Vine & Ramona Allaggia, eds., 2012).

[19] *See* Figures 3, 5, 6.

[20] *See* Figure 3; Table 1.



**Figure 5: The Pattern of Stress has a Role in Determining Risk or Resilience**

18.     When the stress-response systems are activated in moderate, predictable, and controllable ways, the child's stress-response capabilities grow stronger and more flexible, allowing resilience in the face of future stressors.   However, when a developing child's stress-response systems are activated in unpredictable, extreme, or uncontrollable ways, the child's stress-response systems may become overactive, overly reactive, and sensitized, resulting in a host of problems.

1
2
3
4
5
6
7
8
9
10
11
12
13



All rights reserved © 2007-2015 Bruce D. Perry

**Figure 6.  Differential Stress-Reactivity**

14
15
16
17
18
19
20
21
22
23
24

*This figure illustrates three stress-reactivity curves; the middle straight line indicates a neurotypical relationship between the level of external challenge, stress or threat and the appropriate proportional shift in internal state required to adapt, adjust, and cope with the level of stress; with minor stressors, there are minor shifts in the internal state and with major stressors a larger shift in internal state is required.  The upper (Sensitized) curve illustrates the distorted, sensitized stress-reactivity curve that results from patterns of extreme, unpredictable or prolonged stress activation such as is seen in many youth and adults in the juvenile and criminal justice systems.  In this case, there is a significant over-activity at baseline and an over-reaction even in the face of relatively minor challenges.  All learning—social, emotional, behavioral, or cognitive—requires exposure to novelty; in turn, novelty will activate the stress response systems.  In an individual with neurotypical reactivity this will create a moderate, but manageable, dose of "stress."  Repetition with novelty (such as in an academic setting—or certain therapeutic situations) will ultimately lead to a tolerance pattern[21] and the capacity to demonstrate resilience (lower curve).  In contrast, a sensitized individual will find the introduction to simple challenges such as transitions, new academic concepts, complex or unpredictable social situations overwhelming—even fear-inducing, thereby inhibiting opportunities for normal social, emotional and cognitive development.  This sensitization is hypothesized to be one of the primary mechanisms underlying many of the emotional, behavioral, and learning problems seen in children and youth struggling in school.*

25
26
27

---

28

[21] *See* Figure 3 and accompanying text.

13

19.    The individual's response to any significant stressor will vary depending upon many factors including pre-existing stress response sensitivity, the presence of relational "buffers" and the nature of the stressor.[22]    Whether the threat is immobilizing, painful, prolonged, avoidable, interpersonal, a natural disaster, unexpected or anticipated are among the many features that will determine the specific "recruitment" of the body's heterogeneous stress response capabilities.  There are two major and interactive adaptive response patterns to significant threat: the arousal response and dissociation.  The arousal response activates the individual and prepares them to flee or fight.[23]  Dissociation is less well characterized and is engaged when there is a perception that fighting is futile or fleeing impossible; the dissociative response is more internalizing and is hypothesized to help the individual prepare to survive injury.  Peripheral blood flow decreases, heart rate goes down, and the release of endogenous opioids and dissociation at the cognitive and emotional level occurs.  In many cases both of these adaptive responses will be activated during the same complex traumatic experience.

20.    Both response patterns can become 'sensitized' such that future stressors or challenges will activate the most common adaptive pattern used in a similar situation in the individual's past and, in combination with 'state-dependent' shifts in cognition and behavior can lead to impulsive, aggressive and maladaptive, anti-social behaviors (*e.g.*, a young boy growing up in a domestic violence situation who used a "fight or flight" response during those traumatic experiences may respond to

---

[22] *See* Bruce D. Perry, *Child maltreatment: the role of abuse and neglect in developmental psychopathology*, *in Textbook of Child and Adolescent Psychopathology* (Theodore P. Beauchaine & Stephen P. Hinshaw, eds., 2008) (hereinafter "The Role of Abuse and Neglect").

[23] *See* Bruce D. Perry et al., *Childhood Trauma, the Neurobiology of Adaptation and "Use-dependent" Development of the Brain: How "States" Become "Traits,"* 16 Infant Ment. Health J. 271 (1995) (hereinafter "How 'States' Become 'Traits'"); *The Role of Abuse and Neglect*, *supra* note 22.

1  authoritarian males—even when they are not being threatening—with hostility and

2  aggression).

### III.   Without Immediate Trauma Intervention, Children Forcibly Separated From Their Parents Will Be Harmed

21.   The major buffers of present stress, distress and trauma are an individual's relational connections.  The major regulating and protective factor for a child is a parent.  Forcibly removing a child from his parents both produces traumatic stress and removes the major protective buffer that can help a child endure stressors. This doubly destructive experience can adversely impact the development of the child's neural systems.   As discussed above, such traumatic stress alters the developing brain.  It can increase risk for a host of emotional and behavioral problems, including antisocial behavior, attention problems, acting out, aggressive or violent behaviors, lack of trust, and other counterproductive coping mechanisms.   It negatively impacts the areas of the brain responsible for processing and storing new information and creates an over-focus on aspects of an experience that may be challenging or stressful.  It can further cause hypersensitivity to what would otherwise be perceived as benign stimuli.[24]  It can also impair children's ability to succeed by diminishing their ability to set goals, plan and learn.[25]  Exposure to traumatic stressors such as these have been shown to have negative effects on educational outcomes.

---

[24] *See* Bruce D. Perry, *Memories of Fear: How the Brain Stores and Retrieves Physiologic States, Feelings, Behaviors and Thoughts from Traumatic Events*, The Child Trauma Academy, *available at* http://www.juconicomparte.org/recursos/Memories_of_Fear_Wkh9.pdf   (internal citations omitted).

[25] *See* Bruce D. Perry, *Maltreatment and the Developing Child: How Early Childhood Experience Shapes Child and Culture* at 3, The Margaret McCain Lecture Series (2005), *available at* http://www.lfcc.on.ca/mccain/perry.pdf (hereinafter "Maltreatment and the developing child") ("Children in a state of fear retrieve information from the world differently than children who feel calm.  In a state of calm, we use the higher, more complex parts of our brain to process and act on information.  In a state of fear, we use the lower, more primitive parts of our brain…. The traumatized child lives in an aroused state, ill-prepared to learn from social, emotional, and other life experiences.  She is living in the minute and may not fully appreciate the consequences of her actions.").

22.     In my opinion, trauma-aware, trauma-sensitive and trauma-specific interventions are necessary to mitigate the adverse effects on the children experiencing the severe stressors of the separation from their parents. The longer such interventions are delayed, the greater the negative cumulative effect the acute neurophysiological, neuroendocrine, and neuropsychological response will have on these children and their parents.

23.     In my opinion, the adult caregivers must be a part of the trauma intervention provided to these children. This is especially true for the parents or other adult loved ones who are familiar with the child; in cases where children have been separated, reunion is essential for effective therapeutic work. Caregivers (including, for example, staff and personnel at various detention sites) are critical to reestablishing a child's ability to effectively regulate himself. These caregivers will need to develop an understanding of how to engage and interact with these children in ways that will be respectful, developmentally and culturally sensitive in order to provide the regulating experiences that can reduce the fears these children feel. These interactions will be important if the children can be capable of engaging in typical childhood activities necessary to development, such as play and education. Further, therapeutic work while in a setting or circumstance where there is continuing distress, threat, uncertainty and unpredictability can undermine, or even make impossible, meaningful therapeutic progress.

24.     It is also critical for any adult caregivers (including parents) themselves to be regulated in order to effectively interact with a traumatized child. When the caregivers themselves have been exposed to traumatic stress—such as the stress of detention and of having their children forcibly removed from their care with no or little communication—they also need trauma-specific services, both to treat their own primary trauma and to effectively support their traumatized child.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 24, 2018, at Maui, Hawaii.

_____

Dr. Bruce Perry

**Exhibit A**

## *CURRICULUM VITAE*

Bruce Duncan Perry, M.D., Ph.D.

<u>Senior Fellow</u>

The ChildTrauma Academy
800 Gessner, Suite 230
Houston, TX  77024

<u>Mailing Address</u>
5161 San Felipe
Suite 320
Houston, TX  77056
USA

Phone: (832) 472-9951
FAX:  (713) 513-5465
Email: BDPerry@ChildTrauma.org

<u>Websites</u>
www.ChildTrauma.org
www.ChildTraumaAcademy.com

***Birth date***
May 6, 1955
***Birthplace***
Bismarck, North Dakota

<u>Present Position</u>

***Senior Fellow***:  The ChildTrauma Academy, Houston, TX (1996-present)
***Professor (Adjunct)***:  Department of Psychiatry and Behavioral Sciences, Feinberg School of
Medicine, Northwestern University, Chicago, IL (2009-present)

<u>Previous Positions</u>

***Senior Fellow:***  The Berry Street Childhood Institute, Melbourne, Victoria, Australia (2012-2015)

**Senior Consultant:**  Ministry of Children's Services; Alberta, Canada (2003-2009)

**Medical Director:**   Provincial Programs in Children's Mental Health, Alberta Mental Health Board, Calgary, Alberta, CANADA (2001-2003)

**Chief of Psychiatry:**  Texas Children's Hospital, Baylor College of Medicine, (1992-2001)

**Thomas S Trammell Research Professor of Child Psychiatry:**  Baylor College of Medicine, (1993-2001)

**Associate Professor:**  Departments of Psychiatry and Behavioral Sciences, (1992-2001), Pediatrics, (1993-2001), Pharmacology, (1993-2001) and Neuroscience Program, (1994-2001), Baylor College of Medicine, Houston, Texas

**Vice Chairman for Research:**  Department of Psychiatry and Behavioral Sciences, (1992-1999), Baylor College of Medicine

**Assistant Professor:**  Departments of Psychiatry (1989-1992), Pediatrics (1990-1992), and Section of Pharmacology, (1991-1992): The University of Chicago

**Director:**  Laboratory of Developmental Neurosciences (1987-1992), Section of Child and Adolescent Psychiatry, The University of Chicago

**Co-Director:**  Human Brain Tissue Bank (1989-1992), Department of Psychiatry, The University of Chicago

**Director:**  Center for the Study of Childhood Trauma, (1990-1993), St. Joseph's Carondelet Child Center

**Instructor:**  Department of Psychiatry, The University of Chicago, (1987-1989)

**Fellow:**  Harris Center for Developmental Studies, The University of Chicago, (1987-1989)


Education

**Fellowship in Child and Adolescent Psychiatry:**  Section of Child and Adolescent Psychiatry, Department of Psychiatry, The University of Chicago, Chicago, IL  (1987-1989)

**Post-Doctoral Fellowship (Psychiatry)**:  Department of Psychiatry, Yale University, New Haven, CT (1984-1987)

**Internship (Flexible)**:  St. Raphael's Hospital, Yale University School of Medicine, New Haven, CT (1984-1985)

**Medical School:**  Northwestern University School of Medicine, Chicago, IL (1977-1984) MD awarded 1984

**Graduate School (Pharmacology):**  Department of Pharmacology, The Graduate School, Northwestern University, Chicago, IL  (1979-1984)  PhD awarded 1984

**Undergraduate School:**  Amherst College, Amherst, MA, Neuroscience Program (1975-1977)

**Undergraduate School:**  Stanford University, Stanford, CA, Biology and Psychology (1973-1975)

**High School:**  Bismarck Public High School, Bismarck, ND (1970-1973)


Professional Activities

Teaching

**Baylor College of Medicine**:  (1992-2001) CNS Pharmacology; Developmental Neurobiology; Research Issues in Psychiatry, Pediatric Psychopharmacology; Trauma-related Disorders and related subjects to medical students, psychiatry, pediatric and child psychiatry residents, graduate students in

psychology, pharmacology, social work, and the neurosciences (see later sections)

**_The University of Chicago_**: (1987-1992) Introductory Neurosciences; Advanced Clinical Neurosciences; Developmental Neurobiology; Research Issues in Child Psychiatry, Psychopharmacology, Psychopathology

**_Yale University_**:  (1985-1987) Psychopharmacology

**_Northwestern University_**:  (1980-1983) CNS and ANS Pharmacology

**_Illinois College of Optometry_**:  (1981-1983) CNS and ANS Pharmacology

**_University of North Dakota_**: (1980) Hypnosis, Acupuncture and Placebo

**_Amherst College_**:  (1978-1979) Laboratory Techniques in Physiological Psychology

**_Stanford University_**: (1974) Mathematics without Anxiety


## Accreditation

- Diplomat, National Board of Medical Examiners, Certificate # 248587; Oct1,1985
- Connecticut State Medical License #027784 – Inactive (Certificate, Nov 14, 1986)
- Illinois State Medical License #036-075366 - Inactive
- North Dakota Medical License #6328 - Inactive
- Texas State Medical License # J3573 – Active
- Alberta Medical License # S09869 – Inactive, Courtesy (# C11697)
- Tennessee Medical License – Active #MD0000054347
- Board Certified in Psychiatry: American Board of Psychiatry and Neurology (ABPN) Certificate #33888, January 1991
- Board Certified in Child and Adolescent Psychiatry: American Board of Psychiatry and Neurology Certificate  # 2837, September 1991


## **_Committees_** _(current)_

### **_National & International_**
- _Advisory Board,_ WAVE (Worldwide Alternatives to Violence), London, 1999-present
- _Advisory Board,_ Childhaven, Seattle, WA, 1999 – present
- _Advisory Board,_ KERA's First Impressions Early Childhood Public Awareness Campaign, Dallas, 2000
- _Board of Scientific Advisors,_ Foundation Against Interpersonal Trauma, 2001-
- _Advisory Board,_ Attachment Parenting Inc., 2001-
- _Advisory Board,_ Protect Inc., 2002-
- _Board of Directors,_ Alberta's Promise, 2003 –
- _Board of Scientific Advisors,_ SAIV: Spiritual Alliance to End Violence, 2004 –
- _Advisory Board,_ Roots of Empathy, Toronto, ON, Canada, 2004 –
- _Advisory Board,_ KidZone, America, 2006-
- _Advisory Board,_ Great Kids, Inc, _2007-_
- _Advisory Board,_ Multiplying Connections:  A Positive Development for all Children, The Health

Federation of Philadelphia, 2007-

- *Advisory Board,* Flawless Foundation, Portland, Oregon, 2012-
- *Advisory Board*, PsychDrugs Action Campaign's Medical & Scientific Advisory Board, National Center for Youth Law, Oakland CA, 2012-
- *Advisory Board*, National Quality Improvement Center for Adoption/Guardianship Support and Preservation, (Lead Agencies: Spaulding for Children, University of North Carolina and University of Texas, Austin, Schools of Social Work) 2015 – 2020
- *Advisory Board, Northern Ireland* "Care Pathways and Outcomes Study" (funded by UK Economic and Social Research Council) 2016-
- *Board of Directors,* Prevent Child Abuse America (PCAA), *Chicago, IL 2016-*
- *Board of Directors,* Ana Grace Project, *(AnaGraceProject.org), Newtown, CT 2017-*
- *Advisor,* The Center for the Collaborative Study of Trauma, Health Equity and Neurobiology *(THEN), Chicago, IL 2017 -*
- *Advisory Board,* Campaign for Trauma-Informed Policy and Practice, *Philadelphia, PA  2017 –*
- *Board Chairman,* Ana Grace Project, *Newtown, CT 2018-*

### Committees *(past)*

#### Institutional
- *Member*, Brain Research Foundation and Brain Research Institute, 1989-1991 (Chicago)
- *Chair*, Chicago Consortium for Psychiatric Research, PTSD Research Subcommittee, 1991-1993
- *Steering Committee*, Neurobiology of Disease Program, Neurosensory Institute, BCM
- *Search Committee*, *Chief*, Developmental Pediatrics, Texas Children's Hospital
- *Research Committee*, Department of Psychiatry, Baylor College of Medicine
- *Advisory Board*, High School for Health Professionals, Baylor College of Medicine
- *Executive Committee*, Department of Psychiatry, Baylor College of Medicine
- *Advancements and Promotions Committee*, Department of Psychiatry, Baylor College of Medicine
- *Therapeutic Abortions and Sterilization Committee,* Texas Children's Hospital
- *Member*, Advisory Panel, National Center for Child Trauma (UCLA), 2001-2010
- *Member,* Advisory Work Group on Children and Terrorism, US Surgeon General's Office, Washington, DC., 2001-2004
- *Board of Directors*, The Reiner Foundation, Los Angeles, CA, 1998 - 1999
- *Board of Directors,* I Am Your Child Foundation, Los Angeles, CA 1998-2004

#### Local
- *Project Advisory Board*, Alliance for the Mentally Ill: Greater Chicago (AMI-GC)
- Illinois State Psychiatric Institute, Drug Evaluation Committee, 1990-1992
- *Advisory Board,* Alliance for the Mentally Ill of Greater Chicago
- Children's Crisis Care Center Task Force (CPS Fund Board), 1993-1997 (Houston)
- *Board of Advisors*, Mark Roberts Foundation for the Prevention of Child Abuse, 1995-1997

- State of Texas Child Fatality Review Team, 1995-1997
- *Board of Directors*, Texas Professional Society on the Abuse of Children, 1994-1999
- *Board of Advisors*, Houston Advocates for Mentally Ill Children,  1993- 2001
- *Board of Directors*, The Grief Center (Bo's Place), 1995-2001
- *Chairman*, Advisory Board, Healthy Steps, Houston, 1998-2001
- *Advisory Board,* Hogg Foundation for Mental Health's Healthy Steps Project, Austin, 1998-*2001*
- *Advisory Board,* Success by Six, United Way of Greater Gulf Coast, 2000-2001
- *Advisory Board,* Early Connections: An Early Childhood Education Institute: Episcopal Health Charities and the Greater Houston Collaborative for Children, 2000-2001
- *Committee member,* Step Through External Partnerships (STEP) Project; Texas Department of Protective and Regulatory Services, Austin,  2000-2001
- *Member*, Technical Advisory Committee, Population-based Mental Health/Illness Surveillance in Alberta, Ministry of Health and Wellness, Alberta, CANADA, 2002-2010
- *Member*, Ministerial Advisory Committee for the Alberta Centre for Child, Family and Community Research, Ministry of Children's Services, Alberta, CANADA,  2003-2010
- *Member*, Residential Review Committee, Ministry of Children's Services, Alberta,  CANADA, 2004-2010


## *National*

- *Ad Hoc Member*, Special Study Group, MacArthur Early Childhood Transitions Network 1994
- Academy of Child and Adolescent Psychiatry Scientific Issues Work Group, 1988-1990
- *Board of Counselors*, Loyola University Chicago School of Law, CIVTAS ChildLaw Center,  1993-1997
- *Board of Counselors*, The CIVITAS Initiative, 1993-1997
- *Research Committee*, American Professional Society on the Abuse of Children, 1995-1997
- *Advisory Board*, BMC Group, Inc, Children and Violence Initiative, Washington, DC, 1994-1997
- *Board of Advisors*, I Am Your Child, National Public Engagement Campaign, 1997-1999
- *Board of Directors*, CIVITAS Initiative, 1997- 1999 (Chicago)
- *Member,* Child Health and Financing Committee, National Association of Children's Hospitals and Related Institutions (NACHRI), Alexandria VA, 1999-2001
- *Conduct Disorders Committee*, American Academy of Child and Adolescent Psychiatry, 1994-2000
- National Board of Medical Examiners, Test Material Development Committee, 1996-2000
- *Board of Directors*, I am Your Child Foundation, *Los Angeles, CA  1998-2000*
- *Advisory Board*, White House Summit on Youth Violence, Department of Justice, Washington, DC, 1999-2000
- *Member*, American Academy of Pediatrics, Early Brain and Child Development Project, Chicago, 1999-2002
- *Member,* United States Pharmacopoeia (USP) Drug Advisory Panel, 2000-*2006*
- *Advisory Committee,* Alberta Centre for Child, Family and Community Research, 2003-2010
- *Member, Expert Panel on Neuroscience and Maltreatment,* Administration on Children, Youth & Families, US Department of Health & Human Services 2012


## International

- Work Group on "Children, Violence and War" (Spunk Fund and Harris Foundation) 1991-1993
- Work Group on Bosnia (Dept of Defense, Menninger Clinic, World Health Organization, United Nations Consortium) 1996

<u>Other Activities</u>

- *Coordinator*, Grand Rounds, Department of Psychiatry, University of Chicago, 1990-1992
- *Program Consultant*, St. Joseph's Carondelet Child Center, 1989-1995
- *Consultant*, Princess Sophie Foundation of Romania (neglect, adoption, orphans) 1995
- *Trainer*, Federal Bureau of Investigation, FBI Academy and National Center for the Analysis of Violent Crime (critical incident protocols, juvenile violence, interviewing child victims) 1993- 2010
- *Consultant*, Federal Bureau of Investigation (Critical Incident Response Group: CIRG and Child Abduction and Serial Killer Unit: CASKU) 1995-2010
- *Consultant*, Scholastic Inc., 2000-2010

<u>Honors and Awards</u>

- Northwestern University **Graduate Fellow**, 1979-1980
- National Institute of Health Training Grant **Predoctoral Fellow (GM 07263)**, 1980-1982
- National Institute of Mental Health **Predoctoral Fellow (ADAMHA: MH-08834)**, 1982-1984
- Recipient, American Society of Pharmacology and Experimental Therapeutics **Robert F Furchgott Travel Award**, 1983
- Nominee, **Donald B Lindsley Prize in Behavioral Neuroscience**, 1984
- **Invited Faculty Netherlands Institute for Brain Research**, Royal Academy of Science, 15th International Summer School of Brain Research, 1987
- Recipient, **Presidential Scholar Award, American Academy of Child and Adolescent Psychiatry**, 1988
- Recipient, **American College of Neuropsychopharmacology, Travel Award**, 1988
- Recipient, **Director's Clinical Service Leadership Award**, Houston VAMC, 1993
- Recipient, **Department of Veteran's Affairs, National Service Director's Award** (Mental Health and Behavioral Sciences), Washington, DC, 1993
- **Lawrence Breslow Memorial Lecturer**, Lutheran General Hospital, Chicago, 1993
- **19th Annual Ester S Zetland Lecturer,** Chicago Psychoanalytic Association and Association of Child Psychotherapists, Chicago, IL 1993.
- **The Thirty-third Gertrude Victorson Ratner Lecturer**, Evanston Hospital, Northwestern University, Chicago, IL  1994
- Recipient, **Mental Health Association Research Award**, Houston, TX, 1995
- **Warren Wright Lecturer**, Northwestern University School of Medicine, Chicago, IL, 1995
- Recipient, **Carondelet Child Center's Public Service Award,** Chicago, IL  1995
- Recipient, **The Children's Hospital Department of Psychiatry and Behavioral Sciences, Rosenberry Award**, The University of Colorado**,** Denver, CO 1995
- **The First Annual Holt W. Webster Lecturer**, Children's Hospital and Medical Center, University of

Washington School of Medicine, Seattle WA 1996

- Recipient, *The Children's Hospital Department of Psychiatry and Behavioral Sciences, Rosenberry Award*, The University of Colorado, Denver, CO 1996
- Selected to  -- *The Best Doctors in America:  Central Region* 1996-2001
- *Angela and William Barrett Lecturer*, Department of Pediatrics University of Texas Medical Center, Southwest, Dallas TX 1997
- Invited Participant, *White House Conference on Early Childhood and the Brain,* 1997
- Invited Plenary Speaker, *President's Summit on America's Future*, Philadelphia, 1997
- Invited Speaker, *National Governor's Association*, Brain Development and Early Childhood Initiatives, Washington, DC, 1997
- Invited Testimony, *United States Senate, Appropriations Committee*, Recent Findings on Early Childhood Development, Washington, DC, 1997
- Recipient, *Distinguished Service Award*, National Association of Homes and Services for Children, Houston, TX 1997
- *2nd Annual Lynn Harris Memorial Lecturer and Visiting Professor* Department of Pediatrics, University of Arkansas for Medical Sciences and the Arkansas Children's Hospital Foundation, Little Rock, AK 1998
- Invited Speake*r, White House Dinner on Early Brain Development, 1998*
- *Visiting Professor in Neuroscience, Amherst* College, Amherst, MA 1999
- Keynote Speaker, White House Summit on Youth Violence*, Safe from the Start*, Washington, DC, 1999
- Recipient, *T. Berry Brazelton Award for Service, Research and Advocacy*, Texas Infant Mental Health Association, 1999
- Recipient, *Prevent Child Abuse America VOICE Award*, Annual Prevent Child Abuse Gold & Silver Ball, Chicago, IL, 1999
- *18th Dr. McIver Furman Del Mar Lecturer in the Health Sciences, Corpus Christi, TX, 2000*
- Inductee, *Texas Mental Health Association's Ring of Honor*, Founding Class, 2000
- *2nd Narkewicz Visiting Professor in Child Advocacy and Community Health*, Department of Pediatrics, University of Vermont School of Medicine, Burlington, VT 2000
- Recipient, *National Leadership Award in Public Child Welfare*, National Association of Public Child Welfare Administrators (NAPCWA), Washington DC, 2001
- Finalist, *Distinguished Achievement Award for Excellence in Educational Publishing*, The Association of Education Publishers, 2001
- *Littman Research Day Lecturer,* University of Calgary Department of Psychiatry, Calgary, AB, 2002
- *23rd Ira S. Stevens Lecturer,* Mental Health Association of Westchester, New York,  Understanding and Working with Traumatized Children, Elmsford, NY, 2003
- Honorary Member, *Texas Association for Infant Mental Health*, 2004 -
- Honoree, Canisius College, Early Childhood Education program distinguished graduate student award named *"The Dr. Bruce Perry Early Childhood Award"* Canisius College, Buffalo, NY, 2004
- Selected, *America's Top Psychiatrists*, Consumer Research Council of America, 2004-2006
- Selected, *Best Doctors in America*, 2000-present
- Inaugural Lecturer, *Annual Margaret McCain Lecture*, Centre for Children and Families in the Justice System, London Ontario, 2004

- Recipient, **Alberta Centennial Medal**, from Premier of Alberta and Lieutenant Governor of Canada, 2005
- Recipient, **Circle of Courage Award**, Reclaiming Youth International, San Antonio, TX, 2006
- Inductee, **Hall of Fame, Bismarck High School**, Bismarck, North Dakota, 2006
- Honoree, **"Dr. Bruce Perry Day"** Lawton, OK, February 21, 2006
- Recipient, **Honorary Mayor-President**, City of Baton Rouge, Parish of East Baton Rouge, LA, 2006
- Recipient. **Ambassador of Peace,** Violence Prevention Coalition of Orange County, California, 2006
- Recipient, **Harvey R. Houck, Jr. Award**, Justice for Children, Washington, D.C. and Houston, TX, 2006
- Recipient, **Spirit of Crazy Horse Award**, Circle of Courage, South Dakota
- Recipient, **Presidential Citation**, American Psychological Association, Division 41/37, Psychology-Law Society, San Francisco, 2007
- Inductee, **North Dakota Sports Hall of Fame** (Track and Field), 2009
- Recipient, **Robin Bush Award**, Bo's Place, Houston, TX, 2013
- Recipient, **Dolores Kohl Prize in Education**, Chicago, IL 2014
- Visiting Professor, **12th Edna Reiss-Sophie Greenberg Chair**, Reiss-Davis Child Study Center and Institute, Los Angeles CA, 2016
- Recipient, **18th Annual Francine C. Rosenberg Lecture,** Francis Parker School, Chicago IL, 2016
- Recipient, **Herman T. & Phenie R. Pott Child Advocacy Award**, Family Forward, St. Louis, MO, 2018


Editorial Review

### *Grants*

- Clinical Research Planning Panel, **Intramural Research Program of the National Institute of Mental Health (NIMH IRP)**, 1998
- Ad Hoc Reviewer, **Research Advisory Group for Mental Health (National Veterans Administration Study Section)**, 1986-1987
- Ad Hoc Reviewer, **March of Dimes Basic Science Study Section**, 1988
- Ad Hoc Reviewer, **Merit Review Board for Mental Health and Behavioral Sciences**, Department of Veterans Affairs, 1994-1995
- Ad Hoc Member, National Institute of Mental Health (NIMH) Board of Scientific Counselors Meeting, **Investigating the Behavioral and Biological Consequences of Child Abuse**, Bethesda, Maryland, 1997
- Ad Hoc Member, PHS: NIH/NIMH, **Violence and Traumatic Stress Review Committee**, 1995-1998
- Member, **Merit Review Board of Mental Health and Behavioral Sciences**, Department of Veterans Affairs, 1998-1999

### *Journals*

- Ad Hoc referee:  **Brain Research; Developmental Brain Research; Molecular Brain Research; Life Sciences; Biological Psychiatry; Archives of General Psychiatry; Journal of Neuropsychiatry and Clinical Neurosciences; Neuroscience Letters; Journal of Interpersonal Violence; Journal of**

*Pharmacological and Experimental Therapeutics; Pharmacology, Biochemistry and Behavior; Annals of Neurology; Pediatrics; Archives of Pediatric and Adolescent Medicine; Journal of the Academy of Child and Adolescent Psychiatry; International Journal of Neuropsychiatry*

- Ad Hoc book reviews: *Yale Journal of Biology and Medicine; Journal of Neuropsychiatry and Clinical Neurosciences; Journal of Interpersonal Violence; New England Journal of Medicine*
- Review Panel: *Journal of the American Academy of Child and Adolescent Psychiatry*, 1994-
- Advisory Editorial Board*, Healthy Child Alerts*, Chicago, IL, 1999- 2005
- Editorial Board: *Cultic Studies Journal*, 1994-2007
- Editorial Board: Consulting Editor, *Child Maltreatment, the Journal of the American Professional Society on the Abuse of Children*, 1995- 1999
- Editorial Board: *Journal of Child and Adolescent Trauma*, 2007-2012
- Guest Editor, Special Issue: "Education and Learning in the Context of Childhood Abuse, Neglect, and Related Stressors". *Child Abuse & Neglect, 2016*

Other
- Reviewer: American Medical Association's *Diagnostic and Treatment Guidelines on Mental Health Effects of Family Violence* AMA, Chicago, 1995
- Reviewer:  NIMH *National Plan for Child and Adolescent Mental Disorders*, 1995
- Reviewer:  State of Texas' *Sunset Commission's Review of the Texas Department of Protective and Regulatory Services*, 1995
- Reviewer:  *Clinical Practice Guidelines for Children & Adolescents in the Emergency Department*, Emergency Medical Services for Children, National Association of Social Workers, 1998

Research and Program Project Support: Grants and Contracts (not updated)

Active

*Quality Improvement Center for Adoption and Guardianship Support and Preservation (QIC-AG)* 2015-2020 *Permanency Continuum Framework: Segment (Intensive Services: Tennessee) Neurosequential Model of Therapeutics (Harmony Family Services).* Department of Health and Human Services, Administration for Children and Families, Children's Bureau, Grant # 90CO1122-01-00

*Foster/Adoptive Parent Preparation, Training and Development Initiative* - CORE-A (2015-2020) Partner Agencies: *Spaulding for Children (PI), The ChildTrauma Academy, The Center for Adoption Support and Education, The North American Council on Adoptable Children, Wayne State University.* Department of Health and Human Services, Administration for Children and Families, Children's Bureau

