# EXPERT DECLARATION OF LUIS H.  ZAYAS

I, LUIS H.  ZAYAS, declare as follows:

1.     I am a licensed psychologist and licensed clinical social worker in the State of Texas. Previously, I held psychology licenses in New York and Missouri and a clinical social work license in New York.  I earned a Master of Science degree in social work (1975), and a Master of Arts (1984), Master of Philosophy (1985), and Doctor of Philosophy (1986) in developmental psychology, all from Columbia University in the City of New York.  I have been a practicing social work and psychology clinician since 1975 mostly in child and adolescent mental health settings and primary care medicine.  A true and correct copy of my curriculum vitae is attached hereto as Exhibit A.

2.     I am presently dean and professor at the Steve Hicks School of Social Work of the University of Texas at Austin.  I also occupy the Robert Lee Sutherland Chair in Mental Health and Social Policy and am a professor of psychiatry at the Dell Medical School of The University of Texas at Austin.

3.     I have held academic positions at Washington University in St.  Louis, Fordham University, Albert Einstein College of Medicine, and Columbia University.  I have held clinical positions at Blythedale Children's Hospital (Valhalla, NY); New York Hospital-Cornell Medical Center (now New York-Presbyterian/Weill Cornell Medical Center, New York City); and Montefiore Medical Center (Bronx, NY).

4.     My background encompasses clinical practice, teaching and research in child and adolescent mental health, child development, and family functioning.  My specialty has been on minority and immigrant families and their children.  My research has been funded by the National Science Foundation and the National Institutes of Health (specifically, the National Institute of Mental Health, National Institute of Child Health and Human Development, and National Institute on

Minority Health and Health Disparities).  Since 2006, I have focused my clinical and research attention on the U.S.-born and foreign-born children of undocumented immigrants, mostly from Mexico and Central America.

5.      I have published over 120 papers in peer-reviewed scientific and professional journals and two books, *Latinas Attempting Suicide: When Cultures, Families, and Daughters Collide* (Oxford University Press, 2011), and *Forgotten Citizens: Deportation, Children, and the Making of American Exiles and Orphans* (Oxford University Press, 2015).  A complete list of my publications is included in my CV.

6.      I have extensive experience in performing clinical evaluations of immigrant children and families facing deportation, and refugee and asylum-seeking mothers and children held in immigration detention centers.  Since 2006, I have been qualified in immigration courts as expert witness and provided psychological evaluations and testimony in over 20 cancellation of removal cases in immigration court.  I have provided expert declarations or reports in the following cases heard in federal court:

a.   *R.I.L-R v Johnson* (2015);

b.   *Flores v Johnson* (2015);

c.   *Batalla Vidal et al., v Nielsen et al., and State of New York et al., v Trump et al.* (2017);

d.   *LVM et al., v Lloyd, White, Wagner [ORR]et al.  (2018);* and

e.   *Matter of Fuentes* (San Antonio, 2014).

7.      I gave expert witness testimony on the psychological effects of immigration detention on children and families in *Grassroots Leadership Inc. v Texas Department of Family and Protective Services* (2016) heard in Texas state court challenging the licensing of immigration family-detention

centers as childcare centers.

**Impact and Implications of Detention and Family Separation**

8.      Reading the summary narratives about the experiences Plaintiffs have withstood in detention and separated from their families leads me to the impression that multiple harms are being inflicted: on the parents, on the children, and on family dynamics.  The separation of parents from their children—the very children they sought to protect and save by requesting asylum in the United States—creates emotional stresses on parents beyond that which they have already suffered.  Parents are disempowered from taking care of their children and children will detect the subtle and obvious emotional reactions of their parents.  Children will naturally want to protect parents.  On the other side, children of all ages need their parents to protect them and make them feel secure.  Even if they are overpowered by government decisions, they have the comfort of being together and going through the horrors together.  We must keep in mind that these children and parents have experienced two layers of trauma.  One layer is the violence of their home countries.  The other is the flight through Mexico during which they were, in most cases, brutalized.  On these two experiences are layered the trauma of detention and, now, separation.

9.      As noted earlier, I have practiced professionally for 43 years in, mostly, child and adolescent mental health services and conducted research with children in the community as well as those in care.  This experience has brought me into direct interaction with children, families, and large and small care systems (e.g., child protective services; residential treatment facilities; day-treatment programs; schools; general, psychiatric and pediatric hospitals; family court).  In these four decades of experience, nearly every social and health institution of which I have been aware of that serves children and adolescents makes decisions related to health, mental health, institutionalization, and release as an individual decision.  The aim of any placement of a child in a restrictive facility

EXPERT DECLARATION OF LUIS H.  ZAYAS

should be to "bring something to build hope on in often desperate situations, regardless of the specific treatment method used."[1]

10.     In the fields of social work, pediatrics, psychology, education, and allied professions that work with children, all decisions about removal or separation, or other potentially life-changing decisions, must be based on the best interest of the child and, if separation is clinically indicated, must be done using the least restrictive environment.  It is exceedingly rare to see a general decision by agencies or government entities to institutionalize all children simply because they have sought asylum with their parents.  It is also unusual to punish parents through their children for seeking asylum in the United States.

11.     Science and clinical practice show that the children being held in detention with or without their parents are undergoing extraordinary stress and pain.  Research shows that detention of children, even for a brief time, does lasting harm to their psychological and physical conditions. Under stress, the body naturally braces itself by secreting hormones through the hypothalamic-pituitary-adrenal system (known as the HPA Axis) and taking other physiological measures to protect the person.  In the short term, it might not be very damaging, though still hurtful.  But when the stress is unremitting and complex, the body begins to break down and the young brain is not allowed to develop normally.  Exhausted, the brain's natural growth in cognition, judgment, decision-making, problem solving, and interpretation of social cues is deviated, even truncated, leaving the person with lacunae in important human functions.  When the stress is traumatic, such as when that natural bond with the parent is suddenly severed, the damage is compounded.  (The trauma is different when, for example, a parent dies tragically in an accident or progressively through illness. The parent-child bond is affected but because of a coercive government act.)  The need for the

---

[1] Forkby, T., & Höjer, S.  (2011). Navigations between regulations and gut instinct: the unveiling of collective memory in decision-making processes where teenagers are placed in residential care.  *Child and Family Social Work, 16*, 159–168.

EXPERT DECLARATION OF LUIS H.  ZAYAS

human bond is profound for infants, toddlers and older children.  It is the attachment that helps in the development of positive social interaction, trust of others, and regulation of emotions and behaviors.

12.     Youth held in detention are highly susceptible to the effects of stress and trauma on human physiology.  The psychological wounds of detention and family separation will last a lifetime.  It will take social work, psychiatric, psychological and counseling services to start and see through the repairs.  Unfortunately, for most of these children, the trauma they have experienced at the border will likely go untreated because their undocumented status will bar them from access to mental health support from trained professionals.

13.     It is universally recognized that the family is the cornerstone of society and the basis for healthy human development.  It is the place of shelter, sustenance, affection, socialization, social-emotional and moral development, and physical and psychological protection.  When families are separated, the effects on children are known to disrupt emotional, social, and cognitive functioning. What's more is that the damage of ruptures from parents and siblings leave long-lasting and sometimes permanent emotional and psychological scars.

14.     The American Academy of Pediatrics recently urged that societal institutions act cautiously to "ensure that the emotional and physical stress children experience as they seek refuge in the United States is not exacerbated by the additional trauma of being separated from their siblings, parents or other relatives and caregivers."[2]  Even the Advisory Committee on Family Residential Centers of the Department of Homeland Security advised in 2016 that "the separation of families for purposes of immigration enforcement or management, or detention is never in the best interest of children."[3]

---

[2] American Academy of Pediatrics, AAP Statement Opposing Separation of Mothers and Children at the Border (March 4, 2017).  https://www.aap.org/en-us/about-the-aap/aap-press-room/Pages/immigrantmotherschildrenseparation.aspx.

EXPERT DECLARATION OF LUIS H.  ZAYAS

15.     Children and adolescents in immigration detention facilities report increased rates of deliberate self-harm and suicidal behavior, voluntary starvation, severe depression, sleep difficulties, somatic complaints, anxiety, and PTSD reactions, along with poor nutrition, regression in language development, bedwetting, and social withdrawal.[4]  The self-harm and suicidal ideation and action while in detention is often born of the boredom, sleeplessness, depression and even psychotic symptoms that occur during detention.

16.     We can extrapolate from the scientific literature on juvenile detention, showing the negative effects of children's detention or incarceration on their future psychological health.  Youth in juvenile detention during their adolescence often show "co-morbid" psychiatric disorders, that is, co-occurring problems.[5] Most commonly, males evince major depression, anti-social behavior, oppositional defiant disorders, and alcohol abuse.[6]  The comorbidities for females are post-traumatic stress (PTSD), anxiety, and anti-social personality disorder and substance abuse.  Note that in the comorbidities for girls, depression occurs with an externalizing disorder, that is, oppositionalism.  We see therefore that both internalizing and externalizing disorders are likely to be the outcomes of detention.  This has led researchers to conclude that incarceration-specific experiences place children at higher risk for maladjustment than exposure to general environmental risk in community settings.[7]

---

[3] Department of Homeland Security: Immigration and Customs Enforcement, Report of the ICE Advisory Committee on Family Residential Centers, at 2 (Sept.  30, 2016).
https://www.ice.gov/sites/default/files/documents/Report/2016/ACFRC-sc-16093.pdf.

[4] Silove, D., Austin, P., & Steel, Z.  (2007).  No refuge from terror: The impact of detention on the mental health of trauma-affected refugees seeking asylum in Australia.  *Transcultural Psychiatry*, *44*, 359-393.

[5] Abram, K.  M.  (2015).  Comorbidity and continuity of psychiatric disorders in youth after detention: A prospective longitudinal study.  *JAMA Psychiatry*, *72*, 84-93.

[6] Fazel, M., Karunakara, U., & Newnham, E.  A.  (2014).  Detention, denial, and death: Migration hazards for refugee children.  *The Lancet Global Health*, *2*, e313-e314.

[7] Dallaire, D.  H., Zeman, J.  L., & Thrash, T.  M.  (2014).  Children's experience of maternal incarceration-specific risks: Predictions to psychological maladaptation.  *Journal of Clinical Child & Adolescent Psychology*, *43*, 1-14.

EXPERT DECLARATION OF LUIS H.  ZAYAS

17.     Detention or institutionalized living is a major childhood traumatic stressor, even under conditions of short or brief detentions.[8]  Stays as short as 14 days can have deleterious effects on youth, depending on the nature of the institutionalization.  For example, a two-week hospital stay for an injury or rare illness is less damaging than a two-week stay in a detention facility in which privileges and freedom is restricted, family visits are mediated by screens or guards, or activities are heavily regulated.  Detention, particularly following the traumatic circumstances of migration, is one of the most adverse environments that scientists have studied, commonly called in the literature "complex adverse experiences."

18.     The two distinct but powerfully determinant elements of the adversity of detention are *deprivation* (i.e., absence of expected developmentally appropriate environmental inputs and complexity) and *threat* (i.e., the presence of experiences that represent an immediate or ongoing threat to the child's physical integrity and psychological security).[9]  The condition of chronic deprivation and threat stresses affect neural or brain development which in turn determines cognitive and behavioral functioning in children.  PTSD is known to affect executive functions, that part of the brain that regulates and controls cognitive processes, including working memory, reasoning, task flexibility, and problem solving.[10]  (In the Plaintiffs' narratives, we learn of teasing, belittlement, derision, verbal assaults, and other forms of bullying and coercion by Customs and Border Patrol personnel and possibly others who are government or private contractors staff operating detention centers.)  In detention, the lives of refugee children are laden with uncertainty (i.e., lack of confidence

[8] Foster, H., & Hagan, J.  (2013).  Maternal and paternal imprisonment in the stress process.  *Social Science Research*, *42*, 650-669.

