# EXPERT DECLARATION OF MARTI T. LORING

I, Marti T. Loring, hereby declare as follows:

1. I am a licensed clinical social worker, a certified sociologist and a practicing psychotherapist. I am also the Director of the Center for Mental Health and Human Development in Atlanta, Georgia. I earned my Ph.D. in Sociology at Emory University Graduate School in 1985. I have also earned an M.A. in Social Work and Social Research at Bryn Mawr College Graduate School and a B.A. from Vassar College. I have earned the Diplomate credential with the American Academy of Experts in Tramatic Stress and hold certifications in Rape Trauma, Domestic Violence and Forensic Traumatology.

2. My professional focus is on the impact of trauma and abuse on children, adolescents and adults. I have published multiple books and authored numerous articles published in professional journals on the topics of abuse and trauma. As a practicing psychotherapist, I have provided psychotherapy to children, adolescents, and adults. As Director of the Center for Mental Health and Human Development, I train social workers and other professionals across the country about trauma and its effects. I have been qualified over 150 times to testify as an expert on trauma and abuse in courts in Indiana, Maryland, Georgia, Florida, Alabama, South Carolina, Massachusetts, Arizona, and Germany.

3. Attached hereto as Exhibit A is my Curriculum Vitae.

4. My declaration is based on a review of scientific literature and the knowledge accumulated during my education and career as described above. The full citations for the works cited in my declaration are attached hereto as Exhibit B.

5. Attachment involves a connection with a meaningful person, such as between a child and its mother/father/caretaker where there is both pleasure during interactions and soothing during stressful times. The quality of attachment is critical in

Case 2:18-cv-06081-JAK-SK   Document 53   Filed 07/18/18   Page 2 of 14   Page ID #:927

the development of a child it has been linked to positive functioning, such as psychological well-being. (1)

6. J. Bowlby studied attachment theory by observing the impact of separation of mothers and their children. He observed negative effects of maternal deprivation where the mother was absent for periods of time. Bowlby indicated that children have an innate need in regard to developing a close relationship with one main figure who is predominantly the mother. In the absence of this ongoing crucial relationship, there are negative consequences in development, such as a decline in intelligence and increased depression and aggression. Bowlby also identified other consequences, such as delinquency and affectionless psychopathy, which is a state where the child is not concerned about the feelings of others. (2)

7. The diagnostic manual used by mental health professionals across the United States is the DSM-5 (Diagnostic and Statistical Manual of Mental Disorders: American Psychiatric Association). (3) During abrupt separations of mothers and fathers from their children, mental health professionals often find that Separation Anxiety Disorder occurs such that developmentally inappropriate and excessive fear and anxiety are seen in the children, not only during separations from the significant attachment figure, but also when such a separation is anticipated. Similarly, for adults, separations from their children can result in a Separation Anxiety Disorder. Reuniting the mother/father and child, while maintaining them in a facility where the child and adult fear and anticipate further separation, will result in the same excessive fear and anxiety in both the child and adult. This fear and anxiety will result in such symptoms as sleep disturbance, nightmares, headaches, stomachaches, nausea, and vomiting.

8. Posttraumatic Stress Disorder is also described in the DSM-5. (3) Separation of a child from his/her mother would be a traumatic event for both the child/adolescent and for the mother and father, causing the following possible symptoms among children and adults: Panic and terror, frightening dreams, flashbacks, dissociation (blanking out and lack of awareness), depersonalization

2

EXPERT DECLARATION OF MARTI T. LORING

233532163v.1

(sense of unreality and separation from oneself), withdrawal into intense grief and depression, an ongoing sense of fear and terror.

9. As anxiety grows, it may be masked or pushed down, but it can cause such physical illnesses as stomachaches, headaches, and lower resistance to other illnesses. To prevent the progression of initial anxiety into a state of trauma that is a long lasting psychiatric disorder, the child and adult must be immediately identified as traumatically emotionally disturbed, removed from the anxiety-producing environment and placed in a family setting, and treated with trauma informed counseling, which may include psychotropic medication.

