# EXPERT DECLARATION OF ALFONSO MERCADO

I, Alfonso Mercado, hereby declare as follows:

1.      I am Associate Professor at the University of Texas-Rio Grande Valley in Edinburg, Texas, where I hold a dual appointment in the Department of Psychological Sciences and in the School of Medicine Department of Psychiatry and Neurology, where I serve as Core Faculty in the Ph.D. Program.  I have been a full-time faculty member at the University of Texas-Rio Grande Valley since 2012 (when it was known as University of Texas – Pan American).   I am licensed as a Psychologist and Professional Counselor by the state of Texas.  I am also a National Register Health Service Psychologist.

2.      I earned my Ph.D. in Clinical Psychology from Fielding Graduate University, Santa Barbara, CA in 2012, where I also received a Master of Arts in Clinical Psychology in 2010.  In 2003, I received a Master of Science in Clinical Psychology with an emphasis in Child & Adolescents, from California Lutheran University, Thousand Oaks, CA, where I also earned my Bachelor of Science in Psychology & Criminal Justice.  My current research focuses on Latino mental health, personality, substance abuse, and multicultural interventions. In addition, I study trauma, cultural values, and health in recent immigrants and refugees.

3.      I have provided psychological services including psychotherapy and psychological assessments to children, adolescents, and adults, many of whom are victims of trauma. I provide treatment in clinical settings, including inpatient and outpatient mental health clinics, hospitals, and integrated healthcare settings.  As a bilingual clinical psychologist living in the Texas/Mexico border community, I have evaluated hundreds of children and families undergoing immigration proceedings. Since May 2018, I have seen an increase in children that were separated from their families.

4.      I consult with Office of Refugee Resettlement (ORR) and complete psychological evaluations to unaccompanied minors and those recently separated from

their families upon seeking asylum. I have been providing psychological consultations to ORR since 2012 in McAllen, Texas.  Most of the children I see through ORR are from Central America and some from other countries and have significant mental health symptoms that require psychological assessment.  To the best of my knowledge, ORR provides general case management personnel and mental health follow up services at the facilities where minors reside, but does not provide specialized trauma-informed mental health care services for minors at these centers.  It is my understanding that some clinicians at these centers are not licensed mental health professionals.  To the best of my knowledge, family detention centers operated by ORR do not routinely provide mental health services.

5.     My declaration is based on the experience accumulated during my education and career as described above, and my meetings with S.Q. and T.B. described below.  Attached hereto as Exhibit A is my Curriculum Vitae.

6.     On July 3, 2018, I conducted separate meetings with S.Q. and T.B. in my office.  S.Q. and T.B. are female adolescents who traveled to the United States with their mothers and attempted to seek asylum at the U.S.-Mexico border with their mothers due to growing violence in home country and being fearful of their lives.  S.Q. and T.B. were each separated from their mothers following entry.

7.     S.Q. and T.B. each reported symptoms including excessive worry, dysphoric mood, crying spells, sleep and appetite disturbances, and fear of the unknown.  Their clinical presentation supported internalizing symptomology stemming from family separation.

8.     I have also evaluated other children since May 2018 whose symptoms support acute stress disorder, posttraumatic stress disorder, anxiety, and depression. I have seen children who had no pre-existing mental health conditions and whose level of functioning has significantly regressed to the point that some children are now non-verbal, soil themselves, and have communication and socializing problems due to

significant trauma experienced caused by family separation. I conduct psychological evaluations to help explain their symptoms and provide treatment recommendations.

9.     It is my opinion that, if family separation is prolonged, S.Q., T.B.. and other similarly situated children will develop increasing mental health symptoms and are at risk of further trauma and onset and development of posttraumatic stress disorder. This continuing separation of parents and children threatens the emotional, cognitive and physical health of the children and their caregivers. Psychological research demonstrates that negative outcomes of children being separated from their parents include psychological distress such as anxiety and depression, behavioral difficulties, attachment disruption, and toxic levels of stress, which can have a seriously destructive impact on their developmental trajectory, academic progress and the ability to establish and maintain healthy relationships.  Children and families run the risk of developing long lasting psychological trauma and untreated mental illness. Additional risks include suicidality, communication and socializing problems, substance abuse, posttraumatic stress disorder, anxiety and depression.  Accordingly, all children who have been separated from their families should be screened for symptoms of trauma and provided treatment as necessary.

10.     S.Q. and T.B. each have a strong attachment to their mother. It is widely accepted that changes in caretakers at the developmental stages have life-long detrimental effects both in terms of emotional coping as well as of the development of the brain's orbital prefrontal cortex (Schore, 1996 among others). Changes in caretakers of child (children) disrupt their ability to establish psychological intimacy and belongingness, which play a powerful role in group formation and maintenance as well as pro-social behaviors (Stern, 2004).  Stress such as that experienced by the loss of a parent may predispose people to develop various behavioral disorders including depression (Sodhi & Sanders-Bush, 2004). The ACE research found that children exposed to trauma such as the loss (separation) of a parent will suffer more illnesses

and injuries throughout their lives and have a shorter life expectancy by as much as twenty years. The harm is cumulative so that each additional trauma multiplies the risk.

11.     The family unit, in general and the parental couple in particular, is the basic unit of psychological well-being for children.  For example, Fivaz-Depeursinge (2001) and others have shown that in the early phases of family formation, there is a three-way system formed that establishes the basis for understanding reciprocity and caring in later life.  It is clear from literature review and clinical experience that the children would suffer developmental damage by the loss of their parents.

12.     It is therefore my professional opinion that S.Q., T.B., and other similarly situated children be reunited with their parents immediately and provided mental health treatment to prevent the ongoing harm caused by the trauma of family separation. Mental health symptoms are likely to increase the longer family separation occurs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 10, 2018, at Edinburg, Texas

_____
Alfonso Mercado

EXPERT DECLARATION OF ALFONSO MERCADO

**Exhibit A**

# CURRICULUM VITAE

## ALFONSO MERCADO, Ph.D.

**OFFICE ADDRESS**

College of Liberal Arts-Department of Psychological Science,
School of Medicine Neurology and Psychiatry Department
The University of Texas-Rio Grande Valley
1201 West University Drive
Edinburg, Texas 78539
Telephone: (956) 665-3320
Fax: (956) 665-3333

**EDUCATION**

Ph.D.,   Clinical Psychology, 2012, Fielding Graduate University, (APA-Accredited),
Santa Barbara, CA
M.A.,   Clinical Psychology, 2010, Fielding Graduate University, (APA-Accredited),
Santa Barbara, CA
M.S.,   Clinical Psychology, emphasis in Child & Adolescents, 2003, California
Lutheran University, Thousand Oaks, CA
B.S.,   Psychology & Criminal Justice, California Lutheran University, Thousand Oaks,
CA

