UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MS. J.P., MS. J.O., AND MS. R.M., on behalf of themselves and all other similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>JEFFERSON B. SESSIONS III, ET AL.,<br><br>　　　　Defendants. | Case No. LA CV18-06081 JAK (SKx)<br><br>**ORDER RE: JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO OPPOSE PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION, CLASS CERTIFICATION AND USE OF PSEUDONYMS AND PLAINTIFFS TO REPLY** |

　　　　Based upon the Joint Stipulation submitted by the parties and for good cause shown, IT IS HEREBY ORDERED that:

　　　　1.　　Defendants' time to file oppositions to Plaintiffs' Motions for Preliminary Injunction, Class Certification and Use of Pseudonyms is extended by one-week from August 6, 2018, up to and including August 13, 2018;

　　　　2.　　Plaintiffs time to file their Replies is also extended from August 13, 2018, up to and including August 22, 2018; and

3. The hearing date for the Plaintiffs' Motions remains September 20, 2018, at 1:30 p.m.

IT IS SO ORDERED.

Date: August 3, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE