IRELL & MANELLA LLP
Steven A. Marenberg (101033)
smarenberg@irell.com
Gregory R. Smith (44038)
gsmith@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:  (310) 203-7199

Attorneys for Proposed
Amicus Alliance for Children's Rights
*(Additional Counsel listed on the signature page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MS J.P., MS. J.O., AND MS. R.M., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFFERSON B. SESSIONS III, ATTORNEY GENERAL OF THE UNITED STATES, ET AL,<br><br>Defendants. | Case No. 2:18-cv-06081<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF; PROPOSED *AMICUS CURIAE* BRIEF**<br><br>Date:   September 20, 2018<br>Time:  1:30 p.m..<br>Ctrm:  10B<br>Judge: Hon. John A. Kronstadt |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10556154

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF;
PROPOSED AMICUS CURIAE BRIEF

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, that on September 20, 2018, at 1:30 p.m., in Courtroom 10B of the above titled Court, located at 350 West First Street, Los Angeles, California 90012, the Alliance for Children's Rights (the "Alliance") will and hereby does move this Court for leave to file the attached Brief of *Amicus Curiae* in support of Plaintiffs' motion for preliminary injunction.

A district court has "broad discretion" to consider a brief of an *amicus curiae*. *Hoptowit v. Ray,* 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472, 487 (1995). An *amicus* brief is "frequently welcome … if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 335 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (citations and internal quotation marks omitted); *see also Duronslet v. County of Los Angeles*, 2017 WL 5643144, at *1 (C.D. Cal. Jan 23, 2017) ("[T]his Court finds it preferable to err on the side of permitting such [amicus] briefs."); *Hoptowit*, 682 F.2d at 1260 ("The touchstone is whether the amicus is 'helpful.'").

Here, the Alliance has a special interest, and a special expertise, in promoting and protecting the health and welfare of families. Declaration of Jennifer L. Braun ("Braun Decl.") ¶ 2. Founded in 1992, the Alliance is a nationally recognized nonprofit organization that has assisted over 150,000 children through its advocacy and child welfare expertise. *Id.* Among other things, the Alliance focuses on securing medical coverage and therapies for children separated from their parents in the context of a removal into foster care, supporting children recovering from trauma, and promoting system-wide reform of the child welfare system to promote government policies that will improve children's lives. *Id.* ¶ 3. Since 2005, due to the advocacy of the Alliance, over 11,400 children have received services to overcome, among other issues, the trauma and instability of

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10556154

- 1 -

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF;
PROPOSED AMICUS CURIAE BRIEF

separation from their parents by removal into foster care. *Id.* ¶ 4. In the past fiscal year alone, the Alliance has coordinated 28,000 hours of pro bono legal work, totaling more than $11 million in free legal services to promote the welfare of children. *Id.*

Plaintiffs' motion for preliminary injunction, currently pending before this Court and scheduled to be heard on September 20, 2018, is primarily focused on securing psychological screening and healthcare for children and parents who have suffered trauma as a consequence of Defendants' separation of immigrant children from their parents. Defendants' opposition to Plaintiffs' motion contends that government care and custody of separated children is informed by foster care and child welfare best practices. The Alliance has special expertise in the services and protections afforded children by child welfare law and best practices, and is experienced in advocating for children suffering trauma, particularly in connection with removal and placement into foster care and consequent separation from their parents, as well as in promoting safe and stable family life. *Id.* ¶¶ 3, 5.

The Alliance's proposed *amicus* brief, which has been filed concurrently with this Notice of Motion and Motion, describes the protections for children under federal and state child welfare law. That brief also discusses how, given the evidence of trauma suffered by Plaintiffs and proposed class members, Plaintiffs' requested relief is consistent with those protections and warranted here.

The Alliance's proposed *amicus* brief has not been authored in whole or in part by counsel for a party, and no person or entity other than the Alliance has made a monetary contribution to the preparation of the brief. The brief has been prepared *pro bono* for the Alliance.

Counsel for Plaintiffs have consented to the Alliance filing an *amicus* brief in this case. Counsel for the Alliance and the Alliance's Chief Executive Officer telephoned Counsel for Defendants, Michael Heyse, on Thursday, August 16, 2018

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10556154

- 2 -

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF;
PROPOSED AMICUS CURIAE BRIEF

1  at approximately 9:10 a.m. and left a voice message regarding the filing of the
2  Alliance's proposed *amicus* brief, but to date have not received a response.
3
4  Dated:  August 17, 2018                    Respectfully submitted,
5
                                              IRELL & MANELLA LLP
6
7
8                                             By:    */s/ Steven A. Marenberg*
                                                     Steven A. Marenberg (101033)
9                                                    SMarenberg@irell.com
                                                     Gregory R. Smith (44038)
10                                                   GSmith@irell.com
                                                     Josh B. Gordon (244818)
11                                                   J-Gordon@irell.com
                                                     Lauren Drake (279250)
12                                                   LDrake@irell.com
                                                     Molly Russell (307648)
13                                                   MRussell@irell.com
                                                     Charlotte J. Wen (313572)
14                                                   CWen@irell.com
                                                     Lainie Bird (318044)
15                                                   LBird@irell.com
16
17
18
19
20
21
22
23
24
25
26
27
28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

10556154

- 3 -

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF;
PROPOSED AMICUS CURIAE BRIEF