Amy P. Lally (SBN 198555)
alally@sidley.com
Ellyce R. Cooper (SBN 204453)
ecooper@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595-9500
Facsimile: +1 310 595-9501

Mark Rosenbaum (SBN 59940)
mrosenbaum@publiccounsel.org
Judy London (SBN 149431)
jlondon@publiccounsel.org
Talia Inlender (SBN 253796)
tinlender@publiccounsel.org
Alisa Hartz (SBN 285141)
ahartz@publiccounsel.org
Lucero Chavez (SBN 273531)
lchavez@publiccounsel.org
PUBLIC COUNSEL
610 S. Ardmore Avenue
Los Angeles, CA 90005
Telephone: +1 213 385-2977
Facsimile: +1 213 385-9089

*Attorneys for Plaintiffs*
*Additional Counsel on next page*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. J.P., MS. J.O., AND MS. R.M., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFERSON B. SESSIONS III, ATTORNEY GENERAL OF THE UNITED STATES; KIRSTJEN NIELSEN, SECRETARY OF HOMELAND SECURITY; U.S. DEPARTMENT OF HOMELAND SECURITY, AND ITS SUBORDINATE ENTITIES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. | Case No. 2:18-cv-06081-JAK-SK <br><br> **EXPERT DECLARATION OF MARLEEN WONG (DKT NO. 1-16)** |

1  CUSTOMS AND BORDER
   PROTECTION; ALEX M. AZAR II,
2  SECRETARY OF HEALTH AND
   HUMAN SERVICES; U.S.
3  DEPARTMENT OF HEALTH AND
   HUMAN SERVICES; SCOTT LLOYD,
4  DIRECTOR OF THE OFFICE OF
   REFUGEE RESETTLEMENT; OFFICE
5  OF REFUGEE RESETTLEMENT;
   DAVID MARIN, LOS ANGELES FIELD
6  OFFICE DIRECTOR, U.S.
   IMMIGRATION AND CUSTOMS
7  ENFORCEMENT; LISA VON
   NORDHEIM, WARDEN, JAMES A.
8  MUSICK FACILITY; MARC J. MOORE,
   SEATTLE FIELD OFFICE DIRECTOR,
9  U.S. IMMIGRATION AND CUSTOMS
   ENFORCEMENT; LOWELL CLARK,
10 WARDEN, TACOMA NORTHWEST
   DETENTION CENTER,
11
12         Defendants.

13 Carter G. Phillips*                    Mark E. Haddad (SBN 205945)
14 cphillips@sidley.com                   markhadd@usc.edu
   Jennifer J. Clark*                     Part-time Lecturer in Law
15 jennifer.clark@sidley.com              USC Gould School of Law**
16 SIDLEY AUSTIN LLP                      University of Southern California
   1501 K Street, N.W.                    699 Exposition Blvd.
17 Washington, D.C. 20005                 Los Angeles, CA 90089
18 Telephone: +1 202 736-8000             Telephone: +1 213 675-5957
   Facsimile: +1 202 736-8711
19
20
21
22
23
24
25
26
27
28

Michael Andolina*
mandolina@sidley.com
Timothy Payne*
tpayne@sidley.com
Kevin Fee*
kfee@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: +1 312 853-7000
Facsimile: +1 312 853-7036

Sean A. Commons (SBN 217603)
scommons@sidley.com
Bridget S. Johnsen (SBN 210778)
bjohnsen@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896-6000
Facsimile: +1 213 896-6600

Luis Cortes Romero (SBN 310852)
lcortes@ia-lc.com
Alma L. David (SBN 257676)
adavid@ia-lc.com
IMMIGRANT ADVOCACY &
LITIGATION CENTER, PLLC
19309 68th Avenue South, Suite R-102
Kent, WA 98032
Telephone: +1 253 872-4730
Facsimile: +1 253 237-1591

*Admitted pro hac vice

** Institution listed for identification purposes only

# EXPERT DECLARATION OF MARLEEN WONG

I, MARLEEN WONG, declare as follows:

1.      I am Senior Vice Dean, the David Stein/Violet Goldberg Sachs Endowed Professor of Mental Health, Director of Field Education, Executive Director of the USC Telehealth Clinic, Clinical Advisor, Family Nurse Practitioner Program and former Clinical Advisor to the Cohen Military Clinic.

2.      As an endowed Professor at the Suzanne Dworak Peck School of Social Work at the University of Southern California, I have extensive experience in studying and developing programs that treat the effects of trauma in children.  Many of the programs I have studied and developed have been applied in schools to significantly improve the educations obtained by traumatized children.

3.      I received my Master of Social Work degree from the University of Southern California in 1971 and my doctorate from The Sanville Institute in 2005.

4.      Earlier in my career, I served as Director of Mental Health, Crisis Intervention and Suicide Prevention at the Los Angeles Unified School District (LAUSD).  I also served as Director of School Crisis and Intervention at the National Center for Child Traumatic Stress at the University of California Los Angeles ("UCLA") David Geffen Medical Center.

5.      During my time at LAUSD I directly participated in the conception and development of the Cognitive Behavioral Intervention for Trauma in Schools program, typically referred to as "CBITS."  CBITS is an evidence-based program using cognitive behavioral therapy techniques and skill-based group intervention to relieve symptoms of post-traumatic stress disorder, depression, and general anxiety among children traumatized by violence, bullying, abuse, poverty, and other common sources of trauma, such as homelessness and foster living.  I am also one of the original developers of Psychological First Aid/Listen, Protect, Connect ("PFA/LPC"), which is a school-based universal prevention intervention program for teachers and school staff to use to support, rehabilitate, and educate children who have experienced

trauma.  CBITS and PFA/LPC are two examples of evidence based and evidence informed training, intervention, and treatment programs being successfully implemented across the United States to remedy the debilitating effects of childhood trauma.

6.     Over the course of my career I have been repeatedly consulted by government agencies to develop programs to treat trauma in children.  For example, I have been frequently consulted by the United States Department of Education to assist schools impacted by violence, shootings, terrorism, and natural disasters.  I have also served on the Educational Directorate of the United States Department of Defense to develop materials to support children of parents deployed to war zones such as Iraq and Afghanistan.  I also authored the United States Department of Justice's *COPS in Schools* curriculum on mental health intervention and crisis recovery in schools.  I have advised teachers and school and government officials on the effects of psychological trauma on children throughout the United States as well as Europe, Asia, and Latin America.

