Amy P. Lally (SBN 198555)
alally@sidley.com
Ellyce R. Cooper (SBN 204453)
ecooper@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595-9500
Facsimile: +1 310 595-9501

Mark Rosenbaum (SBN 59940)
mrosenbaum@publiccounsel.org
Judy London (SBN 149431)
jlondon@publiccounsel.org
Talia Inlender (SBN 253796)
tinlender@publiccounsel.org
Alisa Hartz (SBN 285141)
ahartz@publiccounsel.org
Lucero Chavez (SBN 273531)
lchavez@publiccounsel.org
PUBLIC COUNSEL
610 S. Ardmore Avenue
Los Angeles, CA 90005
Telephone: +1 213 385-2977
Facsimile: +1 213 385-9089

*Attorneys for Plaintiffs*
*Additional Counsel on next page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. J.P., MS. J.O., AND MS. R.M., on behalf of themselves and all others similiarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFERSON B. SESSIONS III, ATTORNEY GENERAL OF THE UNITED STATES; KIRSTJEN NIELSEN, SECRETARY OF HOMELAND SECURITY; U.S. DEPARTMENT OF HOMELAND SECURITY, AND ITS SUBORDINATE ENTITIES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. | Case No. 2:18-cv-06081-JAK-SK<br><br>**DECLARATION OF LUCERO CHAVEZ**<br><br>Date: September 20, 2018<br>Time: 1:30 p.m.<br>Judge: Hon. John A. Kronstadt<br>Courtroom: 10B |

**DECLARATION OF LUCERO CHAVEZ**

| | |
|---|---|
| 1  | CUSTOMS AND BORDER PROTECTION; ALEX M. AZAR II, SECRETARY OF HEALTH AND HUMAN SERVICES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; SCOTT LLOYD, DIRECTOR OF THE OFFICE OF REFUGEE RESETTLEMENT; OFFICE OF REFUGEE RESETTLEMENT; DAVID MARIN, LOS ANGELES FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; LISA VON NORDHEIM, WARDEN, JAMES A. MUSICK FACILITY; MARC J. MOORE, SEATTLE FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; LOWELL CLARK, WARDEN, TACOMA NORTHWEST DETENTION CENTER,  Defendants. |

| | |
|---|---|
| Carter G. Phillips* | Mark E. Haddad (SBN 205945) |
| cphillips@sidley.com | markhadd@usc.edu |
| Jennifer J. Clark* | Part-time Lecturer in Law |
| jennifer.clark@sidley.com | USC Gould School of Law** |
| SIDLEY AUSTIN LLP | University of Southern California |
| 1501 K Street, N.W. | 699 Exposition Blvd. |
| Washington, D.C. 20005 | Los Angeles, CA 90089 |
| Telephone: +1 202 736-8000 | Telephone: +1 213 675-5957 |
| Facsimile: +1 202 736-8711 | |
| | |
| Michael Andolina* | Luis Cortes Romero (SBN 310852) |
| mandolina@sidley.com | lcortes@ia-lc.com |
| Timothy Payne* | Alma L. David (SBN 257676) |
| tpayne@sidley.com | adavid@ia-lc.com |
| Kevin Fee* | IMMIGRANT ADVOCACY & |
| kfee@sidley.com | LITIGATION CENTER, PLLC |
| SIDLEY AUSTIN LLP | 19309 68th Avenue South, Suite R-102 |
| One South Dearborn | Kent, WA 98032 |
| Chicago, IL 60603 | Telephone: +1 253 872-4730 |
| Telephone: +1 312 853-7000 | Facsimile: +1 253 237-1591 |
| Facsimile: +1 312 853-7036 | |

**DECLARATION OF LUCERO CHAVEZ**

Sean A. Commons (SBN 217603)
scommons@sidley.com
Bridget S. Johnsen (SBN 210778)
bjohnsen@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896-6000
Facsimile: +1 213 896-6600

*Admitted pro hac vice

** Institution listed for identification purposes only

**DECLARATION OF LUCERO CHAVEZ**

# DECLARATION OF LUCERO CHAVEZ

1. I, Lucero Chavez, make this declaration based on my own personal knowledge, and if called as a witness, I could and would testify to the following matters:

2. I am an attorney licensed to practice law in the State of California. I am a senior staff attorney in the Immigrants' Rights Project at Public Counsel in Los Angeles, California. I have been practicing in immigration law for 7.5 years.

3. I represent J.P. in this lawsuit, and I conducted an interview with her on August 17, 2018. J.P. speaks the Mayan dialect of Q'eqchi' and understands very little Spanish and no English. J.P. does not know how to read or write. I spoke to J.P. through a Q'eqchi' interpreter. The interpreter was on the telephone and was a professional interpreter through a private translation service

4. J.P. and her fifteen-year-old daughter L.P. traveled to the United States together, but were apprehended and separated on or around May 21, 2018. Because of J.P.'s language limitations, throughout their journey to the United States, L.P. served as J.P.'s interpreter and voice until J.P. and her daughter were separated by immigration officials.

5. While she was in detention, J.P. was not given any documents in her dialect and was not taken to see anyone who spoke her dialect. J.P. did not receive any mental health screening form. J.P. was not offered any assistance by detention center staff in even being able to contact her daughter let alone in accessing mental health services to deal with the trauma of having her daughter taken from her. J.P. tells me that the only people who helped her were the attorneys who came to see her.

6. When J.P. was finally reunited with her daughter, both were sobbing. J.P. tells me she tries not to remember the time she was separated from her daughter because it hurt her so much. She continues to be scared of being separated from her daughter again.

7. When J.P. thinks about her forceful separation from her daughter, it pains her, she tells me it makes her very sad to think about. When she thinks about her immigration court case, she is scared that officials will once again take L.P. from her

without telling her what is going to happen or whether she will see her again. J.P. still feels anxious about the separation, her words quicken as she describes her need to be with her daughter and slows and drops in volume when she recounts the separation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 22, 2018 at Los Angeles, California.

*/s/ Lucero Chavez*
Lucero Chavez.