1  Amy P. Lally (SBN 198555)
   alally@sidley.com
2  Ellyce R. Cooper (SBN 204453)
   ecooper@sidley.com
3  SIDLEY AUSTIN LLP
   1999 Avenue of the Stars, 17th Floor
4  Los Angeles, CA 90067
   Telephone: +1 310 595-9500
5  Facsimile: +1 310 595-9501

6  Mark Rosenbaum (SBN 59940)
   mrosenbaum@publiccounsel.org
7  Judy London (SBN 149431)
   jlondon@publiccounsel.org
8  Talia Inlender (SBN 253796)
   tinlender@publiccounsel.org
9  Alisa Hartz (SBN 285141)
   ahartz@publiccounsel.org
10 Lucero Chavez (SBN 273531)
   lchavez@publiccounsel.org
11 PUBLIC COUNSEL
   610 S. Ardmore Avenue
12 Los Angeles, CA 90005
   Telephone: +1 213 385-2977
13 Facsimile: +1 213 385-9089

14 *Attorneys for Plaintiffs*
15 *Additional Counsel on next page*

16

17                    **UNITED STATES DISTRICT COURT**

18                    **CENTRAL DISTRICT OF CALIFORNIA**

19

| MS. J.P., MS. J.O., AND MS. R.M., on behalf of themselves and all others similarly situated, | Case No. 2:18-cv-06081-JAK-SK |
|---|---|
| Plaintiffs, | **PLAINTIFF'S FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS** |
| v. | **(FRCP RULE 34)** |
| JEFFERSON B. SESSIONS III, ATTORNEY GENERAL OF THE UNITED STATES; KIRSTJEN NIELSEN, SECRETARY OF HOMELAND SECURITY; U.S. DEPARTMENT OF HOMELAND SECURITY, AND ITS SUBORDINATE ENTITIES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. | |

20
21
22
23
24
25
26
27
28

---

CUSTOMS AND BORDER
PROTECTION; ALEX M. AZAR II,
SECRETARY OF HEALTH AND
HUMAN SERVICES; U.S.
DEPARTMENT OF HEALTH AND
HUMAN SERVICES; SCOTT LLOYD,
DIRECTOR OF THE OFFICE OF
REFUGEE RESETTLEMENT; OFFICE
OF REFUGEE RESETTLEMENT;
DAVID MARIN, LOS ANGELES FIELD
OFFICE DIRECTOR, U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT; LISA VON
NORDHEIM, WARDEN, JAMES A.
MUSICK FACILITY; MARC J. MOORE,
SEATTLE FIELD OFFICE DIRECTOR,
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT; LOWELL CLARK,
WARDEN, TACOMA NORTHWEST
DETENTION CENTER,

Defendants.

Carter G. Phillips*
cphillips@sidley.com
Jennifer J. Clark*
jennifer.clark@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736-8000
Facsimile: +1 202 736-8711

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
Part-time Lecturer in Law
USC Gould School of Law**
University of Southern California
699 Exposition Blvd.
Los Angeles, CA 90089
Telephone: +1 213 675-5957

Michael Andolina*
mandolina@sidley.com
Timothy Payne*
tpayne@sidley.com
Kevin Fee*
kfee@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: +1 312 853-7000
Facsimile: +1 312 853-7036

Sean A. Commons (SBN 217603)
scommons@sidley.com
Bridget S. Johnsen (SBN 210778)
bjohnsen@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896-6000
Facsimile: +1 213 896-6600

Luis Cortes Romero (SBN 310852)
lcortes@ia-lc.com
Alma L. David (SBN 257676)
adavid@ia-lc.com
IMMIGRANT ADVOCACY &
LITIGATION CENTER, PLLC
19309 68th Avenue South, Suite R-102
Kent, WA 98032
Telephone: +1 253 872-4730
Facsimile: +1 253 237-1591

*Admitted pro hac vice*

** *Institution listed for identification purposes only*

PROPOUNDING PARTY:     Plaintiffs MS. J.P., MS. J.O., AND MS. R.M.,

RESPONDING PARTY:     Defendants

SET NO.:     ONE

**PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS
(SET ONE)**

Pursuant to Federal Rule of Civil Procedure 34, Plaintiffs Ms. J.P., Ms. J.O., and Ms. R.M., on behalf of themselves and all others similarly situated, hereby request that Defendants produce for inspection and photocopying all documents and tangible things responsive to the categories described below at the offices of Sidley Austin LLP, at 555 West Fifth Street, Suite 4000, Los Angeles, CA 90013, within thirty (30) days of service of this Request for Production of Documents.

