# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 18-06081 JAK (Skx) |
| Title | Ms. J.P. et al v. Jefferson B. Sessions et al |
| Date | February 7, 2019 |

Present: The Honorable   JAMES OTERO, Judge presiding for Honorable John A. Kronstadt.

| Victor Cruz | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:

Aida Carpio
Alisa Hartz
Amy P. Lally
Alexandria Ruiz
Ellyce R. Cooper

Attorneys Present for Defendants:

Sarah B. Fabian
Michael Heyse
Michelle R. Slack

**Proceedings:**   **SETTLEMENT CONFERENCE**

Hearing held (Court reporter is not present).

Court and counsel confer in chambers.

Case does not settle.

The parties will contact the clerk to Judge Otero to determine another settlement conference date.

: 2/15

Initials of Preparer   vpc