Amy P. Lally (SBN 198555)
alally@sidley.com
Ellyce R. Cooper (SBN 204453)
ecooper@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595-9500
Facsimile: +1 310 595-9501

Mark Rosenbaum (SBN 59940)
mrosenbaum@publiccounsel.org
Judy London (SBN 149431)
jlondon@publiccounsel.org
Talia Inlender (SBN 253796)
tinlender@publiccounsel.org
Alisa Hartz (SBN 285141)
ahartz@publiccounsel.org
Lucero Chavez (SBN 273531)
lchavez@publiccounsel.org
PUBLIC COUNSEL
610 S. Ardmore Avenue
Los Angeles, CA 90005
Telephone: +1 213 385-2977
Facsimile: +1 213 385-9089

*Attorneys for Plaintiffs*
*Additional Counsel on next page*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MS. J.P., MS. J.O., AND MS. R.M., on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>JEFFERSON B. SESSIONS III, ATTORNEY GENERAL OF THE UNITED STATES; KIRSTJEN NIELSEN, SECRETARY OF HOMELAND SECURITY; U.S. DEPARTMENT OF HOMELAND SECURITY, AND ITS SUBORDINATE | Case No. 2:18-cv-06081-JAK-SK<br><br>Assigned to: Hon. John A. Kronstadt<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' RESPONSE TO COURT'S JANUARY 7, 2019 ORDER** |

| | |
|---|---|
| 1 | ENTITIES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION; ALEX M. AZAR II, SECRETARY OF HEALTH AND HUMAN SERVICES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; SCOTT LLOYD, DIRECTOR OF THE OFFICE OF REFUGEE RESETTLEMENT; OFFICE OF REFUGEE RESETTLEMENT; DAVID MARIN, LOS ANGELES FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; LISA VON NORDHEIM, WARDEN, JAMES A. MUSICK FACILITY; MARC J. MOORE, SEATTLE FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; LOWELL CLARK, WARDEN, TACOMA NORTHWEST DETENTION CENTER, |

Defendants.

Carter G. Phillips*
cphillips@sidley.com
Jennifer J. Clark*
jennifer.clark@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736-8000
Facsimile: +1 202 736-8711

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
Part-time Lecturer in Law
USC Gould School of Law**
University of Southern California
699 Exposition Blvd.
Los Angeles, CA 90089
Telephone: +1 213 675-5957

Michael Andolina*  
mandolina@sidley.com  
Timothy Payne*  
tpayne@sidley.com  
Kevin Fee*  
kfee@sidley.com  
SIDLEY AUSTIN LLP  
One South Dearborn  
Chicago, IL 60603  
Telephone: +1 312 853-7000  
Facsimile: +1 312 853-7036  

Sean A. Commons (SBN 217603)  
scommons@sidley.com  
Bridget S. Johnsen (SBN 210778)  
bjohnsen@sidley.com  
SIDLEY AUSTIN LLP  
555 West Fifth Street  
Los Angeles, CA 90013  
Telephone: +1 213 896-6000  
Facsimile: +1 213 896-6600  

Luis Cortes Romero (SBN 310852)  
lcortes@ia-lc.com  
Alma L. David (SBN 257676)  
adavid@ia-lc.com  
IMMIGRANT ADVOCACY &  
LITIGATION CENTER, PLLC  
19309 68th Avenue South, Suite R-102  
Kent, WA 98032  
Telephone: +1 253 872-4730  
Facsimile: +1 253 237-1591  

*Admitted pro hac vice

** Institution listed for identification purposes only

PLAINTIFFS' RESPONSE TO DEFENDANTS' RESPONSE TO JANUARY 7, 2019 ORDER

Plaintiffs, Ms. J.P., Ms. J.O., and Ms. R.M., on behalf of themselves and all others similarly situated, respectfully submit this response to Defendants' Response to the Court's January 7, 2019 Order, dated February 7, 2019. Plaintiffs submit this response to reiterate that the putative class in this action is not coextensive with the class in *Ms. L. v. U.S. Immigration and Customs Enforcement*, No. 18cv428 (S.D. Cal.) and to bring to the Court's attention that the data provided by Defendants is therefore incomplete.

