JOSEPH H. HUNT
Assistant Attorney General
ERNESTO H. MOLINA, JR.
Deputy Director
SARAH B. FABIAN
DANIEL GOLDMAN
Senior Litigation Counsel
MICHAEL HEYSE
MICHELLE R. SLACK
Trial Attorneys

LANCE L. JOLLEY
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
PO Box 878, Ben Franklin Station
Washington, DC 20044
Lance.Jolley@usdoj.gov
Telephone: (202) 616-4293
Fax: (202) 616-4923
Attorneys for Defendants

**STATUS REPORT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Ms. J.P., et al., | Case No. 2:18-cv-06081-JAK-SK |
| Plaintiffs, | Assigned to the Hon. John A. Kronstadt |
| v. | **STATUS REPORT** |
| WILLIAM P. BARR, et al., | |
| Defendants. | |

As discussed in Defendants' previous report to the Court, *see* ECF No. 196, in order to provide the Court with continued updates regarding the status of possible class members, Defendants hereby attach the latest report filed on May 7, 2019, in *Ms. L., et al., v. U.S. Immigration and Customs Enforcement, et al.*, No. 18cv428 (S.D. Cal. June 26, 2018).

Respectfully submitted,

Dated: May 8, 2019

Joseph F. Hunt
Ernesto H. Molina, Jr.
Sarah B. Fabian
Daniel Goldman
Michael C. Heyse
Michelle R. Slack
Office of Immigration Litigation
Civil Division, U.S. Department of Justice

By: /s/ Lance L. Jolley
LANCE L. JOLLEY

*Attorneys for Defendants*

**STATUS REPORT -** 1

**CERTIFICATE OF SERVICE**

I, Lance L. Jolley, on May 8, 2019, caused the foregoing Status Report to be filed with the Court using the Court's CM/ECF case filing system. Opposing counsel, all registered CM/ECF users, were served via the CM/ECF system.

/s/ Lance L. Jolley
LANCE L. JOLLEY