**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MS. J.P., et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>WILLIAM P. BARR, et al.,<br><br>    Defendants. | Case No. 2:18-cv-06081-JAK-SK<br><br>**ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE (DKT. 216)** |

Based on a review of the parties' Stipulation for an Extension of Time to File Response (the "Stipulation") (Dkt. 216), good cause has been shown. The Stipulation is **GRANTED** as follows:

    1.    The current deadline of June 10, 2019, to respond to Plaintiffs' First Set of Requests for Production of Documents, is extended to July 25, 2019, without prejudice as to a subsequent request for further extension for good cause shown.

    IT IS SO ORDERED.

Dated: June 3, 2019

                                                  JOHN A. KRONSTADT
                                                  UNITED STATES DISTRICT JUDGE