UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV18-6081 JAK (SKx) | Date | July 9, 2019 |
|---|---|---|---|
| Title | Ms. J.P., et al. v. Jefferson B. Sessions, et al. | | |

| Present: The Honorable | S. James Otero, United States District Judge |
|---|---|

| Stephen Montes Kerr | Lisa Gonzalez |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mark D. Rosenbaum<br>Bridget S. Johnsen<br>Rachel Goldberg | Michelle R. Slack, DOJ<br>Sarah B. Fabian, DOJ |

**Proceedings:** FURTHER SETTLEMENT CONFERENCE

Cause called; appearances made.

Further mediation is held.

|  | 6 | : | 05 |
|---|---|---|---|
| Initials of Preparer | | | SMO |