**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MS. J.P., et al., | Case No. 2:18-cv-06081-JAK (SKx) |
| Plaintiffs, | **ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE** |
| vs. | |
| WILLIAM P. BARR, et al., | |
| Defendants. | |

Based on a review of the parties' Stipulation for an Extension of Time to File Response (the "Stipulation") (Dkt. 233), good cause has been shown. The Stipulation is **GRANTED** as follows:

The current deadline of July 25, 2019, to respond to Plaintiffs' First Set of Requests for Production of Documents, is extended to August 26, 2019, without prejudice as to a subsequent request for further extension for good cause shown.

**IT IS SO ORDERED**.

Date: July 25, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE