Amy P. Lally (SBN 198555)
alally@sidley.com
Ellyce R. Cooper (SBN 204453)
ecooper@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595-9500
Facsimile: +1 310 595-9501

Mark Rosenbaum (SBN 59940)
mrosenbaum@publiccounsel.org
Judy London (SBN 149431)
jlondon@publiccounsel.org
Talia Inlender (SBN 253796)
tinlender@publiccounsel.org
Alisa Hartz (SBN 285141)
ahartz@publiccounsel.org
Lucero Chavez (SBN 273531)
lchavez@publiccounsel.org
PUBLIC COUNSEL
610 S. Ardmore Avenue
Los Angeles, CA 90005
Telephone: +1 213 385-2977
Facsimile: +1 213 385-9089

*Attorneys for Plaintiffs*
*Additional Counsel on next page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. J.P., et al., | Case No. 2:18-cv-06081-JAK-SK |
| Plaintiffs, | Assigned to the Hon. John A. Kronstadt |
| v. | **DECLARATION OF KENNETH BERRICK IN SUPPORT OF PLAINTIFF'S POSITION IN JOINT STATEMENT FILED ON OCTOBER 31, 2019** |
| WILLIAM P. BARR, et al., | |
| Defendants. | |

Carter G. Phillips*
cphillips@sidley.com
Jennifer J. Clark*
jennifer.clark@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736-8000
Facsimile: +1 202 736-8711

Michael Andolina*
mandolina@sidley.com
Timothy Payne*
tpayne@sidley.com
Kevin Fee*
kfee@sidley.com
Daniel Craig*
dcraig@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: +1 312 853-7000
Facsimile: +1 312 853-7036

Sean A. Commons (SBN 217603)
scommons@sidley.com
Bridget S. Johnsen (SBN 210778)
bjohnsen@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896-6000
Facsimile: +1 213 896-6600

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
Part-time Lecturer in Law
USC Gould School of Law**
University of Southern California
699 Exposition Blvd.
Los Angeles, CA 90089
Telephone: +1 213 675-5957

Luis Cortes Romero (SBN 310852)
lcortes@ia-lc.com
Alma L. David (SBN 257676)
adavid@ia-lc.com
IMMIGRANT ADVOCACY &
LITIGATION CENTER, PLLC
19309 68th Avenue South, Suite R-102
Kent, WA 98032
Telephone: +1 253 872-4730
Facsimile: +1 253 237-1591

*Admitted pro hac vice

** *Institution listed for identification purposes only*

# DECLARATION OF KENNETH BERRICK

**Preliminary Statements**

1. I, Kenneth Berrick, have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation. My professional background, experience, and publications are detailed in my curriculum vitae, which was previously submitted in connection with my previous declaration in this matter, signed on July 8, 2018. Dkt. No. 1-2.

2. In preparing this declaration, I have relied on my years of experience in this field, as set out in my curriculum vitae, and on the materials listed therein. The materials I have relied upon in preparing this declaration are the same types of materials that experts in my field of study regularly rely upon when forming opinions on the subject.

3. I am not being compensated for the time devoted to providing expert advice or preparing declarations. The opinions I express, or testimony I provide, do not depend on any compensation.

4. If our further testimony would be of benefit to the court, I would be available by telephone or in person to participate in the status conference on this matter.

**Separated Families Continue to Suffer Severe and Ongoing Trauma**

5. My organization, Seneca Family of Agencies, currently serves parents and children who were separated by the Government's Family Separation Policy. Seneca has direct experience delivering mental health services through funding from federal, state, and county governments. I have firsthand knowledge that the parents and children who are our clients continue to suffer severe trauma as a result of their detention and separation. The harms of detention and separation are ongoing for these families, and our organization continues to provide them with the trauma-informed mental health services that they need.

6. The trauma suffered by separated parents and children should come as no surprise to the government. Federal officials have specifically acknowledged the trauma inflicted on families by the Family Separation Policy. For example, Commander Jonathan White of the U.S. Public Health Service testified to Congress in February of 2019 that "Separating children poses significant risk of traumatic psychological injury to the child," and that he never "would ever have supported such a policy."[1]

**Plan for the Provision of Mental Health Evaluation and Services to Address Trauma of Familial Separation**

7. In my expert opinion, every parent and child who were separated as a result of the government's family separation policy should have the opportunity to be assessed for trauma and, if necessary, provided services. Over the past few months, my organization, Seneca Family of Agencies, has developed a detailed outreach and referral coordination plan that, with the appropriate funding, could be immediately implemented to locate Ms. JP Class Members and connect them with free and low-cost trauma screening and services. A description of that plan, which our organization stands ready to carry out with the appropriate funding, follows.

