Amy P. Lally (SBN 198555)
alally@sidley.com
Ellyce R. Cooper (SBN 204453)
ecooper@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595-9500
Facsimile: +1 310 595-9501

Mark Rosenbaum (SBN 59940)
mrosenbaum@publiccounsel.org
Judy London (SBN 149431)
jlondon@publiccounsel.org
Talia Inlender (SBN 253796)
tinlender@publiccounsel.org
Alisa Hartz (SBN 285141)
ahartz@publiccounsel.org
Lucero Chavez (SBN 273531)
lchavez@publiccounsel.org
PUBLIC COUNSEL
610 S. Ardmore Avenue
Los Angeles, CA 90005
Telephone: +1 213 385-2977
Facsimile: +1 213 385-9089

*Attorneys for Plaintiffs*
*Additional Counsel on next page*

JOSEPH H. HUNT
Assistant Attorney General
JEFFREY S. ROBINS
Deputy Director
SARAH B. FABIAN
MICHAEL HEYSE
Trial Attorneys

NICOLE N. MURLEY
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation
PO Box 868, Ben Franklin Station
Washington, DC 20044
Nicole.Murley@usdoj.gov
Telephone: (202) 616-0473
Fax: (202) 616-8962

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. J.P., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WILLIAM P. BARR, et al.,<br><br>　　　　Defendants. | Case No. 2:18-cv-06081-JAK-SK<br><br>Assigned to the Hon. John A. Kronstadt and the Hon. Steve Kim<br><br>**JOINT REPORT PER COURT'S NOVEMBER 6, 2019 ORDER** |

JOINT REPORT

| | |
|---|---|
| Carter G. Phillips* | Mark E. Haddad (SBN 205945) |
| cphillips@sidley.com | markhadd@usc.edu |
| Jennifer J. Clark* | Part-time Lecturer in Law |
| jennifer.clark@sidley.com | USC Gould School of Law** |
| SIDLEY AUSTIN LLP | University of Southern California |
| 1501 K Street, N.W. | 699 Exposition Blvd. |
| Washington, D.C. 20005 | Los Angeles, CA 90089 |
| Telephone: +1 202 736-8000 | Telephone: +1 213 675-5957 |
| Facsimile: +1 202 736-8711 | |
| | |
| Michael Andolina* | Luis Cortes Romero (SBN 310852) |
| mandolina@sidley.com | lcortes@ia-lc.com |
| Timothy Payne* | Alma L. David (SBN 257676) |
| tpayne@sidley.com | adavid@ia-lc.com |
| Kevin Fee* | IMMIGRANT ADVOCACY & |
| kfee@sidley.com | LITIGATION CENTER, PLLC |
| Daniel Craig* | 19309 68th Avenue South, Suite R-102 |
| dcraig@sidley.com | Kent, WA 98032 |
| SIDLEY AUSTIN LLP | Telephone: +1 253 872-4730 |
| One South Dearborn | Facsimile: +1 253 237-1591 |
| Chicago, IL 60603 | |
| Telephone: +1 312 853-7000 | |
| Facsimile: +1 312 853-7036 | |

Sean A. Commons (SBN 217603)
scommons@sidley.com
Bridget S. Johnsen (SBN 210778)
bjohnsen@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896-6000
Facsimile: +1 213 896-6600

*Admitted pro hac vice

** Institution listed for identification purposes only

JOINT REPORT

1    Pursuant to the Court's Order dated November 6, 2019 (ECF No. 253), the parties met and conferred on November 14, 2019, and have agreed to a revised pre-trial schedule as set forth in the attached completed Exhibit A.

Defendants position: Defendants were prepared to submit to the Court an updated Rule 26(f) report that reflected the current posture of the case and addressed the discovery issues that the parties have not discussed. Defendants posit that an updated report is necessary in order for discovery to proceed in an orderly manner, to properly scope discovery, and would reduce the need for Court intervention regarding the open, unresolved discovery issues. Defendants note that, in Plaintiffs' First Set of Requests for Production of Documents, Plaintiffs seek production of information manifestly not relevant to claims or defenses in this litigation. Plaintiffs rejected Defendants efforts to submit an updated report and threatened to move to strike such a filing. Defendants are contemplating seeking relief from the Court to file an updated report in support of the discovery process. To that end, Defendants request that the Court set a Rule 16(b) conference.

Plaintiffs' position: The parties held a Rule 16(b) conference and submitted a comprehensive Joint Report pursuant to Rule 26(f) on September 10, 2018. Plaintiffs do not believe a second Rule 16(b) conference or second Rule 26(f) report are necessary or appropriate. Existing rules and procedures are more than adequate and sufficient to address the parties' discovery disputes. Plaintiffs will bring any unresolved discovery disputes to the Court's attention through those rules and procedures.

| | | |
|---|---|---|
| DATED: | November 14, 2019 | SIDLEY AUSTIN LLP |
| | | */s/ Amy P. Lally*<br>Amy P. Lally<br>*Attorney for Plaintiffs* |
| DATED: | November 14, 2019 | UNITED STATES DEPARTMENT OF JUSTICE, OFFICE OF IMMIGARTION LITIGATION |
| | | */s/ Nicole N. Murley*<br>Nicole N. Murley<br>*Attorneys for Defendants* |

### FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2) of the Central District of California, I attest that I have concurrence in the filing of this document.

By: <u>/s/ *Amy P. Lally*</u>

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 1999 Avenue of the Stars, 17th Floor, Los Angeles, California 90067.

On November 14, 2019, I served the foregoing document(s) described as **JOINT REPORT PER COURT'S NOVEMBER 6, 2019 ORDER** on all interested parties in this action by the method described below:

I electronically filed the foregoing with the Clerk of District Court using its CM/ECF system, which electronically provides notice.

I declare under penalty of perjury that the foregoing is true and correct.

> */s/ Amy P. Lally*
> Amy P. Lally
> Attorney for Plaintiffs