**EXHIBIT A - SCHEDULE OF PRETRIAL AND TRIAL DATES FOR CIVIL CASES**

| Case No.: | 2:18-cv-6081 |
|---|---|
| Case Name: | Ms. J.P., et al. v. Jefferson B. Sessions III, Attorney General of the United States, et al. |

| Hearings: | | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|
| ____ Jury Trial<br>____ Court Trial<br>*(Tuesday at 9:00 a.m.)*<br><br>Duration Estimate:<br>____ Days<br>____ Weeks | | 4/20/21 | 4/20/21 | |
| Final Pretrial Conference ("FPTC") & Status Conference re Disputed Exhibits:<br>*(Monday at 3:00 p.m.: Two weeks before the trial)* | | 4/5/21 | 4/5/21 | |
| **Deadlines for Bench Trials Only:** | **Weeks Before FPTC** | **Plaintiff(s) Request** | **Defendant(s) Request** | **Court Order** |
| Anticipated Ruling to be Issued by Court | Same date | 4/5/21 | 4/5/21 | |
| Last Date to File Objections to Direct Testimony Declarations | 2 | 3/22/21 | 3/22/21 | |
| Last Date to File Direct Testimony Declarations | 3 | 3/15/21 | 3/15/21 | |
| **Proposed Motion Practice for Motions for Summary Judgment:** | **Weeks Before FPTC** | **Plaintiff(s) Request** | **Defendant(s) Request** | **Court Order** |
| Hearing on Motion | | No later than 2-11-21 | No later than 2-11-21 | |
| Reply to Motion | | Per rule | Per Rule | |
| Response to Motion | | Per rule | Per Rule | |
| Last day to File Motion | | No later than 11-19-20 | No later than 11-19-20 | |

| Deadlines: | Weeks Before FPTC | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|
| Anticipated Ruling on All Motions | 4 | 3/8/21 | 3/8/21 | |
| Last Date to Hear Motions *(including discovery motions)* | 8 | 2/8/21 | 2/8/21 | |
| Last Date to File Motions *(including discovery motions)* | 20 | 11/16/20 | 11/16/20 | |
| Expert Discovery Cut-Off | 20 | 11/16/20 | 11/16/20 | |
| Expert Disclosure (Rebuttal) | 22 | 11/2/20 | 11/2/20 | |
| Expert Disclosure (Initial) | 24 | 10/19/20 | 10/19/20 | |
| Non-Expert Discovery Cut-Off | 26 | 10/5/20 | 10/5/20 | |
| Last Date to Add Parties/Amend Pleadings | | 3/5/20 | 3/5/20 | |
| **Settlement Procedure Selection:** *(ADR-12 Form will be completed by Court after scheduling conference)* | | Plaintiff(s) Request | Defendant(s) Request | Court Order |
| 1. Magistrate Judge<br>2. Attorney Settlement Officer Panel<br>3. Outside ADR/Non-Judicial (Private) | | Completed | Completed | |
| Last day to conduct settlement conference/mediation | | Completed | Completed | |
| Notice of Settlement / Joint Report re Settlement **(10 days before PMSC)** | | Completed | Completed | |
| Post Mediation Status Conference: *(Monday at 1:30 pm: 14 days after the last day to conduct settlement)* | | Completed | Completed | |