JOSEPH H. HUNT
Assistant Attorney General

JEFFREY S. ROBINS
Deputy Director

SARAH B. FABIAN
Senior Litigation Counsel

LINDSAY VICK
Trial Attorney

NICOLE N. MURLEY
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation
PO Box 868, Ben Franklin Station
Washington, DC 20044
Nicole.Murley@usdoj.gov
Telephone: (202) 616-0473
Fax: (202) 616-8962

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| Ms. J.P., et al., | Case No. 2:18-cv-06081-JAK-SK |
| Plaintiffs, | Assigned to the Hon. John A. Kronstadt |
| v. | **NOTICE OF APPEAL** |
| WILLIAM P. BARR, et al., | |
| Defendants. | |

**NOTICE OF APPEAL**

Respondents/Defendants U.S. Immigration and Customs Enforcement (ICE); U.S. Department of Homeland Security (DHS); U.S. Customs and Border Protection (CBP); U.S. Department of Health and Human Services (HHS); Office of Refugee Resettlement ("ORR"); William P. Barr, Attorney General of the United States, U.S. Department of Justice; Chad Wolf, Acting Secretary of DHS; Alex M. Azar II, Secretary of Health and Human Services; Jonathan H. Hayes, Director of the Office of Refugee Resettlement; David Marin, Los Angeles Field Office Director, U.S. Immigration and Customs Enforcement; Lisa Von Nordheim, Warden, James A Musick Facility; Marc J. Moore, Seattle Field Office Director of ICE; Lowell Clark, Warden, Tacoma Northwest Detention Center, hereby appeal from the November 5, 2019 Order, ECF No. 251, in the above-captioned case to the United States Court of Appeals for the Ninth Circuit.

DATED: November 27, 2019

Respectfully submitted,
JOSEPH H. HUNT
Assistant Attorney General
JEFFREY S. ROBINS
Deputy Director
SARAH FABIAN
Senior Litigation Counsel
LINDSAY VICK
Trial Attorneys


/s/ Nicole N. Murley
NICOLE N. MURLEY
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation
PO Box 878, Ben Franklin Station
Washington, DC 20044
Nicole.Murley @usdoj.gov
Telephone: 202-616-0473
Fax: (202) 616-4923
Attorneys for Defendants

**NOTICE OF APPEAL**
1

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, Nicole N. Murley, am a citizen of the United States and am at least eighteen years of age. My business address is 450 Fifth Street, NW, Washington, DC 20001. I am not a party to the above-entitled action. I have caused service of the accompanying NOTICE OF APPEAL on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice. I also notified Plaintiffs' counsel by electronic mail.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 27, 2019

*/s/ Nicole N. Murley*

NICOLE N. MURLEY