JOSEPH H. HUNT
Assistant Attorney General
JEFFREY S. ROBINS
Deputy Director
NICOLE N. MURLEY
SARAH B. FABIAN
Senior Litigation Counsel
LINDSAY VICK
Trial Attorney

U.S. Department of Justice
Office of Immigration Litigation
PO Box 878, Ben Franklin Station
Washington, DC 20044
Nicole.Murley@usdoj.gov
Telephone: (202) 616-0473
Fax: (202) 616-4923
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MS. J.P., MS. J.O., AND MS. R.M., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM P. BARR, et al.,<br><br>Defendants. | Case No. 2:18-cv-06081-JAK (SKx)<br><br>**[PROPOSED] ORDER RE: DEFENDANTS'** ***EX PARTE*** **APPLICATION TO STAY ALL PROCEEDINGS PENDING APPEAL; MEMORANDUM OF POINTS AND AUTHORITIES; SUPPORTING DECLARATION**<br><br>Hearing Date: None requested<br>Location: Courtroom 10B<br>Hon. John A. Kronstadt |

Defendants' motion to stay district court proceedings in this case, including further deadlines, pending resolution of Defendants' appeal from the Court's November 5, 2019 Order that granted Plaintiffs' motions for a preliminary injunction and class certification, and denied Defendants' motion to dismiss, is HEREBY GRANTED.

IT IS SO ORDERED.

Date: _____

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

Presented by:

JOSEPH H. HUNT
Assistant Attorney General

JEFFREY S. ROBINS
Deputy Director

/s/ *Nicole N. Murley*
NICOLE N. MURLEY
Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868
Washington, DC 20044
Tel: (202) 616-0473
Email: Nicole.Murley@usdoj.gov

*Attorneys for Defendant*