Amy P. Lally (SBN 198555)
alally@sidley.com
Ellyce R. Cooper (SBN 204453)
ecooper@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595-9500
Facsimile: +1 310 595-9501

Mark Rosenbaum (SBN 59940)
mrosenbaum@publiccounsel.org
Judy London (SBN 149431)
jlondon@publiccounsel.org
Talia Inlender (SBN 253796)
tinlender@publiccounsel.org
Alisa Hartz (SBN 285141)
ahartz@publiccounsel.org
Lucero Chavez (SBN 273531)
lchavez@publiccounsel.org
PUBLIC COUNSEL
610 S. Ardmore Avenue
Los Angeles, CA 90005
Telephone: +1 213 385-2977
Facsimile: +1 213 385-9089

*Attorneys for Plaintiffs*
*Additional Counsel on next page*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. J.P., et al., | Case No. 2:18-cv-06081-JAK-SK |
| Plaintiffs, | Assigned to the Hon. John A. Kronstadt and the Hon. Steve Kim |
| v. | **DECLARATION OF AMY P. LALLY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION TO STAY ALL PROCEEEDINGS PENDING APPEAL** |
| WILLIAM P. BARR, et al., | |
| Defendants. | |

Carter G. Phillips*
cphillips@sidley.com
Jennifer J. Clark*
jennifer.clark@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736-8000
Facsimile: +1 202 736-8711

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
Part-time Lecturer in Law
USC Gould School of Law**
University of Southern California
699 Exposition Blvd.
Los Angeles, CA 90089
Telephone: +1 213 675-5957

Michael Andolina*
mandolina@sidley.com
Timothy Payne*
tpayne@sidley.com
Kevin Fee*
kfee@sidley.com
Daniel Craig*
dcraig@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: +1 312 853-7000
Facsimile: +1 312 853-7036

Luis Cortes Romero (SBN 310852)
lcortes@ia-lc.com
Alma L. David (SBN 257676)
adavid@ia-lc.com
IMMIGRANT ADVOCACY &
LITIGATION CENTER, PLLC
19309 68th Avenue South, Suite R-102
Kent, WA 98032
Telephone: +1 253 872-4730
Facsimile: +1 253 237-1591

Sean A. Commons (SBN 217603)
scommons@sidley.com
Bridget S. Johnsen (SBN 210778)
bjohnsen@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896-6000
Facsimile: +1 213 896-6600

*Admitted pro hac vice

** Institution listed for identification purposes only

2

I, Amy P. Lally, declare and say as follows:

1.      I am an attorney admitted to the bar of the United States District Court for the Central District of California.  I am one of the attorneys for Plaintiffs in the above-entitled action.  My business address is 1999 Avenue of the Stars, 17th Floor, Los Angeles, California 90067.  I have personal knowledge of the information set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2.      On November 27, 2019, the day before Thanksgiving, at 11:04 a.m. PST Defendants informed Plaintiffs that they would be filing an *ex parte* application for stay.  Despite having not seen Defendants' papers, Plaintiffs offered to set an abbreviated briefing schedule.  Defendants informed Plaintiffs that they would not agree to such a schedule at 4:45 p.m. PST.  A true and correct copy of the correspondence dated November 27, 2019 is attached hereto as Exhibit A.[1]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd date of December, 2019, at Los Angeles, California.

/s/  Amy P. Lally
Amy P. Lally

---

[1] Note that Exhibit A contains the full correspondence from November 27, 2019.  As the *ex parte* notification was made by reply email, prior correspondence is included as well.

3

DECLARATION OF AMY P. LALLY IN SUPPORT OF PLTFS' OPPOSITION TO DEFS' *EX PARTE* APPLICATION TO STAY ALL PROCEEDINGS PENDING APPEAL

**CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 1999 Avenue of the Stars, 17th Floor, Los Angeles, California 90067.

On December 2, 2019, I served the foregoing document(s) described as **DECLARATION OF AMY P. LALLY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION TO STAY ALL PROCEEEDINGS PENDING APPEAL** on all interested parties in this action by the method described below:

I electronically filed the foregoing with the Clerk of District Court using its CM/ECF system, which electronically provides notice.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/*  Amy P. Lally
Amy P. Lally
Attorney for Plaintiffs