| | |
|---|---|
| **From:** | Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov> |
| **Sent:** | Wednesday, November 27, 2019 4:45 PM |
| **To:** | Lally, Amy P.; Murley, Nicole (CIV); Craig, Dan; Fee, Kevin M. |
| **Cc:** | Andolina, Michael C.; Johnsen, Bridget S.; Cooper, Ellyce; Clark, Jennifer; Hartz, Alisa (EXTERNAL @PUBLICCOUNSEL.ORG); Rosenbaum, Mark (EXTERNAL @PUBLICCOUNSEL.ORG); Igra, Naomi A.; Kelly, S. Patrick; Vick, Lindsay (CIV); Davila, Yamileth G (CIV); Byerley, David (CIV); Walker, James (CIV) |
| **Subject:** | RE: Ms. J.P. v. Barr |

Thank you Amy. We will file shortly.

Jeff

Jeffrey S. Robins
Deputy Director
Office of Immigration Litigation
District Court Section
(202) 616-1246

---

**From:** Lally, Amy P. <alally@sidley.com>
**Sent:** Wednesday, November 27, 2019 6:35 PM
**To:** Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>; Murley, Nicole (CIV) <NMurley@civ.usdoj.gov>; Craig, Dan <dcraig@sidley.com>; Fee, Kevin M. <kfee@sidley.com>
**Cc:** Andolina, Michael C. <mandolina@sidley.com>; Johnsen, Bridget S. <bjohnsen@sidley.com>; Cooper, Ellyce <ecooper@sidley.com>; Clark, Jennifer <jennifer.clark@sidley.com>; Hartz, Alisa (EXTERNAL @PUBLICCOUNSEL.ORG) <ahartz@publiccounsel.org>; Rosenbaum, Mark (EXTERNAL @PUBLICCOUNSEL.ORG) <mrosenbaum@publiccounsel.org>; Igra, Naomi A. <naomi.igra@sidley.com>; Kelly, S. Patrick <patrick.kelly@sidley.com>; Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; Davila, Yamileth G (CIV) <ydavila@CIV.USDOJ.GOV>; Byerley, David (CIV) <dabyerle@CIV.USDOJ.GOV>; Walker, James (CIV) <jwalker2@CIV.USDOJ.GOV>
**Subject:** RE: Ms. J.P. v. Barr

Jeff,

Please send us your proposed request for stay. Without seeing Defendants' papers, we cannot reasonably agree to any shorter period of time in which to respond without risking substantial undue prejudice to our clients. If upon reviewing Defendants' papers we believe we can faithfully execute our duties to the class by December 4, 2019, then we will consent to your demand.

Your request that Plaintiffs' "stay" the preliminary injunction is a strawman. As you well know, the preliminary injunction is not self-effectuating. It requires Defendants' cooperation and the production of class member data that Defendants have wrongfully refused to produce for nearly one year. To date, Defendants have done a completely competent job of thwarting the implementation of the preliminary injunction and otherwise acting in bad faith. *See* Defendants' request for an extension of time to respond to the complaint made just last week without any disclosure of the present anticipated ex parte.

You have offered absolutely no prejudice that Defendants would suffer from Plaintiffs being granted a reasonable time to respond and no reason why the Court should be deprived of thoughtful briefing. On the other hand, Plaintiffs, who

have been deliberately and indifferently traumatized by Defendants, will suffer grave prejudice if they continue to not be afforded adequate due process by Defendants.

Plaintiffs remain willing to stipulate to a reasonable responsive briefing date if Defendants do not wish to request a hearing.

Please keep those whom your clients have harmed in your thoughts this Thanksgiving.  I will.

Amy

**AMY P. LALLY**

**SIDLEY AUSTIN LLP**
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067
+1 310 595 9662
alally@sidley.com
www.sidley.com

**SIDLEY**

---

**From:** Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>
**Sent:** Wednesday, November 27, 2019 3:06 PM
**To:** Lally, Amy P. <alally@sidley.com>; Murley, Nicole (CIV) <Nicole.Murley@usdoj.gov>; Craig, Dan <dcraig@sidley.com>; Fee, Kevin M. <kfee@sidley.com>
**Cc:** Andolina, Michael C. <mandolina@sidley.com>; Johnsen, Bridget S. <bjohnsen@sidley.com>; Cooper, Ellyce <ecooper@sidley.com>; Clark, Jennifer <jennifer.clark@sidley.com>; Hartz, Alisa (EXTERNAL @PUBLICCOUNSEL.ORG) <ahartz@publiccounsel.org>; Rosenbaum, Mark (EXTERNAL @PUBLICCOUNSEL.ORG) <mrosenbaum@publiccounsel.org>; Igra, Naomi A. <naomi.igra@sidley.com>; Kelly, S. Patrick <patrick.kelly@sidley.com>; Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov>; Davila, Yamileth G (CIV) <Yamileth.G.Davila@usdoj.gov>; Byerley, David (CIV) <David.Byerley@usdoj.gov>; Walker, James (CIV) <James.Walker3@usdoj.gov>
**Subject:** RE: Ms. J.P. v. Barr

Amy ,

We could agree to give you until Dec. 4 to file any response.  We would be willing to give you longer if you agree to stay the injunction while the matter is briefed and decided.  We expect to seek a prompt ruling, and because it is an ex parte application, we do not expect to propose any hearing.

Jeff

Jeffrey S. Robins
Deputy Director
Office of Immigration Litigation
District Court Section
(202) 616-1246

**From:** Lally, Amy P. <alally@sidley.com>
**Sent:** Wednesday, November 27, 2019 5:14 PM
**To:** Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>; Murley, Nicole (CIV) <NMurley@civ.usdoj.gov>; Craig, Dan <dcraig@sidley.com>; Fee, Kevin M. <kfee@sidley.com>
**Cc:** Andolina, Michael C. <mandolina@sidley.com>; Johnsen, Bridget S. <bjohnsen@sidley.com>; Cooper, Ellyce <ecooper@sidley.com>; Clark, Jennifer <jennifer.clark@sidley.com>; Hartz, Alisa (EXTERNAL @PUBLICCOUNSEL.ORG) <ahartz@publiccounsel.org>; Rosenbaum, Mark (EXTERNAL @PUBLICCOUNSEL.ORG) <mrosenbaum@publiccounsel.org>; Igra, Naomi A. <naomi.igra@sidley.com>; Kelly, S. Patrick <patrick.kelly@sidley.com>; Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; Davila, Yamileth G (CIV) <ydavila@CIV.USDOJ.GOV>; Byerley, David (CIV) <dabyerle@CIV.USDOJ.GOV>; Walker, James (CIV) <jwalker2@CIV.USDOJ.GOV>
**Subject:** RE: Ms. J.P. v. Barr

Jeff,

Given the severity of the harm caused and the merits of our claims (*see* November 5, 2019 Order granting Plaintiffs' Motion for Preliminary Injunction), we are confident that the Court would grant Plaintiffs two weeks to respond to Defendants' request. However, in a good faith effort to avoid unnecessary ex parte practice, Plaintiffs are willing to compromise and stipulate that: (1) Defendants' motion for stay shall be filed on or before December 2, 2019; (2) Plaintiffs' opposition will be filed on or before December 12, 2019; and (3) the parties' request that the Court hold a hearing on December 16, 2019 or as soon thereafter as the matter may be heard.

