Amy P. Lally (SBN 198555)
alally@sidley.com
Ellyce R. Cooper (SBN 204453)
ecooper@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595-9500
Facsimile: +1 310 595-9501

Mark Rosenbaum (SBN 59940)
mrosenbaum@publiccounsel.org
Judy London (SBN 149431)
jlondon@publiccounsel.org
Talia Inlender (SBN 253796)
tinlender@publiccounsel.org
Amanda Savage (SBN325996)
asavage@publiccounsel.org)
Lucero Chavez (SBN 273531)
lchavez@publiccounsel.org
PUBLIC COUNSEL
610 S. Ardmore Avenue
Los Angeles, CA 90005
Telephone: +1 213 385-2977
Facsimile: +1 213 385-9089

*Attorneys for Plaintiffs*
*Additional Counsel on next page*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. J.P., et al., | Case No. 2:18-cv-06081-JAK-SK |
| Plaintiffs, | Assigned to the Hon. John A. Kronstadt and the Hon. Steve Kim |
| v. | **NOTICE OF MOTION AND MOTION TO COMPEL SUPPLEMENTAL DISCOVERY RESPONSES AND FULL PRODUCTION FROM DEFENDANTS IN RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION** |
| WILLIAM P. BARR, et al., | |
| Defendants. | |
| | Date: February 5, 2020<br>Time: 10:00 a.m.<br>Place: Roybal Federal Building and United States Courthouse |

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL

255 E. Temple Street
Courtroom 540
Los Angeles, CA 90012
Action Filed:  July 12, 2018
Discovery Cutoff Date: October 5, 2020
Pretrial Conference: TBA
Trial Date: April 20, 2021

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL

Carter G. Phillips*
cphillips@sidley.com
Jennifer J. Clark*
jennifer.clark@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736-8000
Facsimile: +1 202 736-8711

Michael Andolina*
mandolina@sidley.com
Timothy Payne*
tpayne@sidley.com
Kevin Fee*
kfee@sidley.com
Daniel Craig*
dcraig@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: +1 312 853-7000
Facsimile: +1 312 853-7036

Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896-6000
Facsimile: +1 213 896-6600

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
Part-time Lecturer in Law
USC Gould School of Law**
University of Southern California
699 Exposition Blvd.
Los Angeles, CA 90089
Telephone: +1 213 675-5957

Luis Cortes Romero (SBN 310852)
lcortes@ia-lc.com
Alma L. David (SBN 257676)
adavid@ia-lc.com
IMMIGRANT ADVOCACY &
LITIGATION CENTER, PLLC
19309 68th Avenue South, Suite R-102
Kent, WA 98032
Telephone: +1 253 872-4730
Facsimile: +1 253 237-1591

*Admitted pro hac vice

** *Institution listed for identification purposes only*

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL

PLEASE TAKE NOTICE that on February 5, 2020 at 10:00 a.m., or as soon thereafter as the matter may be heard, in the above-mentioned court at Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, CA, 90012, Courtroom 540, before the Honorable Steve Kim, Plaintiffs Ms. J.P., Ms. J.O., and Ms. R.M., on behalf of themselves and all others similarly situated ("Plaintiffs") will and hereby do respectfully move for an order to compel Defendants William P. Barr, Kevin K. McAleenan,[1] the Department of Homeland Security, United States Immigration and Customs Enforcement, United States Customs and Border Protection, Alex M. Azar II, the Department of Health and Human Services, Jonathan H. Hayes, Office of Refugee Resettlement, David Marin, Lisa Von Nordheim, Marc Moore, and Lowell Clark (collectively "Defendants") to supplement their responses and produce all documents that are responsive to Document Request Nos. 1-16 in Plaintiffs' First Set of Requests for Production to Defendants ("Document Requests").[2]

As explained more fully in the Joint Stipulation and Declaration of Kevin M. Fee filed concurrently herewith, the parties met and conferred prior to the filing of this motion pursuant to Local Rule 37 and Federal Rule of Civil Procedure 37 but were unable to resolve their dispute and thus require the Court's assistance. *See* Fee Decl., filed concurrently herewith. This Motion is based upon this Notice of Motion, the Joint Stipulation of Plaintiffs and Defendants pursuant to Local Rule 37-2, the declarations of counsel filed herewith, all pleadings and papers on file in this action,

///

///

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Acting Secretary of Homeland Security Chad F. Wolf is substituted for the former Acting Secretary Kevin K. McAleenan.

[2] These are filed as Exhibit C to the Declaration of Kevin M. Fee in Support of Plaintiffs' Motion to Compel ("Fee Decl."), filed concurrently herewith.

1

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL

1 and upon other such evidence and argument as may be presented to the Court at or
2 before hearing on this Motion.
3
4 Date: January 15, 2020                    SIDLEY AUSTIN LLP

   By: */s/* Amy P. Lally
        Amy P. Lally
        Ellyce R. Cooper
        *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 1999 Avenue of the Stars, 17th Floor, Los Angeles, California 90067.

On January 15, 2019, I served the foregoing document(s) described as **NOTICE OF MOTION AND MOTION TO COMPEL SUPPLEMENTAL DISCOVERY RESPONSES AND FULL PRODUCTION FROM DEFENDANTS IN RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION** on all interested parties in this action by the method described below:

I electronically filed the foregoing with the Clerk of District Court using its CM/ECF system, which electronically provides notice.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Amy P. Lally
Amy P. Lally
Attorney for Plaintiffs