Amy P. Lally (SBN 198555)
alally@sidley.com
Ellyce R. Cooper (SBN 204453)
ecooper@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595-9500
Facsimile: +1 310 595-9501

Mark Rosenbaum (SBN 59940)
mrosenbaum@publiccounsel.org
Judy London (SBN 149431)
jlondon@publiccounsel.org
Talia Inlender (SBN 253796)
tinlender@publiccounsel.org
Amanda Savage (SBN 325996)
asavage@publiccounsel.org
Lucero Chavez (SBN 273531)
lchavez@publiccounsel.org
PUBLIC COUNSEL
610 S. Ardmore Avenue
Los Angeles, CA 90005
Telephone: +1 213 385-2977
Facsimile: +1 213 385-9089

*Attorneys for Plaintiffs*
*Additional Counsel on next page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. J.P., et al., | Case No. 2:18-cv-06081-JAK-SK |
| Plaintiffs, | Assigned to the Hon. John A. Kronstadt and the Hon. Steve Kim |
| v. | **DECLARATION OF KEVIN M. FEE IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL** |
| WILLIAM P. BARR, et al., | |
| Defendants. | Date: February 5, 2020<br>Time: 10:00 a.m.<br>Place: Roybal Federal Building and United States Courthouse<br>255 E. Temple Street<br>Courtroom 540<br>Los Angeles, CA 90012<br>Action Filed: July 12, 2018<br>Discovery Cutoff Date: October 5, 2020 |

| | |
|---|---|
| 1 | Pretrial Conference: TBA |
| 2 | Trial Date: April 20, 2021 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
DECLARATION OF KEVIN M. FEE IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL

Case 2:18-cv-06081-JAK-SK   Document 273-2   Filed 01/15/20   Page 3 of 7   Page ID #:3256

| | |
|---|---|
| Carter G. Phillips* | Mark E. Haddad (SBN 205945) |
| cphillips@sidley.com | markhadd@usc.edu |
| Jennifer J. Clark* | Part-time Lecturer in Law |
| jennifer.clark@sidley.com | USC Gould School of Law** |
| SIDLEY AUSTIN LLP | University of Southern California |
| 1501 K Street, N.W. | 699 Exposition Blvd. |
| Washington, D.C. 20005 | Los Angeles, CA 90089 |
| Telephone: +1 202 736-8000 | Telephone: +1 213 675-5957 |
| Facsimile: +1 202 736-8711 | |
| | |
| Michael Andolina* | Luis Cortes Romero (SBN 310852) |
| mandolina@sidley.com | lcortes@ia-lc.com |
| Timothy Payne* | Alma L. David (SBN 257676) |
| tpayne@sidley.com | adavid@ia-lc.com |
| Kevin Fee* | IMMIGRANT ADVOCACY & |
| kfee@sidley.com | LITIGATION CENTER, PLLC |
| Daniel Craig* | 19309 68th Avenue South, Suite R-102 |
| dcraig@sidley.com | Kent, WA 98032 |
| SIDLEY AUSTIN LLP | Telephone: +1 253 872-4730 |
| One South Dearborn | Facsimile: +1 253 237-1591 |
| Chicago, IL 60603 | |
| Telephone: +1 312 853-7000 | |
| Facsimile: +1 312 853-7036 | |

Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896-6000
Facsimile: +1 213 896-6600

*Admitted pro hac vice

** *Institution listed for identification purposes only*

3
DECLARATION OF KEVIN M. FEE IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL

I, Kevin M. Fee, declare and say as follows:

1. I am an attorney admitted *pro hac vice* to the bar of the United States District Court for the Central District of California. I am one of the attorneys for Plaintiffs in the above-entitled action. My business address is One South Dearborn Chicago, Illinois 60603. I have personal knowledge of the information set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. A true and correct copy of the scheduling order in this matter, Order Re Joint Report (Dkt. 256) / Scheduling Order, dated November 20, 2019 is attached hereto as Exhibit A. That order is Document 259 on the ECF Docket in this action.

3. Attached hereto as Exhibit B is a true and correct copy of the Minutes for the scheduling conference held on September 20, 2018 which are Document 137 on the ECF document in this action. That document states "The scheduling conference is not held."

4. Attached as Exhibit C hereto is a true and correct copy of Plaintiff's First Set of Request for Production of Documents to Defendants which was served on January 10, 2019.

