# EXHIBIT A

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Ms. J.P., et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, et al., <br><br> Defendants. | Case No. 2:18-cv-06081-JAK-SK <br><br> **ORDER RE JOINT REPORT (DKT. 256) / SCHEDULING ORDER** |

1

Based on a review of the parties Joint Report (Dkt. 256), which was filed on November 14, 2019, the dates to which the parties have agreed in Exhibit A to the Joint Report are adopted as set forth below; provided, however, that the date for the final pretrial conference and trial will not be set until any motions filed or pending as of November 16, 2020 have been decided. When the last such motion is decided, or if none is pending as of November 16, 2020, the Court will schedule a trial setting conference.

The Court sets the following deadlines:

| | |
|---|---|
| March 5, 2020: | Last Date to Add Parties / Amend Pleadings |
| October 5, 2020: | Non-Expert Discovery Cut-Off |
| October 19, 2020: | Initial Expert Disclosures |
| November 2, 2020: | Rebuttal Expert Disclosures |
| November 16, 2020: | Expert Discovery Cut-Off |
| November 16, 2020: | Last Day to File All Motions (*including discovery motions*) |

With respect to the discovery issues that are mentioned in the Joint Report and the request for a status conference by the Defendants, if in the course of discovery substantial disputes arise, in connection with their presentation to the Magistrate Judge, the parties shall state their respective and/or collective positions as to whether a general discussion of the overall discovery process with the Magistrate Judge would be helpful, including how it could be made more efficient. Based on the outcome of that process, the parties may raise with the District Judge whether a status conference with him on those or similar issues would be productive, as part of efforts to have the pretrial process go forward in an efficient and collaborative manner.

//
//
//

This order is without prejudice to a request by either or both sides for a status conference with the District Judge to address similar or related issues that have arisen during the pretrial proceedings.

IT IS SO ORDERED.

Dated: November 20, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE