| | |
|---|---|
| Amy P. Lally (SBN 198555)<br>alally@sidley.com<br>Ellyce R. Cooper (SBN 204453)<br>ecooper@sidley.com<br>SIDLEY AUSTIN LLP<br>1999 Avenue of the Stars, 17th Floor<br>Los Angeles, CA 90067<br>Telephone: +1 310 595 9522<br>Facsimile: +1 310 595 9501<br><br>Mark Rosenbaum (SBN 59940)<br>mrosenbaum@publiccounsel.org<br>Judy London (SBN 149431)<br>jlondon@publiccounsel.org<br>Talia Inlender (SBN 253796)<br>tinlender@publiccounsel.org<br>Amanda Savage (SBN325996)<br>asavage@publiccounsel.org)<br>PUBLIC COUNSEL<br>610 S. Ardmore Avenue<br>Los Angeles, CA 90005<br>Telephone: +1 213 385-2977<br>Facsimile: +1 213 385-9089<br><br>Attorneys for Plaintiffs<br>*Additional Counsel on next page* | JOSEPH H. HUNT<br>Assistant Attorney General<br>JEFFREY S. ROBINS<br>Deputy Director<br>NICOLE N. MURLEY<br>Senior Litigation Counsel<br><br>LINDSAY M. VICK<br>Trial Attorney<br>U.S. Department of Justice<br>Office of Immigration Litigation<br>PO Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Lindsay.Vick@usdoj.gov<br>Telephone: (202) 532-4023<br>Fax: (202) 616-8962<br><br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. J.P., et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>WILLIAM P. BARR, et al.,<br><br>    Defendants. | Case No.  2:18-CV-06081-JAK-SK<br><br>**NOTICE OF MOTION AND JOINT MOTION FOR PROTECTIVE ORDER**<br><br>Assigned to:  Hon. John A. Kronstadt<br>                    and the Hon. Steve Kim<br><br>Date:    February 13, 2020<br>Time:   1:30 p.m.<br>Place:   United States Courthouse<br>            350 W. First Street<br>            Courtroom 10B<br>            Los Angeles, CA 90012<br>Action Filed:  July 12, 2018<br>Discovery Cutoff Date: October 5, 2020<br>Pretrial Conference: TBA<br>Trial Date: April 20, 2021 |

Carter G. Phillips*
cphillips@sidley.com
Jennifer J. Clark*
jennifer.clark@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736-8000
Facsimile: +1 202 736-8711

Michael Andolina*
mandolina@sidley.com
Timothy Payne*
tpayne@sidley.com
Kevin Fee*
kfee@sidley.com
Daniel Craig*
dcraig@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: +1 312 853-7000
Facsimile: +1 312 853-7036

Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896-6000
Facsimile: +1 213 896-6600

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
Part-time Lecturer in Law
USC Gould School of Law**
University of Southern California
699 Exposition Boulevard
Los Angeles, CA 90089
Telephone: +1 213 675-5957

Luis Cortes Romero (SBN 310852)
lcortes@ia-lc.com
Alma L. David (SBN 257676)
adavid@ia-lc.com
IMMIGRANT ADVOCACY &
LITIGATION CENTER, PLLC
19309 68th Avenue South, Suite R-102
Kent, WA 98032
Telephone: +1 253 872-4730
Facsimile: +1 253 237-1591

*Admitted pro hac vice

** *Institution listed for identification purposes only*

1  PLEASE TAKE NOTICE that on February 13, 2020 at 1:30 p.m., or as soon
2  thereafter as the matter may be heard, in the above-mentioned court at the United
3  States Courthouse, 350 West First Street, Los Angeles, CA, 90012, Courtroom 10B,
4  before the Honorable John A. Kronstadt, Plaintiffs Ms. J.P., Ms. J.O., and Ms. R.M.,
5  on behalf of themselves and all others similarly situated ("Plaintiffs") and Defendants
6  William P. Barr, Kevin K. McAleenan,[1] the Department of Homeland Security,
7  United States Immigration and Customs Enforcement, United States Customs and
8  Border Protection, Alex M. Azar II, the Department of Health and Human Services,
9  Jonathan H. Hayes, Office of Refugee Resettlement, David Marin, Lisa Von
10 Nordheim, Marc Moore, and Lowell Clark (collectively "Defendants") will and
11 hereby jointly do respectfully move for entry of a Protective Order.  Plaintiffs move
12 for an order entering their version of a Protective Order, attached as Exhibit B to the
13 Declaration of Kevin M. Fee in Support of Plaintiffs' Motion to Compel ("Fee
14 Decl."), filed concurrently herewith.  Defendants move for an order entering their
15 version of a Protective Order attached as Exhibit C to the Fee Declaration.  Per the
16 Court's Order, a redline between the parties' proposed versions is attached as Exhibit
17 D to the Fee Declaration.
18  As explained more fully in the Joint Stipulation and Declaration of Kevin M.
19 Fee filed concurrently herewith, the parties met and conferred prior to the filing of this
20 motion pursuant to Local Rule 37 and Federal Rule of Civil Procedure 37 but were
21 unable to resolve their dispute and thus require the Court's assistance.  *See* Fee Decl.,
22 filed concurrently herewith.  The parties' arguments regarding the differences between
23 the two versions of the Protective Order are also laid out in the Joint Stipulation.  This
24 Motion is based upon this Notice of Motion, the Joint Stipulation of Plaintiffs and
25 Defendants pursuant to Local Rule 37-2, the declarations of counsel filed herewith, all

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Acting Secretary of Homeland Security Chad F. Wolf is substituted for the former Acting Secretary Kevin K. McAleenan.

1  pleadings and papers on file in this action, and upon other such evidence and
2  argument as may be presented to the Court at or before hearing on this Motion.

| | | |
|---|---|---|
| Date: January 31, 2020 | | SIDLEY AUSTIN LLP |
| | | By: */s/* Amy P. Lally |
| | |     Amy P. Lally |
| | |     Ellyce R. Cooper |
| | |     *Attorneys for Plaintiffs* |
| | | |
| Date: January 31, 2020 | | UNITED STATE DEPARTMENT OF JUSTICE, OFFICE OF IMMIGRATION LITIGATION |
| | | By: */s/* Nicole N. Murley |
| | |     Nicole N. Murley |
| | |     Lindsay M. Vick |
| | |     *Attorneys for Defendants* |

### FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2) of the Central District of California, I attest that I have concurrence in the filing of this document.

By: */s/* Amy P. Lally

**CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 1999 Avenue of the Stars, 17th Floor, Los Angeles, California 90067.

On January 31, 2020, I served the foregoing document(s) described as **NOTICE OF MOTION AND JOINT MOTION FOR PROTECTIVE ORDER** on all interested parties in this action by the method described below:

I electronically filed the foregoing with the Clerk of District Court using its CM/ECF system, which electronically provides notice.

I declare under penalty of perjury that the foregoing is true and correct.

                                 */s/* Amy P. Lally
                                 Amy P. Lally
                                 Attorney for Plaintiffs