FILED
CLERK, U.S. DISTRICT COURT
2/13/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: CW  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. J.P., et al., <br><br> Plaintiffs, <br><br> v. <br><br> William P. Barr, et al., <br><br> Defendants. | Case No. 2:18-cv-06081-JAK-SK <br><br> **ORDER RE DEFENDANTS' EX PARTE MOTION FOR LEAVE TO FILE A SUPPLEMENTAL RESPONSE TO THE JOINT STATUS REPORT** |

Based on a review of Defendants' Ex Parte Motion for Leave to File a Supplemental Response to the Joint Status Report (the "Motion" (Dkt. 283), sufficient good cause has been shown. The Motion is therefore **GRANTED**, and Defendants shall file a supplemental response to the parties' Joint Status Report (Dkt. 282).

IT IS SO ORDERED.

Dated: February 13, 2020

_____
John A. Kronstadt
United States District Judge