UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 21 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MS. J.P.; et al.,

               Plaintiffs - Appellees,

  v.

WILLIAM P. BARR, Attorney General;
et al.,

               Defendants - Appellants.

No. 19-56400

D.C. No. 2:18-cv-06081-JAK-SK
U.S. District Court for Central
California, Los Angeles

**ORDER**

The motion filed by the appellants on February 21, 2020 for voluntary

dismissal of this appeal is granted.  This appeal is dismissed.  *See* Fed. R. App. P.

42(b); 9th Cir. R. 27-9.1.

      This order shall constitute the mandate.


                      FOR THE COURT:

                      MOLLY C. DWYER
                      CLERK OF COURT