# DEFENDANTS' EXHIBIT B



**Date of Report: 7/20/2020**

**Data Current Through: 7/19/2020**

*This report reflects services provided by Seneca Family of Agencies ("Seneca") through a contract with the U.S. Department of Health and Human Services (HHS).  Seneca locates class members within the United States, notifies them of the availability of mental health assessment and treatment for themselves and their separated children, and determines their interest in seeking services. Seneca then coordinates referrals for mental health assessments and treatment for class members who are interested in receiving the mental health services for themselves and their children.*

*Throughout this data report the unit "Class Member" includes the released subclass member and their child(ren).*

## Class Member Notification

### Number of Class Members Who Have Been Notified Of Mental Health Services

| | Type of Notification | |
|---|---|---|
| | *Informed of mental health services verbally (voice-to-voice contact with class member)* | *Total number of class notices mailed* |
| Number of class members | 257 | 2097* |

*\*Seneca has mailed class notices to all class members for whom there is an available address that was provided either by HHS or gathered through Seneca's own outreach efforts. Seneca has not mailed class notices to those class members for whom there is no address indicated on the provided class list or the address listed is a detention facility or shelter.  Seneca will mail a class notice within three business days when we acquire updated contact information for class members either from HHS or through our own outreach efforts.*

| | No Known Address to Mail Notice | |
|---|---|---|
| *Total Number: 28* | *Last known address is a shelter or detention facility* | *No address currently available for class member* |
| Number of class members | 26 | 2 |

## Outcome of Verbal Notifications

Class member responses to verbal notification of mental health services

| Total Number: 257 | Outcome of Verbal Notifications | | |
|---|---|---|---|
| | Requested mental health services | Undecided or need more information about mental health services | Declined mental health services |
| Number of class members | 150* | 36 | 71 |

*This number does not include class members who initially requested mental health services and then later declined services prior to the mental health assessment.*

## Mental Health Referrals

| | Number of Class Members |
|---|---|
| Class members who have requested mental health services, not yet referred * | 55 |

*Number represents multiple stages of the referral process, including: 1) The class member is pending due to their individual circumstances (health concerns, schedule, etc.) 2) Seneca is in the process of identifying an appropriate referral source; 3) one or more referral sources were identified and communicated to class member who is considering options; 4) the class member and/or Seneca is in the process of scheduling an initial intake appointment with the identified referral source.  As many FQHCs and other mental health providers are impacted by COVID-19, Seneca is availing itself of all alternatives as we work expeditiously to identify providers that meet the needs of class members and the contract parameters.*

| | Type of Service | | |
|---|---|---|---|
| | Telehealth* | In-Person | Total |
| Class members referred for mental health services** | 4 | 91 | 95 |
| Class members who completed initial mental health assessment *** | 4 | 53 | 57 |
| Class members who initiated mental health treatment **** | 4 | 51 | 55 |
| Average waiting period between interest in services and date of scheduled first appointment (days) | - | - | 26 |

*Telehealth providers are remote service providers matched to a class member to best meet the class member's linguistic and mental health needs.  Community-based providers who are currently providing telehealth services as a result of COVID-19 precautions and who may eventually offer in-person services are included in the "in-person" data.*

*** "Referred for Mental Health Services" includes class members who have an upcoming scheduled appointment, completed an initial assessment, or initiated mental health treatment.*

****"Completed Initial Mental Health Assessment" refers to class members who participated in a mental health assessment with a mental health provider to determine if treatment is indicated.*

**** "Initiated Mental Health Treatment" refers to class members who began mental health treatment, as indicated by the mental health assessment.*

| Total Number: 95 | Referrals by Provider Type | | |
|---|---|---|---|
| | *Federally Qualified Health Center* | *SAMHSA and National Child Traumatic Stress Network* | *Other Community Based Organization* |
| Number of referrals | 29 | 39 | 27 |

## Number of Referrals to Providers by State

| State | Number of Referrals |
|---|---|
| AR | 1 |
| AZ | 1 |
| CA | 18 |
| CO | 2 |
| CT | 4 |
| DC | 2 |
| FL | 21 |
| GA | 2 |
| IL | 3 |
| IN | 2 |
| KS | 1 |
| LA | 1 |
| MD | 7 |
| MI | 1 |
| MN | 1 |
| NC | 2 |
| NJ | 1 |
| NV | 1 |
| NY | 3 |
| PA | 4 |
| RI | 1 |
| SC | 1 |
| TN | 2 |
| TX | 8 |
| VA | 2 |
| WA | 1 |
| WI | 2 |
| Total | 95 |