BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation

SARAH B. FABIAN
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation
PO Box 868, Ben Franklin Station
Washington, D.C. 20044
Sarah.B.Fabian@usdoj.gov
Telephone: (202) 532-4824
Fax: (202) 616-8962

*Attorneys for Defendants*

Amy P. Lally (SBN 198555)
alally@sidley.com
Ellyce R. Cooper (SBN 204453)
ecooper@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595 9522
Facsimile: +1 310 595 9501

Mark Rosenbaum (SBN 59940)
mrosenbaum@publiccounsel.org
Judy London (SBN 149431)
jlondon@publiccounsel.org
Amanda Savage (SBN325996)
asavage@publiccounsel.org)
PUBLIC COUNSEL
610 S. Ardmore Avenue
Los Angeles, CA 90005
Telephone: +1 213 385-2977
Facsimile: +1 213 385-9089

Attorneys for Plaintiffs
*Additional Counsel on next page*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Ms. J.P., et al.** <br><br> Plaintiffs, <br><br> v. <br><br> **Merrick B. Garland,** <br> **U.S. Attorney General, *et al.*,** <br><br> Defendants. | **Case No. 2:18-cv-6081-JAK-SK** <br><br> **JOINT STATUS REPORT** <br><br> Judge: John A. Kronstadt <br> Magistrate Judge: Steven Kim <br> Hearing Date: October 25, 2021 |

| | |
|---|---|
| Carter G. Phillips* | Mark E. Haddad (SBN 205945) |
| cphillips@sidley.com | markhadd@usc.edu |
| Jennifer J. Clark* | Part-time Lecturer in Law |
| jennifer.clark@sidley.com | USC Gould School of Law** |
| SIDLEY AUSTIN LLP | University of Southern California |
| 1501 K Street, N.W. | 699 Exposition Boulevard |
| Washington, D.C. 20005 | Los Angeles, CA 90089 |
| Telephone: +1 202 736-8000 | Telephone: +1 213 675-5957 |
| Facsimile: +1 202 736-8711 | |
| | |
| Timothy Payne* | Luis Cortes Romero (SBN 310852) |
| tpayne@sidley.com | lcortes@ia-lc.com |
| Kevin Fee* | Alma L. David (SBN 257676) |
| kfee@sidley.com | adavid@ia-lc.com |
| Daniel Craig* | Immigrant Advocacy & |
| dcraig@sidley.com | Litigation Center, PLLC |
| SIDLEY AUSTIN LLP | 19309 68th Avenue South, Suite R-102 |
| One South Dearborn Street | Kent, WA 98032 |
| Chicago, IL 60603 | Telephone: +1 253 872-4730 |
| Telephone: +1 312 853-7000 | Facsimile: +1 253 237-1591 |
| Facsimile: +1 312 853-7036 | |

Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896-6000
Facsimile: +1 213 896-6600

*Admitted pro hac vice
** Institution listed for identification purposes only

The Court ordered the parties to file an updated joint status report ("JSR") on or before October 12, 2021 to address the status of the case and the status of implementation of this Court's preliminary injunction. ECF No. 314. The Court stated that it will use this JSR to determine if it should proceed with the currently-scheduled October 25, 2021 status conference. *Id.* The parties submit this JSR in accordance with the Court's instruction.

On March 11, 2020, Defendant U.S. Department of Health and Human Services ("HHS") finalized a multimillion-dollar sole-source contract with the Seneca Family of Agencies ("Seneca"), a qualified non-profit organization, for the purpose of implementing the preliminary injunction as to the Released Subclass. The initial contract between HHS and Seneca was set to terminate on January 10, 2021. On March 24, 2020, the Court granted the parties' stipulation staying this litigation—including pending discovery—through January 10, 2021. ECF No. 298.

