BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation

SARAH B. FABIAN
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation
PO Box 868, Ben Franklin Station
Washington, D.C. 20044
Sarah.B.Fabian@usdoj.gov
Telephone: (202) 532-4824
Fax: (202) 616-8962

*Attorneys for Defendants*

Amy P. Lally (SBN 198555)
alally@sidley.com
Ellyce R. Cooper (SBN 204453)
ecooper@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595 9500
Facsimile: +1 310 595 9501

Mark Rosenbaum (SBN 59940)
mrosenbaum@publiccounsel.org
Judy London (SBN 149431)
jlondon@publiccounsel.org
Amanda Savage (SBN 325996)
asavage@publiccounsel.org
PUBLIC COUNSEL
610 S. Ardmore Avenue
Los Angeles, CA 90005
Telephone: +1 213 385-2977
Facsimile: +1 213 385-9089

Attorneys for Plaintiffs
*Additional Counsel on next page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. J.P., et al., <br><br> Plaintiffs, <br><br> v. <br><br> Merrick B. Garland, <br><br> U.S. Attorney General, et al.,, <br><br> Defendants. | Case No. 2:18-cv-6081-JAK-SK <br><br> **STIPULATION OF DISMISSAL** <br><br> Judge: Hon. John A. Kronstadt <br> Magistrate Judge: Steven Kim <br> Hearing: January 29, 2024 |

Carter G. Phillips*
cphillips@sidley.com
Jennifer J. Clark*
jennifer.clark@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736 8000
Facsimile: +1 202 736 8711

Timothy Payne*
tpayne@sidley.com
Daniel C. Craig *
dcraig@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: +1 312 853 7000
Facsimile: +1 312 853 7036

Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Facsimile: +1 213 896-6600

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
Part-time Lecturer in Law
USC Gould School of Law**
University of Southern California
699 Exposition Boulevard
Los Angeles, CA 90089
Telephone: +1 213 675-5957

Luis Cortes Romero (SBN 310852)
lcortes@ia-lc.com
Alma L. David (SBN 257676)
adavid@ia-lc.com
Immigrant Advocacy &
Litigation Center, PLLC
19309 68th Avenue South, Suite R-102
Kent, WA 98032
Telephone: +1 253 872-4730
Facsimile: +1 253 237-1591

*Admitted pro hac vice
** Institution listed for identification purposes only

IT IS HEREBY STIPULATED by and between the undersigned Plaintiffs and Defendants, by and through their respective attorneys, as follows:

1.  On December 11, 2023, the court in *Ms. L, et al. v. ICE, et al.*, Case No. 18-cv-429 (S.D. Cal) issued an order granting final approval of a class settlement and certifying the settlement classes, and subsequently dismissing Plaintiffs' claims with prejudice. *Id.* at ECF Nos. 727 and 730. The court in *Ms. L.* retained jurisdiction to enforce the Settlement Agreement's terms and to review any future modifications to the Settlement Agreement that the parties might enter into upon mutual agreement. *Id.* at ECF No. 730.

2.  Upon the execution of this Stipulation, Plaintiffs, having reviewed the *Ms. L.* settlement, hereby release and forever discharge Defendants, their successors, the United States of America, and any department, agency, or establishment of the United States, and any officers, employees, agents, successors, or assigns of such department, agency, or establishment, from any and all claims and causes of action that Plaintiffs assert or could have asserted in this litigation, or which hereafter could be asserted by reason of, or with respect to, or in connection with, or which arise out of, the specific conduct on which this action is based, *i.e.*, the detention of noncitizen parents who entered the United States on or after July 1, 2017, and who were detained in immigration custody by the Department of Homeland Services and were separated from their minor children who came to the U.S. border together.

3.  Plaintiffs reserve the right to file a motion for attorneys' fees and costs in connection with this litigation. ECF No. 334.

4.  Execution of this Stipulation and its approval by the Court shall constitute dismissal of this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

5.  The parties acknowledge that this Stipulation is entered into solely for the purpose of settling and compromising any remaining claims in this action without further litigation, and it shall not be construed as evidence or as an admission on the

1  part of Plaintiffs, Defendants, the United States, or their agents, servants, or
2  employees regarding any issue of law or fact, or regarding the truth or validity of any
3  allegation or claim raised in this action.

4      6.    This Stipulation is binding upon and inures to the benefit of the parties
5  hereto and their respective successors and assigns.

6      7.    If any provision of this Stipulation shall be held invalid, illegal, or
7  unenforceable, the validity, legality, and enforceability of the remaining provisions
8  shall not in any way be affected or impaired thereby.

9      8.    This Stipulation shall constitute the entire agreement between the parties,
10  and it is expressly understood and agreed that this Stipulation has been freely and
11  voluntarily entered into by the parties hereto. The parties further acknowledge that no
12  warranties or representations have been made on any subject other than as set forth in
13  this Stipulation.

14      9.    The persons signing this Stipulation warrant and represent that they
15  possess full authority to bind the persons on whose behalf they are signing to the
16  terms of the Stipulation.

17      10.    This Stipulation may not be altered, modified, or otherwise changed in
18  any respect except in writing, duly executed by all of the parties or their authorized
19  representatives.

Date: December 22, 2023

Respectfully submitted,

By: /s/ *Amy P. Lally*
    Amy P. Lally (SBN 198555)
    SIDLEY AUSTIN LLP

    Mark Rosenbaum (SBN 59940)
    PUBLIC COUNSEL

*Attorneys for Plaintiffs*

| | |
|---|---|
| Date: December 22, 2023 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division<br>WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation<br>WILLIAM C. SILVIS<br>Assistant Director<br>Office of Immigration Litigation<br><br>By: <u>/s/ *Sarah B. Fabian (with permission)*</u><br>SARAH B. FABIAN<br>Senior Litigation Counsel<br>U.S. Department of Justice<br>Office of Immigration Litigation<br>PO Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Sarah.B.Fabian@usdoj.gov<br>Telephone: (202) 532-4824<br>Fax: (202) 616-8962<br><br>*Attorneys for Defendants* |

## SIGNATURE ATTESTATION

Pursuant to LR 5-4.3.4(a)(2)(i), I hereby attest that the concurrence in the filing of the document has been obtained from each of the other Signatories.

/s/ *Amy P. Lally*
Amy P. Lally

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, Amy P. Lally, am a citizen of the United States and am at least eighteen years of age. My business address is 1999 Avenue of the Stars, 17th Fl., Century City, CA 90067. I have caused service of the Joint Status Report on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice. I declare under penalty of perjury that the foregoing is true and correct

Date:  December 22, 2023          /s/ *Amy P. Lally*
                                  Amy P. Lally