# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. J.P., et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>MERRICK B. GARLAND,<br>U.S. Attorney General, et al.,<br><br>    Defendants. | No. LA CV18-06081 JAK (SKx)<br><br>**ORDER RE STIPULATION OF DISMISSAL (DKT. 337)**<br><br>**JS-6** |

Based on a review of the Stipulation of Dismissal (the "Stipulation" (Dkt. 337)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**.

The above-entitled action is dismissed with prejudice. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: January 17, 2024

John A. Kronstadt
United States District Judge