1  Amy P. Lally (SBN 198555)
   alally@sidley.com
2  Ellyce R. Cooper (SBN 204453)
   ecooper@sidley.com
3  SIDLEY AUSTIN LLP
   1999 Avenue of the Stars, 17th Floor
4  Los Angeles, CA 90067
   Telephone: +1 310 595 9500
5  Facsimile: +1 310 595 9501

6  Mark Rosenbaum (SBN 59940)
   mrosenbaum@publiccounsel.org
7  Judy London (SBN 149431)
   jlondon@publiccounsel.org
8  Amanda Savage (SBN325996)
   asavage@publiccounsel.org)
9  PUBLIC COUNSEL
   610 S. Ardmore Avenue
10 Los Angeles, CA 90005
   Telephone: +1 213 385-2977
11 Facsimile: +1 213 385-9089

12 Attorneys for Plaintiffs
   *Additional Counsel on next page*
13

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. J.P., et al., | Case No. 2:18-cv-6081-JAK-SK |
| Plaintiffs, | **PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR CLARIFICATION OR IN THE ALTERNATIVE FOR RELIEF FROM JUDGMENT** |
| v. | |
| Merrick B. Garland, | |
| U.S. Attorney General, et al., | Judge: Hon. John A. Kronstadt |
| Defendants. | |

Carter G. Phillips*
cphillips@sidley.com
Jennifer J. Clark*
jennifer.clark@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736 8000
Facsimile: +1 202 736 8711

Timothy G. Payne*
tpayne@sidley.com
SIDLEY AUSTIN LLP
Daniel C. Craig *
dcraig@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: +1 312 853 7000
Facsimile: +1 312 853 7036

Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Facsimile: +1 213 896-6600

Mark E. Haddad (SBN 205945)
markhadd@usc.edu Part-time Lecturer in Law
USC Gould School of Law**
University of Southern California
699 Exposition Boulevard
Los Angeles, CA 90089
Telephone: +1 213 675-5957

Luis Cortes Romero (SBN 310852)
lcortes@ia-lc.com
Alma L. David (SBN 257676)
adavid@ia-lc.com
Immigrant Advocacy &
Litigation Center, PLLC
19309 68th Avenue South, Suite R-102
Kent, WA 98032
Telephone: +1 253 872-4730
Facsimile: +1 253 237-1591

*Admitted pro hac vice
** Institution listed for identification purposes only

**TO THE CLERK OF THE CENTRAL DISTRICT COURT OF THE STATE OF CALIFORNIA AND TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiffs hereby apply *ex parte*, for clarification of the Order Re Stipulation of Dismissal and confirmation that Plaintiffs retain the right to seek attorneys' fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), which authorizes attorneys' fees and costs incurred by a party in a civil action against the United States. 28 U.S.C. § 2412. In the alternative, Plaintiffs seek *ex parte* relief from the Order Re Stipulation of Dismissal pursuant to Rule 60 of the Federal Rules of Civil Procedure in the event of a clerical mistake. Fed. R. Civ. P. 60.

**PURSUANT TO LOCAL RULE 7-19,** attached to this *ex parte* application is a memorandum of points and authorities containing the name, address, telephone number and e-mail address of counsel for Plaintiff, the reasons for the seeking of an *ex parte* order, and points and authorities in support thereof. In addition, Defendant is concurrently lodging a proposed *ex parte* order for the relief requested.

**PURSUANT TO LOCAL RULE 7-19.1,** Defendant hereby states that, on January 19, 2024, Plaintiffs' counsel advised Defendants' counsel by email of the substance of the proposed *ex parte* application with follow-up email communications between counsel for the parties that same day. Defendants' counsel advised by email that Defendants are unopposed to the present *ex parte* application.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Standing Order, Plaintiffs' counsel telephones Defendants' counsel in advance of this filing and advised that if Defendants' counsel does not intend to oppose the *ex parte* application, counsel must inform the Courtroom Deputy Clerk by telephone as soon as possible.

PLAINTIFFS' EX PARTE APPLICATION FOR CLARIFICATION OR IN THE ALTERNATIVE FOR RELIEF FROM JUDGMENT

1 | Date: January 22, 2024

Respectfully submitted,

By: */s/ Amy Lally*
    Amy P. Lally (SBN 198555)
    SIDLEY AUSTIN LLP

    Mark Rosenbaum (SBN 59940)
    PUBLIC COUNSEL

*Attorneys for Plaintiffs*

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Pursuant to Local Rule 7-19, Plaintiffs respectfully submit this Memorandum in support of the Unopposed *Ex Parte* Application for Clarification or in The Alternative For Relief From The Judgment. Plaintiffs are entitled to seek an award of reasonable attorneys' fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), which authorizes the award of attorneys' fees and costs incurred by a party in a civil action against the United States. 28 U.S.C. § 2412. The parties in this case agreed to file a stipulation for dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) reserving Plaintiffs' right to file a motion for attorneys' fees and costs. ECF No. 334. The parties engaged in good faith negotiations and filed the Stipulation of Dismissal on December 22, 2023. EFC No. 337. In consideration for release and discharge of all claims and causes of action against Defendants, Plaintiffs expressly reserved the right to file a motion for attorneys' fees and costs in connection with this litigation. *Id.* at ¶ 3. On January 17, 2024, the Court determined "sufficient good cause has been shown for the requested relief" and deemed the Stipulation "APPROVED." EFC No. 338. However, contrary to the Stipulation of Dismissal, the Court ordered that "[e]ach party is to bear its own fees and costs." EFC No. 338.

