Amy P. Lally (SBN 198555)
alally@sidley.com
Ellyce R. Cooper (SBN 204453)
ecooper@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595 9500
Facsimile: +1 310 595 9501

Mark Rosenbaum (SBN 59940)
mrosenbaum@publiccounsel.org
Judy London (SBN 149431)
jlondon@publiccounsel.org
Amanda Savage (SBN325996)
asavage@publiccounsel.org)
PUBLIC COUNSEL
610 S. Ardmore Avenue
Los Angeles, CA 90005
Telephone: +1 213 385-2977
Facsimile: +1 213 385-9089

Attorneys for Plaintiffs
*Additional Counsel on next page*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. J.P., et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>Merrick B. Garland,<br><br>U.S. Attorney General, et al.,<br><br>           Defendants. | Case No.  2:18-cv-6081-JAK-SK<br><br>**DECLARATION OF AMY P. LALLY IN SUPPORT OF PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR CLARIFICATION OR IN THE ALTERNATIVE FOR RELIEF FROM JUDGMENT** |

Carter G. Phillip*s
cphillips@sidley.com
Jennifer J. Clark*
jennifer.clark@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736 8000
Facsimile: +1 202 736 8711

Timothy G. Payne*
tpayne@sidley.com
SIDLEY AUSTIN LLP
Daniel C. Craig *
dcraig@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: +1 312 853 7000
Facsimile: +1 312 853 7036

Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Facsimile: +1 213 896-6600

Mark E. Haddad (SBN 205945)
markhadd@usc.edu Part-time Lecturer in Law
USC Gould School of Law**
University of Southern California
699 Exposition Boulevard
Los Angeles, CA 90089
Telephone: +1 213 675-5957

Luis Cortes Romero (SBN 310852)
lcortes@ia-lc.com
Alma L. David (SBN 257676)
adavid@ia-lc.com
Immigrant Advocacy &
Litigation Center, PLLC
19309 68th Avenue South, Suite R-102
Kent, WA 98032
Telephone: +1 253 872-4730
Facsimile: +1 253 237-1591

*Admitted pro hac vice
** Institution listed for identification purposes only

DECLARATION OF AMY P. LALLY IN SUPPORT OF PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR CLARIFICATION OR IN THE ALTERNATIVE FOR RELIEF FROM JUDGMENT

I, Amy P. Lally, declare as follows:

1. I am an attorney, duly licensed to practice law in the State of California and am admitted before this Court. I am a partner with the law firm of Sidley Austin LLP ("Sidley Austin"), counsel of record for Plaintiffs in this action. I submit this declaration in support of Plaintiffs' Unopposed *Ex Parte* Application for Clarification or in The Alternative For Relief From The Judgment. I have personal knowledge of the matters set forth in this declaration and, if called upon, I could and would competently testify thereto.

2. On January 19, 2024, I contacted Counsel for Defendants, Sarah Fabian via email to provide the notice of the date and substance of Plaintiffs' Unopposed *Ex Parte* Application for Clarification or in The Alternative For Relief From The Judgment. Counsel for Defendants responded by email indicating that Defendants would not oppose the Application.

3. On January 22, 2024, pursuant to Local Rule 7-19, I called Ms. Fabian to orally advise her of the filing date, opposition deadline, and substance of Plaintiffs' Unopposed *Ex Parte* Application for Clarification or in The Alternative For Relief From The Judgment. Ms. Fabian was not available but I left a detailed voicemail and I sent her an email confirming the substance of the oral notice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of January 2024, in Los Angeles, California.

                                                        */s/ Amy Lally*
                                                        Amy P. Lally

1

DECLARATION OF AMY P. LALLY IN SUPPORT OF PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR CLARIFICATION OR IN THE ALTERNATIVE FOR RELIEF FROM JUDGMENT