# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. J.P., et al., | Case No. 2:18-cv-6081-JAK-SK |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR CLARIFICATION OR IN THE ALTERNATIVE FOR RELIEF FROM JUDGMENT** |
| v. | |
| Merrick B. Garland, | |
| U.S. Attorney General, et al., | |
| Defendants. | |

The Court has reviewed and considered the Plaintiffs' Unopposed *Ex Parte* Application For Clarification or in The Alternative For Relief From Judgment, and good cause appearing, IT IS HEREBY ORDERED THAT:

Sufficient good cause has been shown for the requested relief. The Order Re Stipulation of Dismissal (EFC No. 337) is vacated and the Stipulation of Dismissal is APPROVED (EFC No. 337).

The above-entitled action is dismissed with prejudice. The parties retain the right to file a motion for attorneys' fees and costs in connection with this litigation.

IT IS SO ORDERED.

Dated:  January ___, 2024            By: _____
                                         Hon. John A. Kronstadt
                                         United States District Judge