UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MS. J.P., et al., | No. LA CV18-06081 JAK (SKx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR CLARIFICATION OR, IN THE ALTERNATIVE, RELIEF FROM JUDGMENT (DKT. 339)** |
| MERRICK B. GARLAND, U.S. Attorney General, et al., | |
| Defendants. | |

Based on a review of Plaintiffs' Unopposed Ex Parte Application for Clarification or, in the Alternative, Relief from Judgment (the "Application" (Dkt. 339)), sufficient good cause has been shown for the requested relief. Therefore, the Application is **GRANTED**.

The Order re Stipulation of Dismissal (Dkt. 338) is vacated and the Stipulation of Dismissal (Dkt. 337) is approved. The above-entitled action is dismissed with prejudice. The parties retain the right to file a motion for attorneys' fees and costs in connection with this litigation.

**IT IS SO ORDERED.**

Dated: January 23, 2024

John A. Kronstadt
United States District Judge