Amy P. Lally (SBN 198555)
alally@sidley.com
Ellyce R. Cooper (SBN 204453)
ecooper@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595 9500
Facsimile: +1 310 595 9501

Mark Rosenbaum (SBN 59940)
mrosenbaum@publiccounsel.org
Amanda Savage (SBN 325996)
asavage@publiccounsel.org
PUBLIC COUNSEL
610 S. Ardmore Avenue
Los Angeles, CA 90005
Telephone: +1 213 385-2977
Facsimile: +1 213 385-9089

Attorneys for Plaintiffs
*Additional Counsel on next page*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. J.P., et al., <br><br> Plaintiffs, <br><br> v. <br><br> Merrick B. Garland, <br><br> U.S. Attorney General, et al., <br><br> Defendants. | Case No. 2:18-cv-6081-JAK-SK <br><br> **DECLARATION OF AMY P. LALLY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** <br><br> Date: Mar. 25, 2024 <br> Time: 8:30 a.m. <br> Ctrm: 10B <br> Location: First Street Courthouse <br> 350 W. First Street <br> Los Angeles, CA 90012 <br> Judge: Hon. John A. Kronstadt |

| | |
|---|---|
| Carter G. Phillips*<br>cphillips@sidley.com<br>Jennifer J. Clark*<br>jennifer.clark@sidley.com<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Telephone: +1 202 736 8000<br>Facsimile: +1 202 736 8711 | Mark E. Haddad (SBN 205945)<br>markhadd@usc.edu Part-time Lecturer in Law<br>USC Gould School of Law**<br>University of Southern California<br>699 Exposition Boulevard<br>Los Angeles, CA 90089<br>Telephone: +1 213 675-5957 |
| Timothy G. Payne*<br>tpayne@sidley.com<br>SIDLEY AUSTIN LLP<br>Daniel C. Craig *<br>dcraig@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: +1 312 853 7000<br>Facsimile: +1 312 853 7036 | Luis Cortes Romero (SBN 310852)<br>lcortes@ia-lc.com<br>Alma L. David (SBN 257676)<br>adavid@ia-lc.com<br>Immigrant Advocacy &<br>Litigation Center, PLLC<br>19309 68th Avenue South, Suite R-102<br>Kent, WA 98032<br>Telephone: +1 253 872-4730<br>Facsimile: +1 253 237-1591 |

Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

*Admitted pro hac vice*
*** Institution listed for identification purposes only*

DECLARATION OF AMY P. LALLY IN SUPPORT OF PLAINTIFFS'
MOTION FOR ATTORNEYS' FEES AND COSTS

I, Amy P. Lally, declare as follows:

1. I am an attorney, duly licensed to practice law in the State of California, and am admitted before this Court. I am a partner with the law firm of Sidley Austin LLP ("Sidley Austin"), counsel of record for Plaintiffs in this action. I submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees and Costs. I have personal knowledge of the matters set forth in this declaration and, if called upon, I could and would competently testify thereto.

2. Sidley Austin has extensive experience in complex litigation matters. Additional information regarding the Firm and its professionals may be found on the Firm's website, located at www.sidley.com.

3. This lawsuit has required substantial time to litigate, including significant briefing and motion practice. In addition, Plaintiffs spent significant time negotiating a settlement agreement through several mediation sessions with defense counsel over the course of six months to arrive at a fully negotiated and documented settlement agreement, only to learn these settlement efforts were futile when the presidential administration at the time would not allow the settlement agreement to be signed.

4. Over the course of several years, many Sidley Austin partners, counsel, associates, law clerks, and paralegals have dedicated extensive time to this case on a pro bono basis. Plaintiffs seek recovery for those legal fees only at the EAJA rates, which are substantially below the market rates for every lawyer and paralegal who worked on this matter and the rates charged to Sidley Austin's non-pro bono clients.

5. The organizations that served as counsel on this case, Sidley Austin and Public Counsel ("Public Counsel"), divided responsibilities throughout the case in an attempt to accomplish the litigation tasks as efficiently as possible while maintaining a high quality of work.

6. Sidley Austin attorneys, paralegals, and support staff kept time contemporaneously with their tasks on this matter. The records of their time are entered into Sidley Austin's database. The record of the time spent, tasks, and

activities entered into Sidley Austin's database for which Plaintiffs seek recovery is reflected in **Exhibit A**.

7. All attorneys' fees incurred by Sidley Austin in litigating this action are also summarized in Exhibit A. Sidley Austin retains supporting documentation for such costs and expenses, which were tabulated in the ordinary course of business.

8. As itemized and described in Exhibit A, Plaintiffs seek a total of $818,400.20 in legal fees incurred at the applicable EAJA rate by Sidley Austin, and $100,133.13 in costs and expenses. Plaintiffs prepared Exhibit A with Tables 1 and 2 reflecting Sidley Austin's attorneys' fees at the EAJA rate. Plaintiffs also prepared **Exhibit B**, which reflects a summary of costs and expenses.

9. Based on my experience and expertise in this case, and based on my broader litigation experience, I believe that the Sidley Austin time for which Plaintiffs seek compensation was necessary and essential to litigating this important and high-profile case as thoroughly and successfully as Plaintiffs' counsel did. I have carefully reviewed the time and costs for which Plaintiffs seek reimbursement and have determined they were necessarily incurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of February 2024, in Los Angeles, California.

*/s/ Amy Lally*
Amy P. Lally