# Exhibit A
# to the Declaration of Amy Lally

| Table 1 (Sidley) | | | |
|---|---|---|---|
| *Task 1: Complaint* | | | |
| **Attorney** | **EAJA Rate** | **Hours** | **Fee** |
| Accorsi, Ilaria (Percentage Associate) | $201.60 | 4.75 | $957.60 |
| André, Jean-Claude (Partner) | $201.60 | 6.25 | $1,260.00 |
| Axel, Douglas A. (Partner) | $201.60 | 2.75 | $554.40 |
| Banerjee, Shay (Associate) | $201.60 | 7.30 | $1,471.68 |
| Basaria, Karim (Associate) | $201.60 | 24.10 | $4,858.56 |
| Berdecia, Melanie (Associate) | $201.60 | 3.90 | $786.24 |
| Berninzoni, Thomas P. (Paralegal) | $201.60 | 44.90 | $9,051.84 |
| Bosh, Jeffrey V. (Library & Research Services) | $201.60 | 1.50 | $302.40 |
| Brose, Edmund H. (Project Assistant) | $201.60 | 1.50 | $302.40 |
| Brown, Logan P. (Associate) | $201.60 | 3.25 | $655.20 |
| Buhler, Evan J (Summer Associate | $201.60 | 16.75 | $3,376.80 |
| Carr, Deanna (Library and Research Services) | $201.60 | 0.50 | $100.80 |
| Clark, Jennifer J. (Partner) | $201.60 | 78.50 | $15,825.60 |
| Collings, Fitz B. (Associate) | $201.60 | 40.00 | $8,064.00 |
| Commons, Sean A. (Partner) | $201.60 | 6.50 | $1,310.40 |
| Cooper, Ellyce R. (Partner) | $201.60 | 40.80 | $8,225.28 |
| DeAngelis, Nick (Associate) | $201.60 | 10.00 | $2,016.00 |
| Dillon, Samuel A. (Associate) | $201.60 | 20.00 | $4,032.00 |
| Eiswerth, Christopher A. (Associate) | $201.60 | 56.00 | $11,289.60 |
| Enion, Alex (Summer Associate) | $201.60 | 11.90 | $2,399.04 |
| Fee, Kevin M. (Partner) | $201.60 | 54.50 | $10,987.20 |
| Fee, Kevin M. (Partner) | $205.25 | 29.50 | $6,054.88 |
| Galinska, Anna Maria (Associate) | $201.60 | 12.50 | $2,520.00 |
| Gaspar, Jennifer N. (Associate) | $201.60 | 35.70 | $7,197.12 |
| Goldberg, Rachel R. (Associate) | $201.60 | 8.75 | $1,764.00 |
| Hochul, William, III (Associate) | $201.60 | 29.15 | $5,876.64 |
| Hong, Alison H. (Associate) | $201.60 | 10.80 | $2,177.28 |
| Igra, Naomi A. (Percentage Associates) | $201.60 | 67.75 | $13,658.40 |
| Johnsen, Bridget S. (Partner) | $201.60 | 15.50 | $3,124.80 |
| Keller, Pamala (Paralegal) | $201.60 | 6.75 | $1,360.80 |
| Kelly, S. Patrick (Associate) | $201.60 | 26.75 | $5,392.80 |
| Kim, Monica S. (Associate) | $201.60 | 13.45 | $2,711.52 |
| Lally, Amy P. (Partner) | $201.60 | 86.50 | $17,438.40 |
| Noh, Inn-Young Park (Associate) | $201.60 | 6.10 | $1,229.76 |
| Nosarios, Elisabeth (Library and Research Services) | $201.60 | 1.00 | $201.60 |
| Orozco, Jessica (Project Assistant) | $201.60 | 1.00 | $201.60 |
| Payne, Timothy G. (Partner) | $201.60 | 18.75 | $3,780.00 |
| Peralta, Adriane (Associate) | $201.60 | 128.10 | $25,824.96 |
| Phillips, Carter G. (Partner) | $201.60 | 8.50 | $1,713.60 |

| Table 1 (Sidley) | | | |
|---|---|---|---|
| Rubashkin, Kara A. (Project Assistant) | $201.60 | 6.50 | $1,310.40 |
| Ruiz, Alexandria V. (Associate) | $201.60 | 34.20 | $6,894.72 |
| Rupram, Mohindra (Associate) | $201.60 | 21.10 | $4,253.76 |
| Schulman, Ronnie (Library and Research Services) | $201.60 | 5.00 | $1,008.00 |
| Such, Maud (Paralegal) | $201.60 | 3.50 | $705.60 |
| Tygesson, Nicholas K. (Associate) | $201.60 | 47.70 | $9,616.32 |
| Van Haute, Andrew R. (Associate) | $201.60 | 38.95 | $7,852.32 |
| Walker, Eleanor A. (Summer Associate) | $201.60 | 23.50 | $4,737.60 |
| Weiner, Amy (Library and Research Services) | $201.60 | 1.50 | $302.40 |
| Wolfe, Tyler (Summer Associate) | $201.60 | 2.20 | $443.52 |
| Zlatkova, Teodora G. (Staff Attorney) | $201.60 | 3.00 | $604.80 |
| Zucker, Jon S. (Associate) | $201.60 | 12.00 | $2,419.20 |
| **Fee Request for Task 1** | | **1141.35** | **$230,203.84** |
| *Task 2: Preliminary Injunction* | | | |
| **Attorney** | **EAJA Rate** | **Hours** | **Fee** |
| Banerjee, Shay (Associate) | $201.60 | 11.40 | $2,298.24 |
| Basaria, Karim (Associate) | $201.60 | 21.55 | $4,344.48 |
| Benson, Justin A. (Associate) | $201.60 | 0.25 | $50.40 |
| Berdecia, Melanie (Associate) | $205.25 | 9.75 | $2,001.19 |
