Exhibit A

to the Declaration of Mark Rosenbaum

| Table 1 (PC) | | | |
|---|---|---|---|
| Task 1: Complaint | | | |
| **Attorney** | **EAJA Rate** | **Hours** | **Fee** |
| Carpio, Aida (Paralegal) | $201.6/hour | 53.4 | $10,765.44 |
| Gomez, Jessica (Paralegal) | $201.6/hour | 5.7 | $1,149.12 |
| Hadaway, Elizabeth (Attorney) | $201.6/hour | 46 | $9,273.60 |
| Hartz, Alisa (Attorney) | $201.6/hour | 11.5 | $2,318.40 |
| Inlender, Talia (Attorney) | $795/hour | 28.05 | $22,299.75 |
| Lacker, William (Paralegal) | $201.6/hour | 58.3 | $11,753.28 |
| OUL (Law Clerk or Paralegal) | $201.6/hour | 96.6 | $19,474.56 |
| Rosenbaum, Mark (Attorney) | $1,170/hour | 8.8 | $10,296.00 |
| Tumeh, Deena (Attorney) | $201.6/hour | 6 | $1,209.60 |
| **Fee Request for Task 1** | | **314.35** | **$88,539.75** |
| Task 2: Discovery | | | |
| Carpio, Aida (Paralegal) | $201.6/hour | 0.5 | $100.80 |
| Carpio, Aida (Paralegal) | $205.25/hour | 7.1 | $1,457.28 |
| Gomez, Jessica (Paralegal) | $205.25/hour | 0.9 | $184.73 |
| Hartz, Alisa (Attorney) | $201.6/hour | 5.3 | $1,068.48 |
| Hartz, Alisa (Attorney) | $205.25/hour | 12.5 | $2,565.63 |
| Rosenbaum, Mark (Attorney) | $1,170/hour | 3.4 | $3,978.00 |
| Savage, Amanda (Attorney) | $205.25/hour | 1.8 | $369.45 |
| Talukder, Muneeba (Attorney) | $201.6/hour | 3.7 | $745.92 |
| **Fee Request for Task 2** | | **35.2** | **$10,470.29** |

| Table 1 (PC) | | | |
|---|---|---|---|
| Task 3: Mediation | | | |
| Carpio, Aida (Paralegal) | $205.25/hour | 50.3 | $10,324.07 |
| Carpio, Aida (Paralegal) | $207.78/hour | 22.2 | $4,612.72 |
| Garcia, Rocio OUL (Paralegal) | $207.78/hour | 0.6 | $124.67 |
| Garcia, Rocio OUL (Paralegal) | $217.54/hour | 1.4 | $304.56 |
| Garcia, Rocio OUL (Paralegal) | $234.95/hour | 0.4 | $93.98 |
| Garcia, Rocio OUL (Paralegal) | $244.62/hour | 0.8 | $195.69 |
| Gomez, Jessica (Paralegal) | $207.78/hour | 2.1 | $436.34 |
| Hartz, Alisa (Attorney) | $205.25/hour | 14.4 | $2,955.60 |
| Lacker, William (Paralegal) | $205.25/hour | 0.9 | $184.73 |
| London, Judy (Attorney) | $207.78/hour | 0.1 | $20.78 |
| OUL (Law Clerk or Paralegal) | $207.78/hour | 24.6 | $5,111.39 |
| Rosenbaum, Mark (Attorney) | $1,170/hour | 5.00 | $6,318.00 |
| Savage, Amanda (Attorney) | $205.25/hour | 50.85 | $10,436.96 |
| Savage, Amanda (Attorney) | $207.78/hour | 167.2 | $34,740.82 |
| Savage, Amanda (Attorney) | $217.54/hour | 9.6 | $2,088.38 |
| Savage, Amanda (Attorney) | $244.62/hour | 0.1 | $24.46 |
| **Fee Request for Task 3** | | **350.95** | **$77,973.15** |
| Task 4: Class Certification | | | |
| Carpio, Aida (Paralegal) | $201.6/hour | 40.5 | $8,164.80 |
| Gomez, Jessica (Paralegal) | $201.6/hour | 10.7 | $2,157.12 |
| Rosenbaum, Mark (Attorney) | $1,170/hour | 0.5 | $585.00 |
| **Fee Request for Task 4** | | **51.7** | **$10,906.92** |

| Table 1 (PC) | | | |
|---|---|---|---|
| Task 5: Oppositon to Motion to Dismiss | | | |
| Carpio, Aida (Paralegal) | $201.6/hour | 33.5 | $6,753.60 |
| Carpio, Aida (Paralegal) | $205.25/hour | 3 | $615.75 |
| Gomez, Jessica (Paralegal) | $201.6/hour | 27 | $5,443.20 |
| Gomez, Jessica (Paralegal) | $205.25/hour | 5.1 | $1,046.78 |
| Hartz, Alisa (Attorney) | $201.6/hour | 17.5 | $3,528.00 |
| OUL (Law Clerk or Paralegal) | $205.25/hour | 4 | $821.00 |
| Rosenbaum, Mark (Attorney) | $1,170/hour | 11.9 | $13,923.00 |
| Talukder, Muneeba (Attorney) | $201.6/hour | 5.5 | $1,108.80 |
| Talukder, Muneeba (Attorney) | $205.25/hour | 5 | $1,026.25 |
| **Fee Request for Task 5** | | **112.5** | **$34,266.38** |
| Task 6: Preliminary Injunction | | | |
| Carpio, Aida (Paralegal) | $201.6/hour | 18.6 | $3,749.76 |
| Gomez, Jessica (Paralegal) | $201.6/hour | 7.5 | $1,512.00 |
| Hartz, Alisa (Attorney) | $201.6/hour | 1.5 | $302.40 |
| **Fee Request for Task 6** | | **27.6** | **$5,564.16** |
| Task 7: Settlement Negotiations | | | |
| Carpio, Aida (Paralegal) | $205.25/hour | 58.9 | $12,089.23 |
| Gomez, Jessica (Paralegal) | $205.25/hour | 4 | $821.00 |
| Hartz, Alisa (Attorney) | $201.6/hour | 0.7 | $141.12 |
| Hartz, Alisa (Attorney) | $205.25/hour | 115.7 | $23,747.43 |
| Inlender, Talia (Attorney) | $795/hour | 5.45 | $4,322.75 |
| Lacker, William (Paralegal) | $205.25/hour | 3.5 | $718.38 |
| OUL (Law Clerk or Paralegal) | $205.25/hour | 103.8 | $21,304.95 |
| Rosenbaum, Mark (Attorney) | $1,170/hour | 63.7 | $74,529.00 |
| Talukder, Muneeba (Attorney) | $201.6/hour | 5.1 | $1,028.16 |
| Talukder, Muneeba (Attorney) | $205.25/hour | 17.4 | $3,571.35 |
| **Fee Request for Task 7** | | **378.25** | **$142,273.37** |

