Exhibit B

to the Declaration of Mark Rosenbaum

# MARK D. ROSENBAUM

## I. LITIGATION

| | |
|---|---|
| **Senior Special Counsel**<br>**For Strategic Litigation**<br>2023-Present | Public Counsel<br>610 S Ardmore Avenue<br>Los Angeles, CA 90005<br>Tel: (213) 385-2977 x142<br>Fax: (213) 385-9089<br>mrosenbaum@publiccounsel.org |
| **Director**<br>2014-2023 | Public Counsel - Opportunity Under Law Project |
| **Chief Counsel**<br>2009-2014 | ACLU Foundation of Southern California |
| **Legal Director**<br>1994-2009 | ACLU Foundation of Southern California |
| **General Counsel**<br>1984-1994 | ACLU Foundation of Southern California |
| **Staff Counsel**<br>1974-1984 | ACLU Foundation of Southern California |
| **Education** | University of Michigan (B.A., 1970)<br>    Phi Beta Kappa<br>    Who's Who in American Colleges<br>    Branstrom Book Award<br><br>Harvard Law School (February 1974)<br>    Vice-President, Harvard Legal Aid Bureau |

**Litigation Experience (partial)**

**Oral arguments/on the brief, by Court:**

### UNITED STATES SUPREME COURT

DEPARTMENT OF HOMELAND SECURITY V. REGENTS (GARCIA v. UNITED STATES)
    Defense of DACA program on behalf of Dreamers.
(With Gibson, Dunn & Crutcher, Luis Cortes, Laurence Tribe, Erwin Chemerinsky, Leah Litman)

HYATT v. FRANCHISE TAX BOARD

Concerning a state's sovereign immunity and ability to protect the rights of its own citizens against harm from other states.
(with Erwin Chemerinsky)

SCHUETTE v. COALITION TO DEFEND AFFIRMATIVE ACTION
Equal Protection Clause challenge to Michigan constitutional amendment prohibiting state universities from considering race in admissions.
(With ACLU of Southern California, ACLU Fund of Michigan, ACLU Foundation, NAACP Legal Defense and Educational Fund, Detroit Branch NAACP, Cravath Swaine & Moore, Miller Canfield Paddock & Stone, Laurence Tribe, Erwin Chemerinksy, Daniel Tokaji)

GREEN v. ANDERSON
AFDC residency requirement to deter interstate migration of low income persons held unconstitutional.
(With Kathleen Sullivan and San Mateo County Legal Services)

KOLENDER v. LAWSON
Striking down as unconstitutionally vague "stop and identify" statute used for arbitrary arrests against minorities and outsiders.
(With Laurence Tribe, Anthony Amsterdam, Dennis Perluss, Mary Ellen Gale)

SAENZ v. ROE
Residency requirement to deter interstate migration struck down.
(With NOW Legal Defense and Education Fund, Western Center on Law and Poverty)

UNITED STATES v. WAYTE
First Amendment selective prosecution in draft resistance case.
(With Laurence Tribe, Bill Smith, Dan Stormer, Dennis Perluss)

**SIXTH CIRCUIT COURT OF APPEALS**

GARY B. v. SNYDER (U.S. District Court and Sixth Circuit Court of Appeals)
Class action lawsuit that achieved first federal court ruling, by Sixth Circuit Court of Appeals, that all children have fundamental right under U.S. Constitution to basic minimum education that provides access to literacy.
(With Sidley Austin)

COALITION TO DEFEND AFFIRMATIVE ACTION v.
GRANHOLM/CANTRELL v. GRANHOLM (panel and en banc arguments)
Challenge to Proposition 2, non-neutral restructuring of political process to disable state and local government authority to enact affirmative action.
(With ACLU of Michigan, Cravath, Swain & Moore, LDF)

**NINTH CIRCUIT COURT OF APPEALS (PARTIAL LIST)**

GREGORIO T. v. WILSON (U.S. District Court and Ninth Circuit Court of Appeals)

2

Challenge enjoining Proposition 187's denial of education, healthcare and social services to undocumented persons.
(With Mexican American Legal Defense and Educational Fund (MALDEF), Karl Manheim, Asian Pacific Legal Center, O'Melveny and Myers)

COALITION FOR ECONOMIC EQUITY v. WILSON (U.S. District Court and Ninth Circuit Court of Appeals)
Challenge to Proposition 209, non-neutral restructuring of political process to disable state and local government authority to enact affirmative action.
(With ACLU-NC, Lawyers Committee for Civil Rights of the San Francisco Bay Area, Equal Rights Congress, Evan Caminker, NOW Legal Defense and Education Fund, California Women's Law Center, Employment Law Center)

SMITH v. UNIVERSITY OF WASHINGTON SCHOOL OF LAW (U.S. District Court and Ninth Circuit Court of Appeals)
Intervenor motion on behalf of undergraduate minority students and multi-racial law students in suit over affirmative action at University of Washington Law School.
(With Daniel Tokaji, Steve Shapiro)

