Amy P. Lally (SBN 198555)
alally@sidley.com
Ellyce R. Cooper (SBN 204453)
ecooper@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595 9500
Facsimile: +1 310 595 9501

Mark Rosenbaum (SBN 59940)
mrosenbaum@publiccounsel.org
Amanda Savage (SBN 325996)
asavage@publiccounsel.org
PUBLIC COUNSEL
610 S. Ardmore Avenue
Los Angeles, CA 90005
Telephone: +1 213 385-2977
Facsimile: +1 213 385-9089

Attorneys for Plaintiffs
*Additional Counsel on next page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. J.P., et al., <br><br> Plaintiffs, <br><br> v. <br><br> Merrick B. Garland, <br><br> U.S. Attorney General, et al., <br><br> Defendants. | Case No. 2:18-cv-6081-JAK-SK <br><br> **DECLARATION OF TALIA INLENDER IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** <br><br> Date: March 25, 2024 <br> Time: 8:30 a.m. <br> Ctrm: 10B <br> Location: First Street Courthouse <br> 350 W. First Street <br> Los Angeles, CA 90012 <br> Judge: Hon. John A. Kronstadt |

Carter G. Phillips*
cphillips@sidley.com
Jennifer J. Clark*
jennifer.clark@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736 8000
Facsimile: +1 202 736 8711

Timothy G. Payne*
tpayne@sidley.com
SIDLEY AUSTIN LLP
Daniel C. Craig *
dcraig@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: +1 312 853 7000
Facsimile: +1 312 853 7036

Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

*Admitted pro hac vice
** Institution listed for identification purposes only

Mark E. Haddad (SBN 205945)
markhadd@usc.edu Part-time Lecturer in Law
USC Gould School of Law**
University of Southern California
699 Exposition Boulevard
Los Angeles, CA 90089
Telephone: +1 213 675-5957

Luis Cortes Romero (SBN 310852)
lcortes@ia-lc.com
Alma L. David (SBN 257676)
adavid@ia-lc.com
Immigrant Advocacy &
Litigation Center, PLLC
19309 68th Avenue South, Suite R-102
Kent, WA 98032
Telephone: +1 253 872-4730
Facsimile: +1 253 237-1591

DECLARATION OF TALIA INLENDER IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

I, Talia Inlender, declare as follows:

1.  I execute this declaration based upon my personal knowledge. If called as a witness in this proceeding, I could and would competently testify with respect to the facts set forth herein. I execute this declaration in support of plaintiffs' motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA") calculated at prevailing market rates. I believe that counsel with specialized expertise unavailable at the inflation-adjusted EAJA rate was essential to the plaintiffs' successful prosecution in *Ms. J.P. et al. v. Garland, et al*.

2.  I serve as the Deputy Director of the Center for Immigration Law and Policy ("CILP"), at UCLA School of Law, which is a hub for immigration legal scholarship and advocacy. In my role on the inaugural senior leadership team, I help develop CILP's strategic vision for advocacy and litigation and play a key role in overseeing research, advocacy, and litigation related to immigrants' rights. I also teach the Immigrants' Rights Policy Clinic.

3.  Prior to my role as Deputy Director at CILP, I served as a Supervising Senior Staff Attorney in Public Counsel's Immigrants' Rights Project which provides legal services for low-income immigrants. Public Counsel is a non-profit, public interest law office dedicated to recruiting California lawyers to represent indigent clients *pro bono* and is the largest public interest law firm in the country. Attached hereto as Exhibit A, is a copy of my curriculum vitae.

4.  I have successfully litigated a number of immigrants' civil rights cases over the course of my career. *See e.g.*, *Franco-Gonzalez v. Holder*, No. 10-2211 (C.D. Cal. Mar 26, 2010) (establishing a right to government-appointed counsel for detained immigrants with severe mental disabilities in California, Arizona, and Washington); *F.L.B. (formerly J. E. F.M.) v. Sessions* No. 15-35738 (9th Cir. Sep 17, 2015) (seeking to vindicate the right to appointed counsel for children in immigration proceedings); *C.J.L.G. v. Barr*, No. 16-73801 (9th Cir. Dec 1, 2016) (same); *International Refugee Assistance Project v. Kelly,* No. 17-01761 (C.D. Cal. Mar 4,

2017) (challenging the detention of an Afghan family following the Trump Administration's Muslim Ban; awarded enhanced fees for distinctive knowledge and specialized skill under the Equal Justice Act); and *Bravo-Castillo v. Barr*, No. 20:00605 (C.D. Cal. Mar 25, 2020) (challenging the detention of community members arrested in ICE raid during the COVID-19 public health emergency).

5. During the present litigation, I served as co-counsel and assisted in the development and framing of our legal theories of the case. I also visited and met with potential class members at detention facilities, which required considerable specialized knowledge of the methods and procedures utilized by immigration agents to process families seeking asylum. I was also involved in the drafting and editing of our complaint and settlement negotiations, which required specialized knowledge of the nuances of the intersection between immigration law and constitutional law.

6. I keep time contemporaneously with my tasks on this matter. The records of my time were entered into Public Counsel's database. In total, I spent 28.05 hours preparing for, drafting, and editing the complaint. I spent 5.45 hours preparing for and participating in settlement negotiations. I spent a total of <u>33.5 hours</u> on this matter. I do not believe qualified counsel of my level of skill and expertise could have been found to prosecute plaintiffs' claims for less than <u>$795 per hour</u>.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of February 2024, in Los Angeles, California.


Talia Inlender

2
DECLARATION OF TALIA INLENDER IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS