# Exhibit A

# to the Declaration of Talia Inlender

# TALIA RACHEL INLENDER
inlender@law.ucla.edu

## EDUCATION

**Yale Law School**, New Haven, CT, J.D., June 2007
*Journals:*            *Yale Law Journal*, Editor
                       *Yale Journal of International Law*, Executive Editor
*Teaching Experience*: Coker Teaching Fellow (Constitutional Law, Prof. Paul Kahn, Fall 2006)
*Research*:            Research Assistant to Prof. Judith Resnik (Spring 2006 – Spring 2007)
*Clinical Experience*: Director and Law Student Intern, Immigration Legal Services Clinic (Spring 2005– Spring 2007)

**Wesleyan University**, Middletown, CT, B.A., May 2001
*Major*:        Science in Society Program; Concentrations: Women's Studies and Biology
*Honors*:       Phi Beta Kappa; High Honors; Limbach Prize for Community Service
*Study Abroad*: Pitzer College in Nepal (Fall 1999)

## CLERKSHIP AND BAR ADMISSIONS

**Hon. Stephen R. Reinhardt, United States Court of Appeals, Ninth Circuit**, Los Angeles, CA
*Judicial Clerk*, Summer 2007 – Summer 2008

**Bar Admissions**
*Supreme Court of California*, 2007
*Central District of California*, 2008
*U.S. Court of Appeals for the Ninth Circuit*, 2008
*Supreme Court of the United States*, 2012
*U.S. Court of Appeals for the Fifth Circuit*, 2022

## LEGAL EXPERIENCE

**Center for Immigration Law and Policy, UCLA School of Law**, Los Angeles, CA, Fall 2021 - present
*Deputy Director*
Appointed to inaugural senior leadership team of Center charged with generating innovative ideas at the intersection of immigration scholarship and practice; serving as a hub for transforming those ideas into meaningful changes in immigration policy at the local, state, and national levels; and empowering students with unique opportunities for experiential learning. Develop strategic vision for advocacy and litigation in Center's priority areas. Play lead role in research, advocacy, and litigation projects. Teach Immigrants' Rights Policy Clinic. Mentor law students interested in careers in immigration law and policy. Direct daily Center operations and supervise Center team, including attorneys and support staff. Participate in fundraising and long-term planning for Center sustainability.

**Public Counsel**, Los Angeles, CA, Fall 2008 - Fall 2021
*Supervising Senior Staff Attorney*, *Immigrants' Rights Project*
Launched and directed agency work providing legal services to detained immigrants and deported veterans, and advocating for expanded access to counsel for immigrants. Supervised team of attorneys and support staff. Provided legal consultations and full representation to detained asylum seekers, survivors of crime and human trafficking, and lawful permanent residents before the Executive Office for Immigration

1

Review, the Department of Homeland Security, and the federal courts. Trained and provided technical assistance to pro bono attorneys at major law firms and other non-profit agencies to represent detained immigrants in removal proceedings.

Engaged in impact litigation to vindicate immigrants' rights. Selected cases include: Co-counsel in *Franco-Gonzalez v. Holder*, the nation's first class action lawsuit establishing a right to government-appointed counsel for detained immigrants with severe mental disabilities in California, Arizona, and Washington. Co-counsel in *F.L.B. (formerly J.E.F.M.) v. Sessions* and *C.J.L.G. v. Barr*, lawsuits seeking to vindicate the right to appointed counsel for all children in immigration proceedings. Co-counsel in *International Refugee Assistance Project v. Kelly*, a lawsuit challenging the detention of an Afghan family following the Trump Administration's Muslim Ban; awarded enhanced fees for distinctive knowledge and specialized skills under the Equal Access to Justice Act. Co-counsel in *Bravo-Castillo v. Barr*, a lawsuit challenging the detention of community members arrested in ICE raid during the COVID-19 public health emergency.

Played leadership role in advocacy for and implementation of publicly-funded removal defense representation programs at the local and state levels, including the Los Angeles Justice Fund and One California.

