|     |                                      |                                      |
| --- | ------------------------------------ | ------------------------------------ |
| 1   |                                      |                                      |
| 2   |                                      |                                      |
| 3   |                                      |                                      |
| 4   |                                      |                                      |
| 5   |                                      |                                      |
| 6   |                                      |                                      |
| 7   |                                      |                                      |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | Ms. J.P., et al., | Case No. 2:18-cv-6081-JAK-SK |
| 12 |     Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS** |
| 13 |     v. | |
| 14 | Merrick B. Garland, | |
| 15 | U.S. Attorney General, et al.,, | |
| 16 |     Defendants. | |

The Court has reviewed and considered the Motion for Attorneys' Fees and Costs (the "Fee Motion") filed by the Plaintiffs, and all pleadings, evidence and argument related to the same. Upon due consideration, and having reviewed the entire record herein, and for good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Fee Motion is GRANTED.

2. Defendants are ORDERED to pay to the Plaintiffs the fees of $_____ and the costs of $___.

3. No later than thirty (30) days after entry of this Order, Defendants shall pay the amounts set forth above to the Plaintiffs in accordance with this Order.

IT IS SO ORDERED.

Dated:                                  By: _____
                                            Hon. John A. Kronstadt
                                            United States District Judge