BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation

MICHAEL A. CELONE
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
PO Box 868, Ben Franklin Station
Washington, D.C. 20044
fizza.batool2@usdoj.gov
Telephone: (202) 616-4863
Fax: (202) 305-7000

*Attorneys for Defendants*

Amy P. Lally (SBN 198555)
alally@sidley.com
Ellyce R. Cooper (SBN 204453)
ecooper@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595 9500
Facsimile: +1 310 595 9501

Mark Rosenbaum (SBN 59940)
mrosenbaum@publiccounsel.org
Judy London (SBN 149431)
jlondon@publiccounsel.org
Amanda Savage (SBN 325996)
asavage@publiccounsel.org
PUBLIC COUNSEL
610 S. Ardmore Avenue
Los Angeles, CA 90005
Telephone: +1 213 385-2977
Facsimile: +1 213 385-9089

Attorneys for Plaintiffs
*Additional Counsel on next page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. J.P., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Merrick B. Garland,<br><br>U.S. Attorney General, *et al.*,<br><br>　　　　Defendants. | Case No. 2:18-cv-6081-JAK-SK<br><br>**NOTICE OF RESOLUTION ON PLAINTIFFS' EAJA MOTION, ECF NO. 343**<br><br>Hearing: September 9, 2024<br>Time: To Be Set<br>Place: Courtroom 10b, First Street Courthouse, 350 W. First Street Los Angeles, CA 90012<br>Judge: Hon. John A. Kronstadt<br>Magistrate Judge:  Hon. Steven Kim |

| | |
|---|---|
| Carter G. Phillips* | Mark E. Haddad (SBN 205945) |
| cphillips@sidley.com | markhadd@usc.edu |
| Jennifer J. Clark* | Part-time Lecturer in Law |
| jennifer.clark@sidley.com | USC Gould School of Law** |
| SIDLEY AUSTIN LLP | University of Southern California |
| 1501 K Street, N.W. | 699 Exposition Boulevard |
| Washington, D.C. 20005 | Los Angeles, CA 90089 |
| Telephone: +1 202 736 8000 | Telephone: +1 213 675-5957 |
| Facsimile: +1 202 736 8711 | |
| | Luis Cortes Romero (SBN 310852) |
| Timothy Payne* | lcortes@ia-lc.com |
| tpayne@sidley.com | Alma L. David (SBN 257676) |
| Daniel C. Craig * | adavid@ia-lc.com |
| dcraig@sidley.com | Immigrant Advocacy & |
| SIDLEY AUSTIN LLP | Litigation Center, PLLC |
| One South Dearborn Street | 19309 68th Avenue South, Suite R-102 |
| Chicago, IL 60603 | Kent, WA 98032 |
| Telephone: +1 312 853 7000 | Telephone: +1 253 872-4730 |
| Facsimile: +1 312 853 7036 | Facsimile: +1 253 237-1591 |

Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Facsimile: +1 213 896-6600

*Admitted pro hac vice
** Institution listed for identification purposes only

On May 29, 2024, the Court extended the parties' briefing deadlines and hearing date while the parties pursued settlement negotiations on Plaintiffs' Motion for Award of Attorneys' Fees in the above-captioned case under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). ECF Nos. 343, 350. In addition, the Court ordered that "[i]f mediation between the parties results in a resolution of the Motion, the parties shall file a notice within five days thereafter." ECF No. 350.

Accordingly, the parties submit this notice to inform the Court that the parties have reached a settlement in principle on Plaintiffs' Motion for EAJA. The settlement is currently undergoing the necessary approval processes, and the Government anticipates that it will take approximately 4 to 6 weeks to complete.

///

///

///

///

| | | |
|---|---|---|
| 1 | Date: July 3, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | By:/s/ *Amy P. Lally (with permission)* |
| 4 | | Amy P. Lally (SBN 198555) |
| 5 | | SIDLEY AUSTIN LLP |
| 6 | | Mark Rosenbaum (SBN 59940) |
| 7 | | PUBLIC COUNSEL |
| 8 | | *Attorneys for Plaintiffs* |
| 9 | Date: July 3, 2024 | Respectfully submitted, |
| 10 | | BRIAN M. BOYNTON |
| 11 | | Principal Deputy Assistant Attorney General |
| 12 | | Civil Division |
| 13 | | WILLIAM C. PEACHEY |
| 14 | | Director |
| | | Office of Immigration Litigation |
| 15 | | WILLIAM C. SILVIS |
| 16 | | Assistant Director |
| | | Office of Immigration Litigation |
| 17 | | MICHAEL A. CELONE |
| 18 | | Senior Litigation Counsel |
| 19 | | By: /s/ *Fizza Batool* |
| 20 | | FIZZA BATOOL |
| | | Trial Attorney |
| 21 | | U.S. Department of Justice |
| 22 | | Office of Immigration Litigation |
| | | PO Box 868, Ben Franklin Station |
| 23 | | Washington, D.C. 20044 |
| 24 | | fizza.batool2@usdoj.gov |
| | | Telephone: (202) 616-4863 |
| 25 | | Fax: (202) 305-7000 |
| 26 | | |
| | | *Attorneys for Defendants* |

**SIGNATURE ATTESTATION**

Pursuant to LR 5-4.3.4(a)(2)(i), I hereby attest that the concurrence in the filing of the document has been obtained from each of the other Signatories.

/s/ *Fizza Batool*
Fizza Batool

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, Fizza Batool, am a citizen of the United States and am at least eighteen years of age. My business address is 450 Fifth Street, NW, Washington, DC 20001. I am not a party to the above-entitled action. I have caused service of the accompanying **NOTICE OF RESOLUTION ON PLAINTIFFS' EAJA MOTION, ECF NO. 343**, on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 3, 2024        /s/ *Fizza Batool*
                          Fizza Batool