BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation

MICHAEL A. CELONE
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
PO Box 868, Ben Franklin Station
Washington, D.C. 20044
fizza.batool2@usdoj.gov
Telephone: (202) 616-4863
Fax: (202) 305-7000

*Attorneys for Defendants*

Amy P. Lally (SBN 198555)
alally@sidley.com
Ellyce R. Cooper (SBN 204453)
ecooper@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595 9500
Facsimile: +1 310 595 9501

Mark Rosenbaum (SBN 59940)
mrosenbaum@publiccounsel.org
Judy London (SBN 149431)
jlondon@publiccounsel.org
Amanda Savage (SBN 325996)
asavage@publiccounsel.org
PUBLIC COUNSEL
610 S. Ardmore Avenue
Los Angeles, CA 90005
Telephone: +1 213 385-2977
Facsimile: +1 213 385-9089

Attorneys for Plaintiffs
*Additional Counsel on next page*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. J.P., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Merrick B. Garland,<br><br>U.S. Attorney General, *et al.*,<br><br>　　　　Defendants. | Case No. 2:18-cv-6081-JAK-SK<br><br>**JOINT STIPULATION TO APPROVE FEE SETTLEMENT AGREEMENT AND DISMISS WITH PREJUDICE PLAINTIFFS' EAJA MOTION, ECF NO. 343**<br><br>Hearing: None<br>Judge: Hon. John A. Kronstadt<br>Magistrate Judge: Hon. Steven Kim<br>[Proposed] Order Filed Concurrently |

Carter G. Phillips*  
cphillips@sidley.com  
Jennifer J. Clark*  
jennifer.clark@sidley.com  
SIDLEY AUSTIN LLP  
1501 K Street, N.W.  
Washington, D.C. 20005  
Telephone: +1 202 736 8000  
Facsimile: +1 202 736 8711  

Timothy Payne*  
tpayne@sidley.com  
Daniel C. Craig *  
dcraig@sidley.com  
SIDLEY AUSTIN LLP  
One South Dearborn Street  
Chicago, IL 60603  
Telephone: +1 312 853 7000  
Facsimile: +1 312 853 7036  

Sean A. Commons (SBN 217603)  
scommons@sidley.com  
SIDLEY AUSTIN LLP  
555 West Fifth Street  
Los Angeles, CA 90013  
Telephone: +1 213 896 6000  
Facsimile: +1 213 896-6600  

Mark E. Haddad (SBN 205945)  
markhadd@usc.edu  
Part-time Lecturer in Law  
USC Gould School of Law**  
University of Southern California  
699 Exposition Boulevard  
Los Angeles, CA 90089  
Telephone: +1 213 675-5957  

Luis Cortes Romero (SBN 310852)  
lcortes@ia-lc.com  
Alma L. David (SBN 257676)  
adavid@ia-lc.com  
Immigrant Advocacy &  
Litigation Center, PLLC  
19309 68th Avenue South, Suite R-102  
Kent, WA 98032  
Telephone: +1 253 872-4730  
Facsimile: +1 253 237-1591  

*Admitted pro hac vice  
** Institution listed for identification purposes only

Plaintiffs and Defendants (collectively, the "Parties") have reached a settlement to resolve Plaintiffs' Motion for Award of Attorneys' Fees ("Motion") in the above-captioned case under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). ECF No. 343. At the Parties' request, Plaintiffs' EAJA Motion is currently held under abeyance. ECF Nos. 353, 354.

On September 5, 2024, the Parties executed the Fees and Costs Settlement Agreement in which Defendants agreed to pay Plaintiffs eight hundred and fifty thousand dollars ($850,000.00) in full and complete satisfaction of any claims by Plaintiffs for attorneys' fees, litigation costs, and related expenses, including any interest in connection with the above-captioned case. The Settlement Agreement is attached as Exhibit 1.

The executed Settlement Agreement provides that within five (5) business days of the execution of the Settlement Agreement, the parties will file a Joint Stipulation for Court Approval of the Fee Settlement Agreement and to Dismiss the EAJA Motion with Prejudice. Ex. 1. ¶ 4.

The Parties agree that the Fee Settlement Agreement should be approved pursuant to Rule 23 of the Federal Rules of Civil Procedure for the reasons set forth herein:

On November 5, 2019, Plaintiffs' motions for class certification and preliminary injunction were granted in part, and Defendants' motion to dismiss was denied. ECF No. 251.

On February 16, 2024, Plaintiffs filed a motion for award of attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). ECF No. 343. Declarations setting forth details about Plaintiffs' counsels' timekeepers, hourly rates, hours work, and the nature of the work performed, were filed in support of the Motion. *Id.*

The Parties have concluded that further litigation regarding Plaintiff's fees and costs would be protracted and expensive for all Parties. The Parties vigorously negotiated at arm's length to resolve Plaintiffs' claim for attorneys' fees and costs

pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. After considering the foregoing factors, as well as the risks of further litigation, the Parties agreed to settle in the manner and upon the terms set forth in the Fee Settlement Agreement attached hereto.

Thus, the Parties submit this joint stipulation for approval of the Fee Settlement Agreement and dismissal with prejudice of Plaintiffs' EAJA Motion. For the foregoing reasons, the parties respectfully request that this Court grant the parties' stipulated request. If for any reason, the Court does not approve the Fee Settlement Agreement based upon this joint stipulation, then Plaintiffs do not stipulate to the dismissal of the EAJA Motion.

Date:  September 5, 2024           Respectfully submitted,


                                    By: /s/ *Amy P. Lally (with permission)*
                                        Amy P. Lally (SBN 198555)
                                        SIDLEY AUSTIN LLP

                                        Mark Rosenbaum (SBN 59940)
                                        PUBLIC COUNSEL

                                    *Attorneys for Plaintiffs*

Date:  September 5, 2024           Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General
                                        Civil Division
                                        WILLIAM C. PEACHEY
                                        Director
                                        Office of Immigration Litigation
                                        WILLIAM C. SILVIS
                                        Assistant Director
                                        Office of Immigration Litigation
                                        MICHAEL A. CELONE
                                        Senior Litigation Counsel

                                    By: /s/ *Fizza Batool*
                                        FIZZA BATOOL
                                        Trial Attorney
                                        U.S. Department of Justice
                                        Office of Immigration Litigation
                                        PO Box 868, Ben Franklin Station
                                        Washington, D.C. 20044
                                        fizza.batool2@usdoj.gov
                                        Telephone: (202) 616-4863
                                        Fax: (202) 305-7000

                                    *Attorneys for Defendants*

**SIGNATURE ATTESTATION**

Pursuant to LR 5-4.3.4(a)(2)(i), I hereby attest that the concurrence in the filing of the document has been obtained from each of the other Signatories.

/s/ *Fizza Batool*
Fizza Batool

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, Fizza Batool, am a citizen of the United States and am at least eighteen years of age. My business address is 450 Fifth Street, NW, Washington, DC 20001. I am not a party to the above-entitled action. I have caused service of the accompanying **JOINT STIPULATION TO APPROVE FEE SETTLEMENT AGREEMENT AND DISMISS WITH PREJUDICE PLAINTIFFS' EAJA MOTION, ECF NO. 343**, on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 5, 2024           /s/ *Fizza Batool*
                                  Fizza Batool