# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. J.P., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>Merrick B. Garland,<br><br>U.S. Attorney General, *et al.*,<br><br>    Defendants. | Case No.  2:18-cv-6081-JAK-SK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO APPROVE FEE SETTLEMENT AGREEMENT AND DISMISS PLAINTIFFS' EAJA MOTION, ECF NO. 343** |

UPON CONSIDERATION of the parties' Stipulation and good cause appearing, IT IS ORDERED that the Parties' Fee Settlement Agreement, filed as Exhibit 1 to the Stipulation, is approved. Plaintiffs are awarded $850,000 in attorneys' fees and costs for the reasons and on the terms set forth in the Stipulation and Fee Settlement Agreement, and Plaintiffs' EAJA Motion, ECF No. 343, is DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: _____, 2024          By: _____
                                         Hon. John A. Kronstadt
                                         United States District Judge