**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MS. J.P., et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MERRICK B. GARLAND, U.S. ATTORNEY GENERAL, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-6081-JAK (SKx)<br><br>**ORDER RE JOINT STIPULATION TO APPROVE FEE SETTLEMENT AGREEMENT AND DISMISS WITH PREJUDICE PLAINTIFF'S EAJA MOTION** |

Based on a review of the Joint Stipulation to Approve Fee Settlement Agreement and Dismiss with Prejudice Plaintiff's EAJA Motion (the "Stipulation" (Dkt. 357)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

1. Plaintiffs are awarded $850,000 in attorneys' fees and costs for the reasons and on the terms set forth in the Stipulation and Fee Settlement Agreement.

2. Plaintiffs' EAJA Motion, ECF No. 343, is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: September 09, 2024    _____

John A. Kronstadt
United States District Judge