*National Training and Development Initiative for Foster/Adoptive Parents* (2017-2022) Partner Agencies: *Spaulding for Children (PI), The ChildTrauma Academy, The Center for Adoption Support and Education, The North American Council on Adoptable Children, The University of Washington.* Department of Health and Human Services, Administration for Children and Families, Children's Bureau

*The Neurosequential Model in Caregiving: The Arizona NMC Training Project* (2016 – 2020) Arizona Council of Human Service Providers ($228,000)

*Multiple Ongoing Training and Neurosequential Model (NMT, NME, NMC) Certification Projects* (see

www.ChildTrauma.org for updated list of participating organizations)


Selected Previous Grants & Program Project Funding


*Neurosequential Model of Therapeutics: Introducing a Trauma- and Developmentally-informed Approach to Clinical Work with At-Risk Children and Youth in the mental health, juvenile justice and early childhood systems*

| | |
|---|---|
| Sponsor: | HHS New Mexico |
| PI: | Bruce D. Perry, M.D., Ph.D. |
| Start date: | 2009 |
| End date: | 2016 |
| Annual budget: | $ 85,000 |

*Neurosequential Model of Therapeutics: Introducing a Trauma- and Developmentally-informed Approach to Clinical Work with At-Risk Children and Youth in the mental health system*

| | |
|---|---|
| Sponsor: | State of Oregon, Addictions and Mental Health Division |
| PI: | Bruce D. Perry, M.D., Ph.D. |
| Start date: | 2009 |
| End date: | 2013 |
| Annual budget: | $ 85,000 |

*CQI Trauma-informed services: Case-based training and introduction of the Neurosequential Model of Therapeutics (sub-contract with Northwestern University; John Lyons, Ph.D P.I.)*

| | |
|---|---|
| Sponsor: | Illinois Department of Child and Family Services |
| PI: | B.D. Perry, MD, PhD |
| Start date: | 2006 |
| End date: | 2008 |
| Total: | $ 250,000 (CTA component) |
| 2006 budget: | $86,000 |

*Critical Incident Response Team Secondary Trauma Prevention Project*

| | |
|---|---|
| Sponsor: | Texas Department of Protective and Regulatory Services |
| PI: | B.D. Perry, MD, PhD |
| Start date: | 1985 |
| End date: | 2010 |
| Total: | $ 450,000 |
| 2006 budget: | $60,000 |

*Safe from the Start: Decreasing the Impact of Exposure to Violence in Young Children*

| | |
|---|---|
| Sponsor: | Attorney General's Office, State of California |
| PI: | B.D. Perry, MD, PhD |
| Start date: | 2003 |
| End date: | 2010 |
| Total: | $ 250,000 |
| 2006 budget: | $ 70,000 |

*Train the Trainer: Understanding Traumatized and Maltreated Children*

| | |
|---|---|
| Sponsor: | Klamath County Collaborative, Klamath OR |
| PI: | B.D. Perry, MD, PhD |

|  |  |
|---|---|
| Start date: | 2005 |
| End date: | 2007 |
| Total: | $ 75,000 |
| 2007 budget: | $ 28,000 |

***Developing Trauma-informed Public Systems:  Focus on Philadelphia***

|  |  |
|---|---|
| Sponsor: | Foundations, Inc; Casey Family Foundation |
| PI: | B.D. Perry, MD, PhD |
| Start date: | 2004 |
| End date: | 2005 |
| Total: | $ 50,000 |
| 2005 budget: | $ 50,000 |

***Kidzone: Facilitating the Creation of a Developmentally-informed, Family-sensitive Community***

|  |  |
|---|---|
| Sponsor: | Foundations, Inc; Philadelphia Collaborative |
| PI: | B.D. Perry, MD, PhD |
| Start date: | 2005 |
| End date: | 2007 |
| Total: | undetermined |
| 2007 budget: | $65,000 |

***Translational Neuroscience: Applications for Traumatized Children in the Education System***

|  |  |
|---|---|
| Sponsor: | Northern Illinois University and DCFS of Illinois |
| PI: | Bruce D. Perry, M.D., Ph.D. and Ned Kalin, M.D. |
| Start date: | 2007 |
| End date: | 2008 |
| 2006-7 budget: | $ 50,000 |

***Neurosequential Model of Therapeutics: Applications for Traumatized Children in the Mental System***

|  |  |
|---|---|
| Sponsor: | State of Kansas |
| PI: | Bruce D. Perry, M.D., Ph.D. |
| Start date: | 2007 |
| End date: | 2008 |
| 2006-7 budget: | $ 85,000 |

***Children's Crisis Care Center Program Project***

|  |  |
|---|---|
| Sponsor: | Harris County Child and Protective Services |
| PI: | B.D. Perry, MD, PhD |
| Start date: | 1996 |
| End date: | annual renewable |
| Total: | $ 350,000* to date |
| 2000 budget: | $ 75,000 |

***ChildTrauma Academy's Core Child and Family Assessment Model***

|  |  |
|---|---|
| Sponsor: | Texas Department of Protective and Regulatory Services |
| PI: | B.D. Perry, MD, PhD |
| Start date: | 2000 |
| End date: | 2001, renewable X 3yrs |
| Total: | $ 800,000 |
| 2000 budget: | $ 400,000 |

***Early Childhood and Brain Development Curriculum: Train the Trainers Project***

|  |  |
|---|---|
| Sponsor: | Brown Family Foundation |
| PI: | B.D. Perry, MD, PhD |

|                 |                        |
|-----------------|------------------------|
| Start date:     | 2000                   |
| End date:       | 2002                   |
| Total:          | $ 166,000              |
| 2000 budget:    | $ 83,000               |

**ChildTrauma Core Family and Child Assessment Project**

|                 |                          |
|-----------------|--------------------------|
| Sponsor:        | Pritzker Cousins Foundation |
| PI:             | B.D. Perry, MD, PhD      |
| Start date:     | 2000                     |
| End date:       | 2002                     |
| Total:          | $ 100,000                |
| 2000 budget:    | $ 50,000                 |

**Juvenile and Family Court Curriculum Project:  Early Childhood Development**

|                 |                                            |
|-----------------|--------------------------------------------|
| Sponsor:        | Court Improvement Act/Children's Justice Act (TDPRS) |
| PI:             | B.D. Perry, MD, PhD                        |
| Start date:     | 2000                                       |
| End date:       | 2002                                       |
| Total:          | $ 160,000                                  |
| 2000 budget:    | $ 80,000                                   |

**Texas Children's Hospital Satellite Clinic Telemedicine Demonstration Project**

|                    |                                       |
|--------------------|---------------------------------------|
| Sponsor:           | Texas Information Infrastructure Board |
| PI:                | L. Jefferson, MD                      |
| Co-Investigator:   | B.D. Perry, MD, PhD                   |
| Start date:        | 2000                                  |
| End date:          | 2002                                  |
| Total:             | $ 200,000 (estimate)                  |
| 2000 budget:       | $ 80,000                              |

## <u>Consultant</u>

- PHS NIMH  Research Career Award (K-08) **Traumatized Young Children:  Risk for Maladaptation:** (*Principal Investigator:  Michael S. Scheeringa)* Tulane Department of Psychiatry and Neurology, Active 7-96 to 7-00

- PHS NIMH Scientist Development Award for Clinicians (K-20) **PTSD in Maltreated Adolescents: Psychobiology** *(Principal Investigator:  Michael DeBellis)* Western Psychiatric Institute, University of Pittsburgh, Active 3-96 to 7-99

- PHS NIMH Research:  Victor Carrion, M.D. (K-20) **Neuroimaging in Children with PTSD**, Stanford University, Active 2001-2006

## Other Past Research Support (Selected)

### <u>Principal</u> <u>Investigator</u>

- PHS  NIDA  DA-00250:7     **Effects of Cocaine in Reaggregating Neuronal Cultures.** *(Principal Investigator: B D Perry)* Active:  1990 - 1993.  Total direct costs $ 396,066 (30 % effort)
- PHS ADAHMA Pre-doctoral Fellowship for Mark Wainwright *(Sponsor/Principal Investigator: B D*

*Perry*):  **Dopamine Receptor Regulation in Hybrid Striatal Cells**.  Active:  1992 to 1994

- Scottish Rite Schizophrenia Research Program:  **Developmental Determinants of Dopamine Receptors in Tissue Culture**  *(Principal Investigator: B.D. Perry)*  Active: 1992 to 1994: Total direct costs $ 65,000

- PHS ADAHMA Pre-doctoral Fellowship (MH-08834)  *(Sponsor: David U' Prichard)*  **Adrenergic Receptor Regulation in Mammalian Brain**.  Active 1982-1984.

- Pfizer, Inc:  **Double-Blind Comparison of Sertraline and Placebo in Outpatients with Post-traumatic Stress Disorder** (93-CE21-0640, 0641),  Active 7-94 to 7-96, *(Principal Investigator:  B.D. Perry)*, Annual Budget, $ 123,875

- CIVITAS Initiative:  **Development of Emotional, Behavioral and Neurophysiological Symptoms in Children Following Traumatic Abuse or Neglect: An Integrated Service, Training and Research Program**  *(Principal Investigator:  B.D. Perry)* 7-94 to 7-99: Annual Budget  $250,000 (Total $1,250,000)

- Texas Department of Protective and Regulatory Services:  **A Longitudinal Clinical Case Management Model for Severely Traumatized Children in the CPS System:  A Pilot Study**  *(Principal Investigator: B.D. Perry)* Active 4-94 to 9-98, Total Budget $ 600,000

- Child Protective Services Fund Board:  **Children's Crisis Care Center: Development of a Proactive Assessment and Service Model for Children at Risk** (Principal Investigator: B.D. Perry) 3-96 to 7-98: Annual Budget $ 160,000

- Hogg Foundation for Mental Health:  **Critical Incident Stress Debriefing Models for Traumatized Children**  *(Principal Investigator: B.D. Perry)* 9-96 to 9-99, Total Budget $ 109,000

- M.B. O'Connor:  **Development of a Broad-based Assessment Process for Adolescents in the Juvenile Justice System: The Burnett Bayland Project**  *(Principal Investigator: B.D. Perry)* 3-97 to 3-99, Total Budget $ 112,000


<u>Co-Investigator</u>

- National Institute of Mental Health Grant  PHS MH-28942-07  **Development of Dopamine-containing Neurons in Primary Reaggregate Cell Cultures** *(Principal Investigator: A Heller)* Active: 1988-1991. (10 % effort)

- National Institute on Drug Abuse PHS DA-00085  **The Effects of Chronic Methamphetamine Administration** *(Principal Investigator: L Seiden)* Active: 1990-1995. (15 % effort)

- Shaw Foundation Grant:  **Research in Child and Adolescent Mental Health** *(Principal Investigators: B Leventhal and C Roth)* Active: 1990-1991,  Total direct costs: $ 100,000

- National Institute on Drug Abuse, Research Training Grant:  **Research Training in Drug Abuse** *(Principal Investigator: L Seiden)*: Core Faculty and Trainer:  1992-1997.

- Department of Education, **Early Childhood Violence Prevention Collaborative of Houston:  A Training Program**.  (CFDA No. 84.266)  *(Principal Investigator: R McLaughlin)* Active 1993-1995, Total Project Budget:  $ 1,000,000 (10 % effort).

- Azzam Foundation  **Comparison of Medical and Psychosocial Outcomes of Injured Children with Multidisciplinary  vs Conventional Medical Follow-up.**  (Principal Investigator:  MJ Hanfling) Active 10-94 to 10-96:  Total Project Budget $ 310,000 ( 10 % effort)

- HRSA Ryan White (Title IV)  **Case Management and Psychotherapy Services for HIV-Infected Children/Families followed at Texas Children's Hospital** (Principal Investigator: WT Shearer, Sub-project Director:  B.D. Perry) Annual Sub-project Budget $ 10,000, 1995-1996

- NIH/NICDH: **Rett Syndrome Research Program Project** *(Principal Investigator: DG Glaze)* Neuropathological Abnormalities in Rett Syndrome (SubProject PI:  D Armstrong), (10 % effort)

**Consultant/Collaborator**

- Stoff, D  (Hershey Medical College, Pennslyvania) NIMH, RO-1:  **Serotonergic Mechanisms in Childhood Aggressive Disorders.**
- Giller, E  (The University of Connecticut) PHS, NIMH RO-1:  **Neuroendocrine Mechanisms in Post-traumatic Stress Disorders**
- Van Kammen, D  (The University of Pittsburgh) VAMC Merit Award:  **Neurochemical Mechanisms in Schizophrenia**
- Perlman, R and Fox, A  (The University of Chicago) PHS, RO-1:  **Calcium Channel Mechanisms in Cultured Adrenal Chromaffin Cells**
- Murberg, M (The University of Washington) VAMC Merit Award:  **Sympathetic Nervous System and Opioid Functioning in Combat Veterans with PTSD**
- Todd, RD and O'Malley, KL  (Washington University) NIMH RO-1:  **Molecular Cloning of Dopamine Receptors**
- Mukherjee, J   (The University of Chicago) NIMH RO-1:  **Development of Dopaminergic Radiopharmaceuticals**

## Publications

**Books**

Perry, Bruce D. and Maia Szalavitz *The Boy Who Was Raised As A Dog: And Other Stories from a Child Psychiatrist's Notebook: What Traumatized Children Can Teach Us About Life, Loss and Healing*  Basic Books, New York, 2007

Perry, Bruce D. and Szalavitz, M.  *Born for Love: Why Empathy is Essential and Endangered***,**  Harper Collins, New York, 2010

Perry, Bruce D. *Brief: Reflections on Childhood, Trauma and Society* The ChildTrauma Academy Press, Houston, 2013

K. Brandt, B.D. Perry, S. Seligman & E. Tronick, Eds., *Infant & Early Childhood Mental Health*,  American Psychiatric Press, 2014

Perry, Bruce D. and Maia Szalavitz *The Boy Who Was Raised As A Dog: And Other Stories from a Child Psychiatrist's Notebook: What Traumatized Children Can Teach Us About Life, Loss and Healing*: Revised and Updated. Basic Books, New York, 2017

K. Brandt, B.D. Perry, S. Seligman & E. Tronick, Eds., *Infant & Early Childhood Mental Health*, Revised Edition  American Psychiatric Press, 2018

Journals (peer-reviewed)

1. Perry, B.D. & U'Prichard, D.C.  *3H-Rauwolscine (alpha-yohimbine): A specific antagonist radioligand for brain alpha2-adrenergic receptors.* Eur J Pharmacol, 76, 461-464, 1981

2. Mellow, A.M., Perry, B.D., & Silinsky, E.M.  *Effects of calcium and strontium in the process of acetylcholine release from motor nerve endings.*  J Physiol (Lond), 328, 547-562, 1982

3. Perry, B.D., Stolk, J.M., Vantini, G., Guchhait, R.B. & U'Prichard, D.C.  *Strain differences in rat brain epinephrine synthesis and alpha-adrenergic receptor number:  Apparent in vivo regulation of brain alpha- adrenergic receptors by epinephrine.*  Science, 221, 1297-1299, 1983

4. Perry, B.D., Vantini, G., Stolk, J.M. & U'Prichard, D.C.  *Apparent regulation of brainstem and hypothalamic adrenergic receptors by PNMT and epinephrine:  A comparison in inbred rat strains.*  Psychopharmacology Bulletin, 19(4), 612-616, 1983

5. Vantini, G., Perry, B.D., Hurst, J.H., Guchhait, R., Elston, R.C., U'Prichard, D.C. & Stolk, J.M.  *Genetic differences in phenylethanolamine N-methyltransferase activity in rats.* Psychopharmacology Bulletin, 19(4), 616-619, 1983

6. Perry, B.D., Simon, P. & U'Prichard, D.C.  *Interactions of neuroleptic compounds at alpha2-adrenergic receptor affinity states in bovine caudate nucleus.*  Eur J Pharmacol, 95, 315-318, 1983

7. Vantini, G., Perry, B.D., Guchhait, R.B., U'Prichard, D.C. & Stolk, J.M.  *Brain epinephrine systems: Detailed comparison of adrenergic and noradrenergic metabolism, receptor number and in vivo regulation, in two inbred rat strains.*  Brain Research, 296, 49-65, 1984

8. Stolk, J.M., Vantini, G., Guchhait, R.B., Hurst, J.M., Perry, B.D., U'Prichard, D.C. & Elston, R.C.  *Inheritance of adrenal phenylethanolamine N-methyltransferase activity in the rat.* Genetics, 108, 633-649, 1984

9. Stolk, J.M., Vantini, G., Perry, B.D., Guchhait, R.B. & U'Prichard, D.C.  *Assessment of the functional role of brain adrenergic neurons:  Chronic effects of phenylethanolamine N-methyltransferase inhibitors and alpha-adrenergic receptor antagonists on brain norepinephrine metabolism.*  J Pharmacol Exp Ther, 230(3), 577-586, 1984

10. Perry, B.D., Pesavento, D.J., Kussie, P.H., U'Prichard, D.C. & Schnoll, S.H.  *Prenatal exposure to drugs of abuse in humans: Effects on placental neurotransmitter receptors.*  Neurobehavioral Toxicology and Teratology, 6, 295-301, 1984

11. Stolk, J.M., Vantini, G., Guchhait, R.B., Perry, B.D. & U'Prichard, D.C.  *A model for evaluating the functional role of brain adrenaline-containing neurons.*  Clinical Neuropharmacology, 7, Suppl. 1, 5372- 5373, 1984

12. Perry, B.D.  *Alpha2-adrenergic receptor binding sites in mammalian brain: Characterization, localization, regulation and relation to central adrenergic systems.* University Microfilms, Ann Arbor, Michigan, 1984

13. Wang, C., Pasulka, P., Perry, B.D., Pizzi, W.J. & Schnoll, S.H.  *Effect of perinatal exposure to methadone on brain opioid and alpha-adrenergic receptors.*  Neurobehavioral Toxicology and Teratology, 8:399-402,  1986

14. Perry, B.D., Giller, E.L. & Southwick, S. *Altered platelet alpha2-adrenergic binding sites in post-traumatic stress disorder.* Am J Psychiatry, 144(11): 1511-1512, 1987

15. Krystal, J.H., Kosten, T., Perry, B.D., Southwick, S.M., Mason, J. & Giller, E.L. *Neurobiological aspects of post-traumatic stress disorder: review of clinical and preclinical studies.* Behav Ther, 20: 177-198, 1989

16. Mukherjee, J., Perry, B.D. & Cooper, M. *Fluorinated benzamide neuroleptics. 1. Radiosynthesis of (S)-N-   [(1-Ethyl-2-pyrrolidinyl)methyl]-5-(2[F-18]fluoroethyl)-2-methyoxybenzamide:   a   potential fluorine-18 labeled PET radiotracer for dopamine D2 receptors.* J of Labeled Compounds and Radiopharmaceuticals, 28: 609-616, 1990

17. Southwick, S.M., Yehuda, R., Giller, E.L. & Perry, B.D. *Platelet alpha2-adrenergic receptors in borderline personality disorder*. Am J Psychiatry, 147: 1014-1017, 1990

18. Southwick, S.M., Yehuda, R., Giller, E.L. & Perry, B.D. *Platelet alpha2-adrenergic receptor binding sites in major depressive disorder and borderline personality disorder.* Psychiatry Res, 34: 193-203, 1990

19. Mukherjee, J., Luh, K.E., Yasillo, N., Perry, B.D., Levy, D., Chen, T., Ortega, C., Beck, R.N. & Cooper, M. *Dopamine D2 receptors imaged by PET in Cebus Apella using [F-18]benzamide neuroleptic.* Eur J Pharmacology, 175: 363-364, 1990

20. Kleven, M., Perry, B.D., Woolverton, W. & Seiden, L. *Effects of repeated injections of cocaine on D1 and D2 dopamine receptors in rat brain.* Brain Research, 532: 265-270, 1990

21. Perry, B.D., Cook, E., Leventhal, B., Wainwright, M. & Freedman, D.X. *Platelet 5-HT2-serotonin receptor binding sites in autistic children and their first degree relatives.* Biol Psychiatry, 29: 1-10, 1991

22. Mukherjee, J., Perry, B.D. & Cooper, M. (*S)-N-[(1-Ethyl-2-pyrrolidinyl)methyl]-5-(3[18F]-fluoropropyl)-2,3- dimethoxybenzamide: a high affinity [18F]-fluorinated radioligand for imaging dopamine D2 receptors by PET.* J Medicinal Chemistry, accepted, in revision.

23. Giller, E.L., Kosten, R.T., Yehuda, R., Perry, B.D., Southwick, S. & Mason, J.W. *Psychoendocrinology and pharmcotherapy of PTSD.* Clinical Neuropharmacology, 13: 329- 331, 1991

24. Gui-Hua, C., Perry, B.D. & Woolverton, W. *Effects of chronic SCH 23390 or acute EEDQ on the discriminative stimulus effects of SKF 38393.* Pharmacol Biochem Behavior 41: 321-327, 1992

25. Farfel, G., Kleven, M.S., Woolverton, W.L., Seiden, L.S. & Perry, B.D. *Effects of repeated injections of cocaine on catecholamine receptor binding sites, dopamine transporter binding sites and behavior in Rhesus monkeys.* Brain Res, 578: 235-243, 1992

26. Yang, Z.Y., Mukherjee, J.& Perry, B.D. *Fluorinated Derivatives of 7-Chloro-8-Hydroxy-3-Methyl-1-(3'-Aminophenyl)-2,3,4,5-Tetrahydro-1H-3-Benzapine (SCH 38548): Selective and High Affinity Ligands for Dopamine D-1 Receptors.* J Labeled Compounds and Radionuclide Res, accepted, in revision.

27. Cook, E., Perry, B.D., Dawson, G., Wainwright, M. & Leventhal, B.L. *Receptor inhibition by immunoglobulin fraction: specific inhibition by autistic children, their relatives, and control subjects.* J Autism and Developmental Disorders, 23: 67-78, 1993

28. Tsai, L-L, Bergmann, B.M., Perry, B.D. & Rechtschaffen, A. *Effects of chronic total sleep deprivation on central noradrenergic receptors in rat brain.* Brain Res, 602:221-227, 1993

29. Choi, A., Cahill, A., Perry, B.D. & Perlman, R. *Histamine evokes greater increases in phosphatidylinositol metabolism and catecholamine secretion in epinephrine-containing than in*

*norepinephrine containing chromaffin cells.*  J Neurochemistry, 61:2, 541-549, 1993

30. Perry, B.D.  *Neurodevelopment and the neurophysiology of trauma I: Conceptual considerations for clinical work with maltreated children.* APSAC Advisor, 6:1,1-18,  1993

31. Perry, B.D.  *Neurodevelopment and the psychophysiology of trauma II:  Clinical work along the alarm-fear-terror contiuum.*  APSAC Advisor, 6:2, 1-20, 1993

32. Tsai, L.L., Bergmann, B.M., Perry, B.D. & Rechtschaffen, A.  *Effects of chronic sleep deprivation on central cholinergic receptors in rat brain*  Brain Research, 642: 95-103, 1994

33. Schwarz, E. & Perry, B.D.  *The post-traumatic response in children and adolescents.*  Psychiatric Clinics of North America, 17 (2): 311-326, 1994

34. Wainwright, M.S., Perry, B.D., Won, L.A., O'Malley, K.L., Wang, W-Y & Heller, A.  *Immortalization of murine striatal neurons by somatic cell fusion with the N18TG2 neuroblastoma:  Characterization of cell lines expressing a variety of dopamine receptors and cholinergic markers.*  J Neuroscience, 15 (1):676-688, 1995.

35. Perry, B.D., Pollard, R., Blakely, T., Baker, W., & Vigilante, D. (1995) *Childhood trauma, the neurobiology of adaptation and 'use-dependent' development of the brain: How "states" become "traits'".*  Infant Mental Health J, 16 (4):  271-291

36. Unis, A.S., Cook, E.H., Vincent, J.G., Gjerde, D.K., Perry, B.D. & Mitchell, J.  *Peripheral serotonergic measures correlate with aggression and impulsivitiy in juvenile offenders.*  Biological Psychiatry, 42; 7: 553-560, 1997.

39. Perry, B.D. & Pollard, R.  *Homeostasis, stress, trauma, and adaptation: a neurodevelopmental view of childhood trauma.*  Child and Adolescent Psychiatric Clinics of North America, 7; 1: 33-51, 1998.

40. Miranda, L., Arthur, A., Milan, T., Mahoney, O., & Perry, B.D*. The art of healing: The Healing Arts Project*  Early Childhood Connections, Journal of Music- and Movement-Based Learning, 4:4, 35-40, 1998

41. Perry, B.D., Czyzewski, D., Lopez, M., Spiller, L., Treadwell-Deering, D., *Neuropsychologic impact of facial deformities in children.*  Clinics in Plastic Surgery, 25:4, 587-597, 1998.

42. Perry, B.D. and Azad, I.  *Post-traumatic stress disorders in children*. Current Opinions in Pediatrics, 11:4 1999

43. Read, J., Perry, B.D., Moskowitz, A. & Connolly, J.  *The contribution of early traumatic events to schizophrenia in some patients: a traumagenic neurodevelopmental model*.  Psychiatry 64 (4)  319-345, 2001

44. Perry, B.D. (2002) *Childhood experience and the expression of genetic potential: what childhood neglect tells us about nature and nurture.*  Brain and Mind 3: 79-100

45. Anda, R.F., Felitti, R.F., Walker, J., Whitfield, C., Bremner, D.J., Perry, B.D., Dube, S.R., Giles, W.G. (2006) *The enduring effects of childhood abuse and related experiences: a convergence of evidence from neurobiology and epidemiology*, European Archives of Psychiatric and Clinical Neuroscience, 256 (3) 174 - 186

46. Perry, B.D. and Hambrick, E. *The Neurosequential Model of Therapeutics.*  Reclaiming Children and Youth, 17 (3) 38-43 (2008)

47. Perry, B.D.  and Dobson, C.D. *Surviving childhood trauma: the role of relationships in prevention of, and recovery from, trauma-related problems.*  Counselling Children and Young People: *Journal of CCYP, a division of British Association for Counseling and Psychotherapy,* March, 2009 28-31

48. Perry, B.D. (2009) *Examining child maltreatment through a neurodevelopmental lens: clinical application of the Neurosequential Model of Therapeutics.* Journal of Loss and Trauma 14: 240-255,

49. Barfield, S., Gaskill, R., Dobson, C. & Perry, B.D. *Neurosequential Model of Therapeutics© in a therapeutic preschool: implications for work with children with complex neuropsychiatric problems.* International Journal of Play Therapy    Online First Publication, October 31, 2011. Doi:10.1037/a0025955

50. Read, J., Fosse, R., Moskowitz, A. & Perry, B.D. (2014) *Traumagenic neurodevelopmental model of psychosis revisited* Neuropsychiatry 4 (1): 1-15

51. Perry, B.D. & Jackson, A. (2014) *Long and winding road: from neuroscience to policy, program and practice* Insight: Victorian Council of Social Services Journal 9: 4-8

52. Stewart, S.L., Theall, L., Perry, B., MacLeod, K., Smith, C., Mathias, K., Henderson, J., Rupert, K., Hirdes, J.P. (2015). Traumatic Life Events CAP. In S.L. Stewart, L.A. Theall, J.N. Morris, K. Berg, M. Björkgren, A. Declercq, et al. *interRAI Child and Youth Mental Health Collaborative Action Plans (CAPs): For Use with the Child and Youth Mental Health Assessment Instrument. Version 9.3.* Washington, DC: interRAI. ISBN 978-1-62255-027-2

53. Zarnegar, Z., Hambrick, E., Perry, B.D., Azen, S. & Peterson, A. (2016) *Clinical improvements in adopted children with Fetal Alcohol Spectrum Disorders through neurodevelopmentally-informed clinical interventions: a pilot study.*   Clinical Child Psychology and Psychiatry 1-17 DOI: 10.1177/1359104516636438

54. Lau, J., Stewart, S.L., Theall, L.A., Gleason, K., Beharry, P., Rupert, K., Perry, B., Smith, C., Mathias, K. (2016). Traumatic Life Events CAP. In S.L. Stewart, L.A. Theall, J.N. Morris, K. Berg, M. Björkgren, A. Declercq, et al. *interRAI Child and Youth Mental Health and Developmental Disability Collaborative Action Plans (CAPs): For use with the ChYMH-DD Assessment Instrument, Version 9.3* (pp. 45-54). Washington, DC: interRAI.

55. Hambrick, E., Brawner, T., Perry, B.D., Wang, E., Griffin, G., DeMarco, T., Capparelli, C., Grove, T., Maikoetter, M., O'Malley, D., Paxton, D., Freedle, L., Friedman, J., Mackenzie, J. Perry, K.M., Cudney, P., Hartman, J., Kuh, E., Morris, J., Polales, C. & Strother, M. (2018) *Restraint and critical incident reduction following introduction of the Neurosequential Model of Therapeutics (NMT).* Residential Treatment for Children & Youth,
http://www.tandfonline.com/doi/full/10.1080/0886571X.2018.1425651

56. Hambrick, E., Brawner, T. & Perry, B.D. (in preparation) *Age-dependent effects of developmental adversity and relational health on emotional and behavioral functioning in pre-adolescent children.*

57. Hambrick, E., Brawner, T., & Perry, B. (2018). Examining developmental adversity and connectedness in child welfare-involved children. Children Australia, 43(2), 105-115. doi:10.1017/cha.2018.21

58. Hambrick, E., Brawner, T. & Perry, B.D. (in preparation) Beyond ACEs: Comprehensive Psychiatry (Special Edition, Theodore Beuchaine and Elizabeth P. Hayden, Eds)


Book Chapters


1. U'Prichard, D.C., Mitrius, J.C., Kahn, D.J. & Perry, B.D.  *The alpha2-adrenergic receptor: Multiple affinity states and regulation of a receptor inversely coupled to adenylate cyclase.*  In: The Molecular Pharmacology of Neurotransmitter Receptor Systems.  (T Segawa, HL, Yamamura and K Kuriyama, Eds.).  In: Advances in Biochemical Psychopharmacology, Vol. 36, pp. 53-57, 1983.

2. U'Prichard, D.C., Perry, B.D., Wang, C.H., Mitrius, J.C. & Kahn, D.J.  *Molecular aspects of regulation*

*of alpha2-adrenergic receptors.*  In:  Frontiers in Neuropsychiatric Research.  (E Usdin et al., Eds.).  MacMillan Press, London, pp. 65-82, 1985

3.  Perry, B.D. & U'Prichard, D.C.  ***Alpha adrenergic receptors in neural tissues:  Methods and applications of radioligand binding assays.***  In:  Methods in Neurobiology, Vol. I  Brain receptor methodologies, Part A:  General methods and concepts.  Amines and acetylcholine (PJ Marangos, I Campbell and RM Cohen, Eds.).  Academic Press, New York, 256-284, 1985.

4.  Stolk, J.M., Vantini, G., Guchhait, R.B., Elston, R.L., Perry, B.D. & U'Prichard, D.C.  ***Genetic mechanisms regulating phenylethanolamine N-methyltransferase and their implications for the physiological response to stress.***  In:  Catecholamine and Other Neurotransmitters in Stress (I Kvetnansky and E Usdin, Eds.).  Elsevier Press, Amsterdam,  1985.