[9] McLaughlin, K.  A., Sheridan, M.  A., & Lambert, H.  K.  (2014).  Childhood adversity and neural development: Deprivation and threat as distinct dimensions of early experience.  *Neuroscience and Biobehavioral Reviews*, *47*, 578-591.

[10] Olff, M., Polak, A.  R., Witteveen, A.  B., & Denys, D.  (2014).  Executive function in posttraumatic stress disorder (PTSD) and the influence of comorbid depression.  *Neurobiology of Learning and Memory*, *112*, 114-121.

EXPERT DECLARATION OF LUIS H.  ZAYAS

in one's ability to predict future outcomes) about personal security.[11]  Uncertainty regarding personal security is highly related to levels of hopelessness.  The sense of indeterminacy in detention is acute and thus becomes a major contributor to negative health and mental health symptoms.  The deprived conditions of detention—in which children cannot experience developmentally normative activities, events and milestones—also affects peer and family relations.[12]  Detention hinders the development of appropriate peer relations, creates imbalances in the parent-child dynamics, and undermines the attachment bonds between parent and child and among siblings.  Overall, negative peer and family relations have negative impacts on overall mental health.

**Needed: Immediate Trauma Screening and Treatment for Children, Siblings, and Parents**

19.     Contemporary clinical practice and research on childhood and adult trauma point out that in conditions of severe adversity the best response requires i*mmediate*, *thorough*, *culturally based screening* and *assessment*.   Upon a diagnosis of a mental health effect (e.g., post-traumatic stress; anxiety disorder; major or reactive depression; reactive attachment disorder of children; suicidal ideation), an equally immediate engagement in *empirically, scientifically informed treatment intervention* is indicated.  In the case of the sudden disruption of the parent-child bond that is inexplicable to children, especially younger ones but including adolescents, it is not unexpected to see severe cases of reactive attachment disorders.  (According to the American Psychiatric Association, reactive attachment disorder refers to a consistent pattern of inhibited, emotionally withdrawn behavior toward adult caregivers that may include minimal social and emotional responsiveness to others; limited positive affect; episodes of unexplained irritability, sadness, or fearfulness that are

[11] Afifi, W.  A., Afifi, T.  D., Nimah, N., & Robbins, S.  (2013).  The relative impacts of uncertainty and mothers' communication on hopelessness among Palestinian refugee youth.  *American Journal of Orthopsychiatry*, *83*, 495-504.

[12] Newman, L.  K., & Steel, Z.  (2008).  The child asylum seeker: Psychological and developmental impact of immigration detention.  *Child & Adolescent Psychiatric Clinics*, *17*, 665-683.

evident even during nonthreatening interaction with adult caregivers.  Typically, the child has experienced a pattern of extremes of insufficient care such as through social neglect or deprivation, traumatic ruptures from parent or primary caregiver, and experiences in unusual settings that severely limit opportunities to form selective attachments (e.g., detention; institutionalization).[13] Disrupted filial ties often beget anxiety, especially social anxiety that can endure throughout childhood and adulthood.[14]

20.     As noted by the National Center for Child Traumatic Stress (UCLA and Duke University) trauma-informed screening and assessment practices help providers identify children's and families' needs early in the process and to tailor services to meet those needs.  Trauma screening refers to both the "tools and process for a brief, focused inquiry to determine whether an individual has experienced one or more traumatic events, has reactions to such events, has specific mental or behavioral health needs, and/or needs a referral for a comprehensive trauma-informed mental health assessment."[15]

21.     Screening is a "wide-net" process, the first step in the assessment and treatment process.  Leading researchers have promoted the need for trauma-related screening of children and adults.[16] Any screening tool must meet several conditions.  First, a tool must show *efficacy* (i.e.,

---

[13] American Psychiatric Association. (2013). *Diagnostic and statistical manual of mental disorders: DSM-5.* (5th ed.). Washington, D.C.: American Psychiatric Association.

[14] Taylor, C.T., Pearlstein, S.L., & Stein, M.B. (2017). The affective tie that binds: Examining the contribution of positive emotions and anxiety to relationship formation in social anxiety disorder. *Journal of Anxiety Disorders, 49,* 21-30.

[15] https://www.nctsn.org/treatments-and-practices/screening-and-assessment

[16] Gonzalez, A., Monzon, N., Solis, D., Jaycox, L., & Langley, A. K. (2016). Trauma exposure in elementary school children: Description of screening procedures, level of exposure, and posttraumatic stress symptoms. *School Mental Health, 8,* 77–88;  Porche, M. V., Costello, D. M., & Rosen-Reynoso, M. (2016). Adverse family experiences, child mental health, and educational outcomes for a national sample of students. *School Mental Health, 8,* 44–60; Woodbridge, M. W., Sumi, W. C., Thornton, S. P., Fabrikant, N., Rouspil, K. M., Langley, A. K., & Kataoka, S. H. (2016). Screening for trauma in early adolescence: Findings from a diverse school district. *School Mental Health, 8,* 89–105.

---

EXPERT DECLARATION OF LUIS H.  ZAYAS

reliability, validity, and accuracy in identifying individuals with trauma) and *effectiveness* (i.e., generalizability to the real-world that adults and children inhabit).  Second, a tool must show *sensitivity* (i.e., number of individuals correctly identified, that is true positives) and *specificity* (i.e., eliminating those who do not demonstrate a problem, that is true negatives).  For making referrals, good screening instruments will identify those who are positive for trauma-related symptoms and those who are negative for symptoms.[17]  There is no dearth of screening instruments that could be used by clinicians to make this important assessment of the impact of separation and detention of children (and their siblings) and parents, including trauma exposure risk indices.[18]

22.     The mental health assessment that follows the screening should lead to the use of evidenced-based intervention.  The mental health assessment will include clinical interviews, some standardized testing, and behavioral observations.   It provides a much more in-depth profile of the person within the family context, since other members will also have been affected by their separation, nature of detention, uncertainty, duration of separation, and context of reunification.  The assessment aids in identifying all trauma-related symptoms, emotional, behavioral, and learning disorders, and functional impairments, and in guiding the treatment planning. [19]

23.     Research has shown that coordinated, multi-tiered mental health programs for refugee

---

[17] Grassetti, S.N., Williamson, A.A., Herres, J., Kobak, R., Layne, C.M., Kaplow, J.B., & Pynoos, R.S. (2018). Evaluating referral, screening, and assessment procedures for middle school trauma/grief-focused treatment groups. *School Psychology Quarterly, 33,*  10-20.

[18] Eklund, K., Rossen, E., Koriakin, T., Chafouleas, S.M., & Resnik, C. (2018). A systematic review of trauma screening measures for children and adolescents. *School Psychology Quarterly, 33,* 30-43; Lang, J.M, & Connell, C.M. (2017). Development and validation of a brief trauma screening measure for children: The Child Trauma Screen. *Psychological Trauma, 9,* 390-398; Liu, H., Prause, N., Wyatt, G.E., Williams, J.K., Chin, D., Davis, T., Loeb, T., Marchand, E., Zhang, M., & Myers, H.F. (2015). Development of a composite trauma exposure risk index. *Psychological Assessment, 27,* 965-974; Thrall, E.E., Hall, C.W., Golden, J.A., & Sheaffer, B.L. (2009). Screening measures for children and adolescents with reactive attachment disorder. *Behavioral Developmental Bulletin, 15,* 4-10.

[19] https://www.nctsn.org/treatments-and-practices/screening-and-assessment

---

youth have proven effective.[20]  These interventions, while focused on youth, commonly include individual, family, and community-based practices.  Clinicians will use assessment to understand a child's and parents' and siblings' history and symptom profile.  Clinicians will determine whether a child is developmentally on target in the social, emotional, and behavioral domains.  With a thorough assessment, the case conceptualization emerges and drives treatment planning and monitoring of progress.

24.     A scientifically based intervention will have several domains.  One domain is the individual treatment in which children can work through the loss of parents (and siblings) that they suffered.  This allows for the emotional work of grieving and recovery, as well as the cognitive elements of understanding the causes and processes of the loss and reunification.  This domain addresses the possibly severe or clinically relevant emotional dysregulation and/or behavioral reactions.  Another domain of the therapy is family counseling to ensure that the family as a collective works through the experiences that each member endured.  A community and school domain will work on the social integration of children and parents into churches, schools, neighborhoods, and community social groups.  This is where stability begins, and a sense of belonging is fostered, thereby undoing the disruptions in their lives after having left violent societies and having been mistreated by government officials, policies, and practices.  Skills-building is essential in each of these domains and others that clinicians will identify.

**Opinion and Recommendation**

25.     As a developmental psychologist and clinical social worker, I understand what it means to deal with a child's emotional and behavioral needs; every traumatic moment a child endures

---

[20] For example, see Ellis, B.H., Miller, A.B., Abdi, S., Barrett, C., Blood, E.A., & Betancourt, T.S. (2013). Multi-tier mental health program for refugee youth. *Journal of Consulting and Clinical Psychology, 81,* 129-140.

EXPERT DECLARATION OF LUIS H.  ZAYAS

creates potentially lifelong damage.  The separation of families who have sought asylum in the United States—a right that our nation gives individuals from other countries—and then placing parents and children in detention centers sometimes in different states and without easy contact is a recipe for ruining the futures of children and their parents, affecting the families forever.

26.     In toto, family separations—the disruption of the child-parent and child-sibling-parent relationship—that have come about through aggressive immigration enforcement policies and practices are creating excruciatingly difficult conditions for all family members involved, harming many lives linked by filial ties.  Moreover, these separations have happened suddenly, sometimes deceptively and without explanation or indication as to how long they will last.  It is my understanding that oftentimes neither parent nor child knows where the other is being detained and there is limited communication.  This is a gross violation of all child development, child care and treatment, and child welfare principles.

27.     The United States should cease detaining and separating children and parents.  The damage to all children is assured by the policy of family separation but it is especially damaging for the youngest of those children.  They deserve our protection.  We should act as guardians not as prison guards.

28.     It is my further opinion that mental health screening must be conducted on the entire population of children and parents who have been affected by family separation.  That is the United States government should insure that 100% of this population of children and parents by screened. Further, due to the imposition of "zero tolerance" and "family separation" policies it is the government's responsibility to underwrite the cost of all screenings and treatment.  All screenings, assessments, and family and individual treatments should include but not limited to key principles: (a) That screenings, assessments, and family and individual treatments be implemented <u>as soon as</u>

EXPERT DECLARATION OF LUIS H.  ZAYAS

possible; (b) That all screenings, assessments, and treatments be culturally, linguistically, and developmentally appropriate, and scientifically tested; and (c) That all screenings, assessments, and family and individual treatments take into account the extreme nature of the stress and trauma that families have experienced through governmental actions.  These screenings and treatment must occur once children and families are reunited.  These services must be provided within a family environment and must be culturally and linguistically appropriate to each family.  Some families will not speak English or Spanish but rather an indigenous language, it is imperative that these issues be considered seriously.

29.     I have received no compensation for my participation in this case.

30.     The opinions expressed in this declaration are my own and do not reflect the opinion of The University of Texas at Austin.

31.     I reserve the right to amend or supplement this report as appropriate upon receipt of additional information or documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 10, 2018, in Austin in the county of Travis, state of Texas.