10. For a child and an adult to remain in a setting he/she associates with the traumatic separation (even after reunification with the mother or father), this will cause additional and profound anticipation of further traumatic events: The mother and father who also experienced traumatic separation from their child would need to be placed in a safe family setting with their child(ren) to avoid an increase in such trauma symptoms as persistent negative thoughts and expectations about oneself, one's world, and others. Otherwise the child and the adult will likely grow in their belief that the world is dangerous and no one can be trusted, thus developing future relationship problems where trust and love are difficult to maintain. Fear, a sense of horror, and anger would probably persist for the child and mother/father remaining in the setting which makes their removal from detention and placement in a family setting crucial.

11. It is very important to immediately screen all children and their mothers (or fathers) who have experienced separation followed by reunification, in order to identify those whose anxiety is toxic and detrimental to themselves and their families, as well as those whose anxiety has grown into trauma with its accompanying symptoms. It is crucial to identify the adults and children whose anxiety and terror can lead to the development of complex Post-traumatic Stress Disorder, which is more

1 difficult to treat and can result in profound depression, a sense of hopelessness, and
2 even suicide.
3    12.   Thus, the three vital steps for the purpose of regaining and/or maintaining
4 mental health among the children and mothers/fathers who have been identified as
5 traumatized would be their exit from detention, the child and mother/father's return to
6 a family environment, and evaluation for/provision of counseling that would include
7 trauma-informed therapy (psychotherapy that specifically treats trauma, even
8 providing psychotropic medication when needed). The only potential mental health-
9 restoring plan that could avoid the development of complex trauma among identified
10 children and adults would not be a single step, but the total of all the above mentioned
11 steps to avoid and to treat complex post-traumatic stress disorder.
12    13.   Across the life span, complex trauma is linked to addiction, chronic
13 physical conditions, severe depression and crippling anxiety, self-harming behaviors,
14 failure to develop and maintain loving and trusting relationships, difficulty in
15 regulating aggression, ongoing sadness and loneliness, negative changes in brain
16 functioning, as well as other psychiatric disorders. An anxious child who cannot learn
17 may grow up to be someone who cannot hold a job, and is prone to develop an eating
18 disorder or substance addiction. A mother, father, or other care-giver with complex
19 trauma is likely to develop numerous psychiatric conditions that can result in self-
20 harm, even suicide, or depression with psychotic features (auditory/visual
21 hallucinations).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 7, 2018, at Atlanta, GA

*Marti T. Loring, LCSW, PHD*
Marti T. Loring, LCSW, PHD

4

EXPERT DECLARATION OF MARTI T. LORING

**Exhibit A**

## *CURRICULUM VITA*

**Marti Loring, LCSW, PhD**
**Post Office Box 2322**
**Decatur, Georgia 30031**

## EDUCATION

**Emory University Graduate School, Atlanta, Georgia, 1978-1985, Ph.D. (Sociology).**

**Bryn Mawr College Graduate School of Social Work and Social Research, Bryn Mawr, Pennsylvania, 1966-1968, MSS.**

**Vassar College, Poughkeepsie, New York, 1962-1966, BA.**

## AWARDS AND MEMBERSHIPS

**American Sociological Association**

**Invited Member, The American Academy of Experts in Traumatic Stress, 1997 – Present.**

**Licensed Clinical Social Worker, Georgia, 1985 – Present.**

**Certified Clinical Sociologist, 1990-Present.**

**Lifetime Achievement Award, The National Association of Social Workers, Georgia Chapter, September 11, 1997.**

**Outstanding Social Worker, The National Association of Social Workers, Georgia Chapter, 1989.**

## CLINICAL/PROFESSIONAL EXPERIENCE

**Director, Center for Mental Health and Human Development; Atlanta, GA, 1980-Present. Expert: Trauma; battered person syndrome; emotional/physical/sexual abuse and trauma; coercion; human development; forensic interviewing; child sex abuse; sex abusers; anger management; social history; mitigation; family dynamics/home studies; traumatic rape and false sexual abuse allegations. Training: Trauma, crisis intervention, abuse, trauma debriefing.**