**PROFESSIONAL APPOINTMENTS AND CLINICAL EXPERIENCE**

2018-Present  Associate Professor, University of Texas-Rio Grande Valley, Department
of Psychological Sciences and dual appointment in the School of Medicine
Department of Psychiatry and Neurology, Core Faculty in PhD. Program,
Edinburg, TX (*Associate Effective 8/1/2018*)
2017-2018   Assistant Professor (dual appointment), University of Texas-Rio Grande
Valley, School of Medicine Department of Psychiatry and Neurology,
Edinburg, TX
2015-2018   Assistant Professor (tenure-track), University of Texas-Rio Grande Valley,
Department of Psychological Sciences, (formerly UTPA) Edinburg, TX
2014-Present  Licensed Psychologist, Alfonso Mercado, Ph.D./Valley Psychological
Services, Edinburg, TX
2012-2015   Assistant Professor (tenure-track), University of Texas-Pan
American, Department of Psychology, Edinburg, TX
2012-2014   Postdoctoral Fellow/Provisionally Licensed Psychologist, Lone Star
Training Consortium/Valley Psychological Services, Edinburg, TX
2011-2012   Pre-doctoral Internship, Multicultural Psychology Internship Program of
Massachusetts, School Street Counseling Institute, Behavioral Health
Network, Springfield, MA
2011-2012   Adjunct Faculty, American International College-Psychology Department,

Springfield, MA.

| | |
|---|---|
| 2010-2011 | Licensed Professional Counselor, Tropical Texas Behavioral Health. Youth & Family Services, Edinburg TX. |
| 2008-2010 | Doctoral Practicum. Lone Star Psychology Residency Consortium, Valley Psychological Services, Edinburg, TX |
| 2006-2011 | Adjunct & Lecturer, University of Texas-Pan American, Psychology and Anthropology Department, Edinburg, TX |
| 2006-2010 | Clinical Training Specialist, Tropical Texas Behavioral Health, Edinburg, TX |
| 2005-2006 | Jail Diversion Coordinator, Tropical Texas Behavioral Health, Edinburg, TX |
| 2005-2005 | Adjunct Faculty, Los Angeles Community College District, L.A. Valley College, Hollywood, CA |
| 2003-2005 | Casework Specialist, Intake/Mental Health Program. California Department of Corrections and Rehabilitation, Juvenile Division, Camarillo, CA |
| 2001-2003 | Youth Correctional Counselor, Specialized Counseling/Mental Health Program, California Department of Corrections, Juvenile Division, Camarillo, CA |
| 2000-2001 | Primary Counselor-Supervisor, Foothill Mental Health Center, Sylmar, CA |

**TEACHING EXPERIENCE**

***Graduate Courses***
Clinical Practicum
Group Therapy
Personality Assessment
Advanced Psychological Measurement
Thesis
Research Design-Doctoral Course (*Spanish Course*)

***Undergraduate Courses***
Introduction to Psychology
Lifespan Developmental Psychology
Adolescent Psychology
Test and Measurements in Psychology
Research Seminar
Forensic Psychology (New Course added to UTPA curriculum)

***Guest Lecturing***
Attachment Disorders
Motivational Interviewing
Cognitive Behavior and Dialectical Behavior Therapy
Suicide and Crisis Management
Cultural Diversity and Multicultural Competence

***Visiting Professor***
Universidad Central de Ecuador- Quito, Ecuador

Faculdad De Ciencias Psicologicas, Instituto de Investigacion y Posgrado,
Communicacion De Resultados (November 14, 2016-November 25, 2016)

## PEER-REVIEWED PUBLICATIONS

Venta, A., & **Mercado, A.** (accepted with revisions 2018). Trauma Screening in Recently
Immigrated Youth: Data from Two Spanish-Speaking Samples. *Journal of
Child and Family Studies.* (*Impact Factor 1.386*)

Dávalos-Picazo G., Núñez-Partido, J.P., Colunga-Rodríguez, C., Ángel-González, M.,
Pedroza-Cabrera, F.J, **Mercado, A.,** Vázquez-Colunga, J.C. & Gómez-
Pérez, M.A., (in press 2018). Efecto de la terapia familiar sistémica
sobre síntomas internalizantes y externalizantes en adolescentes, (Effect of
Systematic Family Therapy on Internalizing and Externalizing Symptoms
in Adolescents), *Revista Argentina De Clinica Psicologia.*

**Mercado, A.,** Talavera-Garza, L., Popan, J., Nguyen-Finn, K., Sharma, R. & Colunga-
Rodriguez, C. (online first 2017). Impairment of Functioning and Substance
Use in a Latino Population, *Journal of Ethnicity in Substance Abuse.*
(*Impact Factor 1.03*)

*Briones, M., *Nunez-Saenz, A., *Quijano, M., *Torres, A., & **Mercado, A.** (accepted
2017) Buscando Destino. Book Chapter in *Detained Voices/Voces
Detenidas*; *A Bilingual Anthology*. Eds. M. Feu & A. Venta.

**Mercado, A.,** & *Hinojosa, Y. (2017) Culturally-Adapted Dialectical Behavior Therapy
in an Underserved Community Mental Health Setting: A Latina Adult Case
Study, *Practice Innovations*, 2, 80-93.

Sarabia-Lopez, L.E., Colunga-Rodriguez, C., **Mercado, A.,** Pando-Moreno, M.,
Preciado-Serrano, M.L., Calderon-Mafud, J.L., Galvan-Perez, G.G., Leon-
Navarrete, M.M., & Sarabia-Cruz, D.V. (2017). Association between
psychosocial risk factors and quality of work life in air traffic controllers in
Ecuador. *Psychology*, 8, 1471-1481. (*Impact Factor 1.0*)

**Mercado, A.** & Venta, A. (accepted) (2017) Immigration and Social Justice. Book
Chapter in Gelberg et al., Radical Psychology: Multicultural and Social
Justice Decolonization Initiatives. Lexington Publishers.

**Mercado, A.,** Venta, A., & Irizarry, R. (accepted) (2017). Best Practice and Research
Perspectives with Immigrant Groups, Book Chapter in Zangeneh et al.,
Advances in Mental Health and Addiction, Springer Publications.

**Mercado, A.** (2016). Individual Personality Differences, Substance Abuse, and
the Effect of Acculturation in a Latino Population. *Clinical Health
Psychology: Cultural Perspectives*, 9, 55-87.

Colunga-Rodriguez, C., Orozco-Solis, M.G., Flores-Villavicencio, M.E., Delaroca, J.M.,
Gomez-Martinez, R., **Mercado, A.,** Vasquez-Colunga, Barrera-De Leon,
J.C., Vasquez-Juarez, C.L., & Angel-Gonzalez, M. (2016). Body Image
Perception and Internalization Problem Indicators in Mexican Adolescents.
*Psychology*, 7, 1671-1681. (*Impact Factor 1.0*)

**Mercado, A.,** Romero-Ramirez, M., Sharma, R., Popan, J., & Avalos-Latorre M.L.
(2016). Acculturation and Substance Abuse in a Mexican-American

College sample. *Journal of Ethnicity in Substance Abuse*, 16, 1-17. (*Impact Factor 1.03*)

**Mercado, A.,** Rogers, D., Villarreal, D., Colunga-Rodriguez, C., Terracciano, A., & Finn-Nguyen, K. (2016). Personality and Substance Use in Mexicans and Mexican Americans. *International Journal of Mental Health and Addiction*, 14, 907-920. (*Impact Factor 1.179*)