7.     I have also served on the Institute of Medicine's Board on Neuroscience and Behavioral Health to develop approaches to remedying public health crises, including childhood trauma.  I continue to serve as Director and Principle Investigator for the USC/LAUSD/RAND/UCLA Trauma Services Adaptation Center for Resilience, Hope and Wellness in Schools, a community-based research partnership and member of the National Child Traumatic Stress Network.  In 2011, I was appointed to the Substance Abuse and Mental Health Services Administration (SAMHSA) National Advisory Council.  I have previously served on the American Psychological Association's Presidential Task Force on Post-Traumatic Stress Disorder and Trauma in Children and Adolescents.

8.     Over the past 30 years I have spoken and testified about issues relating to childhood trauma across the country.  For example, I spoke at the White House and in national town hall meetings during the administrations of presidents Bill Clinton,

George W. Bush, and Barack Obama.  Following the recent Newtown school shooting tragedy, I was invited to White House meetings addressing ways to prepare schools to better deal with traumatic emergencies.

9.     I have received many honors and distinctions for my work on reducing the negative impact of trauma on children.  For example, I received the first Los Angeles County Mental Health Commission's Personal Legacy Award; the Johnson & Johnson and Rosalynn Carter Institute for Human Development Caregiver's Program Award; the Los Angeles City Council and International Soroptomists Woman of Distinction Award; the Los Angeles County Board of Supervisors and the Interagency Council on Child Abuse and Neglect Special Service Award; and the George D. Nickel Award for Outstanding Professional Services by a Social Worker from the California Social Welfare Archives.

10.     I have authored or co-authored over 50 publications relating to the mental health and educational impacts of trauma, including those listed in my curriculum vitae.  Attached as Exhibit B to this Declaration is a list of publications I relied on in preparing this Declaration. In addition to these publications, I relied on my extensive personal knowledge acquired through over forty years of research and experience.

11.     I was asked by Public Counsel and Sidley Austin to explain how trauma affects children's development, the long-term consequences of trauma on children, and the dangers of failing to provide high-quality, family-based interventions for traumas such as those suffered by the children of the Plaintiffs in this case.

### Trauma Explained

12.     Trauma is the neurobiological stress response that occurs when a person experiences or witnesses an event involving life-threatening circumstances or the threat of serious injury that causes him or her to feel intense fear, helplessness, or horror.  Complex trauma occurs when an individual experiences multiple, repeated or prolonged exposure to trauma such that the body's stress response more permanently impacts the development of the brain.

13.     Common sources of trauma include: community violence; domestic violence; physical, psychological, or sexual abuse; parental neglect; poverty, including homelessness; racism and discrimination, and foster care or other transient living situations.  For example, the majority of children exposed to violence display symptoms of psychological trauma.

### Unaddressed Trauma Has Debilitating Effects on Children's Development

14.     Studies have extensively documented the broad range of negative sequelae of trauma exposure for youth, including post-traumatic stress disorder (Berman et al. 1996; Fitzpatrick & Boldizar 1993), anxiety problems (Finkelhor 1995; Osofsky et al. 1993), depressive symptoms (Jaycox et al. 2002; Kliewer et al. 1998; Overstreet 2000), dissociation (Putnam 1997), substance abuse, and aggressive and delinquent behavior.

15.     The majority of children exposed to violence display symptoms of PTSD (Cuffe et al. 1998; Horowitz et al. 1995) and a substantial minority develop clinically significant PTSD (Jaycox et al. 2002).

16.     Following exposure to a traumatic event, some children are more likely to develop PTSD than others.  Youth who are at greater risk for developing PTSD include youth who have experienced multiple traumatic events (Fitzpatrick & Boldizar 1993; Jaycox et al. 2002; Martinez & Richters 1993; Saigh & Bremner 1999; Singer et al. 1995; Stein et al. 2003c; Stein et al. 2001), and youth who experience more severe trauma or are more proximate to the event (Kataoka et al. 2012).

17.     Exposure to chronic traumatic stressors in the developing years can cause brain changes that affect memory and cognition, such as reducing a child's ability to focus, organize, and process information (Van der Kolk 2003), or decreased IQ and impaired school performance.  (Delaney-Black et al. 2002; Grogger 1997; Hurt et al. 2001).  Exposure to violence is also associated with behavioral changes, (Fitzpatrick 1993; Martinez & Richters 1993; Farrell & Bruce 1997; Ruchkin et al. 2007.  Children

experiencing the symptoms of trauma often suffer from an inability to concentrate, flashbacks or preoccupation with trauma.

18.    Children and youth experiencing symptoms of traumatic stress exhibit clusters of behaviors including (1) re-experiencing— flashbacks or preoccupation with trauma or, for children, repetitive play or re-enacting the trauma in play, as well as recurring distressing thoughts, feelings, or nightmares; (2) numbing and avoidance—including avoidance of traumatic reminders or talking about trauma and refraining from participating in activities previously enjoyed; and (3) hyperarousal—such as irritability, anger, inability to concentrate, social agitation, and difficulty sleeping (Kataoka et al. 2012). Likewise, chronic anxiety can disrupt children's ability to regulate emotional states, leading to hypervigilance, emotional numbing, and inattentiveness.

19.    The National Academies of Science, Engineering and Medicine report that young children who are separated from their primary caregivers may potentially suffer mental health disorders and other adverse outcomes over the course of their lives (NASEM, 2016, p. 21-22)…most mental, emotional, and behavioral disorders have their roots in childhood and adolescence (NRC and IOM, 2009, p. 1), and childhood trauma has emerged as a strong risk factor for later suicidal behavior (IOM, 2002, p. 3).

20.    The children who have been separated from parents may also have trauma histories which add to the complexity of risk factors. They may have witnessed domestic abuse or been subjected to the terror of civil unrest, war or crime in their countries of origin. In the perilous journey across borders, physical abuse and sexual assault of women and children have often been reported. In the process of arrest or in the detention centers, young children may be witness to violence between adults and other youths. Assessment for trauma and early intervention are indicated with health education support for parents, teachers and others on how to support the healing process once reunification has occurred.

21.     It has been documented that children who are separated from parents and detained in a low-support environment with insufficient supervision places them at increased risk of PTSD, depressive disorders, physical and emotional abuse by untrained adults and other detainees. (Matthew Hodes, "Psychopathology in refugee and asylum seeking children," in Michael Rutter et al. (eds.), Rutter's Child and Adolescent Psychiatry (Wiley-Blackwell, 2009).