## DEFINITIONS

1.    "COMMUNICATION(S)" means the transmittal or receipt of information (in the form of facts, ideas, inquiries or otherwise).

2.    "DEFENDANTS" means:  Jefferson B. Session III, Attorney General of the United States; Kirstjen Nielsen, Secretary of Homeland Security; United States Department of Homeland Security, and its subordinate entities; U.S. Immigration and Customs Enforcement; U.S. Customs and Border Protection; Alex M. Azar II, Secretary of Health and Human Services; U.S. Department of Health and Human Services; Scott Lloyd, Director of the Office of Refugee Resettlement; David Marin, Los Angeles Field Office Director, U.S. Immigration and Customs Enforcement; Lisa von Nordheim, Warden, James A. Musick Facility; Mark J. Moore, Seattle Field Office Director, U.S. Immigration and Customs Enforcement; Lowell Clark, Warden, Tacoma Northwest Detention Center.

3.    "DOCUMENT(S)" is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Fed. R. Civ. P. 34(a)(1)(A).  A draft or non-identical copy is a separate document within the meaning of this term.

4.    "IDENTIFY" means to give, to the extent known, the person's full name, present or last known address, and telephone number.

5.    "POSSESSION" refers both to Your actual and constructive possession.

1

6.     "PUTATIVE CLASS MEMBER" as used herein shall refer to the persons belonging to the class proposed and defined in Plaintiffs' Notice of Motion and Motion for Class Certification.  (D.E. 81.)

7.     "RELATING TO" includes without limitation: concerning, constituting, containing, embodying, identifying, dealing with, reflecting, mentioning, defining, explaining, evidencing, discussing, commenting upon, constituting, monitoring, supporting, evidencing, modifying, contradicting, quoting, criticizing, describing, creating or maintaining, bearing upon, relating to, referring to, having any relationship to, constituting a basis for, deriving or arising from, or in any manner whatsoever pertinent to that subject.

8.     "YOU or YOUR" shall mean all Defendants as well as their predecessors and successors, subordinates, subordinate entities, employees, agents, attorneys, investigators, representatives, and any other person hired or employed by, or acting or purporting to act, on their behalf.

9.     "ZERO TOLERANCE SEPARATION" shall mean the United States Government's pattern, practice, or policy of separating migrant parents and children held in immigration detention without a showing that the parent was unfit or presented a danger to the minor child that preliminarily enjoined in *Ms. L. v. U.S. Immigration and Customs Enforcement*, No. 3:18-cv-00428, D.E. 83 (S.D. Cal. June 26, 2018) (Sabraw, J.).

## **INSTRUCTIONS**

1.     Each request calls for production of all DOCUMENTS in your possession, custody, or control.

2.     The terms "ALL," "ANY," and "EACH" shall each be construed as encompassing any and all.

2

3.      The terms "AND" and "OR" shall be interpreted conjunctively or disjunctively, whichever would bring within the scope of each request documents that otherwise might not be considered to be within the scope of the request.

4.      The use of the singular form of any word includes the plural and vice versa.

5.      Unless otherwise noted in a Request, the relevant time period for purposes of these requests begins January 20, 2017.

**REQUEST FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1**

Documents sufficient to identify all putative class members.

**REQUEST FOR PRODUCTION NO. 2**

All documents relating to the decision to adopt the Zero Tolerance Separation Policy, including but not limited to documents related to the potential effects of the Zero Tolerance Separation Policy on the mental health of separated parents and children.

**REQUEST FOR PRODUCTION NO. 3**

All documents related to the potential or actual effects of the Zero Tolerance Separation Policy on the mental heath of separated parents and children.