On January 7, 2019, this Court ordered Defendants to "file an update with respect to whether any of the putative class members who have been detained remain in detention, and if so, how many," and to "provide any available update on the number of putative class members who have been released, the number of such members who have been reunited with their children and the number of such members, if any, who have departed from the United States and are no longer seeking entry." ECF 175. Defendants' response to the January 7, 2019 order submits the data report filed in the *Ms. L* case on February 6, 2019, and "draw[s] upon data reflected in [that] report." ECF 193 at 1. Defendants state that this approach is "[c]onsistent with the position that the putative class in this case is coextensive with the class certified in" the *Ms. L.* case. *Id.*

Although the putative class in this case and the certified class in the *Ms. L.* case overlap, the two classes are not "coextensive." The proposed class definitions in both cases are similarly worded, but the class certified in *Ms. L* specifically excludes parents with a "criminal history or communicable disease, or those who are in the interior of the United States or subject to the [June 20, 2018 Executive Order]." *Ms. L., et al. v. U.S Immigration and Customs Enforcement, et al.*, 18-cv-0428 (MDD), Dkt. No. 82 (S.D. Cal. June 26, 2018). As Plaintiffs have previously explained, those limitations do not apply here. *See* ECF 168 at 4, n.4.

In addition, the government has taken the position in the *Ms. L.* matter that the *Ms. L.* class is limited to parents whose children were in custody on June 26, 2018 or later. *See Ms. L., et al.*, 18-cv-0428 (MDD), Dkt. No. 351 at 11. The government bases this view on the date of the *Ms. L.* court's class certification order. *Id.* The *Ms. L*

Plaintiffs' motion to clarify that the class is not so limited remains pending. *See Ms. L., et al.*, 18-cv-0428 (MDD), Dkt. No. 335. In any event, the June 26, 2018 date has no bearing on the scope of the putative class in this matter. Separated families whose children were released prior to June 26, 2018 are within the putative class in this litigation.

Plaintiffs here seek to have the government fulfill its constitutional duty to provide the required mental health services to all families traumatized by the family separation policy. Many families excluded from the *Ms. L* class, or whom the government seeks to exclude from that class, are suffering and will continue to suffer the harmful effects of the government's separation policy if the failure to provide the necessary medical treatment continues. Thus, Plaintiffs' have focused on all parents who were, are, or will be detained, and have been, are, or will be separated from their children, absent a demonstration in a hearing that the parent is unfit or presents a danger to the child.

Accordingly, contrary to the government's position, this class and the *Ms. L* class are not "coextensive." Because the government's response to this Court's January 7, 2019 order is based solely on the *Ms. L.* data, it does not reflect all putative class members and is therefore incomplete.

For these reasons, Plaintiffs respectfully ask the Court to require Defendants to supplement their response to include all putative members of the proposed class.

Dated: February 11, 2019

MARK ROSENBAUM (SBN 59940)
mrosenbaum@publiccounsel.org
Judy London (SBN 149431)
jlondon@publiccounsel.org
Talia Inlender (SBN 253796)
tinlender@publiccounsel.org
Alisa Hartz (SBN 285141)
ahartz@publiccounsel.org

Respectfully Submitted,

/s/ Amy P. Lally
Amy P. Lally (SBN 198555)
alally@sidley.com
Ellyce R. Cooper (SBN 204453)
ecooper@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595-9662
Facsimile: +1 310 595-9501

Lucero Chavez (SBN 273531)
lchavez@publiccounsel.org
PUBLIC COUNSEL
610 S. Ardmore Avenue
Los Angeles, CA 90005
Telephone: +1 213 385-2977
Facsimile: +1 213 385-9089

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
Part-time Lecturer in Law, USC Gould School of Law**
University of Southern California
699 Exposition Blvd.
Los Angeles, CA 90089
Telephone: +1 213 675-5957

Luis Cortes Romero (SBN 310852)
lcores@ia-lc.com
Alma L. David (SBN 257676)
adavid@ia-lc.com
Immigrant Advocacy & Litigation Center, PLLC
19309 68th Ave South R-102
Kent, WA 98032
Telephone: +1 253 872-4730
Facsimile: +1 253 237-1591

Carter G. Phillips*
cphillips@sidley.com
Jennifer J. Clark*
jennifer.clark@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736-8270
Facsimile: +1 202 736-8711

Michael Andolina*
mandolina@sidley.com
Timothy Payne*
tpayne@sidley.com
Kevin Fee*
kfee@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: +1 312 853-7000
Facsimile: +1 312 853-7036

Sean A. Commons (SBN 217603)
scommons@sidley.com
Bridget S. Johnsen (SBN 210778)
bjohnsen@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896-6000
Facsimile: +1 213 896-6600

*Admitted pro hac vice

** Institution listed for identification purposes only

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 West Fifth Street, Suite 4000, Los Angeles, California 90013.

On February 11, 2019, I served the foregoing document(s) described as **PLAINTIFFS' RESPONSE TO DEFENDANTS' RESPONSE TO COURT'S JANUARY 7, 2019 ORDER** on all interested parties in this action by the method described below:

I electronically filed the foregoing with the Clerk of District Court using its CM/ECF system, which electronically provides notice.

I declare under penalty of perjury that the foregoing is true and correct.

                                           */s/ Amy P. Lally*
                                           Amy P. Lally
                                           Attorneys for Plaintiffs