8. The kind of solutions we propose are best carried out by deeply rooted organizations who specialize in family search, the psychological impact of trauma, and family engagement. In my experience, and in this type of work, it is typically difficult to be successful when partnering with agencies with whom there can be significant distrust. In light of the trauma that class members have already suffered, it is critical that any outreach to this population be conducted in a trauma-informed and culturally appropriate manner. For this reason, such outreach must be conducted by individuals not associated with the government, whom class members are likely to associate with the trauma they experienced and who may be perceived as threatening or intimidating, making it far less likely that class members would be open to seeking assessments for the mental health issues.

---

[1] Collen Long, *Official who oversaw migrant kids: Separation causes trauma*, AP News, available at https://www.apnews.com/99591d8bc3b043e2af6fa9207e328ae6

9. Additionally, any outreach must be conducted in a culturally responsive manner. This means engaging class members in their native language or a language they speak fluently, and it means addressing culturally specific barriers to seeking mental health supports including the stigma of mental illness.

10. I understand and believe that class members are located around the country. Therefore, in order to set up an outreach network, after obtaining the class list, an IT specialist will process information to produce an initial mapping of class members based on last known contact information. An outreach coordinator will then use mapping to establish relationships with localized organizations that can provide support outreach in their geographic area. The IT specialist will manage class member data to evaluate class members' language access based on country of origin. They will also manage the outreach team's data to assign outreach workers based on location and language capabilities.

11. It is my assumption that a class list in defendants' possession may not contain accurate information about class members' current location. For instance, the government may have recorded a refugee resettlement agency as the initial address, but the class member may have subsequently been resettled at a different location. To locate class members, outreach workers can use family tracing techniques, a methodology that my agency uses on a regular basis to locate family members for the youth we serve. In this context, outreach workers will start with the information provided in the class list and then use social media, connections to resettlement organizations and immigration advocacy organizations, and additional family tracing techniques in order to locate class members. They will update the contact information list as new information is identified.

12. A social worker will compile training material on psychoeducation, boundaries and other best practices and train outreach workers to talk to class members about available services. One licensed social worker will supervise 15 outreach coordinators.

13. Once contact information has been updated, outreach workers will be matched to areas with the mapping tool and will engage in initial outreach with class members. The outreach worker will confirm preferred contact information with class members in a language that they understand, provide information about available mental health services utilizing prepared scripts, answer questions, address concerns, and determine whether the class members are interested in accessing the available mental health services. Once a class member has expressed interest in receiving an assessment for trauma, we will use a checklist to determine the appointment needs of each individual, including if they are seeking individual (parent and/or child) or family therapy, whether they have transportation and childcare available, their ability to pay, and preferred timing/availability to receive services. All these things must be done with understanding and sensitivity to culture.

14. There are numerous types of health care facilities that may be able to provide free and low-cost mental health evaluations and services to class members. Such facilities include the system of Federally Qualified Health Centers (FQHC) and clinics that are part of the federal Department of Health and Human Services' National Child Traumatic Stress Initiative (NCTSI), which awards grants to local clinics to provide trauma services to youth.

15. Following the outreach and determination of needs, outreach coordinators will identify nearest available service providers for each class member. They will then contact available service providers to confirm the availability of appointments meeting the criteria provided above based on appointment needs.

16. A referral coordinator will then provide information to the class member regarding available options and help determine which service provider best suits their needs. The coordinator will then help class member coordinate logistics to attend their appointment, ensure language needs are met, coordinate transportation, discuss options for childcare, complete clinic intake paperwork, and other necessary steps.

**Effectiveness of the Program Detailed Above**

17. In order to design such a system, I spoke with a number of colleagues in leadership positions in child and family serving organizations as well as the Alliance for Strong Families and Communities. I have also engaged in lengthy discussions with members of Seneca's internal team.

18. The longer families go without being assessed for trauma, the more devastating and long-lasting the effects of that trauma may be on themselves and on their children.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 30, 2019, in Oakland, California.

_____
Kenneth Berrick