If Defendants are willing to so stipulate, please send me a draft stipulation and proposed order memorializing the foregoing. (If you prefer to document the parties' agreement as a joint ex parte application for the same, then that is acceptable as well and kindly send me a draft.)

Amy


**AMY P. LALLY**

**SIDLEY AUSTIN LLP**
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067
+1 310 595 9662
alally@sidley.com
www.sidley.com



---

> **From:** Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>
> **Sent:** Wednesday, November 27, 2019 1:54 PM
> **To:** Lally, Amy P. <alally@sidley.com>; Murley, Nicole (CIV) <Nicole.Murley@usdoj.gov>; Craig, Dan <dcraig@sidley.com>; Fee, Kevin M. <kfee@sidley.com>
> **Cc:** Andolina, Michael C. <mandolina@sidley.com>; Johnsen, Bridget S. <bjohnsen@sidley.com>; Cooper, Ellyce <ecooper@sidley.com>; Clark, Jennifer <jennifer.clark@sidley.com>; Hartz, Alisa (EXTERNAL @PUBLICCOUNSEL.ORG) <ahartz@publiccounsel.org>; Rosenbaum, Mark (EXTERNAL @PUBLICCOUNSEL.ORG) <mrosenbaum@publiccounsel.org>; Igra, Naomi A. <naomi.igra@sidley.com>; Kelly, S. Patrick <patrick.kelly@sidley.com>; Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov>; Davila,

Yamileth G (CIV) <Yamileth.G.Davila@usdoj.gov>; Byerley, David (CIV) <David.Byerley@usdoj.gov>; Walker, James (CIV) <James.Walker3@usdoj.gov>
**Subject:** RE: Ms. J.P. v. Barr

Amy,

The government will not agree to a two-week time period for you to file a response. If you have an alternative briefing schedule that accounts for the urgency of our stay request, we will consider it. Otherwise we will file soon today.

Thanks,

Jeff

Jeffrey S. Robins
Deputy Director
Office of Immigration Litigation
District Court Section
(202) 616-1246

---

**From:** Lally, Amy P. <alally@sidley.com>
**Sent:** Wednesday, November 27, 2019 3:58 PM
**To:** Murley, Nicole (CIV) <NMurley@civ.usdoj.gov>; Craig, Dan <dcraig@sidley.com>; Fee, Kevin M. <kfee@sidley.com>
**Cc:** Andolina, Michael C. <mandolina@sidley.com>; Johnsen, Bridget S. <bjohnsen@sidley.com>; Cooper, Ellyce <ecooper@sidley.com>; Clark, Jennifer <jennifer.clark@sidley.com>; Hartz, Alisa (EXTERNAL @PUBLICCOUNSEL.ORG) <ahartz@publiccounsel.org>; Rosenbaum, Mark (EXTERNAL @PUBLICCOUNSEL.ORG) <mrosenbaum@publiccounsel.org>; Igra, Naomi A. <naomi.igra@sidley.com>; Kelly, S. Patrick <patrick.kelly@sidley.com>; Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>; Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; Davila, Yamileth G (CIV) <ydavila@CIV.USDOJ.GOV>; Byerley, David (CIV) <dabyerle@CIV.USDOJ.GOV>; Walker, James (CIV) <jwalker2@CIV.USDOJ.GOV>
**Subject:** RE: Ms. J.P. v. Barr

Nicole,

Your email is disingenuous. The only deadline set in the Court's November 5, 2019 Order was yesterday's deadline to submit a joint report to which the parties timely complied.

Local Rule 7-19.1 requires an ex parte applicant to give notice of the "substance" of the ex parte application, which is only for "extraordinary relief" pursuant to Judge Kronstadt's procedures. Your email states without any support or explanation that Defendants could not timely bring their request for stay by noticed motion. If the Court's timely attention to Defendants' substantive request is Defendants' true purpose in filing an ex parte application, then the same relief could be obtained with an ex parte application to request a December 2019 hearing date and to set a briefing scheduling accordingly so that the Court may properly consider Defendants' request with the benefit of thoughtful briefing. Plaintiffs would be amenable to negotiating an expeditious briefing schedule with Defendants and jointly requesting a December 2019 hearing date. This offer moots any possible well taken basis for Defendants' ex parte application.

Please be advised that if Defendants persist in filing a request for stay on an ex parte basis today, Plaintiffs will concurrently file an ex parte application to strike Defendants' application for failing to

comply with the local rules, or, in the alternative, for an extension of time to respond to Defendants' application.

The basis for this ex parte application will be:
- Defendants failed to give proper notice of the substance and basis for ex parte application for the reasons I have explained in this email thread.
- Defendants did not give notice in good faith because Plaintiffs' reasonable offer to address Defendants' purported concern was rejected.
- Defendants giving of notice the day before Thanksgiving was done in bad faith and for an improper purpose. Defendants purport to justify the timing of the notice based on having "just" received approval to appeal, however, embedded in that statement from Defendants' counsel is the truth that appeal was sought some amount of time in advance of today and that Defendants took a deliberative period of time to consider what relief (if any) should be sought. The time Defendants took to consider this action belies the veracity of any statement that relief must be obtained ex parte. Moreover, having taken for themselves a deliberative period of time to consider this action and prepare their own papers, Defendants' attempt to deprive Plaintiffs of a proper and suitable amount of time to respond and attempt to cram down a notice the day before a national holiday evidences Defendants bad faith.
- The Court has already found that Defendants took affirmative steps to implement the zero-tolerance policy in which immigrant parents were separated from their children. This conduct caused severe mental trauma to parents and their children. Defendants were aware of the risks associated with the family separation when they implemented it. Contrary to our fundamental moral compass, Attorney General Sessions stated that the purpose of the inhumane policy was to deter foreign nationals from entering the United States illegally. Defendants have hurt women and children and seek to perpetuate that harm. The Court would benefit from thoughtful briefing on this issue and Plaintiffs will ask for a two week extension of time to respond to Defendants' request.