5. Attached as Exhibit D hereto is a true and correct copy of Defendant Department of Justice's and Former Attorney General Sessions' Supplemental Responses to Plaintiffs' First Set of Requests for Production of Documents which was served December 17, 2019. The original responses were served November 12, 2019.

6. Attached as Exhibit E hereto is a true and correct copy of Defendant DHS' Supplemental Responses to Plaintiffs' First Set of Requests for Production of Documents which was served December 17, 2019. The original responses were served November 12, 2019.

7. Attached as Exhibit F hereto is a true and correct copy of Defendant Department of Health and Human Services' Supplemental Responses to Plaintiffs'

First Set of Requests for Production of Documents which was served December 17, 2019. The original responses were served November 12, 2019.

8. Attached as Exhibit G hereto is a true and correct copy of the Court's Order re Plaintiffs' Motion for Class Certification (Dkt. 82); Plaintiffs' Motion for Preliminary Injunction (Dkt. 45); Defendants' Motion to Dismiss (Dkt. 132). That order is Document 251 on the ECF Docket in this action.

9. Attached as Exhibit H hereto is a true and correct copy of the Complaint in this action. The Complaint is Document 1 on the ECF Docket in this action.

10. Attached as Exhibit I hereto is a true and correct copy of an email from Defendants' counsel Nicole Murley to me and others dated December 13, 2019.

11. Attached as Exhibit J hereto is a true and correct copy of an email from Defendant's counsel Nicole Murley to me and others dated December 3, 2019.

12. Attached as Exhibit K hereto is a true and correct copy of an email from Plaintiffs' counsel Amy Lally to Defendants' counsel dated November 14, 2019 which attached a draft protective order.

13. Attached as Exhibit L hereto is a true and correct copy of a meet and confer letter sent by Plaintiffs' counsel to Defendants' counsel on November 21, 2019.

14. Attached as Exhibit M hereto is a true and correct copy of Defendants' Opposition to Plaintiffs' Motion for Classwide Preliminary Injunction filed August 13, 2018. This document is Document 109 on the ECF Docket in this action.

15. Attached as Exhibit N hereto is a true and correct copy of the Stipulation and Protective Order Governing the Handling of Confidential Material entered in *Ms. L. et al., v. U.S. Immigration and Customs Enforcement, et al.,* No. 3:18-cv-00428 (S.D. Cal.) (Sabraw, J.) on July 9, 2018. This order is Document 92 on the ECF Docket in that action.

16. Attached as Exhibit O hereto is a true and correct copy of a release by the Office of Inspector General of the Department of Health and Human Services entitled "HHS OIG: Many Children Separated from Parents, Guardians Before *Ms. L. v. Ice*

Court Order and Some Separations Continue" dated January 17, 2019. This release is available at https://www.oig.hhs.gov/newsroom/news-releases/2019/uac.asp.

17. Attached as Exhibit P hereto is a true and correct copy of an email from Defendant's counsel Lindsay Vick to me and others dated December 18, 2019.

18. Attached as Exhibit Q hereto is a true and correct copy of Defendants' Notice of Lodging Inmate Health Slip dated September 27, 2018. This document is Document 141 on the ECF Docket in this action.

19. Attached as Exhibit R hereto is a true and correct copy of a Time Magazine article entitled "Trump Administration Has Separated 1,556 More Migrant Children Than Previously Known." This article was published October 26, 2019 and is available at https://time.com/5710953/trump-administration-confirms-more-migrant-family-separation/.

20. Attached as Exhibit S hereto is a true and correct copy of a CBS News article entitled "1,556 more migrant families were separated under Trump than previously known." This article was published on October 25, 2019 and is available at https://www.cbsnews.com/news/family-separation-1556-more-migrant-families-were-separated-under-trump-than-previously-known/.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th date of January, 2020, at Chicago, Illinois.

*/s/* Kevin M. Fee
Kevin M. Fee

**CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 1999 Avenue of the Stars, 17th Floor, Los Angeles, California 90067.

On January 15, 2019, I served the foregoing document(s) described as **DECLARATION OF KEVIN M. FEE IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL** on all interested parties in this action by the method described below:

I electronically filed the foregoing with the Clerk of District Court using its CM/ECF system, which electronically provides notice.

I declare under penalty of perjury that the foregoing is true and correct.

            */s/* Amy P. Lally
            Amy P. Lally
            Attorney for Plaintiffs