As the parties have previously told the Court, the parties agree that the completion of the Seneca contract, along with the provision of relief to the Custody Subclass by Defendant the U.S. Department of Homeland Security, and its component U.S. Immigration and Customs Enforcement ("ICE"), is expected to fully implement the preliminary injunction and provide the relief ordered by the preliminary injunction to Detained Subclass members and Released Subclass members. *See* Joint Status Report, March 24, 2020, ECF No. 297 at 3.[1] For that reason, the parties agreed that a stay of the litigation was warranted while relief was being provided by Seneca under the contract between HHS and Seneca. *Id.*

---

[1] Defendants submit on behalf of the Orange County Counsel's office that Defendant Captain Lisa Von Nordheim should be removed as a Defendant in this case. The Musick facility where she was the "Warden" has been closed for 2 years, and the Orange County Sheriff's Office terminated its agreement with ICE in July 2019. Thus, Defendants submit that the issues related to the Orange County Sheriff's Office and Defendant Von Nordheim are moot.

Defendants informed Plaintiffs on January 5, 2021, that a zero-dollar six-month extension of the Seneca contract until July 10, 2021, was approved on January 5, 2021. Since then, Defendant HHS has further extended the contract with Seneca to provide the services ordered by the preliminary injunction until January 10, 2022, and Seneca is continuing to attempt to contact class members and connect class members who request mental health services to providers, including class members recently returned to the United States as part of the *Ms. L.* case. Seneca has continued to provide the services contemplated by the preliminary injunction to the class members, undertaking significant efforts to contact class members during the COVID-19 pandemic and related lockdowns, and connect class members who want mental health services with those services. On October 1, 2021, Seneca submitted a progress report to HHS, attached hereto as Ex. A, in which Seneca summarized the efforts it has undertaken to assist class members obtaining the court-ordered services through September 30, 2021.

On March 10, 2021, Defendants here entered into global settlement negotiations with Plaintiffs in *Ms. L., et al. v. U.S. Immigration and Customs Enforcement, et al.*, 18-cv-00428-DMS-MDD (S.D. Cal.). Plaintiffs and Defendants here understand that the settlement negotiations in the *Ms. L.* case include negotiations regarding the contemplated provision of mental health care for class members consistent with the culturally sensitive, trauma-informed injunctive relief ordered by this Court and provided by Seneca pursuant to the preliminary injunction in this case. Plaintiffs and Defendants here also understand that although the negotiations are extensive and ongoing, the parties in *Ms. L.* are optimistic that settlement of that case will be reached, and that such settlement will address the relief at issue in this case as well. Plaintiffs' counsel here are actively working with the ACLU, counsel for Plaintiffs in the *Ms. L.* action, and will participate in the negotiation of the portion of the global settlement relating to the provision of mental health care to the class.

In sum, the preliminary injunction in this case continues to be implemented, while the parties in *Ms. L.* negotiate a global settlement with Plaintiffs here providing input on issues of mental health care for the class. The parties in *Ms. L.* and this case believe that a global settlement process will best facilitate achieving the objectives in the two cases for the class.

Accordingly, the parties suggest that the stay in this case be extended with a further status report required in 90 days including updating this Court on the status of the global settlement negotiations. If the Court would like further information in the interim, the parties will endeavor to provide it.

///

///

///

Dated: October 12, 2021            Respectfully Submitted,

Amy P. Lally
Sidley Austin LLP

By:    /s/ Amy P. Lally (with permission)
AMY P. LALLY

*Attorney for Plaintiffs*

Dated: October 12, 2021            Respectfully Submitted

BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation

*/s/* Sarah B. Fabian
SARAH B. FABIAN
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Washington, DC 20044
Telephone: (202) 532-4824
Facsimile: (202) 616-8962
Sarah.B.Fabian@usdoj.gov

*Attorneys for Defendants*

## SIGNATURE ATTESTATION

Pursuant to LR 5-4.3.4(a)(2)(i), I hereby attest that the concurrence in the filing of the document has been obtained from each of the other Signatories.

/s/ *Sarah B. Fabian*
Sarah B. Fabian
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, Sarah B. Fabian, am a citizen of the United States and am at least eighteen years of age. My business address is 450 Fifth Street, NW, Washington, D.C. 20001. I have caused service of the Joint Status Report on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice. I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 12, 2021           /s/ *Sarah B. Fabian*
                                  Sarah B. Fabian