Plaintiffs respectfully request that the Court clarify the Order to confirm that Plaintiffs retain the right to file a motion for attorneys' fees and costs in connection with this litigation. Alternatively, Plaintiffs respectfully requests relief from the final judgement, pursuant to Rule 60(b)(6) on the basis of an inadvertent clerical mistake. Fed. R. Civ. P. 60(b)(6). The present *ex parte* Application is necessary because there is inadequate time to request relief on a noticed motion and thereafter timely file a motion for fees and costs pursuant to the EAJA. Defendants have stipulated to Plaintiffs' right to file a motion for attorneys' fees and costs in connection with this litigation. EFC No. 337 ¶ 3. Furthermore, Defendants have advised that they will not

oppose the present *ex parte* Application. Declaration of Amy P. Lally ("Lally Decl."), ¶¶ 2-3.

Thus, Plaintiffs respectfully requests that the Application for Clarification or in The Alternative For Relief From Judgement be deemed filed and that the Application be considered.

## II.   GROUNDS FOR APPLICATION

Good cause exists to permit Plaintiffs to file its Unopposed *Ex Parte* Application for Clarification or in The Alterative For Relief From Judgment. A party in a civil action against the United States, is entitled to seek an award of reasonable attorneys' fees and costs unless the position of the United States was "substantially justified" or special circumstances make an award unjust. *See* 28 U.S.C. § 2412(d)(1)(A); *see also Meier v. Colvin*, 727 F.3d 867, 870 (9th Cir. 2013). The parties stipulated to Plaintiffs "right to file a motion for attorneys' fees and costs in connection with this litigation." EFC No. 337, ¶3. However, the Courts' determination that "[e]ach party is to bear its own fees and costs" introduces ambiguity into the Court's approval of the Stipulation that merits correction. EFC No. 338. Clarification of the Order is proper to conform the Court's approval of the Stipulation of Dismissal to the language of the Stipulation of Dismissal, which preserved Plaintiffs' right to seek attorneys' fees and costs. *Compare* EFC No. 338, *with* EFC No. 337, ¶3. Alternatively, relief from the final judgement is proper where, as here, there is a clerical mistake in a judgement arising from oversight or omission in the Order, such that the Order does not incorporate all terms of the underlying Stipulation.

*Ex parte* relief is necessary to timely file a motion for fees. Under the EAJA, a party must request fees within thirty days of final judgment. 28 U.S.C. 2412(d)(1)(B). An order entered upon a stipulation of voluntary dismissal with prejudice is "final, not appealable, and triggers the thirty-day clock" to request fees. *Bair v. California Dept.*

4
PLAINTIFFS' EX PARTE APPLICATION FOR CLARIFICATION OR IN THE ALTERNATIVE FOR RELIEF FROM JUDGMENT

*of Transportation*, Case No. C 14-03422 WHA, 2015 WL 1516913, at *2 (N.D. Cal. Mar. 31, 2015), aff'd, 685 Fed. Appx. 546 (9th Cir. 2017) (citing *Bryan v. Office of Personnel Management*, 165 F.3d 1315, 1320–21 (10th Cir.1999)). Final judgement was entered in the present litigation on December 17, 2024 (EFC No. 338) and *ex parte* relief is necessary to timely file a motion for fees on or before the February 19, 2024, deadline.

Defendants will not be prejudiced by the present Application because the parties have bargained in good faith and received valuable consideration for Plaintiffs' reservation of the right to seek attorneys' fees in accordance pursuant to the EAJA. 28 U.S.C. § 2412(b). To the contrary, granting the Application is necessary to avoid any potential prejudice to Plaintiffs because failure to do so would preclude Plaintiffs from exercising their right to seek reasonable attorneys' fees, expenses under the EAJA. *Id.*

Thus, good cause exists for Plaintiffs' *ex parte* application for clarification of Plaintiffs' right to file a motion for attorneys' fees and costs pursuant to 28 U.S.C. § 2412, or in the alternative, for relief from the judgement pursuant to Rule 60 of the Federal Rules of Civil Procedure.

### III. CONTACT INFORMATION FOR PLAINTIFF'S COUNSEL

Pursuant to Local Rule 7-19, the names, address, telephone numbers, and email addresses of Plaintiff's counsel are as follows:

Sarah B. Fabian
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation – District Court Section
PO Box 868, Ben Franklin Station
Washington, D.C. 20044
Sarah.B.Fabian@usdoj.gov
Phone: (202) 532-4824

## IV. CONCLUSION

Based on the foregoing, Plaintiffs respectfully requests that the Court correct the inadvertent clerical error, or in the alternative grant relief from the judgement and enter the [Proposed] Order Granting Defendant's *Ex Parte* Application, which will allow Plaintiffs to timely file a motion for attorneys' fees and costs.

Date: January 22, 2024                    Respectfully submitted,

By: */s/ Amy Lally*
   Amy P. Lally (SBN 198555)
   SIDLEY AUSTIN LLP

   Mark Rosenbaum (SBN 59940)
   PUBLIC COUNSEL

   *Attorneys for Plaintiffs*

## CERTIFICATE OF COMPLIANCE PURSUANT TO L.R. 11-6.2

The undersigned, counsel of record for Plaintiffs certifies that this brief contains 970 words, which complies with the word limit of L.R. 11-6.1.

Date: January 22, 2024                    Respectfully submitted,

By: */s/ Amy Lally*
   Amy P. Lally (SBN 198555)
   SIDLEY AUSTIN LLP

   Mark Rosenbaum (SBN 59940)
   PUBLIC COUNSEL

*Attorneys for Plaintiffs*