| Berninzoni, Thomas P. (Paralegal) | $201.60 | 26.75 | $5,392.80 |
| Clark, Jennifer J. (Partner) | $201.60 | 8.25 | $1,663.20 |
| Cooper, Ellyce R. (Partner) | $201.60 | 15.25 | $3,074.40 |
| Cooper, Katherine (Paralegal) | $201.60 | 5.25 | $1,058.40 |
| Craig, Daniel C. (Associate) | $201.60 | 89.25 | $17,992.80 |
| Dillon, Samuel A. (Associate) | $201.60 | 6.60 | $1,330.56 |
| Diorio, David F. (Associate) | $201.60 | 4.50 | $907.20 |
| Eiswerth, Christopher A. (Associate) | $201.60 | 0.50 | $100.80 |
| Fee, Kevin M. (Partner) | $201.60 | 31.50 | $6,350.40 |
| Gaspar, Jennifer N. (Associate) | $201.60 | 106.70 | $21,510.72 |
| Goldberg, Rachel R. (Associate) | $201.60 | 6.50 | $1,320.40 |
| Hong, Alison H. (Associate) | $201.60 | 7.00 | $1,411.20 |
| Johnsen, Bridget S. (Partner) | $201.60 | 44.25 | $8,920.80 |
| Kelly, S. Patrick (Associate) | $205.25 | 4.00 | $821.00 |
| Phillips, Carter G. (Partner) | $201.60 | 4.25 | $856.80 |
| Ruiz, Alexandria V. (Associate) | $201.60 | 28.30 | $5,705.28 |
| Such, Maud (Paralegal) | $201.60 | 38.50 | $7,761.60 |
| Theung, Helen (Associate) | $201.60 | 32.50 | $6,552.00 |
| Tygesson, Nicholas K. (Associate) | $201.60 | 74.85 | $15,089.76 |
| Van Haute, Andrew R. (Associate) | $201.60 | 2.00 | $403.20 |
| Velkovich, Dana L. (Paralegal) | $201.60 | 3.75 | $756.00 |
| Wolfe, Tyler (Summer Associate) | $201.60 | 25.70 | $5,181.12 |
| Zucker, Jon S. (Associate) | $201.60 | 11.50 | $2,318.40 |
| **Fee Request for Task 2** | | **620.60** | **$125,173.15** |
| *Task 3: Class Certification* | | | |

| Table 1 (Sidley) | | | |
|---|---|---|---|
| **Attorney** | **EAJA Rate** | **Hours** | **Fee** |
| Berninzoni, Thomas P. (Paralegal) | $201.60 | 15.75 | $3,175.20 |
| Brown, Denise D. (Paralegal) | $201.60 | 29.00 | $5,846.40 |
| Brown, Logan P. (Associate) | $201.60 | 114.75 | $23,133.60 |
| Clark, Jennifer J. (Partner) | $201.60 | 9.25 | $1,864.80 |
| Collings, Fitz B. (Associate) | $205.25 | 0.75 | $153.94 |
| Commons, Sean A. (Partner) | $201.60 | 2.25 | $453.60 |
| Dapper, Allison L. (Summer Associate) | $201.60 | 11.75 | $2,368.80 |
| Dillon, Samuel A. (Associate) | $201.60 | 3.75 | $756.00 |
| Goldberg, Rachel R. (Associate) | $201.60 | 10.50 | $2,116.80 |
| Hong, Alison H. (Associate) | $201.60 | 48.00 | $9,676.80 |
| Johnsen, Bridget S. (Partner) | $201.60 | 56.25 | $11,340.00 |
| Kim, Monica S. (Associate) | $201.60 | 15.00 | $3,024.00 |
| Lally, Amy P. (Partner) | $201.60 | 19.25 | $3,880.80 |
| Melvin, Julie D. (Library and Research Services) | $201.60 | 0.25 | $50.40 |
| Nihill, Barbara M. (Paralegal) | $201.60 | 0.25 | $50.40 |
| Orozco, Jessica (Project Assistant) | $201.60 | 1.50 | $302.40 |
| Pinch, Melissa K. (Library and Research Services) | $201.60 | 0.50 | $100.80 |
| Zucker, Jon S. (Associate) | $205.25 | 1.75 | $359.19 |
| **Fee Request for Task 3** | | **340.50** | **$68,653.93** |
| *Task 4: Opposing Motion to Dismiss* | | | |
| **Attorney** | **EAJA Rate** | **Hours** | **Fee** |
| Andolina, Michael C. (Partner) | $201.60 | 48.50 | $9,777.60 |
| André, Jean-Claude (Partner) | $207.78 | 1.00 | $207.78 |
| Banerjee, Shay (Associate) | $201.60 | 11.00 | $2,217.60 |
| Berninzoni, Thomas P. (Paralegal) | $201.60 | 16.95 | $3,417.12 |
| Berninzoni, Thomas P. (Paralegal) | $205.25 | 16.75 | $3,437.94 |
| Brown, Denise D. (Paralegal) | $201.60 | 38.75 | $7,812.00 |
| Brown, Logan P. (Associate) | $201.60 | 11.00 | $2,217.60 |
| Butler, Patricia (Associate) | $201.60 | 29.50 | $5,947.20 |
| Clark, Jennifer J. (Partner) | $201.60 | 65.50 | $13,204.80 |
| Coleman, Laura A. (Library and Research Services) | $201.60 | 0.25 | $50.40 |
| Commons, Sean A. (Partner) | $201.60 | 0.75 | $151.20 |
| Craig, Daniel C. (Associate) | $201.60 | 56.00 | $11,289.60 |
| Craig, Daniel C. (Associate) | $205.25 | 30.50 | $6,260.13 |
| Crawford, Michaela J. (Project Assistant) | $201.60 | 1.75 | $352.80 |
| DeAngelis, Nick (Associate) | $201.60 | 4.25 | $856.80 |