| Table 2 (PC) | | | | |
|---|---|---|---|---|
| **Attorney** | **EAJA Rate** | **Hours by Task** | | **Totals** |
| | | Task | Total Hours Spent by Attorney on Task | |
| Carpio, Aida (Paralegal) | 201.6 | Complaint | 53.4 | **Hours: 288** **Amount: $58,633.45** |
| | 201.6-205.25 | Discovery | 7.6 | |
| | 205.25-207.78 | Mediation | 72.5 | |
| | 201.6 | Class Certification | 40.5 | |
| | 201.6-205.25 | Opposition to Motion to Dismiss | 36.5 | |
| | 201.6 | Preliminary Injunction | 18.6 | |
| | 205.25 | Settlement Negotiations | 58.9 | |
| Garcia, Rocio OUL (Paralegal) | 207.78-244.62 | Mediation | 3.2 | **Hours: 3.2** **Amount: $718.9** |
| Gomez, Jessica (Paralegal) | 201.6 | Complaint | 5.7 | **Hours: 63** **Amount: $12,750.29** |
| | 205.25 | Discovery | 0.9 | |
| | 207.78 | Mediation | 2.1 | |
| | 201.6 | Class Certification | 10.7 | |
| | 201.6-205.25 | Opposition to Motion to Dismiss | 32.1 | |
| | 201.6 | Preliminary Injunction | 7.5 | |
| | 205.25 | Settlement Negotiations | 4 | |
| Hadaway, Elizabeth (Attorney) | 201.6 | Complaint | 46 | **Hours: 46** **Amount: $9,273.60** |
| Hartz, Alisa (Attorney) | 201.6 | Complaint | 11.5 | **Hours: 179.1** **Amount: $36,627.06** |
| | 201.6-205.25 | Discovery | 17.8 | |
| | 205.25 | Mediation | 14.4 | |
| | 201.6 | Opposition to Motion to Dismiss | 17.5 | |
| | 201.6 | Preliminary Injunction | 1.5 | |
| | 201.6-205.25 | Settlement Negotiations | 116.4 | |
| Inlender, Talia (Attorney) | 795.00 | Complaint | 28.05 | **Hours: 33.5** **Amount:$26,632.50** |
| | 795.00 | Settlement Negotiations | 5.45 | |
| Lacker, William (Paralegal) | 201.6 | Complaint | 58.3 | **Hours: 62.7** **Amount: $12,656.39** |
| | 205.25 | Mediation | 0.9 | |
| | 205.25 | Settlement Negotiations | 3.5 | |
| London, Judy (Attorney) | 207.78 | Mediation | 0.1 | **Hours: .10** **Amount: $20.78** |
| OUL (Law Clerk or Paralegal) | 201.6 | Complaint | 96.6 | **Hours: 229** **Amount: $46,711.90** |
| | 207.78 | Mediation | 24.6 | |
| | 205.25 | Opposition to Motion to Dismiss | 4 | |
| | 205.25 | Settlement Negotiations | 103.8 | |

1

| Attorney | EAJA Rate | Hours by Task | | Totals |
|---|---|---|---|---|
| Table 2 (PC) | | | | |
| Rosenbaum, Mark (Attorney) | 1,170.00 | Complaint | 8.8 | Hours: 93.7 Amount: $109,629.00 |
| | 1,170.00 | Discovery | 3.4 | |
| | 1,170.00 | Mediation | 5.4 | |
| | 1,170.00 | Class Certification | 0.5 | |
| | 1,170.00 | Opposition to Motion to Dismiss | 11.9 | |
| | 1,170.00 | Settlement Negotiations | 63.7 | |
| Savage, Amanda (Attorney) | 205.25 | Discovery | 1.8 | Hours: 229.55 Amount: $47,660.07 |
| | 205.25-244.62 | Mediation | 227.75 | |
| Talukder, Muneeba (Attorney) | 201.6 | Discovery | 3.7 | Hours: 36.7 Amount: $7,480.48 |
| | 201.6-205.25 | Opposition to Motion to Dismiss | 10.5 | |
| | 201.6-205.25 | Settlement Negotiations | 22.5 | |
| Tumeh, Deena (Attorney) | 201.6 | Complaint | 6 | Hours: 6 Amount: $1,209.6 |
| Total | | | | Hours: 1,270.55 Amount: $369,994.02 |