GARZA v. LOS ANGELES COUNTY BOARD OF SUPERVISORS (U.S. District Court and Ninth Circuit Court of Appeals)
Voting Rights Act suit redistricting Board of Supervisors, resulting in election of first minority to Board in 115 years.
(With MALDEF, Laurence Tribe)

COMMON CAUSE v. BOARD OF SUPERVISORS (Superior Court, Court of Appeal, and California Supreme Court)
Voting rights suit; deputizing registrar's public employees to register under-registered sectors of electorate.
(With MALDEF, Dennis Perluss)

SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT v. SHELLEY (U.S. District Court and Ninth Circuit Court of Appeals)
Effort to suspend the gubernatorial election until such time as certified voting machines were installed in all voting booths (in Los Angeles County, it was shown that tens of thousands of votes would remain uncounted due to punchcard ballots).

VOTING RIGHTS COALITION v. WILSON (U.S. District Court and Ninth Circuit Court of Appeals)
First decision upholding constitutionality of National Voter Registration Act (Motor Voter).

JONES v. CITY OF LOS ANGELES (U.S. District Court and Ninth Circuit Court of Appeals)
Eighth Amendment challenge to criminalizing homelessness enjoining municipal ordinance prohibiting sleeping in public.

(With Carol Sobel)


FONDA v. GRAY (U.S. District Court and Ninth Circuit Court of Appeals)
    FBI and CIA surveillance of bank records, mail, surveillance.
(With John McTernan, Leonard Weinglass)

WIENER v. FBI (U.S. District Court and Ninth Circuit Court of Appeals)
    FOIA suit regarding national defense exemptions in file on John Lennon; first suit successfully rebutting government's national security claims.
(With Dan Marmalefsky)

HARRIS v. BOARD OF SUPERVISORS (U.S. District Court and Ninth Circuit Court of Appeals)
    Challenge enjoining Los Angeles County's closure of health facilities (Rancho Los Amigos Rehabilitation Center and beds at LAC/USC facility) due to alleged budget constraints.

ORANTES-HERNANDEZ v. SMITH (U.S. District Court and Ninth Circuit Court of Appeals)
    Notification of asylum rights for Salvadoran detainees; addressed attorney access to and conditions in detention centers.
(With National Center for Immigrants' Rights, Legal Aid Foundation of Los Angeles (LAFLA), Immigrants' Rights Office)

UNITED STATES v. CITY OF LOS ANGELES (U.S. District Court and Ninth Circuit Court of Appeals)
    Intervention on behalf of ACLU, individuals, and community organizations to enforce consent decree between United States Department of Justice and Los Angeles Police Department.

CALIFORNIA ATTORNEYS FOR CRIMINAL JUSTICE V. BUTTS (U.S. District Court and Ninth Circuit Court of Appeals)
    Post-*Miranda* questioning policy of Los Angeles and Santa Monica Police Departments held unconstitutional.
(With Taylor Flynn, Chuck Weisselberg)

KHATIB v. COUNTY OF ORANGE (Ninth Circuit Court of Appeals)
    County courthouse holding facility held to be within coverage of RLUIPA, where Muslim individual was prohibited from wearing hijab.

MARTINEZ v. NYGAARD (U.S. District Court and Ninth Circuit Court of Appeals)
    Concerning Fourth Amendment rights of workers detained and questioned by INS during factory raid.
(With Oregon Rural Legal Assistance)

**CALIFORNIA SUPREME COURT**

4

HARRIS v. SUPERIOR COURT
    Indigent defendants held to possess right to select counsel where prior attorney-client relationship exists.

RANDALL v. ORANGE COUNTY BOY SCOUTS
    Right of seven-year-old boys to join Boy Scouts where they espouse no belief in deity.
(With James Randall, Taylor Flynn)

ROBERTS v. CITY OF PALMDALE
    Right to know how city officials construe the laws they enact and execute.

**COURT OF MILITARY APPEALS (SUPREME COURT RE UCMJ)**

FLETCHER v. U.S.M.C.
    Defendants in court-martial held to possess equivalent to right of bail.