**American Civil Liberties Union of Southern California**, Los Angeles, CA, Summer 2006
*Law Clerk*
Researched and authored memoranda on legal issues related to prospective class action on behalf of detained immigrants. Researched and drafted memorandum examining potential federal and state claims arising from racial disparities in the California foster care system.

**Morrison & Foerster, LLP**, San Francisco, CA, Summer 2006
*Summer Associate*
Researched and wrote legal memoranda on admissibility of expert witness testimony and application of the equitable tolling doctrine. Drafted brief section supporting motion for summary adjudication.
Appeared in court on behalf of clients experiencing homelessness.

**Public Counsel**, Los Angeles, CA, Summer 2005
*Law Clerk, Immigrants' Rights Project*
Conducted screening interviews to determine eligibility for immigration relief. Worked closely with clients to prepare T-Visa, VAWA, and asylum applications. Researched and drafted motion to reopen and remand submitted to the Board of Immigration Appeals.

**Forum for Women, Law, and Development**, Kathmandu, Nepal, Summer 2005
*Law Intern*
Implemented UNIFEM-sponsored survey of organizations working on peace and conflict issues. Wrote and edited materials in support of citizenship and abortion law reform.

## TEACHING EXPERIENCE

**UCLA Immigrants' Rights Policy Clinic**, Los Angeles, CA
*Instructor*, Spring 2022 - present
Teach clinic providing law students with experiential learning opportunities in immigrant's rights policy projects. Develop course curriculum and provide course instruction twice weekly during the spring semester on immigration law and policy, advocacy strategies, and lawyering skills. Design intensive research and advocacy projects in immigration law and policy. Supervise student teams.

**UCLA Immigration Law Clinic**, Los Angeles, CA
*Clinical Supervisor*, Spring 2009 – Spring 2017
Supervised pairs of law students in representation of asylum seekers. Met weekly with students to develop case plans and legal strategies. Provided extensive feedback on case preparation and written work, including declarations and legal briefs.

**Yale Law School**, New Haven, CT
*Coker Teaching Fellow, Constitutional Law*, Prof. Paul Kahn, Fall 2006
One of two selected teaching assistants in first-year constitutional law course. Developed legal research and writing assignments. Reviewed and critiqued students' written work. Led group and individual sessions on legal research and writing. Served as student mentor.

*Guest Lectures*

**University of Warsaw**, Warsaw, Poland
*Refugee Legal Clinic,* Prof. Malgorzata Dziewanowska, Oct. 11, 2022
Lectured on representation of asylum seekers and approaches to clinical legal education.

**UCLA School of Law**, Los Angeles, CA
*Immigrant Family Legal Clinic*, Prof. Nina Rabin, Sept. 16, 2022
Lectured on expedited court hearings for families seeking asylum.

**Columbia Law School**, New York, NY
*Refugee, Migration, and Citizenship Law*, Prof. Seyla Benhabib, Nov. 8, 2021
Lectured on adjudicating gender-based asylum claims for law school seminar.

**University of Southern California**, Los Angeles, CA
*Law and Social Policy*, Prof. Nicholas Merkin, Mar. 26, 2019
Lectured on current developments in asylum law for undergraduate course.

**University of Southern California**, Los Angeles, CA
*Mental Health Law*, Prof. James Preis, Mar. 26, 2015, Mar. 28, 2013, Apr. 12, 2012
Lectured on class action lawsuit on behalf of immigrants with mental disabilities for undergraduate seminar course.

**Loyola Marymount University**, Los Angeles, CA
*Sociology of Immigration*, Prof. Thomas Soehl, Oct. 1, 2013
Taught overview of immigration law in detention context for undergraduate seminar course.

**California State University at Long Beach**, Long Beach, CA
*Migration and Modernity*, Prof. Julie Weise, April 17, 2013; Nov. 8, 2010
Taught overview of immigration law in detention context for undergraduate seminar course.