5.  Perry, B.D.  ***Placental and blood element neurotransmitter receptor dysregulation:  A model for examining mechanisms of neurochemical teratology in humans.***  Chapter 13. In:  Neurochemistry of Functional Neuroteratology, Progress in Brain Research. Vol. 73  (GJ Boer, MGP Feenstra, M Mirmiran et al. Eds.).  Elsevier Press, Amsterdam, 189-206,  1988.

6.  Yehuda, R., Southwick, S.M., Perry, B.D., Mason, J.W. & Giller, E.L. ***Interactions of the hypothalamic-pituitary-adrenal axis and the catecholaminergic system in PTSD.***  In:  Advances in Psychiatry: Biological Assessment and Treatment of Post Traumatic Stress Disorder (EL Giller , Ed.).  American Psychiatric Press, Washington, DC, pp 115-135, 1990.

7.  Perry, B.D., Southwick, S.W., Yehuda, R. & Giller, E.L.  ***Adrenergic receptor regulation in post-traumatic stress disorder.***  In:  Advances in Psychiatry: Biological Assessment and Treatment of Post Traumatic Stress Disorder (EL Giller , Ed.).  American Psychiatric Press, Washington, DC, 87-115, 1990.

8.  Giller, E.L., Perry, B.D., Southwick, S.M., Yehuda, R., Wahby, V., Kosten, T.R. and Mason, J.W.  ***Psychoendocrinology of posttraumatic stress disorder.***  In:  PTSD: Biological Mechanisms and Clinical Aspects (ME Wolf and AD Mosnaim, Eds).  American Psychiatric Press, Washington, DC, 158-170, 1990.

9.  Perry, B.D.  ***Neurobiological sequelae of childhood trauma:  Post traumatic stress disorders in children.***  In  Catecholamine Function in Post Traumatic Stress Disorder: Emerging Concepts  (M Murburg, Ed.) American Psychiatric Press, Washington, DC, 253-276, 1994

10.  Yehuda, R., Southwick, S.M., Perry, B.D. & Giller, E.L.  ***Peripheral catecholamine alterations in borderline personality disorder.***  In:  Biological and Neurobehavioral Studies of Borderline Personality Disorder (K Silk, Ed.).  Progress in Psychiatry Series.  American Psychiatric Press, Washington, DC, 63-89,  1994

11.  Perry, B.D. & Pate, J.E.  ***Neurodevelopment and the psychobiological roots of post traumatic stress disorders.***  In:  The Neuropsychology of Mental Disorders:  A Practical Guide. (C Stout  and LF Koziol, Eds.).  Charles C Thomas, Springfield, IL,  129-147,  1994

12.  Perry, B.D.  ***Incubated in terror:  Neurodevelopmental factors in the 'cycle of violence'***  In:  Children In a Violent Society (J Osofsky, Ed.). Guilford Press, New York, pp 124-148,  1997

13.  Perry, B.D., ***Neurodevelopmental adaptations to violence: How children survive the intragenerational vortex of violence.***  In:  "Violence and Childhood Trauma: Understanding and Responding to the Effects of Violence on Young Children," (Ed., W. Reed) Gund Foundation Publishers, Cleveland, Ohio, 1997, pp.67-80

14.  Perry, B.D.  ***Children's reactions to stress.***  Section 21 in  Teaching Resource for Instructors in Prehospital Pediatrics (Eds., G.L. Foltin, M.G. Tunik, A.Cooper, D. Markenson, M.Treiber, R. Phillips,

T. Karpeles) Center for Pediatric Emergency Medicine, Mt. Sinai New York, NY:, 1998

15. Perry, B.D., *Memories of fear: How the brain stores and retrieves physiologic states, feelings, behaviors and thoughts from traumatic events:* In: Images of the Body in Trauma (JM Goodwin and R. Attias, Ed.). Basic Books. New York, pp 26-47 1999

16. Perry, B.D. *Anxiety disorders.* In: Textbook of Pediatric Neuropsychiatry (CE Coffey and RA Brumback, Eds.). American Psychiatric Press, Inc, Washington, DC., 580-594, 1999

17. Perry, B.D., Colwell, K. & Schick, S. *Child Neglect*. In: Encyclopedia of Crime and Punishment, Encyclopedia of Crime and Punishment Vol 1. (David Levinson, Ed.) Sage Publications, Thousand Oaks pp 192-196, 2002,

18. Dominguez, R. Z., Nelke, C.F & Perry, B.D., *Sexual Abuse of Children*. In: Encyclopedia of Crime and Punishment, (David Levinson, Ed.) Sage Publications, Thousand Oaks pp 202-207, 2002,

19. Mann, D., Corell, A. P., Ludy-Dobson, C. & Perry, B.D. *Physical Abuse of Children*. In: Encyclopedia of Crime and Punishment, (David Levinson, Ed.) Sage Publications, Thousand Oaks pp 197-202, 2002,

20. Perry, B.D. (2002) *The neurodevelopmental impact of violence in childhood*. In Textbook of Child and Adolescent Forensic Psychiatry, (Eds., D. Schetky and E.P. Benedek) American Psychiatric Press, Inc., Washington, D.C. pp. 191-203

21. Perry, B.D. *The neuroarcheology of childhood maltreatment: the neurodevelopmental costs of adverse childhood events.* In: The Cost of Maltreatment: Who Pays? We All Do. (Eds., K. Franey, R. Geffner & R. Falconer), Family Violence and Sexual Assault Institute, San Diego, pp. 15-37, 2001

22. Perry, B.D. *Trauma and terror in childhood: the neuropsychiatric impact of childhood trauma.* In Handbook of Psychological Injuries: Evaluation, Treatment and Compensable Damages (Eds., I. Schultz & D. O. Brady) American Bar Association Press, Chicago, 2002

23. Pathak, S & Perry, B.D. *Anxiety disorders* in Pediatric Neuropsychiatry (C.E. Coffey, R.A. Brumback, D.R. Rosenberg, K.K. S. Voeller, Eds.). Lippincott, Williams & Wilkins, New York, NY pp. 289-305, 2005

24. Perry, B.D. *The Neurosequential Model of Therapeutics: Applying principles of neuroscience to clinical work with traumatized and maltreated children* In: Working with Traumatized Youth in Child Welfare (Ed. Nancy Boyd Webb), The Guilford Press, New York, NY, pp. 27-52, 2006

25. Perry, B.D. *Fear and learning: Trauma-related factors in the adult learning process* in The Neuroscience of Adult Learning (S. Johnson and K. Taylor, Eds ) New Directions in Adult and Continuing Education: 110, pp 21-27 Josey-Bass, New York, 2006

26. Perry, B.D. *Child maltreatment: the role of abuse and neglect in developmental psychopathology* in Textbook of Child and Adolescent Psychopathology: First Edition in (Theodore P. Beauchaine and Stephen P. Hinshaw, Eds) pp. 93-128 Wiley, New York 2008

27. Perry, B.D. *The effects of violence on the brain of the developing child (Jan 2008); The role of genetics on children's brain development (Jan 2008); Healthy families, healthy communities (Jan 2008); The Neurosequential Model of Therapeutics (May 2009); Effects of military deployment on children (May 2009)* in Family Violence Research, Assessment and Interventions: Looking Back, Looking Ahead Interviews from Joining Forces Joining Families (JE McCarroll, JH Newby, DM Benedek, RJ Ursano & N Vineburgh, Eds) pp 77-104 Center for the Study of Traumatic Stress, Uniformed Services University of the Health Sciences, Bethesda MD 2010

28. Perry, B.D.  *Further research needed in FASD: Child health and well being*  in Fetal Alcohol Spectrum Disorder (FASD): Across the Lifespan – Proceedings from an IHE Consensus Development Conference 2009 (E Jonsson, L Dennett & G Littlejohn, Eds)   pp 165-172 Institute for Health Economics, Edmonton 2010

29. Ludy-Dobson, C. & Perry, B.D. (2010) *The role of healthy relational interactions in buffering the impact of childhood trauma* in Working with Children to Heal Interpersonal Trauma in (E. Gil, Ed.) The Guilford Press, New York  pp 26-44

30. Gaskill. R. L. & Perry, B.D.  *Child sexual abuse, traumatic experiences and their effect on the developing brain* in (P. Goodyear-Brown, ed)   Handbook of Child Sexual Abuse: Identification, Assessment and Treatment  pp. 29-49  John Wiley & Sons, Hoboken, 2012

31. Perry, B.D.  *The death of empathy?*  in (Narvaez, D., Panksepp, J., Schore, A., & Gleason, T., Eds.) Evolution, Early Experience and Human Development: From Research to Practice and Policy. New York: Oxford University Press. 2012.

32. Ungar, M & Perry, B.D. (2012) *Trauma and resilience*  in (R. Alaggia & C. Vine, Eds) Cruel but Not Unusual: Violence in Canadian Families pp. 119-143 WLU Press, Waterloo, CA

33. Perry, B.D. & Dobson, C. (2013) *Application of the Neurosequential Model (NMT) in maltreated children*. In (J. Ford & C. Courtois, Eds) Treating Complex Traumatic Stress Disorders in Children and Adolescents, pp 249-260. Guilford Press, New York

34. Gaskill, R. & Perry, B.D. (2014) *The neurobiological power of play: Using the Neurosequential Model of Therapeutics™ to guide play in the healing process*. In (C. Malchiodi & D. A. Crenshaw, Eds) Creative Arts and Play Therapy for Attachment Trauma pp 178-194 Guilford Press, New York

35. Perry, B.D. (2013) *The Neurosequential Model of Therapeutics in Young Children*. In (Kristie Brandt, Bruce D. Perry, Stephen Seligman & Edward Tronick, Eds) Infant and Early Childhood Mental Health. pp. 21-47 American Psychiatric Press, NY

36. Tronick, E. & Perry, B.D. (2015) *The multiple levels of meaning making: the first principles of changing meanings in development and therapy*. In (Marlock, G. & Weiss, H., with Young, C. & Soth, M., eds) Handbook of Body Therapy and Somatic Psychology. Berkeley, CA: North Atlantic Books. pp 345-355

37. Perry, B.D., Griffin, G., Davis, G., Perry, J.A., & Perry, R.D. (2018) *The impact of neglect, trauma and maltreatment on neurodevelopment: Implications for the juvenile justice practice, programs, and policy* in The Wiley-Blackwell Handbook of Forensic Neuroscience (Anthony R. Beech, Adam J. Carter, Ruth E. Mann & Pia Rotshtein Eds.) John Wiley & Sons Ltd (London)  pp. 813-836

38. Perry, B.D., Hambrick, E. & Perry, R.D. (2016) *A neurodevelopmental perspective and clinical challenges:*  in: Transracial and Intercountry Adoptions: Culturally Sensitive Guidance for Professionals (Eds: Rowena Fong & Ruth McRoy) Columbia University Press New York pp. 126-153

39. Beeghly, Marjorie, Perry,B.D. & Tronick, E. (2016) "*Self-Regulatory Processes in Early Development.*" Oxford Handbooks Online. 2016-02-11. Oxford University Press. http://www.oxfordhandbooks.com/view/10.1093/oxfordhb/9780199739134.001.0001/oxfordhb-9780199739134-e-3&gt

40. Gaskill, R.L. & Perry, B.D. (2017) *A neurosequential therapeutics approach to guided play, play therapy, and activities for children who won't talk* in What to Do When Children Clam Up in Psychotherapy: Interventions to Facilitate Communication (Cathy A. Malchiodi and David A. Crenshaw, Eds)  pp 38-66

41. Perry, B.D. (2017) *Trauma- and stress-related disorders* in Textbook of Child and Adolescent

Psychopathology: Third Edition in (Theodore P. Beauchaine and Stephen P. Hinshaw, Eds) Wiley, New York pp 683-705

42. Perry, B.D., Jackson, A., & Waters, S. (2018) **Leadership in direct practice** in Leadership in Child and Family Practice (Margarita Frederico, Nadine Cameron, Maureen Long, Eds). Routledge Academic, London & NY pp. 71-83

43. Perry, B.D. & Jackson, A. (2018) **Trauma-informed Leadership** in Leadership in Child and Family Practice (Margarita Frederico, Nadine Cameron, Maureen Long, Eds). Routledge Academic, London & NY  pp. 125-142

44. Perry, B.D. (2018) **Using the Neurosequential Model with Young Children and their Families** in (K.Brandt, B.D. Perry, S. Seligman & E. Tronick, Eds) Infant and Early Childhood Mental Health: Second Edition. American Psychiatric Press, NY


Other Publications

1. Perry, B.D. & U'Prichard, D.C.  **Selection and use of alpha-adrenergic radioligands.**  New England Nuclear New Product News, July/August, pp. 1-4, 1983

2. Southwick, S.M., Giller, E.L. & Perry, B.D.  **Adrenergic receptor regulation in post-traumatic stress disorder.**  PTSD Quarterly, Vol. 4, No. 2, 1987

3. Perry, B.D., Conroy, L. & Ravitz, A.  **Persisting psychophysiological effects of traumatic stress:  The memory of "states".**  Violence Update 1:(8), 1-11, 1991

4. Perry, B.D.  **Congressional testimony at oversight hearings on federal law enforcement actions in relation to the Branch Davidian Compound in Waco, Texas**:  In Congressional Record (     )pp 312-383 with attachments ()

5. Perry, B.D. & Marcellus, J.E. **The impact of abuse and neglect on the developing brain** Colleagues for Children 7: 1-4, 1997

6. Perry, B.D. **Aggression and violence: The neurobiology of experience**.  The American Academy of Child and Adolescent Psychiatry's Developmentor  Spring, 1996.

7. Perry, B.D.  **Gray Matter**  Forbes ASAP, 3rd Annual Big Issue. (1998, November 30).

8. Perry, B.D. & Rosenfelt, J.L. **The child's loss: Death, grief and mourning: How caregivers can help children exposed to traumatic death** CTA Parent and Caregiver Education Series Volume 1: Issue 1, ChildTrauma Academy Press  1999; edition 2, 2013

9. Perry, B.D. & Rubenstein, J.L. (Spanish translation by Alma Collazo and Edgar Rivera ) **LA PÉRDIDA EN EL NIÑOMUERTE, LUTO Y DUELO: CÓMO PUEDEN LOS CUIDADORES AYUDAR A NIÑOS QUE HAN ESTADO EXPUESTOS A MUERTES TRAUMÁTICAS** CTA Parent and Caregiver Education Series Volume 1: Issue 2 (http://www.childtrauma.org/deathsp.htm), ChildTrauma Academy Press  1999

10. Perry, B.D. **Brain structure and function I: Basics of organization** CTA Interdisciplinary Education Series Volume 2: Issue 1 (http://www.childtrauma.org/brain_I.htm), ChildTrauma Academy Press 2000

11. Perry, B.D. **Bonding and attachment in maltreated children: Consequences of emotional neglect in childhood** CTA Parent and Caregiver Education Series  Volume 1: Issue 3 (http://www.childtrauma.org/Attach_ca.htm), ChildTrauma Academy Press  1999.

12. Perry, B.D. (Spanish translation by Alma Collazo and Edgar Rivera) *FORMACIÓN DE VÍNCULOS Y EL DESARROLLO DE APEGO EN NIÑOS MALTRATADOS: CONSECUENCIAS DE LA NEGLIGENCIA EMOCIONAL EN LA NIÑEZ* CTA Parent and Caregiver Education Series  Volume 1: Issue 4 (http://www.childtrauma.org/Attach_ca.htm), ChildTrauma Academy, 1999

13. Perry, B.D. *Helping traumatized children: A brief overview for caregivers* CTA Parent and Caregiver Education Series Volume 1:  Issue 5, ChildTrauma Academy Press, 1999

14. Perry, B.D. *Brain structure and function II: Special topics informing work with maltreated children* CTA Interdisciplinary Education Series Volume 2: Issue 2 (http://www.childtrauma.org/brain_II.htm), ChildTrauma Academy Press, 2000

15. Perry, B.D. *Principles of working with traumatized children: Special considerations for parents, caregivers, and teachers* CTA Parent and Caregiver Education Series Volume 1: Issue 5 (http://www.childtrauma.org/principles_TC.htm), ChildTrauma Academy Press, 1999

16. Perry, B.D. *The effects of traumatic events on children* CTA Parent and Caregiver Education Series Volume 1: Issue 6 (http://www.childtrauma.org/effects.htm), ChildTrauma Academy Press, 1999

17. Kaufman, R.M. & Perry, B.D. *Understanding juvenile and family court: Special focus on competency, capacity, and hearsay* CTA Parent and Caregiver Education Series Volume 2: Issue 1 (http://www.childtrauma.org/Juv_Fam_Ct.htm), ChildTrauma Academy Press, 1999

18. Perry, B.D. *The vortex of violence: how children adapt and survive in a violent world* CTA Interdisciplinary Education Series Volume 2: Issue 3 (http://www.childtrauma.org/vortex_interd.htm), ChildTrauma Academy Press, 2000.

19. Perry, B.D. *Stress, trauma, and post-traumatic stress disorders in children: an introduction* CTA Interdisciplinary Education Series Volume 2: Issue 4 (http://www.childtrauma.org/ptsd_interdisc.htm), ChildTrauma Academy Press, 1999.

20. Perry, B.D. *Effects of traumatic events on children: An introduction* CTA Interdisciplinary Education Series  Volume 2: Issue 5 (http://www.childtrauma.org/effects_I.htm), ChildTrauma Academy Press, 1999.

21. Ludy-Dobson, C., Guttentag, C., Schick, S., Conrad, D., Carrabine, C., Perry, B.D. *Interdisciplinary assessment: an effective model for understanding maltreated children* CTA Interdisciplinary Education Series Volume 2: Issue 6 (http://www.childtrauma.org/assess.htm), ChildTrauma Academy Press, 1999.

22. Conrad, D.J. & Perry, B.D. *The cost of caring: Understanding and preventing secondary traumatic stress when working with traumatized and maltreated children* CTA Interdisciplinary Education Series Volume 2: Issue 7 (http://www.childtrauma.org/Cost_of_Caring_I.htm), ChildTrauma Academy Press, 2000.

23. Perry, B.D. & Welch, L. *Testifying in juvenile and family court: Preparing for depositions, hearings, and trials* CTA Interdisciplinary Education Series Volume 2: Issue 8 (http://www.childtrauma.org/testifying.htm), ChildTrauma Academy Press ,1999.

24. Perry, B.D. *Effects of Technology on the Brain.* Early Childhood Today 13:6, 37-38 1999

25. Perry, B.D. *The Time is Now.* Early Childhood Today 14:4, 64 2000

26. Perry, B.D. *Creating an Emotionally Safe Classroom.* Early Childhood Today 15:1, 35-36 2000

27. Perry, B.D. *Attunement: Reading the Rhythms of the Child.* Early Childhood Today 15:2, 20-21 2000

28. Perry, B.D. *The Developmental Hot Zone: Helping Children Move from the Comfortable and Familiar and Take on New Challenges.* Early Childhood Today 15:3, 30-31 2000

29. Perry, B.D.  How the Brain Learns Best.  Instructor 110:4, 34-35 2000

30. Perry, B.D. *Why Do Kids kill?* Junior Scholastic, 102:16, 6-7 2000

31. Perry, B.D. *First experiences.*  Parent & Child 8:1, 56-61 2000

32. Perry, B.D. *Children and Loss.* Parent & Child 8:2, 67-68 2000

33. Perry, B.D. *Why?* Scholastic Action, 23:13, 24-25 2000

34. Perry, B.D. *Bonding and attachment in maltreated children I: Introduction to emotional neglect.* The WisKisds Journal: A Public Policy Analysis of Children's Issues in Wisconsin. 19:1, 6-10, 2000

35. Perry, B.D. *Bonding and attachment in maltreated children II: consequences of emotional neglect in childhood.*  1.  The WisKisds Journal: A Public Policy Analysis of Children's Issues in Wisconsin 9:2, 5-8, 2000

36. Perry, B.D., Hogan, L. and Marlin, S.J. *Curiosity, pleasure and play: a neurodevelopmental perspective*, HAAEYC Advocate, 20: 9-12, 2000

37. Perry, B.D. *Traumatized children: How childhood trauma influences brain development.* In: The Journal of the California Alliance for the Mentally Ill 11:1, 48-51, 2000

38. Perry, B.D. *Creating an emotionally safe classroom.*  Early Childhood Today 15:1, 35-36 2000

39. Perry, B.D. *First experiences.*  Parent & Child 8:1, 56-61 2000

40. Perry, B.D., *Sexual abuse of infants.*  Trauma, Violence and Abuse: A Review Journal, 1: 4-6, 2000

41. Perry, B.D. *Being the Bully.*  Scholastic Action 24:4, 20-21 2000

42. Perry, B.D. *On Safety and Learning: Creating an Emotionally Safe Classroom.* Scholastic Action Teacher's Edition 24:4, 4 2000

43. Perry, B. D. *Protecting Our Children.* Scholastic Action Teacher's Edition, 29:9, 8 2000

44. Perry, B.D. *Why? A Year after Columbine*  Scholastic Choices, 15:7, 8-10 2000

45. Perry, B.D.  Big Questions, Real Answers.  Scholastic Choices 16:1, 6-10 2000

46. Perry, B.D.  Big Questions, Real Answers.  Scholastic Choices 16:3, 30 2000

47. Perry, B.D. *Why?* Scholastic Scope, 48:15, 18-19 2000

48. Perry, B.D. *Being the Bully.* Scholastic Scope Teacher Edition 49:4, 18-19 2000

49. Perry, B.D. *Can Some People Read Minds?* Science World, 57:1, 16 2000

50. Perry, B.D. *Why Do We Have Body Hair?* Science World, 57:2, 22 2000

51. Perry, B.D. *Death and Loss: Helping Children Manage Their Grief.*  Early Childhood Today 15:4, 22-23 2001

52. Perry, B.D. *The Meaning in Words.* Early Childhood Today 15:5, 19-20, 2001

53. Perry, B.D. *Curiosity: The Fuel of Development.* Early Childhood Today 15:6, 22-23 2001

54. Perry, B.D. *The Importance of Pleasure in Play.* Early Childhood Today 15:7, 24-25 2001

55. Perry, B.D.  *A Place for Everyone: Nurturing Each Child's Niche.* Early Childhood Today  15:8, 21 2001

56. Perry, B.D.  *Promoting Nonviolent Behavior in Children: The Six Core Strengths.*  Early Childhood Today 16:1, 26-29 2001

57. Perry, B.D.  *Attachment: The First Core Strength.*  Early Childhood Today 16:2, 28-29 2001

58. Perry, B.D.  Self-Regulation: The Second Core Strength.  Early Childhood Today 16:3, 20-21 2001

59. Perry, B.D.  Children and Loss: Teachers Serve as a Crucial Emotional Bridge for a Child at Times of Loss.  What Do We Need to Know to Help Students Cope?  Instructor (1990) 110:6, 36-38 2001

60. Perry, B.D.  *Stop the Violence: Six Core Strengths that Help Students to Flourish.*  Instructor, 111:3, 34-35, 82 2001

61. Perry, B.D.  School Violence.  Junior Scholastic 103.16, 4 2001

62. Perry, B.D.  *Keep the Cool in School!*  Junior Scholastic 104:3, 10 2001 (October 10)

63. Perry, B.D.  Coping with Disaster.  Junior Scholastic, 8 2001 (October 15 and 22)

64. Perry, B.D.  America's Tragedy: Helping Students Cope (for Teachers).  Junior Scholastic Teacher's Edition, T2 2001 (October 15)

65. Perry, B.D.  Dear Parents.  Junior Scholastic Teacher's Edition, T3 2001 (October 15)

66. Perry, B.D.  *Creating Novelty.*  Parent & Child, 67-68 2001 (April/May)

67. Perry, B.D.  *Raising a Nonviolent Child: Six Core Strengths Every Child Needs to Be Humane and to Protect Herself From Violence.*  Parent & Child, 2001 (September)

68. Perry, B.D.  *Raising a Nonviolent Child: The Power of Attachment.*  Parent & Child, 32-34 2001 (October)

69. Perry, B.D.  *The Violence in Words.*  Scholastic Action, 24:9, 16-17 2001

70. Perry, B.D.  *Death and Divorce: Helping Children Cope with Loss.*  Scholastic Action Teacher's Edition, 24:11, 8 2001

71. Perry, B.D.  Big Questions, Real Answers.  Scholastic Choices 16:4, 30 2001

72. Perry, B.D.  Big Questions, Real Answers.  Scholastic Choices 16:5, 30 2001

73. Perry, B.D.  Big Questions, Real Answers.  Scholastic Choices 16:6, 30 2001

74. Perry, B.D.  Big Questions, Real Answers.  Scholastic Choices 16:8, 30 2001

75. Perry, B.D.  Keeping the Peace in School.  Scholastic Choices  17.2, 6-7 2001

76. Perry, B.D.  How You Can Cope.  Scholastic Choices 17:3, 13 2001

77. Perry, B.D. The impact of traumatic events on children.  The Health Journal, 2001

78. Perry, B.D.  Building Bonds.  Scholastic Choices 17:3, 30-31, 2001

79. Perry, B.D.  Helping Students Cope with Tragedy.  Scholastic Choices Teacher's Edition 17.3, T4 2001

80. Perry, B.D.  *The Cool Rules.*  Scholastic News, 64:7, 4-5 2001

81. Perry, B.D.  *Cool Rules.*  Scholastic News, 70:7, 4-5 2001

82. Perry, B.D.  *The Violence in Words.*  Scholastic Scope, 49:11, 18-19 2001

83. Perry, B.D.  *School Violence: Why It Happens, What You Can Do.*  Scholastic Scope, 49:15, 20-21 2001

84. Perry, B.D.  *Keep the Cool in School.*  Scholastic Scope 50:4, 14-17 2001 (October 15)

85.  Perry, B.D.  *Death and Divorce: Helping Children Cope with Loss.*  Scholastic Scope Teacher's Edition, 49:17, T5 2001

86.  Perry, B.D.  How to Talk about Disaster.  Science World 58:4, S8 2001

87.  Perry, B.D.  Coping with Disaster.  Science World 58:5, 12 2001

88.  Perry, B.D.  Preventing Violent Behavior: Understanding Self-Regulation.  Science World 58:6, 22 2001

89.  Perry, B.D.  Affiliation: Join In: Why We Live in Groups.  Science World 58:7, 17-19, 2001

90.  Perry, B.D.,  *Foreword* to The Baby Bonding Book  Victoria Loveland-Coen, 2002

91.  Perry, B.D.  Affiliation: The Third Core Strength.  Early Childhood Today 16:4, 30-31 2002

92.  Perry, B.D.  Awareness: The Fourth Core Strength.  Early Childhood Today 16:5, 24-25 2002

93.  Perry, B.D.  Tolerance: The Fifth Core Strength.  Early Childhood Today 16:6, 26-27 2002

94.  Perry, B.D.  Respect: The Sixth Core Strength.  Early Childhood Today 16:7, 2-3 2002

95.  Perry, B.D.  Starting School: Why It Can Be Overwhelming.  Early Childhood Today 17:1, 30-31 2002

96.  Perry, B.D.  Resilience: Where Does It Come From?  Early Childhood Today 17:2, 24-25 2002

97.  Perry, B.D.  Respecting Others.  Junior Scholastic 104:13, 12 2002

98.  Perry, B.D.  Joining In: Find Out How Groups Work in Your Life as You Explore the Core Strength of Affiliation.  Junior Scholastic 104:15, 23 2002

99.  Perry, B.D.  Belonging to the Group: Help Students Feel Included, Connected, and Valued.  Instructor (1990) 111.5, 36-37 2002

100.  Perry, B.D.  We're All Different (We're All the Same): Teach Children to Embrace Diversity and Give Them a Gift They Can Use Throughout Their Lives.  Instructor (1990) 111:6, 37-39 2002

101.  Perry, B.D.  Dr. Perry: Self Regulation Think Before You Act.  Scholastic Choices 17.4, 29 2002

102.  Perry, B.D.  Join In: Find Out How Groups Work in Your Life as You Explore the Core Strength of Affiliation.  Scholastic Choices 17.5, 26-27 2002

103.  Perry, B.D.  Thinking of Others: Find Out How Well You Know Other People as You Explore the Core Strength of Awareness.  Scholastic Choices 17.6, 28-29 2002

104.  Perry, B.D.  Accepting Differences: How Well Do You Understand the Core Strength of Tolerance?  Scholastic Choices 17.7, 24-25 2002

105.  Perry, B.D.  Coping with the 9/11 Anniversary.  Scholastic Choices Teacher's Edition 18:1, T5 2002

106.  Perry, B.D.  Awareness: Judging Others: How We Form First Impressions.  Science World 58.8, 13 2002

107.  Perry, B.D.  Tolerance: Overcoming Fear to Understand Others.  Science World 58:10, 13 2002

108.  Perry, B.D.  Respect: Learning to Value Yourself and Others.  Science World 58:11, 16 2002
      Perry, B.D. and Lockyear, B.  *Too scared to learn – domestic violence and kids*.  San Francisco Chronicle, Dec. 26, 2003

109.  Perry, B.D.  *Why Young Children are Curious.*  Early Childhood Today 17:4, 26- 27  2003

110.  Perry, B.D.  Young Children and Language.  Early Childhood Today 17:5, 18-19 2003

111.  Perry, B.D.  *On War and Young Children.*  Early Childhood Today 17:6, 14-15 2003

112.    Perry, B.D.  *Explore, Discover, Master: How Curiosity Drives the Cycle of Positive Learning.* Parent & Child 10:4, 42-43 2003.

113.    Perry, B.D.  **Tough Questions for Difficult Times.** Parent & Child  10:5, 43 2003

114.    Perry, B.D.  *Talk It Up!: The Simple Act of Speaking with Your Child Has a Huge Impact on His Language Learning.* Parent & Child, 10:5, 63 2003

115.    Wiley, M., Perry, B.D., Karr-Morse, R., Beilein, T., Carey, R., Grishaber, J., Murhpy, J.  **Protect kids, reduce crime, save money: Prevent child abuse and neglect**.  A report from New York Law Enforcement, Fight Crime: Invest in Kids, Albany NY, 2004

116.    Perry, B.D.  *How Children Process New Experiences.*  Parent & Child, 13:1, 68-70 2005

117.    Perry, B.D.  *Maltreatment and the developing child: How early childhood experience shapes child and culture.*  The Inaugural Margaret McCain lecture (abstracted); McCain Lecture series, The Centre for Children and Families in the Justice System, London, ON, 2005

118.    Perry, B.D. and John Marcellus.  **The Impact of Abuse and Neglect on the Developing Brain.** Scholastic.com.  September 25, 2006. http://teacher.scholastic.com/professional/bruceperry/abuse_neglect.htm

119.    Perry, B.D.  **Tough Questions for Difficult Times.**  Scholastic.com.  September 25, 2006. http://content.scholastic.com/browse/article.jsp?id=1482

120.    Kneas, Kimberly Moore and B. D. Perry. **Using Technology in the Early Childhood Classroom.** Scholastic.com. September 25, 2006. http://teacher.scholastic.com/professional/bruceperry/using_technology.htm

121.    Perry, B.D.  **Aggression and Violence: The Neurobiology of Experience.**  Scholastic.com. September 25, 2006. http://teacher.scholastic.com/professional/bruceperry/aggression_violence.htm.