_____
Luis H.  Zayas, Ph.D.
Licensed Psychologist, Texas #36381 (issued 2012)
Licensed Clinical Social Worker, Texas #57642 (issued 2013)

EXPERT DECLARATION OF LUIS H.  ZAYAS

**Exhibit A**

**LUIS H. ZAYAS**

## Education

| PhD | 1986 | Columbia University | Developmental Psychology |
| MPhil | 1985 | Columbia University | Developmental Psychology |
| MA | 1984 | Columbia University | Developmental Psychology |
| MS | 1975 | Columbia University | Social Work |
| BA | 1973 | Manhattan College | Economics/Liberal Arts |
| Certificate | 1989 | Westchester Center for the Study of Psychoanalysis & Psychotherapy Training in Psychoanalysis & Psychotherapy (1985-1989) | |

## Current Positions
## Academic

2012-    Dean; and Robert Lee Sutherland Chair in Mental Health and Social Policy
         School of Social Work
         University of Texas at Austin,

2013-    Affiliated faculty, Lozano Long Institute for Latin American Studies/Benson The
         University of Texas at Austin, College of Liberal Arts

2017-    Professor of Psychiatry, Dell Medical School, University of Texas at Austin

## Community and Professional Service

207-     American Academy of Social Work and Social Welfare, Board of Directors,
         Member

2016-    Young Voices of Austin (community chorus), Board of Directors, Member

2014-18  St. Louis Group for Excellence in Social Work Research and Education (Research
         I universities), President, 2016-2018; Member-at-Large, 2014-2016

2015-17  Council on Contemporary Families, Board of Directors

2015-17  Lozano Long Institute for Latin American Studies (LLILAS), University of Texas
         at Austin, Executive Committee

2014-    Migrant Clinicians Network, Austin, TX, Member, External Advisory Board

2014-16  Austin-Travis County Children's Mental Health Leadership Team

2014-17  National Association of Deans and Directors of Schools of Social Work
         Member at Large

2014-    *Revista de Trabajo Social*, Pontificia Universidad Católica de Chile, Santiago.
         Member, Editorial Board

Zayas, Luis H.

2013-      El Buen Samaritano Episcopal Mission, Austin, TX
           Member, Board of Directors

**Previous Academic Experience**
2002-11    Washington University in St. Louis
           Shanti K. Khinduka Distinguished Professor of Social Work (2002-2011)
           Associate Dean for Faculty (2005-2007).
           Director, Center for Latino Family Research (2005-2011)
           Professor of Psychiatry, Washington University School of Medicine (2004-11).

1990-05    Albert Einstein College of Medicine
           Visiting Associate Professor of Family Medicine (1995-2005)
           Associate Professor of Family Medicine (1992-95)
           Visiting Clinical Assistant Professor of Psychiatry (1995-2002)
           Assistant Clinical Professor Psychiatry (1990-95)

1991-02    Fordham University
           Professor of Social Work (1999-2002)
           Associate Professor (1995-1999)
           Director, Center for Hispanic Mental Health Research (1999-2002)
           Director, Pre-Doctoral Research Training in Minority Mental Health (2001-03)
           Research Associate, Hispanic Research Center (1991-95)
           Adjunct Associate Professor of Psychology (1989-95)
           Ford Foundation Postdoctoral Fellow (1987-88)

1980-89    Columbia University
           Adjunct Associate Research Scholar (1988-89)
           Assistant Professor of Social Work (1982-88)
           Lecturer (1980-82)
           Project Director, Hispanic Development Project (1985-88)
           Faculty Field Instructor, Puerto Rican Community Mental Health Project
           (1980-82)

1976-82    College of Mount Saint Vincent
           Adjunct Instructor in Sociology; Consulting Director, social work program

1978       Westchester Community College
           Adjunct Instructor of Human Services

1976       Manhattan College
           Adjunct Lecturer in Sociology

**Clinical Practice and Pre-Professional Experience**

2

| | |
|---|---|
| 2006- | Independent practice in evaluation of citizen-children in deportation cases |
| 1980-2000 | Independent practice (part-time). Psychotherapy and family therapy |
| 1990-95 | Montefiore Medical Center, Department of Family Medicine<br>Psychosocial Unit Coordinator, Comprehensive Health Care Center (1992-95)<br>Psychosocial Faculty/Assistant Attending Psychologist, Residency Program in Social Medicine |
| 1988-90 | Fordham-Tremont Community Mental Health Center, NY, Clinical Supervisor |
| 1978-80 | The New York Hospital-Cornell Medical Center<br>Clinical Social Worker in child & adolescent psychiatric OPD<br>Payne-Whitney Psychiatric Clinic |
| 1975-78 | Blythedale Children's Hospital, NY, Pediatric Social Worker |
| 1974-75 | Lenox Hill Hospital, NY, Medical Social Work Intern |
| 1973-74 | Mobilization for Youth, NY, Social Work Intern, Juvenile Court Program |
| 1972-73 | United States Committee for UNICEF, NY, Intern |
| 1970 | World Youth Assembly, United Nations, NY, Interpreter (June) |

**Awards and Honors**

| | |
|---|---|
| 2016 | Carl A. Scott Memorial Lecture, Council on Social Work Education (Annual Program Meeting, Atlanta, GA) |
| 2016 | BUILDing SCHOLARS Mentor Award, University of Texas, El Paso |
| 2012 | Fellow, American Academy of Social Work and Social Welfare (inducted November 2012) |
| 2007 | Distinguished Faculty Award, George Warren Brown School of Social Work, Washington University in St. Louis |
| 2006 | Leadership Award, New York City Latino Social Work Task Force |
| 2004-05 | Excellence in Mentoring Doctoral Students Award, George Warren Brown School of Social Work, Washington University in St. Louis |

| | |
|---|---|
| 2004-05 | Outstanding Faculty Mentor, Graduate Student Senate of Washington University, |
| 2002 | Leadership Award, National Association of Puerto Rican/Hispanic Social Workers |
| 2000 | Rafael Tavares, M.D., Award for scholarship in Hispanic mental health, Association of Hispanic Mental Health Professionals, Inc., NY |
| 1993 | Economic and Cultural Diversity Award (for work with AIDS orphans and their families), American Family Therapy Academy ($2,500 award) |

**Research & Training Grants**

| | |
|---|---|
| 2018-20 | National Institute on Child Health and Human Development—Principal Investigator "Psychosocial Wellbeing and Service Needs of Post-Deportation US Citizen-Children in México." (Pending Review). |
| 2018-20 | National Institute on Child Health and Human Development—Principal Investigator "Psychosocial Wellbeing of Refugee Children After Release from Family Immigration Detention." (1R21HD097486-01).  Scored/Pending: IS: 29; Percentile 8. ($428,507). |
| 2017-19 | National Institute on Minority Health and Health Disparities—Principal Investigator "Why Adolescent Latinas Attempt Suicide More than Other Females" (R21 MD012338-01).  Funded: $409,711. |
| 2016 | National Institute on Minority Health and Health Disparities—Principal Investigator "Undocumented, Unaccompanied, and Citizen: Charting Research Directions for Children of Immigration" (R13 MD010415-01). Funded: $50,000 |
| 2012-15 | Health Resources and Services Administration—Principal Investigator "Mental and Behavioral Health Education and Training Program" (MO1HP25200). Funded: $480,275 |
| 2011-13 | National Institute of Child Health and Human Development—Principal Investigator "Exploring the Effects of Parental Deportation on U.S. Citizen Children" (R21HD068874-01). Funded: $426,856 |
| 2010-11 | Fathers' Support Center, Saint Louis—Project Director of Manual Development for "Family Formation Program." Funded: $31,218 |

2011     Fathers' Support Center, Saint Louis—Program Evaluator "Citibank Financial Education Curriculum Program." Funded: $8,641

2010-11     Lutheran Foundation of Saint Louis—Project Director, "Mental Health Service for *Casa de Salud.*" Funded: $75,000

2010-12     National Institute of Mental Health—Principal Investigator "Adapting Interventions for Diverse Ethnocultural Families" (R13MH086306) Funded: $156,000

2008-11     National Institute of Mental Health—Co-Principal Investigator "Systems of Care for New Moms: Integrating Depression Treatment" (R34 MH083085). Funded: $450,000

2008-10     Procter & Gamble Fund—Project Director "Inspiring Leaders Improving Our Communities" speakers' series. Funded: $10,000

2005-10     New York Council on Adoptable Children (from Administration for Children and Families/DHHS)—Co-Investigator, Program Evaluator "Realizing Open Adoption Dreams." Funded: $1,500,000

2006-11     Puerto Rican Family Institute, Inc. (from Administration for Children and Families/DHHS)—Co-Investigator, Program Evaluator "Building Pathways for Latino Fathers." Funded: $900,000

2006-09     National Institute of Mental Health—Principal Investigator "Developing Interventions for Latino Children, Youth and Families" (R13 MH077403-01). Funded: $189,320

2005-10     National Institute of Mental Health—Associate Director (2005-2006) (Enola Proctor, PI) "Mental Health Services Pre-doctoral and Post-doctoral Training Program." (T32 MH19960-11)

2005-10     National Institute of Mental Health—Principal Investigator "Sociocultural Processes in Latina Teen Suicide Attempts" (R01 MH070689-01A1). Funded: $1,733,337

2003-05     National Institute of Mental Health—Principal Investigator "Hispanicity, Language and Psychiatric Diagnosis" (R21 MH065921). Funded: $278,560

2001-03     National Institute of Mental Health—Principal Investigator "Predoctoral Research Training in Minority Mental Health" (T32 MH20074). Funded $1,117,503

Zayas, Luis H.

1999-03    National Institute of Mental Health—Principal Investigator "Center for Hispanic
           Mental Health Research" (R24 MH60002). Funded $2,245,368
           Minority Supplement to grant for Manny J. Gonzalez, D.S.W., ($212,192)

1998-03    National Institute of Mental Health—Principal Investigator "Reducing Perinatal
           Depression and Enhancing Parenting" (R24 MH57936). Funded $1,321,503
           Minority Supplement to grant for Zulema E. Suárez, Ph.D. ($242,000)

1993-95    National Institute of Child Health and Human Development—Co-Investigator
           (Busch-Rossnagel, P.I.) "Development in Puerto Rican and Dominican Toddlers"
           (1 RO1 HD30590). Funded $500,000

1993-95    Department of Family Medicine, Montefiore Medical Center
           Chairman's Fund Faculty Research Grants"
           Co-Principal Investigator (with Philip Ozuah, MD) "Mercury Use in *Espiritismo."*
           Funded: $2,500
           Co-Principal Investigator (with Marji Gold, MD) "Barriers to Ophthalmic
           Screening among Hispanic Diabetics" Funded $2,500

1991-93    Alcoholic Beverage Medical Research Foundation—Principal Investigator
           "Factors associated with alcohol use by Hispanic men in early adulthood."
           Funded: $75,000

1988-89    National Science Foundation—Principal Investigator "Attachment and Mastery
           Motivation in Hispanic Infants" (RII-8812284 planning grant). Funded: $12,000

1987-88    National Research Council—Ford Foundation Postdoctoral Fellow
           (Developmental Psychology). Funded: $25,000 plus research expenses

1974-75    NIMH Psychiatric Traineeship, Columbia University (Full tuition).