**Forensic Consultant, 1990-Present: Trauma expert witness; trauma mitigation specialist; adult/child physical/emotional/sexual abuse specialist; home study evaluator; forensic interview specialist.**

**CURRICULUM VITA/LORING/2**

**Dekalb Resource Center (for battered women), Volunteer, 2015-2016.**

**United States Army, Consultant for rape trauma, 2011.**

**Consultant for Family Violence Unit of Georgia Department of Human Resources. Division of Family and Children Services, 1995-1996 (coordination and team development among community agencies, child sex abuse specialist).**

**Coordinator, Olympic Family Trauma Project Team, Atlanta, Georgia, 1995-1997 (developed and coordinated trauma and crisis team during the Olympics).**

**Trauma Coordinator, Grady Hospital Department of Psychiatry: Clinical Faculty, Emory University School of Medicine, Abuse Expert, Atlanta, Georgia, 1972-80 (consulted with Dekalb Rape Crisis Center ).**

**December Depression Hotline Coordinator, WSB-TV and Community Corporations/Agencies Coalition, Atlanta, Georgia, 1985-1991 (developed and coordinated a telephone crisis service during the December holidays).**

**Consultant to the National Association of Social Workers, Georgia Chapter, for the Democratic National Convention Medical Team Project, 1988.**

**Catholic Social Services, Family and child trauma therapist, Atlanta, Georgia, 1988-1990.**

**The Bridge Family Center, Atlanta, Georgia, 1986-1987 (sex abusers' counselor, child sex abuse specialist, trauma group coordinator, family therapist).**

**The Council on Battered Women, Atlanta, Georgia, 1984-1986 (Group therapist, public relations and community coordinator).**

**Assisted in the formation and training of the Dekalb Rape Crisis Center.**

## EDITORIAL MATERIAL

**Associate Editor, The Journal of Aggression, Maltreatment, and Trauma, 2000-Present (emotional, physical, adult and child sexual abuse and maltreatment, experimental interviewing, forensic interviewing).**

**Co-editor, <u>Bullying Behavior: Current Issues, Interventions, and Research</u>, The Haworth Maltreatment and Trauma Press, NY, 2003.**

**CURRICULUM VITA/LORING/3**

**TEACHING EXPERIENCE**

**Assistant Professor, Department of Mental Health and Human Services, Georgia State University, Atlanta, Georgia, 1990-1997.**

**Instructor, Department of Psychiatry, Emory University School of Medicine, Atlanta, Georgia 1972-1980.**

**Temporary and Adjunct Faculty, 1987-2003: Georgia Perimeter College, Atlanta, Georgia; Georgia State University, Atlanta, Georgia; Oglethorpe University, Atlanta, Georgia; Mercer University, Atlanta, Georgia; Atlanta University School of Social Work.**

**COURSES TAUGHT**

| | |
|---|---|
| **Growth and Development** | **Personality** |
| **The Psychology of Management** | **Human Services** |
| **Introduction to Sociology** | **Psychopathology** |
| **Human Service Practice** | **Deviance** |
| **Ethics** | **Emotional Abuse** |
| **Marriage and the Family** | **Criminology** |
| **Social Problems** | **Trauma/Sexual Abuse** |
| **Family Violence** | **The Family** |
| **Violence and Society** | **Social Work** |
| **Forensic Interviewing** | |

**PAPERS PRESENTED**

"**Fear of Failure and Success,**" Georgia Association of Disability Examiners, Atlanta, Georgia, April 12, 1991.

"**Reduction of Maladaptive Behavior in Emotionally Abusive Relationships,**" Association for Behavior Analysis, Atlanta, Georgia, May 14, 1991.

"**Human Rights: Working Together to End Violence Against Women Worldwide,**" Amnesty International USA, Atlanta, Georgia, November 7, 1991.

**CURRICULUM VITA/LORING/4**

"The Loss and Restructuring of Wholeness in Emotional Abuse," The National Association for Women in Psychology, Atlanta, Georgia, March 12, 1993.