Turner, E.A., Cheng, H.S., Llamas, J., Tran, A., Hill, K., Loung-Tran, C., Fretts, J.M., & **Mercado, A.** (2016). Factors Impacting The Current Trends in the Use of Outpatient Psychiatric Treatment Among Diverse Ethnic Groups. *Current Psychiatric Reviews*, 12, 199-220. (*Impact Factor 0.59*)

Sutin, A. R., Rogers, D. L., **Mercado, A.,** Weimer, A., Rodriguez, C. C., Gonzalez, M., Robins, R. W., Schwartz, S. J., & Terracciano, A. (2015). The association between personality traits and body mass index varies with nativity among individuals of Mexican Origin. *Appetite*, 90, 74-79. (*Impact Factor 3.125*)

## OTHER PUBLICATIONS

*Salazar, P., *Nunez-Saenz, A., *Torres, A., & **Mercado, A.** (May 2018). Mental Health: A Message to the Public. RGVision Magazine, McAllen, Texas

*Nunez-Saenz, A., *Torres, A., *Salazar, P., & **Mercado, A.** (March 2018). Ending the Silence: Suicide. RGVision Magazine, McAllen, Texas

**Mercado, A.** (February 8, 2018). Mental Health and Treatment in the Rio Grande Valley. The Monitor newspaper, McAllen, Texas

*Martinez, F., *Hinojosa, Y. & **Mercado, A.** (January 2018). Psychology of Success and New Year's Resolutions that work. RGVision Magazine, McAllen, Texas

*Nunez-Saenz, A., *Torres, A., *Quijano, P., *Guardiola, D., *Mata, L., *Aguirre, I., *Djurkovic, J, *Martinez, F., *Ramirez, A. & **Mercado, A.** (November 2017). Anxiety and Holiday Stress. RGVision Magazine, McAllen, Texas

*Nunez-Saenz, A., *Torres, A., *Quijano, P., *Briones, M., *Martinez, C., *Ramirez, A. & **Mercado, A.** (September 2017). Understanding ADHD, ASD, and Dyslexia. RGVision Magazine, McAllen, Texas

*Quijano, P., *Briones, M., *Nunez-Saenz, A., *Torres, A., *Villarreal-Sosa, A., Ramirez, A. & **Mercado, A.** (July 7, 2017). Stress in College: Where it comes from and how to manage it. RGVision Magazine, McAllen, Texas

*Quijano, P., *Briones, M., *Nunez-Saenz, A., *Torres, A., *Villarreal-Sosa, A., & **Mercado, A.** (May 3, 2017). Children and Social Media: Effective Parenting Strategies. RGVision Magazine, McAllen, Texas

*Quijano, P., *Martinez, C., *Briones, M., *Nunez-Saenz, A., *Torres, A., *Garza, B., *Villarreal-Sosa, A., & **Mercado, A.** (March, 2017). Immigration and Mental Health. RGVision Magazine, McAllen, Texas

* Briones, M., *Garduno, M., *Guerra, R., *Hernandez, S., *Nunez-Saenz, A., *Hinojosa, Y., & **Mercado, A.** (January 2017). Combating Depression in the Workplace. RGVision Magazine, McAllen, Texas

*Riplow, J., *Martinez. C., *Garcia, J. & **Mercado, A.** (November 2016). Relationships and Mental Health. RGVision Magazine, McAllen, Texas

McCoy, J., & **Mercado, A.,** (Spring 2016). A New Day is Dawning for the Practice of
Psychology in the Rio Grande Valley. Texas Psychologist, 72, 2, 13-15.

*Rivas, A., *Riplow, J., *Martinez. C., & **Mercado, A.,** (May 2016). Stress & Anxiety:
The Case of Joseph. RGVision Magazine, McAllen, Texas

*Clarke, V, *Gonzalez, M., & *Soto. S., **Mercado, A.,** (March 2016). A Spectrum of
Experiences; Understanding Autism. RGVision Magazine, McAllen, Texas

**Mercado, A.,** (January 2016). Mental Health Disparities in Latino Youth. National
Register Health Service Psychology in FindaPsychologist.org.

*Clarke, V, *Gonzalez, M., *Ruiz, G., & *Soto. S., **Mercado, A.,** (November 2015).
Mental Health in Schools: Tips for Parents and Teachers. RGVision
Magazine, McAllen, Texas.

**Mercado, A.** (September, 2015). Alcohol and Mental Health. RGVision Magazine,
McAllen, Texas.

**Mercado, A.,** & *Ngyuen-Finn, K. (2015). Voices from the field: Practioner's
Suggestions for effective treatment of cultural minority clients. Texas
Psychologist, 68, 2, 10-13.

Butler, E. & **Mercado, A.** (July 2015). The many faces of trauma. RGVision Magazine,
McAllen, Texas.

**Mercado, A.,** *Corro, K., *Orta, M., *Simental, D. (May 2015). Anxiety and the Gym:
How to Cope with Gym Anxiety. RGVision Magazine, McAllen, Texas.

**Mercado, A.** (March 2015). Mental Health and Mental Health Care in the Rio Grande
Valley. RGVision Magazine, McAllen, Texas.

**Mercado, A.** (January 2015). The Holiday Blues and Tackling New Year's Resolutions.
RGVision Magazine, McAllen, Texas.


*denotes student author

**MANUSCRIPTS UNDER REVIEW**

Mercado, A., McCoy, J. *Lopez, R., & *Ngyuen-Finn, K, Medical Contributions to the
Development of ADHD in a Mexican-American Youth Sample. *Journal of
Developmental and Physical Disabilities*.

Rodriguez, C., Dávalos-Picazo G., Núñez-Partido, J.P., Colunga-Rodríguez, C., Ángel-
González, M., Pedroza-Cabrera, F.J, Vázquez-Colunga, J.C. & Gómez-
Pérez, M.A. & Mercado, A. Violencia escolar y consume de sustancias en
adolescents Mexicanos de secundaria, *Saude e Sociedade*.

Mercado, A., Venta, A., Henderson, C., & Pimentel, N. Trauma and Cultural Values in
the Health of Recently Immigrated Families. *Health Psychology*.


**MANUCRIPTS IN PREPERATION**

Mercado, A. & Venta, A. Cultural Competency in Psychological Assessment; Working
Effectively with Latino Groups (ABCT Series Book), *Oxford University
Press*. (Under Contract)

Mercado, A. Stigma and Internalizing Symptomology in Latino IDD Families.

Long, T., Venta, A., & Mercado, A., Mental Health and Campus Experiences of

Immigrant Undergraduate Students.

Mercado, A., Venta, A., & Rodriguez, C., Young Adult Interpersonal, Physical, and Mental Wellbeing Among Mexican Children Left Behind by Migration.

Mercado, A., Dingle, A., & Manzano, D., Effectiveness of Dialectical Behavior Therapy with a Latino sample.

Terracciano, A., Rogers, D., Weimer, A., Mercado, A., Montgomery, G., Personality and Stereotypes of Ethnic Groups: The Role of Acculturation on Average Personality Profiles among Mexican and Mexican Americans.

## PEER-REVIEWED PRESENTATIONS

### Symposia

**Mercado, A.** (2018, October). *Impairment of Functioning and Substance Use in a Latinx* Population. In A. L. Vazquez (Chair) *Latinx substance use across borders: A discussion of early characteristics, academic impairment, and educational considerations.* Symposium accepted for presentation at the biennial conference of the National Latina/o Psychological Association, La Jolla, CA.