22.     The increasing number of adverse childhood experiences - sudden parental separation of indeterminate length in conditions of inadequate attention to safety, health care, supervision, clothing, nutrition, and movement to unknown locations -are a potent list for disruption in normal development, childhood depression, psychological and physical regression, anger, aggression, constant fear and anxiety. The negative impact of parental separation on the cognitive and emotional functioning of children can have lasting effects through childhood and adolescence as well as into adulthood, and contribute to lower academic achievement, attachment difficulties, and poor mental health. (Israel Bronstein and Paul Montgomery, "Psychological distress in refugee children: a systematic review," Clinical Child and Family Psychology Review 14, no. 1 (2010)

**Forcible separation of families inflicts severe trauma**

23.     Forcible separation of families inflicts severe trauma on children and parents.  The bond between caregiver and child is critical for the child's sense of safety and well-being.  When that bond is interrupted through a violent or forcible separation, the child experiences severe neurobiological stress causing the child to feel intense fear, helplessness, or horror.  Such stress is particularly acute for children who have experienced other traumas, such as witnessing violence, sexual abuse, or forced detention, which are common experiences for migrant children fleeing violence and persecution.

24.     Prolonged exposure to such stress has a debilitating effect on children even after the particular traumatic event is over.  Children separated from their parents

EXPERT DECLARATION OF MARLEEN WONG

exhibit the behaviors detailed above typical of children experiencing the symptoms of traumatic stress.  They can suffer anxiety, sleep disturbances, emotional changes such as aggression, withdrawal, and fear.  They also suffer difficulties in reasoning, thinking, learning, and communication, and a decline in educational achievement.

25.     Reunification with caregivers is the first necessary step in mitigating the trauma these children experienced.  However, reunification with caregivers is not enough to mitigate the effects of the forced separation.  It is essential to intervene and treat the trauma as early as possible so that the child can function adaptively and feel less consumed by the traumatic event.  Effective psychosocial interventions can mitigate the long-term effects of trauma exposures.  Early intervention is effective in reducing the negative effects of trauma on children's development.  Without such trauma treatment programs, the effect of the forcible separation on these children will be debilitating and will cause them life-long harm.

26.     Therapy needed to begin the healing process should ideally take place outside the detention centers.  Addressing and ameliorating the neglectful and potentially harmful effects of separation can only take place when children have been reunited with parents, not in the environment in which the harm, threat, fear and failure of reunion continues to cause traumatic experiences.

27.     I am experienced in designing trauma treatment programs and offer my services to the court to ensure that these children receive the treatment they need.

28.     I agree with Dean Luis H. Zayas that without appropriate treatment, "The harm our government is now causing will take a lifetime to undo."


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on July 10, 2018, in Los Angeles, California.

EXPERT DECLARATION OF MARLEEN WONG

1

Marleen Wong

2     Marleen Wong

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXPERT DECLARATION OF MARLEEN WONG

**Exhibit A**

## Curriculum Vitae:  Marleen Wong, Ph.D.

## March 2018

| NAME | POSITION TITLE: Senior Associate Dean, Stein/Sachs Endowed Professor of Mental Health/Director of Field Education/Executive Director USC Teleheath Clinic, Clinical Advisor, Nurse Practitioner Program, USC - University of Southern California, Suzanne Dworak Peck School of Social Work; PI and Director, USC Trauma Services Adaptation Center for Resilience in Schools munities, National Child Traumatic Stress Network/SAMHSA/US Dept. of HHS |
|---|---|
| Wong, Marleen, Ph.D., LCSW | |
| University of Southern California | |
| 669 W. 34th Street, MRF 224 | |
| Los Angeles, California 90089 | |
| 213.740.0840 | |
| marleenw@usc.edu | |

EDUCATION/TRAINING

| INSTITUTION AND LOCATION | DEGREE | YEAR | FIELD OF STUDY |
|---|---|---|---|
| California State University at Fresno, Fresno, CA | BA | 1969 | Social Welfare |
| University of Southern California, Los Angeles, | MSW | 1971 | Social Work |
| California Institute for Clinical Social Work/Sanville Institute, Berkeley, CA | PhD | 2005 | Clinical Social Work |

LICENSURE:
California Board of Behavioral Sciences            1974 – Present Licensed Clinical Social Worker
                                                                          LCSW #4604

CREDENTIALS:
University of Southern California                        California Commission on Teacher Credentialing
         "           "           "                                    1980 Pupil Personnel Services Credential
                                                                          1980 Health Services Credential
California Lutheran University                             1998 Tier I, Preliminary Administrative Credential
LAUSD Administrative Academy                        2001 Completed
California State University at Dominguez Hills    2004 Tier II Professional Administrative Credential

## Positions and Employment

| | |
|---|---|
| 1971-1974 | Outpatient Psychotherapist, Dept. of Adult Psychiatry, St. John's Hospital, Santa Monica, CA |
| 1974-1994 | Practitioner, Private Practice, Beverly Hills, CA |
| 1979-1993 | Psychiatric Social Worker, School Mental Health Programs, Los Angeles Unified School District (LAUSD) |
| 1993-2001 | Director of Mental Health, District Crisis Teams, and Suicide Prevention Programs, LAUSD |
| 1999-2005 | Trainer, Community Oriented Policing in Schools Program, US Dept of Justice |
| 2001-2005 | Director, School Crisis/Disaster Recovery, National Center for Child Traumatic Stress, UCLA Geffen Medical School and Duke University |
| 2001-2008 | Director, Crisis Counseling & Intervention Services and District Crisis Teams, LAUSD |
| 2005-present | Director and PI, LAUSD Trauma Services Adaptation Center for Schools and Communities, National Child Traumatic Stress Initiative, SAMHSA |
| 2008-2012 | Assistant Dean, Clinical Professor and Director of Field Education, University of Southern California (USC), School of Social Work |
| 2012-2015 | Senior Associate Dean, Clinical Professor and Director of Field Education, University of Southern California (USC), School of Social Work |
| 2016-present | Senior Vice Dean and Director of Field Education |
| 2016-2017 | Clinical Advisor, Cohen Military Clinic |
| 2017-present | Executive Director, USC Telehealth Clinic |
| 2017-present | David Stein/Violet Goldberg Sachs Endowed Professor of Mental Health201 |

2017 present   Clinical Advisor, Family Nurse Practitioner Program

**Current Professional, Academic, Community-related, and Scientific Member Affiliations**

      National Association of Social Workers -

      Council for Social Work Education, National Council on Field Education

      North American Network of Field Educators (NANFED)