**REQUEST FOR PRODUCTION NO. 4**

All documents related to Your press releases or internal memoranda that announced, explained, or implemented the Zero Tolerance Separation Policy, including but not limited the internal memoranda themselves, drafts of those press releases or internal memoranda, and any memoranda or guidance about how to respond to questions from media or putative class members.

**REQUEST FOR PRODUCTION NO. 5**

All documents relating to the consideration of family separation as a means to deter immigration, including but not limited to the consideration of family separation discussed by then-DHS Secretary John Kelly on CNN on or about March 6, 2017.

**REQUEST FOR PRODUCTION NO. 6**

All documents relating to Your consideration of alternatives to detention of the putative class members that would allow families to remain together, including but not limited to community supported models such as the Family Case Management Program that was initially implemented in January 2016.

**REQUEST FOR PRODUCTION NO. 7**

All documents related to the decision to close the Family Case Management Program in 2017.

**REQUEST FOR PRODUCTION NO. 8**

All documents relating to any programs You have implemented to mitigate or remediate the mental health impact of the Zero Tolerance Separation Policy on the putative class members or their children.

**REQUEST FOR PRODUCTION NO. 9**

All documents, analyses, reports, and drafts thereof supporting Defendant Nielsen's assertion that the Zero Tolerance Separation Policy was necessary due to the marked increase in the number of adults arriving at the border with children and fraudulently claiming to be a family unit.

**REQUEST FOR PRODUCTION NO. 10**

All documents, analyses, reports, and drafts thereof supporting President Trump's statement that 80 percent of migrants who are released never show up for their immigration hearings and disappear into the country.

4

**REQUEST FOR PRODUCTION NO. 11**

All documents related to the testimony Commander Jonathan White, Deputy Director for Children's Programs of the Office of Refugee Resettlement, before the Senate Judiciary Committee on or about July 31, 2018, including but not limited to documents used in or reflecting Commander White's preparation for that testimony and documents related to his testimony that concerns were raised during the deliberative process about the potential harm to children resulting from family separation.

**REQUEST FOR PRODUCTION NO. 12**

All documents relating to any health examination of any putative class members or their children while in government custody.

**REQUEST FOR PRODUCTION NO. 13**

All documents relating to the mental health of putative class members or their children, including but not limited to documents relating to mental health screenings, evaluations, treatments, or diagnoses.

**REQUEST FOR PRODUCTION NO. 14**

All documents reflecting any policy, manual, procedure, training material, or other similar document, applicable to or relating to the government's provision of medical services to putative class members and their children.

**REQUEST FOR PRODUCTION NO. 15**

All documents relating to or similar to the Inmate Health Message Slip that You submitted in this litigation (D.E. 138), including but not limited to communications regarding the Inmate Health Message Slip or similar documents.

**REQUEST FOR PRODUCTION NO. 16**

All documents You have produced or will produce in other litigation related to the Zero Tolerance Separation Policy, including but not limited to documents

5

1  produced in *Ms. L. v. U.S. Immigration and Customs Enforcement*, No. 3:18-cv-00428

2  (S.D. Cal.) (Sabraw, J.).