Pursuant to Local Rule 7-19 and Judge Kronstadt's procedures, please be advised that Defendants' response to Plaintiffs' ex parte application will be due 24 hours after service. Please let me know Defendants' position.

Amy


**AMY P. LALLY**

**SIDLEY AUSTIN LLP**
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067
+1 310 595 9662
alally@sidley.com
www.sidley.com

**SIDLEY**

---

From: Murley, Nicole (CIV) <Nicole.Murley@usdoj.gov>
Sent: Wednesday, November 27, 2019 12:15 PM
To: Lally, Amy P. <alally@sidley.com>; Craig, Dan <dcraig@sidley.com>; Fee, Kevin M.

<kfee@sidley.com>
**Cc:** Andolina, Michael C. <mandolina@sidley.com>; Johnsen, Bridget S. <bjohnsen@sidley.com>; Cooper, Ellyce <ecooper@sidley.com>; Clark, Jennifer <jennifer.clark@sidley.com>; Hartz, Alisa (EXTERNAL @PUBLICCOUNSEL.ORG) <ahartz@publiccounsel.org>; Rosenbaum, Mark (EXTERNAL @PUBLICCOUNSEL.ORG) <mrosenbaum@publiccounsel.org>; Igra, Naomi A. <naomi.igra@sidley.com>; Kelly, S. Patrick <patrick.kelly@sidley.com>; Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov>; Davila, Yamileth G (CIV) <Yamileth.G.Davila@usdoj.gov>; Byerley, David (CIV) <David.Byerley@usdoj.gov>; Walker, James (CIV) <James.Walker3@usdoj.gov>
**Subject:** RE: Ms. J.P. v. Barr

Amy,

We disagree that the notice provided does not constitute adequate notice under the Local Rules. In any event, ex parte relief is warranted because the stay of proceedings pending appeal cannot be addressed within the time permitted by regular noticing under the rules. The Court's Order mandates extensive and burdensome actions by the Defendants and Defendants will therefore be irreparably harmed if they are required to comply with the Order before resolution of regularly noticed stay.

Nicole N. Murley
Tel. 202.616.0473

**From:** Lally, Amy P. <alally@sidley.com>
**Sent:** Wednesday, November 27, 2019 2:46 PM
**To:** Murley, Nicole (CIV) <NMurley@civ.usdoj.gov>; Craig, Dan <dcraig@sidley.com>; Fee, Kevin M. <kfee@sidley.com>
**Cc:** Andolina, Michael C. <mandolina@sidley.com>; Johnsen, Bridget S. <bjohnsen@sidley.com>; Cooper, Ellyce <ecooper@sidley.com>; Clark, Jennifer <jennifer.clark@sidley.com>; Hartz, Alisa (EXTERNAL @PUBLICCOUNSEL.ORG) <ahartz@publiccounsel.org>; Rosenbaum, Mark (EXTERNAL @PUBLICCOUNSEL.ORG) <mrosenbaum@publiccounsel.org>; Igra, Naomi A. <naomi.igra@sidley.com>; Kelly, S. Patrick <patrick.kelly@sidley.com>; Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>; Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; Davila, Yamileth G (CIV) <ydavila@CIV.USDOJ.GOV>; Byerley, David (CIV) <dabyerle@CIV.USDOJ.GOV>; Walker, James (CIV) <jwalker2@CIV.USDOJ.GOV>
**Subject:** RE: Ms. J.P. v. Barr

Nicole,

Your email below does not state the basis for ex parte relief and, thus, does not comply with the rules nor constitute adequate notice. Please provide proper notice including a description of the basis for the relief sought and the reasons why relief must be granted ex parte.

Amy

**From:** Murley, Nicole (CIV) <Nicole.Murley@usdoj.gov>
**Date:** Wednesday, Nov 27, 2019, 11:04 AM
**To:** Lally, Amy P. <alally@sidley.com>, Craig, Dan <dcraig@sidley.com>, Fee, Kevin M. <kfee@sidley.com>

**Cc:** Andolina, Michael C. <mandolina@sidley.com>, Johnsen, Bridget S. <bjohnsen@sidley.com>, Cooper, Ellyce <ecooper@sidley.com>, Clark, Jennifer <jennifer.clark@sidley.com>, Hartz, Alisa (EXTERNAL @PUBLICCOUNSEL.ORG) <ahartz@publiccounsel.org>, Rosenbaum, Mark (EXTERNAL @PUBLICCOUNSEL.ORG) <mrosenbaum@publiccounsel.org>, Igra, Naomi A. <naomi.igra@sidley.com>, Kelly, S. Patrick <patrick.kelly@sidley.com>, Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>, Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov>, Davila, Yamileth G (CIV) <Yamileth.G.Davila@usdoj.gov>, Byerley, David (CIV) <David.Byerley@usdoj.gov>, Walker, James (CIV) <James.Walker3@usdoj.gov>
**Subject:** RE: Ms. J.P. v. Barr

Counsel,

Please be advised that Defendants will be filing an ex parte application to stay proceedings pending resolution of an appeal of the Court's November 5, 2019 Order. Please note that according to the Local Rules any opposing papers must be filed no later than 24 hours (or one court day) following service. Please also note that if Plaintiffs do not intend to oppose the ex parte application, counsel must inform the Courtroom Deputy Clerk by telephone as soon as possible.

We recognize that filing this today is inconvenient, but Defendants just received the necessary authorization for appeal. Please let me know Plaintiffs' position on this motion.