| Diorio, David F. (Associate) | $201.60 | 1.00 | $201.60 |
| Eiswerth, Christopher A. (Associate) | $201.60 | 1.75 | $352.80 |
| Fee, Kevin M. (Partner) | $201.60 | 75.50 | $15,220.80 |
| Huber, Eva M. (Library and Research Services) | $201.60 | 1.75 | $352.80 |
| Huggins, Kelly J. (Staff Attorney) | $201.60 | 3.00 | $604.80 |
| Johnsen, Bridget S. (Partner) | $201.60 | 11.00 | $2,217.60 |

Page 3

| Table 1 (Sidley) | | | |
|---|---|---|---|
| Kelly, S. Patrick (Associate) | $201.60 | 10.00 | $2,016.00 |
| Lally, Amy P. (Partner) | $201.60 | 39.50 | $7,963.20 |
| Nosarios, Elisabeth (Library and Research Services) | $201.60 | 0.75 | $151.20 |
| Platt, James P. (Paralegal) | $201.60 | 5.50 | $1,108.80 |
| Ruiz, Marco A. (Library and Research Services) | $201.60 | 0.50 | $100.80 |
| Rupram, Mohindra (Associate) | $201.60 | 0.75 | $151.20 |
| Schulman, Ronnie (Library and Research Services) | $201.60 | 1.25 | $252.00 |
| Siddiqui, Faraz R. (Associate) | $201.60 | 37.25 | $7,509.60 |
| Such, Maud (Paralegal) | $201.60 | 8.25 | $1,663.20 |
| Theung, Helen (Associate) | $201.60 | 2.00 | $403.20 |
| Theung, Helen (Associate) | $205.25 | 7.25 | $1,488.06 |
| Velkovich, Dana L. (Paralegal) | $201.60 | 5.50 | $1,108.80 |
| Wang, Amy Y. (Associate) | $201.60 | 16.50 | $3,326.40 |
| **Fee Request for Task 4** | | **561.45** | **$113,393.43** |
| *Task 5: Mediation* | | | |
| **Attorney** | **EAJA Rate** | **Hours** | **Fee** |
| Berninzoni, Thomas P. (Paralegal) | $234.95 | 3.75 | $881.06 |
| Candiff, Monique M. (Associate) | $234.95 | 2.75 | $646.11 |
| Craig, Daniel C. (Associate) | $205.25 | 30.25 | $6,208.81 |
| Kelly, S. Patrick (Associate) | $205.25 | 15.50 | $3,181.78 |
| Ruiz, Alexandria V. (Associate) | $201.60 | 6.25 | $1,260.00 |
| Ruiz, Alexandria V. (Associate) | $205.25 | 0.50 | $102.63 |
| Rupram, Mohindra (Associate) | $205.25 | 5.50 | $1,128.88 |
| Rupram, Mohindra (Associate) | $207.78 | 17.50 | $3,636.15 |
| **Fee Request for Task 5** | | **82.00** | **$17,045.42** |
| *Task 6: Discovery* | | | |
| **Attorney** | **EAJA Rate** | **Hours** | **Fee** |
| Banerjee, Shay (Associate) | $201.60 | 1.20 | $241.92 |
| Benson, Justin A. (Associate) | $201.60 | 1.00 | $201.60 |
| Brown, Denise D. (Paralegal) | $205.25 | 9.75 | $2,001.19 |
| Butler, Patricia (Associate) | $205.25 | 3.75 | $769.69 |
| Butler, Patricia (Associate) | $207.78 | 8.50 | $1,766.13 |
| Christensen, Joseph S. (Paralegal) | $207.78 | 0.25 | $51.95 |
| Commons, Sean A. (Partner) | $205.25 | 0.75 | $154 |
| DeAngelis, Nick (Associate) | $205.25 | 1.25 | $256.56 |
| Fee, Kevin M. (Partner) | $201.60 | 7.00 | $1,411.20 |
| Fields, Tatiana K. (Associate) | $205.25 | 30.25 | $6,208.81 |
| Fields, Tatiana K. (Associate) | $207.78 | 5.50 | $1,142.79 |
| Goldberg, Rachel R. (Associate) | $201.60 | 2.75 | $544.40 |
| Goldberg, Rachel R. (Associate) | $205.25 | 7.25 | $1,488.06 |
| Hochul, William, III (Associate) | $201.60 | 3.50 | $705.60 |
| Hochul, William, III (Associate) | $205.25 | 2.50 | $513.75 |
| Huber, Eva M. (Library and Research Services) | $205.25 | 4.50 | $923.63 |
| Juarez, Chris (Associate) | $205.25 | 7.50 | $1,539.38 |
| Keenan, Meredith F. (project Assistant) | $205.25 | 1.75 | $359.19 |
| Kelly, S. Patrick (Associate) | $205.25 | 38.00 | $7,799.50 |
| Kelly, S. Patrick (Associate) | $207.78 | 77.00 | $15,999.06 |
| Lally, Amy P. (Partner) | $205.25 | 16.50 | $3,386.63 |

| Table 1 (Sidley) | | | |
|---|---|---|---|
| Lally, Amy P. (Partner) | $207.78 | 32.25 | $6,700.91 |
| Peralta, Adriane (Associate) | $205.25 | 3.75 | $769.69 |
| Ruiz, Alexandria V. (Associate) | $205.25 | 5.75 | $1,180.19 |
| Tygesson, Nicholas K. (Associate) | $201.60 | 5.00 | $1,008.00 |
| Tygesson, Nicholas K. (Associate) | $205.25 | 2.25 | $461.81 |
| Van Haute, Andrew R. (Associate) | $201.60 | 6.00 | $1,209.60 |
| Van Haute, Andrew R. (Associate) | $205.25 | 10.50 | $2,155.13 |
| Vazquez, Farrah (Associate) | $205.25 | 23.00 | $4,720.75 |