**Areas of law:**

**EDUCATION**

SMITH v. REGENTS OF THE UNIVERSITY OF CALIFORNIA (Alameda County Superior Court)
    Lawsuit on behalf of prospective college students to enjoin University of California's discriminatory SAT/ACT score requirement.
(With Scheper Kim & Harris, Equal Justice Society, Miller Advocacy Group, and Brown Goldstein Levy)

KERRI K. v. STATE OF CALIFORNIA (Contra Costa County Superior Court)
    Class action lawsuit on behalf of students with disabilities who were subjected to punitive restraints, seclusion, and isolation at school.
(With Sullivan & Cromwell)

SCOTT C. v. RIVERVIEW GARDENS SCHOOL DISTRICT (U.S. District Court)
    Lawsuit on behalf of homeless teens against Riverview Gardens School District and State of Missouri for failure to provide necessary academic and socioemotional supports. Settlement resulted in reforms to State and District policies to ensure access to education for students experiencing homelessness.
(With Legal Services of Eastern Missouri, Inc., Arnold & Porter)

PETER P. v. COMPTON UNIFIED SCHOOL DISTRICT (U.S. District Court)
    Class action lawsuit resulting in settlement requiring Compton Unified School District to implement comprehensive trauma-informed education program.
(With Irell & Manella)

ELLA T. v. STATE OF CALIFORNIA (Los Angeles County Superior Court)

Lawsuit to establish that all students in California have a constitutional right of access to literacy. Settlement resulted in $53 million grant for improved literacy instruction in the lowest 75 performing schools in California. (With Morrison & Foerster)

STEPHEN C. v. BUREAU OF INDIAN EDUCATION (U.S. District Court)
Lawsuit vindicating educational rights of Native American children, including their access to system of general education, special education, and resources to address trauma.
(With Native American Disability Law Center, Munger Tolles & Olson, Sacks Tierney, ACLU of New Mexico)

PEOPLE OF THE STATE OF CALIFORNIA v. HEALD COLLEGE, LLC (San Francisco County Superior Court)
Lawsuit seeking discharge of student loans for former students of for-profit colleges involved in alleged fraud after closing due to bankruptcy.
(With Strumwasser & Woocher, Lewis Feinberg Lee & Jackson)

CRUZ v. STATE OF CALIFORNIA (Alameda County Superior Court)
Class action lawsuit demanding that State address factors that reduce actual learning time. Settlement provided assistance to assure compliance of six schools in Compton, Los Angeles, and Oakland with Assembly Bill 1012.
(With Public Counsel, Carlton Fields Jorden Burt, Arnold & Porter, Gary L. Blasi)

L.M. v. STATE OF MICHIGAN (Michigan Court of Appeal)
Highland Park public schools provided inadequate and deficient instruction to students, resulting in their failure to obtain basic literacy skills and reading proficiency.
(With ACLU of Michigan, Nacht Roumel Salvatore Blanchard & Walker, Wilson Sonsini Goodrich & Rosati)

D.J. v. STATE OF CALIFORNIA (Los Angeles County Superior Court)
State of California failed to respond to reports that districts did not provide essential language instruction to English learner students, denying them equality of educational opportunity. Settlement resulted in establishment of watchdog system by state agencies to ensure proper English language instruction for English learner students.
(With Public Counsel, ACLU of San Diego and Imperial Counties, Asian Americans Advancing Justice, Latham & Watkins)

DOE 1 v. STATE OF CALIFORNIA (Sacramento County Superior Court)
First lawsuit in California seeking to stop program in Dinuba Unified School District for failure to provide proven method of teaching English, basic reading instruction to English learner students. Lawsuit also sought to require State of California to ensure that all school districts provide equal opportunity of education. Settlement resulted in implementation of new program for young English learner students.

(With ACLU of Northern California, ACLU of San Diego and Imperial Counties, California Rural Legal Assistance, Inc., Asian Pacific American Legal Center, Wilson Sonsini Goodrich & Rosati)

WILLIAMS v. STATE OF CALIFORNIA (San Francisco County Superior Court)

Statewide class action lawsuit holding State accountable for severe shortage of textbooks in classrooms, deplorable conditions in public school facilities, and lack of credentialed teachers. Achieved $1 billion settlement and establishment of standards for basic education necessities.
(With Morrison & Foerster)

REED v. STATE OF CALIFORNIA (Los Angeles County Superior Court and Court of Appeal)

Enjoined inequitable layoffs of teachers at inner city schools. Settlement with Los Angeles Unified School District resulted in new investments in administrative and teacher support for 37 schools.
(With Public Counsel, Morrison & Foerster)

CRAWFORD v. BOARD OF EDUCATION (Los Angeles County Superior Court, Court of Appeal, California Supreme Court)

Los Angeles school desegregation trial and appeals, resulting in magnet program and creation of programs for racially isolated schools.
(With NAACP, Center for Law & Justice, Laurence Tribe, Fred Okrand, Mary Ellen Gale)

RODRIGUEZ v. BOARD OF EDUCATION (Los Angeles County Superior Court and Court of Appeal)

Challenge to inequitable distribution of resources to inner city students and unequal educational opportunities.
(With MALDEF, LAFLA, Western Center on Law and Poverty)

SERNA v. EASTIN (Los Angeles County Superior Court)