**Loyola Law School**, Los Angeles, CA
*Immigrant Justice Practicum: Lawyering Skills*, Prof. Karen Tumlin, Nov. 3, 2010
Lectured on class action lawsuit on behalf of immigrants with mental disabilities for law seminar students.

**OTHER WORK EXPERIENCE**

**UCSF Center for Reproductive Health Research and Policy**, Sacramento, CA
*Program Analyst*, 2002 – 2004
Coordinated public health research initiative. Developed and authored successful grant applications.

**Mexican Institute for the Study of Family and Population**, Mexico City, Mexico
*Assistant Coordinator of International Development*, 2001 – 2002
Developed and authored successful grant applications, including to the National Institutes of Health, for women and children's health and education.

**AWARDS, RECOGNITIONS, AND FELLOWSHIPS**

**Visiting Fellow**, Centre of Migration Research, University of Warsaw, 2022
Served as six-week visiting scholar exploring refugee and migration issues in Poland and Europe.

**TRAC Fellow**, TRAC Fellows Program, Syracuse University, 2022
Appointed fellow to conduct empirical research on expedited immigration court proceedings in Los Angeles for families seeking asylum.

**Karen Paull Colleague of the Year Award**, Public Counsel, 2017
Awarded for extraordinary commitment, leadership, and professional excellence.

**Convocation Address**, UC Irvine School of Law, 2017
Invited to give convocation address to incoming law school class.

**State of the City Address**, Mayor of Los Angeles, 2017
Recognized for leadership role at LAX airport in response to Muslim ban.

**Community Partner Award**, Western State College of Law Immigration Clinic, 2016
Recognized for outstanding advocacy on behalf of immigrant communities.

**Jack Wasserman Memorial Award**, American Immigration Lawyers Association, 2014
Awarded as part of *Franco-Gonzalez* litigation team for excellence in litigation in the field of immigration law.

**Equal Justice Works Fellowship**, 2008-2010
Awarded two-year fellowship to launch program at Public Counsel expanding access to legal services for detained immigrants in Los Angeles area.

**PUBLICATIONS & REPORTS**

Immigrants' Rights Policy Clinic, Submission to Inter-American Commission on Human Rights, *Migration, Race, and Criminalization: Federal Entry and Reentry Laws in the United States* (September 2023).

Essay, *A New Border Wall Draws from an Old American Playbook*, Zocalo, Feb. 6, 2023.

Immigrants' Rights Policy Clinic, White Paper, *The Biden Administration's Dedicated Docket: Inside Los*

4

*Angeles' Accelerated Court Hearings for Families Seeking Asylum* (May 2022).

Essay, *How Airports Became the Battleground for Deciding Who Belongs in America*, ZOCALO, Aug. 8, 2017.

Korngold, Ochoa, Inlender, McNiel, and Binder, *Mental Health and Immigrant Detainees in the United States: Competency and Self-Representation*, 43 J. AM. ACAD. PSYCHIATRY & LAW 277 (2015).

Op-Ed, *Immigration detainees: Lost in America*, LOS ANGELES TIMES, July 12, 2011.

Status Quo or Sixth Ground?: Adjudicating Gender Asylum Claims, *in* MIGRATIONS AND MOBILITIES: GENDER, CITIZENSHIP, AND BORDERS (Seyla Benhabib & Judith Resnik eds., New York University Press, 2009).

Note, *The Imperfect Legacy of* Gomez v. I.N.S.*: Using Social Perceptions to Adjudicate Social Group Claims*, 20 GEO. IMMIGR. L. J. 681 (Summer 2006).

## SELECTED PRESENTATIONS

*The Rise of Temporary Protection in the Shadow of the Refugee Convention: A View from the United States*, Panelist, International Migration Research Network (IMISCOE) Conference, Warsaw, anticipated July 3-5, 2023.

*Access to Counsel for Asylum Seekers: Perspectives from the United States and Poland*, Panelist, Centre of Migration Research, University of Warsaw, Oct. 25, 2022.