122.    Perry, B.D.  **Biological Relativity: Time and the Developing Child.**  Scholastic.com.  September 25, 2006. http://teacher.scholastic.com/professional/bruceperry/biological_relativity.htm.

123.    Perry, B.D.  **Principles of Working with Traumatized Children.**  Scholastic.com.  September 25, 2006.  http://teacher.scholastic.com/professional/bruceperry/working_children.htm.

124.    Perry, B.D.  **The Child's Loss: Death, Grief and Mourning.**  Scholastic.com.  September 25, 2006. http://teacher.scholastic.com/professional/bruceperry/child_loss.htm.

125.    Perry, B.D.  **Expert Advice: Coping with the First Anniversary of 9/11.**  Scholastic News Online. Scholastic.com.  September 25, 2006 http://content.scholastic.com/browse/article.jsp?id=5282.

126.    Perry, B.D.  *Preface* Move Baby Move Sophie Foster and Jerome Hartigan, Random House New Zealand, pp. 9-13, 2006

127.    Perry, B.D. **Introduction** Creative Interventions with Traumatized Children (C.A. Malchiodi, Ed) The Guilford Press, New York, 2008

128.    Perry, B.D. **Introduction**  Life Story Therapy with Traumatized Children Richard Rose. Jessica Kingsley Press, New York, 2012


Theses

1.    Perry, B.D.  *An investigation of the role of CNS opiate receptors and catecholamines in an animal model of a 'pure' behavioral teratogen.*  Doctoral candidacy research thesis.  Department

of Pharmacology, Northwestern University, 1980.

2. Perry, B.D. *Alpha2-adrenergic receptor binding sites in mammalian brain: Characterization, localization, regulation and relation to central adrenergic systems.* Doctoral dissertation. DC U'Prichard advisor. Northwestern University, 1984.

## Published Abstracts (Updated through 1998)

1. Perry, B.D. and U'Prichard, DC  *3H-Rauwolscine binding to alpha2-adrenergic receptors in bovine brain.* Neurosci Soc Abstr, 7, 424, 1981.

2. U'Prichard, DC, Perry, B.D. and Kahn, DJ  *Alpha2-adrenergic receptors in neurons: Heterogeneity of states with respect to agonists and antagonists, and regulation in vivo.* Abstr. Symp.  "CNS Receptors- from Molecular Pharmacology to Behavior", Strasbourg, France, 1982.

3. Valverius, P, Borg, S, Fields, J, Hoffman, PL, Knoblech, M, Lee, J, Moses, R, Munoz-Marcus, M, Perry, B.D., U'Prichard, DC, Stibler, H and Tabakoff, B  *Brain neurotransmitter receptors in alcoholics: A post mortem study.* First Int Soc Biomed Res Alcoholism, Munich, Germany, 1982.

4. Perry, B.D., Schnoll, SH and U'Prichard, DC  *Placental neurotransmitter receptors in normal and substance-abusing women.* The Pharmacologist, 24, 134, 1982.

5. Perry, B.D., Stolk, JM, Vantini, G, Hurst, J and U'Prichard, DC  *Genetic analysis of an inverse relationship between brainstem alpha2-adrenergic receptors and PNMT activity and epinephrine level in rats.* Neurosci Soc Abstr, 8, 525, 1982.

6. U'Prichard, DC and Perry, B.D.  *Regional and species comparison of brain alpha2-receptor states.* Neurosci Soc Abstr,8, 525, 1982.

7. Perry, B.D., Vantini, G, Stolk, JM and U'Prichard, DC  *Differences in medullary adrenergic receptor regulation in inbred rat strains: Functional consequences of differences in brainstem PNMT activity.* Abstr American College of Neuropsychopharmacology (ANCP) Meeting, Puerto Rico, 1982.

8. Vantini, G, Perry, B.D., Hurst, JH, Guchhait, RB, Elston, RC, U'Prichard, DC and Stolk, JM  *Genetic differences in phenylethanolamine N-methyltranferase (PNMT) activity in rats.* ACNP Meeting, Puerto Rico, 1982.

9. Perry, B.D. and U'Prichard, DC  *The application of an allosteric model to neuronal alpha2-adrenergic receptor function and regulation.* Abstr. Symp. "Neuroactive Drugs and Biomembrane Interaction," Ninth Meeting Int. Soc. Neurochem., J Neurochem, 41, (Suppl), S110, 1983.

10. Vantini, G, Perry, B.D., Guchhait, R, U'Prichard, DC and Stolk, JM  *Brain phenylethanolamine N-methyltransferase (PNMT) and epinephrine: Genetic and functional studies.* 5th International Catecholamine Symposium, Goteborg, Sweden, 1983.

11. Perry, B.D., Vantini, G, Guchhait, RB, Stolk, JM and U'Prichard, DC  *Relationship between epinephrine synthesis and brain alpha-adrenergic receptors in inbred F344 and BUF rat strains.* Abstract, 5th International Catecholamine Symposium, Goteborg, Sweden, 1983.

12. Stolk, JM, Vantini, G, Guchhait, RB, Elston, RC, Perry, B.D. and U'Prichard, DC  *Mechanisms regulating the response of rat phenylethanolamine N-methyltransferase to stress.* Third Symposium on Catecholamines and Other Neurotransmitters in Stress, Smolenice Castle, Czechoslavakia, 1983.

13. Perry, B.D.  *'In vivo' regulation of alpha-adrenergic receptors by the endogenous agonist, epinephrine.* For Sigma Xi Graduate Research Symposium, Chicago, IL, 1983.

14. Salama, A.I, Perry, B.D., Lin, L, Mitrius, JC and U'Prichard, DC  *A comparison of the alpha2-antagonists RX 781094 and yohimbine at central and peripheral receptors.* The Pharmacologist, 25, 166, 1983.

15. Perry, B.D., Vantini, G, Guchhait, RB, Stolk, JM and U'Prichard, DC  *Characterization of between- strains differences in brain adrenergic neurons and associated adrenergic receptors in F344 and BUF rats.* The

Pharmacologist, 25, 162, 1983.

16. Guchhait, RB, Vantini, G, Perry, B.D., U'Prichard, DC and Stolk, JM  *Evidence for structural differences in adrenal PNMTs from inbred rat strains.*  The Pharmacologist, 25, 162,1983.

17. Kussie, P, Perry, B.D., Pesavento, D, Schnoll, S and U'Prichard, DC  *Prenatal exposure to drugs of abuse in humans: Effects on neurotransmitter receptors.*  Neurosci Soc Abst, 9, Part 1, 520, 1983.

18. Vantini, G, Perry, B.D., Guchhait, RB, French, E, U'Prichard, DC and Stolk, JM  *Brain epinephrine- containing neurons: Functional role in regulating medulla-pons noradrenergic neurons.*  Neurosci Soc Abstr, 9, Part 2, 989, 1983.

19. Perry, B.D., Vantini, G, Stolk, JM and U'Prichard, DC  *Specific up-regulation of medullary/pontine and hypothalamic alpha-adrenergic receptors after PNMT inhibition.*  Neurosci Soc Abstr, 9, Part 2, 989, 1983.

20. Stolk, JM, Guchhait, RB, Vantini, G, Perry, B.D., U'Prichard, DC and Elston, RC  *PNMT activity in the rat: Co-inheritance of adrenomedullary and regional brain enzyme.*  Neurosci Soc Abstr, 9, Part 2, 834, 1983.

21. Schnoll, SH, Perry, B.D., Kussie, PH, Pesavento, DJ and U'Prichard, DC  *Prenatal exposure to drugs of abuse in humans: Effects on placental neurotransmitter receptors.*  Symposium on "Developmental Effects of Drug Dependence Satellite of 3rd Meeting of the Committee on Problems of Drug Dependence, Louisville, KY, 1983.

22. Perry, B.D.  *Alpha2-adrenergic receptor binding sites in mammalian brain:  Characterization, localization, regulation and relation to central adrenergic neurons.*  Diss Abstr, 1984.

23. Vantini, G, Gelpi, J, Perry, B.D., Guchhait, RB, U'Prichard, DC and Stolk, JM  *Chronic treatment with the PNMT inhibitor 2,3, -dichloro-x-methyl benzylamine (DCMB):  Altered drug metabolism superimposed upon adaptive changes in brain adrenergic function.*  J Neurochem. P-713, 1984.

24. Wang, C, Pasulka, P, Perry, B.D. and Schnoll, SH  *Effect of perinatal exposure to methadone on brain opioid and alpha2-adrenergic receptors.*  Symposium of 4th Meeting of Committee on Problems of Drug Dependence. Baltimore, MD, 1985.

25. Giller, EL, Southwick, SM and Perry, B.D.  *Blood element adrenergic receptors in affective psychiatric disorders.*  Neurosci Soc Abstr, Vol. 12, Part 2, 1247, 1986.

26. Perry, B.D.  *Homeostasis and dysregulation of blood element adrenergic receptors.  A model for examining parameters of membrane receptor functioning in human psychiatric populations.*  Neurosci Soc Abstr, Vol. 12, Part 1, 414, 1986.

27. Giller, EL, Southwick, SM and Perry, B.D.  *Blood element adrenergic receptor parameters in post-traumatic stress disorder and related affective disorders.*  Society for Biological Psychiatry Annual Meeting, Chicago, IL,  1987

28. Perry, B.D., Southwick, SM and Giller, EL  *Dysregulation of platelet alpha2 and lymphocyte beta-receptors in psychiatric populations: Application of a new paradigm for examining membrane receptor regulation in clinical populations.*  Soc. for Biol. Psychiatry Annual Meeting, Chicago, IL  1987

29. Perry, B.D., Southwick, SM and Giller, EL  *In vitro dysregulation of blood element adrenergic receptors: Application of a new paradigm for examining parameters of membrane receptor regulation in humans.*  American Psychiatric Association Annual Meeting, Chicago, IL 1987

30. Southwick, S, Giller, EL and Perry, B.D.  *Altered adrenergic receptors in borderlines.*  Proceedings of the Annual Meeting of the American Psychiatric Association, 1987

31. Perry, B.D.  *Altered placental and blood element neurotransmitter receptor regulation following substance abuse in humans: Models for mechanisms of neurochemical teratogenesis.*  15th International Summer School of Brain Research, Neurochemistry of Functional Neuroteratology, Amsterdam, The Netherlands, 1987

32. Perry, B.D., Southwick, SM and Giller, EL  *Adrenergic receptor regulation in post-traumatic stress disorder.*  Symposium on "Biological Aspects of Post- Traumatic Stress Disorder" at Third Annual Meeting of Society for Traumatic Stress Studies, Baltimore, MD 1987.

33. Southwick, SM, Giller, EL, and Perry, B.D.  *A comparison of blood element adrenergic receptor binding sites in*

*borderline personality disorder and major depression.*  Neurosci Soc Abstr,Vol. 13, 1474,  1987

34. Perry, B.D., Southwick, SM and Giller, Jr., EL  *A re-examination of blood element adrenergic receptor regulation in psychiatric disorders.*  Neurosci Soc Abstr, Vol. 13, 1474, 1987

35. Perry, B, Southwick, S and Giller, EL  *Receptor dysregulation in psychiatric disorders.*  Proceedings of the Annual Meeting of the American Psychiatric Association, 1987

36. Southwick, S, Giller, EL, and Perry, B.D.  *Altered adrenergic receptors in borderline personality disorder.*  Proceedings of the Annual Meeting of the American Psychiatric Association, 1987

37. Perry, B.D., Southwick, SM, and Giller, EL  *Adrenergic receptor regulation in post-traumatic stress disorder.*  Symposium on "Biological Aspects of Post-traumatic Stress Disorders" at Annual Meeting of American Psychiatric Association, Montreal, 1988

38. Yehuda, R, Perry, B.D., Southwick, SM and Giller, E L  *Platelet alpha2-adrenergic receptors borderline personality disorder: regulation related to 'anxiety'.*  Soc Neurosci. Abstr., Vol. 14, 413,  1988

39. Perry, B.D.  *Perinatal determinants of neuronal differentiation.*  Proceedings of the 4th International Congress of Pre- and Perinatal Psychology, 1989

40. Kleven, M, Perry, B.D., Woolverton, W and Seiden, L  *Repeated administration of cocaine alters striatal and frontal cortex D1 dopamine receptors.*  Proceedings of the 8th Meeting of Committee on Problems in Drug Dependence (CPDD), Annual Meeting, 1989

41. Giller, EL, Yehuda, R, Perry, B.D., Southwick, S and Mason, J  *Biological assessment and treatment of post-traumatic stress disorder.*  Proceedings of the World Federation of Societies of Biological Psychiatry, Jerusalem, 1989

42. Yehuda, R, Edell, R, Giller, EL, Perry, B.D. and Southwick, SM  *Platelet alpha-2 and MAO activity in hospitalized adolescents.* Proceedings of the Society for Biological Psychiatry, Biol. Psychiatry, 232, 1989

43. Wainwright, M, Perry, B.D., Choi, Y, Heller, A and Hoffmann, P  *Characterization of dopamine receptors in immortalized dopamine-containing neurons.*  Soc Neurosci Abstr, Vol 15, 431, 1989

44. Perry, B.D., Wainwright, M, Won, L, Heller, A and Hoffmann, P  *Ontogeny of dopamine receptors in murine CNS tissues.*  Soc Neurosci Abstr Vol. 15, 293, 1989

45. Perry, B.D., Cook, E, Leventhal, BL, Wainwright, M and Freedman, DX  *Platelet 5-HT2-serotonergic receptor binding sites in autistic children and their family members.*  Proceedings of Annual Meeting of the Academy of Child and Adolescent Psychiatry Vol. V, 67, 1989

46. Cook, E, Perry, B.D., Leventhal, BL, Wainwright, M, Dawson, G and Freedman, DX  *Inhibition of specific binding to neurotransmitter receptor binding sites by the plasma IGG fraction from autistic children and their family members.*  Proceedings of Annual Meeting of the Academy of Child and Adolescent Psychiatry Vol. 15, 67,  1989

47. Yehuda, R, Perry, B.D., Edell, W, Giller, E L and Southwick, SM  *Relationship between premorbid functioning and platelet alpha2-adrenergic receptor binding sites and MAO activity in hospitalized adolescents.*  Proceedings of Annual Meeting of the Academy of Child and Adolescent Psychiatry Vol. 15, 68, 1989

48. Giller EL, Perry, B.D., Rohrbaugh, R and Yehuda, R  *Platelet alpha2 receptor binding sites in alcoholism.*  Proceedings of 28th Meeting of the American College of Neuropsychopharmacology pp. 156, 1989

49. Perry, B.D., Wainwright, M, Won, L, Heller, A and Hoffmann, P  *Enhanced expression of corpus striatal D1-dopamine receptor binding sites in the presence of dopamine-containing cells in reaggregate tissue culture.*  Proceedings of 28th Meeting of the American College of Neuropsychopharmacology pp. 129, 1989

50. Mukherjee, J, Luh, KE, Yasillo, N, Perry, B.D., Levy, D and Cooper, M  *(S)-N-[1-ethyl-2-pyrolidinyl)methyl]- 5-(3[F-18]fluoropropyl)-2,3-dimethoxybenzamide: a new PET radiotracer for dopamine D2 receptors.*  Annual Meeting of NMB Congress, 1990

51. Mukherjee, J, Luh, KE, Yasillo, N, Perry, B.D., Levy, D, Chen, T, Chou, S, Ortega C and Cooper, M  *Dopamine D2 receptors imaged by PET in Cebus Apella with (S)-N-[1-ethyl-2-pyrolidinyl)methyl]-5-(3[F- 18]fluoropropyl)-*

*2,3-dimethoxybenzamide.* Annual Meeting of Society of Nuclear Medicine, 1990

52. Mukherjee, J, Perry, B.D. and Cooper, M  ***Development of (S)-N-[1-ethyl-2-pyrolidinyl]methyl]-5-([F-18]fluoroalkyl)-3-substituted-2-methoxybenzamides as potential dopamine D2 radiotracers for PET.*** Annual Meeting of Society of Radiopharmaceutical Chemistry, 1990

53. Yehuda, R, Perry, B.D., Southwick, S and Giller, EJ  ***Alpha 2 adrenergic receptors in anxiety disorders, MDD and PTSD.*** Proceedings of Annual Meeting of the American Psychiatric Association, 1990

54. Southwick, S, Krystal, J, Charney, D, Yehuda, R and Perry, B.D.  ***Pathophysiological aspects of PTSD.*** Proceedings of Annual Meeting of the American Psychiatric Association, 1990

55. Perry, B.D.  ***Adrenergic receptors in child and adolescent PTSD in Symposium on Catecholamine Function in PTSD.*** Proceedings of Annual Meeting of the American Psychiatric Association, 1990

56. Kleven, M, Perry B.D., Woolverton, W and Seiden, L  ***Long term effects of cocaine on D1and D2 receptors in rat brain.*** European Biological Psychiaty Society, 1990

57. Farfel, GM, Kleven, MS, Perry, B.D., Woolverton, WL and Seiden, LS  ***Effects of repeated cocaine injections on D1 and D2 binding sites and dopamine reuptake sites in rhesus monkey caudate.*** Soc Neurosci Abstr, Vol 16, 12, 1990

58. Wainwright, MS, Perry, B.D., Kontur, P and Heller, A  ***Expression of D1-dopamine receptor binding sites in an immortalized murine corpus striatum cell line.*** Soc Neurosci Abstr, Vol. 16, 646, 1990

59. Perry, B.D., Wainwright, MS, Won, L, Heller, A and Hoffmann, P  ***The influence of dopamine neurons on D1-dopamine receptor binding site development in three dimensional reaggregate tissue culture.*** Soc Neurosci Abstr, Vol. 16, 646, 1990

60. Perry, B.D., Cuenco, TC, Murphy, SG, Hoff, S and Wainwright, MS  ***Altered dopamine receptors following prenatal cocaine exposure.*** Proceedings of 29th Meeting of the American College of Neuropsychopharmacology, 1990

61. Stoff, DM, Cook, E, Perry, B.D., Pasatiempo, A, Bridger, WH, Friedman, E and Yeung, J  ***Blood Serotonin (5-HT) indices in children.*** Proceedings of 5th World Congress of Biological Psychiatry, Biol. Psych. 29: 523S, 1991

62. Farfel, G, Wainwright, M, Salti, H, Kleven, M, Woolverton, W, Seiden, LS and Perry, B.D.  ***Neurotransmitter receptor/effector alterations in Rhesus monkey brain following repeated cocaine. injections.*** Annual Meeting of Committee for Problems in Drug Dependence, 1991

63. Perry, B.D., Cuenco, JT, Murphy, S, Wainwright, M, Vigilante, D, Repogle, E and Choi, A  ***Altered monoamine receptors following prenatal cocaine exposure.*** Annual Meeting of Committee for Problems in Drug Dependence, 1991

64. Perry, B.D., Cuenco, JT, Murphy, S, Wainwright, M, Vigilante, D, Salti, M, Repogle, E and Choi, A  ***Alterations in monoamine receptor-effector systems following prenatal cocaine exposure.*** Neurobehavioral Teratology Society, 1991

65. Perry, B.D.  ***Childhood Trauma and Neurophysiological Development.*** International Society for Traumatic Stress Studies Annual Meeting, Washington, DC 1991

66. Gui-Hua, C, Perry, B.D. and Woolverton, WL  ***Effects of chronic SCH 23390 or acute EEDQ on the discriminative stimulus effects of SKF 38393.*** Soc Neurosci Abstr, 21:98,  1991

67. Perry, B.D., Wainwright, M, Salti, H, Cuenco, JT and Farfel, G  ***D-1 Dopamine receptors differentially coupled to phospholipase C (PLC) and adenylate cyclase (AC) in CNS.*** Soc Neurosci Abstr, 21:86.  1991

68. Wainwright, M, Salti, H, Heller, A  and Perry, B.D.  ***D-1 Dopamine Receptor-mediated phospholipase C (PLC) activity in immortalized murine corpus striatum cells.*** Soc Neurosci Abstr, 21: 86, 1991

69. Mukherjee, J, Yang, ZY, Perry, B.D. and Cooper, M  ***High affinity and selective [F-18]flourinated derivatives of SCH 38548 as potential PET radiotracers for dopamine D-1 receptors.*** Proceedings for 39th Annual Meeting of the Society for Nuclear Medicine, 1992

70.  Perry, B.D.  *Post-traumatic stress disorders in children:  Implications for the child witness.*  Proceedings of NATO Advanced Studies Institute "The Child Witness in Context:  Cognitive, Social and Legal Perspectives".  Tuscany ITALY, 1992

71.  Perry, B.D.  *Development of catecholamines and post-traumatic stress disorders in children exposed to violence.*  Institute on "Violence: Current Data and Implications for the Practice of Child and Adolescent Psychiatry" in  Proceedings of 39th Annual Meeting of the American Academy of Child and Adolescent Psychiatry.  1992

72.  Tsai, LL, Bergmann, B, Perry, B.D. and Rechtshaffen, A  *Effects of chronic sleep deprivation on central adrenoceptors in rat brain.*  Soc Neurosci Abstr, 22, 1992

73.  Perry, B.D.  *Catecholamine sensitization and pharmacotherapy in PTSD. in Symposium on Pharmacological Inventions in PTSD.*  Proceedings of Annual Meeting of the American Psychiatric Association.  1993

74.  Unis, A.S, Cook, E, Vincent, J, Gjerde, D, Perry, B.D., Mitchell, J  *Peripheral serotonergic measures correlate with violence and impulsivity in juvenile offenders.*  Proceedings of the American Academy of Child and Adolescent Psychiatry.  1993

75.  Perry, B.D., Dunn, NJ, Denney, L, Baker, B, Rector, L, Sparks, J, Hibbert, K, Patterson, B, Guardiola, J, Daniels, J, Trevino, D, Locklin et al.  *Multi-agency rapid response for traumatized children:  Lessons from the Koreshian children in Waco, Texas.*  Proceedings of the Annual Meeting of the International Society for Traumatic Stress Studies.  1993

76.  Garcia, J, Dunn, NJ, Denney, L, Blackburn, A, and Perry, B.D.  *Over-representation of medical problems in veterans at a PTSD specialty clinic.*  Proceedings of the Annual Meeting of the International Society for Traumatic Stress Studies.  1993

77.  Denney, L, Rector, L, Dunn, NJ, Pate, J and Perry, B.D.  *Critical incident debriefing protocols for traumatized children.*  Proceedings of the Annual Meeting of the International Society for Traumatic Stress Studies.  1993

78.  Dunn, NJ, Denney, L, Blackburn, A, Garcia, J, Wurth, M, Baker, B, Stulb, V and Perry, B.D.  *Stereotypes of the Vietnam vet:  Experiences of the Houston VAMC PTSD specialty clinic.*  Proceedings of the Annual Meeting of the International Society for Traumatic Stress Studies.  1993

79.  Perry, B.D.  *Childhood trauma, catecholamine sensitization and the devlopment of neuropsychiatric symptoms.*  Proceedings of the Annual Meeting of the International Society for Traumatic Stress Studies. 1993

80.  Perry, B.D.  *Evolution of emotional, behavioral, and physiological responses in children acutely exposed to violence.*  Symposium on Children and Violence at the annual meeting of the American Academy of Child and Adolescent Psychiatry, New York, NY  1994

81.  Perry, B.D.  *Evolution of physiological responses in acutely traumatized children.*  Symposium on Childhood Trauma, at the annual meeting for the International Society for Traumatic Stress Studies.  Chicago, IL  1994

82.  Perry, B.D.  *Dissociation and physiological hyper-reactivity as persisting adaptations in response to childhood trauma.*  11th International Conference on Multiple Personality and Dissociative States.  Chicago, IL  1994

83.  Perry, B.D.  *Neurodevlopmental adaptations to severe maltreatment: dissociation and hyperarousal.*  Third National Colloquium of the American Professional Society on the Abuse of Children.  Tuscon, AZ  1995

84.  Perry, B.D.  *Evolution of symptoms following traumatic events in children.*  Symposium on Post-traumatic stress disorder:  Annual Meeting of the American Psychiatric Association.  Miami, FL 1995

85.  Vigilante, D and Perry, B.D.  *Development of computerized charting in an academic child psychiatry service*, New Research Presentation at the Annual Meeting of the American Academy of Child and Adolescent Psychiatry, New Orleans, LA 1995.

86.  Perry, B.D., Pollard, R and Blakley, T  *Prophylactic pharmacotherapies to prevent the abnormal persistence of post-traumatic neuropsychiatric symptoms.*  Annual Meeting of the International Society for Traumatic Stress Studies, Boston, MA 1995

87.  Perry, B.D., Baker, W, Pollard, R, Denney, L and Conrad, D Critical *incident response models for traumatized*

*children* Annual Meeting of the International Society for Traumatic Stress Studies, Boston, MA  1995

88. Perry, B.D., Pollard, R, Vigilante, D, Blakley, T, Baker, B, Withers, A and Sturges, C   *Continuous heart rate monitoring in maltreated children* New Research Presentation at the Annual Meeting of the American Academy of Child and Adolescent Psychiatry, New Orleans, LA  1995

89. Perry, B.D., Pollard, R, Blakley, T, Brazeau, N, Austin, N   *An innovative approach to the interdisciplinary training of medical and legal experts in the field of child maltreatment: the CIVITAS model*   Research presentation APSAC Fourth Annual Colloquium, Chicago, 1996

90. Pollard,R, Perry, B.D., Gomez, GM, Blakley, T   *Early environmental chaos and emotional neglect in children produces abnormal brain development* Research presentation APSAC Fourth Annual Colloquium, Chicago, 1996

91. Perry, B.D., Pollard, R, Conrad, D   *Various adaptations to childhood trauma:  dissociation and hyperarousal* Research presentation APSAC Fourth Annual Colloquium, Chicago, 1996

93. Hanfling, M, Gill, A, Jaksic,T, Perry,B.D. and PIC Injury Group   *Factors predictive of poor outcome one year post childhood injury.* American Pediatric Society/Society for Pediatric Research Annual Meeting, 1996

94. Perry, B.D.  *Trauma in childhood: the memory of states*   in Symposium on Body Symptoms and Trauma at 149th Annual Meeting of the American Psychiatric Association, New York, 1996

95. Perry, B.D.   *The Branch Davidian children: lessons from Waco*   in Symposium on The Role of Psychiatrists in the Branch Davidian Crisis at Waco at 149th Annual Meeting of the American Psychiatric Association,  New York, 1996

96. Perry, B.D., Vigilante, D. and Armstrong, D.   *Altered dopaminergic receptor binding sites in the caudate nucleus of subjects with Rett Syndrome.*   Proceedings of the World Congress on Rett Syndrome, Goteborg, Sweden, 1996

97. Perry, B.D.   *Integrated assessment and outcome in the child protective system.*   Int. Soc Traumatic Stress Studies, 1997

98. Perry, B.D. and Pollard, D.   *Altered brain development following global neglect in early childhood.*   Soc. For Neuroscience, Annual Meeting, New Orleans, 1997

99. Hanfling, M., Perry, B.D., Kozinetz, C., Gill, A., Tilbor, A., Brams, M., Levin, H.   *Improved medical and psychosocial outcomes of injured children with multidisciplinary versus conventional medical follow-up.*   Fourth World Conference on Injury Prevention and Control, Amsterdam, 1998.

100. Perry, B.D.., Pfeiffer, D., Runyan, D., Webb, J., Conrad, D., Dobson, C., *Developmental delays in neglected and abused children.*  Head Start's Fourth National Research Conference, Washington, DC, 1998

101. Perry, B.D.., Dobson, C., Conrad, D., Runyan, D., Schick, S., *The Children's Crisis Center:  A Successful Public/Private Partnership Serving Children in Children's Protective Service,* Twelfth National Conference on Child Abuse and Neglect, Cincinnati, OH 1998

102. Perry, B.D.., Runyan, D., Arthur, A., Mahoney, O., Pfeiffer, D., Milan, T., The Child and Family Enrichment Program:  A School Based Healing Arts Program to Promote Healthy Child Development, Twelfth National Conference on Child Abuse and Neglect, Cincinnati, OH 1998

103. Perry, B.D.., Marcellus, J., Blakley-Harris, T., Runyan, D., Pollard, R., Hanley., The Physical Impact of Child Abuse and Neglect on the Developing Brain: Physiological Measurements in the Assessment and Treatment of Maltreated Children, Twelfth National Conference on Child Abuse and Neglect, Cincinnati, OH 1998

104. Perry,B.D.., Pfeiffer, D., Mahoney, O., Milan, T., Matorin, A., Schick, S., Runyan, D., Dobson, C., The CIVITAS/4C Core Assessment Process:  Proactive Multidimensional Evaluation of Children Entering Children's Protective Service, Twelfth National Conference on Child Abuse and Neglect, Cincinnati, OH 1998

105. Perry, B.D., Muchin, S., Welch, L., Rubenstein, J., Jensen, B., CIVITAS Initiative:  Effecting Systemic Change by Catalyzing Multi-disciplinary, Public Private Partnerships, Twelfth National Conference on Child Abuse and Neglect, Cincinnati, OH 1998

106. Perry, B.D.., Muchin, S., Cook, W., Rubenstein, J., Welch., L., **The CIVITAS Cybrary ™ of Child Development and Maltreatment:  An Interactive Electronic Library to Document and Distribute Knowledge about Child Abuse and Neglect,** Twelfth National Conference on Child Abuse and Neglect, Cincinnati, OH 1998


## Since 2017

Hambrick, E. P., Brawner, T. W., & Perry, B. D. (2017, August). *Does the timing of exposure to trauma matter in terms of children's developmental outcomes? The relative contribution of trauma exposure and relational poverty perinatally, during infancy, and during early childhood to preadolescent functioning.* Presented at 2017 American Psychological Association Annual Meeting, Division 53, Washington, DC

Brawner, T. W., & Perry, B. D., & Hambrick, E. P. (2017, August). *Analytical challenges in making generalizable statistical inferences using datasets comprising children multiply exposed to trauma.* Presented at 2017 American Psychological Association Annual Meeting, Division 56, Washington, DC


## MULTIMEDIA MATERIALS (Selected through 2006)


*Videotapes (to be updated)*

*Videotapes and DVDs*

1. Perry, B.D.  ***Innovations in Treatment of Children Impacted by Violence.***  (60 minutes) From Second Conference on Children and Violence. Produced by University of Houston and Houston Department of Health and Human Services,  in association with The Municipal Channel, 1995

2. Perry, B.D. ***Hope as Protective Factor in Maltreated Children*** (60 minutes)  From Conference on Psychotherapy and Religion:  Produced by The Institute of Religion, Texas Medical Center, 1995

3. Perry, B.D.   **Dr. Bruce Perry Video Presentation.**  (58 minutes) From Safe from the Start Symposium.  Produced by Safe from the Start: Attorney General's Office, State of California, 2000.

4. Perry, B.D. (70 minutes) Produced by Safe from the Start : Attorney General's Office, State of California, 2001

5. Perry, B.D. and Rob Reiner.  **Windows of Opportunity.** (13 minutes) Produced by Safe from the Start: Attorney General's Office, State of California, ?.