**Past Professional and Community Service**

2013-16    St. Louis Group (SSWs in Research 1 universities)
           Member at Large, Executive Committee

2012-15    National Association of Social Workers, Washington, DC
           Member, Book Committee, NASW Publications

2012-15    University of Massachusetts Medical School, Worcester, MA
           Chair, External Advisory Committee, Center for Health Equity Intervention
           Research (CHEIR)

Zayas, Luis H.

| | |
|---|---|
| 2013-15 | Communities in Schools, Austin, TX, Member, Board of Directors |
| 2o13-14 | Longhorn Village, Austin, TX. Member, Board of Directors |
| 2009-13 | National Alliance for Hispanic Families, Washington, DC<br>Member, Executive Committee; Chair, Research Committee |
| 2010-12 | National Institutes of Health, Center for Scientific Review<br>Member, College of CSR Reviewers |
| 2009-11 | Casa de Salud, St. Louis, MO, Volunteer psychologist and social worker |
| 2008-10 | National Center for Marriage Research, Bowling Green State University<br>Member, National Advisory Council |
| 2006-09 | George Washington University, Center for Health and Health Care in Schools<br>Member, National Advisory Committee, Caring Across Communities: Addressing<br>Mental Health Needs of Diverse Children and Youth |
| 2005-09 | National Institutes of Health, Center for Scientific Review<br>Member, Psychosocial Development, Risk and Prevention Study Section |
| 2005-10 | Arizona State University, Southwest Interdisciplinary Research Center,<br>Member, National Scientific Advisory Board |
| 2005-08 | Upstream Theater, St. Louis, MO, Member, Board of Directors |
| 2003 &<br>2006-08 | *La Clinica,* St. Louis, MO<br>Volunteer mental health provider |
| 2003-04 | *Centro Hispano,* Catholic Family Services, St. Louis, MO<br>Volunteer, Southside Catholic Community Services International |
| 2003 | Division of Violence Prevention, National Center for Injury Prevention and<br>Control, Centers for Disease Control and Prevention, Atlanta. |
| 2002 | St. Barnabas Episcopal Church, Irvington, NY, Member, Vestry |
| 2002-05 | Institute for the Advancement of Social Work Research, Member, Scientific<br>Advisory Committee |
| 2000-02 | Fordham University, Member, University Research Council |

Zayas, Luis H.

| | |
|---|---|
| 2000-02 | Fordham-Tremont Community Mental Health Center, Member, Board of Governors (2000-01); Secretary (2001-02) |
| 2000-01 | Center for Preventive Psychiatry, White Plains, NY, Consultant |
| 1998-01 | American Orthopsychiatric Association, Member, Board of Directors |
| 1998-01 | National Center on Addictions and Substance Abuse, Columbia University Member, Institutional Review Board for the Protection of Human Subjects |
| 1999-00 | National Institute of Mental Health, Member, Services Research Review Committee |
| 1996- | National Institutes of Health, Center for Scientific Review, Reviewer, Occasional Chair |
| 1996-99 | National Institute of Mental Health, Member, Child Psychopathology and Treatment Review Committee |
| 1994 | The Orphans' Project, New York, NY, Member, Panel of Experts, "The Adolescent Alone" |
| 1993-94 | Council for Adoptable Children, NY, Evaluations of children orphaned by AIDS |
| 1992, 94 | National Institute of Justice, Ad hoc reviewer |
| 1990-00 | National Research Council, Member (1990-93, 1996), Chair (1999, 2000), Evaluation Panel in Psychology, Ford Foundation Predoctoral Fellowships for Minorities |
| 1989-91 | Association of Hispanic Mental Health Professionals, Vice President |
| 1984 | N. Y. S. Governor's Advisory Committee on Hispanic Affairs, Testimony, September |
| 1988-89 | National Research Council, Member, Ford Foundation Fellows' Conference Planning Committee |
| 1986 | Westchester County Executive's Hispanic Advisory Board, Member, Ad hoc |
| 1978-80 | Spanish Community Progress Foundation, Yonkers, NY, Member, Board of Directors |

Zayas, Luis H.

**Editorial Boards and Ad Hoc Reviewer Experience**
Addiction; American Journal of Community Psychology;  American Journal of Orthopsychiatry; Applied Developmental Science; BMC Psychiatry; Cultural Diversity and Ethnic Minority Psychology; Ethnicity & Health; Journal of Consulting and Clinical Psychology; Obstetrics and Gynecology; Professional Psychology: Research and Practice; Families in Society; Criminal Behavior and Justice; Journal of Adolescence; Journal of Family Psychology; Journal of Social Service Research; Research in Social Work Practice; Pediatrics; Youth and Society; Journal of Affective Disorders; Journal of Child and Family Studies; Encyclopedia of Applied Developmental Science (2005).

**Professional Affiliations and Licenses**
American Psychological Association
Council on Social Work Education
National Association of Social Workers
Society for Social Work and Research

State of Texas Licensed Psychologist #36381 (issued 2012)
State of Texas Licensed Clinical Social Worker #57642 (issued 2013)
State of Missouri Licensed Psychologist #2002030464 (2002-2013)
State of New York Licensed Psychologist # 010116 (1989-2005)
State of New York Licensed Clinical Social Worker # 017492 (1975-2005)

**Publications**
***Books***

*Forgotten Citizens: Deportation, Children, and the Making of American Exiles and Orphans.*
    (2015, Oxford University Press)
- Finalist, 2016 Hamilton Book Award, University of Texas Co-Operative Society.
- Honorable Mention, 2016 Outstanding Social Work Book Award, Society for Social Work and Research

*Latinas Attempting Suicide: When Cultures, Families, and Daughters Collide*.  (2011, Oxford University Press)

***Peer-Review Journal Articles and Chapters***

122. Gulbas, L., Hausmann-Stabile, C., Szlyk, H., & **Zayas, L.H.** (under review). Evaluating the Interpersonal Theory of Suicide among Latina adolescents.

121. Szlyk, H., Gulbas, L. E., & **Zayas, L. H.** (under review). "I just kept it to myself:" The roles of secrets and silence among Latina teenage suicide attempters. *Family Process.*

120. Berger Cardoso, J., Brabeck, K., Stinchcomb, D., Heidbrink, L., Acosta Price, O.,

Gil-García, O., Crea, T.M., & **Zayas, L.H.** (*in press*). Integration for unaccompanied migrant youth in the United States: A call for research. *Journal of Ethnic and Migration Studies*

119. Hausmann-Stabile, C., Gulbas, L., **Zayas, L.H.,** & Dobel, S. (*in press*). Lecciones Aprendidas en una Década Estudiando las Conductas Suicidas en Adolescentes. Fundacion Tierra de Esperanza (Eds.), *Niñez y Adolescencia: Aprendizajes y Desafíos para su Bienestar*. Concepción, Chile.

118. **Zayas, L. H.** (2018). Immigration enforcement practices harm refugee children and citizen-children. *Zero to Three Journal, 38.*

117. Hausmann-Stabile, C., Gulbas, L.E., & **Zayas, L. H.** (2018). Treatment narratives of suicidal Latina teens. *Archives of Suicide Research, 22,* 165-172.

116. **Zayas, L.H.**, Brabeck. K.M., Cook Heffron, L., Dreby, J., Calzada, E.J., Parra-Cardona, J.R., Dettlaff, A.J., Heidbrink, L., Perreira, K.M., & Yoshikawa, H. (2017). Charting directions for research on immigrant children affected by undocumented status. *Hispanic Journal of Behavioral Sciences, 39,* 412-435.

115. **Zayas, L. H.**, & Gulbas, L. E. (2017). Processes of belonging for citizen-children of undocumented Mexican immigrants. *Journal of Child and Family Studies, 26,* 2463-2474. doi: 10.1007/s10826-017-0755-z

114. Gulbas, L.E. & **Zayas, L.H.** (2017).  Exploring the effects of U.S. immigration enforcement on the well-being of citizen-children in Mexican immigrant families. *The Russell Sage Foundation Journal of the Social Sciences, 3 (4),* 53-69.

113. Hausmann-Stabile, C., Gulbas, L. E., & **Zayas, L. H.** (2016). Growing up in the US Inner City: Exploring the adolescent development and acculturation of urban suicidal Latinas. In S. J. Schwartz & J. B. Unger (Eds.), *The Oxford Handbook of Acculturation and Health* (pp. 221-237). New York: Oxford University Press. doi: 10.1093/oxfordhb/9780190215217.013.17

112. **Zayas, L. H.** (2016). Foreword. In A.J. Dettlaff & R. Fong (Eds.), *Immigrant and refugee children and families: Culturally responsive practice* (pp. xi-xiii).  New York: Columbia University Press.

111. Sanchez, D., Whittaker, T., Hamilton, W., & **Zayas, L. H.** (2015). Exploring the links between marianismo, perceived discrimination, substance use, psychological distress and sexual risk behaviors in Latina preadolescent girls. *Cultural Diversity and Ethnic Minority Psychology, 22,* 395-407.

110. Gulbas, L. E., **Zayas, L. H.**, Yoon, H., Szlyk, H., Aguilar-Gaxiola, S., & Natera, G. (2015). Deportation experiences and depression among U.S. citizen-children with undocumented Mexican parents. *Child: Care, Health, and Development, 42,* 220-230.

109. Gulbas, L., Hausmann-Stabile, C., De Luca, S., Tyler, T.R., & **Zayas, L.H.** (2015). An exploratory study of non-suicidal self-injury and suicidal behavior in adolescent Latinas. *American Journal of Orthopsychiatry, 85,* 302-314.

108. **Zayas, L. H.**, Aguilar-Gaxiola, S., Yoon, H., & Natera Rey, G. (2015). The distress of citizen-children with detained and deported parents. *Journal of Child and Family Studies, 24* (11), 3213-3223.

107. **Zayas, L. H.**, & Bradlee, M. (2015). Children of undocumented immigrants: Imperiled developmental trajectories. In E. P. Salett & D. R. Koslow (Eds.), *Race, ethnicity and self* (pp. 63-84). Washington, DC: National Association of Social Workers.

106. Gulbas, L.E. & **Zayas, L.H.** (2015) Examining the interplay among family, culture, and Latina teen suicidal behavior. *Qualitative Health Research, 25(5),* 689-699.

105. **Zayas, L.H.**, Hausmann-Stabile, C., & De Luca, S.M. (2014). Chapter 15—Suicidal behaviors and U.S. Hispanic youth: Social, psychological, and cultural factors and challenges for interventions. In D. A. Lamis & N. J. Kaslow (Eds.), *Advancing the science of suicidal behavior: Understanding and intervention* (pp. 269-282). Hauppauge, NY: Nova Science Publishers.

104. **Zayas, L.H.**, & Bradlee, M. (2014). Exiling children, creating orphans: When immigration policies hurt citizens. *Social Work, 59,* 167-175.

103. Sampson, M., **Zayas, L.H.,** & Seifert, S.B. (2013). Treatment engagement using motivational interviewing for low-Income, ethnically diverse mothers with postpartum depression. *Clinical Social Work Journal, 41*, 387-394

102. Hausmann-Stabile, C., Gulbas, L., & **Zayas, L.H.** (2013). Aspirations of Latina adolescent suicide attempters: "Tomorrow I won't have to wake up to my future." *Hispanic Journal of Behavioral Sciences, 35,* 390-406.

101. **Zayas, L.H.**, & Sampson, M. (2013). Perinatal depression and treatments for U.S. Latinas: A review of research findings. In S. Lara-Cinisomo & K. Wisner (Eds.), *Perinatal depression among Spanish-Speaking Women: A Global perspective on prevalence, treatment, and outcomes* (pp. 65-82). NY: Springer.

100. **Zayas, L.H.**, & Gulbas, L.E. (2012). Are suicide attempts by adolescent Latinas a cultural idiom of distress? *Transcultural Psychiatry, 49,* 719- 735.

Zayas, Luis H.

99. Nolle, A.P., Gulbas, L., Kuhlberg, J.A., & **Zayas, L.H.** (2012). Sacrifice for the sake of the family: Expressions of familism by Latina teens in the context of suicide. *American Journal of Orthopsychiatry, 82,* 319–327.

98. Peña, J. B., **Zayas, L. H.,** Cabrera-Nguyen, P., & Vega, W. A. (2012).  U.S. cultural involvement and its association with suicidal behavior among youths in the Dominican Republic. *American Journal of Public Health, 102,* 664–671.

97. **Zayas, L.H.,** Bellamy, J.L., & Proctor, E. (2012). Considering the multiple service contexts in cultural adaptations: The case for parenting interventions.  In R. Brownson, G. Colditz, & E. Proctor, *Dissemination and implementation research in health: Translating science to practice* (pp. 483-497). New York: Oxford University Press.

96. Hausmann-Stabile, C., Kuhlberg, J.A., **Zayas, L.H.**, Nolle, A.P., & Cintron, S. (2012). Means, intent, lethality, behaviors, and psychiatric diagnoses in Latina adolescent suicide attempters. *Professional Psychology: Research and Practice, 43*(3), 241-248.

95. Hausmann-Stabile, C., **Zayas, L.H.,** Hauser, D., Carvajal, C., Mejia, C., & Nieves, D. (2011). Challenges and solutions for Latin American-trained international medical graduates in psychiatry residency. *International Journal of Mental Health, 40,* 29-40.