"Physical and Emotional Abuse," Council on Battered Women, Atlanta, Georgia, April 5, 1993.

"The Force Called Hope" National Association of Social Workers, Atlanta, Georgia, September 24, 1993.

"Service Delivery Systems for the Aging," Georgia Association of Homes and Services for the Aging, Atlanta, Georgia, January 15, 1994.

"Utilizing a Hotline for Crisis Intervention," Dekalb Rape Crisis Center, Atlanta, Georgia, March 17, 1994.

"The Expert Witness," Annual Conference of the National Organization of Forensic Social Work, Atlanta, Georgia, April 12, 1994.

"The Effective Domestic Violence Expert Witness," Florida Coalition Against Domestic Violence, Tampa, Florida May 4, 1994.

"The Expert Witness," Georgia State University, Atlanta, Georgia, July 7, 1995.

"Forensics," Georgia Association of Lawyers, Georgia State University, Atlanta, Georgia, May 22, 1995.

"Trauma of Emotional Abuse," Medical Staff, Grady Hospital, Atlanta, Georgia, January 24, 1996.

"Interviewing Skills With A Battered Person," Georgia Indigent Defense Council, Atlanta, Georgia, May 30-June1, 1996.

"Post-Traumatic Stress Disorder," Savannah Area Family Emergency Shelter, Inc., Savannah Georgia, September 3, 1996.

Master Class "Trauma: Forensic Interviewing and Intervention Skills," NASW-GA Chapter's 8th Annual Conference, Atlanta, Georgia, September 20, 1996.

"Abuse," Southern Center for Human Rights, Atlanta, Georgia, October 19, 1996.

Mock Trial (Expert Witness on Family Violence), National Association of Forensic Social Work, Reno, Nevada, November 7, 1996.

"Emotional Abuse: Trauma in Recovery" (Long Distance Learning for 5 city coverage in Georgia), University of Georgia, Athens, Georgia, May 20, 1997.

**CURRICULUM VITA/LORING/5**

"Emotional Abuse," National Association of Social Workers, August, Georgia, June 7, 1997.

"Family Violence Leadership Summit: Violence Against Women and Children," City of Atlanta, Georgia, July 24, 1997.

"Intervention with Battered Women," Council on Battered Women, Atlanta, Georgia, September 7, 1997.

"Identification and Treatment of Emotional Abuse," The University of Georgia School of Social Work, Georgia, September 17, 1997.

"Emotional Abuse," Georgia Association of Social Workers, September 18, 2000.

"Family Violence and Abuse," University of Georgia, March 7, 2001.

"Family Violence," The Emotional Abuse Institute Bi-annual Master Lecture, Atlanta, Georgia, 1998-2003.

"Hope in the Twentieth Century," GASW, Conference, Atlanta, Georgia, 2003.

"Mitigation and Forensic Interviewing," EJI national conference, Perdido Beach, Florida, October 9, 2005.

"Trauma and Abuse: Forensic Interviewing, Therapy, Emotional/Sexual Abuse, Social Histories," Texas Community Coalition, Dallas, Texas, March 3, 2008.

"The Trauma of Rape and the Problem of False Sexual Abuse Allegations," The United States Army, Germany, 2011.

"The Golden Age of Bullying: Bullying Hurts Physically and Emotionally," The Augusta Unit of the National Association of Social Workers, Augusta, Georgia, March 1, 2012.

"Intimate Coercion," Workshop and Panel Discussion, IVAT, San Diego, CA, August 25, 2015.

**PUBLICATIONS**

Loring, M.T., & Powell, B. (1988). Gender, Race, and DSM-III: A study of the Objectivity of Psychiatric Behavior. Health and Social Behavior, 29 (1), 1-71.

Wimberley, E., & Loring, M.T. (1991). Improving Scholarly Productivity in Human Services. Human Service Education, 11 (1), 17-22.

Loring, M.T., & Wimberley, E. (1993). The Time-Limited Hotline. Social Work, 38(3), 344-346.