**Mercado, A.** (June 14, 2018). *La salud mental del migrante, su impacto social.* Symposium presented at 1er Congreso Internacional de Investigacion en Salud y Desarrollo Humano Sustentable, 8vo encuentro de la Red Cuerpos Academicos e Investigadores para el Desarrollo Humano Sustentable, Guadalajara, Jalisco, Mexico.

**Mercado, A.** (June 13 & 14, 2018). *Estrategias de terapia dialectica conductual aplicada a problemas de salud mental.* Workshop presented at 1er Congreso Internacional de Investigacion en Salud y Desarrollo Humano Sustentable, 8vo encuentro de la Red Cuerpos Academicos e Investigadores para el Desarrollo Humano Sustentable, Guadalajara, Jalisco, Mexico.

*Nuñez-Saenz, A., *Torres. A., & **Mercado, A.** (April 11, 2018). *Predicting the Mental Health of Immigrant and Refugee Central American Families*. Symposia presentation at the Engaged Scholar Symposium of the University of Texas-Rio Grande Valley, Edinburg, TX.

Venta, A., **Mercado, A.,** & *Bailey, C. (November 16, 2017). *The Growing Role of Deportation Fear in Mental Healthcare*. Symposium presentation at the Texas Psychological Association Annual Convention, Houston, TX.

Venta, A., Eagle, M, Fein, R., Magyar, M., **Mercado, A.,** Ratcliff, C., Reuter, T., Ross, L., & Ruths, I. (November 11, 2017). *Developing a Specialty: Early Career Psychologist and Student Forum*. Symposium presentation at the Texas Psychological Association Annual Convention, Houston, TX.

*Quijano, P., *Torres. A., *Nuñez-Saenz, A., *Briones, M., & **Mercado, A.**

(August 12, 2017). *Trauma and Health among Recent Refugees and Immigrant Adults and Children from Central America*. Symposia presentation at the Inaugural Research Symposium of the University of Texas-Rio Grande Valley School of Medicine, Edinburg, TX. (**Award for Best Global Health Oral Presentation*)

**Mercado, A.,** *Cultural Match Theory and Psychotherapy with Mexican American Clients*, in Turner, E.. Tran, A. & Mercado, A. (August 3, 2017), *Evidence-Based Practice with Diverse Groups-Current Trends in Mental Health*, Symposium at the American Psychological Association 125th Annual Convention, Washington, D.C.

**Mercado, A**, Leal, M., & *Garza, B. (July 27, 2017). *Multicultural Considerations in Developmental Disability Evaluations*. Symposium presentation at the American Association of Intellectual and Developmental Disability-Texas Chapter, Houston, TX

**Mercado, A.,** *Hinojosa, Yvette *Daccarette-Fernandez, J., (February 3, 2017). *Dialectical Behavior Therapy and Effective Applications in Clinical Practice*, Symposia, at Tip of Texas Counseling Association, 23rd Annual SPI Counselor's Institute, South Padre Island, TX

**Mercado, A.,** Bonura, E., Cavazos-Gonzalez, C., McCoy, J., & Mireles, G. (November 10, 2016) *Serving the Underserved: Reaching Margins in a Border Community*, 2 hour Symposia, at the Texas Psychological Association Annual Convention, Austin, TX.

**Mercado, A.,** Gelberg, S., Haynes, L., McGraw, R. & *Finn, K., (November 13, 2015) *Post-Colonial Psychology: Towards Social Justice and a New View of Cultural Competence*, 3 hour Symposia, at the Texas Psychological Association Annual Convention, San Antonio, TX.

**Mercado, A.,** *Estrada, A., *Tapia, A., (February 5, 2015). *Dialectical Behavior Therapy: Is a Cultural Adaptation warranted? Preliminary findings of a Treatment Outcome Study*, Symposia, at Tip of Texas Counseling Association, SPI Counselor's Institute, South Padre Island, TX

**Mercado, A.,** Gelberg, S., Haynes, L., Simenson, G., & *Finn, K., (November 15, 2014) *Multicultural Perspectives and Clinical Considerations in the Treatment of Culturally Diverse Groups*, 3 hour Symposia, at the Texas Psychological Association Annual Convention, Houston, TX.

**Mercado, A.** & Manzano, D. (November 14, 2013). *Multicultural Applicability of Dialectical Behavior Therapy: A Spanish Adaptation of a 17-week DBT Group Therapy Modality*. Workshop presentation (two hours) at the Texas Psychological Association Annual Convention, Houston, TX.

**Mercado, A.** et al. (November 15, 2013). *Developing Your Training Goals and Professional Identity after Graduate School and Internship*. Panel presentation at the Texas Psychological Association Annual Convention, Houston, Texas.

**Mercado, A.** (November 2, 2012). *Individual Personality Differences and Substance Abuse and the Impact of Functioning and Acculturation in a Mexican and Mexican American Population*. Paper presentation at the Texas Psychological Association Annual Convention, Austin, TX.

Cook, S., Craig, M., Laviage, M., & **Mercado, A.** (November 4, 2010). *Eliminating Postdoctoral Supervision for Licensure: Considering Possible Advantages and Disadvantages*, Meeting at the Texas Psychological Association Annual Convention, Dallas, TX.

**Mercado, A.**, Lyons, K.L, Haynes, L, Bailey, D., & Arredondo, K (November 6, 2009). *Meeting the Needs of Diverse Populations: Diversity Interventions that Work. Symposium* at the Texas Psychological Association Annual Convention, Houston, TX.

**Mercado, A.**, Rogers. D, Weimer, A., Montgomery, G. (November 5, 2008). *Investigacion del projecto Big-5-University of Texas- Pan American*. Tercer Catedra Nacional en Psicologia, Universidad Autonoma de Nuevo Leon, Monterrey, Mexico.

*denotes student presenter

**Poster presentations**

*Torres, A., *Nunez-Saenz, A., *Salazar, P., **Mercado, A.,** & Venta, A. (October 2018). *Examining Demographics, PTSD, and health of recently arrived Refugees and Immigrants,* Poster Presentation at the National Latino Psychological Association Bi-Annual Convention, San Diego, CA.

*Hinojosa, Y. & **Mercado, A.** (October 2018). *Cultural Adaptation of Dialectical Behavior Therapy: An OCD Latina Case Study,* Poster Presentation at the National Latino Psychological Association Bi-Annual Convention, San Diego, CA.

*Torres, A., *Nunez-Saenz, A., *Salazar, P., **Mercado, A.** & Venta, A. (October 2018). *Examining Gender Differences in PTSD and traumatic experiences among recently arrived Central American Immigrants,* Poster Presentation at the National Latino Psychological Association Bi-Annual Convention, San Diego, CA.

**Mercado, A.,** *Torres, A., *Nunez-Saenz, A., & *Quijano, P. (August 2018). *Predicting the Mental Health of Immigrants and Refugee Central American Children.* Poster presentation at the American Psychological Association 126th Annual Convention, San Francisco, CA.