      California and Southern California Consortia of Field Directors

      Society of Social Work Research

      California Association of School Social Workers

      National Center for School Crisis and Bereavement, Advisory Board

      The Melissa Foundation, Scientific Board

**<u>Other Experience and National Activities</u>**

| | |
|---|---|
| 1994-2008 | Member, US Dept. of Education, National Assessment and Crisis Response Response to multiple school shootings, including Thurston High School, Columbine High School, Red Lake, MN., Dover, TN, etc., |
| 1998 | US Dept. of Education, Washington, D.C., Consultation with Secretary of Education Dr. Richard Riley to recommend changes in national school safety policy and programs |
| 1998 | National Town Hall Meetings convened by the Vice-President, San Francisco and Los Angeles, Invited Speaker on School Safety |
| 1998 | White House Conference on School Safety and Violence Prevention, Speaker |
| 1999 | White House Conference on Mental Health, Invited Participant |
| 1999 | Executive Office of the President, Office of National Drug Control Policy, Bi-National Drug Demand Reduction Conference, Tijuana, Mexico, Speaker |
| 1999-2005 | US Department of Justice, COPS in Schools Initiative - Author, Mental Health Curriculum; MH Trainer for 9,000 law enforcement officers across the United States and US Territories |
| 2000 | American Academy of Pediatrics National Expert Panel, Injury Prevention |
| 2000 | U.S. Surgeon General's Conference on Children's Mental Health, Washington, D.C., Invited Participant |
| 2000 | US Surgeon General's Work Group on Eliminating Stigma, Invited Member |
| 2001 | Consultant- U.S. Dept. of Education, NY Board of Education Schools – Developing School District Recovery Post 9/11 |
| 2001 | Friends of Los Angeles School Mental Health Organization – Annual Crisis Team Award Established in Honor of Marleen Wong |
| 2002 | Homeland Security/Dept of Justice – Development of School Safety and Anti-Terrorism Preparedness – "National Expert" Speaker on DVD Production "What If?" |
| 2002 | Webcast/Weblink:  Conference Sponsored by the US Dept of Education, the Harvard School of Public Health, The Prevention Institute, Inc., and the Education Development Center, Inc. "Integrating MH into School Crisis and Disaster Recovery Plans:  The 3Rs to Dealing with Trauma in Schools:  Readiness, Response and Recovery" |
| 2002-2003 | Consultant – Educational Opportunities Directorate, Dept. of Defense/Pentagon Development of DoD website materials and Educator Guides for children of deployed military personnel |
| 2002-2005 | Member, Institute of Medicine, Board on Neuroscience and Behavioral Health |
| 2002-2003 | Member, Institute of Medicine, Work Committee on the development of the publication: "Responding to the Psychological Consequences of Terrorism" (2003) |
| 2003-2007 | Robert Wood Johnson Clinical Scholars Program, UCLA Geffen School of Medicine      Co-Chair, Program Policy Advisory Committee      Co-Chair, Community Advisory Committee      Member, Research Advisory Committee |

| | |
|---|---|
| 2004-2008 | Consultant/Trainer – U.S. Dept. of Education, Development of the Curriculum and National Training Program - Emergency Response and Crisis Management Initiative/Readiness and Emergency Management in Schools |
| 2005 | US Dept. of Education Webcast/Weblink:  The Process of Recovery in Schools after Crises and Disasters |
| 2005 | White House Conference on Helping America's Youth, Washington, DC, Invited Participant |
| 2005 | Columbia University, Member, Working Group on Children as Intended Targets of Terrorism, National Center for Disaster Preparedness, New York, New York |
| 2005 | Consultant to state superintendents of education and affected schools, US Dept. of Education, Travel through Texas, MS, Alabama and Louisiana Schools Enrolling Students Evacuated from Hurricane Katrina |
| 2005 | SAMHSA Webcast – Effects of Disasters on Children in Schools |
| 2005 | Consultant, State of Louisiana Department of Education, Crisis Response and Recovery Post-Hurricanes Katrina and Rita |
| 2005 | UCLA/RAND NIMH Quality Forum, Member of the Planning Council for Intermediate and Long-Term MH Outreach and Support Services for Victims of Hurricane Katrina |
| 2005 | White House Conference on Helping America's Youth, Washington, DC  Howard University |
| 2005 | NIMH Outreach Partnership Program, Annual Meeting, Invited Presentation:  Evidenced based School Practices for Children and Trauma |
| 2006 | Consultant, Bailey Colorado, School Shooting |
| 2006 | Invited Speaker, SAMHSA Spirit of Recovery Conference, New Orleans – "Children and Trauma" |
| 2006 | SAMHSA webcast/weblink – "Children and Trauma:  Helping Schools Recovery from Disaster" |
| 2006 | Invited Speaker - National Center for Children in Poverty – Forum, Columbia University, New York - Strengthening Federal, Tribal, State and Local Policies to Support Children, Youth and Families Who Experience Trauma, "Evidence Based Trauma Treatments in Schools" |
| 2006 | White House Conference on School Safety Speaker on Panel with President George W. Bush: Working Together To Make Our Schools Safe/Lessons Learned and Speaker on Panel with US Secretary of Education Dr. Margaret Spellings and Attorney General Alberto Gonzalez: The Short- And Long-Term Needs Of Schools and Communities Following Traumatic Events |
| 2006 | Center for School Mental Health Analysis and Action, Baltimore, MD – Presentation "Cognitive Behavioral Intervention for Trauma in Schools - CBITS in Baltimore and Los Angeles: An Evidence Based Trauma Intervention for Culturally and Linguistically Diverse Students" |
| 2006 | Consultant, Murder of Student, School in the Golan Heights, Israel; Meeting with National School Officials, Ministry of Education, Jerusalem |
| 2007 | Outstanding Alumna, "Top Dog" Madden Library Nominee, California State University at Fresno |
| 2008 | White House Conference on Helping America's Youth, Portland, Oregon |
| 2008 | Trained over 100 School Psychologists from Dept. of Defense Dependents Schools (DoDDS) from around the world, Washington, DC |
| 2008 | Consultation - Threat Assessment and Crisis Recovery, DoDDS Europe - Executive Leadership, Wiesbaden, Germany |
| 2008 | Moderator on Mental Health and Education Policy Research Panel – Issues and Future Directions, MacArthur Foundation "Fundamental Policy" Conference, Spotlight on Mental Health Washington, DC |
| 2008 | Member, Presidential Task Force on Posttraumatic Stress Disorder and Trauma in Children and Adolescents, American Psychological Association's (APA) |
| 2008 | Trained 100 Elementary and Middle School Counselors from DoDDESS schools across the US Atlanta Georgia |
| 2008 | Provided response and training to medical, psychiatric and volunteer workers in Sichuan Province, China after the Great Sichuan Earthquake |
| 2008 | Co-Author of Psychological First Aid:  Listen, Protect, Connect – a population based strategy for disaster response and recovery – Guidance materials added to 3 websites:  US Dept of Homeland Security, US Dept of Education and the California Department of Mental Health, Disasters Response and Recovery |