3

4  Dated: January 10, 2019                 Respectfully Submitted,

5  MARK ROSENBAUM (SBN 59940)              /s/ *Amy P. Lally*
   mrosenbaum@publiccounsel.org            Amy P. Lally (SBN 198555)
6  Judy London (SBN 149431)                alally@sidley.com
   jlondon@publiccounsel.org               Ellyce R. Cooper (SBN 204453)
7  Talia Inlender (SBN 253796)             ecooper@sidley.com
   tinlender@publiccounsel.org             SIDLEY AUSTIN LLP
8  Alisa Hartz (SBN 285141)                1999 Avenue of the Stars, 17th Floor
   ahartz@publiccounsel.org                Los Angeles, CA 90067
9  Lucero Chavez (SBN 273531)              Telephone: +1 310 595-9662
   lchavez@publiccounsel.org               Facsimile: +1 310 595-9501
10 PUBLIC COUNSEL                          Carter G. Phillips*
   610 S. Ardmore Avenue                   cphillips@sidley.com
11 Los Angeles, CA 90005                   Jennifer J. Clark*
   Telephone: +1 213 385-2977              jennifer.clark@sidley.com
12 Facsimile: +1 213 385-9089              SIDLEY AUSTIN LLP
                                           1501 K Street, N.W.
13                                         Washington, D.C. 20005
14 Mark E. Haddad (SBN 205945)             Telephone: +1 202 736-8270
   markhadd@usc.edu                        Facsimile: +1 202 736-8711
15 Part-time Lecturer in Law, USC Gould
   School of Law**                         Michael Andolina*
16 University of Southern California       mandolina@sidley.com
   699 Exposition Blvd.                    Timothy Payne*
17 Los Angeles, CA 90089                   tpayne@sidley.com
   Telephone: +1 213 675-5957              Kevin Fee*
18                                         kfee@sidley.com
   Luis Cortes Romero (SBN 310852)         SIDLEY AUSTIN LLP
19 lcores@ia-lc.com                        One South Dearborn
   Alma L. David (SBN 257676)              Chicago, IL 60603
20 adavid@ia-lc.com                        Telephone: +1 312 853-7000
   Immigrant Advocacy & Litigation         Facsimile: +1 312 853-7036
21 Center, PLLC
   19309 68th Ave South R-102              Sean A. Commons (SBN 217603)
22 Kent, WA 98032                          scommons@sidley.com
   Telephone: +1 253 872-4730              Bridget S. Johnsen (SBN 210778)
23 Facsimile: +1 253 237-1591              bjohnsen@sidley.com
                                           SIDLEY AUSTIN LLP
24                                         555 West Fifth Street
                                           Los Angeles, CA 90013
25                                         Telephone: +1 213 896-6000
                                           Facsimile: +1 213 896-6600
26 * Admitted pro hac vice

27 ** Institution listed for identification purposes only

28
─────────────────────────────────────────────────
                              6
        **PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS**
                            **(SET ONE)**

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA         )
                            )  SS
COUNTY OF LOS ANGELES       )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 555 W. 5th Street, Suite 41, Los Angeles, CA 90013.

On January 10, 2019, I served the foregoing document(s) described as:

**PLAINTIFF'S FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS (SET ONE)** on the following interested party in this action as follows:

**See Attached Service List**

[X]  (VIA E-MAIL OR ELECTRONIC TRANSMISSION)  I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X]  (VIA U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows:  I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above.  I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, Los Angeles, California.  I am readily familiar with Sidley Austin LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

7

1    Executed on January 10, 2019, at Los Angeles, California.

2

3

4                                                          *Denise D. Brown*
5    _____
                                                           Denise D. Brown

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS (SET ONE)**

## <u>SERVICE LIST</u>

Michael C Heyse
US Department of Justice
Civil Division - OIL
PO Box 878 Ben Franklin Station
Washington, DC 20044
202-305-7002
Fax: 202-616-4923
Email: michael.heyse@usdoj.gov

Daniel E Goldman
US Department of Justice
Civil Division Office of Immigration Litigation
PO Box 878 Ben Franklin Station
Washington, DC 20044
202-353-7743
Fax: 202-616-4950
Email: daniel.goldman@usdoj.gov

Lance Lomond Jolley
US Department of Justice
Civil Division - Office of Immigration Litigation
Benjamin Franklin Station
PO Box 878
Washington, DC 20044
202-616-4293
Fax: 202-616-4975
Email: lance.jolley@usdoj.gov

Michelle R Slack
US Department of Justice
Civil Division - Office of Immigration Litigation
P O Box 878 Ben Franklin Station
Washington, DC 20044
202-598-8897
Email: michelle.r.slack@usdoj.gov

Scott Michael Marconda
US Department of Justice - Civil Division
Office of Immigration Litigation
PO Box 878 Ben Franklin Station
Washington, DC 20044
202-305-4831
Fax: 202-353-7224
Email: scott.marconda@usdoj.gov

9