Thanks,

Nicole N. Murley
Tel. 202.616.0473

---

**From:** Lally, Amy P. <alally@sidley.com>
**Sent:** Tuesday, November 26, 2019 11:56 PM
**To:** Murley, Nicole (CIV) <NMurley@civ.usdoj.gov>; Craig, Dan <dcraig@sidley.com>; Fee, Kevin M. <kfee@sidley.com>
**Cc:** Andolina, Michael C. <mandolina@sidley.com>; Johnsen, Bridget S. <bjohnsen@sidley.com>; Cooper, Ellyce <ecooper@sidley.com>; Clark, Jennifer <jennifer.clark@sidley.com>; Hartz, Alisa (EXTERNAL @PUBLICCOUNSEL.ORG) <ahartz@publiccounsel.org>; Rosenbaum, Mark (EXTERNAL @PUBLICCOUNSEL.ORG) <mrosenbaum@publiccounsel.org>; Igra, Naomi A. <naomi.igra@sidley.com>; Kelly, S. Patrick <patrick.kelly@sidley.com>; Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>; Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; Davila, Yamileth G (CIV) <ydavila@CIV.USDOJ.GOV>; Byerley, David (CIV) <dabyerle@CIV.USDOJ.GOV>; Walker, James (CIV) <jwalker2@CIV.USDOJ.GOV>
**Subject:** RE: Ms. J.P. v. Barr

Thank you. Approved for filing. You may add my signature.

**AMY P. LALLY**

**SIDLEY AUSTIN LLP**
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067
+1 310 595 9662
alally@sidley.com
www.sidley.com

**SIDLEY**

**From:** Murley, Nicole (CIV) <Nicole.Murley@usdoj.gov>
**Sent:** Tuesday, November 26, 2019 8:47 PM
**To:** Lally, Amy P. <alally@sidley.com>; Craig, Dan <dcraig@sidley.com>; Fee, Kevin M. <kfee@sidley.com>
**Cc:** Andolina, Michael C. <mandolina@sidley.com>; Johnsen, Bridget S. <bjohnsen@sidley.com>; Cooper, Ellyce <ecooper@sidley.com>; Clark, Jennifer <jennifer.clark@sidley.com>; Hartz, Alisa (EXTERNAL @PUBLICCOUNSEL.ORG) <ahartz@publiccounsel.org>; Rosenbaum, Mark (EXTERNAL @PUBLICCOUNSEL.ORG) <mrosenbaum@publiccounsel.org>; Igra, Naomi A. <naomi.igra@sidley.com>; Kelly, S. Patrick <patrick.kelly@sidley.com>; Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov>; Davila, Yamileth G (CIV) <Yamileth.G.Davila@usdoj.gov>; Byerley, David (CIV) <David.Byerley@usdoj.gov>; Walker, James (CIV) <James.Walker3@usdoj.gov>
**Subject:** RE: Ms. J.P. v. Barr

Amy,

Attached for you review is the formatted statement. I added a little bit more to the first sentence, but other than that, Defendants have not made any substantive changes. Please let me know if I have permission to file and if it should be your signature block at the end.

Thanks,
Nicole N. Murley
Tel. 202.616.0473

**From:** Lally, Amy P. <alally@sidley.com>
**Sent:** Tuesday, November 26, 2019 11:28 PM
**To:** Murley, Nicole (CIV) <NMurley@civ.usdoj.gov>; Craig, Dan <dcraig@sidley.com>; Fee, Kevin M. <kfee@sidley.com>
**Cc:** Andolina, Michael C. <mandolina@sidley.com>; Johnsen, Bridget S. <bjohnsen@sidley.com>; Cooper, Ellyce <ecooper@sidley.com>; Clark, Jennifer <jennifer.clark@sidley.com>; Hartz, Alisa (EXTERNAL @PUBLICCOUNSEL.ORG) <ahartz@publiccounsel.org>; Rosenbaum, Mark (EXTERNAL @PUBLICCOUNSEL.ORG) <mrosenbaum@publiccounsel.org>; Igra, Naomi A. <naomi.igra@sidley.com>; Kelly, S. Patrick <patrick.kelly@sidley.com>; Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>; Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; Davila, Yamileth G (CIV) <ydavila@CIV.USDOJ.GOV>; Byerley, David (CIV) <dabyerle@CIV.USDOJ.GOV>; Walker, James (CIV) <jwalker2@CIV.USDOJ.GOV>
**Subject:** RE: Ms. J.P. v. Barr

Nicole,

We have added our introductory statement and made a few other edits. All of our changes are shown in tracked changes on the attached for your convenience. If you make any further changes (other than formatting) prior to filing, please return the courtesy of sending us a revised draft in tracked changes for review and approval. In

any event, I would appreciate the opportunity to review the formatted statement before approving for filing.

Thank you.

Amy

**AMY P. LALLY**

**SIDLEY AUSTIN LLP**
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067
+1 310 595 9662
alally@sidley.com
www.sidley.com

---

**From:** Murley, Nicole (CIV) <Nicole.Murley@usdoj.gov>
**Sent:** Tuesday, November 26, 2019 6:42 PM
**To:** Craig, Dan <dcraig@sidley.com>; Fee, Kevin M. <kfee@sidley.com>; Lally, Amy P. <alally@sidley.com>
**Cc:** Andolina, Michael C. <mandolina@sidley.com>; Johnsen, Bridget S. <bjohnsen@sidley.com>; Cooper, Ellyce <ecooper@sidley.com>; Clark, Jennifer <jennifer.clark@sidley.com>; Hartz, Alisa (EXTERNAL @PUBLICCOUNSEL.ORG) <ahartz@publiccounsel.org>; Rosenbaum, Mark (EXTERNAL @PUBLICCOUNSEL.ORG) <mrosenbaum@publiccounsel.org>; Igra, Naomi A. <naomi.igra@sidley.com>; Kelly, S. Patrick <patrick.kelly@sidley.com>; Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov>; Davila, Yamileth G (CIV) <Yamileth.G.Davila@usdoj.gov>; Byerley, David (CIV) <David.Byerley@usdoj.gov>; Walker, James (CIV) <James.Walker3@usdoj.gov>
**Subject:** RE: Ms. J.P. v. Barr

Counsel,

Please see the draft JSR with Defendants' positions attached. I added the paragraphs plaintiffs requested in red font. Defendants are still editing for nits, etc., but do not anticipate any substantive changes. Once I have Plaintiffs' final, I will have to alter the formatting to a lined documents consistent with the Court's requirements.

Thanks,

Nicole N. Murley
Tel. 202.616.0473

---

**From:** Craig, Dan <dcraig@sidley.com>
**Sent:** Tuesday, November 26, 2019 9:11 PM
**To:** Murley, Nicole (CIV) <NMurley@civ.usdoj.gov>; Fee, Kevin M. <kfee@sidley.com>; Lally, Amy P. <alally@sidley.com>
**Cc:** Andolina, Michael C. <mandolina@sidley.com>; Johnsen, Bridget S.