| Wu, Chajin (Associate) | $201.60 | 1.00 | $201.60 |
| Wu, Chajin (Associate) | $205.25 | 3.75 | $769.69 |
| **Fee Request for Task 6** | | **323.70** | **$66,642.35** |
| *Task 7: Settlement Negotiations* | | | |
| **Attorney** | **EAJA Rate** | **Hours** | **Fee** |
| Andolina, Michael C. (Partner) | $205.25 | 27.75 | $5,695.69 |
| Banerjee, Shay (Associate) | $205.25 | 25.00 | $5,131.25 |
| Basaria, Karim (Associate) | $205.25 | 22.00 | $4,515.50 |
| Berninzoni, Thomas P. (Paralegal) | $205.25 | 22.25 | $4,566.81 |
| Berninzoni, Thomas P. (Paralegal) | $207.78 | 31.00 | $6,441.18 |
| Brown, Logan P. (Associate) | $205.25 | 8.00 | $1,642.00 |
| Brown, Masa (Paralegal) | $205.25 | 2.75 | $564.44 |
| Butler, Patricia (Associate) | $201.60 | 0.75 | $151.20 |
| Butler, Patricia (Associate) | $205.25 | 7.50 | $1,539.38 |
| Clark, Jennifer J. (Partner) | $201.60 | 6.50 | $1,310.40 |
| Clark, Jennifer J. (Partner) | $205.25 | 40.75 | $8,363.94 |
| Clark, Jennifer J. (Partner) | $207.78 | 0.25 | $51.95 |
| Clark, Jennifer J. (Partner) | $217.54 | 0.25 | $54.39 |
| Collings, Fitz B. (Associate) | $205.25 | 17.75 | $3,643.19 |
| Commons, Sean A. (Partner) | $205.25 | 5.75 | $1,180.19 |
| Cooper, Ellyce R. (Partner) | $205.25 | 22.75 | $4,669.44 |
| DeAngelis, Nick (Associate) | $205.25 | 1.00 | $205.25 |
| DeLine, Amy L. (Associate) | $205.25 | 8.00 | $1,642.00 |
| Diorio, David F. (Associate) | $205.25 | 5.00 | $1,026.25 |
| Fee, Kevin M. (Partner) | $201.60 | 34.50 | $6,955.20 |
| Fee, Kevin M. (Partner) | $207.78 | 0.50 | $103.89 |
| Fee, Kevin M. (Partner) | $217.54 | 9.50 | $2,066.63 |
| Fee, Kevin M. (Partner) | $234.95 | 0.75 | $176.25 |
| Gerlach, Ryan (project Assistant) | $205.25 | 0.25 | $51.31 |
| Goldberg, Rachel R. (Associate) | $205.25 | 31.00 | $6,362.75 |
| Johnsen, Bridget S. (Partner) | $201.60 | 19.00 | $3,830.40 |
| Johnsen, Bridget S. (Partner) | $205.25 | 202.50 | $41,563.13 |
| Kelly, S. Patrick (Associate) | $217.54 | 12.75 | $2,773.64 |
| Kelly, S. Patrick (Associate) | $234.95 | 1.00 | $234.95 |
| Kim, Monica S. (Associate) | $205.25 | 1.25 | $256.56 |
| Kirchoff, Bill, II (Library and Research Services) | $205.25 | 0.25 | $51.31 |
| Lally, Amy P. (Partner) | $201.60 | 9.75 | $1,965.60 |
| Lally, Amy P. (Partner) | $205.25 | 143.25 | $29,402.06 |
| Lally, Amy P. (Partner) | $217.54 | 5.25 | $1,142.09 |
| Lally, Amy P. (Partner) | $234.95 | 2.75 | $646.11 |

| Table 1 (Sidley) | | | |
|---|---|---|---|
| Lally, Amy P. (Partner) | $244.62 | 5.25 | $1,284.26 |
| Lindt, Marketa (Partner) | $201.60 | 0.50 | $100.80 |
| Peralta, Adriane (Associate) | $201.60 | 1.00 | $201.60 |
| Peralta, Adriane (Associate) | $205.25 | 8.00 | $1,642.00 |
| Phillips, Carter G. (Partner) | $201.60 | 1.00 | $201.60 |
| Phillips, Carter G. (Partner) | $205.25 | 4.00 | $821.00 |
| Phillips, Carter G. (Partner) | $207.78 | 1.50 | $311.67 |
| Regan, Sylvia G. (Project Assistant) | $207.78 | 1.00 | $207.78 |
| Ridings, Leslie A. (Associate) | $244.62 | 4.75 | $1,161.95 |
| Ruiz, Alexandria V. (Associate) | $205.25 | 3.75 | $769.69 |
| Ruiz, Marco A. (Library and Research Services) | $207.78 | 2.25 | $467.51 |
| Rupram, Mohindra (Associate) | $205.25 | 8.75 | $1,795.94 |
| Theung, Helen (Associate) | $205.25 | 1.00 | $205.25 |
| Tygesson, Nicholas K. (Associate) | $205.25 | 37.00 | $7,594.25 |
| **Fee Request for Task 7** | | **809.00** | **$166,741.63** |
| *Task 8: Recovery of Fees* | | | |
| **Attorney** | **EAJA Rate** | **Hours** | **Fee** |
| Belysheva, Kseniya K. | $252.45 | 7.25 | $1,830.26 |
| Ceron, Diana A. | $252.45 | 20.5 | $5,175.23 |
| Fields, Tatiana K. | $252.45 | 33.5 | $8,457.08 |
| Lally, Amy P. | $252.45 | 5.25 | $1,325.36 |
| Martinez, Kristina | $252.45 | 23.25 | $5,869.46 |
| Melvin, Julie D. | $252.45 | 1.25 | $315.56 |
| Nelms, Karen A. | $252.45 | 29.25 | $7,384.16 |
| Nosarios, Elisabeth | $252.45 | 0.75 | $189.34 |
| **Fee Request for Task 8** | | **121.00** | **$30,546.45** |