First-of-its-kind lawsuit charging State education officials with failing to provide students equal and adequate education and safe learning environment. Settlement resulted in provision of appropriate materials in all core subjects and assurance of teacher adequacy and safe facilities.
(With Robert Myers)

SMITH v. BOARD OF EDUCATION (U.S. District Court)

Students requiring special educational services for learning and/or emotional disabilities were not identified by Los Angeles school district; stipulated judgment resulted in restructuring of services for students with disabilities.
(With Katharine Krause, Robert Myers, Protection and Advocacy)

TINSLEY v. PALO ALTO SCHOOL DISTRICT (Court of Appeal)

Metropolitan desegregation held to be constitutionally required.
(With Mary Ellen Gale)

**IMMIGRANTS' RIGHTS**

<u>AREVALO v. BARR</u> (U.S. District Court)
     Habeas litigation securing immediate release from detention for individual arrested by ICE during COVID-19 pandemic.
(With Kaplan Hecker & Fink)

<u>CASTILLO v. BARR</u> (U.S. District Court)
     Habeas litigation securing immediate release from detention for two individuals arrested by ICE during COVID-19 pandemic.
(With Kaplan Hecker & Fink)

<u>MS. J.P. v. SESSIONS</u> (U.S. District Court)
     Class action on behalf of parents separated from their children under Trump Administration's zero-tolerance policy. Resulted in injunction requiring government to redress trauma inflicted on separated families by providing mental health services.
(With Sidley Austin, Immigrant Advocacy & Litigation Center, PLLC, and Mark Haddad)

<u>RAMIREZ MEDINA v. USCIS</u> (U.S. District Court)
     Lawsuit on behalf of DACA recipient to reinstate DACA status illegally removed based on racial and ethnic stereotype and immigration court proceedings.
(With Gibson, Dunn & Crutcher, Northwest Immigrant Rights Project)

<u>INTERNATIONAL REFUGEE ASSISTANCE PROJECT v. KELLY</u> (U.S. District Court)
     Lawuit to reinstate Special Immigrant Visa to Afghani citizen and family.
(With Gibson, Dunn & Crutcher)

<u>CITY OF SAN JOSE v. ROSS</u> (U.S. District Court)
     Lawsuit to delete citizenship question from U.S. Census.
(With Lawyers Committee for Civil Rights, Manatt, Phelps & Phillips)

<u>GREGORIO T. v. WILSON</u> (see above)

<u>ORANTES-HERNANDEZ v. SMITH</u> (see above)

<u>PEREZ-FUNEZ v. INS</u> (U.S. District Court)
     Advisal rights to secure access to counsel for children detained by INS.
(With National Center for Immigrants' Rights, Central American Refugee Center)

<u>GUZMAN v. HAYES</u> (U.S. District Court)
     U.S. citizen illegally deported to Mexico resulting in settlement of

damages and injunction claims.
(With Morrison & Foerster)

MARTINEZ v. NYGAARD (see above)

MENDEZ v. INS (U.S. District Court)
        Due process rights for asylum applicants.
(With Legal Aid, MALDEF, National Immigration Law Center)

RAMON-SEPULVEDA v. INS (U.S. District Court and Ninth Circuit Court of Appeals)
        Right of double jeopardy in INS proceedings.

VALLEJO v. SURECK (U.S. District Court)
        Right of counsel for INS detainees, immigration defenses in related cases.
(With NCIR Inc.)

ZEPEDA v. INS (U.S. District Court)
        Fourth Amendment rights during business and residential raids.

**VOTER INITIATIVES RE AFFIRMATIVE ACTION**

COALITION FOR ECONOMIC EQUITY v. WILSON (see above)

COALITION TO DEFEND AFFIRMATIVE ACTION, et al. v. GRANHOLM/CANTRELL v. GRANHOLM (see above)

SMITH v. UNIVERSITY OF WASHINGTON SCHOOL OF LAW (see above)

**VOTING RIGHTS**

GARZA v. LOS ANGELES COUNTY BOARD OF SUPERVISORS (see above)

COMMON CAUSE v. BOARD OF SUPERVISORS (see above)

SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT v. SHELLEY (see above)

VOTING RIGHTS COALITION v. WILSON (see above)

**POVERTY, HOMELESSNESS**

ACCE v. CITY OF LOS ANGELES (Los Angeles County Superior Court)
        Litigation seeking to end illegal practice of requiring Letters of Acknowledgment from individual council members that blocked supportive and affordable housing projects for homeless communities.
(With Rosen Bien Galvan & Galvan LLP, Public Interest Law Project)

PEOPLE v. DUEÑAS (Los Angeles County Superior Court)
Appeal on behalf of indigent defendant; assessment of mandatory court
fees without consideration of defendant's ability to pay held unconstitutional.
POWERS v. COUNTY OF LOS ANGELES (U.S. District Court)
Challenging County's practice of releasing mentally disabled homeless
inmates without access to necessary services and medications.
(With Munger, Tolles & Olson)