*Elevating Awareness for Volunteering*, Panelist, Nossaman LLP, Zoom, Aug. 30, 2022.

*New Power Project Summer Seminar Series*, Panelist, Center for the Advancement of Racial Equity (CARE) at Work Initiative, UCLA's Institute for Research on Labor and Employment, Zoom, July 27, 2022.

*"Like trying death-penalty cases in a traffic court without a lawyer": Dedicated Asylum Dockets with Talia Inlender*, Featured Speaker, Rational Middle Podcast, July 13, 2022.

*The History and Current State of Immigration Detention Centers and Bonds*, Panelist, Orange County Justice Fund, Zoom, Sept. 29, 2021.

*Motions to Reopen and Return of Deported Clients*, MCLE Panelist, National Immigration Project of the National Lawyers Guild, 2020 NLG Convention, Zoom, Sept. 24, 2020.

*Rights Night: A night exploring immigration policy*, Panelist, ALOUD Library Foundation of Los Angeles, Los Angeles, CA, Feb. 15, 2020.

*Asylum Under Threat*, Panelist, Pasadena Jewish Center, Pasadena, CA, Nov. 10, 2019.

*Clinical Trial Skills Training: Expert Witness Examination and Closing Statements*, Co-Facilitator, Los Angeles, CA, August 20, 2019.

*Clinical Trial Skills Training: Case Theory and Direct Examination*, Co-Facilitator, Los Angeles, CA, June

6, 2019.

*Immigration Law for Public Defenders*, Panelist, LA County Public Defender's Office, Los Angeles, CA, Apr. 1, 2019.

*Cutting-Edge Advocacy, Vamos! Immigrants Charting a Path Forward*, Panelist, MacArthur Foundation, Los Angeles, CA, Sept. 5, 2017.

*LGBT Issues in Immigration Law*, MCLE Panelist, The LGBT Center OC, Santa Ana, CA, Mar. 14, 2017.

*Immigration Law in Practice: Courtroom/Adjudicative Interview Tips & Avoiding Burnout*, MCLE Panelist, American Immigration Lawyers' Association Southern California, Costa Mesa, CA, Feb. 2, 2017.

*Representing a Mentally Ill Client Facing Removal Proceedings*, Invited Speaker, American Immigration Lawyers' Association Podcast, Oct. 7, 2015.

*Detainment, Detention and Imprisonment: State Authority over Marginalized LGBTQ Communities*, Panelist, Harvard Law School, Cambridge, MA, Sept. 25, 2015.

*Detained, Undocumented and Underserved: Providing Services to Adults and Children in Immigration Detention*, Panelist, National Sexual Assault Conference, Los Angeles, CA, Sept. 2, 2015.

*The Ethics of Pro Se Competency in Immigration Proceedings*, Panelist, American Academy of Psychiatry and the Law Conference, Chicago, IL, Oct. 23, 2014.

*Closing the Justice Gap? "Civil* Gideon*" and the Right to Counsel – Perspectives from Public Counsel*, Invited Speaker, UCLA School of Law, Los Angeles, CA, Sept. 29, 2014.

*Representing Individuals with Serious Mental Health Conditions in Removal Proceedings*, Invited Speaker, Los Angeles County Bar Association (LACBA) Lunch with the Experts, Los Angeles, CA, Feb. 26, 2014.

## COMMITTEE AND ORGANIZATIONAL SERVICE

Affiliated Faculty, UCLA's Public Interest Law Program, 2022 – present

Community Advisory Board Member, Lives of LGBTQ Immigrants: A Study of California Adults, UCLA's Williams Institute, 2022 – present

Advisory Table, New Power Project, Center for the Advancement of Racial Equity (CARE) at Work Initiative, UCLA's Institute for Research on Labor and Employment, 2022 – present

**LANGUAGES:** Fluent in spoken Spanish and Hebrew. Conversant in Nepali.