6. Perry, B.D.  **Early Exposure to Violence and its Effects on Learning and School Readiness.**  (1 hour, 58 minutes) From the Orange County Symposium.  Produced by Safe from the Start: Attorney General's Office, State of California and the Orange County Department of Education Media Department, 2002.

7. Perry, B.D.  **Challenging Our Beliefs.**  Produced by The ChildTrauma Academy and Linkletter Media, 2004.

8. Perry, B.D.  **The Amazing Human Brain.**  Produced by The ChildTrauma Academy and Linkletter Media, 2004.

9. Perry, B.D.  **How the Brain Develops: The Importance of Early Childhood.**  Produced by The ChildTrauma Academy and Linkletter Media, 2004.

10. Perry, B.D.   **Neglect: How Poverty of Experience Disrupts Development.**  Produced by The

ChildTrauma Academy and Linkletter Media, 2004.

11. Perry, B.D.  **The Fear Response: The Impact of Childhood Trauma.**  Produced by The ChildTrauma Academy and Linkletter Media, 2004.

12. Perry, B.D.  **Living and Working with Traumatized Children.**  Produced by The ChildTrauma Academy and Linkletter Media, 2004.

13. Perry, B.D.  **Violence and Childhood.**  Produced by The ChildTrauma Academy and Linkletter Media, 2004.

14. Perry, B.D.  **Developing Potential.**  Produced by The ChildTrauma Academy and Linkletter Media, 2004.

15. Perry, B.D.  **Attachment.**  Produced by The ChildTrauma Academy and Linkletter Media, 2004.

16. Perry, B.D.  **Self-Regulation.**  Produced by The ChildTrauma Academy and Linkletter Media, 2004.

17. Perry, B.D.  **Affiliation.**  Produced by The ChildTrauma Academy and Linkletter Media, 2004.

18. Perry, B.D.  **Attunement.**  Produced by The ChildTrauma Academy and Linkletter Media, 2004.

19. Perry, B.D.  **Tolerance.**  Produced by The ChildTrauma Academy and Linkletter Media, 2004.

20. Perry, B.D.  **Respect.**  Produced by The ChildTrauma Academy and Linkletter Media, 2004.

21. Perry, B.D.  **What We Have Always Known.**  Produced by The ChildTrauma Academy and Linkletter Media, 2004.

*CD-ROM*

1. Perry, B.D.  **Safe Schools: A New Approach to Create a Non-Violent Campus** CD Rom Package. Produced by Safe from the Start: Attorney General's Office, State of California, 2005.

2. Perry, B.D.  **The Brain Game.**  Produced by The ChildTrauma Academy, 2004.

*Audiotapes (to be updated)*

1. Perry, B.D.  ***Children's Response to Trauma: Psychological, Physiological and Neurological***   Making Connections.  Produced by InfoEdge, Willowbrook, IL.  1996

2. Perry, B.D.  ***Interventions with Traumatized Children***   Making Connections.  Produced by InfoEdge, Willowbrook, IL.  1996

3. Perry, B.D.  ***Body Symptoms of Trauma (parts 1 and 2) American*** Psychiatric Association.  Produced by Mobiltape Co., Valencia, CA.  1996

Slides

1. Perry, B.D. ***Brain Organization and Function: A Brief Overview***, ChildTrauma Academy Presentations; Series1: Number 1 1999

2. Perry, B.D. ***Principles of Neurodevelopment: An Overview***, ChildTrauma Academy Presentations; Series1: Number 2   1999

3. Perry, B.D. ***Impact of Childhood Neglect: Focus on Attachment***, ChildTrauma Academy

Presentations; Series1: Number 3   1999

4.  Perry, B.D. ***Neurodevelopmental Impact of Childhood Trauma***, ChildTrauma Academy Presentations; Series1: Number 4 2000

5.  Perry, B.D. ***Neurodevelopmental Aspects of Violence: Effects of Violence on the Developing Child***, ChildTrauma Academy Presentations; Series 2 (Special Topics): Number 1   2000

6.  Perry,  B.D. ***Clinical  Work  with  Maltreated  Children:  The  Interview*** ChildTrauma  Academy Presentations; Series 3 (Clinical Topics): Number 1 2000

7.  Perry,  B.D.    ***Clinical  Work  with  Traumatized  Children:    Pharmacotherapy*** ChildTrauma  Academy Presentations; Series 3 (Clinical Topics): Number 4  2000

7.  Perry,  B.D. ***Neurodevelopmental  Impact  Childhood  Violence:  Safe  from  the  Start  (California)*** ChildTrauma Academy Presentation: Series 4 (Conference Training Materials): Number 1  2000

Web-based

1. The ChildTrauma Academy Website

                      http://www.ChildTrauma.org

2.  Scholastic's Dr. Perry Website and BBS: Sponsored by Scholastic

                      http://scholastic.com/bruceperry

3. The ChildTrauma Academy's Online Courses

                      http://ChildTraumaAcademy.com

### CURRICULUM VITAE (addendum)

Selected Educational Activities and Presentations
*(*Updated through 2000)*

### SELECTED PRESENTATIONS

**1981-1990**

### Research Presentations

- *Invited  Speaker*,  Symposium  on  Neuroactive  Drugs  and  Biomembrane  Interaction,  Ninth International Society of Neurochemistry Meeting, Vancouver, BC  1983

- *Invited Panelist*, Society for Traumatic Stress Studies Third Annual Meeting Symposium, ***Biological Aspects of Post Traumatic Stress Disorder***, Baltimore, MD  1987

- *Invited  Panelist*,  American  Psychiatric  Association  Annual  Meeting  Symposium, ***Biological Assessment and Treatment of Post Traumatic Stress Disorder***, Montreal, Canada 1988

- *Invited Chair and Symposium Organizer*, 4th International Congress, Pre- and Perinatal Psychology Plenary Symposium, **Perinatal Determinants of Neuronal Differentiation**, Amherst, MA  1989

- *Invited Panelist and Symposium Speaker*, Society for Traumatic Stress Studies, Annual Meeting, Symposium, **Biological Aspects of Post-traumatic Stress Disorder**, San Francisco, CA  1989

- *Invited Panelist*, American Psychiatric Association Annual Meeting, Symposium, **Catecholamines in Post-traumatic Stress Disorder**, New York, NY  1990

### Training/Education (local)

- *Invited Speaker*, Northwestern University Department of Pharmacology, 1981-1983; 1988

- *Invited Speaker*, University of Chicago, Pediatric Grand Rounds, Chicago, IL  1988

- *Invited Speaker*, Department of Psychiatry Grand Rounds, The University of Chicago, IL  1990

- *Invited Speaker*, Annual Meeting Illinois Council of Adolescent Psychiatry, Chicago, IL  1990

### Training/Educational (national/international)

- *Invited Speaker*, Mount Sinai Department of Psychiatry, **Homeostasis and Dysregulation of Blood Element Adrenergic Receptors**, New York, NY  1987

- *Invited Speaker*, Cornell Department of Psychiatry, **Use of Peripheral Adrenergic Receptors as Markers in Psychiatry**, 1987

- *Invited Speaker*, Loyola University, Department of Psychiatry Grand Rounds, Chicago, IL  1988

- *Keynote Speaker*, Michigan Mental Health Association Annual Meeting, 1989

### Honorary Lectureships

- *Invited Faculty*, Netherlands Institute for Brain Research, Royal Academy of Science, 15th International Summer School of Brain Research, **Neurochemistry of Functional Neuroteratology: Permanent Effects of Chemicals on the Developing Brain**, Amsterdam, The Netherlands 1987

**1991**

### Research Presentations

- *Invited Speaker*, Eleventh National Conference on Anxiety Disorders, Symposium on **Neurobiological Aspects of Anxiety**, Chicago, IL  1991

- *Invited Speaker*, National Symposium, Schwab Rehabilitation Center, **Prenatal Cocaine:**

*Neurobiological Effects Exposed Prenatally to Drugs*, Chicago, IL  1991

- *Invited Speaker*, International Society for Traumatic Stress Studies, Symposium, ***Early Life Experiences and the Development of PTSD***, Washington, DC  1991

- *Invited Speaker*, Eighth International Conference on Multiple Personality / Dissociative States Symposium Chair, ***Recent Advances in the Etiology, Phenomenology, and Treatment of Post-traumatic Stress Disorder***, 1991

- *Invited Speaker*, Anxiety Disorders Association of America, Chicago Consortium for Psychiatric Research, ***The Development of the Noradrenergic and Gabaergic Systems: Early Life Experience and Anxiety Disorders***, 1991

- *Invited Speaker*, International Society for Traumatic Stress Studies, Symposium, ***Trauma, Psychopathology and the Development of Psychiatric Disorders***, Washington, DC  1991

## Training/Education (local)

- *Invited Speaker*, Harris Foundation, Chicago, IL  1991

- *Invited Speaker*, The University of Chicago, Department of Pediatrics Grand Rounds, Chicago, IL  1991

## Training/Educational (national/international)

- *Invited Speaker*, American Medical Television (The Discovery Channel), ***Recent Advances in the Treatment of Schizophrenia***, 1991

- *Invited Speaker*, University of Wisconsin, Special Grand Rounds, ***Traumatic Life Experiences During Development: Implications for Childhood Mental Disorders***, Madison, WI  1991

- *Invited Speaker*, Midwest Meeting of Speech and Language Disorders Society, 1991

## 1992

## Research Presentations

- *Invited Participant/Speaker*, American Academy of Child and Adolescent Psychiatry, Annual Meeting, ***Institute on Violence: Current Data and Implications for the Practice of Child and Adolescent Psychiatry,*** Washington, DC  1992

## Training/Education (local)

- *Invited Speaker*, Baylor College of Medicine, Department of Psychiatry, Grand Rounds, Houston, TX

1992

**Training/Educational** (national/international)

- *Invited Speaker*, University of Illinois, Michael Reese Hospital Grand Rounds, **Neurobiological Sequelae of Perinatal Cocaine Exposure**, Chicago, IL  1992
- *Invited Speaker*, Northwestern University, Evanston Hospital Grand Rounds, **The Development of Catecholamines:  Early Life Experience and Anxiety Disorders**, Chicago, IL  1992

**Honorary Lectureships**

- *Invited Participant/Speaker*, Macarthur Foundation Study Group, **Post-traumatic Stress Disorders in Children**, 1992

**1993**

**Training/Education** (local)

- *Invited Speaker*, Baylor College of Medicine, Department of Pediatrics, Grand Rounds, Houston, TX 1993
- *Invited Speaker*, Institute of Religion, Conference on Psychotherapy and Faith, **Healing Maltreated Children**, Houston, TX  1993
- *Invited Speaker*, Veteran's Administration, Inspector General's Office, **Training Program on Post-Traumatic Stress Disorder**, 1993
- *Invited Speaker*, University of Texas Medical Branch, Department of Pharmacology and Toxicology, **Developmental Determinants of CNS Dopamine Receptor Expression**, Galveston, TX  1993
- *Invited Speaker*, The University of Texas, Department of Psychiatry and Behavioral Sciences, Grand Rounds, **The Traumatized Child:   The Neurobiological Sequelae of Growing Up In An Abusive Environment**, Houston, TX  1993

**Training/Educational** (national/international)

- *Invited Speaker*, Forest Hospital, Psychiatric Grand Rounds, **Recent Advances in PTSD**, Chicago, IL 1993
- *Invited Speaker*, Advanced Clinical Training Conference, University of North Dakota, West Central Human Services, **Severely Emotionally Disturbed Children and Families**, Bismarck, ND  1993
- *Invited Speaker*, Children's Memorial Hospital Symposium: Controversies in Child Abuse and

Neglect, ***Post-traumatic Stress and Behavioral Problems after Child Abuse***, Chicago, IL  1993

- *Invited Speaker*, Office of the Cook County Public Guardian, ***Effects of Trauma on Abused Children***, Chicago, IL  1993

- *Invited Speaker*, Organized Crime Drug Enforcement Task Force (FBI, DEA, BATF), Lake Geneva, WI  1993

- *Invited Speaker*, Dupage County Special Education Institute, ***Post-traumatic Stress Disorders in Children and Adolescents***, Wheaton, IL  1993

### Honorary Lectureships

- *Invited Speaker*, Lutheran General Children's Medical Center, Lawrence Breslow Memorial Lecture, ***Violence in the 1990's***, Park Ridge, IL  1993

- *19th Annual Ester S Zetland Lecturer*, Chicago Psychoanalytic Association and Association of Child Psychotherapists, ***The Traumatized Child:  The Neurobiologcal Sequelae of Growing Up In An Abusive Environment***, Chicago, IL  1993.

### 1994

### Research Presentations

- *Invited Speaker*, Kempe Center for the Prevention of Child Abuse, ***Developing Multi-Agency Trauma Teams: Lessons from Waco***, Keystone, CO  1994

- *Invited Speaker*, Partners in Prevention and Treatment of Youth Violence: Maternal and Child Health, Mental Health and Substance Abuse, Region VI State Leadership Meeting, ***The Role of Mental Health in Preventing and Treating Youth Violence***, Dallas, TX  1994

- *Invited Speaker*, American Academy of Child and Adolescent Psychiatry Annual Meeting, ***Evolution of Emotional, Behavioral and Physiological Responses in Children Acutely Exposed to Violence***, New York, NY  1994

- *Invited Speaker*, International Society for Traumatic Stress Studies, ***Psychophysiological Effects of Childhood Trauma and Their Influence on Development***, Chicago, IL  1994

### Training/Education (local)

- *Invited Speaker*, Child Victimization Seminar, Tarrant County Junior College/CPS Child Abuse Intervention Training Project, ***The Neurodevelopment and the Neurophysiology of Trauma***, Arlington, TX  1994

- *Invited Speaker*, Harris County Child Abuse Task Force, Junior League, ***The Traumatized Child***, Houston, TX  1994

- *Invited Speaker*, Houston Group Psychotherapy Society Annual Institute, **The Breakdown of Group Defenses: Examples from the Surviving Branch Davidian Children**, Houston, TX  1994

- *Invited Speaker*, Houston Bar Association Juvenile Law Section, **Waco, Revisited**, Houston, TX  1994

- *Invited Speaker*, Cook-Fort Worth Children's Medical Center, Grand Rounds, Fort Worth, TX  1994

- *Invited Speaker*, Baptist Children's Home Ministries, **What We Learned from the Branch Davidian Incident**, San Antonio, TX  1994

- *Keynote Speaker*, National Conference on Children and Violence: Intervention and Prevention Programs for Youth, School and Media, Houston, TX  1994

- *Invited Speaker*, Advocates for Incest Survival, **Childhood Trauma and Neurophysiological Development**, Houston, TX  1994

- *Invited Speaker*, University of Texas Medical Branch, Department of Psychiatry and Behavioral Sciences, Grand Rounds, **Longitudinal Follow-up of Severely Abused Children**, Galveston, TX  1994

Training/Educational (national/international)

- *Invited Speaker*, LSU School of Medicine Grand Rounds, **Developmental Sequelae of Trauma in Children**, New Orleans, LA  1994

- *Invited Speaker*, Arkansas Society for Neuroscience, **The Neurodevelopmental Sequelae in Childhood Trauma**, Little Rock, AK  1994

- *Invited Speaker*, University of Arkansas Department of Psychiatry Grand Rounds, Post-**traumatic Stress in Children**, Little Rock, AK  1994

- *Invited Speaker*, Kempe Center for the Prevention of Child Abuse, **Salt in the Wound: Re-traumatization of Maltreated Children by the Law Enforcement, Juvenile Justice, Child Welfare and Mental Health Systems**, Keystone, CO  1994

- *Plenary Speaker*, Illinois Council of Child and Adolescent Psychiatry, Lake Geneva, WI  1994

- *Invited Plenary Speaker*, Children's Memorial Hospital, Symposium, **Controversies in Child Abuse and Neglect**, Chicago, IL  1994

- *Keynote Speaker*, Abused Adult Resource Center, **After the Crisis Children's Issues, Behavioral Cues, Treatment Modalities beyond reporting for Parents, Educators, Law Enforcement, Social Service Providers**, Bismarck, ND  1994

- *Invited Speaker*, Crimes Against Children National Conference, **Neurological Development of Children Raised in Psychologically Destructive Environments**, Washington, DC  1994

- *Invited Speaker*, Finch University of Health Sciences/ Chicago Medical School, Department of Psychiatry and Behavioral Sciences, Grand Rounds, **Developmental Neurobiology of Trauma**, Chicago, IL  1994

- *Invited Speaker*, Youth Services Network of Southwest Ohio: Violence, Our Kids and Healing Post-traumatic Stress Disorder, **Brain Development and Trauma**, Dayton, OH  1994

- *Invited Speaker*, Youth Services Network of Southwest Ohio: Violence, Our Kids and Healing Post-traumatic Stress Disorder, **Clinic Work with Traumatized Children**, Dayton, OH  1994

- *Invited Speaker*, National Association of Counsel for Children, 17th National Children's Law Conference, ***Presenting Expert Witness Testimony in Child Abuse Cases: A Collaborative Simulation Involving Victims with Post-traumatic Stress Disorder***, San Francisco, CA  1994

- *Keynote Speaker*, Cult Awareness Network National Conference, ***Understanding Children Raised in Psychologically Destructive Settings,*** Cleveland, OH  1994

- *Keynote Speaker*, International Conference on Multiple Personality and Dissociative States, ***Dissociation and Physiological Hyper-reactivity as Persisting Adaptations in Response to Childhood Trauma***, Chicago, IL  1994

- *Invited Speaker*, Wayne State University, Department of Psychiatry, Biological and Clinical Psychiatry of Anxiety and Depression Across the Life Cycle, ***Developmental Sequelae of PTSD in Children***, Dearborn, MI  1994

## Honorary Lectureships

- *Invited Plenary Speaker*, Kempe Center for the Prevention of Child Abuse, ***Impact of Traumatic Life Experiences on the Development of the Brain***, Keystone, CO  1994

- *Invited Speaker*, Evanston and Glenbrook Hospitals, Department of Psychiatry, Gertrude Victorson Ratner Lecture, ***Malignant Memories: Trauma and Abuse in Children and Adolescents***, Evanston, IL 1994

## 1995

## Research Presentations

- *Invited Speaker*, American Psychiatric Association Annual Meeting, Symposium on Post-traumatic Stress Disorders:   ***The Evolution of Symptoms Following Traumatic Events in Children***, Miami, FL 1995

- *Invited Speaker*, Harvard University, Department of Psychiatry Special Symposium of Trauma, ***Neurodevelopment following Child Maltreatment***, Cambridge, MA  1995

- *Invited Faculty*, American Professional Society on the Abuse of Children Third Annual Symposium, ***Dissociative Disorders and Other Severe Reactions to Child Abuse***, Tucson, AZ  1995

## Training/Education (local)

- *Invited Speaker*, Child Abuse Prevention Network, ***What Happens to Abused Children?*** Houston, TX 1995

- *Invited Speaker*, School Based Interventions for Children of Addicted Parents, ***Dealing with Traumatized Children***, Houston, TX  1995

- *Invited Speaker*, Houston Bar Association Juvenile Law Section, **Juvenile Justice Programs in Harris County**, Houston, TX  1995

- *Invited Speaker*, Main Academic Seminar, Houston Child Guidance Center, **Research in Child and Adolescent Psychiatry**, Houston, TX  1995

- *Keynote Speaker*, Council of Agencies Serving Youths, **Community Youth Services**, Houston, TX 1995

- *Invited Speaker*, St. Martin's Episcopal Church, **Trauma and Children**, Houston, TX  1995

- *Invited Speaker*, Texas Youth Commission, **The Violent Child**, Hunt, TX  1995

- *Invited Speaker*, Health Services Department, **The Impact of Violence on Children,** Houston, TX 1995

- *Invited Speaker*, Psychopharmacology Update, BCM Office of Continuing Education, **Pharmacotherapy of Post-traumatic Stress Disorders**, Houston, TX  1995

- *Invited Speaker*, Baylor College of Medicine, Department of Psychiatry, Grand Rounds, **Memory and Trauma,** Houston, TX  1995


Training/Educational (national/international)

- *Invited Speaker*, Loyola Law School, **PTSD and Court Testimony,** Chicago, IL  1995

- *Keynote Speaker*, Arkansas APSAC, **Neurodevelopmental Sequelae of Childhood Trauma**, Little Rock, AK  1995

- *Invited Speaker*, World Association for Infant Mental Health Annual Meeting, The **Impact of Trauma on the Developing Infant,** Arlington, TX  1995

- *Keynote Speaker*, North Dakota Educational Association, **Children and Violence**, Fargo, ND  1995

- *Invited Speaker*, Federal Bureau of Investigation, **Investigating Abuse and Neglect on Federal Reservations,** Sioux Falls, SD, 1995

- *Invited Speaker*, Grand Rounds, Department of Psychiatry, University of North Dakota School of Medicine, **Neurodevelopmental Sequelae of Childhood Maltreatment**, Fargo, ND  1995

- *Invited Speaker*, Third Annual Children's Justice Conference: An Advanced Training in Child Sexual Abuse, **Neurodevelopment and Maltreatment of Children**, Bellevue, WA  1995

- *Invited Keynote*, Annual Meeting of Public Health, **Violence and the Developing Brain,** San Diego, 1995

- *Keynote Speaker*, National Institute of Mental Health, **The Role of Mental Health in Preventing and Treating Youth Violence**, Dallas, TX  1995

- *Invited Speaker*, Grand Rounds, Rush Presbyterian Medical School, **Trauma and Development,** Chicago, IL  1995

- *Invited Speaker*, Second Annual Resident Education Symposium, Chicago Consortium for Psychiatric Research, **Anxiety Disorders in Maltreated Children.**  Chicago, IL  1995

- *Keynote Speaker*, American Public Health Association's Annual meeting (sponsored by CMHS, NCCAN and APHA), **The Impact of Violence on the Developing Child,** San Diego, 1995

- *Keynote Speaker,* Oklahoma State Department of Heath, Conference on Youth and Family Violence, The **Impact of Violence on the Developing Child**, Oklahoma City, OK, 1995

- *Keynote Speaker*, The Second National Conference on Children and Violence, **The Neurobiological Impact of Violence**, Clear Lake, TX  1995

- *Keynote Speaker*, National Family Advocacy Conference (United States Air Force), **Neurodevelopmental Sequelae of Childhood Trauma**, San Antonio, 1995

- *Keynote Speaker*, Third Annual Children's Justice Conference: An Advanced Training in Child Sexual Abuse, **Experience, Development of the Brain and Trauma: Working with Maltreated Children**, Bellevue, WA  1995

- *Keynote Speaker,* Research Symposium on Violence and Childhood Trauma, **The Impact of Violence on the Developing Child**, Urban Child Research Center, Cleveland State University, Cleveland, OH  1995

### Honorary Lectureships

- *The Rosenberry Lecturer*, Denver Children's Hospital, University of Colorado Department of Pediatrics, **Neurodevelopment and the Neurophysiology of Trauma**, Denver, CO  1995

- *Invited Keynote*, (Maternal and Child Health) Emergency Medical Services for Children Annual Investigators Meeting, **The Neurobiological Impact of Pediatric Trauma,** Washington, DC  1995

- *Warren Wright Lecturer*, Northwestern University School of Medicine, Neurodevelopmental Sequelae of Childhood Trauma, Chicago, IL  1995

## 1996

### Research Presentations

- *Invited Speaker,* Symposium on Traumatized Children The American Psychiatric Association in New York, NY, 1996.

- *Invited Speaker,* Brain Development in Young Children: New Frontiers for Research, Policy, and Practice Conference **Early experience and the developing brain, specifically social and physical deprivation**, Chicago, IL 1996

- *Invited Speaker,* International Society for Traumatic Stress Studies, 12th Annual Meeting:  Trauma & Controversy, San Francisco, CA, 1996

- *Keynote Speaker and Panel Member,* Scholarship and Guidance Association Sixth Biennial Symposium **Trauma and It's Impact on "Adolescents"**, Chicago, IL 1996

- *Invited Speaker,* Houston Psychological Association, **Maltreated Children and Groups** Houston, TX 1996

- *Invited Speaker*, National Association of Counsel for Children, (NACC) 19th National Children's Law Conference, **How Law Changes the Developing Brain:  The Biological Nature of Cultural Structures**,

Chicago, IL, 1996

- *Invited Speaker,* Youth Services Network of Southwest Ohio, Inc., **Violence, Our Kids and Healing Post Traumatic Stress Disorder,** Dayton, OH 1996

- *Keynote Speaker,* American Psychiatric Association (APA) 11 National Conference on Child Abuse, **Critical Incident Response Team Modules For Maltreated Children,** Washington, DC 1996

- *Keynote Speaker,* Texas Families:  Today & Tomorrow Conference, **A Cross-Disciplinary Approach to Working with Maltreated Children**, Austin, TX 1996

- *Invited Speaker,* 149th 1996 APA Annual Meeting, **Traumatic Disruption of Bodily Experience and Memory**, New York, NY 1996

## Training/Education (local)

- *Keynote Paper,* the "Child Abuse: A Multidisciplinary Approach to the Problem" Conference sponsored by the University of Texas Health Science Center, **The Impact of Violence on Child Development**, San Antonio,TX, 1996

- *Invited Speaker* The Tarrant County Children's Protective Service **Working with Maltreated Children** Tarrant County, TX, 1996.

- *Co-Presenter* The Texas Families Conference **A Cross Disciplinary Approach to Working with Maltreated Children,** Austin, TX, 1996

- *Invited Speaker* Dallas Police Department and Dallas Children's Advocacy Center **Violence, Our Kids and Healing Post-traumatic Stress Disorder,** Dallas, TX, 1996

- *Guest Speaker,* Houston Division of the Federal Bureau of Investigation (FBI) Management Retreat, **The Impact of Trauma on Children: Implications for Investigation of Crimes Against Children** West Columbia, TX 1996

- *Invited Speaker,* Brazos County Courthouse, **The Impact of Trauma on Brain Development, Child Development and Behavior**, College Station, TX 1996

- *Invited Speaker,* Baylor College of Medicine Acute Care Pediatrics Conference, **Attention Deficit Disorder:  The Psychiatrist's View, The Neurobiology of the Acute Stress Responses and Recognizing the Depressed Child,** Hilton Head Island, South Carolina 1996

- *Invited Speaker,* University of Texas at Arlington, School of Social Work, **Working With Maltreated Children** Dallas, TX 1996

- *Invited Speaker,* Georgetown University Medical Center & Kairos Ventures II, Ltd., Second Annual Conference on Trauma, Loss & Dissociation:  Foundations of 21st Century Traumatology, **Trauma & Dissociation:  Developmental Deficits & Experience-Induced Neuroplasticity/ Plenary,** Alexandria, VA 1996

## Training/Educational (national/international)

- *Invited Speaker* The 2nd Annual CIVITAS Expert Witness Training Program **Forensic Interviewing of Children** Chicago, IL, 1996

- *Invited Speaker* Trauma, Loss, and Dissociation: The Foundation of 21st Century Traumatology Conference **Trauma, Dissociation and Developmental Losses,** Alexandria, VA, 1996

- *Invited Speaker* The 12th Annual Mental Health Conference, Making Connections: Addressing The Interface of Medical and Mental Health, **Interventions for Traumatized Children**  Chicago, IL, 1996

- *Invited Speaker* Family Preservation Meeting. Albuquerque, NM, 1996

- *Invited Speaker* American Professional Society on the Abuse of Children **Critical incident response team models for maltreated children**, Chicago, IL, 1996

- *Invited Speaker* American Professional Society on the Abuse of Children **Neurodevelopmental Adaptations to Severe Maltreatment: Clinical Implications in Work with Children and Adult Survivors** Chicago, IL, 1996

- *Keynote Speaker* Violence and Childhood Trauma: Understanding and Responding to the Effects of Violence on Young Children, Regional Conference **The Neurobiology of Child Maltreatment**  Belton, TX, 1996

- *Guest Speaker* The Violence in America Program, University of California, Santa Barbara, **Violence Against Children: Effects on Brain Development,** Santa Barbara, CA, 1996.