94. **Zayas, L.H.**, Hausmann-Stabile, C., & Kuhlberg, J.A. (2011).  Can mother-daughter relations reduce the chance of a suicide attempt among Latinas? *Depression Research and Treatment.*

93. Hausmann-Stabile, C., **Zayas, L.H.,** Runes, S., Abenis-Cintron, A., & Calzada, E. (2011). *Ganando confianza*: Research focus groups with immigrant Mexican mothers. *Education and Training in Developmental Disabilities, 46,* 3-10.

92. Peña, J.B., Matthieu, M.M., **Zayas, L.H.**, Masyn, K.E., & Caine, E.D. (2011). Co-occurrence of risk behaviors among White, Black, and Hispanic US high school adolescents who have attempted suicide, 1999 to 2007. *Social Psychiatry and Psychiatric Epidemiology, 47*, 29-42.

91. Peña, J.B. Kuhlberg, J.A., Zayas, L.H., Baumann, A.A., Gulbas, L., Hausmann-Stabile, C., & Nolle, A.P. (2011) Familism, family environment, and suicide attempts among Latina youth. *Suicide and Life‐Threatening Behavior, 41,* 330-341.

90. Gulbas, L.E., **Zayas, L.H.**, Nolle, A.P., Hausmann-Stabile, C., Kuhlberg, J.A., Baumann, A.A., & Peña, J.B. (2011). Family relationships and Latina teen suicide attempts: Reciprocity, asymmetry, and detachment. *Families in Society, 92,* 317-323*.*

12

89. **Zayas, L.H.,** Drake, B., & Jonson-Reid, M. (2011). Overrating or dismissing the value of evidence-based practice: Consequences for clinical practice. *Clinical Social Work Journal, 39,* 400-405.

88. Baumann, A.A., Kuhlberg, J.A., & **Zayas, L.H.** (2010). Familism, mother-daughter mutuality, and suicide attempts of adolescent Latinas. *Journal of Family Psychology, 24,* 616-624.

87. **Zayas, L.H.** (2010). Protecting citizen-children safeguards our common future. *Journal of Health Care for the Poor and Underserved, 21, 809-814.*

86. Kuhlberg, J.A., Peña, J.B., **Zayas, L.H.** (2010). Familism, parent-adolescent conflict, self-esteem, internalizing behaviors and suicide attempts among adolescent Latinas. *Child Psychiatry and Human Development, 41,*425-440.

85. **Zayas, L.**, Gulbas, L.E., Fedoravicius, N., & Cabassa, L.J. (2010). Patterns of distress, precipitating events, and reflections on suicide attempts by young Latinas. *Social Science and Medicine, 70,* 1773-1779.

84. **Zayas, L.H.,** Torres, L.R., & Kyriakakis, S. (2010). Culturally competent assessment of Latino clients. In R. Furman & N. Negi (Eds.), *Social Work Practice with Latinos: Key Issues and Emerging Themes* (pp. 161-183). Chicago, IL: Lyceum Books.

83. **Zayas, L.H.** (2010). Seeking models and methods for cultural adaptation of interventions: Commentary on the special section. *Cognitive and Behavioral Practice, 17,* 198-202.

82. **Zayas, L.H.,** Bright, C., Alvarez-Sanchez, T., & Cabassa, L.J. (2009). Acculturation, familism and mother-daughter relations among suicidal and non-suicidal adolescent Latinas. *Journal of Primary Prevention, 30,* 351-369.

81. **Zayas, L.H.**, Hausmann-Stabile, C., & Pilat, A.M. (2009). Recruiting urban Latina adolescents and their families: Challenges and lessons learned in suicide attempts research. *Youth & Society, 40,* 591-602.

80. **Zayas, L.H.** & Torres, L.R. (2009). Culture and masculinity: When therapist and patient are Latino men. *Clinical Social Work Journal, 37,* 294-302.

79. **Zayas, L.H.**, Torres, L. R., & Cabassa, L.J. (2009). Clinician ethnicity in diagnostic, symptom, and functional assessments of Hispanic outpatients. *Community Mental Health Journal, 45*, 97-105.

78. **Zayas, L.H.,** Borrego, J., & Doménech Rodríguez, M. (2009). Parenting interventions for Latino familias and children. (Invited chapter). In F. Villaruel, G. Carlo, M. Azmitia, N. Cabrera, & J. Chahin (Eds.), *Handbook of Latino Psychology: Developmental and Community Based Perspectives* (pp. 291-307). Sage Publications.

Zayas, Luis H.

77.  Peña, J.B., Wyman, P.A., Brown, C.H., Matthieu, M.M., Olivares, T.E., Hartel, D., & **Zayas, L.H.** (2008). Immigration generation status and its association with suicide attempts, substance use, and depressive symptoms among Latino adolescents in the United States. *Prevention Science, 9,* 299-310.

76.  **Zayas, L.H.** (2008). Commentary on Rojas et al. 2007 in Lancet. *Evidence-Based Mental Health.*

75.  **Zayas, L.H.**, & Pilat, A.M. (2008). Suicidal behavior in Latinas: Explanatory cultural factors and implications for intervention. *Suicide and Life-Threatening Behavior, 38,* 334-342.

74.  Torres, L.R., Cabassa, L.J., **Zayas, L.H.**, & Alvarez-Sánchez, T.A. (2008). Assessing psychosocial stressors in Hispanic outpatients: Does clinician ethnicity matter? *Psychiatric Services, 58,* 690-692.

73.  Torres, L.R., Peña, J.B., Westhoff, W.W. & **Zayas, L.H.** (2008). A cross-national comparison of adolescent alcohol and drug use behaviors: U. S. Hispanics and youth in the Dominican Republic. *Journal of Drug Issues, 38,*149-170.

72.  Goldston, D., Molock, S.D., Whitbeck, L., Murakami, J.L., **Zayas, L.H.**, & Nakayama Hall, G. (2008). Cultural considerations in adolescent suicide prevention and psychosocial treatment. *American Psychologist, 63,* 14-31.

71.  Drake, B., Hovmand, P., Jonson-Reid, M., & **Zayas, L.H.** (2007). Adopting and teaching evidence-based practice in masters level social work programs. *Journal of Social Work Education, 43*, 431-446.

70.  Torres, L. R., **Zayas, L.H.**, Cabassa, L. J., & Perez, M.C. (2007). Diagnosing co-occurring substance related disorders: Agreement between SCID, Hispanic and non-Hispanic clinicians. *Journal of Clinical Psychiatry, 68,* 1655-1662

69.  Cavazos-Rehg, P., **Zayas, L.H.**, & Spitznagel, E.L. (2007). Legal status, emotional well-being and subjective health status of Latino immigrants. *Journal of the National Medical Association, 99*, 1126–1131.

68.  Aisenberg, E., Trickett, P. Mennen, F. Saltzman, W., & **Zayas, L.H.** (2007).  Maternal depression and adolescent behavior problems: An examination of mediation among immigrant Latino mothers and their adolescent children exposed to community violence. *Journal of Interpersonal Violence, 22,* 1227-1249

67.  **Zayas, L.H.**, Cabassa, L. J., Perez, M. C., & Cavazos-Rehg, P. (2007). Using interpreters in diagnostic research and practice: Pilot results and recommendations. *Journal of Clinical Psychiatry, 68,* 924-928.

14

66. Cabassa, L. J. & **Zayas, L.H.** (2007). Latino immigrants' intentions to seek depression care. *American Journal of Orthopsychiatry, 77,* 231-242.

65. Cabassa, L. J., Lester, R., & **Zayas, L.H.** (2007). "It's like being in a labyrinth:" Hispanic immigrants' perceptions of depression and attitudes toward treatments. *Journal of Immigrant Health, 9,* 1-16.

64. Cavazos-Rehg, P., **Zayas, L.H.**, Walker, M.S., & Fisher, E.B. (2006). Evaluating an abbreviated version of the Hispanic Stress Inventory for Immigrants. *Hispanic Journal of Behavioral Sciences, 28,* 498-515.

63. McKee, M. D., **Zayas, L.H.**, Fletcher, J., Boyd, R. C., & Nam, S. H. (2006). Results of an intervention to reduce perinatal depression among low-income minority women in community primary care. *Journal of Social Service Research, 32,* 63-81.

62. Cabassa, L. J., **Zayas, L.H.**, & Hansen, M. (2006). Latino adults' access to mental health services: A review of epidemiological studies. *Administration and Policy in Mental Health and Mental Health Services Research, 33,* 316-330.

61. Boyd, R. C., **Zayas, L.H.,** & McKee, M. D. (2006). Mother-infant interaction, life events and prenatal and postpartum depressive symptoms among urban minority women in primary care. *Maternal and Child Health Journal, 10,* 139-148.

60. **Zayas, L.H.,** Cabassa, L. J., Perez, M. C., & Howard, M. O. (2005). Clinician-patient ethnicity in psychiatric diagnosis: A pilot study with Hispanics. *Journal of Ethnic & Cultural Diversity in Social Work, 14,* 93-109.

59. **Zayas, L.H.,** Cabassa, L. J., & Perez, M.C. (2005). Capacity-to-consent in psychiatric research: Development and preliminary testing of a screening tool. *Research on Social Work Practice, 15,* 545-556.

58. **Zayas, L.H.**, Lester, R. J., Cabassa, L. J., & Fortuna, L. R. (2005). "Why do so many Latina teens attempt suicide?": A conceptual model for research. *American Journal of Orthopsychiatry, 75,* 275-287.

57. **Zayas, L.H.**, Jankowski, K.R.B., & McKee, M. D. (2005). Parenting competency across pregnancy and post-partum among urban minority women. *Journal of Adult Development, 12*, 53-62*.

56. **Zayas, L.H.**, McKee, M. D., & Jankowski, K.R.B. (2004). Adapting psychosocial intervention research to urban primary care environments: A case example. *Annals of Family Medicine, 2*, 504-508.

55. McKee, M. D., Jankowski, K. R. B., & **Zayas, L.H.** (2004). Breastfeeding intention and practice in an urban minority population: Relationship to maternal depressive

symptoms and mother-infant closeness. *Journal of Reproductive and Infant Psychology, 22*, 167-181.

54.   **Zayas, L.H.**, Gonzalez, M. J., & Hanson, M. (2003) "What do I do now?": On teaching evidence-based interventions for social work practice.  *Journal of Teaching in Social Work, 23*, 59-72.

53.   **Zayas, L.H.** (2003). Service-delivery factors in the development of practice guidelines. In A. Rosen & E. K. Proctor (Eds.), *Developing practice guidelines for social work interventions: Issues, methods, and research agenda* (pp. 193-206). New York: Columbia University Press.

52.   **Zayas, L.H.**, Jankowski, K., & McKee, M. D. (2003). Prenatal and postpartum depression among low-income Dominican and Puerto Rican women. *Hispanic Journal of Behavioral Sciences, 25*, 370-385.

51.   Fisher, C. B., Hoagwood, K., Boyce, C., Duster, T., Frank, D. A., Grisso, T., Levine, R. J., Macklin, R., Spencer, M. B., Takanishi, R., Trimble, J. E., & **Zayas, L.H.** (2002). Research ethics for mental health science involving ethnic minority children and youth. *American Psychologist, 57,* 1024-1040.

> Reprinted in: Kazdin, A. E. (Ed.) (2016). *Methodological issues and strategies in clinical research, Fourth Edition* (pp. 525-543). Washington, DC: American Psychological Association.

50.   Turner, S., Kaplan, C., **Zayas, L.H.**, & Ross, R. (2002). Suicide attempts by adolescent Latinas: An exploratory study of individual and family correlates. *Child and Adolescent Social Work Journal, 19*, 357-374.