Loring, M.T., Clark, S., & Frost, C. (1994). A Model of Therapy for Emotionally Abused

Women. Psychology: A Journal of Human Behavior, 31(2), 1-16.

**CURRICULUM VITA/LORING/6**

Smith, R.W., & Loring, M.T. (1994).  The Trauma of Emotionally Abused Men.  <u>Psychology: A Journal of Human Behavior</u>, <u>31</u>(2), 1-16.

Loring, M.T. (1994).  <u>Emotional Abuse</u>.  Lexington MA:  Lexington Press.

Loring, M.T., Smith, R.W., & Thomas, K. (1994).  Utilization of a Time-Limited Holiday Hotline by Older Adults.   <u>The Gerontologist</u>, <u>34</u>, 557-560.

Loring, M.T., Smith, R.W. (1994).  Health Care Barriers and Interventions for battered Women. <u>Public Health Reports</u>, <u>109</u>, 328-338.

Loring, M.T. (1997).  <u>Stories From the Heart: Emotional Abuse Case Studies</u>.  New York, Gordon and Breach Science Publishers.

Loring, M.T. (1997). The Erosion of Trust in the Workplace. In J. Cangemi (Ed.), <u>Leadership in the Twenty-First Century</u>, Moscow, University of Moscow Press.

Loring, M.T., Smith, R.W., & Bolden, T. (1997).  Distal Coercion:  Case Studies.  <u>Psychology:  A Journal of Human Behavior</u>, <u>34</u>(1), 10-14.

Loring, M.T., & Bedoin, Pati. (2000).  Victim-Perpetrators:  Types of Coercion in Family Violence.  <u>The Journal of Emotional Abuse:  Interventions, Research & Theories of Psychological Maltreatment, trauma & Nonphysical Aggression</u>, Vol 2(1)

Loring, M.T. (2003).  Pet Abuse as a Form of Family Violence.  <u>The Journal of  Emotional Abuse:  Interventions, Research & Theories of Psychological Maltreatment, Trauma & Nonphysical Aggression</u>, Vol 3(2).

Loring, M.T. (2005). The Erosion of Trust in the Workplace. In J. Cangemi (Ed.),  <u>Developing Trust in Organizations</u>, p,177-188,  Boston, McGraw Hill.

Loring, M.T., Geffner, R., Marsh, J. (2007). <u>Animal Abuse and Family Violence, Linkages, Research, and Implications for Professional Practice,</u> Binghamton, NY:  Haworth Press.

Loring, M.T., Scardaville, M. (2015). <u>Intimate Coercion: Recognition and Recovery</u>, New York, London: Rowman and Littlefield Publishers.

**<u>RESEARCH</u>**

Loring, M.T., & Walker, J.F. The Role of Trauma in False Sexual Abuse Allegations: Red Flags and Forensic Interviewing in Sexual Abuse Allegations, 2011-2013.

"Trauma, Cocaine Use, and Post-Incident Bizarre Behavior in Family Violence," 2011-2012.

**CURRICULUM VITA/LORING/7**

"Battered Men," 2012-2014.

"Red Flags in Child Sex Abuse Allegations: Decreasing False Reporting by Utilizing History and Current Conditions During Forensic Interviews of Children," 2010.

"Trauma and Abuse: Impact on Human Behavior," 2008-2012.

"Post-incident Bizarre Behavior," 2005-2012.

"Precursors of Relational Trauma and Violence," Emil T Foundation Grant, 2000- 2003.

"Precursors of Violent/Illegal Behavior by Abused Persons; Coercion and Duress," 1997-2000.

"Coercion in the Process of Victim-perpetration," General Research Funds, 1998-2000.

**Exhibit B**

Declaration: Dr. Marti Loring

References

1  Bowlby, J. (2008). *Attachment*. Basic books.

2  Bowlby, J. (1998). *Attachment and loss* (No. 3). Random House.

3  DSM-5 (Diagnostic and Statistical Manual of Mental Disorders: American Psychiatric Association.