**Mercado, A.,** *Torres, A., *Nunez-Saenz, A., & *Salazar, P. (July 27, 2018). *Stigma and Internalizing Symptomology in Latino IDD Families*. AAIDD Texas Chapter Annual Convention *"Recover. Rebuild. Rejuvenate."* Corpus Christi, TX.

*Nunez-Saenz, A., *Torres, A., & **Mercado, A.** (April 14, 2018). *Gender Differences in Health among Recently Arrived Central American Immigrants,* South Western Psychological Association Annual Convention, Houston, TX. *Undergraduate Research Award Recipient*

*Djurkovic, J., *Aguirre, I., *Mata, C., *Guardiola, D., *Nunez-Saenz, A., *Torres, A., & **Mercado, A.,** (April 15, 2018). *Traumatic Experiences, Physical Pain, and Gender Differences in a Latino Immigrant Population,* South Western Psychological Association Annual Convention, Houston, TX.

*Torres, A., *Quijano, P, *Nunez-Saenz, A., *Briones, M., & **Mercado, A.** (October 7, 2017). *Deferred Action for Child Arrivals: Mental Health, Awareness, and Resources*, RGV Mental Health Coalition & National Alliance of Mental Illness (NAMI) Annual Conference, Doctors Hospital at Renaissance, Edinburg, TX.

*Aguirre, I., Djurkovic, J., Mata, C., Guardiola, D., & **Mercado, A.,** (October 7, 2017). *Intellectual Disabilities*, RGV Mental Health Coalition & National Alliance of Mental Illness (NAMI) Annual Conference, Doctors Hospital at Renaissance, Edinburg, TX.

*Hinojosa, Y. & **Mercado, A.,** (August 12, 2017). *Dialectical Behavior Therapy: Effectiveness of Cultural Adaptation with a Latina Adult Diagnosed with an Eating Disorder and Depression*. Poster presentation at the Inaugural Research Symposium of the University of Texas-Rio Grande Valley School of Medicine, Edinburg, TX.

**Mercado, A.,** Talavera-Garza, L., Popan, J., Nguyen-Finn, K., & Sharma, R. (August 3, 2017). Impairment of Functioning and Substance Abuse in a Latino Population. Poster presentation at the American Psychological Association 125th Annual Convention, Washington, D.C.

*Hinojosa, Y. & **Mercado, A.,** (August 3, 2017). *Utilizing DBT Group Skills to Treat Depression; A Latina Adult Case Study*. Poster presentation at the American Psychological Association 125th Annual Convention, Washington, D.C.

*Quijano, P., *Briones, M., *Nunez-Saenz, A., *Torres, A, *Villa-Sosa, A., & **Mercado, A.** (April 19, 2017). *Voices of Latin America: A Global Engagement in Restoring Humanity*. 2nd Annual Engaged Scholar Symposium at the University of Texas-Rio Grande Valley, Edinburg, TX.

*Briones, M, *Garduno, M., *Guerra, R., *Hernandez, S., *Nunez-Saenz, A. Y., & **Mercado, A**. (October 21, 2016) *Trauma, Resiliency, and Protective Factors Among Recently Arrived Latin-American Immigrant Mothers*. Tropical Texas Behavioral Health Annual Conference & University of Texas-Rio Grande Valley: Mindscape Behavioral Health Today, South Padre Island, Texas.

*Hinojosa, Y.,*Martinez, C., & **Mercado A.** (October 21, 2016) *Dialectical Behavior Therapy; A Case Study Analysis*. Tropical Texas Behavioral Health Annual Conference & University of Texas-Rio Grande Valley: Mindscape Behavioral Health Today, South Padre Island, TX.

**Mercado, A.,** Romero-Ramirez, M., Sharma, R., Popan, J., & Avalos-Latorre, M.L. (August 4, 2016), *Acculturation and Substance Abuse in a Latino sample.* Poster presentation at the American Psychological Association 124th Annual Convention, Denver, Colorado.

**Mercado, A.,** & Manzaon, D. (August 4, 2016). *Dialectical Behavior Therapy: Exploratory Study of the Effectiveness of a DBT group with a Latino clinical*

*sample,* Poster Presentation at the American Psychological Association 124th Annual Convention, Denver, Colorado.

**Mercado, A.,** Terracciano, A., Rogers, D., Villarreal, D., & Colunga-Rodriguez, C., (August 8, 2015). *Personality and Substance Use in Mexican and Mexican Americans.* Poster presentation at the American Psychological Association 123rd  Annual Convention, Toronto, Canada.

*Lopez, R, *Corro, K., *Orta, M., *Simental, D., & **Mercado, A.** (April 22, 2015*). Medical And Developmental factors in ADHD and Internalizing Disorders in a Latino Sample; a Retrospective Chart Study*. Poster Presentation at the College of Social and Behavior Science Annual Research Conference, Edinburg, Texas.

**Mercado, A.** (July 26, 2014). *Exploratory Study of the Effectiveness of a DBT Group Therapy Modality with a Latino group.* Poster presentation at the American Psychological Association Minority Fellowship Program Psychology Summer Institute, Washington, D.C.

**Mercado, A.** (August 1, 2013). *Individual Personality Differences and Substance Abuse and the Impact of Functioning and Acculturation in a Mexican and Mexican American Population.* Poster presentation at the American Psychological Association 121st Annual Convention, Honolulu, Hawaii.

**Mercado, A.,** Garcia, J., Dantzker, M., & McCoy J. *(*November 4, *2010). Environmental and Medical Contributions to the Development of ADHD in Mexican American Youth,* (2010), Poster Presentation at the Texas Psychological Association 2010 Annual Convention, Dallas, Texas.

*denotes student presenter

## INVITED LECTURES, WORKSHOPS, &  PRESENTATIONS

### Symposia

Mercado, A. (May 19, 2018). *Successful Implementation of Education for Sustainable Development*, International Center for Sustainability Across the Curriculum-Faculty Professional Development Conference, University of Texas Rio Grande Valley, McAllen, TX

Mercado, A. (March 2, 2018). *Cognitive Behavior Therapy: A Depression Protocol*, Neurology and Psychiatry Department, Didactic Seminar, School of Medicine, University of Texas Rio Grande Valley, Harlingen, TX

Mercado, A. (October 27, 2017). *Trauma in Immigrants and Refugees*, South Texas Pro Bono Asylum Representation Project, Workshop, Harlingen, TX

Mercado, A. (October 27, 2017). *Basic Skills in Psychotherapy*, Neurology and Psychiatry Department, Didactic Seminar, School of Medicine, University of Texas Rio Grande Valley, Harlingen, TX

Mercado, A., Pimentel, N., *Torres, A., *Quijano, P, *Nunez-Saenz, A., & *Mata, L. (October 7, 2017). *Mental Health among DACA Immigrants and Refugees*, RGV Mental Health Coalition & National Alliance of Mental Illness (NAMI) Annual Conference, Doctors Hospital at Renaissance, Edinburg, TX.