| | |
|---|---|
| 2009 | Traveled around the world to meet with administrators in DoDEA Schools in Asia, Europe, and the US – Trained principals, counselors, school psychologists in trauma prevention and early interventions and school threat assessment protocols |
| 2009 | Returned to Sichuan Province to continue training to medical, psychiatric and volunteer workers after the Great Sichuan Earthquake |
| 2009 | Provided consultation to Chinese researchers at South China Normal University in Guangzhou, China in the development of their studies on the psychological trauma of child and adult survivors of the Sichuan EQ |
| 2009 | Appointed to the Education Subcommittee of the National Commission on Children and Disasters |
| 2009 | Appointed as a Subject Matter Expert (SME) in the area of at-risk populations by the Disaster Mental Health (DMH) Subcommittee of the National Biodefense Science Board (NBSB), a federal advisory committee mandated by the Pandemic and All-Hazards Preparedness Act (Section 402, P.L. 109-417) and tasked with providing expert advice and guidance to the Secretary of the U.S. Department of Health and Human Services on scientific, technical, and other matters of special interest to the Department regarding current and future chemical, biological, nuclear, and radiological agents, whether naturally occurring, accidental, or deliberate |
| 2010 | Invited speaker at the 15th Anniversary of the Great Hanshin Earthquake – International Symposium, Kobe, Japan |
| 2010 | Appointed to workgroup to establish criteria for Military Social Work practice for the Council on Social Work Education |
| 2010 | US Department of Education, Trainer for the Readiness and Emergency Management Grant on Child Bereavement and Trauma in Schools |
| 2010 | Consultant, US Department of Education, on BP Oil Spill – Meeting with state education leaders from Alabama, Florida, Louisiana and Mississippi to assess student and faculty needs and assist with creating a mental health recovery program in schools |
| 2010 | Panelist in SAMHSA sponsored Women and Health event at CBS Television City in Los Angeles with over 17 screenwriters and studio executives.  Focus on women's health and child trauma issues to inform accurate depictions in screenwriting, television and film production |
| 2010 | Expanded USC School of Social Work Responsibilities as Assistant Dean for Field Education in 4 Academic Centers located at the University Park Campus, San Diego, Orange County, West Los Angeles and the first top 10 "Virtual Academic Center" – distance education MSW program now available in over 40 states in the US and Canada. |
| 2010 | CSWE Presentation on Integrating Trauma in the Curriculum with Virginia Strand, Ph.D., Professor at Fordham University School of Social Service, Robert Abramovitz, M.D., Professor at Hunter College School of Social Work and Christopher Layne, Ph.D., Program Director of Treatment and Intervention Development, UCLA/Duke National Center for Child Traumatic Stress |
| 2011 | Consultant, US Department of Education on Deep Water Horizen Spill - Meeting with state education leaders from Alabama, Florida, Louisiana and Mississippi to assist with creating a mental health recovery program on Caregiver/Compassion Fatigue in schools |
| 2011 | USAid/US State Department Conference – International Disaster Response and Recovery In China and Japan" |
| 2011 | Webinar, National Child Traumatic Stress Network, Developing a School Based Recovery Program in the Aftermath of 9/11" |
| 2011 | Invited Panelist, Psychological First Aid for Schools, USC Global Conference, Hong Kong PRC |
| 2011 | Invited Speaker, Vancouver School District "Impact of Violence Exposure and Psychological Trauma in Schools", Vancouver, Canada |
| 2011 | Keynote Speaker – "Trauma Leaves Children Behind", National School Mental Health Conference, Charleston, South Carolina |
| 2011 | Appointed Member, National Advisory Council, Substance Abuse and Mental Health Services Administration, US Dept. of Health and Human Services |
| 2012 | Consultant/Invited Speaker - National Mental Support Center for School Crisis, Osaka Kyoiku (Education) University, Osaka Japan |

| 2012 | Roundtable on Social Work and Science, National Academy of Social Work |
| 2012 | Keynote Speaker – A Brief History of Childhood Traumatic Stress/Workshops on Secondary Trauma and Psychological first Aid, Kentucky Behavioral Conference |
| 2012 | US Dept. of Justice, Defending Childhood Initiative/Expert Work Group |
| 2012 | US Dept. of Justice, Defending Childhood Initiative/Speaker on Children Exposed to Violence Webinar |
| 2012 | US Dept. of Education, Consultant, Curriculum Developer and Trainer on Secondary Trauma Among K-12 educators |
| 2012 | US Dept. of Education, WebinarTrainer on Secondary Trauma |
| 2012 | Beijing, Chengdu, Chonqing, Hong Kong, People's Republic of China/Taipei, Kaoshung, Taiwan Multiple dates/consultation on the development of social work MSW programs at various Chinese and Taiwanese universities |
| 2012-13 | Multiple on ground consultations on Recovery Process, Sandy Hook Elementary School, Newton CT |
| 2013 | Speaker at Confidential CT State Security Summit on Newtown CT |
| 2013 | Invited testimony/CT Governor Malloy's Commission on Sandy Hook, Hartford CT. |
| 2013 | Invited testimony/White House Meeting on Emergency Management, Washington, DC |
| 2013/16 | Appointed Member, University of Montana, Native American Trauma Healing Council |
| 2013/16 | Scientific Advisory Board Member, The Melissa Institute for Violence Prevention, Miami Florida |
| 2013-16 | Advisory Board Member, The National Center for School Crisis and Bereavement, USC |
| 2013 | Speaker at Confidential CT State Security Summit on Newtown CT massacre |
| 2013/14 | Invited testimony/Governor Malloy's Commission on Sandy Hook, Hartford CT. Child Trauma After Violent School Attacks/Long Term Strategies for School Recovery After Violent School Attacks |
| 2013 | Invited Speaker/White House Summit on Emergency Management after the Sandy Hook Tragedy, Washington, DC |
| 2013 | Invited Commentary- Archives of the Oklahoma City Memorial – Disaster Response and Recovery after the Bombing of the Murrah Federal Building, Oklahoma City, Oklahoma |
| 2014 | Invited Testimony as a scheduled subject matter expert witness to the US Attorney General's Advisory Committee on Indian/Alaska Native Children Exposed to Violence. |
| 2015 | Invited Speaker, White House Summit on Rethinking Discipline, Washington, DC |
| 2016 | Invited Testimony to The Assistant Secretary for Planning and Evaluation (ASPE), the principal advisor to the Secretary of the U.S. Department of Health and Human Services on policy development/responsible for major activities in policy coordination, legislation development, strategic planning, policy research, evaluation, and economic analysis. Invited recommendations for funding formulas and policy development for behavioral health in K-12 schools. |
| 2016 | Consultation with survivors of San Bernardino Terrorist Attack |
| 2017 | Consultation with the Clark County School District on behalf of the survivors of the Las Vegas Concert Massacre |
| 2018 | Kaiser Grand Rounds – Santa Rosa California, Response and Recovery after Wildfires |
| 2018 | SAMHSA Subject Matter Expert Meeting – Developing Trauma Informed Schools |
| 2018 | Planning Committee of the National Center for Child Traumatic Stress (NCCTS) to serve as an Expert Panelist in preparation for the National Child Traumatic Stress Network (NCTSN) *Supporting Trauma-Informed Schools to Keep Students in the Classroom* Breakthrough Series Collaborative Duke University, Durham, North Carolina. |
| 2018 | Training for the South Korean National School Mental Health Center on Developing Trauma Informed Schools |
| 2018 | Subject Matter Expert Panel on Creating, Supporting and Sustaining Trauma-Informed Schools: A Systems Framework/Inteagrating SEL with Trauma Informed Approaches |