<bjohnsen@sidley.com>; Cooper, Ellyce <ecooper@sidley.com>; Clark, Jennifer <jennifer.clark@sidley.com>; Hartz, Alisa (EXTERNAL @PUBLICCOUNSEL.ORG) <ahartz@publiccounsel.org>; Rosenbaum, Mark (EXTERNAL @PUBLICCOUNSEL.ORG) <mrosenbaum@publiccounsel.org>; Igra, Naomi A. <naomi.igra@sidley.com>; Kelly, S. Patrick <patrick.kelly@sidley.com>; Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>; Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; Davila, Yamileth G (CIV) <ydavila@CIV.USDOJ.GOV>; Byerley, David (CIV) <dabyerle@CIV.USDOJ.GOV>; Walker, James (CIV) <jwalker2@CIV.USDOJ.GOV>
**Subject:** RE: Ms. J.P. v. Barr

Thank you, Nicole.

Sent with BlackBerry Work (www.blackberry.com)

---

**From:** "Murley, Nicole (CIV)" <Nicole.Murley@usdoj.gov>
**Sent:** Nov 26, 2019 8:06 PM
**To:** "Craig, Dan" <dcraig@sidley.com>; "Fee, Kevin M." <kfee@sidley.com>; "Lally, Amy P." <alally@sidley.com>
**Cc:** "Andolina, Michael C." <mandolina@sidley.com>; "Johnsen, Bridget S." <bjohnsen@sidley.com>; "Cooper, Ellyce" <ecooper@sidley.com>; "Clark, Jennifer" <jennifer.clark@sidley.com>; "Hartz, Alisa (EXTERNAL @PUBLICCOUNSEL.ORG)" <ahartz@publiccounsel.org>; "Rosenbaum, Mark (EXTERNAL @PUBLICCOUNSEL.ORG)" <mrosenbaum@publiccounsel.org>; "Igra, Naomi A." <naomi.igra@sidley.com>; "Kelly, S. Patrick" <patrick.kelly@sidley.com>; "Robins, Jeffrey (CIV)" <Jeffrey.Robins@usdoj.gov>; "Vick, Lindsay (CIV)" <Lindsay.Vick@usdoj.gov>; "Davila, Yamileth G (CIV)" <Yamileth.G.Davila@usdoj.gov>; "Byerley, David (CIV)" <David.Byerley@usdoj.gov>; "Walker, James (CIV)" <James.Walker3@usdoj.gov>
**Subject:** RE: Ms. J.P. v. Barr

Dan,

I am incorporating Defendants' positions into the draft you circulated earlier, I will have something to you shortly.  And I can file this evening.

Nicole N. Murley
Tel. 202.616.0473

---

**From:** Craig, Dan <dcraig@sidley.com>
**Sent:** Tuesday, November 26, 2019 8:47 PM
**To:** Fee, Kevin M. <kfee@sidley.com>; Murley, Nicole (CIV) <NMurley@civ.usdoj.gov>; Lally, Amy P. <alally@sidley.com>
**Cc:** Andolina, Michael C. <mandolina@sidley.com>; Johnsen, Bridget S. <bjohnsen@sidley.com>; Cooper, Ellyce <ecooper@sidley.com>; Clark, Jennifer <jennifer.clark@sidley.com>; Hartz, Alisa (EXTERNAL @PUBLICCOUNSEL.ORG) <ahartz@publiccounsel.org>; Rosenbaum, Mark (EXTERNAL @PUBLICCOUNSEL.ORG) <mrosenbaum@publiccounsel.org>; Igra, Naomi A. <naomi.igra@sidley.com>; Kelly, S. Patrick <patrick.kelly@sidley.com>; Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>;

Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; Davila, Yamileth G (CIV) <ydavila@CIV.USDOJ.GOV>; Byerley, David (CIV) <dabyerle@CIV.USDOJ.GOV>; Walker, James (CIV) <jwalker2@CIV.USDOJ.GOV>
**Subject:** RE: Ms. J.P. v. Barr

Counsel,

Do you have a sense of when you anticipate sending us the version with Defendants' statements filled in? Relatedly, do you have the ability to handle the filing tonight?

Thank you,
Dan


Sent with BlackBerry Work (www.blackberry.com)

**From:** "Craig, Dan" <dcraig@sidley.com>
**Sent:** Nov 26, 2019 5:56 PM
**To:** "Fee, Kevin M." <kfee@sidley.com>; Nicole.Murley@usdoj.gov; "Lally, Amy P." <alally@sidley.com>
**Cc:** "Andolina, Michael C." <mandolina@sidley.com>; "Johnsen, Bridget S." <bjohnsen@sidley.com>; "Cooper, Ellyce" <ecooper@sidley.com>; "Clark, Jennifer" <jennifer.clark@sidley.com>; "Hartz, Alisa (EXTERNAL @PUBLICCOUNSEL.ORG)" <ahartz@publiccounsel.org>; "Rosenbaum, Mark (EXTERNAL @PUBLICCOUNSEL.ORG)" <mrosenbaum@publiccounsel.org>; "Igra, Naomi A." <naomi.igra@sidley.com>; "Kelly, S. Patrick" <patrick.kelly@sidley.com>; Jeffrey.Robins@usdoj.gov; Lindsay.Vick@usdoj.gov; Yamileth.G.Davila@usdoj.gov; David.Byerley@usdoj.gov; James.Walker3@usdoj.gov
**Subject:** RE: Ms. J.P. v. Barr

Counsel,

Further to our discussion this afternoon, and to avoid any need for multiple exchanges of dates, please include the following paragraphs in the appropriate Plaintiffs' section of the joint statement when sending us the revised version with the Defendants' positions.

Best regards,
Dan



The class certified by the Court does not exclude persons who have been removed from, or who have voluntarily departed from, the United States, nor does the Preliminary Injunction exclude such persons from the relief it provides. Defendants should provide any and all information (as described in section A, above) in their possession regarding such persons. The parties should then meet and confer regarding the means by which notice, screening, and treatment may be provided to such persons.

. . .

Children of class members who are in ORR custody should not be treated any differently under the preliminary injunction than children of class members who are not in ORR custody, because nothing in the Court's order supports such discrimination. For example, if a health service provider determines that treatment should be provided to a class member's family unit, such treatment should be provided to parents and children together, regardless of whether the child is in ORR custody. Defendants should bear the cost of transporting such children to therapy sessions, whether such children are in ORR custody or not.