| Table 2 (Sidley) | | | | |
|---|---|---|---|---|
| Attorney | EAJA Rate | Hours by Task | | Totals |
| | | Task | Total Hours Spent by Attorney on Task | |
| Accorsi, Ilaria (Percentage Associates) | | | | **Hours:** 4.75 **Amount:** $957.60 |
| | $201.60 | Complaint | 4.75 | |
| Andolina, Michael C. (Partner) | $201.60 | Opposing Motion to Dismiss | 48.50 | **Hours:** 76.25 **Amount:** $15,473.29 |
| | $205.25 | Settlement Negotiations | 27.75 | |
| André, Jean-Claude (Partner) | $201.60 | Complaint | 6.25 | **Hours:** 7.25 **Amount:** $1,467.78 |
| | $207.78 | Opposing Motion to Dismiss | 1.00 | |
| Axel, Douglas A. (Partner) | $201.60 | Complaint | 2.75 | **Hours:** 2.75 **Amount:** $554.40 |
| Banerjee, Shay (Associate) | $201.60 | Complaint | 7.30 | **Hours:** 55.90 **Amount:** $11,360.69 |
| | $201.60 | Preliminary Injunction | 11.40 | |
| | $201.60 | Opposing Motion to Dismiss | 11.00 | |
| | $201.60 | Discovery | 1.20 | |
| | $205.25 | Settlement Negotiations | 25.00 | |
| Basaria, Karim (Associate) | $201.60 | Complaint | 24.10 | **Hours:** 67.65 **Amount:** $13,718.54 |
| | $201.60 | Preliminary Injunction | 21.55 | |
| | $205.25 | Settlement Negotiations | 22.00 | |
| Belysheva, Kseniya K. (Associate) | $252.45 | Recovery of Fees | 7.25 | **Hours:** 7.25 **Amount:** $1830.26 |
| Benson, Justin A. (Associate) | $201.60 | Preliminary Injunction | 0.25 | **Hours:** 1.25 **Amount:** $252.00 |
| | $201.60 | Discovery | 1.00 | |
| Berdecia, Melanie (Associate) | $201.60 | Complaint | 3.90 | **Hours:** 13.65 **Amount:** $2,787.43 |
| | $205.25 | Preliminary Injunction | 9.75 | |
| Berninzoni, Thomas P. (Paralegal) | $201.60 | Complaint | 44.90 | **Hours:** 178.10 **Amount:** $36,363.95 |
| | $201.60 | Preliminary Injunction | 26.75 | |
| | $201.60 | Class Certification | 15.75 | |
| | $201.60 - 205.25 | Opposing Motion to Dismiss | 33.70 | |
| | $205.25-207.78 | Settlement Negotiations | 53.25 | |
| | $234.95 | Mediation | 3.75 | |
| Bosh, Jeffrey V. (Library & Research Services) | $201.60 | Complaint | 1.50 | **Hours:** 1.50 **Amount:** $302.40 |
| Brose, Edmund H. (Project Assistant) | $201.60 | Complaint | 1.50 | **Hours:** 1.50 **Amount:** $302.40 |
| Brown, Denise D. (Paralegal) | $201.60 | Class Certification | 29.00 | **Hours:** 77.50 **Amount:** $15,659.59 |
| | $201.60 | Opposing Motion to Dismiss | 38.75 | |
| | $205.25 | Discovery | 9.75 | |
| Brown, Logan P. (Associate) | $201.60 | Complaint | 3.25 | **Hours:** 137.00 **Amount:** $27,648.40 |
| | $201.60 | Class Certification | 114.75 | |
| | $201.60 | Opposing Motion to Dismiss | 11.00 | |
| | $205.25 | Settlement Negotiations | 8.00 | |
| Brown, Masa (Paralegal) | $205.25 | Settlement Negotiations | 2.75 | **Hours:** 2.75 **Amount:** $564.44 |
| Buhler, Evan J (Summer Associate | $201.60 | Complaint | 16.75 | **Hours:** 16.75 **Amount:** $3,376.80 |
| Butler, Patricia (Associate) | $201.60 | Opposing Motion to Dismiss | 29.50 | **Hours:** 50.00 **Amount:** $10,173.59 |
| | $201.60-205.25 | Settlement Negotiations | 8.25 | |
| | $205.25-207.78 | Discovery | 12.25 | |
| Candiff, Monique M. (Associate) | $234.95 | Mediation | 2.75 | **Hours:** 2.75 **Amount:** $646.11 |
| Carr, Deanna (Library and Research Services) | $201.60 | Complaint | 0.50 | **Hours:** .50 **Amount:** $100.80 |
| Ceron, Diana A. (Project Assistant) | $252.45 | Recovery of Fees | 20.50 | **Hours:** 20.50 **Amount:** $5,175.23 |
| Christensen, Joseph S. (Paralegal) | $207.78 | Discovery | 0.25 | **Hours:** .25 **Amount:** $51.95 |

| Table 2 (Sidley) | | | | |
|---|---|---|---|---|
| **Attorney** | **EAJA Rate** | **Hours by Task** | | **Totals** |
| Clark, Jennifer J. (Partner) | $201.60 | Complaint | 78.50 | **Hours:** 209.25 **Amount:** $42,339.07 |
| | $201.60 | Preliminary Injunction | 8.25 | |
| | $201.60 | Class Certification | 9.25 | |
| | $201.60 | Opposing Motion to Dismiss | 65.50 | |
| | $201.60-217.54 | Settlement Negotiations | 47.75 | |