VALENTINI v. SHINSEKI (U.S. District Court)
Challenging VA's denial of meaningful access to mental health, medical,
and housing benefits for homeless veterans with serious disabilities and VA's
misuse of West Los Angeles campus. Settlement resulted in master plan for West
Los Angeles VA campus to serve veterans.
(With ACLU of Southern California, Munger, Tolles & Olson, Arnold & Porter,
Gary Blasi, Laurence Tribe, Inner City Law Center)

JONES v. CITY OF LOS ANGELES (see above)

CHLUBNA v. CITY OF SANTA MONICA (U.S. District Court)
Eighth and Fourteenth Amendment and ADA challenge to criminalizing
homelessness resulting in settlement proscribing enforcement.
(With Munger, Tolles & Olson)

SIPRELLE v. CITY OF LAGUNA BEACH (U.S. District Court)
Eighth and Fourteenth Amendment and ADA challenge to criminalizing
homelessness resulting in settlement proscribing enforcement.
(With Irell & Manella)

RYDEN v. CITY OF SANTA BARBARA (U.S. District Court)
Eighth and Fourteenth Amendment and ADA challenge to criminalizing
homelessness resulting in settlement proscribing enforcement.
(With Munger, Tolles & Olson)

CITY OF LOS ANGELES v. COUNTY OF LOS ANGELES (Los Angeles
County Superior Court)
Right to shelter and rights of homeless persons with mental disabilities.
(With City Attorney, LAFLA, Western Center on Law and Poverty)

BANNISTER v. BOARD OF SUPERVISORS (Los Angeles County Superior
Court)
Elimination of blanket 60-day penalty for violation of welfare regulations.
(With LAFLA, Western Center on Law and Poverty)

BLAIR v. BOARD OF SUPERVISORS (Los Angeles County Superior Court)
Inadequacy of welfare grant levels upheld.
(With LAFLA, Western Center on Law and Poverty)

DELONEY v. MADIGAN (U.S. District Court)

Victims of civil disorders in Los Angeles received emergency food stamp assistance.
(With LAFLA, Western Center on Law & Poverty)

EISENHEIM v. BOARD OF SUPERVISORS (Los Angeles County Superior Court)
Right of same-day emergency shelter assistance for homeless persons.
(With LAFLA, Western Center on Law and Poverty, Skid Row Law Office)

ETTER v. BOARD OF SUPERVISORS (Los Angeles County Superior Court)
Right of indigent residents to health services commensurate with ability to pay.
(With Western Center on Law and Poverty, LAFLA)

MENDLY v. COUNTY OF LOS ANGELES (Los Angeles County Superior Court and Court of Appeal)
Rights of indigent individuals to subsistence assistance.
(With LAFLA, Western Center on Law and Poverty)

PARIS v. BOARD OF SUPERVISORS (Los Angeles County Superior Court)
Concerning conditions of voucher hotels utilized to shelter homeless persons.
(With LAFLA, Inner City Law Center)

RENSCH v. BOARD OF SUPERVISORS (Los Angeles County Superior Court)
Rights of shelter and benefits for homeless persons with mental disabilities.
(With LAFLA, Center for Law & Public Interest)

ROSS v. BOARD OF SUPERVISORS (Los Angeles County Superior Court)
Adequacy of shelter system for homeless persons.
(With LAFLA, Inner City Law Center)

**GENDER AND SEXUAL ORIENTATION**

BRAR v. HERITAGE OAK (Orange County Superior Court)
Challenging private school's discrimination against seven-year-old transgender child.
(With Covington Burling)

STIEHM v. ABBOTT LABORATORIES (U.S. District Court)
AIDS study regarding vaccine to prevent transmission of virus between pregnant women and fetuses permitted to go forward.
(With Morrison & Foerster, Dennis Perluss)

**EMPLOYMENT RIGHTS**

BABBITT v. UNITED FARM WORKERS (Amicus, U.S. Supreme Court)
Right of Arizona farm workers to organize.

DONOVAN v. DEWEY (Amicus, U.S. Supreme Court)
    Warrantless searches for worker health and safety.
HENNING v. STATE OF CALIFORNIA (Los Angeles County Superior Court, Court of Appeal, and California Supreme Court)
    Minimum wage for workers raised beyond federal limits in accordance with State law.
(With LAFLA, Western Center on Law and Poverty)

IN RE J.P. STEVENS (Los Angeles Department of Public Works)
    Cease Los Angeles's use of J.P. Stevens products due to employer's discriminatory practices.