- *Invited Speaker,* Democratic Governor's Association National Policy Forum, Democratic National Convention, Our Children Our Future, **How Children Respond to Violence and How to Help Children Who Have Been Traumatized by Violence,** Chicago, IL 1996

- *Invited Speaker,* Hardiman Task Force, **Training for Missing and Exploited Children**, Quantico, VA 1996

- *Keynote Speaker,* The Centech Group, Inc., **NIMH Conference for Advancing Research on Developmental Plasticity**, Chantilly, VA 1996

- *Invited Speaker,* University of California, Santa Barbara, **Violence Against Children:  Effects on Brain Development**, Santa Barbara, CA 1996

- *Invited Speaker,* McGill University Divisional Conference on The Assessment and Treatment of Traumatic Stress in Children and Adolescents, **Trauma and Children** Montreal, Quebec, Canada


Honorary Lectureships


- *Invited Keynote*, Smithsonian Lecture Series on "Messianic Heroes and Heroines and Their Followers" Sponsored by Smithsonian Institution, ***Children Raised in Cult Settings***, Washington, DC, 1996

- *The Rosenberry Lecturer*, Denver Children's Hospital, University of Colorado Department of Pediatrics, ***Neurodevelopment and the Neurophysiology of Trauma***, Denver, CO  1996

- *The First Annual Holt W. Webster Lecturer*, Children's Hospital and Medical Center, University of Washington School of Medicine, **Neurodevelopmental Sequelae of Childhood Trauma**, Seattle, WA, 1996


**1997**

<u>Research Presentations</u>

- *Invited Speaker,* 17th Annual Division 39 Spring Meeting, Symposium on **Neurobiology of Personality I & II:  Implications for Psychoanalytic Development Theory and Childhood Trauma, The Neurobiology of Adaptation and the "Use-dependent" Development of the Brain:  How "States" become "Traits."** Denver, CO 1997

- *Invited Speaker,* Child Advocates, PanEnergy Corp Auditorium, Symposium on **The Impact of Volunteers in the Lives of Abused Children**, Houston, TX 1997
- *Invited Speaker,* 4th Annual Update in Adolescent Psychiatry, Northwestern Memorial Hospital, Symposium on **Neurodevelopment Sequelae of Childhood Trauma; Violence in Children Exposed to Chronic Abuse; Healing the Traumatized Child: Cognitive Behavior and Psychoeducational Approaches; Psychopharmacology of Acute and Chronic Trauma**, Chicago, IL 1997

<u>Training/Education</u> (local)

- *Invited Speaker,* Justice for Children Speaker's Forum, Houston, TX 1997
- *Invited Speaker,* The 1997 Mental Health Association Annual Meeting, Symposium on **The Advances in Brain Development:  The Biology of "Hope" is Wonderful**, Houston, TX 1997

<u>Training/Educational</u> (national/international)

- *Invited Speaker,* Institute for Mental Health Education and Training Seminars; University of Oklahoma Center for Continuing Education Forum, Symposium on **Childhood Trauma and Neurophysiological Development,** Norman, OK 1997
- *Invited Speaker,* Ohio State University, Risky Behaviors of Adolescents:  Integrating Research, Practice and Policy Early Symposium on **Childhood Trauma and the Effects upon Brain Development:  Effects During Adolescence**, Columbus, OH 1997
- *Invited Speaker,* Institute for Mental Health Education and Training Seminars, Symposium on **Childhood Trauma and Neurophysiological Development,** Norman, OK 1997
- *Guest Faculty; University of California, Los Angeles;* RAND Child and Adolescent Health Policy Seminarr, Grand Rounds, **Early Childhood Development,** Los Angeles, CA 1997
- *Invited Speaker,* "BrainChild" Professional Conference, Summit for Children Luncheon, Denver, CO 1997
- *Invited Speaker,* Wisconsin Council on Children and Families, Great Beginnings:  The First Years Last Forever, **Principles of Working with Traumatized Children**, Madison, WI 1997

<u>Honorary Lectureships</u>

- *Invited Speaker,* National Governor's Association, Symposium on **Children:  Focus on The First Three Years**, Washington, DC 1997


- *Invited Speaker,* National Committee to Prevent Child Abuse:  Healthy Families America Conference, **Prenatal and Early Childhood Brain Development: Implications for HFA**, Chicago, IL 1997

- *Invited Speaker,* University of Texas Medical Center, Department of Pediatrics, Angela and William Barrett Lectureship, **Promoting The Optimal Development of Children**, Dallas, TX 1997

- *Invited Speaker,* I Am Your Child Campaign, Symposium on **Brain Development in Infants, Traces the 0-3 Timeline "Rethinking the Brain"**, Washington, DC 1997

- *Invited Speaker,* President's Summit for America's Future, Plenary Panel, **The New Way of Doing Business for America**, Philadelphia, PA 1997

- *Invited Speaker,* Senate Office Building, Senate Majority Caucus, Symposium on **Early Childhood Trauma and the Effects upon Brain Development:  Effects During Adolescence**, Columbus, OH 1997

- *Invited Speaker,* The Heinz Endowments and Starting Points, University of Pittsburgh Medical Center, Symposium on **Nurturing Neurons: The Early Childhood Connection**, Pittsburgh, PA 1997

- *Plenary and Keynote Speaker,* Child's Agenda, Symposium on **Assessment and Treatment of Maltreated Children:  A Neurodevelopmental Approach**, Auckland, NZ; Wellington, NZ; Christchurch, NZ 1997

- *Keynote Speaker,* Children's Advocacy Services of Greater St. Louis- Kathy J. Weinman Children's Advocacy Centre, **Neurobiological Sequelae of Abuse Principles for Working with Traumatized Children**, St. Louis, MO 1997


**1998**


<u>Research Presentations</u>


- *Invited Speaker,* American Academy of Pediatrics and the Committee on Scientific Meetings (COSM) 1998 Spring Session, **Early Brain Development:  Current Thinking**, Atlanta, GA 1998

- *Invited Speaker,* Baylor College of Medicine, Psychiatry and Behavioral Sciences Grands Rounds, **Recent Advances in Trauma and Development,** Houston, TX 1998

- *Invited Speaker,* Emory University Charter Peachford Child and Adolescent Psychiatry Grand Rounds, **The Impact of Traumatic Experiences on the Developing Brain**, Atlanta, GA 1998

- *Invited Speaker,* 1998 American Psychiatric Association (APA) Annual Meeting, **The Neuro-Archeology of Child Abuse and Neglect:  Use and Disuse of Dependent Neurodevelopment**, Toronto, Canada 1998

- *Keynote Speaker,* Woodruff Foundation Community Issues Forum, **Brain Development and It's Effect on Violent Behavior,** Cleveland, OH 1998

- *Keynote Speaker,* Twelfth National Conference on Child Abuse and Neglect:  Engaging America's Communities, **The Impact of Abuse and Neglect on the Developing Brain,** Cincinnati, OH 1998

Training/Education (local)

- *Invited Speaker*, Baylor College of Medicine, Department of Psychiatry, **Human Development Couse-Neurodevelopment Case Study for 1998**, Houston, TX

- *Keynote Speaker*, Children's Museum of Houston, CIVITAS Academy Public Lecture Series, **Brain Development and Your Child:  What Every Parent Should Know,** Houston, TX 1998

- *Invited Speaker*, Fifteenth Annual Children' s Mental Health Seminar at Austin Child Guidance Center, **Effects of Child Maltreatment:  Assessment and Treatment Strategies from a Neurobiological Perspective**,

  Austin, TX, 1998

- *Invited Speaker*, Texas Center for the Judiciary, Inc., 1998 Child Protective Services Cases in the Courtroom Conference, **Permanency:  A Child's Sense of Time**, Dallas, TX 1998

- *Keynote Speaker,* Twelfth Annual Governor's Conference on The Prevention of Child Abuse, Texas Committee to Prevent Child Abuse, Austin, TX 1998

- *Invited Speaker*, The Child and Adolescent Community Management Team of Life Management Center for MHMR Services, **The Effects of Child Maltreatment and Trauma on the Developing Brain- A Current Understanding of the Cognitive, Emotional, Behavioral, Social and Physiological Effects of Traumatic Experiences During Childhood**, El Paso, TX 1998

- *Keynote Speaker*, Touch, Outreach, Protect, Serve Infant Mental Health Advocacy Conference, **Impact of Violence on Brain Development**, Houston, TX 1998

- *Invited Speaker*, Texas Children's Hospital, Adolescent Medicine and Sports Medicine Section, MCH Training Grant and Core Lectures, **Post Traumatic Stress Disorder and the Disordered Eating Behaviors that may Ensue**, Houston, TX 1998

- *Invited Speaker,* The University of Texas Houston, School of Public Health, **Violence and Injury Prevention**, Houston, TX 1998

- *Invited Speaker*, Teach for America Institute, University of Houston, **Role of the Child's Environment on His/Her Development**, Houston, TX 1998

- *Plenary Speaker,* 17th National Conference, A Gathering of Wisdom:  Working Together for Children, **Child Trauma:  Exploring Issues from a Neurobiological and Psychological Perspective (2). Childhood Trauma and Neurophysiological Development**, Houston, TX 1998

- *Invited Speaker,* 1998 Judicial Section Annual Conference, **Integrating Principles of Neurodevelopment into Judicial Practice**, Houston, TX 1998

- *Plenary Speaker,* **Child Development and Experience:**  AVANCE and Department of Education's Conference on *Excelencia en Educacion*:  The Role of Parents in the Education of Their Children, , San Antonio, TX 1998

- *Keynote Speaker*, Texas Association for the Education of Young Children (TAEYC) and I Am Your

Child Texas Network, Infant Brain Development:  Community Leadership Conference, **Latest Brain Research and Development of Children 0 to 3 years**, Ft. Worth, TX 1998

- *Keynote Speaker,* University of Houston-Clear Lake, Professional and Continuing Education, Fifth National Conference.  **Children and Violence**, Houston, TX 1998

- *Keynote Speaker,* Houston Annenberg Challenge, Beacon School Professional Development, **Neurodevelopmental Adaptations to Violence:  How Children Survive the Intragenerational Vortex of Violence**, Houston, TX 1998

Training/Educational (National/International)

- *Invited Speaker,* Seely Conference Center, **Diagnosis and Treatment of Childhood Trauma:  New Developments - Understanding Child Maltreatment**, Topeka, KS 1998

- *Invited Speaker,* Wisconsin Council on Children and Families, Great Beginnings:  The First Years Last Forever, **Neuroscientific Research and Its Implications for Wisconsin Children**, Milwaukee, WI 1998

- *Invited Speaker,* U.S. Department of Justice, FBI Academy, Training for Police Fellows and National Center for the Analysis of Violent Crime Coordinators on **Interviewing Techniques of Child Victims and Witnesses,** Quantico, VI 1998

- *Invited Speaker,* Scholastic National Early Childhood Advisory Board 13th Annual Meeting, **The Impact of Experience on Brain Development and the Emotional Cognitive, Social, and Physical Health of Young Children,** New York 1998

- *Invited Speaker,* The National Council of Juvenile and Family Court Judges 61st Annual Conference, **Child Development:  Impact of Abuse on Children**, Key Largo, FL 1998

Honorary  or Plenary Lectureships

- *Invited Speaker,* The United State Conference of Mayors Winter Meeting, **Early Brain Development and I Am Your Child Campaign**, Washington, DC 1998

- *Invited Speaker,* Safe Start:  Children Exposed to Violence Summit Planning Meeting, **To Reduce Effects on Children of Exposure to Violence**, Washington, DC 1998

- *Invited Speaker,* Eastern Virginia Medical School and Children's Hospital of the King's Daughters, Pediatric Grand Rounds, **(1). Neurodevelopmental Impact of Childhood Maltreatment, (2). Early Brain Development:  Our Window of Opportunity**, Norfolk, VI, 1998

- *Keynote Speaker,* National Association of Children's Hospital's and Related Institutions (NACHRI), Creating Linkages-Expanding The Universe of Care, **The Importance of Child Advocacy for Health Care Professionals and Critical Linkages with Other Advocacy Partners**, Houston, TX 1998

- *Invited Speaker,* Department of Pediatrics, University of Arkansas for Medical Sciences and the Arkansas Children's Hospital Foundation.   Lynn Harris Memorial Lecture, **Experience, Brain**

**Development, and the Next Generation**, Little Rock, AR 1998

- *Keynote Speaker,* International Society for Prevention of Child Abuse & Neglect (ISPCAN), Twelfth International Congress on Child Abuse and Neglect, **(1) The Impact of Abuse and Neglect in the Early Years of Life:  Implications for Policy and Child Advocacy (2) The Challenge and Opportunities of the First Three Years of Life (3) Physiological Measurements in the Assessment of Maltreated children:  The Physical Impact on the Developing Brain**, Auckland, New Zealand 1998

- *Invited Panelist,* National Institutes of Mental Health (NIMH), Department of Health and Human Services, participated in *Clinical Research Planning Panel for the Intramural Research Program of the National Institute of Mental Health* (NIMH IRP), Bethesda, Maryland 1998

- *Plenary Speaker,* 12th National Conference on Child Abuse and Neglect:  Engaging America's Communities, **(1) The Impact of Abuse and Neglect on the Developing Brain (2) The CIVITAS Cybrary of Child Development and Maltreatment**, Cincinnati, OH 1998


**1999**


Training/Education (local)

- *Invited Speaker,* **Systemic Change and Public Policy: The Role of Child Psychiatry in Public Policy**, Grand Rounds, Department of Psychiatry and Behavioral Sciences, Baylor College of Medicine, Houston, TX 1999.

- *Invited Speaker,* Bunker Hill Elementary, **Social Skills**, Houston, TX 1999.

- *Invited Speaker,* Elementary Teachers' Staff Development for Spring Branch ISD, **How Brain Research Applies to Learning in School,** Houston, TX 1999.

- *Keynote Speaker,* The Parenting Center at St. Luke's United Methodist Church, **Experience, Brain Development and the Next Generation,** Houston, TX 1999.

- *Invited Speaker,* Brown Family Fund, **Childhood and the Development of the Brain**, Houston, TX 1999

- *Keynote Speaker,* **Child Development and Community Policy**, Ambassadors for Children Task Force (City of Austin: Child Care Council)  Austin, TX 1999

- *Guest Speaker,* **Social Issues in Pediatrics: What Every Physician Should Know,** Baylor Pediatric Society, Houston, TX 1999

- *Keynote Speaker,* **Impact of Violence on School Age Children: Helping kids cope; Research on the impact of trauma on the brain**, Symposium on Violence Among Youth, Houston, TX 1999

- *Invited Speaker,* **Building Emotional Security in Your Adolescent** Memorial Middle School Community Network, Houston, TX, 1999

- *Invited Speaker,* **The Crucial Role of Early Childhood Experiences in Shaping the Healh of A Society**, Episcopal Health Charities Board, Houston, TX 1999

- *Invited Speaker,* **Abused Children**, Students AMA (co-sponsored by Baylor Pediatric Section), Houston, TX, 1999

- Invited Speaker, **Experience and Early Childhood**  4th Annual Greater Texas Community Partners

Conference, Texas Board of Protective & Regulatory Services, Austin, TX, 1999

- *Keynote Speaker,* **Abuse and Neglect of Children: Implications for Family and Juvenile Court Judges,** Annual Judicial Training, San Antonio, TX, 1999

- *Invited Speaker,* CASA Graduate Training, **Origins of Trauma—Long-term Effects**, Houston, TX, 1999

- *Plenary Speaker,* Early Brain and Child Development, from Science to Practice: A Workshop on Creating Presentations for Physician Leaders, American Academy of Pediatrics, **Overview of Early Brain and Child Development: Articulation of Key Principles,** Houston, TX, 1999

Training/Educational (National/International)

- *Keynote and additional session,* 10th Annual Preventing Child Abuse Conference, **Impact of Abuse on Child Development**, Mesa, AZ 1999.

- *Keynote Speaker (and noon conference for physicians),* LaCrosse Child Maltreatment Conference, **The Impact of Abuse and Neglect on the Developing Brain** and **Neurodevelopment and Attachment: Understanding Violent Behavior,** La Crosse, WI 1999

- *Visiting Saculty,* FBI Academy and National Center for the Analysis of Violent Crime, **Maltreated and Traumatized Children**. Quantico, VA 1999

- *Special Lecturer,* **Brain Development and the At-Risk Child** City College of San Francisco, National Forum: "*Imagine a Brighter Future—Solutions for Children in Crisis*," San Francisco, CA, 1999

- *Invited Speaker,* **How Early Childhood Experiences Influence Brain Development** 14th Annual meeting of Scholastic's National Early Childhood Advisory Board, *Meeting the Needs of Young Children in the New Century,* New York, NY, 1999

- *Invited Speaker,* **The Impact of abuse & Neglect on the Developing Brain** Abandoned Infants Assistance (AIA), National Abandoned Infants Assistance Resource Center (Teleseminar), , Berkeley, CA, 1999

- *Invited Faculty,* **How Nurture Becomes Nature: Early Intervention on Brain Development** and **Origins of Violence in Childhood Trauma**, The Arc in Jefferson, Arvada, CO, 1999

- *Invited Faculty,* Child Care Connections Conference, **Recent Advances in Brain Development: Implications for Working with Maltreated Children,** Colorado Springs, CO, 1999

- *Invited Speaker,* **Children & Violent Crime: Strategies for Effective Interviewing and Interaction** 1999 Crimes Against Children Conference sponsored by the FBI, Dallas Children's Advocacy Center & the Dallas Police Department**,** Dallas, TX, 1999

- *Invited Speaker,* **The Policy Implications of Research on Early Brain Development and Youth Violence** Early Brain Development Public Policy Workshop, Colorado Children's Campaign, Denver, CO, 1999

- *Special Lecturer*:  National Association of Educators of Young Children (NAEYC) National Meeting, **A neurodevelopmental view of child development: theoretical, clinical, and policy perspectives,** New Orleans, LA, 1999

- *Keynote Speaker,* Joint Conference of the National Committee for the Prevention of Child Abuse and the Children's Trust Funds, **Matching Opportunity with Investment: Developing Effective Policy and Programs for Young Children and Families,** New Orleans, LA, 1999

- *Keynote Speaker,* **The Relationship Between Nurturance and Brain Development** SoonerKids Parenting Program, "Together for Children", , Norman, OK, 1999

- *Special Lecturer*: **Interviewing Children: Victims and Witnesses** National Center for the Analysis of Violent Crime and the Child Abduction & Serial Killers Units, FBI Academy Quantico, VA, 1999

Honorary  or Plenary Lectureships

- *Keynote Sspeaker,* **Investment without Invasion: A Role for Government in the Lives of Young Children** for 13th Annual Governor's Conference on Prevention of Child *Abuse From Helplessness to Hope: Balancing Leadership and Collaboration and Neurodevelopment and Early Childhood: Implications for Public Policy*, Austin, TX 1999.

- *Visiting Professor in Neuroscience,* **The Nature & Nurture of Brain Development: How Early Experience Shapes Child and Culture** Amherst College, Amherst, MA 1999

- *Plenary Speaker and special presentation,* American Academy of Pediatrics, Spring Session, **Early Brain Development: Translating the New Information into Pediatric Practice** and **Enhancing Early Brain Development: Practical Applications,** Chicago, IL, 1999

- *Plenary Speaker,* National Council of Juvenile and Family Courts; 3rd Annual "Children Can't Wait Conference," **Introduction to Brain Development and Learning: Impact of Environment on Learning** Chicago, IL, 1999

- *Keynote Speaker,* **Origins of Violence in Childhood Trauma** Children's Institute International, *Imagine a Brighter Future: Providing Solutions for Children in Crisis,* Los Angeles, CA, 1999

- *Keynote Speaker and primary trainer,* American Academy of Pediatrics, Train the Trainers Meeting: Meeting of the Early Brain & Child Development Project, **Your Child's Early Brain Development: The first three years and beyond,** Chicago, IL, 1999

- *Plenary Speaker and visiting faculty,* **A Neurodevelopmental View of Child Development: Theoretical, Clinical, and Policy Perspectives** and **The neurobiology of trauma, abuse, neglect** and **Treatment of PTSD, abuse, & neglect**   *Kids in Care Conference* sponsored by Alberta Children's Hospital: Calgary Rockyview Child and Family Services; Foster Care Association, Calgary, Alberta, Canada, 1999

- *Plenary Speaker,* **A Look into the Future: How Courts & Science Can Work Together** 62nd Annual National Council of Juvenile and Family Courts, Chicago, IL, 1999

- *Keynote Speaker,* **Experience, Brain Development and the Next Generation** and **Abuse and Neglect and its Influence on Brain Development** San Antonio Congress for Children, "*Precious Minds, New Connections,*" San Antonio, TX, 1999

- *Keynote Speaker,* **How the experiences of early childhood shape the developing brain and, thereby, the potential of the child** "*Healthy Families America,*" Prevent Child Abuse, America's Annual Dinner, New York, NY, 1999

- *Plenary Speaker,* **The Impact of Violence on the Developing Child: Focus on School-based Violence**: American Academy of Pediatrics, Symposium on School Violence; AAP Annual Meeting, Washington, DC, 1999

- *Keynote Speaker,* **From Principles to Practice: Why Understanding Child Development is Necessary for Effective Policy** White House Summit, *Safe From the Start: The National Summit on Children Exposed to Violence,* Washington, DC, 1999

2000

**Research Presentations**

- *Invited Speaker,* **The Impact of Traumatic Experiences on the Developing Child,** Juvenile Defender Leadership Summit sponsored by The American Bar Association, The Juvenile Justice Center, Youth Law Center, and The Juvenile Law Center, Houston, TX, 2000
- *Invited Speaker,* **Neurodevelopment and Dissociation: Trauma and Adaptive Responses to Fear,** Developmental Foundations of Dissociation: Biological, Psychological and Social, International Society for the Study of Dissociation, San Antonio, TX 2000
- *Invited Speaker,* **A Neurodevelopmental Perspective on Trauma: Clinical Implications,** The Minnesota Society for Clinical Social Work, Minneapolis, MN, 2000
- *Invited Speaker,* **How We Influence Brain Development in Our Children: The Relationship between Early Life Experiences and Emotional, Cognitive, Social and Physical Health,** NAEYC 2000 Annual Conference sponsored by The National Association for the Education of Young Children, Atlanta, GA

**Training/Education** (local)

- *Symposium Speaker,* **Early Childhood Experiences and Brain Development** St. John's School, Continuing Studies, Houston, TX, 2000
- Keynote Speaker, **Infant Brain Development and Public Policy** "*The 21st Century Child: Putting the First Years First!*" State Senator Mike Moncrief Office, Ft. Worth, TX, 2000
- *Invited Speaker,* Mental Health Advisory Council, Brown Foundation, Houston, TX, 2000
- *Keynote Speaker,* **The Impact of Early Childhood Experience on Brain Development: Implications for Childcare Professionals** and **Experience, Brain Development and the Next Generation,** and **Neurodevelopment and Early Childhood Experiences,** Presbytery of New Covenant Conference, Houston, TX, 2000
- *Invited Speaker*, Grand Rounds (CGR) Series, **Neurophysiology of Stress: Clinical Implications** Baylor College of Medicine, Houston, TX, 2000
- *Invited Speaker,* **Children and Violent Crime: Strategies for Effective Interviewing and Interaction,** 12th Annual Federal Bureau of Investigation "Crimes Against Children Conference" sponsored by The Children's Advocacy Centers of Texas, The Office of Juvenile Justice and Delinquency, and The Dallas Police Department, Dallas, TX, 2000
- *Invited Speaker,* Network Texas, Texas Workforce Commission, Houston, TX, 2000
- *Invited Speaker,* Judicial Training, TDPRS: Court Improvement Act, Austin, TX, 2000
- *Invited Speaker,* **Trauma: Symptoms and Treatment,** The Fragile Brain, Jensen Learning Corporation, Houston, TX, 2000
- *Guest Lecturer,* **The Impact of Abuse and Neglect on Neurodevelopment,** Class Lecture at The University of Houston Graduate School of Social Work, Houston, TX, 2000
- *Guest Presenter,* Children's Museum of Houston sponsored by The Brown Foundation's Core Curriculum on Child Development Series, Houston, TX, 2000

- *Invited Speaker,* **A Neurodevelopmental View on Early Childhood Development: Recent Advances,** Professional Medical Education sponsored by For the Children, Abilene, TX 2000
- *Invited Speaker,* **Public Health Perspectives on Trauma Treatment and Research,** Pre-Meeting Seminar, International Society for Traumatic Stress Studies, San Antonio, TX, 2000
- *Invited Speaker,* Bunker Hill Elementary, **Fostering Creativity in Children,** Houston, TX, 2000
- *Keynote speaker,* **A Neurodevelopmental View of Child Development: Theoretical, Clinical, and Policy Perspectives** at *Building a Continuum of Juvenile Crime Prevention: Theory, Research, and Practice in the New Millennium* sponsored by Texas Juvenile Crime Prevention Center, Houston, TX, 2000

**Training/Educational** (National/International)

- *Invited Speaker,* One Day Seminar Traumatized Children, **Brain Development; The neurodevelopmental impact on the first few years of life; Outcome for traumatized children—PTSD; Treatment aspects,** Melbourne, Australia, 2000
- *Invited Speaker,* South Australian Branch of Academy of Pediatrics & Australian Association of Infant Mental Health, **A neurodevelopmental perspective of child development: Theory and research** and **A neurodevelopmental perspective of child development: Clinical and policy implications** Adelaide, South Australia, 2000
- *Symposium speaker,* The Mental Health of Women and Children, American Psychiatric Association, **Family Violence In the United States,** Chicago, IL, 2000
- *Invited Speaker,* Early Brain Development in Children At-Risk due to Abuse and Neglect, California Child Development Policy Advisory Committee (CDPAC), **Understanding and Responding to the Traumatized Child,** Los Angeles, CA, 2000
- *Invited Speaker,* Special presentation:  NSW Government Ministers and officials, Commission for Children and Young People, Community Child and Family Health, University of Newcastle, **Focusing on the Early Years with Dr. Bruce Perry (The Impact of Abuse on Brain Development; Responding hopefully to children who have been abused),** Sydney, Australia, 2000
- *Invited Speaker,* Phoenix Children's Hospital 22nd Annual Pediatric Update, **Brain Development and Violence: Policy Implications,** Phoenix, AZ, 2000
- *Keynote speaker,* Attorney General's School Violence Prevention Task Force, Irving, TX, 2000
- *Invited Speaker,* Nature & Nurture of Brain Development: How Early Experiences Shape Our Children, Napa County Health & Human Services and The Parenting Project of the Napa Valley, **Early Infant Brain Development,** Napa, CA, 2000
- *Invited Speaker,* Coconino Coalition for Children, **The Impact of Neglect and Abuse on the Developing Child,** Flagstaff, AZ, 2000
- Invited speaker, **The Developing Brain and Literacy** National Advisory Council Annual Meeting, Scholastic, Inc. *Closing the Achievement Gap,* New York, NY, 2000
- *Special presentation,* **Science of Early Brain Development** Governor's Task Force on Early Childhood Education (via satellite), Oklahoma City, OK, 2000

Honorary  or Plenary Lectureships

- *Keynote speaker,* **The Neuroarcheological Impact of Early Life Events** The Royal Australasian College of Physicians, Annual Scientific Meeting, "*Moving Forward Together,*" Adelaide, South Australia, 2000

- *Special Invited Presentation:* Premier and Cabinet of New South Wales, **The Role of Government in Supporting Healthy Development of Children**, Sydney, Australia, 2000

- *Invited Speaker,* **The Impact of Experience on the Developing Child,** The Governor's Conference on Child Abuse and Neglect sponsored by The Kansas Children's Service League, Topeka, KS, 2000
- *Keynote speaker,* Prevent Child Abuse, 11th Annual Conference, **The Assessment & Treatment of Children Exposed to Violence,** Mesa, AZ, 2000

- *18th Recipient of the Dr. McIver Furman Del Mar College Lectureship in the Health Sciences,* Driscoll Foundation, **Applying Brain Research to Early Childhood Development, Nature and Nurture of Brain Development: How Early Experience Shapes Child and Culture,** Corpus Christi, TX, 2000

- *2nd Narkewicz Visiting Professor in Child Advocacy and Community Health,* The **Impact of Traumatic Life Events on the Developing Child**  Department of Pediatrics, University of Vermont School of Medicine, Burlington, VT  2000


2001


Research Presentations


- *Invited Speaker,* **Experience, Brain Development and the Next Generation: Why Early Childhood is So Important,** 2001 Fall Conference sponsored by the Houston Area Association for the Education of Young Children, Houston, TX
- *Invited Speaker,* **The Impact of Abuse and Neglect on the Developing Child,** presented at "The Power of Prevention" Child Abuse Prevention Symposium sponsored by the New Jersey Task Force on Child Abuse and Neglect, Trenton, NJ, 2001
- *Invited Speaker,* **How Childhood Experiences Influence the Developing Brain: Clinical Work with Maltreated Children,** Early Intervention: A Journey of Exploration and Discovery sponsored by the Infant Development Association, Los Angeles, CA, 2001
- *Invited Speaker,* **How We Influence Brain Development in Our Children,** City College of San Francisco, San Francisco, CA, 2001
- *Invited Speaker,* **Brain Development, Experience Dependency and Child Neglect,** Child Neglect: Promising Approaches to Achieve Safety, Permanency, and Well-Being sponsored by the National Resource Center on Child Maltreatment, Baltimore, MD, 2001
- *Invited Speaker,* **The Neurodevelopmental Impact of Child Maltreatment,** Grand Rounds, University of Alberta; Division of Child Psychiatry, Alberta, Canada, 2001
- *Invited Speaker,* **Neurodevelopmental Impact of Child Maltreatment,** Winter Conference of the National Association of Attorneys General and the California Attorney General, Newport Beach, CA, 2001

PERRY, Bruce D.  CV   6/22/18                                                                 57

### Training/Educational (local)

- *Invited Speaker,* Judicial Training, TDPRS: Court Improvement Act, Galveston, TX, 2001
- *Invited Speaker,* **The Impact of Neglect and Abuse on the Developing Child,** 15th Annual Conference on the Prevention of Child Abuse, San Antonio, TX, 2001
- *Invited Speaker,* 2001: A Reading Odyssey sponsored by Houston Public Television, Conroe Independent School District, and Montgomery County, TX, Houston, TX, 2001
- *Invited Speaker,* **The Impact of Abuse and Neglect on the Developing Child,** Judicial Training, Texas Center for the Judiciary, Austin, TX, 2001
- *Invited Speaker,* LEAH Training Program, Baylor College of Medicine Maternal and Child Health Bureau, Houston, TX, 2001
- *Special Presenter,* **The Impact of Abuse and Neglect on Language Development,** Houston Association of Communication Disorders, Houston, TX, 2001
- *Invited Speaker,* Child Abuse Prevention Conference sponsored by the Amarillo College Center for Continuing Healthcare Education, Amarillo, TX, 2001
- *Invited Speaker,* 1st Biennial Symposium sponsored by Texas Children's Hospital Auxiliary, Houston, TX, 2001

### Training/Educational (national/international)

- *Invited Speaker,* Judicial Training, Child Abuse Coalition, Colorado Springs, CO, 2001
- *Invited Speaker,* **The Impact of Traumatic Experiences on the Developing Child and Effective Intervention,** Fostering Creativity in Children sponsored by MESA County Early Childhood Initiative/Partnership, Grand Junction, CO, 2001
- *Invited Speaker,* **The Impact of Violence on the Developing Child,** Safe from the Start: Reducing Children's Exposure to Violence sponsored by the California Attorney General's Office, I Am Your Child, and Health and Human Services Legislative Committee, Sacramento, CA, 2001
- *Special Presenter,* **A Neurodevelopmental Approach to Children: Implications for Child Policy and Practices: Part I of Four Part Series** sponsored by the Child Care Association – Early Head Start, Wichita, KS, 2001
- *Special Presenter,* **A Neurodevelopmental Approach to Children: Implications for Child Policy and Practices: Part II of Four Part Series** sponsored by the Child Care Association – Early Head Start, Wichita, KS, 2001
- *Special Presenter,* **A Neurodevelopmental Approach to Children: Implications for Child Policy and Practices: Part III of Four Part Series** sponsored by the Child Care Association – Early Head Start, Wichita, KS, 2001
- *Invited Speaker,* **Early Life Experiences and Brain Development: How Can We Help Our Children Reach Their Potential,** Child Summit sponsored by The United Way of Weld County and the North Colorado Medical Center, Greeley, CO, 2001
- *Invited Speaker,* **The Impact of Abuse and Neglect on the Developing Child,** The Children's Network, Vallejo, CA, 2001

- *Invited Speaker,* Second Annual KID's BRAINS: Healthy Connections for the Future sponsored by the Metropolitan State College of Denver and the Denver Mayor's Office, Denver, CO, 2001
- *Invited Speaker,* Beyond the Basis 2001 sponsored by the Alberta Children's Services, Alberta, Canada
- *Invited Speaker,* **The Impact of Trauma on Brain Development,** Department of Developmental and Mental Health Services, Burlington, VT, 2001
- *Special Presenter,* **The Impact of Child Maltreatment on the Developing Brain: Implications for Practice, Programs and Policy,** sponsored by the Bergen County Department of Human Services, Teaneck, NJ, 2001
- *Invited Speaker,* **The Impact of Stress and Trauma on the Developing Child,** sponsored by the Heart of America Family Services, Kansas City, KS, 2001
- *Invited Speaker,* Idaho Early Years Conference sponsored by Idaho Early Years and the Office of the Governor, Boise, ID, 2001

## Honorary Lectureships

- *Visiting Professor,* **The Impact of Trauma on Brain Development,** Oregon Health Science University: Department of Pediatrics, Portland, OR, 2001
- *Special Consultant,* **A Neurodevelopmental View on Early Childhood: Recent Advances and Implications for Research and Practice,** UN's Special Session on Children – The Consultant Group on Early Childhood Care and Development partnered, UNICEF, New York, NY, 2001
- *Invited Speaker,* 43rd Biennial Convocation, Kappa Delta Pi, Orlando, FL, 2001