49.   **Zayas, L.H.**, & Rojas-Flores, L. (2002). Learning from Latino parents: Combining etic and emic approaches to designing interventions. In J. M. Contreras, K. A. Kerns, & A. M. Neal-Barnett (Eds.), *Latino children and families in the United States* (pp. 233-249). Westport: Greenwood/Praeger Publishers.

48.   Cunningham, M., & **Zayas, L.H.** (2002). Reducing depression in pregnancy: Designing multimodal interventions. *Social Work, 47,* 114-123.

47.   **Zayas, L.H.**, Cunningham, M., McKee, M. D., & Jankowski, K. R. B.  (2002). Depression and negative life events among pregnant African-American and Hispanic women. *Women's Health Issues, 12,* 16-22.

46.   **Zayas, L.H.** (2001). Incorporating struggles with racism and ethnic identity in therapy with adolescents. *Clinical Social Work Journal, 29,* 361-373.

45. McKee, M. D., Cunningham, M., Jankowski, K. R. B., & **Zayas, L.H.** (2001). Health-related functional status in pregnancy: Relationship to depression and social support in a multi-ethnic population. *Obstetrics and Gynecology, 97,* 988-993.

44. Dyche, L., & **Zayas, L.H.** (2001). Cross-cultural empathy and training the contemporary psychotherapist. *Clinical Social Work Journal, 29*, 245-258.

43. Malgady, R. G., & **Zayas, L.H.** (2001). Cultural and linguistic considerations in psychodiagnosis with Hispanics: The need for an empirically informed process model. *Social Work, 46,* 39-49.

42. **Zayas, L.H.**, Canino, I., & Suárez, Z. E. (2001). Parenting in mainland Puerto Rican families: Child-rearing for health and success. In N.B. Webb (Ed.), *Multicultural parent-child and family relationships* (pp. 133-156). New York: Columbia University Press.

41. Evans, M. E., Mejía-Maya, L. J., **Zayas, L.H.**, Boothroyd, R., & Rodriguez, O. (2001). Conducting research in culturally diverse inner city neighborhoods: Some lessons learned. *Journal of Transcultural Nursing, 12,* 6-14.

40. Kail, B., **Zayas, L.H.**, & Malgady, R. G. (2000). Depression, acculturation, and motivations for alcohol use among young Colombian, Dominican, and Puerto Rican men. *Hispanic Journal of Behavioral Sciences, 22,* 64-77.

39. **Zayas, L.H.**, Kaplan, C., Turner, S., Romano, K., & Gonzalez-Ramos, G. (2000). Understanding suicide attempts by adolescent Hispanic females. *Social Work, 45*, 53-63.

38. **Zayas, L.H.** (1999). Family and culture in HIV care for a Latino adolescent. In J. Blustein, C. Levine, & N. N. Dubler (Eds.), *The adolescent alone: Decision making in health care in the United States* (pp. 239-242). New York: Cambridge University Press.

37. Morrison, R.S., **Zayas, L.H.**, Mulvihill, M., Baskin, S.A., & Meier, D. E. (1998). Barriers to completion of health care proxies: An examination of ethnic difference. *Archives of Internal Medicine, 158,* 2493-2497.

36. Morrison, R. S., **Zayas, L.H.**, Mulvihill, M., Baskin, S. A., & Meier, D. E. (1998). Barriers to completion of health care proxy forms: A qualitative analysis of ethnic differences. *Journal of Clinical Ethics, 9*, 118-126.

35. **Zayas, L.H.**, Rojas, M., & Malgady, R. G. (1998). Alcohol, drug use, and depression among Hispanic men in early adulthood. *American Journal of Community Psychology, 26,* 425-438.

34. Gonzalez-Ramos, G., **Zayas, L.H.**, & Cohen, E. V. (1998). Child-rearing values of low income, urban Puerto Rican mothers of preschool children. *Professional Psychology: Practice and Research, 29,* 377-382.

33. Canino, I., & **Zayas, L.H.** (1997). Puerto Rican children. In G. Johnson-Powell, J. Yamamoto, G. E. Wyatt, & W. Arroyo (Eds.), *Transcultural child development: Psychological assessment and treatment* (pp. 61-79) New York: Wiley & Sons.

32. **Zayas, L.H.**, Evans, M. E., Mejía, L., & Rodriguez, O. (1997). Cultural competency training for staff serving Hispanic families with a child in psychiatric crisis. *Families in Society, 78,* 405-412.

31. Romano, K., & **Zayas, L.H.** (1997). Motherless children: Family interventions with AIDS orphans. In E. Congress (Ed.), *Multicultural perspectives in working with families* (pp. 109-124). New York: Springer.

30. Planos, R., **Zayas, L.H.**, Busch-Rossnagel, N. A. (1997). Mental health factors and teaching behaviors among low income Hispanic mothers. *Families in Society, 78,* 4-12.

29. **Zayas, L.H.**, Torres, L., Malcolm, J., & DesRosiers, F. S. (1996). Clinicians' definitions of ethnic-sensitive practice. *Professional Psychology: Research and Practice, 27,* 78-82.

28. **Zayas, L.H.**, & Dyche, L. A. (1995). Suicide attempts in Puerto Rican adolescent females: A sociocultural perspective and family treatment approach. In J.K. Zimmerman & G.M. Asnis (Eds.), *Treatment approaches with suicidal adolescents* (Volume 12, The Einstein Psychiatry Monograph Series, pp. 203-218). New York: John Wiley.

27. Dyche, L., & **Zayas, L.H.** (1995). The value of curiosity and naiveté for the cross-cultural psychotherapist. *Family Process, 34,* 389-399.

26. Zimmerman, J. K., & **Zayas, L.H.** (1995). Suicidal adolescent Latinas: Culture, female development, and restoring the mother-daughter relationship. In S. Canetto & D. Lester (Eds.), *Women and suicide* (pp. 120-132). New York: Springer.

25. **Zayas, L.H.** (1995). Family functioning and child rearing in an urban environment. *Journal of Developmental and Behavioral Pediatrics, 16* (Suppl.), 21-24.

24. Planos, R., **Zayas, L.H.**, Busch-Rossnagel, N. A. (1995). Acculturation and teaching behaviors of Dominican and Puerto Rican mothers. *Hispanic Journal of Behavioral Sciences, 17,* 225-236.

23. **Zayas, L.H.** (1994). Hispanic family ecology and early childhood socialization: Health care implications. *Family Systems Medicine, 12,* 315-325.

22.  **Zayas, L.H.**, & Solari, F. (1994). Early childhood socialization in Hispanic families: Culture, context, and practice implications. *Professional Psychology: Research and Practice, 25*, 200-206.

21.  **Zayas, L.H.**, & Romano, K. (1994). Adolescents and parental death from AIDS. In B. O. Dane & C. Levine (Eds.). *The new orphans: AIDS and the family* (pp. 59-76). Westport. CT: Auburn House.

20.  **Zayas, L.H.** (1992). Childrearing, social stress and child abuse: Clinical considerations with Hispanic families. *Journal of Social Distress and the Homeless, 1*, 291-309.

19.  **Zayas, L.H.**, and Busch-Rossnagel, N. A. (1992). Pregnant Hispanic women: A mental health study. *Families in Society, 73*, 515-521.

18.  **Zayas, L.H.**, & Dyche, L. A. (1992). Social workers training primary care physicians: Essential psychosocial principles. *Social Work, 37*, 247-252.

17.  Busch-Rossnagel, N. A., & **Zayas, L.H.** (1991). Hispanic adolescents. In R. Lerner, A. Peterson, & J. Brooks-Gunn (Eds.), *Encyclopedia of adolescence* (pp. 492-498). NY: Garland Publishing.

16.  Rodriguez, O., & **Zayas, L.H.** (1990). Hispanic adolescents and antisocial behavior: Sociocultural factors and treatment implications. In A. R. Stiffman & L. Davis (Eds.), *Ethnic issues in adolescent mental health* (pp. 147-171). Beverly Hills, CA: Sage.

15.  **Zayas, L.H.** (1989). Data collection in child assessment: Approaches to student supervision. *The Clinical Supervisor, 7*, 75-88.

14.  **Zayas, L.H.** (1989). A retrospective on the "suicidal fit" in mainland Puerto Ricans. *Hispanic Journal of Behavioral Sciences, 11*, 46-57.

13.  Schilling, R. F., Schinke, S. P., Nichols, S. E., **Zayas, L.H.**, Miller, S. O., Orlandi, M. A., & Botvin, G. J. (1989). AIDS prevention research with black and Hispanic drug users. *Public Health Reports, 104*, 2-11.

12.  **Zayas, L.H.**, & Katch, M. (1989). Contracting with adolescents: An ego-psychological approach. *Social Casework, 70*, 3-9.

11.  **Zayas, L.H.** (1988). Thematic features in the manifest dreams of expectant fathers. *Clinical Social Work Journal, 16*, 282-296.

10.  Schinke, S. P., Moncher, M. S., Palleja, J., **Zayas, L.H.**, & Schilling, R. F. (1988). Hispanic youth, substance abuse, and stress: Implications for prevention research. *International Journal of the Addictions, 23*, 809-826.

Luis H. Zayas, Ph.D

9.  **Zayas, L.H.**, & Palleja, J. (1988). Puerto Rican familism: Considerations for family therapy. *Family Relations, 37*, 260-264.

8.  **Zayas, L.H.** (1987). As son becomes father: Reflections of expectant fathers on their fathers in dreams. *The Psychoanalytic Review, 74*, 443-464.

7.  **Zayas, L.H.**, Schinke, S. P., & Casareno, D. (1987). Hispanic adolescent fathers: At risk and underresearched. *Children and Youth Services Review, 9*, 235-248.

6.  **Zayas, L.H.** (1987). Toward an understanding of suicide risks in young Hispanic females. *Journal of Adolescent Research, 2*, 1-11.

5.  Schinke, S. P., Schilling, R. F., Palleja, J., & **Zayas, L.H.** (1987). Prevention research among ethnic-racial minority group adolescents. *The Behavior Therapist, 10*, 151-155.

4.  **Zayas, L.H.** (1987). Psychodynamic and developmental aspects of expectant and new fatherhood: Clinical derivatives from the literature. *Clinical Social Work Journal, 15*, 8-21.

3.  Bryant, C., & **Zayas, L.H.** (1986). Initial moves with school-family conflicts: Entering, engaging, and contracting. *Child and Adolescent Social Work Journal, 3*, 87-100.

2.  **Zayas, L.H.**, & Lewis, B. H. (1986). Fantasy role-playing for mutual aid in children's groups: A case illustration. *Social Work with Groups, 9*, 53-66.

1.  **Zayas, L.H.**, & Bryant, C. (1984). Culturally-sensitive treatment of adolescent Puerto Rican girls and their families. *Child and Adolescent Social Work Journal, 1*, 235-253.

### Public Education and Public Health Commentaries in the Media

2018   *Weekend Edition on National Public Radio* (June 23). Quoted: "What detention and separation means for kids' mental health." https://www.npr.org/2018/06/23/622795471/what-detention-and-separation-mean-for-kids-mental-health

2018   *New York Times* (June 22). Quoted: "There's a better, cheaper way to handle immigration." https://t.co/SQEcS1mcr0?ssr=true

2018   *USA Today* (June 21). Op-Ed: "By separating immigrant families, we've caused irreparable harm. It's time to make amends." https://www.usatoday.com/story/opinion/2018/06/21/donald-trump-separating-immigrant-families-children-border-kids-executive-order-column/719857002/

2018   *KUT FM Radio* (June 21). Quoted: "Family Separation Can Do Long-Term Damage To Children's Mental Health, Experts Say." http://kut.org/post/family-separation-can-do-long-term-damage-childrens-mental-health-experts-say

2018   *Vice News Tonight/HBO* (June 20). Interviewed: "Immigration."