Mercado, A. & Finn-Nguyen, K. (August 9, 2017). *Work, Life, Balance, and Mental Health*, ADRP Annual Community Partner's Conference, Edinburg, TX

Mercado, A. (May 20, 2017). *Mental Health and Sustainability Efforts in an Underserved Community*, International Center for Sustainability Across the Curriculum: Faculty Professional Development Conference, University of Texas-Rio Grande Valley, McAllen, TX

Mercado, A., Pimentel, Sr. N., Venta, A., & Cardenas, V. (April 26, 2017). *Immigration and Mental Health: Restoring Humanity*, RGV Mental Health Coalition, Symposium at Doctors Hospital at Renaissance, Edinburg, TX

Mercado, A. & Finn-Nguyen, K. (April 7, 2017). *Ethical Perspectives in Cross-Cultural Psychology and Clinical Practice*, Palmer Drug Abuse Program Annual Conference, Edinburg, TX

Mercado, A. (November 22, 2016). *Terapia Dialectica Conductual (DBT): Resultados Prileminares en una poblacion de Latinos en Estados Unidos*, Invited Key Note Speaker at Universidad Central de Ecuador, Facultad De Ciencias Psicologicas, Quito, Ecuador

Mercado, A. & Finn-Nguyen, K. (October 21, 2016). *Ethicultural Perspectives in Clinical Practice*, Tropical Texas Behavioral Health Annual Conference: Mindscape Behavioral Health Today, South Padre Island, TX

Mercado, A., *Benson, D, & *Botello, R. (October 8, 2016). *SBIRT and Motivational Interviewing*, RGV Mental Health Coalition & National Alliance of Mental Illness (NAMI) Annual Mental Health Conference, Doctors Hospital at Renaissance, Edinburg, TX.

Mercado, A., Miller, E., Albert, C., & Flores-Rosales, M., (April 19, 2016). *Stories of the Mind: Mental Health Expert Panel,* Mental Health Outreach Event by University of Texas Counseling and Assessment Center at UTRGV, Edinburg, TX

Mercado, A., Miller, E., Finn-Nguyen, K., & Garcia, E.L., (April 6, 2016). *Sexual Assault-Expert Panel,* Bio Ethics: Beyond Reform: Reimaging American Healthcare, 7th Annual PACE Ethics Conference at UTRGV, Edinburg, TX

Mercado, A., (March 24, 2016). *Dialectical Behavior Therapy: Exploratory Study of the effectives of a DBT group modality with a Latino clinical sample,* UTRGV School of Medicine STITCH Symposium, McAllen Convention Center, McAllen, TX

Mercado, A., (March 19, 2016). *Dialectical Behavior Therapy: Preliminary findings of an Exploratory Study with a Latino clinical sample,* Fielding Graduate University's PhD Clinical Psychology program cluster at UTRGV, Edinburg, TX

Mercado, A. (October 30, 2015). *Depression and Bipolar Disorders in the DSM5 Era*, Tropical Texas Behavioral Health Annual Conference: Mindscape Behavioral Health Today, South Padre Island, TX

Mercado, A. (October 3, 2015). *Suicide and effective crisis management*, RGV Mental Health Coalition Annual Mental Health Conference, Doctors Hospital at Renaissance, Edinburg, TX.

Mercado, A. (September 18, 2015*). Effective Case Conceptualization and Diagnostic Formulations*, Tropical Texas Behavioral Health, Professional Development Workshop for clinicians, Edinburg, TX.

Mercado, A. (September 10, 2015*). Suicide and Suicide Prevention*, Suicide Awareness Event at Hidalgo County Courthouse, Edinburg, TX.

Mercado, A & McCoy, J (August 28, 2015*). Understanding the DSM5: Changes and Clinical Considerations*, Tropical Texas Behavioral Health, Professional Development Workshop for Psychiatrists, Harlingen, TX.

Mercado, A., & McCoy, J. (August 27, 2015). *Neurodevelopmental Disorders in the DSM-5 Era*. South Texas Psychological Association Professional Development Workshop, Edinburg, TX.

Mercado, A. (May 8, 2015). *Co-Occurring Psychiatric Substance Use Disorders and Treatment*. Active Minds Conference, University of Texas-Pan American, Edinburg, TX

Mercado, A & Wortz, K (March 20, 2015). *Motivational Interviewing and Stages of Change Model*. Didactic Clinical Training for Lone Star Doctoral Internship Consortium, Edinburg, TX.

Mercado, A (November 21, 2014). *Best practices and Core Competencies in Suicidality*. Didactic Clinical Training for Lone Star Doctoral Internship Consortium, Edinburg, TX.

Mercado, A. (October 17, 2014). *Dialectical Behavior Therapy and its Multicultural Applicability in Latino Groups*, Workshop at Tropical Texas Behavioral Health: Mindscape Behavioral Health Today, South Padre Island, TX

Mercado, A., Cavasoz-Gonzalez, C, & McCoy, J. (March 27, 2014). *Mental Health Multicultural Interventions, and Clinical Psychology Doctoral Training in South Texas*. The University of Texas-Pan American College of Behavioral Sciences & Health Sciences & Human Services, Annual Research Conference-Panel, Edinburg, TX

Mercado, A. (August 21, 2014). *Multicultural Perspectives and Clinical Considerations in the Treatment of Latino Clients*. Didactic Clinical Training for Lone Star Doctoral Internship Consortium, Edinburg, TX.

Mercado, A., McGraw, P., Rodriguez, D. (August 18, 2014). Mental Health Coalition of Rio Grande Valley, Panel Experts on *Emerging Mental Health Needs in an Underserved Community*, Doctors Hospital at Renaissance Behavioral Health Center, Edinburg, TX.

Mercado, A. (August 8, 2014). *Multicultural Application of DBT: A Spanish Adaptation*. Valley Psychological Services, CEU Workshop, McAllen Chamber of Commerce, McAllen, Texas.

Mercado, A., Sanchez, E., Irigoyen, T, Torres, M., Trejo, B. (June 2, 2014). Mental Health Coalition of Rio Grande Valley, Panel Experts on *Psychiatric stabilizing and staying out of the hospital*, Doctors Hospital at Renaissance Behavioral Health Center, Edinburg, TX.

Mercado, A. (April 8, 2014). *Attachment Disorders*. Guest Lecture at the University of Texas-Pan American Occupational Therapy Program, Edinburg, TX

Mercado, A & Wortz, K (March 12, 2014). *Motivational Interviewing and Stages of Change Model*. Didactic Clinical Training for Lone Star Doctoral Internship Consortium, Edinburg, TX.

Mercado, A & McCoy, J (October 4, 2014*). Understanding the DSM5: Changes and Clinical Considerations*, McAllen, TX.

Mercado, A (September 25, 2013). *Suicide Risk Assessment; best practices and core competencies in suicidality*. Didactic Clinical Training for Lone Star Doctoral Internship Consortium, Edinburg, TX.

Mercado, A.G. (June 15, 2009). *Mental illness and Suicidality*. Workshop at Region One Educational Service Center, Edinburg, TX.

Mercado, A.G. (April 24, 2009). Suicide prevention and awareness among terminally ill clients. Workshop at U.S./Mexico HIV Realities of Medical Case Management Conference. Mission, TX.

Mercado, A.G. (October 1, 2008). *Disaster Mental Health*. Crisis Counseling Assistance and Training Program. Edinburg, TX.