## Honors

| 1998 | The Jules Levine Outstanding Field Instructor Award, Amigos de la Humanidad, University of Southern California |

| | |
|---|---|
| 1998 | Southern California Psychiatric Society, Outstanding Individual Contribution to the Field of Mental Health |
| 1998 | County of Los Angeles, Commendation for Outstanding Service to the People of the County of Los Angeles |
| 1999 | Asian Pacific Coastal (APAC) Mental Health Service Outstanding Contributions to the Asian Pacific Community |
| 1999 | Superintendent's Commendation for Special Contributions to the Students of the Los Angeles Unified School District |
| 2000 | Los Angeles County Mental Health Commission, Year 2000 Inaugural Personal Legacy Award For Accomplishments in the Fields of Education and Mental Health |
| 2001 | National Education Association, National Delegate Assembly "The Power of Community Heroes" |
| 2001 | Rosalynn Carter Caregiver's Program Award |
| 2003 | Woman of Distinction Award, County of Los Angeles |
| 2003 | International Soroptomists Award for Women of Distinction |
| 2007 | Los Angeles County Board of Supervisors Commendation |
| 2007 | InterAgency Council on Child Abuse and Neglect Commendation |
| 2008 | Distinguished Visiting Professor, University of Iowa, College of Public Health |
| 2010 | Evis Coda Award for Outstanding Contributions to the Field of Child Mental Health, Los Angeles Child Guidance Clinic |
| 2012 | Jean Sanville Award |
| 2012 | Asian Pacific Islander Social Work Caucus, Service Visionary Award |
| 2012 | USC School of Social Work, Dean's Award for Creativity and Leadership |
| 2013 | George W. Nickel Award for Outstanding Contributions to Social Welfare, Social Welfare Archives |
| 2017 | David Stein/Violet Goldberg Sachs Endowed Professor of Mental Health |
| 2018 | Blue Ribbon Panel on School Safety, City Attorney of Los Angeles |

**Selected peer-reviewed publications (in chronological order).**

1. Wong M. Earthquake and Safe Schools Training. Federal Emergency Management Agency (FEMA) Compendium of Exemplary Programs.
2. Wong M. Mental Health Interventions. In Cops in Schools Curriculum. US Department of Justice. 1999.
3. Wong M. Critical Incident Stress Debriefing in Schools, the Sanford Model. National School Safety Center Update. 2000.
4. Wong M. When the Unthinkable Happens. American School Board Journal. 2001
5. Wong M. Jane's School Safety Handbook. London: Jane's Information Group. 2002.
6. Wong M. Jane's Safe School's Planning Guide. London: Jane's Information Group. 2004
7. Wong M. Jane's Teacher's Safety Guide. London: Jane's Information Group. 2004
8. Stein BD, Kataoka S, Jaycox L, Wong M, Fink Arlene, Escudero P, Zaragoza  C. Theoretical Basis and Program Design of a School Based Mental Health Intervention for Traumatized Immigrant Children: A Collaborative Research Model. *J Behav Health Serv Research.* 2002;29:318-326.
9. Jaycox L, Stein BD, Kataoka S, Wong M, Fink A, Escudero P, Zaragoza C. Violence exposure, PTSD, and depressive symptoms among recent immigrant school children. *J Am Acad Child Adolesc Psychiatry,* 2002;41:1104-1110.
10. Kataoka S, Stein BD, Jaycox L, Wong M, Escudero P, Tu W, Zaragoza C, Fink A.  A School-Based Mental Health Program for Traumatized Latino Immigrant Children.  *J Am Acad Child Adolesc Psychiatry,* 2003;423:11-318.
11. Stein BD, Jaycox L, Kataoka S, Wong M, Tu W, Elliott M, Fink A.  A Mental Health Intervention for Schoolchildren Exposed to Violence: A Randomized Controlled Trial. *JAMA*, 2003;290:603-611.
12. Kataoka S, Stein BD, Lieberman R, Wong M.  Suicide Prevention in Schools: Are We Reaching Minority Youths? *Psychiatric Services*, 2003;54:1444.
13. Stein BD, Kataoka S, Jaycox L, Steiger EM, Wong M, Fink A, Escudero P, Zaragoza C.

The Mental Health for Immigrants Project: Program Design and Participatory Research in the Real World," In M.D. Weist, S. W. Evans, N.A. Lever (Eds.), *Handbook of School Mental Health Advancing Practice and Research.* Kluwer Academic/Plenum Publishers, New York, New York. 2003; 179-190.

14. Wong M, Stein BD, Kataoka S, Steiger EM, Fink A. A Guide for Intermediate and Long-Term Mental Health Services after School-Related Violent Events. SAMHSA Website.

15. Dean KL, Stein BD, Jaycox L, Kataoka SH, Wong M. Acceptability of Asking Parents About Their Children's Traumatic Symptoms, *Psychiatr Ser.* 2004;55:866.

16. Wong M. Commentary:  Building Partnerships Between Schools and Academic Partners to Achieve a Health Research Agenda.  *Ethnicity and Disease.* 2005;16:89-97.

17. Jaycox LH, Kataoka SH, Stein BD, Wong M, Langley A.  Responding to the Needs of the Community: A Stepped Care Approach to Implementing Trauma-Focused Interventions in Schools. *Emotional and Behavioral Disorders in Youth.* 2005;5:85-88.

18. Wong, M. Commentary: Building partnerships between schools and academic partners to achieve a health-related research agenda. *Ethn Dis.* 2006;16:S149-153.

19. Wong M, Rosemond M, Stein BD, Langley AK, Kataoka S, Nadeem E. School-based intervention for adolescents exposed to violence. *The Prevention Researcher.* 2007;14:17-20.

20. Young BH, Ruzek JI, Wong M, Salzer M, Naturale A. Disaster mental health training: Guidelines, considerations, and recommendations. In E.C. Ritchie, P.J.Watson, & M.J. Friedman (Eds.), *Interventions following mass violence and disasters,* New York:Guilford Press. 2006; 54-79.