Sent with BlackBerry Work (www.blackberry.com)

**From:** "Fee, Kevin M." <kfee@sidley.com>
**Sent:** Nov 26, 2019 2:49 PM
**To:** "Murley, Nicole (CIV)" <Nicole.Murley@usdoj.gov>; "Craig, Dan" <dcraig@sidley.com>; "Lally, Amy P." <alally@sidley.com>
**Cc:** "Andolina, Michael C." <mandolina@sidley.com>; "Johnsen, Bridget S." <bjohnsen@sidley.com>; "Cooper, Ellyce" <ecooper@sidley.com>; "Clark, Jennifer" <jennifer.clark@sidley.com>; "Hartz, Alisa (EXTERNAL @PUBLICCOUNSEL.ORG)" <ahartz@publiccounsel.org>; "Rosenbaum, Mark (EXTERNAL @PUBLICCOUNSEL.ORG)" <mrosenbaum@publiccounsel.org>; "Igra, Naomi A." <naomi.igra@sidley.com>; "Kelly, S. Patrick" <patrick.kelly@sidley.com>; "Robins, Jeffrey (CIV)" <Jeffrey.Robins@usdoj.gov>; "Vick, Lindsay (CIV)" <Lindsay.Vick@usdoj.gov>; "Davila, Yamileth G (CIV)" <Yamileth.G.Davila@usdoj.gov>; "Byerley, David (CIV)" <David.Byerley@usdoj.gov>; "Walker, James (CIV)" <James.Walker3@usdoj.gov>
**Subject:** RE: Ms. J.P. v. Barr

Let's use mine: 888-446-7584 / Participant code: 428122

Also, attached is a preliminary draft of our positions for the notice we understand is due today. We can use this to talk through the issues on our call.

**KEVIN M. FEE**

**SIDLEY AUSTIN LLP**
+1 312 853 7919
kfee@sidley.com

**From:** Murley, Nicole (CIV) <Nicole.Murley@usdoj.gov>
**Sent:** Tuesday, November 26, 2019 2:26 PM
**To:** Fee, Kevin M. <kfee@sidley.com>; Craig, Dan <dcraig@sidley.com>; Lally, Amy P. <alally@sidley.com>
**Cc:** Andolina, Michael C. <mandolina@sidley.com>; Johnsen, Bridget S. <bjohnsen@sidley.com>; Cooper, Ellyce <ecooper@sidley.com>; Clark, Jennifer

<jennifer.clark@sidley.com>; Hartz, Alisa (EXTERNAL @PUBLICCOUNSEL.ORG) <ahartz@publiccounsel.org>; Rosenbaum, Mark (EXTERNAL @PUBLICCOUNSEL.ORG) <mrosenbaum@publiccounsel.org>; Igra, Naomi A. <naomi.igra@sidley.com>; Kelly, S. Patrick <patrick.kelly@sidley.com>; Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov>; Davila, Yamileth G (CIV) <Yamileth.G.Davila@usdoj.gov>; Byerley, David (CIV) <David.Byerley@usdoj.gov>; Walker, James (CIV) <James.Walker3@usdoj.gov>
**Subject:** RE: Ms. J.P. v. Barr

Kevin,

Please let me know if Defendants should circulate a call in number?

Thanks,

Nicole N. Murley
Tel. 202.616.0473

---

**From:** Fee, Kevin M. <kfee@sidley.com>
**Sent:** Tuesday, November 26, 2019 9:50 AM
**To:** Murley, Nicole (CIV) <NMurley@civ.usdoj.gov>; Craig, Dan <dcraig@sidley.com>; Lally, Amy P. <alally@sidley.com>
**Cc:** Andolina, Michael C. <mandolina@sidley.com>; Johnsen, Bridget S. <bjohnsen@sidley.com>; Cooper, Ellyce <ecooper@sidley.com>; Clark, Jennifer <jennifer.clark@sidley.com>; Hartz, Alisa (EXTERNAL @PUBLICCOUNSEL.ORG) <ahartz@publiccounsel.org>; Rosenbaum, Mark (EXTERNAL @PUBLICCOUNSEL.ORG) <mrosenbaum@publiccounsel.org>; Igra, Naomi A. <naomi.igra@sidley.com>; Kelly, S. Patrick <patrick.kelly@sidley.com>; Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>; Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; Davila, Yamileth G (CIV) <ydavila@CIV.USDOJ.GOV>; Byerley, David (CIV) <dabyerle@CIV.USDOJ.GOV>; Walker, James (CIV) <jwalker2@CIV.USDOJ.GOV>
**Subject:** RE: Ms. J.P. v. Barr

Nicole:

Please let us know a good time this afternoon to go over where the parties stand on the issues to be covered in our upcoming report to the Court.  For the record, we do not agree with your characterization of our recent calls, and while there will certainly be some overlap between Plaintiffs' current positions and some of the provisions of the pre-injunction settlement agreement Defendants abandoned, that document represented a negotiated resolution at a different phase of the case, and we do not agree it should govern our discussions here.

Thanks,
Kevin

**KEVIN M. FEE**

**SIDLEY AUSTIN LLP**
+1 312 853 7919
kfee@sidley.com

**From:** Murley, Nicole (CIV) <Nicole.Murley@usdoj.gov>
**Sent:** Monday, November 25, 2019 4:50 PM
**To:** Craig, Dan <dcraig@sidley.com>; Lally, Amy P. <alally@sidley.com>
**Cc:** Andolina, Michael C. <mandolina@sidley.com>; Johnsen, Bridget S. <bjohnsen@sidley.com>; Cooper, Ellyce <ecooper@sidley.com>; Clark, Jennifer <jennifer.clark@sidley.com>; Fee, Kevin M. <kfee@sidley.com>; Hartz, Alisa (EXTERNAL @PUBLICCOUNSEL.ORG) <ahartz@publiccounsel.org>; Rosenbaum, Mark (EXTERNAL @PUBLICCOUNSEL.ORG) <mrosenbaum@publiccounsel.org>; Igra, Naomi A. <naomi.igra@sidley.com>; Kelly, S. Patrick <patrick.kelly@sidley.com>; Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov>; Davila, Yamileth G (CIV) <Yamileth.G.Davila@usdoj.gov>; Byerley, David (CIV) <David.Byerley@usdoj.gov>; Walker, James (CIV) <James.Walker3@usdoj.gov>
**Subject:** RE: Ms. J.P. v. Barr

Counsel,

Following up on Thursday's phone call, it is clear that there are items in the preliminary injunction that Plaintiffs had not thought through completely and items to which Defendants needed to give more thought. What is even clearer is that if the parties approach the preliminary injunction anew, implementation will be a long, potentially painful, drawn out process. The parties already have some agreement using the Settlement Agreement as a framework for the Released Subclass, with details needing to be worked out, including how to establish a structure to support the implementation. With that in mind, Defendants suggest hitting reset on the discussions regarding the Custody Subclass and that the parties look to the terms of the Settlement Agreement to guide preliminary injunction implementation discussions. The various agency clinicians who reviewed the settlement terms believe (as apparently Plaintiffs' clinicians did) that what those terms provide for is clinically appropriate. Defendants ask if that you believe there are preliminary injunction provisions that are not accounted for in the framework of the Settlement Agreement or provisions that require greater level of detail that the parties need to discuss, please let us know.