| Coleman, Laura A. (Library and Research Services) | $201.60 | Opposing Motion to Dismiss | 0.25 | **Hours:** .25 **Amount:** $50.40 |
| Collings, Fitz B. (Associate) | $201.60 | Complaint | 40.00 | **Hours:** 58.50 **Amount:** $11,861.13 |
| | $205.25 | Settlement Negotiations | 17.75 | |
| | $205.25 | Class Certification | 0.75 | |
| Commons, Sean A. (Partner) | $201.60 | Complaint | 6.50 | **Hours:** 16.00 **Amount:** $3,249.33 |
| | $201.60 | Class Certification | 2.25 | |
| | $201.60 | Opposing Motion to Dismiss | 0.75 | |
| | $205.25 | Settlement Negotiations | 5.75 | |
| | $205.25 | Discovery | 0.75 | |
| Cooper, Ellyce R. (Partner) | $201.60 | Complaint | 40.80 | **Hours:** 78.80 **Amount:** $15,969.12 |
| | $201.60 | Preliminary Injunction | 15.25 | |
| | $205.25 | Settlement Negotiations | 22.75 | |
| Cooper, Katherine (Paralegal) | $201.60 | Preliminary Injunction | 5.25 | **Hours:** 5.25 **Amount:** $1,058.40 |
| Craig, Daniel C. (Associate) | $201.60 | Preliminary Injunction | 89.25 | **Hours:** 206 **Amount:** $41,751.34 |
| | 201.60-205.25 | Opposing Motion to Dismiss | 86.50 | |
| | $205.25 | Mediation | 30.25 | |
| Crawford, Michaela J. (Project Assistant) | $201.60 | Opposing Motion to Dismiss | 1.75 | **Hours:** 1.75 **Amount:** $352.80 |
| Dapper, Allison L. (Summer Associate) | $201.60 | Class Certification | 11.75 | **Hours:** 11.75 **Amount:** $2,368.80 |
| DeAngelis, Nick (Associate) | $201.60 | Complaint | 10.00 | **Hours:** 16.50 **Amount:** $3,334.61 |
| | $201.60 | Opposing Motion to Dismiss | 4.25 | |
| | $205.25 | Settlement Negotiations | 1.00 | |
| | $205.25 | Discovery | 1.25 | |
| DeLine, Amy L. (Associate) | $205.25 | Settlement Negotiations | 8.00 | **Hours:** 8.00 **Amount:** $1,642.00 |
| Dillon, Samuel A. (Associate) | $201.60 | Complaint | 20.00 | **Hours:** 30.35 **Amount:** $6,118.56 |
| | $201.60 | Preliminary Injunction | 6.60 | |
| | $201.60 | Class Certification | 3.75 | |
| Diorio, David F. (Associate) | $201.60 | Preliminary Injunction | 4.50 | **Hours:** 10.50 **Amount:** $2,135.05 |
| | $201.60 | Opposing Motion to Dismiss | 1.00 | |
| | $205.25 | Settlement Negotiations | 5.00 | |
| Eiswerth, Christopher A. (Associate) | $201.60 | Complaint | 56.00 | **Hours:** 58.25 **Amount:** $11,743.20 |
| | $201.60 | Preliminary Injunction | 0.50 | |
| | $201.60 | Opposing Motion to Dismiss | 1.75 | |
| Enion, Alex (Summer Associate) | $201.60 | Complaint | 11.90 | **Hours:** 11.90 **Amount:** $2,399.04 |
| Fee, Kevin M. (Partner) | 201.6-205.25 | Complaint | 84.00 | **Hours:** 243.25 **Amount:** $49,326.41 |
| | $201.60 | Preliminary Injunction | 31.50 | |
| | $201.60 | Opposing Motion to Dismiss | 75.50 | |
| | $201.60 | Settlement Negotiations | 34.50 | |
| | $201.60 | Discovery | 7.00 | |
| | $207.78-217.54 | Settlement Negotiations | 10.00 | |
| | $234.95 | Settlement Negotiations | 0.75 | |
| Fields, Tatiana K. (Associate) | $205.25-207.78 | Discovery | 35.75 | **Hours:** 69.25 **Amount:** $15,808.68 |
| | $252.45 | Recovery of Fees | 33.50 | |
| Galinska, Anna Maria (Associate) | $201.60 | Complaint | 12.50 | **Hours:** 12.50 **Amount:** $2,520.00 |
| Gaspar, Jennifer N. (Associate) | $201.60 | Complaint | 35.70 | **Hours:** 142.40 **Amount:** $28,707.84 |
| | $201.60 | Preliminary Injunction | 106.70 | |
| Gerlach, Ryan (Project Assistant) | $205.25 | Settlement Negotiations | 0.25 | **Hours:** .25 **Amount:** $51.31 |

| Table 2 (Sidley) | | | | |
|---|---|---|---|---|
| Attorney | EAJA Rate | Hours by Task | | Totals |
| Goldberg, Rachel R. (Associate) | $201.60 | Complaint | 8.75 | **Hours:** 66.75 **Amount:** $13,596.41 |
| | $201.60 | Preliminary Injunction | 6.50 | |
| | $201.60 | Class Certification | 10.50 | |
| | $201.60-205.25 | Discovery | 10.00 | |
| | $205.25 | Settlement Negotiations | 31.00 | |
| Hochul, William, III (Associate) | $201.60 | Complaint | 29.15 | **Hours:** 35.15 **Amount:** $7,095.37 |
| | $201.60-205.25 | Discovery | 6.00 | |