INTERNATIONAL BROTHERHOOD OF TEAMSTERS (IBT) v. UNITED FARM WORKERS (UFW) (Los Angeles County Superior Court)
    Right of UFW to prosecute statewide litigation against IBT.
(With Jerry Cohen, UFW)

RUIZ v. HOTEL & RESTAURANT WORKER'S UNION (Los Angeles County Superior Court)
    Right of lawfully resident noncitizen to be elected to union office.
(With Dennis Perluss)

SERVICE EMPLOYEES INTERNATIONAL UNION (SEIU) v. COUNTY OF LOS ANGELES (Los Angeles County Superior Court)
    Equitable pay for women and minority workers in County.
(With SEIU)

UNITED MINE WORKERS v. CARTER (Amicus, U.S. District Court)
    Lifting of Taft-Hartley Act.
(With National ACLU)

**FIRST AMENDMENT AND FREEDOM OF INFORMATION ACT**

ISLAMIC SHURA COUNCIL v. FBI (U.S. District Court)
    FOIA suit to compel government to release information about FBI's surveillance of several Muslim community leaders and organizers. In landmark ruling, Court imposed monetary sanctions against government for submission of false information.
(With ACLU of Southern California, Tasneem Dohadwala, Jeremy Ross)

FONDA v. GRAY (see above)

IN RE BARAKAT (U.S. District Court and Immigration Court)
    First Amendment defense of Palestinians in deportation proceedings charged with unlawful advocacy under McCarran-Walter Act.
(With David Cole, Dan Stormer, Marc Van der Hout)

IN RE D'ANTONIO
        Grand jury investigation of filmmakers producing documentary about Weather Underground.
(With Charles Nesson, Michael Kennedy, Leonard Boudin)

KILROY INDUSTRIES v. MORRIS (Los Angeles County Superior Court)
        First Amendment right to peacefully demonstrate on Rockwell complex.

RICHARD v. CITY OF PASADENA (U.S. District Court)
        Constitutionality of City Courtesy Code regarding councilmembers.
(With Hadsell Stormer)

ROSTOW v. DAVIS (Los Angeles County Superior Court)
        First Amendment action against prior restraint of film "Hearts and Minds."
(With Leonard Weinglass, Peter Young)

WIENER v. FBI (see above)

**GRAND JURY**

IN RE SUSAN McDOUGAL (U.S. District Court)
        Punitive incarceration of civil contemnor held illegal.

**HEALTH CARE, ENVIRONMENTAL HEALTH**

HARRIS v. BOARD OF SUPERVISORS (see above)

COMMUNITY HEALTH ALLIANCE v. BOARD OF SUPERVISORS (Los Angeles County Superior Court)
        Health services for indigent noncitizens.
(With LAFLA, Western Center on Law and Poverty, MALDEF)

MATTHEWS v. COYE (U.S. District Court)
        Right of indigent children to receive blood lead tests to detect lead poisoning.
(With Natural Resources Defense Council, Legal Defense Fund, National Health Law Program)

SMITH v. JOSEPH (U.S. District Court)
        Mental health services for indigent children.
(With National Health Law Program, Protection and Advocacy, Mental Health Advocacy Services)

**FOSTER CARE**

KATIE A. v. COUNTY OF LOS ANGELES (U.S. District Court)
        Conditions of foster care and McLaren Hall corrected as result of

13

settlement and creation of expert panel.
(With Western Center on Law and Poverty, Protection and Advocacy)

KEVIN S. v. JACOBSON (U.S. District Court)
    Lawsuit on behalf of 13 foster children and by nonprofit organizations
Disability Rights New Mexico and Native American Disability Law Center
against New Mexico agencies for failure to provide stability and support to
children in State custody.
(With Munger Tolles & Olson, Disability Rights New Mexico, Freedman Boyd
Hollander Goldberg Urias & Ward, Mills Legal Clinic, Martinez Hart Thompson
& Sanchez, P.C., Sara Crecca, Kelly Waterfall)

**NATIONAL SECURITY**

KAR v. BUSH and AL-KABY v. BUSH (U.S. District Court)
    Habeas corpus petitions on behalf of U.S. citizen and lawful permanent
resident to gain liberty from indefinite detention in U.S. prison in Baghdad.

**LAW ENFORCEMENT PRACTICES**

UNITED STATES v. COUNTY OF LOS ANGELES (U.S. District Court)
    Intervention on behalf of former prisoners with mental disabilities,
resulting in settlement requiring Los Angeles County to provide additional mental
health supports as part of its jail discharge procedures.
(With Public Counsel, Munger, Tolles & Olson)

DOUGLAS v. COOLEY (Los Angeles County Superior Court)
    Sought to stop unlawful policies that systematically suppressed
exculpatory evidence in criminal trials, resulting in implementation of new deputy
database system.
(With Charles Ogletree, Michael J. Brennan, Bird Marella Boxer Wolpert Nessim,
Drooks & Lincenberg)

UNITED STATES v. CITY OF LOS ANGELES (see above)

ALLIANCE FOR SURVIVAL v. WESTERN GOALS (Los Angeles County
Superior Court)
    Los Angeles Police Department dissemination of police files to private
organization enjoined.