## 2002

## Research Presentations

- *Plenary Speaker,* **Neurodevelopment and Dissociation: Trauma and Adaptive Response to Fear,** Ontario Psychiatric Association Annual Conference, Toronto, Ontario, Canada 2002
- *Invited Speaker,* **The Impact of Early Life Experience on the Developing Child: Lessons from Child Maltreatment,** Young Minds/ Our Future: A Symposium on Early Childhood Brain Development sponsored by Region 9 "Brain Team", Hastings, NE, 2002
- *Keynote Speaker,* **Neurodevelopment and Adaptation to a Violent World,** 21st Annual UC Davis Conference on Child Abuse and Neglect at the University of California, Davis, Sacramento, CA, 2002
- *Keynote Speaker,* **The Impact of Maltreatment on the Developing Child: A Neurodevelopmental Perspective,** Grand Rounds, Children's Hospital & Regional Medical Center, Seattle, WA, 2002
- *Keynote Speaker,* **Why Brains and Babies are Important to the Health of Communities and Why Communities are Important to the Health of Brains and Babies,** Third Annual KID's BRAINS:

Healthy Connections for Our Future sponsored by Metropolitan State College of Denver, Denver, CO, 2002

- *Invited Speaker,* **Development of a Core Child and Family Assessment Process,** California Stakeholder's Summit sponsored by the California Department of Social Services, CA, 2002
- *Plenary Speaker,* **Childhood Trauma/Neurodevelopment,** 2002 EMDR International Association Conference, San Diego, CA, 2002
- *Invited Speaker,* **Early Childhood and Brain Development,** The American Academy of Pediatrics/ Proposition 10 Luncheon sponsored by The American Academy of Pediatrics, Costa Mesa, CA, 2002

## Training/Education (local)

- *Invited Speaker,* **Over-scheduling Children,** Parent Education, Bunker Hill Elementary, Houston, TX, 2002
- *Invited Speaker,* 9th Annual Title IV-E Placement Conference sponsored by the Texas Juvenile Probation Commission, South Padre Island, TX, 2002
- *Invited Speaker,* **The Impact of Trauma and Abuse on the Developing Child: Implications for the Classroom,** Staff In-Service at Spring Branch Independent School District, Houston, TX, 2002
- *Keynote Speaker,* The Children's Initiative, Partners in Ministry: The Leadership Foundation of the Texas Hill Country, Kerrville, TX, 2002
- *Invited Speaker,* **Impact of Experience on the Developing Child: A Neurodevelopmental Perspective,** University of the Incarnate Word Seminar Series sponsored by Family Services Association, San Antonio, TX, 2002
- *Keynote Speaker,* **Helping Abused and Neglected Children,** The Greater Texas Community Partners 2002 Conference sponsored by Greater Texas Community Partners and PRS, Austin, TX
- *Keynote Speaker,* **1) The Impact of Violence on the Developing Child: Experience, Early Childhood and Neurodevelopment 2) The Response to Threat: Clinical Work with Children and Families Following Exposure to Violence 3) Practice, Program and Policy Implications of a Neurodevelopmental Approach to the Trauma and Violence,** Domestic Violence Conference sponsored by Jewish Family Service & Southwest Medical Center, Dallas, TX, 2002

## Training/Education (national/international)

- *Special Presenter,* **A Neurodevelopmental Approach to Children: Implications for Child Policy and Practices: Part IV of Four Part Series** sponsored by the Child Care Association – Early Head Start, Wichita, KS, 2002
- *Keynote Speaker,* **Brain Smart Strategies and Disciplines,** The Importance of Early Brain Development: Building Community Support sponsored by the Mesa United Way, Mesa, AZ, 2002
- *Keynote Speaker,* **How We Influence Brain Development in Children: Implications for the Classroom,** Calgary Meeting of the Alberta Teachers Association, Calgary, Canada, 2002

- *Keynote Speaker,* **Working with High Risk Youth: Implications for the Classroom,** Edmonton Meeting of the Alberta Teachers Association, Edmonton, Canada, 2002
- *Invited Speaker,* **Core Assessment Process,** California DDS Stakeholder Consultation sponsored by the California DDS, Sacramento, CA, 2002
- *Invited Speaker,* **Understanding and Working with Traumatized Children,** Southern Ute County Special Training sponsored by the Southern Ute Community Actions Program, Durango, CO, 2002
- *Keynote Speaker,* **Overview of Early Brain Development: Key Principles,** Early Childhood Training sponsored by the Nebraska Consortium, Calgary, Alberta, Canada, 2002
- *Keynote Speaker,* **The Impact of Stress and Trauma on the Developing Child,** Commission on Children and Families Early Childhood Training, Department of Health and Human Services, Beaverton, OR, 2002
- *Keynote Speaker,* **Experience, Brain Development, and the Next Generation: Why Early Childhood Development is So Important,** 5th Annual Infant and Toddler Conference sponsored by the Riverside County Office of Education, Children's Services Unit, the Riverside County Department of Mental Health, and the Barbara Sinatra Children's Center, Palm Springs, CA, 2002
- *Keynote Speaker,* **Working with Victims of Child Trauma,** Dealing with Child Trauma Victims sponsored by the Delaware Judicial Education Committee and the Ruth Chasanov Family Court of the State of Deleware, Dover, DE, 2002
- *Keynote Speaker,* **Early Brain Development and the Benefits of Therapeutic Childcare Settings: Lessons from Child Maltreatment,** Social-Emotional Development in Early Childhood sponsored by the San Diego County Commission on Children, Youth and Families, San Diego, CA, 2002
- *Keynote Speaker,* **Neurodevelopment: Practical Implications for Working with Maltreated Children,** Safe and Stable Families Conference sponsored by the South Carolina Department of Social Services, Columbia, SC, 2002
- *Keynote Speaker,* **The Impact of Experience on the Developing Brain,** Tulare County Quality Summit sponsored by the Tulare County Office of Education/ Child Care Planning Council, Tulare County, CA, 2002
- *Keynote and Plenary Speaker,* **Early Brain Development,** Success by Six – Community Mobilization Conference sponsored by the Oklahoma Institute for Child Advocacy, the United Way of Oklahoma, and the Oklahoma Department of Human Services, Oklahoma City, OK, 2002
- *Plenary Speaker,* **The Impact of Experience on the Developing Child: A Neurodevelopmental Perspective,** North Dakota Early Childhood Regulatory Conference sponsored by the North Dakota Department of Human Services, Bismark, ND, 2002
- *Keynote Speaker,* Fall Conference of The Michigan Association of School Administrators, Traverse City, MI , 2002
- *Keynote Speaker,* **A Neurodevelopmental Perspective on Early Childhood,** The Alberta Early Years Conference sponsored by Children's Services and AMHB, Edmonton, Alberta, Canada, 2002
- *Keynote Speaker,* **Nature and Nurture of Brain Development: How Early Experience Shapes Child and Culture,** AEYC of WNY Conference sponsored by The Association for the Education of Young Children of Western New York, Buffalo, NY, 2002
- *Invited Speaker,* **The Impact of Experience on the Developing Child: Focus on Maltreatment,** Human Services Education Council, Springfield, IL, 2002

- *Keynote Speaker,* **1) The Power of Community: How Healthy Communities Create Healthy Children 2) The Impact of Experience on the Developing Brain: How Early Childhood Shapes a Child's Future,** Common Ground Conference sponsored by The Child Development Departments of Santa Rosa Junior College & California State University, Santa Rosa, CA, 2002
- *Invited Speaker,* **Experience, Brain Development and Child Outcomes,** Nevada Head Start Cluster Training, Nevada Head Start Association, Las Vegas, NV, 2002
- *Invited Speaker,* Portland State University Child Welfare Partnerships, Portland, OR, 2002
- *Invited Speaker,* **Child Abuse and the Brain,** Western Regional Symposium on Child Abuse and Sexual Assault, SCAR/ Jasper Mountain, Eugene, OR, 2002
- *Invited Speaker,* **School Readiness and Brain Research,** School Readiness sponsored by the Orange County Department of Education, The Violence Prevention Coalition of Orange, Co., Proposition 10 Commission, et al., Costa Mesa, CA, 2002
- *Keynote Speaker,* Family Forum, Child Care Coordinating Council of San Mateo County, San Mateo, CA, 2002
- *Keynote Speaker,* Sixth Annual Network Partner's Summit sponsored by Family Policy Council, Olympia, WA, 2002
- *Keynote Speaker,* **The Amazing Human Brain and Human Development,** Nooksack Valley Center for Children and Families Celebration sponsored by the Nooksack Valley School District and the Foundation for Early Learning, Nooksack, WA, 2002
- *Plenary Speaker,* **Brain Development and Child Welfare Policy,** Beyond the Bench: Riding the Waves of Change sponsored by the California Administrative Office of the Courts, Center for Families, Children & the Courts, et al., Pasadena, CA, 2002

Honorary Lectureships

- *Plenary Speaker,* **The Impact of Violence on the Developing Child,** Safe Schools, Safe Youth: Building Character and Creating Enduring Peace sponsored by Hunter College and Scholastic, Inc., New York, NY, 2002
- *Invited Presenter,* **Neurodevelopmental Effects of Maltreatment,** The Littman Research Day sponsored by the Department of Psychiatry at the University of Calgary, School of Medicine, Calgary, Canada, 2002
- *Special Presenter,* **Early Childhood Experience and Brain Development,** Special Colloquium held by Laramie County College, Cheyenne, WY, 2002
- *Keynote Speaker,* **Brain Development and Child Neglect: The Importance of Prevention,** Washington State 2002 Governor's Child Abuse Prevention Awards sponsored by the Washington Council for Prevention of Child Abuse and Neglect, Tacoma, WA
- *Keynote Speaker,* **The Critical Value of Infant Brain Stimulation,** Spring 2002 Bank of Oklahoma Lecture sponsored by The Oklahoma Leadership Enrichment Program at the University of Oklahoma, Oklahoma City, OK
- *Invited Speaker,* **Understanding and Working with Traumatized Children: The Impact on Practitioners Working with Traumatized Children,** Ira Stevens Conference sponsored by the Mental Health Association of Westchester, Inc., Westchester County, NY, 2002

2003

## Research Presentations

- *Invited Speaker,* **The Impact on the Brain of Abuse and Neglect,** Multicultural Family Centered Training Project Conference sponsored by New Mexico State University, Albuquerque, NM, 2003
- *Invited Speaker,* **The Impact of Trauma on Development,** Research to Practice: Impact of Trauma on Child Development, Northern California Children and Family Services Training Academy, Davis/Redding, CA, 2003
- *Keynote Speaker,* **The Impact of Violence on the Developing Child,** AEYC of WNY Conference, The Association for the Education of Young Children of Western New York, Buffalo, NY, 2003
- *Invited Speaker,* **Grand Rounds: How Trauma Effects the Brain,** 7th Bi-Annual Conference on Child Maltreatment, Child Protection of DeVos Children's Hospital, Grand Rapids, MI, 2003
- *Keynote Speaker,* **The Effects of Trauma on Brain Development and Learning,** From Neurons to Neighborhoods: New Ways to Help Children and Adults Prevent and Heal Emotional Trauma sponsored by the Santa Barbara Graduate Institute, Los Angeles, CA, 2003
- *Invited Speaker,* The Southwest Conference on Learning 2003 sponsored by the Charles J. Hughes Foundation and the Archuleta County School District, Pegosa Springs, CO
- *Plenary Speaker,* **Supporting Brain Development,** Southwest Regional Leadership Forum sponsored by BoardSource and Sarkeys Foundation, Norman, OK, 2003

## Training/Educational (local)

- *Invited Speaker,* Statewide Evaluation Conference, Decentralized Evaluation Function – Education Service Center Region 12, Corpus Christi, TX, 2003
- *Invited Speaker,* **Children's Quality of Life in Texas,** The Texas Lyceum Children's Issues Public Conference, Austin, TX, 2003
- *Keynote Speaker,* **The Power of Community: How Early Life Experiences Shape Child and Culture,** Association of Children's Museums Annual Inter Activity Conference sponsored by The Children's Museum of Houston, Houston, TX, 2003
- *Invited Speaker,* Annual Conference of the Jewish Family Service, Dallas, TX, 2003

## Training/Educational (national/international)

- *Plenary Speaker,* **The Effects of Violence on Brain Development in Children,** The Global Nature of Abuse: The Interdisciplinary Approach to Understanding & Prevention Violence, California Chief Probation Officers Association, Concord, CA, 2003

- *Invited Speaker,* **Consultation and Training on the Core Assessment Process,** Consultation and Training for the Child Assessment and Referral Team (CARE), Tulsa, OK, 2003
- *Invited Speaker,* **Brains and Babies: Building Healthy Connections and Communities,** Third Annual Ready to Learn Conference sponsored by the Mesa United Way, Mesa, AZ, 2003
- *Keynote Speaker,* **How Early Experience Shapes Child and Culture: The Power of Community,** Spring Program at the Berrien/Cass School Boards Association, Benton Harbor, MI, 2003
- *Keynote Speaker,* **Experience, Brain Development and the Next Generation: Why Early Childhood Development is So Important,** 5th Annual Arkansas Conference for Parent Educators sponsored by the Arkansas Children's Trust Fund, Center for Effective Parenting, and the Arkansas Department of Education, Little Rock/Hot Springs, AR, 2003
- *Invited Speaker,* Private Luncheon following Bold Changes: A Shared Responsibility for Children and Families sponsored by the Foundation Consortium for California's Children and Youth, San Francisco, CA, 2003
- *Keynote Speaker,* **Early Childhood and the Rationale for the DSS Stakeholder's Reorganization,** California DSS Presents sponsored by the California Department of Social Services, Sacramento, CA, 2003
- *Keynote Speaker,* **Early Childhood and Neurodevelopment,** Early Years sponsored by the Rocky View Child and Family Services, Calgary, Alberta, Canada, 2003
- *Keynote Speaker,* **The Impact of Violence on the Developing Brain Implications for Practice,** Safe from the Start, California Office of the Attorney General, Sacramento, CA, 2003
- *Keynote Speaker,* **The Impact of Trauma and Abuse on the Developing Child: A Neurodevelopmental Perspective,** Peel District School Board 15th Annual Psychology Conference, Peel District School Board Psychology Department, Mississauga, Ontario, Canada, 2003
- *Invited Speaker,* **Child Trauma in Infants and Children,** The Training Institute of Early Head Start, Community Services for Children, Inc., Allentown, PA, 2003
- *Keynote Speaker,* **The Impact of Violence on the Developing Child,** Power of Prevention: Child Abuse Prevention Awareness Month Conference sponsored by the Bellflower Center for the Prevention of Child Abuse, Cleveland, OH, 2003
- *Invited Speaker,* **The Impact of Adverse Experiences on the Developing Child: Implications for Practice and Policy,** DCAC Annual Professional Meeting, Denver Children's Advocacy Center, Denver, CO, 2003
- *Invited Speaker,* **The Impact of Violence/Abuse on Brain Development,** 2nd Annual Conference of Prevent Child Abuse Nebraska, Lincoln, NE, 2003
- *Plenary Speaker,* **The Crucial Role of Experience in Shaping Children and Society,** Supporting Statewide Policies for Families with Young Children: Michigan at a Crossroad sponsored by ARCAN, The Michigan's Children's Trust Fund and the Children's Charter of the Courts of Michigan, Lansing, MI, 2003
- *Invited Speaker,* Early Investment, Long Term Gains: Championing Children for Our Future sponsored by the Kalamazoo Guidance Clinic, Van Buren Intermediate School District, Kalamazoo Regional Education Services Agency, et al., Kalamazoo, MI, 2003
- *Invited Speaker,* Hudelson Baptist Family Services, Collinsville, IL, 2003
- *Invited Speaker,* IMPACT Preschool, Vineland, NJ, 2003
- *Invited Speaker,* **Understanding and Working with Traumatized Children: A Neurodevelopmental Perspective,** Dr. James M. Bell Training Institute (A Division of Berkshire Farm Center and Services for Youth), Burlington, VT, 2003

- *Keynote and Plenary Speaker,* **A Strong Community Begins with Early Childhood,** Early Childhood and the Health of Communities sponsored by the Lucas County Alliance for Early Education and Child Care, Toledo, OH, 2003
- *Invited Speaker,* Los Angeles County Department of Mental Health and Infant-Early Childhood and Family Health Services, Los Angeles, CA, 2003
- *Invited Speaker,* Uniting for Children sponsored by Alberta Children's Services, Edmonton, Canada, 2003
- *Keynote Speaker,* **Building Healthy Brains,** Ontario Early Years Centres Annual Provincial Conference sponsored by OEYC Niagara, Niagara Falls, Ontario, Canada, 2003
- *Invited Speaker,* The Nurturing Center, Kalispell, MT, 2003
- *Plenary Speaker,* **Early Brain Development; Training with Mental Health Providers Working with Children 0-5 Years, Their Families, and Their Providers,** Birth to Five Mental Health Conference sponsored by the Santa Barbara County Early Mental Health Collaborative Partners, Santa Barbara County Alcohol, Drug, and Mental Services, and Child and Families Commission of Santa Barbara County, Solvang, CA, 2003
- *Invited Speaker,* **Early Brain Development and School Readiness,** Early Experiences, Brain Development: Readiness for Learning and for Life, Madera County Office of Education, Madera, CA, 2003
- *Invited Speaker,* **Bonding/Attachment as It Relates to Early Brain Development and Its Impact on Social/Emotional Development and School Readiness,** 6th Annual Infant/Toddler "In Our Hands" Conference sponsored by the Riverside County Office of Education, the County of Riverside Department of Mental Health, and The Riverside Children and Families Commission, Palm Springs, CA, 2003
- *Invited Speaker,* **Early Brain Development,** sponsored by Health Services Agency, San Mateo, CA, 2003
- *Invited Speaker,* sponsored by the First 5 Commission of San Diego, the County of San Diego Commission on Children, Youth, and Families, and the County of San Diego Children's Mental Health Services, San Diego, CA, 2003
- *Invited Speaker,* **The Power of Early Childhood Relationships in Shaping a Lifetime of Health and Resilience,** Infant-Parent Mental Health Training Series sponsored by the Napa County Health & Human Services, Napa, CA, 2003
- *Keynote Speaker,* **1) Early Childhood Brain Development 2)Clinical Work with Maltreated Children: A Neurodevelopmental Approach,** Early Childhood Summer Conference sponsored by the Ashland Early Childhood Regional Improvement Center, Louisville, KY, 2003
- *Invited Speaker,* **Supporting Brain Development,** Community Development Institute and Region VIII Head Start Quality Improvement Center, Denver, CO, 2003
- *Plenary Speaker,* **The Impact of Abuse and Neglect on the Developing Child,** 2003 Louisiana Joining Hands and Hearths Domestic Conference sponsored by the Louisiana Coalition Against Domestic Violence, Baton Rouge, LA
- *Invited Speaker,* **The Impact of Trauma on Children,** Child Welfare Redesign in Stanislaus County, Stanislaus County Community Services Agency, Modesto, CA, 2003
- *Invited Speaker,* Annual Edmonton Children's Services Staff Conference sponsored by the City of Edmonton and surrounding area (Region 6 Children's Services), Edmonton, Alberta, Canada, 2003
- *Keynote Speaker,* **Family Violence,** Family Violence Conference sponsored by Alternatives to Domestic Violence and Prevent Child Abuse, Temecula, CA, 2003

- *Plenary Speaker,* **The Impact of Violence on the Child's Developing Brain,** 27th Annual California State Foster Parent Conference sponsored by the California Foster Parent Association, The California Department of Social Services, The Ventura and Los Angeles County Children and Family Services, et al., Los Angeles, CA, 2003
- *Invited Speaker,* **The Impact of Trauma on Brain Development,** Stark Family Court, Sisters of Charity Foundation, and The Stark County Children's Services Advisory & Advocacy Council, Canton, OH, 2003
- *Keynote Speaker,* **Brain Development,** CHILD Conference sponsored by the Leadership & Literacy Foundation, Haverhill, MA, 2003
- *Keynote Speaker,* **Infant and Toddler Attachment,** Infant and Toddler Symposium, Florida Partnership for School Readiness Quality Initiative, Orlando, FL, 2003
- *Invited Speaker,* **Childhood Exposure to Violence,** 7th Annual Count to Ten Seminar sponsored by the Fresno County Department of Community Mental Health, Fresno, CA, 2003
- *Keynote Speaker,* Joint Meeting of Alberta Children's Services, Alberta Children's Services, Alberta, Canada, 2003
- *Plenary Speaker,* **The Impact of Violence on a Child's Developing Brain – Implications for Policy and Spending,** Annual C Meeting sponsored by the California State Association of Counties, Monterey, CA, 2003
- *Invited Speaker,* **The Impact of Violence on Brain Development,** Reducing Children's Exposure to Violence, Tuolumne County YES Partnership, Sonora, CA, 2003
- *Plenary Speaker,* **1) The Power of Community: How Healthy Communities Create Healthy Children 2) Nature and Nurture of Brain Development: How Childhood Experiences Shape Child and Culture,** Creating Healthy Children Conference sponsored by the Cochrane Family & Community Support Services, Cochrane, Alberta, Canada, 2003
- *Invited Speaker,* **1) The Role of the Community in Ensuring Healthy Children 2) The Importance of Early Experiences in the Development of the Child,** Brain Development & Healthy Development & Learning, Medicine Hat College, Medicine Hat, Alberta, Canada, 2003

## Honorary Lectureships

- *Invited Speaker,* **Early Childhood Experience and Development,** Early Childhood Trauma and Training sponsored by Madame Vanier Children's Services, London, Ontario, Canada, 2003
- *Invited Speaker,* CEO Event sponsored by Success by Six, Buffalo, NY, 2003
- *Keynote Speaker,* **Trauma in Developing Children: Clinical Practice and Policy Implications,** Experiences of Trauma in Childhood and The Goodman Child & Adolescent Institute of Jewish Children's Bureau, Chicago, IL, 2003
- *Invited Speaker,* **Understanding and Working with Traumatized Children,** Investing in Wyoming's Most Precious Resource – It's Children sponsored by the Laramie County Community College Foundation, Cheyenne, WY, 2003

**2004**

## Research Presentations

- *Invited Speaker,* **The Impact of Traumatic Experience on Attachment,** Early Years Conference sponsored by The University of British Columbia, Vancouver, British Columbia, Canada, 2004
- *Invited Speaker,* **Nurturing Each Child's Niche,** PBS Ready to Learn Annual Seminar sponsored by PBS Ready to Learn, Baltimore, MD, 2004
- *Keynote Speaker,* 11th Annual Child Abuse Prevention Recognition Awards Conference sponsored by the First Coast Family Center, Jacksonville, FL, 2004
- *Keynote Speaker,* **Research on Trauma,** Annual Research Symposium in Psychiatry, Psychology and Behavioral Science sponsored by the Medical College of Ohio and Bowling Green State University, Toledo, OH, 2004
- *Keynote Speaker,* **Trauma and the Brain: Can We Help and How?,** Traumatized Youth in Child Welfare: The Interface of Mental Health & Children's Services, Fordham University Graduate School of Social Services, Tarrytown, NY, 2004
- *Invited Speaker,* **Maternal Loss, Early Deprivation, Inconsistent Care-giving, and Institutionalism,** Joint Council of International Children's Services Medical Institute and Conference sponsored by the Joint Council of International Children's Services, Washington, D.C., 2004
- *Keynote Speaker,* Governor's 11th Annual Abuse and Neglect Conference: Securing the Safety Net for Maryland's Children sponsored by The Governor's Office for Children, Youth, and Families, and The State Council on Child Abuse and Neglect, Baltimore, MD, 2004
- *Invited Speaker,* **Case-Based Introduction to a Neuroarcheological Approach to Traumatized Children,** Drexel University College of Medicine and Behavioral Healthcare Education, Plymouth, PA, 2004
- *Keynote Speaker,* **Early Childhood Development as It Relates to Divorce Issues,** Annual Gathering of the 60 Annie E. Casey Foundation Children and Family Fellows sponsored by the Anne Casey Foundation, Baltimore, MD, 2004
- *Plenary Speaker,* **Brain Development and Early Childhood: How Experience Shapes Child and Culture,** Annual Fall Conference of the Colgate University Division of Natural Sciences & Mathematics Science Colloquium Series, Hamilton, NY, 2004
- *Invited Speaker,* **Defining Trauma, the Developmental Impact of Trauma, and Principles of Working with Traumatized Children,** Research to Practice: The Impact of Trauma on Our Children sponsored by Penn State University, City of York, and Family Service Partners, York, PA, 2004
- *Invited Speaker,* **Neurobiological Perspectives on Analytic Approaches,** Meeting of The Psychoanalytic Center of Philadelphia, Philadelphia, PA, 2004

## Training/ Education (local)

- *Plenary Speaker,* 2004: The Year of the Child in Texas Family Therapy, The Texas Association for Marriage and Family Therapy, Houston, TX
- *Keynote Speaker,* **Brain Development in Early Childhood: The Importance of Pre-school Daycare,** Women's Breakfast Club at the River Oaks Country Club, Houston, TX, 2004

- *Keynote Speaker,* **Early Childhood Development as It Relates to Divorce Issues,** Monthly Dinner Meeting of the Gulf Coast Family Law Specialists, Houston, TX, 2004
  - *Invited Speaker,* **The Impact of Trauma  Neglect on Children,** Part

I of Three-Part ChildTrauma Academy Training Series on Working with Maltreated & Traumatized Children in the Legal System sponsored by Lone Star Legal Aid and the Southwest Regional Juvenile Defender Center, Houston, TX, 2004

- *Invited Speaker,* Special Training sponsored by Kansas Children's Services, Wichita, KS, 2004
- *Plenary Speaker,* **Community,** Orange County: Every Orange County Child Is My Concern sponsored by Orange County Safe from the Start, Costa Mesa, CA, 2004


## Training/ Education (national/international)

- *Keynote Speaker,* **The Impact of Domestic Violence on the Developing Child,** Domestic Violence Course sponsored by the United States Army, San Antonio, TX, 2004
- *Invited Speaker,* **How Early Life Experience Shapes Child and Culture: The Role of Relationships in Shaping a Healthy Community,** A Day with Bruce Perry sponsored by the Stanislaus County Community Services Agency, Modesto, CA, 2004
- *Keynote Speaker,* **The Role of Community & Relationships in Supporting Young Children's Development,** Bringing Children and Seniors Together for School Readiness, First 5 Commission of San Diego, San Diego, CA, 2004
- *Invited Speaker,* **Brain Development: What Every Parent Should Know,** Speaker Series for Parents sponsored by the Canmore Public Schools' Initiative, Canmore, Alberta, Canada, 2004
- *Invited Speaker,* **The Impact of Violence on Brain Development,** Tehama Safe from the Start Forum sponsored by the California Attorney General's Office and the Tehama County Child Abuse Council, Red Bluff, CA, 2004
- *Plenary Speaker,* **The Impact of Violence on Children,** California Attorney General's Annual All Zones Meeting sponsored by the California Attorney General's Office, Sacramento, CA, 2004
- *Keynote Speaker,* **Skills and Service,** Wyoming 2nd Annual Children's Mental Health Conference sponsored by the Federation of Families for Children's Mental Health and the Wyoming Department of Health, Casper, WY, 2004
- *Invited Speaker,* **1) The Impact of Violence on Brain Development 2) Approaches to Working with Traumatized Children,** Understanding and Working with Children Exposed to Violence, Tuolumne County YES Partnership, Sonora, CA, 2004
- *Keynote Speaker,* **The Impact of Violence and Abuse on Young Children,** Safe from the Start sponsored by the SCAEYC and the Attorney General's Office Safe from the Start Program, Whittier, CA, 2004
- *Invited Speaker,* **Theory and Practice in Child Development,** Annual Child Abuse Prevention Conference sponsored by the Child Abuse Prevention Council, Salinas, CA, 2004
- *Keynote Speaker,* Abuse Across the Lifespan, Ventura County Partnership for Safe Families, Ventura, CA, 2004
- *Keynote Speaker,* 2nd Las Vegas Conference on Adolescents and Family, U.S. Journal Training, Las Vegas, NV, 2004
- *Keynote Speaker,* Annual Meeting of The New York Association for the Education of Young Children, New York, NY, 2004

- *Keynote Speaker,* **Working in Conjunction with UPLIFT,** Part of the Promise: Family-centered and Individual Recovery Services sponsored by the Wyoming Department of Health – Division of Mental Health and Substance Abuse and the Wyoming Assessment of Mental Health and Substance Abuse Centers, Lander, WY, 2004

- *Invited Speaker,* 1) **The Impact of Community on the Developing Brain: How Healthy Communities Create Healthy Children 2)The Neurodevelopmental Impact of Childhood Trauma: The Relationships between Adverse Childhood Experiences and Risk for Physical Health Problems,** Lake County Leadership Network, Lakeport, CA, 2004

- *Invited Speaker,* **How Family Court Decisions Need to Be Made with the Child in Mind,** Erie County Family Court Improvement Project, Success by Six and the Erie County Family Court, Buffalo, NY, 2004

- *Keynote Speaker,* KIDS' BRAINS: Healthy Connections for Our Future, Metropolitan State College of Denver, Denver, CO, 2004

- *Keynote Speaker,* **The Impact of Trauma on Brain Development,** Ohio Juvenile Court Judges Association Annual Education Seminar, Ohio Juvenile Court Judges, Cincinnati, OH, and Closed Meetings with the Supreme Court of Ohio Judicial College, Columbus, OH, 2004

- *Invited Speaker,* **Brain Development,** North Eastern Ontario Early Childhood Development Symposium sponsored by the District of Nipissing Social Services Administration Board and the Ontario Early Years Center, Ontario, Canada, 2004

- *Invited Speaker,* **The Impact of Violence on Brain Development,** Montana Behavioral Initiative Summer Institute, State of Montana Office of Public Instruction, Bozeman, MT, 2004

- *Invited Speaker,* **Effects of Trauma on Children: Treatment Implications,** Intermountain Children's Home and Service, Helena, MT, 2004

- *Keynote Speaker,* **Brain Development,** Summer Conference on Early Childhood Education sponsored by the Michigan Association of School Boards, Traverse City, MI, 2004

- *Invited Speaker,* **The Affect of Neglect on the Developing Child and Community Based Best Practice Interventions,** Using an Integrated Community Response to Neglecting Families sponsored by the Department of Human Services, Children, Adults and Families and Liberty House Child Abuse Assessment Center, Salem, OR, 2004

- *Invited Speaker,* Working with Families at Risk of Child Abuse and Neglect sponsored by Community Safety Net, Salem, OR, 2004

- *Invited Speaker,* **Children Exposed to Violence,** Training Event of YES Partnership, Sonora, CA, 2004

- *Invited Speaker,* One Day Seminar sponsored by the Cherokee Nation Child Care Resource Center, Tahlequah, OK, 2004

- *Invited Speaker,* **Clinical Management of Behavioral Problems: Post-Traumatic Stress Disorder,** Managing Child Behavioral Health Problems: Practical Solutions for the Busy Primary Care sponsored by the New Mexico Department of Health, Albuquerque, NM, 2004

- *Invited Speaker,* **Better Responding to Children in Domestic Violence Calls: Training Session for Police,** sponsored by the Center for Children and Families in the Justice System, London, Ontario, Canada, 2004

- *Invited Speaker,* Neuroarcheological Staffing and Intervention sponsored by the Kansas Department of Mental Health, Wichita, KS, 2004