Luis H. Zayas, Ph.D

https://play.hbogo.com/episode/urn:hbo:episode:GWtT3jwlagbLCwwEAAAD9?aut
oplay=true&reentered=true&userProfileType=liteUserProfile

2018   *Huffington Post* (June 20). Quoted: "Migrant children drugged without consent at
government centers, court documents show."
https://www.huffingtonpost.com/entry/migrant-children-drugged-without-
parental-consent-at-government-institutions-court-documents-
show_us_5b2a9e87e4b0321a01cd4dd3

2018   *Washington Post* (June 20). Quoted: "The trauma of separation lingers long after
children are reunited with parents." https://wapo.st/2JYt7Us

2018   *ABC News* (June 18). Quoted: "Experts say psychological impact of family separation
on par with abuse." https://abcnews.go.com/Politics/experts-psychological-impact-
family-separation-par-abuse/story?id=55981817

2018   *Washington Post* (June 18). Quoted: "What separation from parents does to children:
'The effect is catastrophic.'" https://www.washingtonpost.com/national/health-
science/what-separation-from-parents-does-to-the-effect-is-
catastrophic/2018/06/18/c00c30ec-732c-11e8-805c-
4b67019fcfe4_story.html?utm_term=.e4e45228a04f
Reprinted *Boston Globe* (June 19).
https://www.bostonglobe.com/news/nation/2018/06/19/what-
separation-from-parents-does-children-the-effect-
catastrophic/iVh8nO6QZLQHaw707Eb6UO/story.html#comments

2018   *The Guardian UK* (June 16). Quoted: "2,000 children separated from parents in six
weeks under Trump policy." https://www.theguardian.com/us-
news/2018/jun/16/children-separated-parents-border-trump-administration

2018   *Huffington Post* (June 14). Quoted: "Detaining Migrant Children Has Harrowing
Lifelong Psychological Effects." https://www.huffingtonpost.com/detaining-
migrant-children-has-harrowing-lifelong-psychological-effects

2018   *TIME Magazine* (March 8 online; March 19 print). Quoted: "'No One Is Safe.' How
Trump's Immigration Policy Is Splitting Families Apart." http://time.com/trump-
immigration-policy-splitting-families

2018   *Huffington Post* (February 17). Quoted: "What happened to Norma's brain? The
mysterious trigger behind one Texan's mental collapse."
https://www.huffingtonpost.com/entry/undocumented-immigrants-
ptsd_us_5a74e117e4b06ee97af29715

2018   *Evansville (IN) Courier and Press* (January 11).  Quoted: "Children of deported
Owensboro man moving to Mexico." http://www.courierpress.com/2018/01/11/
Reprinted *Indianapolis* (IN) *Star* (January 12) https://www.indystar.com/
and *USA Today* (January 15) https://www.usatoday.com/nation

Luis H. Zayas, Ph.D

2018   *KUT FM Radio* (January 10). Quoted: "Trump administration's push for citizenship question on census alarms critics." http://kut.org/post/trump-administrations-citizenship-question

2017   *The New York Times Magazine* (December 17). Cited: "Will they take me, too?" https://www.nytimes.com/2017/12/14/magazine/will-they-take-me-too.html?_r=0

2017   *KXAN TV* (September 6). Quoted: "UT regent, telecom pioneer gifts $25 million to School of Social Work." http://kxan.com/2017/09/06/ut-regent-telecom-pioneer-gifts-25-million-to-school-of-social-work/

2017   *Dallas Morning News* (September 6). Quoted: ""UT regent donates $25M to school of social work to alleviate students' debt because 'they're heroes.'" https://utexas.app.box.com/s/m7aj3wgl1ndgw93ifc6rkeib600mo3e6

2017   *Huffington Post* (May 26). Quoted: "Mother Locked In Family Detention Attempts Suicide to Free Her Kids." http://www.huffingtonpost.com/entry/mother-family-detention-suicide-attempt_us_59271267e4b062f96a34da5c?45b

2017   *New York Review of Books* (May 25). Quoted: "Trump: The New Deportation Threat" (by Julia Preston). http://www.nybooks.com/articles/2017/05/25/trump-the-new-deportation-threat/

2017   *Austin American-Statesman* (May 5). Quoted: "Gov. Abbott is getting his signing pen warmed to ban sanctuary cities, but what about his heart for its citizen children victims?" http://politics.blog.mystatesman.com/2017/05/05/gov-abbott-is-getting-his-signing-pen-warmed-to-ban-sanctuary-cities-but-what-about-his-heart-for-its-citizen-children-victims/

2017   *Texas Observer* (March 27). Quoted: "What Happens If Mom and Dad Get Deported?" https://www.texasobserver.org/what-happens-if-mom-and-dad-get-deported/

2016   *Fort Worth Weekly* (December 8): Quoted: "No Family Left Behind." https://www.fwweekly.com/2016/12/08/no-family-left-behind/

2016   *Telemundo Austin* (December 6). Interviewed: Juez detiene licencias de guardería en centros de detención en Texas.  http://telemundoaustin.com/news/local/juez-detiene-licencias-de-guardera-en-centros-de-detencin-de-texas

2016   *Huffington Post* (December 5). Quoted: "Hundreds of Immigrant Moms and Kids Freed From Detention After Texas Court Ruling." http://www.huffingtonpost.com/entry/immigrant-family-detention-texas_us_5845a6d0e4b028b3233877c9

2016   *Austin American-Statesman* (July 27). Op-Ed: "More must be done to halt suicide attempts among young Latinas."

Luis H. Zayas, Ph.D

http://www.mystatesman.com/news/news/opinion/zayas-more-must-be-done-to-halt-suicide-attempts-a/nr5Tw/

2016   *Texas Standard on NPR* (July 13). Radio interview: "Why are Latinas at a higher risk for suicide attempts than their peers?" http://www.texasstandard.org/stories/why-are-latina-teens-at-a-higher-risk-for-suicide-attempts-than-their-peers/

2016   *PRI Public Radio International* (July 7). Quoted: "These asylum-seekers are being forced to raise their kids in immigration 'jails'." http://www.pri.org/stories/2016-07-07/these-asylum-seekers-are-being-forced-raise-their-kids-immigration-jails

2016   El Diario/La Prensa *(June 30). Op-Ed:* "Qué hacer ante los intentos de suicidio entre jóvenes latinas"  http://www.eldiariony.com/2016/06/30/que-hacer-ante-los-intentos-de-suicidio-entre-jovenes-latinas/

2016   *Houston Chronicle* (June 28). Op-Ed: "Pace of suicides among young Latinas is a growing concern." http://www.houstonchronicle.com/opinion/outlook/article/Zayas-Pace-of-suicides-among-young-Latinas-is-a-8328085.php.

2016   *Univision Noticias* (June 21). Quoted: "Las adolescents hispanas son el grupo con mas intentos de suicidio." http://www.univision.com/noticias/depresion/las-adolescentes-hispanas-son-el-grupo-con-mas-intentos-de-suicidio

Reprinted in English (June 24). http://www.univision.com/univision-news/health/latina-teens-have-highest-rate-of-suicide-attempts-in-the-us

2016   *Associated Press* (June 14). Quoted: "EEUU: Alertan de más intentos de suicidio entre hispanas." http://apne.ws/1S4qpDY

2016   *Huffington Post* (June 2). Quoted: "Texas Judge Issues Another Blow To Family Detention." http://www.huffingtonpost.com/entry/texas-family-detention_us_57502de0e4b0c3752dcc8beb

2016   *Texas Observer* (June 2). Quoted: "Judge Halts Child Care License for Dilley Detention Center." https://www.texasobserver.org/immigrant-family-detention-license-hold/

2016   *San Antonio Current* (June 2). Cited: "Texas Blocked From Giving Childcare License to South Texas Immigration Lockup." http://www.sacurrent.com/the-daily/archives/2016/06/02/texas-blocked-from-giving-childcare-license-to-south-texas-immigration-lockup

2016   *Telemundo Austin Channel* (June 1). Quoted: "Jueza frena licencia de guardería para centro de detención" http://telemundoaustin.com/news/local/jueza-frena-licencia-de-guardera-para-centro-de-detencin

Luis H. Zayas, Ph.D

2016   *Texas Tribune* (June 1). Quoted: "Judge Blocks License for Immigration Detention Facility" https://www.texastribune.org/2016/06/01/judge-blocks-state-licensing-detention-facility-ch/

2016   *Huffington Post* (May 6). Quoted: "One Child's Sexual Abuse Allegations Show the Problems With Our Immigration System.'' http://www.huffingtonpost.com/entry/sex-abuse-detention-centers_us_572caeb9e4b016f378957748?ir=World&

2016   *The Guardian* (May 4). Quoted: "Lawsuit aims to stop licensing of Texas immigration detention facilities." http://www.theguardian.com/us-news/2016/may/04/lawsuit-texas-immigration-detention-facilities-family-centres

2016   *Vice News* (April 13). Quoted: "'I Want to Go Back': In Guatemala, US-Born Kids Struggle after Their Parents' Deportation." https://news.vice.com/article/american-born-kids-sent-back-to-guatemala-after-parents-deported

2016   *El Nuevo Dia* (March 3). Story: "Boricua realiza estudio sobre suicidio entre jóvenes hispanas." http://www.elnuevodia.com/noticias/locales/nota/boricuarealizaestudiosobresuicidioentrejoveneshispanas-2169294/

2015   *Houston Chronicle* (November 25). Quoted: "Texas May Call Them Childcare Centers, Critics Say They're Prisons." http://www.houstonpress.com/news/texas-may-call-them-childcare-centers-critics-say-theyre-prisons-7950990

2015   *San Angelo (TX) Standard-Times* (November 21). Quoted: "Speaker spotlights Latina youths' suicide attempts." http://www.gosanangelo.com/news/local-news/speaker-spotlights-latina-youths-suicide-attempts_31762777

2015   *San Luis Obispo (CA) Tribune* (August 25). Quoted: "Hundreds of detained children and mothers could soon be released."

2015   *Austin American-Statesman* (August 13). Op-Ed: "Immigrant detention centers harm children's mental health," with Aimee Miller. http://www.mystatesman.com/news/news/opinion/immigrant-dentention-centers-harm-childrens-mental/nnJQp/#db063791.4010247.735840

2015   *Linea Abierta* (Radio Bilingüe, public radio; July 21). Hour-long interview with host Samuel Orozco on *Forgotten Citizens: Deportation, Children, and the Making of Exiles and Orphans.* http://radiobilingue.org/?s=Luis+H.+Zayas

2015   *Morning Edition* (NPR; July 16). Quoted in story about the release of mothers and children from detention facilities in south Texas.

2015   *Fusion* (online magazine, July 14) Quoted: "'Drink more water': Horror stories from the medical ward of a Texas immigration detention center." http://fusion.net/story/165837/dilley-detention-center-horror-stories-from-the-

Luis H. Zayas, Ph.D

medical-ward/

2015   *ABC News* (online, June 30).  Quoted in AP story: "Complaint: Family Detention Can Lead to Psychological Harm."

Reprinted: *Austin American-Statesman* (July 2). http://www.statesman.com/news/news/complaint-immigrant-family-detention-can-lead-to-p/nmpgC/

2015   *The Monitor* (June 29, McAllen, TX): Quoted in Editorial: "Detention facilities: Is holding families the solution?" http://www.themonitor.com/opinion/editorial-detention-facilities----is-holding-families-the/article_239277e4-1dcb-11e5-9212-13be33869930.html

2015   *The New York Times* (online June 14; June 15 in print). Quoted: "Hope and Despair as Families Languish in Texas Immigration Center." http://www.nytimes.com/2015/06/15/us/texas-detention-center-takes-toll-on-immigrants-languishing-there.html?_r=0

Reprinted in the *Dallas Morning News* (June 14 online) as "South Texas detention center takes toll on immigrants languishing there."

2015   *The Huffington Post* (June 12).  Interviewed for story on detained mothers and children in Karnes, TX, facility.

2015   *KCRW 89.9* (NPR, Santa Monica, CA,  June 11). Interviewed live on "To the Point" on refugee and immigrant children.