Mercado, A.G. (July 18, 2008). Suicide a National Health Problem. Presentation at the Texas Juvenile Probation Commission-12[th] Annual Drill Instructor Institute. McAllen, TX.

Mercado, A. G. (December, 2007). *Mental Health and Crisis Intervention and Management in Special Populations*. Workshop at the Hidalgo County Sheriff's Department Training Academy. Edinburg, TX.

Mercado, A.G. (November, 2007). *Epidemiology and Treatment of Schizophrenia*. South Texas College. Workshop at the Nursing Health Fair, McAllen, TX.

Mercado, A.G. (November, 2007). *Suicide: A National Public Health Problem*. South Texas College. Workshop at the Nursing Health Fair, McAllen, TX.

Mercado, A.G. (2007). *Adolescent Depression and Suicidality*. Workshop at Hidalgo County Juvenile Probation Department, Edinburg, TX.

Mercado, A.G. (2007*). Depression and Suicide among the Mexican and Mexican-American Population*. Workshops at the Catholic Social Services, San Juan, TX.

Mercado, A.G (2006). *Co-Occurring Psychiatric Substance Abuse Disorders*. Lecture at the University of Texas Pan-American- Nursing Program. Edinburg, TX.

Mercado, A.G (2006). *Effective Treatment Planning with a clinical population*. Cameron County Adult and Juvenile Probation Department. Harlingen, TX.

Mercado, A.G. (2006*). Mental Health, Crisis Intervention and Treatment*. Workshop at the McAllen Police Department. McAllen, TX.

Mercado, A.G. (2006). *Recognizing symptoms of mental health; ADHD, depression and suicide among the teenage population*. Workshop at Donna, San Benito and McAllen ISD. Rio Grande Valley, TX.

Mercado, A. G. (2006-2010). *Psychiatric Rehabilitation, Co-Occurring Psychiatric Substance Abuse Disorders, Case Management, Pharmacology, Treatment Planning & Crisis Screening*. Monthly presentations at Tropical Texas Behavioral Health. Edinburg, TX.

Mercado, A.G. (2005). *MDD, Bipolar & Schizophrenia Etiological factors and Treatment*. Cameron County Juvenile & Adult Probation Department. Harlingen, TX.

Mercado, A.G. (2005) *Correctional Mental Health and effective crisis intervention and management*. Workshop at the California Youth Authority for girls. Camarillo, CA.

## SUPERVISED DISSERTATIONS

Dissertation Committee Co-Chair: Luis Edmundo Sarabia Lopez (*Proposed 12/06/16*). Factores de riesgo psicosocial y calidad de vida laboral en controladores de tráfico aéreo en Ecuador. Centro Universitario de Ciencias de Salud. Universidad de Guadalajara.

Dissertation Committee Member: Andrew Perez (*Defended 05/03/18*). Multicultural Supervision and Perceived Differences on Client Outcome. School of Rehabilitative Services and Counseling, University of Texas-Rio Grande Valley.

Dissertation Committee Member: John Williams (In progress). Attitudes and Satisfaction toward Seeking University Counseling Services. School of Rehabilitative Services and Counseling, University of Texas-Rio Grande Valley.

Dissertation Committee Member: Kim Finn-Nguyen (In progress). Depression, trauma, and substance use disorders among animal care workers who perform euthanasia. School of Rehabilitative Services and Counseling, University of Texas-Rio Grande Valley.

## SUPERVISED THESES

Committee Chair: Ricardo Contreras (*Proposed 5/19/17*; in progress). Therapeutic Alliance and Mood Disorders in a Latino Clinical Sample.
Committee Member: Anna Kushner (MA, 2016). Effects of socioeconomic status on academic performance in higher education with a Latino college student population.
Committee Member: Yolanda Rodriguez (MA, 2014). Anxiety Symptoms among Mexican and Mexican American groups based on Acculturation.
Committee Member: Miguel Reyes (MA, 2013). Examining the Association Between Personality and Alcohol Use Among Mexican Americans: Acculturation and Gender as a Moderator

## SERVICE

| | |
|---|---|
| 2018-Present | Red Cuerpos Academicos e Investigadores Internacionales para el Desarrollo Humano Sustentable, Mexico |
| 2018-Present | International Center-Sustainability Across the Curriculum Ad Hoc Committee-UTRGV |
| 2018-Present | Mexican American Studies (MAS) Faculty Affiliate at College of Liberal Arts, University of Texas-Rio Grande Valley |
| 2018-2018 | APA Division 45 Research Conference Convention Committee Program Reviewer |
| 2018-2018 | National Latino Psychological Association Convention Committee Program Reviewer |
| 2017-2018 | APA Division 45-APA Convention Committee Program Reviewer |
| 2017-Present | Ph.D Core Faculty Committee Member-UTRGV |
| 2017-Present | Program Evaluation Committee, School of Medicine Neurology and Psychiatry Residency Program |
| 2017-Present | Clinical Psychologist Search Committee Chair, Department of Psychological Science, College of Liberal Arts, University of Texas-Rio Grande Valley |
| 2017-Present | Lecturer Annual Review Dept. Committee Member-UTRGV |
| 2017-Present | Search Committee, Department of Psychological Science, College of Liberal Arts, University of Texas-Rio Grande Valley |

| | |
|---|---|
| 2016-Present | Board of Trustee for the Texas Psychological Association (elected) |
| 2016-Present | Texas Psychological Association Professional Development Committee Chair |
| 2016-Present | Texas Psychological Association Education and Training in Psychology Committee |
| 2016-Present | Social Justice Task Force Committee, Texas Psych Association |
| 2015--Present | Academic Internship Initiative, College of Liberal Arts-UTRGV |
| 2015-Present | Texas Psychological Association Annual Convention Committee |
| 2015-Present | American Psychological Association State Leadership Conference Diversity Delegate and Early Career Psychologist for Texas Psychological Association |
| 2015-2016 | Board of Directors for the South Texas Psychological Association |
| 2013-Present | Board of Director for The Women's Hospital at Renaissance Nurse and Family Partnership Program |
| 2013-Present | RGV Mental Health Coalition Annual Conference Committee |
| 2013-Present | Board of Director for RGV Mental Health Coalition |
| 2013-Present | Undergraduate Recruitment Committee, College of Social and Behavioral Sciences, University of Texas Pan American, Edinburg, TX |
| 2013-2014 | Chair, Clinic Committee, Department of Psychology, College of Social and Behavioral Sciences, University of Texas Pan American, Edinburg, TX |
| 2013-Present | Lone Star Doctoral Internship Training Consortium-Committee Guest Member |
| 2013-2014 | Chair Search Committee Department of Psychology, College of Social and Behavioral Sciences, University of Texas Pan American, Edinburg, TX |
| 2012-2013 | Search Committee, Department of Psychology, College of Social and Behavioral Sciences, University of Texas Pan American, Edinburg, TX |
| 2012-Present | Member, Critical Incident Stress Management Team (CISMT), Counseling and Psychological Services, University of Texas Pan American, Edinburg, TX |
| 2012-Present | Graduate Advisory Committee, Department of Psychology, University of Texas Pan American, Edinburg, TX |
| 2007-2009 | Border Issues Research Initiative (2009)-University of Texas-Pan American, Edinburg, TX |
| 2007-2012 | Multicultural Student Association & Cross-Cultural Research Team-Fielding Graduate University, Santa Barbara, CA |