21.  Dean, K., Langley, A., Kataoka, S., Jaycox, L. H., Wong, M. & Stein, B.D. (2008).  School-based disaster mental health services: Clinical, policy, and community challenges.  *Professional Psychology: Research and Practice, 39*(1), 51-57

22. Wong, M.  (2009).  Interventions to reduce psychological harm from traumatic events among children and adolescents, a commentary on the application of findings to the real world of schools, American Journal of Preventive Medicine, 35(4), 398-400

23. Stein, B. D., Jaycox, L. H., Langley, A., Kataoka, S. H., Wilkins, W. S., & Wong, M. (2007). Active parental consent for a school-based community violence screening:  comparing distribution methods. *Journal of School Health, 77(3),* 116-120

24. Kataoka, S.H., Langley, A Stein, B.D., Jaycox, L, Zhang, L, Sanchez, N, Wong, M (2009). Violence exposure and PTSD: The role of English language Fluency in Latino children.  *Journal of Child and Family Studies 18,* 334-341.

25 Jaycox  L.H, Langley A.K., Stein B.D., Wong, M., Sharma, P., Scott, M., Schonlau, M.  (2009). Support for Students Exposed to Trauma: A pilot study. *School Mental Health, 1*(2), 49-60.

26 Kataoka, S., Nadeem, E., Wong, M., Langley, A., Jaycox, L., Stein, B. & Young, P. (2009) Improving disaster mental health care in schools: a community-partnered approach. *Am J of Prev Med;* 37(6S1): 225-229.

27 Kataoka, S.H., Langley, A Stein, B.D., Jaycox, L, Zhang, L, Sanchez, N, Wong, M (2009). Violence exposure and PTSD: The role of English language Fluency in Latino children.  *Journal of Child and Family Studies 18,* 334-341.

28 Jaycox  L.H, Langley A.K., Stein B.D., Wong, M., Sharma, P., Scott, M., Schonlau, M.  (2009). Support for Students Exposed to Trauma: A pilot study. *School Mental Health, 1*(2), 49-60.

29 Dean, K., Langley, A., Kataoka, S., Jaycox, L. H., Wong, M. & Stein, B., (2009) School-Based Disaster Mental    Health Services: Clinical, Policy, and Community Challenges.  *Professional Psychology: Research and Practice.*

29 Stein, B.D., Kataoka, S.H., Hamilton, A.B., Schultz, D., Ryan, G., Vona, P., Wong, M. (2010) School Personnel Perspectives on their School's Implementation of a School-Based Suicide Prevention Program. *The Journal of Behavioral Health Services & Research* 37:3 (July 2010) 338-349.

30  Kataoka S, Jaycox LH, Wong M, Nadeem E, Langley A, Tang L, Stein BD.  Effects on school outcomes in low-income minority youth: preliminary findings from a community-partnered study of a school trauma intervention.  *Ethnicity & Disease, 2011;* (Supp 21); 71-77.

31 Kataoka S, Langley AK, Wong M, Baweja S, Stein BD.  (2011) Responding to students with Posttraumatic Stress Disorder in Schools.  *Child and Adolescent Psychiatric Clinics of North America, 21*(1) 119-133.

32 Jaycox, L.H., Kataoka, S.H., Stein, B.D., Langley, A.K., Wong, M. (2012).  Cognitive Behavioral Intervention for Trauma in Schools.  *Journal of Applied School Psychology;* 28(3): 239-255.

33. Wong M, Nadeem, E. Responding to the challenges of Preadolescence. In R.C. Talley, R.J.V. Montgomery (Eds.), *Caregiving Across the Lifespan:  Research, Practice, and Policy*. New York:Springer Press. 2013; 47-59.

34. Ramirez, M, Wu, Y, Kataoka, S, Wong, M, Yang, Jingzhen, Peek-Asa, Corinne, Stein, B (2012) Youth Violence across Multiple Dimensions: A Study of Violence, Absenteeism, and Suspensions Among Middle School Children *Journal of Pediatrics*, 2012;161:542-

35. Jaycox, L. H., Langley, A. K., Stein, B.D., Kataoka, S. H. & Wong, M.  (2014).  Early intervention for abused children in the school setting.  In:  Reece, R. M., Hanson, R. F. & Sargent, J. (Eds)  Treatment of Child Abuse: Common Ground for Mental Health, Medical and Legal Practitioners, 2nd Edition.  Baltimore, MD:  Johns Hopkins University Press.

36. Jaycox, L.H., Stein, B.D. & Wong, M.  (2014). School intervention related to school and community violence.  Child and Adolescent Clinics of North America, 23: 281-293.

37. Nadeem, E., Jaycox, L. H., Langley, A. K., Wong, M., Kataoka, S. H., & Stein, B. D. (2014). Effects of Trauma on Students: Early Intervention Through the Cognitive Behavioral Intervention for Trauma in Schools. In Handbook of School Mental Health (pp. 145-157). Springer US.

38. Vona P, Wilmoth P, Jaycox LH, McMillen J, Kataoka SH, Wong M, DeRosier ME, Langley AK, Kaufman J, Tang, L, Stein  BD. (2014) A web-based platform to support the implementation of an evidence-based mental health  intervention: lessons from the CBITS website. *Psych Services. 65*(11): 1381-1384.

39. Hydon, S., Wong, M., Langley, A. K., Stein, B. D., & Kataoka, S. H. (2014). Preventing Secondary Traumatic Stress in Educators. *Child and Adolescent Psychiatric Clinics of North America*.

40 Vona P, Jaycox LH, Kataoka SH, Stein BD, Wong M. (2017) Supporting Students Following School Responses to Crises:  From the Acute Aftermath through Recovery: In: Beidas RS eds. *School Mental Health for Adolescents*. Oxford University Press. New York, NY

41 Grolnick WS, Schonfeld DJ, Schreiber M, Cohen J, Cole V, Jaycox L, Lochman J, Pfefferbaum B, Ruggiero K, Wells K, Wong M. (2018) Improving adjustment and resilience in children following a disaster: Addressing research challenges. *American Psychologist.*

42 Wong M, Vona P. Hydon S. (in press) Child Traumatic Stress, PTSD and Depression – Effects on Classroom Learning and Behavior. In Raines JC eds. *Evidence-based Practice in School Mental Health: Addressing DSM-5 Disorders in Schools.* Oxford University Press. New York, NY

43 Vona P, DeRosier M, Wong M, Stein BD. (under review). Factors associated with use of a web-based platform that supports training and implementation of an evidence-based school intervention for trauma. *Social Work Journal*