Nicole N. Murley
Tel. 202.616.0473

**From:** Craig, Dan <dcraig@sidley.com>
**Sent:** Thursday, November 21, 2019 1:40 PM
**To:** Murley, Nicole (CIV) <NMurley@civ.usdoj.gov>; Lally, Amy P. <alally@sidley.com>
**Cc:** Andolina, Michael C. <mandolina@sidley.com>; Johnsen, Bridget S. <bjohnsen@sidley.com>; Cooper, Ellyce <ecooper@sidley.com>; Clark, Jennifer <jennifer.clark@sidley.com>; Fee, Kevin M. <kfee@sidley.com>; Hartz, Alisa (EXTERNAL @PUBLICCOUNSEL.ORG) <ahartz@publiccounsel.org>; Rosenbaum, Mark (EXTERNAL @PUBLICCOUNSEL.ORG) <mrosenbaum@publiccounsel.org>; Igra, Naomi A. <naomi.igra@sidley.com>; Kelly, S. Patrick <patrick.kelly@sidley.com>; Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>;

Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; Davila, Yamileth G (CIV) <ydavila@CIV.USDOJ.GOV>; Byerley, David (CIV) <dabyerle@CIV.USDOJ.GOV>; Walker, James (CIV) <jwalker2@CIV.USDOJ.GOV>
**Subject:** RE: Ms. J.P. v. Barr

We can use the following dial-in:

Dial-in: 877-480-1629
Conference code: 8490085942

**DANIEL C. CRAIG**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 7370
dcraig@sidley.com

---

**From:** Murley, Nicole (CIV) <Nicole.Murley@usdoj.gov>
**Sent:** Thursday, November 21, 2019 11:15 AM
**To:** Lally, Amy P. <alally@sidley.com>
**Cc:** Andolina, Michael C. <mandolina@sidley.com>; Johnsen, Bridget S. <bjohnsen@sidley.com>; Cooper, Ellyce <ecooper@sidley.com>; Clark, Jennifer <jennifer.clark@sidley.com>; Fee, Kevin M. <kfee@sidley.com>; Hartz, Alisa (EXTERNAL @PUBLICCOUNSEL.ORG) <ahartz@publiccounsel.org>; Rosenbaum, Mark (EXTERNAL @PUBLICCOUNSEL.ORG) <mrosenbaum@publiccounsel.org>; Craig, Dan <dcraig@sidley.com>; Igra, Naomi A. <naomi.igra@sidley.com>; Kelly, S. Patrick <patrick.kelly@sidley.com>; Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov>; Davila, Yamileth G (CIV) <Yamileth.G.Davila@usdoj.gov>; Byerley, David (CIV) <David.Byerley@usdoj.gov>; Walker, James (CIV) <James.Walker3@usdoj.gov>
**Subject:** RE: Ms. J.P. v. Barr

All:

Below is a brief agenda for today's call. Please let me know if Plaintiffs would like to add any items. Also, will you be circulating a number for today's call?

    **I.**    **Class Definition Issue**

The *Ms. L* class is defined:
> All adult parents who enter the United States at or between designated ports of entry who (1) have been, are, or will be detained in immigration custody by the DHS, and (2) have a minor child who is or will be separated from them by DHS and detained in ORR custody, ORR foster care, or DHS custody, **absent a determination that the parent is unfit or presents a danger to the child**. Class Certification Order at 17.

The expanded *Ms. L* class is defined:
> All adult parents who entered the United States at or between designated ports of entry on or after July 1, 2017, who (1) have been, are, or will be detained in immigration custody by the DHS, and (2) have a minor child who has been, is or will be separated from them by DHS and has been, is or will be detained in ORR custody, ORR foster care, or DHS custody, **absent a determination that the parent is unfit or presents a danger to the child.** Order, March 8, 2019, ECF No. 386, at 14.

15

However, in the November 5 Order, the Court adds additional language to prong two of the class certified in *Ms. L.*

>(2) have a minor child who is or will be separated from them by DHS and detained in ORR custody … **absent a determination in a hearing that the parent is unfit or presents a danger to the child.** ECF No. 251 at 8.

The Court then certified a class that included the additional **"absent a demonstration in a hearing"** language. ECF No. 251 at 29.  Defendants think this was an inadvertent error and would like to discuss.

### II.    Custody Subclass

- Notice implementation
- Screening implementation
- Treatment implementation
- Children in ORR custody

### III.    Released Subclass

- Notice implementation
- Screening implementation
- Treatment implementation
- Removed Class members

Nicole N. Murley
Tel. 202.616.0473

---

**From:** Lally, Amy P. <alally@sidley.com>
**Sent:** Monday, November 18, 2019 1:52 PM
**To:** Murley, Nicole (CIV) <NMurley@civ.usdoj.gov>; Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>; Heyse, Michael (CIV) <MHeyse@civ.usdoj.gov>; Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; Davila, Yamileth G (CIV) <ydavila@CIV.USDOJ.GOV>
**Cc:** Andolina, Michael C. <mandolina@sidley.com>; Johnsen, Bridget S. <bjohnsen@sidley.com>; Cooper, Ellyce <ecooper@sidley.com>; Clark, Jennifer <jennifer.clark@sidley.com>; Fee, Kevin M. <kfee@sidley.com>; Hartz, Alisa (EXTERNAL @PUBLICCOUNSEL.ORG) <ahartz@publiccounsel.org>; Rosenbaum, Mark (EXTERNAL @PUBLICCOUNSEL.ORG) <mrosenbaum@publiccounsel.org>; Craig, Dan <dcraig@sidley.com>; Igra, Naomi A. <naomi.igra@sidley.com>; Kelly, S. Patrick <patrick.kelly@sidley.com>
**Subject:** RE: Ms. J.P. v. Barr