| Hong, Alison H. (Associate) | $201.60 | Complaint | 10.80 | **Hours:** 65.80 **Amount:** $13,265.28 |
| | $201.60 | Preliminary Injunction | 7.00 | |
| | $201.60 | Class Certification | 48.00 | |
| Huber, Eva M. (Library and Research | $201.60 | Opposing Motion to Dismiss | 1.75 | **Hours:** 6.25 **Amount:** $1,276.43 |
| | $205.25 | Discovery | 4.50 | |
| Huggins, Kelly J. (Staff Attorney) | $201.60 | Opposing Motion to Dismiss | 3.00 | **Hours:** 3.00 **Amount:** $604.80 |
| Igra, Naomi A. (Percentage Associates) | $201.60 | Complaint | 67.75 | **Hours:** 67.75 **Amount:** $13,658.40 |
| Johnsen, Bridget S. (Partner) | $201.60 | Complaint | 15.50 | **Hours:** 348.50 **Amount:** $70,996.73 |
| | $201.60 | Preliminary Injunction | 44.25 | |
| | $201.60 | Class Certification | 56.25 | |
| | $201.60 | Opposing Motion to Dismiss | 11.00 | |
| | $201.60-205.25 | Settlement Negotiations | 221.50 | |
| Juarez, Chris (Associate) | $205.25 | Discovery | 7.50 | **Hours:** 7.50 **Amount:** $1,539.38 |
| Keenan, Meredith F. (Project Assistant) | $205.25 | Discovery | 1.75 | **Hours:** 1.75 **Amount:** $359.19 |
| Keller, Pamala (Paralegal) | $201.60 | Complaint | 6.75 | **Hours:** 6.75 **Amount:** $1,360.80 |
| Kelly, S. Patrick (Associate) | $201.60 | Complaint | 26.75 | **Hours:** 185 **Amount:** $38,218.32 |
| | $201.60 | Opposing Motion to Dismiss | 10.00 | |
| | $205.25 | Mediation | 15.50 | |
| | $205.25 | Preliminary Injunction | 4.00 | |
| | $205.25-207.78 | Discovery | 115.00 | |
| | $217.54-234.95 | Settlement Negotiations | 13.75 | |
| Kim, Monica S. (Associate) | $201.60 | Complaint | 13.45 | **Hours:** 29.70 **Amount:** $5,992.08 |
| | $201.60 | Class Certification | 15.00 | |
| | $205.25 | Settlement Negotiations | 1.25 | |
| Kirchoff, Bill, II (Library and Research Services) | $205.25 | Settlement Negotiations | 0.25 | **Hours:** .25 **Amount:** $51.31 |
| Lally, Amy P. (Partner) | $201.60 | Complaint | 86.50 | **Hours:** 365.5 **Amount:** $75,135.41 |
| | $201.60 | Class Certification | 19.25 | |
| | $201.60 | Opposing Motion to Dismiss | 39.50 | |
| | $201.60-205.25 | Settlement Negotiations | 154.75 | |
| | $205.25-207.78 | Discovery | 48.75 | |
| | $217.54-244.62 | Settlement Negotiations | 11.50 | |
| | $252.45 | Recovery of Fees | 5.25 | |
| Martinez, Kristina (Associate) | $252.45 | Recovery of Fees | 23.25 | **Hours:** .23.25 **Amount:** $5,869.46 |
| Lindt, Marketa (Partner) | $201.60 | Settlement Negotiations | 0.50 | **Hours:** .50 **Amount:** $100.80 |
| Melvin, Julie D. (Library and Research | $201.60 | Class Certification | 0.25 | **Hours:** 1.50 **Amount:** $365.96 |
| | $252.45 | Recovery of Fees | 1.25 | |
| Nelms, Karen A. (Paralegal) | $252.45 | Recovery of Fees | 29.25 | **Hours:** 29.25 **Amount:** 7,384.16 |
| Nihill, Barbara M. (Paralegal) | $201.60 | Class Certification | 0.25 | **Hours:** .25 **Amount:** $50.40 |
| Noh, Inn-Young Park (Associate) | $201.60 | Complaint | 6.10 | **Hours:** 6.10 **Amount:** $1,229.76 |
| Nosarios, Elisabeth (Library and Research Services) | $201.60 | Complaint | 1.00 | **Hours:** 2.5 **Amount:** $542.14 |
| | $201.60 | Opposing Motion to Dismiss | 0.75 | |
| | $252.45 | Recovery of Fees | 0.75 | |

| Table 2 (Sidley) | | | | |
|---|---|---|---|---|
| Attorney | EAJA Rate | Hours by Task | | Totals |
| Orozco, Jessica (Project Assistant) | $201.60 | Complaint | 1.00 | **Hours: 2.50** |
| | $201.60 | Class Certification | 1.50 | **Amount: $504.00** |
| Payne, Timothy G. (Partner) | $201.60 | Complaint | 18.75 | **Hours: 18.75** <br> **Amount: $3,780.00** |
| Peralta, Adriane (Associate) | $201.60 | Complaint | 128.10 | **Hours: 140.85** |
| | 201.60-205.25 | Settlement Negotiations | 9.00 | **Amount: $28,438.25** |
| | $205.25 | Discovery | 3.75 | |
| Phillips, Carter G. (Partner) | $201.60 | Complaint | 8.50 | **Hours: 19.25** |
| | $201.60 | Preliminary Injunction | 4.25 | **Amount: $3,904.67** |