CAPA v. POLICE COMMISSION (Los Angeles County Superior Court)
    Los Angeles Police Department surveillance of peaceful organizations
enjoined and damages paid.
(With Paul Hoffman, Joe Lawrence, Bob Newman)

MORROW v. POLICE PROTECTIVE LEAGUE (Los Angeles County Superior
Court)
    Injunction against police libel suits in retaliation for citizen complaints.

14

SOTERO v. COUNTY OF RIVERSIDE (U.S. District Court)
Sheriffs' brutality after high-speed chase against undocumented immigrants.
(With Sam Paz, Dan Stormer, Antonio Rodriguez, Jorge Gonzales)

**MILITARY**

UNITED STATES v. JONES
Court-martial defense of black Marine charged with assault upon Ku Klux Klan at Camp Pendleton.
(With NAACP, Joe Duff)

**RIGHTS OF CRIMINAL DEFENDANTS AND JUVENILE DETAINEES/PRISON AND JUVENILE DETENTION CENTERS**

RUTHERFORD v. BACA (U.S. District Court)
Conditions at Los Angeles County Men's Jail, including floor sleeping, housing, health care.

CASEY A. v. COUNTY OF LOS ANGELES (U.S. District Court)
Right of juvenile detainees to education and rehabilitative services settled to revamp programs and facilities according to expert panel.
(With Public Counsel, Disability Rights Legal Center)

CALIFORNIA ATTORNEYS FOR CRIMINAL JUSTICE V. BUTTS (see above)

IN RE GERONIMO PRATT (Los Angeles County Superior Court and Court of Appeal)
Habeas petition on behalf of imprisoned former Black Panther regarding intentional suppression of exculpatory evidence regarding identity and activities of informant, resulting in release after 27 years of incarceration.
(With Stuart Hanlon, Johnnie Cochran, Robert Garcia)

**SWEATSHOP**

BUREERONG v. UVAWAS (U.S. District Court)
Rights of Thai clothing workers against retailers and manufacturers to adequate labor conditions, wage and hour requirements; settlement resulting in payment to workers.
(With Asian Pacific Legal Center, Rothner, Segall, Bahan & Greenstone)

**RELIGIOUS PRACTICES**

DAVIES V. COUNTY OF LOS ANGELES (U.S. District Court)
Federal lawsuit challenging decision of Los Angeles County Board of Supervisors to restore cross to county seal, violating Establishment Clause.

(With ACLU of Southern California, Caldwell Leslie & Proctor)


<u>BOUDLAL v. DISNEY</u> (U.S. District Court)
       Lawsuit against Walt Disney Corporation for harassment and religious discrimination for refusal to allow employee to wear hijab.
(With ACLU of Southern California, Hadsell Stormer)


<u>KHATIB v. COUNTY OF ORANGE</u> (see above)

**WOMEN'S RIGHTS**

<u>BACA v. CITY OF LOS ANGELES</u> (U.S. District Court)
       Right of girls to equal opportunities and facilities with respect to municipal sports programs.
(With California Women's Law Center, Kaye Scholer)


<u>IN RE LOWE</u> (U.S. Parole Board)
       Parole for American Indian woman granted executive clemency.


<u>IN RE STEPHEN K.</u> (Los Angeles County Superior Court and related appellate proceedings)
       Fetus not human being for purposes of dependency court proceedings.


<u>UNITED STATES v. MAZURE</u>
       Court-martial defense of female Lieutenant prosecuted for alleged fraternization.


<u>PAGE v. PARISOTTO</u> (Los Angeles Superior Court)
       Systemic gender discrimination in California worker's compensation regime.
(With Equal Rights Advocates, Caldwell Leslie & Proctor, PC)

**OTHER CIVIL RIGHTS**

<u>HOUSING WORKS V. COUNTY OF LOS ANGELES</u> (U.S. District Court)
       Unlawful discrimination against persons with mental or developmental disabilities.
(With Public Counsel, Morrison & Foerster, LAFLA, Western Center on Law and Poverty, Disability Rights Legal Center)


<u>KLINE v. EL SALVADOR</u> (U.S. District Court)
       Suit for family of American civilian murdered in El Salvador.


<u>KOEHLER v. COUNTY OF LOS ANGELES</u> (Los Angeles County Superior Court)
       Right of ex-felon to serve on jury.