- *Invited Speaker,* **The Effects of Trauma on Children & Adolescents: Treatment Implications,** Annual Treatment Conference sponsored by the Ohio Teaching Family Association, Wood County Court, and The Cullen Center of Toledo Children's Hospital, Toledo, OH, 2004

- *Keynote Speaker,* **The Effects of Violence and Neglect on Early Brain Development and Its Implications for Child Welfare Practice,** Annual Conference of the Lutheran Social Services of the Virgin Islands, St. Croix, U.S. Virgin Islands, 2004
- *Invited Speaker,* Mariposa Safe Families, Mariposa, CA, 2004
- *Invited Speaker,* A Day with Bruce Perry sponsored by Stanislaus County Community Service, Modesta, CA, 2004
- *Invited Speaker,* **The Impact of Domestic Violence: How Early Life Experience Shapes Child and Culture,** Stanislaus County Domestic Violence Conference, Stanislaus County, Modesta, CA, 2004
- *Keynote Speaker,* **The Role of Community in Ensuring Health Children,** Follow the Adventure – Children as Early Explorers, North Dakota Association for the Education of Young Children and Region 8 Head Start Association, Bismark, ND, 2004
- *Keynote Speaker,* **The Effects of Neglect on the Developing Child & Community-Based Best Practice Intervention,** Making a Difference 2004 sponsored by the Plumas County Child Abuse Prevention Council and California Attorney General's Safe from the Start, Blairsden, CA
- *Keynote Speaker,* **Nature and Nurture of Brain Development,** 2004 Annual Conference of Southwest Foundations sponsored by the Conference of Southwest Foundations, Lake Tahoe, NV, 2004
- *Keynote and Plenary Speaker,* **Violence within the Home and Its Effects on Children,** Violence Within the Home sponsored by ICAN (Inter Agency Council on Child Abuse and Neglect – Los Angeles) and the California Attorney General's Safe from the Start Program, Universal City, CA, 2004
- *Invited Speaker,* **Early Trauma and Neurodevelopment via teleconference,** Symposia on Trauma in Infancy and Early Childhood sponsored by The University of Alaska, Sitka, 2004
- *Invited Speaker,* **Early Childhood Development,** Nonprofit Toolbox Series, Sarkeys Foundation, Norman, OK, 2004
- *Invited Speaker,* **Brain Development/ Early Learning,** Annual Fall Conference of the Child Care Council of Onondaga County, Syracuse, NY, 2004
- *Keynote Speaker,* **Effects of Child Trauma,** Training Event sponsored by the Jeanette Prandi Center, the California Attorney General's Safe from the Start Program, and the Greater Bay Area CAPC Coalition, San Rafael, CA, 2004
- *Invited Speaker,* **Children,** Training Session sponsored by Northwest Alberta FCSS and Northwest Alberta CFSA, Region 8, Grande Prairies, Alberta, Canada, 2004
- *Keynote Speaker,* **Early Intervention with High-Risk Young Children,** Early Head Start – Safe Start Training, Community Services for Children – Early Head Start, Allentown, PA, 2004
- *Invited Speaker,* **How Healthy Communities Create Healthy Children,** Ontario Early Years Centers – Niagara: Psychoanalytic Approaches, Niagara Falls, Ontario, Canada, 2004
- *Plenary Speaker,* **Community, Early Childhood, and Health,** California State Association of Counties Annual Meeting, California Office of the Attorney General's Safe from the Start, San Diego, CA, 2004
- *Invited Speaker,* **Systematic Change, Community Engagement, and Early Childhood,** Casey Child and Family Fellows Executive Seminar sponsored by the Annie Casey Foundation, Philadelphia, PA, 2004

**Honorary Lectureships**

- *Keynote Speaker,* **Trauma and the Brain: Can We Help and How?,** Traumatized Youth in Child Welfare: The Interface of Mental Health and Children's Services sponsored by Fordham University Graduate School of Social Services. James R. Dumpson Colloquium, Baltimore, MD, 2004
- *Keynote Lecturer,* **The Impact of Stress and Trauma on the Developing Brain,** Faculty Development Project on the Brain: Lecture Series, Cuyahoga Community College, Cleveland, OH, 2004
- *Invited Speaker,* **The Impact of CAN on Development,** CAN – State of Art sponsored by the Catholic University of Leuven, Belgium, 2004
- *Plenary Speaker,* **The Impact of Abuse and Neglect on the Developing Young Child,** Leo M. Croghan Conference on Developmental Disabilities sponsored by the Leo M. Croghan Memorial Foundation and the North Carolina Division of Public Health, Early Intervention Branch, Raleigh, NC, 2004

**2005**

**Research Presentations**

- *Invited Speaker,* **Early Childhood, Trauma, and Brain Development,** New Zealand, Brainwave Trust, Auckland, New Zealand, 2005
- *Keynote Speaker,* **How Healthy Communities Raise Healthy Children,** 3rd Annual Baltimore City Children's Emotional Wellness Conference sponsored by the Baltimore City Child Care Resource Center, Baltimore City DSS, and the Mayor's Office for Children, Youth, and Families, Baltimore, MD, 2005
- *Invited Speaker,* UCSF Graduate Training Grant on Childhood Trauma, University of California San Francisco, San Francisco, CA, 2005
- *Keynote Speaker,* Meeting of the Profession: The Annual Conference sponsored by the National Association of Social Workers – New Jersey, Atlantic City, NJ, 2005
- *Invited Speaker,* **Infant Mental Health, Parenting Skills, and Parenting Curriculums,** National Health Care for the Homeless Conference sponsored by Clinicians' Network, National Health Care for the Homeless Council and Bureau of Primary Health Care, and HRSA, Washington, D.C., 2005
- *Invited Speaker,* **The Cumulative Effects of Abuse on Children,** Rutgers – State University of New Jersey, Piscataway, NJ, 2005
- *Keynote Speaker,* **The Impact of Trauma on Children,** Worldwide Family Advocacy Conference sponsored by the United States Army, Charlotte, NC, 2005
- *Keynote Speaker,* **An Overview of Child Trauma,** Building a Trauma-Informed Child Welfare System in Illinois sponsored by the Domestic Violence and Mental Health Policy Initiative in conjunction with the Illinois Department of Children and Family Services and Northwestern University, Peoria, IL, 2005

- *Invited Speaker,* University of California, San Francisco School of Nursing and Childhood Trauma, UCSF, San Francisco, CA, 2005
- *Invited Speaker,* Canadian Congress on Criminal Justice, Office of the Children's Advocate, Calgary, Alberta, Canada, 2005
- *Plenary Speaker,* **Childhood Mental Health Needs at Early Ages,** 2005 NACo Health, Human Services, and Workforce Conference sponsored by the National Association of Counties, San Francisco, CA, 2005

## Teaching/Education (local)

- *Keynote Speaker,* HAP/CTA Conference sponsored by Houston Achievement Place, Houston, TX, 2005

## Teaching/Education (national/international)

- *Keynote Speaker,* **The Impact of Trauma on Children,** Physician's Course on Domestic Violence and Sexual Assault sponsored by the United States Army, San Antonio, TX, 2005
- *Invited Speaker,* **Brain Development,** Delaware Tribe Child Development and Success by Six, Dallas, TX, 2005
- *Invited Speaker,* Calgary Area Child and Family Services Authority, Region 3, Calgary, Alberta, Canada, 2005
- *Invited Speaker,* Metis Settlement Child and Family Services, Children's Services Alberta, Edmonton, Alberta, Canada, 2005
- *Invited Speaker,* Family Literacy Project, Children's Services Alberta, Calgary, Alberta, Canada, 2005
- *Invited Speaker,* **Mobilizing Our Community: The Importance of Brain Development,** Department of Human Services and the Klamath County Commission on Children and Families, Klamath County, OR, 2005
- *Keynote Speaker,* Green Country Behavioral Health Services, Inc., Muskogee, OK, 2005
- *Invited Speaker,* Training, Understanding the Early Years Project and the Abbotsford Early Childhood Committee, Abbotsford, British Columbia, Canada, 2005
- *Keynote Speaker,* Central Alberta CFSA (Red Deer), Children's Services, Alberta, Red Deer, Alberta, Canada, 2005
- *Keynote Speaker,* Alberta Association of Services to Children and Families Membership Meeting, Children's Services Alberta, Red Deer, Alberta, Canada, 2005
- *Invited Speaker,* **The Impact of Trauma & Maltreatment on Brain Development: Implications for Work in Child Welfare,** Child Welfare Stipend Program Symposium sponsored by the Child Welfare Stipend Program at Virginia Commonwealth University, School of Social Work, Richmond, VA, 2005
- *Invited Speaker,* **The Power of Community: How Healthy Communities Create Healthy Children,** Placer County Department of Health and Human Services, Placer County, CA, 2005

- *Invited Speaker,* The Effects of Abuse, Neglect and Trauma on the Child's Brain sponsored by the Family Support Council of Douglas County, Minden, NV, 2005
- *Keynote Speaker,* **Prevention,** Children's Summit Conference sponsored by the Merced County Human Services Agency and First 5, Merced, CA, 2005
- *Keynote Speaker,* **Brain Development and Early Learning,** "Read Now, Read for Life" Conference sponsored by Read for Life, Visalia, CA, 2005
- *Keynote Speaker,* Children's Mental Health Conference sponsored by UPLIFT, Casper, WY, 2005
- *Invited Speaker,* **How Experiences in Early Childhood Create a Healthy Society,** Celebrating a Week of the Young Child sponsored by a community partnership of the Department of Family Services, LCCC Child Discovery Center, Prevent Child Abuse, et al., Cheyenne, WY, 2005
- *Invited Speaker,* Denver Children's Assessment Center, Denver, CO, 2005
- *Invited Speaker,* The San Luis Obispo County DDS-STAP OFR Community College – Children's Services Network, San Luis Obispo, CA, 2005
- *Keynote and Plenary Speaker,* **Trauma,** University of Illinois at Chicago and the Illinois Department of Children and Family Services, Chicago, IL, 2005
- *Invited Speaker,* **Relationship-Based Literacy,** Loving Literacy: The Gift of Lifelong Learning sponsored by Rudolph Steiner College, The Alliance for Childhood & California State University at Sacramento, and The Richards Institute of Education, Sacramento, CA, 2005
- *Invited Speaker,* **The Effect of Trauma on Early Brain Development,** Breaking the Cycle sponsored by Prevent Child Abuse Indiana, Indianapolis, IN, 2005
- *Plenary Speaker,* **The Importance of Early Brain Development: Mobilizing the Community,** Great Valley Center Conference: "Growing a Community" sponsored by The California Department of Justice: Safe from the Start and The Great Valley Non-Profit Center, Sacramento, CA, 2005
- *Keynote Speaker,* **How the Brain Develops: The Importance of Early Childhood,** Safe from the Start, Eureka, CA, 2005
- *Invited Speaker,* How Early Life Experience Shapes the Child: The Role of Relationships in Shaping a Healthy Community, The Nurturing Center, Inc., Kalispell, MT, 2005
- *Invited Speaker,* **Brain Research: Child Development and Early Childcare Issues,** Oklahoma Division of Child Care – Licensing Staff Training, sponsored by the University of Oklahoma: Center for Early Childhood Professional Development and the Department of Human Services – Division of Childcare, Oklahoma City, OK, 2005
- *Keynote Speaker,* Complex Psychological Trauma in Children, Adolescents and Adults: A Clinical Perspective sponsored by Drexel University College of Medicine and Behavioral Healthcare Education, Philadelphia, PA, 2005
- *Plenary Speaker,* Coming Together for Canada's Children, The Alberta Government and a partnership of several child welfare associations, Calgary, Alberta, Canada, 2005
- *Plenary Speaker,* Annual National Conference of State Child Care Administrators sponsored by the Child Care Bureau of the Administration for Children and Families and the U.S. Department of Health and Human Services, Arlington, VA, 2005
- *Invited Speaker,* **The Effects of Trauma on the Developing Brain,** Brain Development: Coming Together to Make a Difference sponsored by Communities Collaborative Committee, Mahnomen, MN, 2005
- *Plenary Speaker,* **Brain Development and Early Childhood,** 37th Annual Southwestern School for Behavioral Health Studies sponsored by EMPACT – SPC, Tuscon, AZ, 2005
- *Invited Speaker,* **Brain Development,** National Indian Child Care Association National Conference, Tulsa, OK, 2005

- *Keynote Speaker,* Montana State Foster/Adoptive Parent Association in conjunction with Intermountain, Helena, MT, 2005
- *Invited Speaker,* **How Healthy Communities Create Healthy Families,** Success by 6 Community Seminar sponsored by Enid Success by 6, Bartlesville, OK, 2005
- *Invited Speaker,* The Association and the Department of Social Rehabilitation, Wichita, KS, 2005
- *Keynote Speaker,* **An Overview of Child Trauma,** Building a Trauma-Informed Child Welfare System in Illinois sponsored by the Domestic Violence and Mental Health Policy Initiative in conjunction with the Illinois Department of Children and Family Services and Northwestern University, Mt. Vernon, IL, 2005
- *Keynote Speaker,* **Early Brain Development in Foster Care/Adoptive Children: Positive and Negative Effects,** Mesa United Way's Ready to Learn: Stage 2 sponsored by the Mesa United Way, Mesa, AZ, 2005
- *Invited Speaker,* **Understanding Childhood Trauma and Neglect: Practical Approaches to Working with Children and Youth,** Medford, OR, 2005
- *Keynote Speaker,* **The Effects of Abuse and Neglect on Children,** KIDS sponsored by the Office of the Children's Advocate, Calgary, Alberta, Canada, 2005
- *Invited Speaker,* Train-the-Trainer, Klamath County Collaborative, Klamath Falls, OR, 2005
- *Invited Speaker,* Consultation and Training with Dr. Perry sponsored by Foundations, Inc., Philadelphia, PA, 2005
- *Keynote Speaker,* **An Overview of Child Trauma,** Building a Trauma-Informed Child Welfare System in Illinois sponsored by the Domestic Violence and Mental Health Policy Initiative in conjunction with the Illinois Department of Children and Family Services and Northwestern University, Chicago, IL, 2005
- *Invited Speaker and Special Consultant,* **Childhood Trauma and Vulnerability to Substance Abuse,** Conference on Addiction, Treatment, and Prevention sponsored by the Norlien Foundation, Calgary, Alberta, Canada, 2005
- *Invited Speaker,* Train-the-Trainer: Early Childhood and Exposure to Violence sponsored by the California Attorney General's Safe from the Start, Sacramento, CA, 2005


Honorary Lectureships


- *Keynote Speaker,* **The Impact of Maltreatment and Exposure to Violence on Brain Development for Young Children and Youth: Recommendations for After-school Programs,** Foundations, Inc., Atlanta, GA, 2005
- *Keynote Speaker,* **Impacts of Child Trauma in Adulthood: How It Works,** In Support of Children – Lecture Series sponsored by In Support of Children and Old Dominion University, Norfolk, VA, 2005
- *Invited Speaker,* Clinical Scholars Program sponsored by First 5 Tulare County, Visalia, CA, 2005
- *Keynote Speaker,* **Child Maltreatment and Early Childhood Interventions,** Master Lecture Series sponsored by the Vincent J. Fontana Center for Child Protection, Fordham University Graduate School of Social Service, and Children FIRST, New York, NY, 2005
- *Plenary Speaker,* **What We Need to Know About Early Childhood Development,** Leadership Institute, Kansas Health Foundation, Wichita, KS, 2005

- *Invited Lecturer,* **Child Trauma Effects – Treatment,** 2nd Annual Patricia Myers Child Abuse Lecture sponsored by the Mayerson Center for Safe and Healthy Children and The Bremer Foundation, Cincinnati, OH, 2005
- *Keynote Speaker,* **Family Violence,** Family Violence Conference sponsored by the UN: World Health Organization, Pan-American Health Organization, Government of Alberta, et al., Banff, Alberta, Canada, 2005
- *Keynote Speaker,* **The Impact of Abuse and Neglect,** ABC Luncheon sponsored by Childhaven, Seattle, WA, 2005
- 

## 2006

### Research Presentations

- *Keynote Speaker,* **Trauma and Neglect: Neurodevelopmental and Psychoanalytical Approaches,** St. Louis Psychoanalytic Society Symposium on Trauma and Neglect sponsored by the St. Louis Psychoanalytic Society, St. Louis, MO, 2006
- *Plenary Speaker,* World Forum: Future Directions on Child Welfare sponsored by the Ministry of British Columbia, Vancouver, British Columbia, Canada, 2006
- *Plenary Speaker,* **Relational Health and Vulnerability to Substance Abuse and Dependence,** Strengthening Families and Empowering Communities sponsored by the Administration for Children's Services, The City of New York, and the New York State Association of Substance Abuse Providers (ASAP), New York, NY, 2006
- *Keynote Speaker,* **The Implications of Early Childhood Trauma for the Mental Health and Well-Being of Children and Young Adults,** Child Welfare and Mental Health – Addressing Parental and Child Mental Health Needs in the Context of Child Abuse and Neglect Cases sponsored by the Governor's Task Force on Children's Justice, The State Court Administrative Office, The Michigan Ombudsman's Office, et al., East Lansing, MI, 2006
- *Plenary Speaker,* 48th Annual Meeting of the American Society of Clinical Hypnosis, Orlando, FL, 2006
- *Keynote Speaker,* **The Impact of the Exposure to Violence on a Child's Developing Brain,** CAEYC 2006 Annual Conference sponsored by the California Association for the Education of Young Children (CAEYC) and the California Attorney General's Safe from the Start Program, Anaheim, CA, 2006

### Training/Education (local)

- *Plenary Speaker,* Texas Hill Country Seminar sponsored by the Methodist Home and Reclaim Youth International, San Antonio, TX, 2006
- *Keynote Speaker,* Twentieth Annual Conference on the Prevention of Child Abuse sponsored by Prevent Child Abuse Texas, Dallas, TX, 2006

- *Plenary Speaker,* **The Making of a Juvenile Delinquent from an Abusive and Neglectful Home,** State Bar of Texas Annual Juvenile Conference sponsored by the State Bar of Texas Juvenile Section, Dallas, TX, 2006
- *Keynote Speaker,* **The Effects of Trauma on Children,** 2006 Harris County Annual Youth and Family Services Conference: "Growth Through Adversity" sponsored by the Harris County Youth and Family Services Division, Houston, TX
- *Keynote Speaker,* Together We're Better sponsored by the Texas Association for the Education of Young Children, Galveston, TX, 2006
- *Keynote Speaker,* Partners in Prevention Conference sponsored by the Texas Health and Human Services Commission, Austin, TX, 2006


## Training/Education (national/international)


- *Invited Speaker,* **Observations on Children, Neurodevelopment, and Early Childhood,** The Richards Institute: Education through Music sponsored by the Richards Institute, Houston, TX, 2006
- *Keynote Speaker,* **The Impact of Trauma on Brain Development,** Physician's Course on Domestic Violence and Sexual Assault sponsored by the United States Army, Army Medical Department and School, San Antonio, TX, 2006
- *Plenary Speaker,* 17th Statewide Child Abuse Prevention Conference sponsored by Prevent Child Abuse Arizona, Mesa, AZ, 2006
- *Invited Speaker,* Intermountain Training Conference sponsored by the Intermountain Children's Home, Helena, MT, 2006
- *Invited Speaker,* Health Families Create Healthy Communities – A Bruce Perry Event sponsored by Success by Six Lawton, A Smart Start Oklahoma Community, Lawton, OK, 2006
- *Invited Speaker,* **Trauma and Children: The Impact of Katrina,** National Association of Social Workers – Louisiana Chapter, Louisiana Department of Education, Baton Rouge, LA, 2006
- *Keynote Speaker,* **Appropriate Pre-school Education,** Protecting the Spirit of Childhood – AGAIN sponsored by Rudolf Steiner College, UC Davis, and CSUS, Davis, CA, 2006
- *Invited Speaker,* Klamath Falls Collaborative TTT Project sponsored by the Klamath Falls Collaborative, Klamath Falls, OR, 2006
- *Invited Speaker,* **The Effects of Trauma on the Developing Brain the Long-Term Physical Health,** Kings County Child Abuse Prevention Conference sponsored by the California Attorney General's Safe from the Start Program, Central California CARES, and the Kings County Child Abuse Prevention Council, Hanford, CA, 2006
- *Invited Speaker,* The Nevada Early Childhood Conference sponsored by the Nevada Association for the Education of Young Children, Las Vegas, NV, 2006
- *Keynote Speaker,* **The Six Core Strengths for Healthy Childhood Development,** Through the Eyes of a Child: Meeting the Challenges of Healthy Childhood Development sponsored by Carson-Tahoe Hospital, Reno, NV, 2006
- *Invited Speaker,* **Child Trauma,** Child Abuse Prevention: The Effects of Trauma in Early Childhood and on the Developing Brain sponsored by Douglas County Child Abuse Prevention, Roseburg, OR, 2006

- *Invited Speaker,* Early Childhood and Brain Development sponsored by Crook, Deschutes, and Jefferson Counties Commission on Children, Redmond, OR, 2006
- *Invited Speaker,* **The Impact of Violence on Children,** "Why the Violence Needs to Stop" sponsored by the San Benito County Child Abuse Prevention Council and the California Attorney General's Safe from the Start Program, Hollister, CA, 2006
- *Invited Speaker,* Sixth Annual San Diego International Family Justice Center Conference sponsored by the California Attorney General's Safe from the Start Program, San Diego, CA, 2006
- *Invited Speaker,* Infant-Parent Mental Health Fellowship sponsored by the Napa Children and Families Commission and Napa Health and Human Services, Napa, CA, 2006
- *Invited Speaker,* **1) Trauma and Interventions with Children and Adolescents: What Works and 2)Trauma and Intervention with Children and Families: What Works,** Title IV – E Service Providers Training sponsored by City College of San Francisco Contract Educators and Title IV – E Service Providers Program and the Edgewood Center for Children and Families, San Francisco, CA, 2006
- *Keynote Speaker,* **Trauma, Post-Traumatic Stress Disorder, and Threat,** California School Resource Officers Association Conference sponsored by the California School Resource Officers Association and the California Attorney General's Safe from the Start Program, San Diego, CA, 2006
- *Invited Speaker,* **Traumatic Stress as It Relates to Young Children,** Head Start/Early Head Start Orientation sponsored by Family and Children's Services, Tulsa, OK, 2006
- *Keynote Speaker,* **Shadows of Childhood Trauma: Lighting Pathways for Change,** 12th Annual PCA Illinois Statewide Conference sponsored by Prevent Child Abuse Illinois, Springfield, IL, 2006
- *Invited Speaker,* Merced County 3rd Annual Responding to Family Violence Conference sponsored by the California Attorney General's Safe from the Start Program, the Merced County Health Department, Child Abuse Coordination Council, et al., Merced, CA, 2006
- *Keynote Speaker,* **Exposure to Violence and the Impact on a Child,** Community Forum sponsored by Imperial Valley College and the California Attorney General's Safe from the Start Program, El Centro, CA, 2006
- *Invited Speaker,* **Exposure to Violence in Early Childhood,** Safe from the Start sponsored by the California Attorney General's Office, Shasta, CA, 2006
- *Keynote Speaker,* **Child Trauma,** Decisions on Court and Child Trauma, El Refugio, Inc. and the Child Development Center, Silver City, NM, 2006

## Honorary Lectureships

- *Houck Award,* Justice for Children Annual Gala sponsored by Justice for Children, Houston, TX, 2006
- *Keynote Speaker,* **Brain Development and Challenges to Older Youth, Ages, 16-23,** Fresno City College Speakers Forum sponsored by Fresno City College and the State Center Community College Foundations, Fresno, CA, 2006
- *Plenary Speaker,* **What We Need to Know About Early Childhood Development,** Leadership Institute sponsored by the Kansas Health Foundations, Wichita, KS, 2006

- *Invited Speaker,* **Therapeutic Work with High-Risk Children: Innovative and Alternative Approaches,** 30th Year ENVIROS Celebration sponsored by ENVIROS, Calgary, Alberta, Canada, 2006
- *Invited Speaker,* **Brain Development,** AVANCE 10th Anniversary Luncheon sponsored by AVANCE – Dallas, Dallas, TX, 2006
- *Invited Speaker,* Sarkeys Spring Speakers Series sponsored by the Sarkeys Foundation, Norman, OK, 2006
- *Invited Speaker,* Violence and What to Do about It sponsored by WAVE, London, England, 2006

**2007**

Research Presentations

- *Plenary Speaker,* **Sequelae of Abuse** with Dr. Ira Chasnoff**,** Second National Conference on Substance Abuse, Child Welfare, and the Courts sponsored by Child and Family Futures and the Children's Research Triangle, Anaheim, CA, 2007

Training/Education (local)

- *Keynote Speaker,* Twenty First Annual Conference on the Prevention of Child Abuse sponsored by Prevent Child Abuse Texas, Austin, TX, 2007

Training/Education (national/international)

- *Invited Speaker,* Lake County Training, Lake County, Clearlake, CA, 2007
- *Keynote Speaker,* **Early Brain Development and Early Relationships,** Common Threads in Early Intervention: Innovations and Realities sponsored by the Infant Development Association of California, Sacramento, CA, 2007
- *Invited Speaker,* **Neglect: Identifying, Documenting, and Stopping the Impact on Children** for the Counseling Services of Bellville and the Surrounding District, Bellville, Ontario, Canada, 2007

Honorary Lectureships

- *Invited Speaker,* AMI/USA Centenary Celebration sponsored by the Association of Montessori International, USA, San Francisco, CA, 2007

### *Students Supervised*



Yale University

### *Medical School Thesis Advisor:*

*Andrew Bazos, MD* Yale University School of Medicine  "Adrenergic Receptor Regulation in Congestive Heart Failure"



University of Chicago

### *Richter Undergraduate Research Award Sponsor (The University of Chicago)*

*Erik Kupperman* (1989) "Heterologous Regulation of Platelet Adrenergic and Serotonergic Receptors"

*Hani Salti* (1990)  "Neurotransmitter Receptor-linked Phosphatidyl Inositol Turnover in Neuronally-Derived Clonal Cell Lines"

*Joseph T Cuenco* (1990)  "The Effects of Prenatal Exposure to Cocaine on the Development of Dopamine Receptors in Rat Brain"

### *Chicago Area Westinghouse Science Award Winner (Sponsor)*

*Edith Replogle (1991)*  " Effects of Prenatal Exposure to Cocaine on the Development of Serotonin Receptors in Rat Brain"

### *Howard Hughes Undergraduate Research Fellow (Sponsor)*

*Anaa Zakarija* (1992)  "Effects of Chronic Cocaine Exposure on the Expression of Dopamine Receptor mRNA in Rat Brain"

### *Medical Student Merit Research Sponsor (The University of Chicago)*

*Heather McPhillips (1991),* "Effects of Prenatal Cocaine on Monoamine Receptor Development"

### *University of Chicago Honors Student (Sponsor)*

*Hani Salti (1992),*  "Differential Second Messenger Transduction in D-1 Dopamine Receptors Across Various Brain Regions in the Rat"

### *Doctoral Students (The University of Chicago)*

*Mark Wainwright* (1988-1993), Pharmacological and Physiological Sciences, Co-Advisor:  A Heller

*Alice Choi* (1990-1991), Biopsychology Committee

*Gail Farfel* (1990-1993), Pharmacological and Physiological Sciences, Primary Advisor: LS Seiden

*Ling Ling Tsai* (1990-1993), Biopsychology Committee, Primary Advisor: A Rechtshaffen

*Robert Dunn* (1989-1990), Pharmacological and Physiological Sciences, Primary Advisor: LS Seiden

### *Post-doctoral Fellow (University of Chicago)*

*Robert Lew, PhD*  (1991-1992), Neurotoxicity of Psychostimulants:  Co-sponsor with LS Seiden

### *Visiting Scientist*

*Sun-Hee Lee, PhD*  (1992), Senior Researcher, National Institute of Safety Research, Ministry of Health and Social Affairs, Korea

 Baylor College of Medicine

### *Doctoral Students (Baylor College of Medicine)*

*Patrick Cox* (1995-1997), Neuroscience Program, M.D., Ph.D. Program, Primary Advisor:  B.D. Perry

### *Post-doctoral Fellow (Baylor College of Medicine)*

*Duane Runyan, Ph.D* (1996-1997), Neuropsychiatric Impact of Childhood Trauma:  (Baylor College of Medicine)

*David Mann, Ph.D. (2000-2001)*

### *ChildTrauma Fellows in Child Psychiatry*

*Toi Blakely, MD*  (1994-1996)

*Ronnie Pollard, MD*  (1994-1995)

*Michael Gomez, MD* (1995-1996)

*John Marcellus, MD* (1996-1998)

### *American Medical Association's Policy and Promotion Award (Sponsor: B.D. Perry)*

*Toi Blakely, MD*  (1995)

### *APA Research Colloquium for Young Investigators (Sponsor: B.D. Perry)*

*Ronnie Pollard, MD*  (1995)

#### *ChildTrauma Undergraduate Summer Intern*

*Michael Hendershot*,  (1994)

*Jennifer Hepps*, Harvard University (2000)


#### *ChildTrauma Programs Visiting Scholar*

*Robin Fancourt, MRCP* (UK) *FRACP 1995*, Chairperson, Child Protection Trust, Advocacy Committee, Auckland, New Zealand

*Michael De Bellis, MD* (US) 1997, NIMH KO-8, University of Pittsburgh School of Medicine


 The ChildTrauma Academy

#### *The ChildTrauma Academy Fellows*

*Toi Blakely, MD,*  Clinical Assistant Professor, Baylor College of Medicine; member of the Texana MHMR Medical Executive Committee, Houston, TX   (2001-2005)

*Alan Hague, M.S.*, Information Technology Consultant, Houston, TX  (2001-2005)

*Sarah Webster, ACSW-LMSW-AP*, Child Welfare Consultant, Houston, TX

*Richard L. Gaskill, Ed.D.*, Clinical Director, Sumner Mental Health Center, Wellington, KS

*Gizane Indart, Psy.D.,* Executive Director, Denver Children's Advocacy Center, Denver, CO

*Robin Fancourt, M.R.C.P., F.R.A.C.P.,* Pediatrician; Founding Member of Brainwave Trust, Auckland, New Zealand

*Jeanne Morris, M.Ed., Director,* Special Education Programs, Berrien Independent School District, Michigan (retired)

*Donald J. Smith, Ph.D.,* Board President / Executive Director, Generations Center, Dallas, TX

*Louise Lee, J.D.,* Family Law Attorney, Houston, TX

*Mary Beth Arcidiacono, B.S.,* Social Work Master's Candidate, Houston, TX

*Annette Jackson, BSW, MSW,* Research Manager, Take Two at La Trobe University, Melbourne, Australia

*Jerry Yager, Psy.D.*, Executive Director, Denver Children's Home, Denver, CO

*Tamar Jacobson, Ph.D.,* Assistant Professor, Department of Teacher Education, Rider Univeristy, Lawrenceville, New Jersey

*Stewart Gordon M.D., FAAP,* Associate Professor of Clinical Pediatrics, Louisiana State University School of Medicine, New Orleans, LA

**(Please see www.ChildTrauma.org for updates on current and past CTA Fellows)**