2015   *The Huffington Post* (27 May). House Democrats Tell Obama Administration To End Family Detention. Quoted: affidavit of detained mothers and children in Karnes. http://www.huffingtonpost.com/2015/05/27/democrats-family-detentio_n_7453008.html

2015   *LatinoUSA* (NPR, May 16). Interviewed by Maria Hinojosa on "Forgotten Citizens" (book). http://latinousa.org/2015/05/15/forgotten-citizens-the-children-of-the-deported/

2015   *The Tavis Smiley Show* (PBS, May 7). Interviewed on *Forgotten Citizens: Deportation, Children, and the Making of Exiles and Orphans* (book). http://www.pbs.org/wnet/tavissmiley/interviews/author-luis-h-zayas-ph-d/

2015   *The Monitor* (McAllen, TX, April 10). Quoted: "McAllen schools, UT-Austin collaborate in social work program." http://www.themonitor.com/news/local/mcallen-schools-ut-austin-collaborate-in-social-work-program/article_e3b955a0-df1f-11e4-84a4-c3c1baf41b58.html

Luis H. Zayas, Ph.D

2015   *NBCnews.com (April 7)*. Quoted*: "*Dr. Joe: Latina Teens, Suicide Attempts and Mental Health 'Secretos'." *http://www.nbcnews.com/news/latino/dr-joe-latina-teens-suicide-attempts-ending-mental-health-stigma-n337156*

2015   *Univision, Channel 62 Austin* (March 20). Report on Research: "Aumenta ansiedad en niños de padres deportados." http://salud.univision.com/es/trastornos-mentales-y-de-comportamiento/la-deportaci%C3%B3n-afecta-la-salud-de-nuestros-ni%C3%B1os-c%C3%B3mo-se-realizar%C3%A1-la-investigaci%C3%B3n

2015   *La Voz de Houston* (March 18). Report on Research "Ansiosos, huérfanos o exiliados: niños de EE.UU. hijos de indocumentados." http://blog.chron.com/lavoz/2015/03/ansiosos-huerfanos-o-exiliados-ninos-de-ee-uu-hijos-de-indocumentados/

2015   *Peru.com* (March 17). Report on Research: "Texas: Hijos de inmigrantes deportados sufren duras consecuencias." http://peru.com/mundo-latino/inmigracion/texas-hijos-inmigrantes-deportados-sufren-duras-consecuencias-noticia-336983

2015   *La Estrella Dallas-Fort Worth* (March 13). Hijos de inmigrantes deportados sufren duras consecuencias

2015   *Al Día Texas* (February 3). Quoted: "Esperan que acción diferida baje estrés de niños" [Deferred action should lower children's stress]. (Dallas Morning News) http://www.aldiadallas.com/2015/02/03/esperan-que-accion-diferida-baje-estres-de-ninos/

2015   *KUVN Channel 23 Univision* (January 10). Quoted in evening news on suicide attempts of Latinas.

2014   *BBC Radio 5* (October 30). Radio interview on refugee children on Texas border on "Up All Night" with Rhod Sharp.

2014   WURN 1020 AM & WLVJ 1040 AM, Miami (August 4). Radio interview on suicidal Latinas.

2014   *Austin American-Statesman* (August 2). Op-ed: "Summer reading on child refugees would school Congress, president" (with Amy Thompson) (p. A13)

     Reprinted: *Huffington Post* online August 8 as "Summer Reading Suggestions for Congress and the President on Child Refugees." http://www.huffingtonpost.com/luis-zayas/summer-reading-suggestion_b_5659758.html

2014   *BBC Mundo* (July 31).  Quoted in radio and print story: "¿Por qué tantas jóvenes hispanas intentan suicidarse en EE.UU.? (Why do many young Hispanic girls attempt suicide in the US?)" http://www.bbc.com/mundo/noticias/2014/07/140728_eeuu_hispanas_latinas_problematica_suicidios_jg

Luis H. Zayas, Ph.D

2014    *Reuters* (July 18). Quoted: "After U.S. deportation, a Honduran mother and daughter's uncertain fate." http://www.reuters.com/article/2014/07/18/us-usa-immigration-deport-insight-idUSKBN0FN2CD20140718

2014    *WAMC Northeast Public Radio* (June 9). Academic Minute Segment: "Latina Suicide Rates."

2013    *Oregon Public Radio* (December 5).  Quoted: "U.S. Immigration Policy Leaves Behind 'Orphans of Deportation.'" http://www.opb.org/news/series/immigration/us-immigration-policy-leaves-behind-orphans-of-deportation/

2013    *CNN.com* (October 27). Quoted: "Deportations: Missing parents, scared kids." http://www.cnn.com/2013/10/26/us/immigration-parents-deported-children-left-behind/

2013    *CNN.com* (October 9). Quoted: "Latinos struggle to find help for mental health issues." http://www.cnn.com/2013/10/09/health/latino-mental-health-disparities/

2012    *Good Day Austin* (Fox Channel 7, 16 October). Interviewed about suicide among Latina teens.

2012    *Latina.com* (28 August). Quoted: "Latina teen suicide rates on the rise: What you need to know." http://www.latina.com/lifestyle/news/latina-teen-suicide-rates-rise-depression

2012    *Austin American-Statesman* (23 June). Op-Ed: "Consider citizen children of illegal immigrants."

*2012*    *Austin American-Statesman* (15 June). Quoted:" Obama's dramatic policy change for young immigrants brings glee and anger"

2011    *Mujeres Maravillosas,* KFON 1490 AM, Austin TX (February 18). Radio interview on suicidal Latinas

2010    *LatinoUSA,* National Public Radio. (October). Documentary interview on suicidal Latinas

2010    *St. Louis Beacon* (June 22). Quoted: "Washington U puts new focus on diversity."

2010    *Radio Health Journal* (March 28). Quoted: radio segment on Latina suicide attempts that aired on 450 stations nationally

2010    *Latina Magazine* (March issue). Quoted: "Sound the alarm: Suicide attempts among young Latinas are higher than any other teen demographic"

2010    *Rochester, NY Democrat and Chronicle (*January 7*).* Quoted: "Suicide attempts by young Latinas cause alarm."

Luis H. Zayas, Ph.D

2009   *CNN* (October 19). *Latino in America* (Soledad O'Brien). Interviewed on my research

2009   *St. Louis Post-Dispatch* (October 1). Quoted: "A closer look at the stay-at-home mom"

2009   *Washington Hispanic* (August 7). Quoted: "Suicidio y las jovenes hispanas," Washington DC Spanish language newspaper

2009   *San Antonio Express-News* (June 6). Quoted: "Latinas more likely to take their lives." San Antonio, Texas

2009   *Cronicas de la Raza* (January 6). Interview on KPFA FM radio, Fresno, California, on Latina suicide attempts for series on Latinos and health hosted by Julieta Kusnis

2008   *Dialogo de Costa a Costa* (August  18). Special guest on segment "Alto índice de suicidio entre adolescentes latinas," international daily talk show on Hispanic Information and Telecommunications Network, Inc

2008   *Dialogo de Costa a Costa* (June 4). Commentary on segment "Educando a nuestros hijos en una nueva cultura," an international daily talk show televised by Hispanic Information and Telecommunications Network, Inc

2008   *The Hillsboro Argus* (May 9). Cited: "Adelante Chicas helps young Latina women move forward." Portland, OR

2008   *Monitor on Psychology* (April). Quoted: "Preventing teen suicide through *familia*." p. 10

2008   *Chicago Tribune* (January 29). Quoted: "Suicide risk high among Latinas"

2008   *Washington Post* (January 22).  Quoted: "Crying out for help" (Latina suicide attempts)

2007   *Patt Morrison Show* (October 3) on KPCC 89.3, Southern California public radio/NPR.  One of three expert discussants of Latino behavioral health issues

2006   *The Latina Voz* (online magazine, November). Quoted: "Latina girls sound a life and death alarm"

2006   *People en Español* (November).  Quoted: "¿Por qué se suicidan nuestras adolescentes?"

2006   *Houston Chronicle* (September 15). Cited: Editorial on teen Latinas' suicide attempts

2006   *Hispanic* (September). Quoted: "The uncertain future of young Latinas"

2006   *Diverse: Issues in Higher Education* (September 21).  Cover Story: "Researching Latinas in crisis" (p. 6)

2006   *En Vivo con Victor Arrellano* (September 9). Interview on high risks facing Latina teenagers on WLMV 1480-AM, Madison, WI (Spanish broadcast in WI and IL)

Luis H. Zayas, Ph.D

2006   *Talk of the Nation, National Public Radio* (August 29). Interview and discussion on suicide attempts by adolescent Latinas and other risk behaviors

2006   *Tiempos del Mundo* (August 31), *Mas Solos Que Nunca* news magazine, Bogota, Colombia.  Quoted on factors affecting youth risks in Latin America and US

2006   *Super Estrella Radio Show* (August 18).  Interviewed live for morning radio program on Latina suicide attempts (primarily West and Southwest audience)

2006   *Tu Compañero Católico* (August 7).  Interviewed for radio program on Latina suicide attempts to air nationally in October

2006   *BBC World Service* (August 15). Quoted: international radio documentary on Latinas and high risk behaviors

2006   *The New York Times* (July 21). Editorial: Young Latinas and a Cry for Help. (Reference to research on suicide attempts and other youth risk behaviors)

2006   *El Diario/La Prensa* (July 14; NYC Spanish newspaper). Quoted: One in 4 Latinas in the US has a child before the age of 20

2006   *WNYC 93.9FM* (New York City public radio; July 13). The Brian Lehrer Show: Commentary on suicide attempts among Latinas

2006   *El Diario/La Prensa* (July 12; NYC Spanish newspaper). Quoted: Alarming attempted suicide rate among Hispanic teenage girls

2006   *The Psychotherapy Networker* (July/August). Quoted: Latina girls and suicide (pp.23-24)

2006   *Kansas City Star (*April 17).  Quoted: "In a bright new land, dark thoughts emerge"

2005   *St. Louis Post-Dispatch* (June 25). Quinceañera (quoted)

2004   *Latina Style Magazine* (November-December). Quoted: Dying young: Young Latinas are attempting suicide at twice the rate of non-Hispanic teens

2004   *The New York Times*. Letter to the Editor: "The learning curve: One language or two?" (p. A12), July 17

2001   *CNN en Español* (April). Quoted: Castro's offer of scholarships to American minority students to attend Cuban medical schools

2000   *El Diario/La Prensa* (NY; August 16). Quoted: "¿A dónde acuden los hispanos con problemas emocionales?"

2000   *Tampa (FL) Tribune*. (June 4). Quoted: "People of color lean on family"

2000   *Noticiero Telemundo* (National Evening News) (February 3). Interview for story on domestic violence in immigrant Latino families

Luis H. Zayas, Ph.D

2000   *The New York Times* (January 5). Quoted: "For Latino laborers, dual lives"

1999   *LatinoUSA*, National Public Radio (August 7). Interview: Center for Hispanic Mental Health Research

1999   *The New York Times* (June 16). Quoted: "Treatment rooted in culture"

1999   *Telemundo Evening News,* WNJU-TV Channel 47 (August 2). Interview on Center for Hispanic Mental Health Research

1998   *Latina Magazine* (July). Quoted: "Teen suicide: La tragedia is twice as likely among Latinas"

1997   *Telemundo Evening News,* WNJU-TV Channel 47 (Dec. 15). Interview: "Mercury sales in botanicas."

1995   *NBC-TV* (August 26) Quoted: "Hispanics in the U.S."

1995   *Gannett Suburban Westchester Newspapers* (November 26). Quoted: "The need to connect"

1994   *The Maury Povich Show* (November 17). Expert commentary on Hispanic family

1992   *The New York Times* (August 19). Letter to the Editor: "What do the guidance counselors know?" (p. A20).

1991   *Noticiero Telemundo/CNN* (National Evening News) (October). Interview for story on adolescents carrying firearms to school