## GRANT REVIEW

Sam Houston State University, Enhancement Research Grant. *First Data on Psychopathology in Unaccompanied Immigrant Minors.*

## PROFESSIONAL DEVELOPMENT

***Professional Licenses***
Licensed Psychologist with HSP, Texas #36771
Licensed Professional Counselor, Texas #64193

***Memberships***
American Psychological Association (APA)
APA Division 45 Society for the Psychological Study of Culture, Ethnicity, and Race
APA Division 37 Society for Child and Family Policy and Practice
National Latino Psychological Association (NLPA)
Association for Psychological Science
Texas Psychological Association (TPA)
South Texas Psychological Association
Society for the Teaching of Psychology- APA Division 2
Psi Chi Psychology Honor Society
Ephebian Honor Society
Alpha Phi Sigma, a Criminal Justice Honor Society

***Ad Hoc Editorial Consultant***
*Journal of Counseling Psychology*
*Journal of Cultural Diversity and Ethnic Minority Psychology*
*International Journal of Mental Health and Addiction*
*Journal of Ethnicity in Substance Abuse*
*Journal of Immigrant and Minority Health*
*Current Drug Abuse Reviews*
*Psychiatric Rehabilitation Journal*

***Regular Editorial Consultant***
*Journal of Latino/a Psychology (*regular reviewer)

***Leadership Positions***
Texas Psychological Association Board of Trustee (elected)-(2016-Present)
RGV Mental Health Coalition President (2016-Present)
Texas Psychological Association Professional Development Chair (2016-Present)
Texas Psychological Association Education and Training Committee (2016-Present)
Diversity Delegate for APA's State Leadership Conference (2015-Present)
South Texas Psychological Association, Board Member (2015-2016)
Mental Health Coalition of South Texas-President Elect (2014-2016)
Texas Psychological Association Diversity Division Co-Chair (2013-Present)
Psychology Clinic Committee Chair at UTPA (2013-2015)
Texas Psychological Association Student Division Past Director (2011)
Texas Psychological Association Student Division Director (2010)
Texas Psychological Association Board Representative-Ex Officio (2010)

***Certifications***
National Register Health Service Psychologist #54742

American Association of Suicidology (AAS) certified
Apply the Quality Matters Rubric for Online Teaching Certification (2017)
Screening, Brief Intervention, & Referral to Treatment (SBIRT) Train the Trainer, NIH
Grant (April 4, 2016)
Mental Health First Aid certified instructor
QPR National Suicide Triage certified instructor

## GRANTS AND AWARDS

- 2018 Recipient of the American Board of Professional Psychology/National Latino Psychological Association and National Register Award: $1,500.00
- University of Texas-Rio Grande Valley Faculty Travel Award (2018): $800.00
- Texas Psychological Association 2017 Outstanding Contribution to Education Award (November 2017)
- Knowledge Award for Excellence in Education and Research- American Association of Intellectual and Developmental Disabilities-Texas Chapter (2017)
- Faculty Excellence Award in Sustainability Education- University of Texas-Rio Grande Valley (2017): $5,000.00
- University of Texas-Rio Grande Valley Engaged Scholar Award Faculty Mentor: $500.00
- Best Oral Presentation Award for Global Public Health at the School of Medicine's Inaugural Research Symposium (August 12, 2017)
- University of Texas-Rio Grande Valley Faculty Travel Award (2017): $600.00
- The Center for Health Equity Research Institute Award (CHER), National Institute of Mental Health, California State University, Long Beach, CA (June 19-24 2017)
- AASHE Centers for Sustainability Across the Curriculum Program Certification, Office of Sustainability at University of Texas Rio Grande Valley (May 2017)
- Office of Global Engagement Faculty Research Grant-University of Texas-Rio Grande Valley; "*New Questions for the Hispanic Health Paradox: Investigating the Roles of Cultural Values and Trauma in Immigrant Groups*" (2016-2017): $2,500.00
- University of Texas-Rio Grande Valley Jr. Faculty Supplemental Travel Award (2016): $500.00
- National Register of Health Service Psychologists, Early Career Psychologist Credentialing Award (2015)
- American Psychological Association's Diversity Leadership Development Institute (2015)
- University of Texas-Pan American Jr. Faculty Supplemental Travel Award (2015): $500.00
- U.S. Department of Health and Human Services; Faculty Loan Repayment Award, Clinical Services Division: $40,000.00 (2014)
- American Psychological Association Minority Fellowship Program PSI Fellow (2014)

- UTPA Faculty Development Program Grant: $2,000.00 (2014); Beck Institute Training and Supervising of CBT with Drs. Judith and Aaron Beck (June 2015)
- American Psychological Association-Early Career Psychologist Award (2013): $1,000.00
- University of Texas-Pan American Jr. Faculty Supplemental Travel Award (2013): $500.00
- California Youth Authority Employee of the Month, October 2003
- Psychology Teaching Enhancement Workshop (2005), San Diego State University
- National Conference on Race and Ethnicity (NCORE) Award Recipient-Fielding-Graduate University (2008)

### *Grants Submitted*

CONTEX-CONACYT-UT System Collaborative Research Grant $80,000.00. Alfonso Mercado, Ph.D. (PI), Cecilia Colunga-Rodriguez (Co-PI), & Amanda Venta Ph.D (Co-PI). Applied March 24, 2017, not funded.

American Psychological Foundation, Trauma Grant $4,000.00. Amanda Venta Ph.D. (Co-PI) and Alfonso Mercado Ph.D. (Co-PI). Applied February 2017, not funded.

National Institutes of Health: Dissemination and Implementation Research in Health-$145,000.00 R03 Grant. Alfonso Mercado, Ph.D (PI) and Arden Dingle (Co-PI). Application completed February 2016, Applied May 2016, not funded.

American Psychological Foundation, Bruce & Jane Walsh Grant $13,000.00. Amanda Venta Ph.D. (Co-PI) and Alfonso Mercado Ph.D. (Co-PI). Applied September 2016, not funded.

Hogg Foundation for Mental Health: Recovery Oriented Mental Health Research Grants in Texas-$22,000.00 Grant. Alfonso Mercado, Ph.D (PI) and Arden Dingle (Co-PI). Application completed February 2016, Applied April 2016, not funded.

The Klingenstein Third Generation Foundation Fellowship in Access to Care-$60,000.00 Grant. Alfonso Mercado, Ph.D (PI) and Arden Dingle (Co-PI). Applied March 1, 2016. It passed second phase but was not funded.

Robert Wood Johnson Foundation: Evaluating High-Value Innovations from Low-Resources Communities-$250,000.00 Grant. Alfonso Mercado, Ph.D (PI) and Arden Dingle (Co-PI). Applied December 10, 2015, not funded.

University of Texas-Rio Grande Valley-Faculty Research Council Internal Grant-$10,000.00. Alfonso Mercado, Ph.D (PI) and Arden Dingle (Co-PI). Applied November 2015, not funded.

Hogg Foundation for Mental Health of Texas-Early Career Research Award-$20,000.00. Alfonso Mercado, Ph.D. (PI). Applied 2013, not funded.