## Ongoing Research Support

1) U79 SM061270-01          Wong (PI)                    9/30/16-9/29/21
SAMHSA/National Child Traumatic Stress Network  $3 M
**USC Trauma Services Adaptation Center for Resilience, Hope and Wellness in Schools and Communities This Trauma Services Adaptation** (TSA) center is the only school-based site in the National Child Traumatic Stress Network.  The TSA provide national leadership to 1) assist NCTSN sites to develop, implement, evaluate, and disseminate trauma-informed services for schools, 2) develop the spectrum of school based trauma informed resilience and early interventions for K-12 students in public schools, particularly those serving children of military personnel, 3) build and enhance child trauma curriculum in schools of social work 4) expand training from agency sites to graduate students of social work, clinical psychology and child psychiatry as part of a pre-service workforce develoment initiative 5) create a web-based training site for providers wishing to implement the Cognitive Behavioral Intervention for Trauma in Schools (CBITS)

## Previous Research Support

1) Director, LA SBIRT Regional Network,   Wong (USC Co-PI)            10/1/13-9/30/16  SAMHSA
PI Dr. Timothy Fong UCLA Geffen School of Medicine
Funded by a three year SAMHSA grant, the Los Angeles SBIRT Network develops, implements, and evaluates SBIRT training for students from UCLA medical residencies, nursing, USC social work and school counseling throughout the Los Angeles area.  After SBIRT training, students implement SBIRT practices during their

internships, which will lay the foundation for them to incorporate SBIRT into their practice.  SBIRT trainings are conducted through online training modules and through in-person SBIRT training events held by the Los Angeles SBIRT Training Team.  Skills learned in training include learning how to use evidence-based screening tools, brief behavioral interventions, preparing patients for referrals and linking patients quickly and reliably into treatment. Students trained in SBIRT practices will be able to participate in the Los Angeles SBIRT Learning Community, a network of expert addiction treatment professionals, school administrators, healthcare professionals and community advocates.  An Annual Los Angeles SBIRT Summit, a multidisciplinary conference will be held for the purpose of bringing the latest research to enhance the knowledge, skills and practice of providers.

2)  DoDEA                          Wong (USC Co-PI)              6/14/10-8/31/14
DoDEA contract number HE1254-10-1-004/Subaward from Fallbrook Union Elementary School District $7.6M

**Building Capacity to Create Highly Supportive Military-Connected School Districts: The Integration of Local School Data, Community Supports, Evidence-based Programs, and Empowerment Strategies** is based on a model implemented successfully throughout Israel. The $7.6M DoDEA initiative is a partnership between eight military-connected districts and the University of Southern California (USC). It will identify and provide appropriate supports for military students by (1) creating a clearinghouse of evidence-based best practices (EBP), (2) helping stakeholders, select the most appropriate EPBs, and (3) assisting the districts in their implementation. Support to military students and their families includes 72,000 contact hours from a cadre of 30 Master of Social Work interns and their mentors. USC has augmented the California Healthy Kids Survey with a Military Module that will be disseminated throughout California.

**Exhibit B**

## List of Works Consulted

Berman SL, Kurtines WM, Silverman WK, Serafini LT. The impact of exposure to crime and violence on urban youth. Am J Orthopsychiatry 1996;66:329-36.

Cuffe SP, Addy CL, Garrizon CZ, et al. Prevalence of PTSD in a community sample of older adolescents. J Am Acad Child Adolesc Psychiatry 1998;37:1353- 61.

Delaney-Black V, Covington C, Ondersma SJ, Nordstrom-Klee B, Templin T, Ager J, et al. Violence exposure, trauma, and IQ and/or reading deficits among urban children. Arch Pediatr Adolesc Med 2002;156:280-85.

Farrell AD, Bruce SE. Impact of exposure to community violence on violent behavior and emotional distress among urban adolescents. J Clin Child Psychol 1997;36:2-14.

Finkelhor D. The victimization of children: a developmental perspective. Am J Orthopsychiatry 1995;65(2):177-93.

Fitzpatrick KM, Boldizar JP. The prevalence and consequences of exposure to violence among African-American youth. J Am Acad Child Adolesc Psychiatry. 1993;32:424-30.

Grogger J. Local violence and educational attainment. J Hum Resour 1997;32:659- 82.

Horowitz K, Weine S, Jekel J. PTSD symptoms in urban adolescent girls: compounded community trauma. J Am Acad Child Adolesc Psychiatry 1995;34:1353-61.

Hurt H, Malmud E, Brodsky NL, Giannetta J. Exposure to violence: psychological and academic correlates in child witnesses. Arch Pediatr Adolesc Med 2001;155:1351-56.

Jaycox LH, Stein BD, Kataoka SH, Wong M, et al. Violence exposure, posttraumatic stress disorder, and depressive symptoms among recent

immigrant schoolchildren. J Am Acad Child Adolesc Psychiatry 2002;41:1104-10.

Kataoka S, Langley AK, Wong M, Baweja S & Stein BD. Responding to students with posttraumatic stress disorder in schools. Child Adolesc Psychiatric Clinics N Am 2012;21:119-33.

Kliewer W, Lepore SJ, Oskin D & Johnson PD. The role of social and cognitive processes in children's adjustment to community violence. J Consulting Clin Psychol 1998;66:199-209.

Martinez P, Richters JE. The NIMH Community Violence Project, II: children's distress symptoms associated with violence exposure. Psychiatry 1993;56:22-35.

Osofsky JD, Wewers S, Hann DM, Fick AC. Chronic community violence: what is happening to our children? Psychiatry 1993;56:36-45.

Overstreet S. Exposure to community violence: defining the problem and understanding the consequences. J Child Family Stud 2000;9(1).

Putnam FW. Dissociation in Children and Adolescents: A Developmental Perspective. New York: Guilford; 1997.

Ruchkin V, Henrich CC, Jones SM, Vermeiren R, Schwab-Stone M. Violence exposure and psychopathology in urban youth: the mediating role of posttraumatic stress. J Abnormal Child Psychol 2007;4:578-93.

Saigh PA, Bremner JD. The history of posttraumatic stress disorder. In: Posttraumatic stress disorder: A comprehensive text. Needham Heights, MA: Allyn & Bacon; 1999;1-17.

Singer MI, Anglin TM, Song L, et al. Adolescents' exposure to violence and associated symptoms of psychological trauma. JAMA 1995;273:477.

Stein BD, Jaycox LH, Kataoka SH, et al. Prevalence of child and adolescent exposure to community violence. Clin Child Fam Psychol Rev 2003c;6:247.

Stein BD, Zima BT, Elliott MN, et al. Violence exposure among school-age children in foster care: relationship to distress symptoms. J Am Acad Child Adolesc Psychiatry. 2001;40:588.

Van der Kolk BA. The neurobiology of childhood trauma and abuse. Child Adolesc Psychiatr Clin N Am 2003;12:293-317.