Great.  Confirmed.  We can use my dial-in below:

1-877-480-1629; 2138966642#

**AMY P. LALLY**

**SIDLEY AUSTIN LLP**
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067
+1 310 595 9662
alally@sidley.com
www.sidley.com

**SIDLEY**

**From:** Murley, Nicole (CIV) <Nicole.Murley@usdoj.gov>
**Sent:** Monday, November 18, 2019 9:24 AM
**To:** Lally, Amy P. <alally@sidley.com>; Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Heyse, Michael (CIV) <Michael.Heyse@usdoj.gov>; Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov>; Davila, Yamileth G (CIV) <Yamileth.G.Davila@usdoj.gov>
**Cc:** Andolina, Michael C. <mandolina@sidley.com>; Johnsen, Bridget S. <bjohnsen@sidley.com>; Cooper, Ellyce <ecooper@sidley.com>; Clark, Jennifer <jennifer.clark@sidley.com>; Fee, Kevin M. <kfee@sidley.com>; Hartz, Alisa (EXTERNAL @PUBLICCOUNSEL.ORG) <ahartz@publiccounsel.org>; Rosenbaum, Mark (EXTERNAL @PUBLICCOUNSEL.ORG) <mrosenbaum@publiccounsel.org>; Craig, Dan <dcraig@sidley.com>; Igra, Naomi A. <naomi.igra@sidley.com>; Kelly, S. Patrick <patrick.kelly@sidley.com>
**Subject:** RE: Ms. J.P. v. Barr

Thank you, Amy. 3pm PT/6pm ET works for Defendants. Please let me know if you need Defendants to circulate a call in number.

Thanks,

Nicole

Nicole N. Murley
Tel. 202.616.0473

**From:** Lally, Amy P. <alally@sidley.com>
**Sent:** Monday, November 18, 2019 11:10 AM
**To:** Murley, Nicole (CIV) <NMurley@civ.usdoj.gov>; Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>; Heyse, Michael (CIV) <MHeyse@civ.usdoj.gov>; Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; Davila, Yamileth G (CIV) <ydavila@CIV.USDOJ.GOV>
**Cc:** Andolina, Michael C. <mandolina@sidley.com>; Johnsen, Bridget S. <bjohnsen@sidley.com>; Cooper, Ellyce <ecooper@sidley.com>; Clark, Jennifer <jennifer.clark@sidley.com>; Fee, Kevin M. <kfee@sidley.com>; Hartz, Alisa (EXTERNAL @PUBLICCOUNSEL.ORG) <ahartz@publiccounsel.org>; Rosenbaum, Mark (EXTERNAL

@PUBLICCOUNSEL.ORG) <mrosenbaum@publiccounsel.org>; Craig, Dan <dcraig@sidley.com>; Igra, Naomi A. <naomi.igra@sidley.com>; Kelly, S. Patrick <patrick.kelly@sidley.com>
**Subject:** RE: Ms. J.P. v. Barr

Hi Nicole,

Seneca is on the west coast. To clarify, they are free at or after 3 p.m. PT today. We also have inquired of available times tomorrow if you prefer that.

Amy

**AMY P. LALLY**

**SIDLEY AUSTIN LLP**
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067
+1 310 595 9662
alally@sidley.com
www.sidley.com

**From:** Murley, Nicole (CIV) <Nicole.Murley@usdoj.gov>
**Sent:** Monday, November 18, 2019 7:47 AM
**To:** Lally, Amy P. <alally@sidley.com>; Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Heyse, Michael (CIV) <Michael.Heyse@usdoj.gov>; Vick, Lindsay (CIV) <Lindsay.Vick@usdoj.gov>; Davila, Yamileth G (CIV) <Yamileth.G.Davila@usdoj.gov>
**Cc:** Andolina, Michael C. <mandolina@sidley.com>; Johnsen, Bridget S. <bjohnsen@sidley.com>; Cooper, Ellyce <ecooper@sidley.com>; Clark, Jennifer <jennifer.clark@sidley.com>; Fee, Kevin M. <kfee@sidley.com>; Hartz, Alisa (EXTERNAL @PUBLICCOUNSEL.ORG) <ahartz@publiccounsel.org>; Rosenbaum, Mark (EXTERNAL @PUBLICCOUNSEL.ORG) <mrosenbaum@publiccounsel.org>; Craig, Dan <dcraig@sidley.com>; Igra, Naomi A. <naomi.igra@sidley.com>; Kelly, S. Patrick <patrick.kelly@sidley.com>
**Subject:** RE: Ms. J.P. v. Barr

Hi Amy,

Thank you. 4pm eastern today works for Defendants for a call with Seneca. Please let me know if this time works.

Nicole

Nicole N. Murley
Tel. 202.616.0473

**From:** Lally, Amy P. <alally@sidley.com>
**Sent:** Sunday, November 17, 2019 10:49 PM
**To:** Murley, Nicole (CIV) <NMurley@civ.usdoj.gov>; Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>; Heyse, Michael (CIV) <MHeyse@civ.usdoj.gov>; Vick, Lindsay (CIV) <lvick@CIV.USDOJ.GOV>; Davila, Yamileth G (CIV) <ydavila@CIV.USDOJ.GOV>
**Cc:** Andolina, Michael C. <mandolina@sidley.com>; Johnsen, Bridget S. <bjohnsen@sidley.com>; Cooper, Ellyce <ecooper@sidley.com>; Clark, Jennifer <jennifer.clark@sidley.com>; Fee, Kevin M. <kfee@sidley.com>; Hartz, Alisa (EXTERNAL @PUBLICCOUNSEL.ORG) <ahartz@publiccounsel.org>; Rosenbaum, Mark (EXTERNAL @PUBLICCOUNSEL.ORG) <mrosenbaum@publiccounsel.org>; Craig, Dan <dcraig@sidley.com>; Igra, Naomi A. <naomi.igra@sidley.com>; Kelly, S. Patrick <patrick.kelly@sidley.com>
**Subject:** Ms. J.P. v. Barr

Nicole,

The ESI protocol that you sent is acceptable to Plaintiffs. Seneca is available for a call at or after 3 p.m. Monday. We also have inquired of their Tuesday availability if needed.

Amy

**AMY P. LALLY**

**SIDLEY AUSTIN LLP**
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067
+1 310 595 9662
alally@sidley.com
www.sidley.com

SIDLEY

***********************************************************
*********************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

***********************************************************
*********************************************