| | $201.60-205.25 | Settlement Negotiations | 5.00 | |
| | $207.78 | Settlement Negotiations | 1.50 | |
| Pinch, Melissa K. (Library and Research Services) | $201.60 | Class Certification | 0.50 | **Hours: .50** <br> **Amount: $100.80** |
| Platt, James P. (Paralegal) | $201.60 | Opposing Motion to Dismiss | 5.50 | **Hours: 5.50** <br> **Amount: $1,108.80** |
| Regan, Sylvia G. (Project Assistant) | $207.78 | Settlement Negotiations | 1.00 | **Hours: 1.00** <br> **Amount: $207.78** |
| Ridings, Leslie A. (Associate) | $244.62 | Settlement Negotiations | 4.75 | **Hours: 4.75** <br> **Amount: $1,161.95** |
| Rubashkin, Kara A. (Project Assistant) | $201.60 | Complaint | 6.50 | **Hours: 6.50** <br> **Amount: $1,310.40** |
| Ruiz, Alexandria V. (Associate) | $201.60 | Complaint | 34.20 | **Hours: 78.75** |
| | $201.60 | Preliminary Injunction | 28.30 | **Amount: $15,912.50** |
| | $201.60-205.25 | Mediation | 6.75 | |
| | $205.25 | Settlement Negotiations | 3.75 | |
| | $205.25 | Discovery | 5.75 | |
| Ruiz, Marco A. (Library and Research | $201.60 | Opposing Motion to Dismiss | 0.50 | **Hours: 2.75** <br> **Amount: $568.31** |
| | $207.78 | Settlement Negotiations | 2.25 | |
| Rupram, Mohindra (Associate) | $201.60 | Complaint | 21.10 | **Hours: 53.60** |
| | $201.60 | Opposing Motion to Dismiss | 0.75 | **Amount: $10,965.92** |
| | $205.25 | Settlement Negotiations | 8.75 | |
| | $205.25-207.78 | Mediation | 23.00 | |
| Schulman, Ronnie (Library and Research | $201.60 | Complaint | 5.00 | **Hours: 6.25** <br> **Amount: $1,260.00** |
| | $201.60 | Opposing Motion to Dismiss | 1.25 | |
| Siddiqui, Faraz R. (Associate) | $201.60 | Opposing Motion to Dismiss | 37.25 | **Hours: 37.25** <br> **Amount: $7,509.60** |
| Such, Maud (Paralegal) | $201.60 | Complaint | 3.50 | **Hours: 50.25** |
| | $201.60 | Preliminary Injunction | 38.50 | **Amount: $10,130.40** |
| | $201.60 | Opposing Motion to Dismiss | 8.25 | |
| Theung, Helen (Associate) | $201.60 | Preliminary Injunction | 32.50 | **Hours: 42.75** |
| | $201.60-205.25 | Opposing Motion to Dismiss | 9.25 | **Amount: $8,648.51** |
| | $205.25 | Settlement Negotiations | 1.00 | |
| Tygesson, Nicholas K. (Associate) | $201.60 | Complaint | 47.70 | **Hours: 166.80** |
| | $201.60 | Preliminary Injunction | 74.85 | **Amount: $33,770.14** |
| | $201.60-205.25 | Discovery | 7.25 | |
| | $205.25 | Settlement Negotiations | 37.00 | |
| Van Haute, Andrew R. (Associate) | $201.60 | Complaint | 38.95 | **Hours: 57.45** |
| | $201.60 | Preliminary Injunction | 2.00 | **Amount: $11,620.25** |
| | 201.60-205.25 | Discovery | 16.50 | |
| Vazquez, Farrah (Associate) | $205.25 | Discovery | 23.00 | **Hours: 23.00** <br> **Amount: $4,720.75** |
| Velkovich, Dana L. (Paralegal) | $201.60 | Preliminary Injunction | 3.75 | **Hours: 9.25** |
| | $201.60 | Opposing Motion to Dismiss | 5.50 | **Amount: $1,864.80** |
| Walker, Eleanor A. (Summer Associate) | $201.60 | Complaint | 23.50 | **Hours: 23.50** <br> **Amount: $4,737.60** |
| Wang, Amy Y. (Associate) | $201.60 | Opposing Motion to Dismiss | 16.50 | **Hours: 16.50** <br> **Amount: $3,326.40** |
| Weiner, Amy (Library and Research Services) | $201.60 | Complaint | 1.50 | **Hours: 1.50** <br> **Amount: $302.40** |

| Table 2 (Sidley) | | | | |
|---|---|---|---|---|
| **Attorney** | **EAJA Rate** | **Hours by Task** | | **Totals** |
| Wolfe, Tyler (Summer Associate) | $201.60<br>$201.60 | Complaint<br>Preliminary Injunction | 2.20<br>25.70 | **Hours:** 27.90<br>**Amount:** $5,624.64 |
| Wu, Chajin (Associate) | $201.60-205.25 | Discovery | 4.75 | **Hours:** 4.75<br>**Amount:** $971.29 |
| Zlatkova, Teodora G. (Staff Attorney) | $201.60 | Complaint | 3.00 | **Hours:** 3.00<br>**Amount:** $604.80 |
| Zucker, Jon S. (Associate) | $201.60<br>$201.60<br>$205.25 | Complaint<br>Preliminary Injunction<br>Class Certification | 12.00<br>11.50<br>1.75 | **Hours:** 25.25<br>**Amount:** $5,096.79 |
| Total | | | | **Hours:** 3878.60<br>**Amount:** $818,400.20 |