**Law Clerk (as student)**

UNITED STATES v. BERRIGAN
    (Clerk to Leonard Boudin, Ramsey Clark)

UNITED STATES v. RUSSO & ELLSBERG (Pentagon Papers trial)
    (Clerk to Leonard Boudin, Leonard Weinglass, Charles Nesson)

## II. ACADEMICS

Visiting Professor, University of California, Irvine School of Law, Constitutional Analysis II, Public Interest Litigation (2014-present)

Harvey J. Gunderson Professor from Practice, University of Michigan, Civil Rights Litigation, Education Litigation and Fourteenth Amendment (1993-2014)

Professor of Constitutional Law ("Equality and Liberty," "First Amendment," "Migrants' Rights").  Peking University of Transnational Law, Shenzhen, China (2010-present)

Adjunct Professor, University of California at Los Angeles, Civil Rights Litigation and Fourteenth Amendment (2001-2004)

Invited Instructor, Harvard Law School, Advocacy Program (1990 & 1993)

Adjunct Professor, Loyola Law School, Constitutional Law, Political and Civil Rights, Legal Research, Writing and Advocacy, Appellate Advocacy (1989-1992)

Adjunct Professor, University of Southern California Law Center, Civil Rights Litigation (1992-1995)

Volunteer Professor at inner city law school, Constitutional Law, Legal Research and Writing (1985-1986)

## III. AWARDS (partial)

California Lawyer Magazine, Lawyer of the Year in Civil Rights, 2010, 2005, 2015, 2017

Los Angeles Daily Journal 1998 – 2007, 2009-2011, 2014-2017 "100 Most Influential Attorneys in California"

Los Angeles Magazine "Super Lawyers" of 2003, 2004, 2005, 2006, 2016, 2017

Lawdragon 2005, 500 (one of top 500 lawyers in nation)

National Center for Institutional Diversity inaugural "Exemplary Diversity Engagement

and Scholarship Award" (2009)

Citizen Activist Award

Los Angeles Weekly 1998 "The City's Most Effective Activists"

Los Angeles Weekly 1997 "Faces of LA"

Clarence Darrow Award (January, 1993)

NAACP H. Claude Hudson Award
Sholem Social Justice Award

"Individual Award":  Public Counsel, the Public Interest Law Office of the Los Angeles
County and Beverly Hills Bar Associations

Western Center on Law and Poverty Achievement Award

"Cruz Reynoso Award," Los Angeles County Mexican American Bar Association

La Raza Legal Alliance Community Service Award

Langston Hughes Award, Community Relations Conference

Pediatric AIDS 1994 "Hero" Award

Skip Glenn Courageous Advocate Award, California Attorneys for Criminal Justice

LAUSD Certificate of Recognition

ACLU Lifetime Achievement Award

Who's Who in American Law (selected for Lifetime Achievement Award)

Who's Who in California

Executive Board, Central American Refugee Center

## IV.  OTHER

**Governor's Academic Excellence Advisory Committee**

**Participation and Testimony Re Judicial Committees**

Attorney representative, Committee on Long Range Planning of the Judicial
Conference of the United States

Invited testimony to California Judicial Council re Voting Rights Act and Trial

Court Unification

**Skills Seminars, Invited Presentations (partial)**

American Constitutional Society Featured Speaker, 2005

Keynote Speaker, 1998 NLADA Lawyers Conference (Berkeley, CA)

Legal Aid Foundation Featured Speaker, 2003-2005

Panelist, 1998 AFL-CIO Union Lawyers Conference

Speaker, Clinical Legal Education Conference (Harvard)

Presenter, Section 1983 Civil Rights Litigation (Sponsored by Georgetown University Law Center)

Panelist, Martin Luther King Day, University of Michigan Law School (1993)

Invited Panelist, Affirmative Action (Sponsored by Hispanic Bar Association)

Constitutional Law. (Sponsored by California Public Defenders Association)

Depositions. (Sponsored by Legal Aid for counsel within its offices)

Direct and Cross-Examination, Opening and Closing Statements. (Sponsored by Western Center for Law and Poverty for Legal Services counsel throughout California)

Immigration Law. (Sponsored by American Immigration Lawyers Association)

Prosecutorial Misconduct. (Sponsored by California Attorneys for Criminal Justice)

**Publications**

"Healing the Blind Goddess:  Race and Criminal Justice," 98 <u>U. Mich. L. Rev.</u> 1941 (2000) (with Daniel Tokaji)

"The Inviolability of Privacy Belonging to a Citizen's Political Loyalties," 3 <u>Hastings Const. Law Q.</u> 99 (1976)

"Interdistrict Relief for Segregated Schooling in California: The Constitution Crosses the District Line," 7 <u>San Fern. Valley Law Rev.</u> 117 (1979) (with Mary Ellen Gale)

**Testimony**

Subcommittee on Immigration, Citizenship, Refugees, Border Security, and International Law of the House Judiciary Committee, "Immigration & Customs Interrogation, Detention and Removal" (2008) (With James J. Brosnahan)

House of Representatives Subcommittees on Human Rights and Inter-American Affairs, "Human Rights Violations in El Salvador, 1983 and 1984"

United States Commission on Civil Rights, "INS Practices"